## Official Form 206H
## Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **John Fox** | **c/o Eric Nyberg**<br>**1970 Broadway, Ste. 225**<br>**Oakland, CA 94612** | **Community Bank of the Bay** | ■ D ___**2.1**___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **John Fox and Hector Ortega** | **co-defendants on various lawsuits** | | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

Case: 16-40050   Doc# 4   Filed: 01/08/16   Entered: 01/08/16 13:40:01   Page 1 of 1