Michael G. Kasolas
PO Box 26650
San Francisco, CA  94126-6650
(415) 504-1926
Trustee in Bankruptcy

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| In re: | Case No. 16-40050 WJL |
|---|---|
| **FOX ORTEGA ENTERPRISES, INC.** | Chapter 7 |
| **Debtor(s)** | **TRUSTEE'S REQUEST FOR NOTICE OF POSSIBLE DIVIDEND** |

TO THE CLERK:

A claims bar date in this case has not been set and the trustee has not previously requested a Notice of Possible Dividend.  It appears that there may be sufficient assets available for the payment of a dividend to creditors.  Accordingly, the trustee requests pursuant to F.R.B.P. 3002(a)(5) that a claims bar date be set and a Notice of Possible Dividend be sent to all creditors.

Dated:   January 9, 2016                     /s/ Michael G. Kasolas
                                                            Michael G. Kasolas, Trustee