Stephen D. Finestone (125675)
John F. Sullivan (175236)
LAW OFFICES OF STEPHEN D. FINESTONE
456 Montgomery Street, 20th Floor
San Francisco, CA 94104
Telephone: (415) 421-2624
Facsimile: (415) 398-2820
E-Mail: sfinestone@pobox.com

Attorneys for Debtor

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re | ) | Case No. 16-40050 |
| | ) | |
| FOX ORTEGA ENTERPRISES, INC. | ) | Chapter 7 |
| | ) | |
| Debtor | ) | **DEBTOR'S SCHEDULE F** |
| | ) | |

     Debtor, Fox Ortega Enterprises, Inc. submits the attached complete Schedule F to its bankruptcy filing.

     I, John Fox, as President of Fox Ortega, Inc., declare under penalty of perjury that the attached Schedule is true and accurate. In so executing this document, I am not waiving my Fifth Amendment Privilege against self-incrimination.

Dated: January 18, 2016

_____
John Fox, President of Fox Ortega Enterprises, Inc.

AMENDED SCHEDULE           -1-

**Fill in this information to identify the case:**

Debtor name     **Fox Ortega Enterprises, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**     **List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 **Priority creditor's name and mailing address**<br>**City of Berkeley**<br>**1947 Center St.**<br>**Berkeley, CA 94704** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$175,000.00** | **$175,000.00** |
| **Date or dates debt was incurred** | **Basis for the claim:** |  |  |
| **Last 4 digits of account number**<br>**Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a) (8) | **Is the claim subject to offset?**<br>■ No<br>☐ Yes |  |  |
| 2.2 **Priority creditor's name and mailing address**<br>**Employment Development Dept.**<br>**Bankruptcy Unit - MIC 92E**<br>**P.O. Box 826880**<br>**Sacramento, CA 94280-0001** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | Unknown |
| **Date or dates debt was incurred** | **Basis for the claim:** |  |  |
| **Last 4 digits of account number**<br>**Specify Code subsection of PRIORITY unsecured claim:**<br>11 U.S.C. § 507(a) (8) | **Is the claim subject to offset?**<br>■ No<br>☐ Yes |  |  |

Case: 16-40050     Doc# 16     Filed: 01/21/16     Entered: 01/21/16 15:42:32     Page 2 of
1150

Debtor    **Fox Ortega Enterprises, Inc.**        Case number (if known) _____

         Name

| | | | |
|---|---|---|---|
| 2.3 | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | **Unknown**    **Unknown** |
| | **Franchise Tax Board** | *Check all that apply.* | |
| | **State of California** | ☐ Contingent | |
| | **P.O. Box 2952** | ☐ Unliquidated | |
| | **Sacramento, CA 95812-5000** | ☐ Disputed | |

| | |
|---|---|
| **Date or dates debt was incurred** | **Basis for the claim:** |

| | |
|---|---|
| **Last 4 digits of account number** | **Is the claim subject to offset?** |
| **Specify Code subsection of PRIORITY unsecured claim:** | ■ No |
| 11 U.S.C. § 507(a) (8) | ☐ Yes |

| | | | |
|---|---|---|---|
| 2.4 | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: | **Unknown**    **Unknown** |
| | **Internal Revenue Service** | *Check all that apply.* | |
| | **P.O. Box 21126** | ☐ Contingent | |
| | **Philadelphia, PA 19114** | ☐ Unliquidated | |
| | | ☐ Disputed | |

| | |
|---|---|
| **Date or dates debt was incurred** | **Basis for the claim:** |

| | |
|---|---|
| **Last 4 digits of account number** | **Is the claim subject to offset?** |
| **Specify Code subsection of PRIORITY unsecured claim:** | ■ No |
| 11 U.S.C. § 507(a) (8) | ☐ Yes |

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                                                    Amount of claim

| | | | |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$469.00** |
| | **A James Foxworthy** | *Check all that apply.* | |
| | **328 2nd ave #3** | ☐ Contingent | |
| | **San Francisco, CA 94118** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | | ■ No | |
| | Last 4 digits of account number | ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$949.00** |
| | **A Woodson Hagge** | *Check all that apply.* | |
| | **2607 Middleton Beach Road** | ☐ Contingent | |
| | **Middleton, WI 53562** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | | ■ No | |
| | Last 4 digits of account number | ☐ Yes | |

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 3 of 1150

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|--------|----------------------------------|------------------------|---|
| | Name | | |

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,259.00** |
|-----|-----|-----|-----|

**A&J Vineyards**
**c/o James Paras**
**San Francisco, CA 94101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$12,959.00** |
|-----|-----|-----|-----|

**A. L. Ballard**
**1021 Main St**
**Houston, TX 77002**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,449.00** |
|-----|-----|-----|-----|

**A.J. Bocchino**
**354 Broome Street**
**New York, NY 10013**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$148.00** |
|-----|-----|-----|-----|

**A.K. Dunlop**
**1725 Grand View Dr**
**Berkeley, CA 94705**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known)

Name

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $797.00 |
|---|---|---|---|

**Aakash Bhasin**
**810 Sleepy Hollow Road**
**Briarcliff Manor, NY 10510**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,597.00 |
|---|---|---|---|

**Aaron Bitterman**
**6422 Willougby Ave.**
**Los Angeles, CA 90038**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,243.00 |
|---|---|---|---|

**Aaron Chan**
**111 Promintory Lane**
**Lafayette, CA 94549**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $18,904.00 |
|---|---|---|---|

**Aaron Ehrlich**
**17 Old Rodgers Ranch Ct**
**Pleasant Hill, CA 94523**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 5 of
1150

Debtor    **Fox Ortega Enterprises, Inc.**    Case number (if known) _____
_____
Name

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $239.00 |
|------|---|---|---|

**3.11**

Nonpriority creditor's name and mailing address

**Aaron Fender**
**594 Heritage Drive**
**Rochester, NY 14615**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

$239.00

---

**3.12**

Nonpriority creditor's name and mailing address

**Aaron Furlong**
**2271 26th Street**
**Santa Monica, CA 90405**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

$928.00

---

**3.13**

Nonpriority creditor's name and mailing address

**Aaron Luna**
**1861 Powell St**
**San Francisco, CA 94133**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

$476.00

---

**3.14**

Nonpriority creditor's name and mailing address

**Aaron Malo**
**3 Ivanhoe**
**Irvine, CA 92602**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

$609.00

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,117.00** |
|---|---|---|---|

**Aaron Schatzow**
**115 17th Street**
**Santa Monica, CA 90402**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,535.00** |
|---|---|---|---|

**Aaron Siller**
**13902 15th Pl SW**
**Burien, WA 98166**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$26,033.00** |
|---|---|---|---|

**Aaron Sparboe**
**602 Poly Dr**
**Billings, MT 59102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$45.00** |
|---|---|---|---|

**Aaron Twells**
**Apt. 206**
**San Leandro, CA 94578**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 7 of 1150

Debtor  **Fox Ortega Enterprises, Inc.**                                  Case number (if known) _____

Name

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,146.00** |
|---|---|---|---|

**Aaron Wehner**
**64 Divisadero Street**
**San Francisco, CA 94117**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$299.00** |
|---|---|---|---|

**Aaron Zielski**
**211 Monceaux Rd.**
**West Palm Beach, FL 33405**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,969.00** |
|---|---|---|---|

**Abraham de Vos**
**1401 La Loma Ave**
**Berkeley, CA 94708**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,949.00** |
|---|---|---|---|

**Abraham Gaupp**
**982 Oak Street**
**Winnetka, IL 60093**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 8 of 1150

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$37,296.00** |

**Achara Chirathivat**
**124 Saladang Soi 1 #4408**
**Bangkok, 10500**
**THAILAND**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.24 | **Nonpriority creditor's name and mailing address** |

**Adah Almutairi**
**7544 Draper Avenue**
**La Jolla, CA 92037**

As of the petition filing date, the claim is: **$89.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.25 | **Nonpriority creditor's name and mailing address** |

**Adam Aldrich**
**2345 Walnut St.**
**Denver, CO 80205**

As of the petition filing date, the claim is: **$2,016.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.26 | **Nonpriority creditor's name and mailing address** |

**Adam Altman**
**2 E. Cliff St**
**Alexandria, VA 22301**

As of the petition filing date, the claim is: **$928.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **Fox Ortega Enterprises, Inc.**                              Case number (if known) _____
_____
                Name

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $526.00 |

**Adam Baker**
**1711 S Yorktown Ave**
**Tulsa, OK 74104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $539.00 |

**Adam Bernard**
**11 Fifth Avenue**
**New York, NY 10003**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,544.00 |

**Adam Beshara**
**237 West 12th Street**
**New York, NY 10014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,977.00 |

**Adam Cantle**
**448b Elk St**
**Banff, AB t1L**
**CANADA**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,799.00** |
|---|---|---|---|

**Adam Childers**
**5868 Mountain Ranch Drive**
**Park City, UT 84098**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$419.00** |
|---|---|---|---|

**Adam Famularo**
**165 Garden Street**
**Garden City, NY 11530**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,350.00** |
|---|---|---|---|

**Adam Feinberg**
**3014 Woodland Dr NW**
**Washington, DC 20008**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$499.00** |
|---|---|---|---|

**Adam Friend**
**75 Bank St**
**New York, NY 10014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 11 of 1150

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.35** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$239.00**

**Adam Gluck**
**4120 Chesapeake Street NW**
**Washington, DC 20016**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.36** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$389.00**

**Adam Gold**
**23 Pearson Road**
**Somerville, MA 02144**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$169.00**

**Adam Gonzales**
**320 W. Martin Roads**
**Coolidge, AZ 85228**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$986.00**

**Adam Gordon**
**4522 37th Street North**
**Arlington, VA 22207**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 12 of 1150

Debtor  **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$959.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Adam Greene**
**2538 NE 48th Ave**
**Portland, OR 97213**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,805.00** |
|---|---|---|---|

**Adam Kimmel**
**16255 Ventura Blvd**
**Encino, CA 91436**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,885.00** |
|---|---|---|---|

**Adam Lehman**
**1254 Pacific Avenue**
**Petaluma, CA 94954**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,029.00** |
|---|---|---|---|

**Adam Leigh**
**1615 Q ST NW**
**Washington, DC 20009**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor  **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$15,400.00** |

**Adam Makowski**
**31 Warren Ave**
**Westin, MA 02493**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$176.00** |

**Adam Merims**
**6240 Lindenhurst Avenue**
**West Hollywood, CA 90048**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$455.00** |

**Adam Miller**
**6832 Auburn Dr**
**Huntington Beach, CA 92647**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,552.00** |

**Adam Noble**
**9704 39th Ave SW**
**Seattle, WA 98136**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Fox Ortega Enterprises, Inc.**                          Case number (if known) _____
          _____
          Name

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $69.00 |

**Adam R Conour**
**220 Dorado PL SE**
**Albuquerque, NM 87123**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    _____

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $195.00 |

**Adam Raabe**
**2875 Glascock Street**
**Oakland, CA 94601**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    _____

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,039.00 |

**Adam Reinhart**
**2129 Bancroft Place NW**
**Washington, DC 20008**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    _____

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $115.00 |

**Adam Rosenberg**
**185 County Line Road**
**Amityville, NY 11701**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 15 of 1150

Debtor **Fox Ortega Enterprises, Inc.**      Case number *(if known)* _____

Name

| | | |
|---|---|---|
| **3.51** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$329.00** |

**3.51** **Nonpriority creditor's name and mailing address**

**Adam Sackstein**
**8 Fairway Dr.**
**Voorhees, NJ 08043**

As of the petition filing date, the claim is: **$329.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.52** **Nonpriority creditor's name and mailing address**

**Adam Segel**
**121 Beach Street, Apt 802**
**Boston, MA 02111**

As of the petition filing date, the claim is: **$85,681.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.53** **Nonpriority creditor's name and mailing address**

**Adam Selipsky**
**5131 NE Laurelcrest Lane**
**Seattle, WA 98105**

As of the petition filing date, the claim is: **$2,671.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.54** **Nonpriority creditor's name and mailing address**

**Adam Shukovsky**
**3 Roland Road**
**Irvington, NY 10533**

As of the petition filing date, the claim is: **$2,365.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 16 of 1150

Debtor  **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$757.00** |

**Adam Smith**
**1597 Washing St., Apt 400**
**Roxbury, MA 02118**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$16,522.00** |

**Adam Spector**
**920 Castlehill Lane**
**Devon, PA 19333**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$314.00** |

**Adam Swantz**
**616 E St NW**
**Washington, DC 20004**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,222.00** |

**Adam Tolmach**
**P.O. Box 952**
**Oak View, CA 93022**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 17 of 1150

Debtor **Fox Ortega Enterprises, Inc.** Case number (if known) _____
_____
Name

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$119.00** |

3.59 | **Nonpriority creditor's name and mailing address**
**Adam Zack**
**102 South Sunrise Way**
**Palm Springs, CA 92262**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$119.00**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

3.60 | **Nonpriority creditor's name and mailing address**
**Adan Farinas**
**9810 SW 124th CT**
**Miami, FL 33186**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$10,697.00**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

3.61 | **Nonpriority creditor's name and mailing address**
**Adebayo Ogunlesi**
**1000 Park Avenue**
**New York, NY 10028**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$479,250.00**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

3.62 | **Nonpriority creditor's name and mailing address**
**Adithya Bathena**
**12 Perrine Road, Suite 100**
**Monmouth Junction, NJ 08852**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,159.00**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 18 of 1150

Debtor    **Fox Ortega Enterprises, Inc.**        Case number (if known) _____
          Name

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,168.00 |
|---|---|---|---|

**Adrian Fretland**
**8 Pine Ridge Rd**
**Lincoln, MA 01773**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $59.00 |
|---|---|---|---|

**Adrian Marquez**
**1506 Dufferin St**
**Toronto, ON M6H3L4**
**CANADA**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,547.00 |
|---|---|---|---|

**Adrian So**
**1232 N Milwaukee Ave**
**Chicago, IL 60602**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $95.00 |
|---|---|---|---|

**Adrianna Rubino**
**1239 Camellia Drive**
**Tallahassee, FL 32301**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 19 of 1150

Debtor  **Fox Ortega Enterprises, Inc.**                                 Case number (if known) _____
_____
Name

| 3.67 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$126.00** |

**Adrienne Vanni**
**2306 S Lambert St**
**Philadelphia, PA 19145**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$135.00** |

**Agustin Rivas**
**1120 S.Jackson Hwy**
**Sheffield, AL 35660**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.69 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$659.00** |

**Ahmet Goksun**
**251 Fox Meadow Road**
**Scarsdale, NY 10583**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.70 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,169.00** |

**Akihiro Iijima**
**2-34-8 Minami-Ogikubo**
**Suginami-ku, Tokyo 1670052**
**JAPAN**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050     Doc# 16     Filed: 01/21/16     Entered: 01/21/16 15:42:32     Page 20 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,079.00 |
|---|---|---|---|

**Akio Tagawa**
**3031 Sedgwick St NW**
**Washington, DC 20008**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,746.00 |
|---|---|---|---|

**Akiva Felt**
**2155 Greenwich**
**San Francisco, CA 94123**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,899.00 |
|---|---|---|---|

**Akram Nofal**
**2116 Vista Del Mar**
**San Mateo, CA 94404**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,469.00 |
|---|---|---|---|

**Al Artale**
**602 Versailles Blvd., SW**
**Holden Beach, NC 28462**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$150.00** |

**Al Ascota**
**215 Pine Haven St**
**Pacifica, CA 94044**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$596.00** |

**Al Baldini**
**20 Acorn Dr.**
**Hillborough, CA 94010**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$209.00** |

**Al Klein**
**624 KEHRS MILL RIDGE DRIVE**
**Ballwin, MO 63011**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,189.00** |

**Alain Ades**
**49 Little Harbor Road**
**New Castle, NH 03854**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 22 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$41.00** |

3.79 | **Nonpriority creditor's name and mailing address**

**Alain Vasserot**
**6421 La Paloma**
**Carlsbad, CA 92009**

As of the petition filing date, the claim is: **$41.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

3.80 | **Nonpriority creditor's name and mailing address**

**Alan Abrams**
**50 Altamont Avenue**
**Mill Valley, CA 94941**

As of the petition filing date, the claim is: **$81.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

3.81 | **Nonpriority creditor's name and mailing address**

**Alan Alvarez**
**13 Witherspoon Way**
**Marlboro, NJ 07746**

As of the petition filing date, the claim is: **$16,284.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

3.82 | **Nonpriority creditor's name and mailing address**

**Alan Ball**
**2806 Hackney Way**
**Jamestown, NC 27282**

As of the petition filing date, the claim is: **$139.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**      Case number *(if known)* _____

Name

---

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$79.00** |

**Alan Beck**
**4201 Westown Parkway**
**West Des Moines, IA 50266**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$149.00** |

**Alan Blaugrund**
**13609 Ricegrass Place NE**
**Albuquerque, NM 87111**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$71.00** |

**Alan Blaustein**
**8631 W 3rd St**
**Los Angeles, CA 90048**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$599.00** |

**Alan Blundell**
**1056 CONTINENTALS WAY**
**Belmont, CA 94002**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**                     Case number (if known) _____
_____
Name

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $105,118.00 |
|---|---|---|---|

**Alan Brazil**
**PO Box 169**
**New Vernon, NJ 07976**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,319.00 |
|---|---|---|---|

**Alan Browning**
**78 Soper Ave.**
**Northport, NY 11768**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $302.00 |
|---|---|---|---|

**Alan Chan**
**10 N. Hillside Place**
**Ridgewood, NJ 07450**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,419.00 |
|---|---|---|---|

**Alan Chu**
**6104 Purple Sage Circle**
**Amarillo, TX 79124**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Case: 16-40050     Doc# 16     Filed: 01/21/16     Entered: 01/21/16 15:42:32     Page 25 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $26,058.00 |
|---|---|---|---|

**Alan Cullop**
**7731 S Pitkin Ct**
**Centennial, CO 80016**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,749.00 |
|---|---|---|---|

**Alan Dumas**
**53 Country Club Way**
**Ipswich, MA 01938**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $27,616.00 |
|---|---|---|---|

**Alan Edelman**
**1408 Locust Ave**
**Baltimore, MD 21204**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,478.00 |
|---|---|---|---|

**Alan Emdin**
**434 11th Street**
**Brooklyn, NY 11215**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 26 of 1150

Debtor   **Fox Ortega Enterprises, Inc.**                                        Case number (if known) _____
_____
Name

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$249,404.00** |

**Alan Factor**
**1310 West Nelson St.**
**Chicago, IL 60657**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,607.00** |

**Alan Forbes**
**926 Misty Canyon Ave**
**Westlake Village, CA 91362**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,039.00** |

**Alan Friedman**
**1651 Daybreak Dr.**
**Libertyville, IL 60048**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,679.00** |

**Alan Frishman**
**10 West 66th Street**
**New York, NY 10023**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 27 of 1150

Debtor  **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____
_____
Name

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$787.00** |
|---|---|---|---|

**Alan Gibson**
**3417 East Mission Lane**
**Phoenix, AZ 85028**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____    ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | | **$192,023.00** |
|---|---|---|---|

**Alan Goldman**
**2230 Roxburg Dr.**
**Roswell, GA 30076**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____    ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | | **$9,376.00** |
|---|---|---|---|

**Alan Gottlieb**
**5320 Old Hundred Lane**
**Atlanta, GA 30327**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____    ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | | **$559.00** |
|---|---|---|---|

**Alan Gross**
**2151 E Gonzalez Rd**
**Oxnard, CA 93036**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____    ☐ Yes

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 28 of 1150

Debtor   **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____
         _____
         Name

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,014.00** |
|---|---|---|---|

**Alan Herbert**
**25550 Tuscarora Court**
**Barrington, IL 60010**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____   ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,738.00** |
|---|---|---|---|

**Alan Klee**
**5225 Fiore Terrace**
**San Diego, CA 92122**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____   ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$469.00** |
|---|---|---|---|

**Alan Lacoste**
**11 River Lane**
**Lake Charles, LA 70605**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____   ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$149.00** |
|---|---|---|---|

**Alan Linder**
**17251 Hasterian Blvd**
**San Lorenzo, CA 94580**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____   ☐ Yes

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 29 of
1150

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,600.00 |

**Alan Lo**
**8/F Gold Peak Building, Apt. 2**
**Kwai Chung**
**HONG KONG**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☐ No
■ Yes

Last 4 digits of account number _____

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,879.00 |

**Alan Pliska**
**1455 Crenshaw Blvd**
**Torrance, CA 90501**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 |

**Alan Plotnik**
**PO Box 1827**
**New York, NY 10150**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,128.00 |

**Alan Rosefielde**
**1617 Jefferson Ave**
**Miami, FL 33149**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.111** | Nonpriority creditor's name and mailing address

**Alan Rosenblum**
**228 South Washington St.**
**Alexandria, VA 22314**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

$49.00

---

**3.112** | Nonpriority creditor's name and mailing address

**Alan Rumph**
**Smith & Hawkins**
**Macon, GA 31201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

$419.00

---

**3.113** | Nonpriority creditor's name and mailing address

**Alan Russell**
**86 Townline Rd S**
**Leamington, ON B8H4GB**
**CANADA**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

$359.00

---

**3.114** | Nonpriority creditor's name and mailing address

**Alan Schneider**
**9816 Burgen Ave.**
**Los Angeles, CA 90034**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

$5,737.00

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Debtor  **Fox Ortega Enterprises, Inc.**                                    Case number *(if known)* _____
_____
Name

| 3.115 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$8,688.00** |

**Alan Snitow**
**202 E Walton Place**
**Chicago, IL 60611**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.116 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$235.00** |

**Alan Stein**
**969 Kains Avenue**
**Albany, CA 94706**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.117 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,770.00** |

**Alan Strauss**
**3011 Apple Brook Lane**
**Oakton, VA 22124**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.118 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,099.00** |

**Alan Wolf**
**2244 Chanticleer Lane**
**Santa Cruz, CA 95062**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 32 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $1,399.00 |

**Nonpriority creditor's name and mailing address**
**Alax Gittler**
**6101 Lagorce Dr**
**Miami, FL 33140**

As of the petition filing date, the claim is: **$1,399.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number _____

■ No
☐ Yes

---

| 3.120 |

**Nonpriority creditor's name and mailing address**
**Albert Ehrstine**
**20 Majestic Oaks**
**Springboro, OH 45066**

As of the petition filing date, the claim is: **$2,236.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number _____

■ No
☐ Yes

---

| 3.121 |

**Nonpriority creditor's name and mailing address**
**Albert Fenster**
**50 Sutton Place South**
**New York, NY 10022**

As of the petition filing date, the claim is: **$242.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number _____

■ No
☐ Yes

---

| 3.122 |

**Nonpriority creditor's name and mailing address**
**Albert Goetze**
**2909 Garden Lane**
**Memphis, TN 38111**

As of the petition filing date, the claim is: **$4,239.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number _____

■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$361,447.00** |

**Albert Hwang**
**50 California Street**
**San Francisco, CA 94111**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,405.00** |

**Albert Kalustian**
**6 Hidden Ledge Rd.**
**Manchester, MA 01944**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,028.00** |

**Albert Lee**
**101 Lakewood Circle**
**San Mateo, CA 94402**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,700.00** |

**Albert Morman**
**46312 Jacaranda Ct.**
**Indian Wells, CA 92210**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor  **Fox Ortega Enterprises, Inc.**          Case number (if known) _____
_____
Name

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$233.00** |

**Albert Moss**
**8627 NE 19th Place**
**Bellevue, WA 98004**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$36,664.00** |

**Albert Nassi**
**340 North Westlake Blvd.**
**Thousand Oaks, CA 91362**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$479.00** |

**Albert Osterheld**
**264 North Murrieta**
**Livermore, CA 94551**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$16,200.00** |

**Albert Poon**
**Flat 7B**
**3 Chun Fai Road**
**HONG KONG**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050     Doc# 16     Filed: 01/21/16     Entered: 01/21/16 15:42:32     Page 35 of 1150

Debtor  **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____

_____
Name

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $21,452.00 |
|---|---|---|---|

**Albert Richards**
**266 Beach Road**
**Belvedere-Tiburon, CA 94920**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $299.00 |
|---|---|---|---|

**Albert Tumpson**
**9595 Wilshire Blvd**
**Beverly Hills, CA 90212**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $219.00 |
|---|---|---|---|

**Albert Veneman**
**3634 Coastal Crab Rd**
**Mount Pleasant, SC 29466**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,035.00 |
|---|---|---|---|

**Albert Wells**
**180 State Street**
**Brooklyn, NY 11201**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 36 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known) _____

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,570.00** |

**Albert Yu**
**5415 Beach Dr SW**
**Seattle, WA 98136**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,015.00** |

**Alberto Llaguno**
**1211 San Dario Ave**
**Laredo, TX 78040**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$45,717.00** |

**Alberto Lobeira**
**Vasconcelos 1567 Local 6 PMB 92-356**
**Garza Garcia, Nuevo Leon 66240**
**MEXICO**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$199.00** |

**Alberto Righi**
**12428 Aster Ave**
**Bradenton, FL 34212**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 37 of 1150

Debtor **Fox Ortega Enterprises, Inc.**  Case number (if known)
_____
Name

| 3.139 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$149.00** |

**Aldo Cvintal**
**9350 Excelsior Blvd**
**Hopkins, MN 55343**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____          ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$11,293.00** |

**Alejandro Dabdoub**
**P.O. Box 27350**
**Houston, TX 77227**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____          ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$9,799.00** |

**Alejandro Franco**
**217 King William St**
**San Antonio, TX 78204**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____          ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$75,596.00** |

**Alejandro Murillo**
**2121 NW 24TH AVE**
**Miami, FL 33142**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____          ☐ Yes

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 38 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $443.00 |

**3.143**

Nonpriority creditor's name and mailing address

**Alejandro Vera**
**Edif Exa, 702 Ave Venezuela El Rosal**
**Caracas 1060**
**VENEZUELA**

As of the petition filing date, the claim is: **$443.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.144**

Nonpriority creditor's name and mailing address

**Aleksandrs Dindzans**
**16 Sciota Ct.**
**San Ramon, CA 94583**

As of the petition filing date, the claim is: **$279.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.145**

Nonpriority creditor's name and mailing address

**Alessandro de Tommaso**
**VIA CARLO FEA 4**
**Rome**
**ITALY**

As of the petition filing date, the claim is: **$2,139.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.146**

Nonpriority creditor's name and mailing address

**Alessio Bax**
**301 W 115th Street**
**New York, NY 10026**

As of the petition filing date, the claim is: **$17,427.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 39 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$884.00** |
|---|---|---|---|

**Alex Antonienko**
**195 Edgemoor Rd**
**Rochester, NY 14618**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,697.00** |
|---|---|---|---|

**Alex Bachmutsky**
**1610 Honfleur Drive**
**Sunnyvale, CA 94087**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$719.00** |
|---|---|---|---|

**Alex Barkas**
**Prospect Ventures**
**Palo Alto, CA 94301**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

---

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$59.00** |
|---|---|---|---|

**Alex Blanco**
**10325 Carriage Trail**
**Cincinnati, OH 45242**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 40 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $575.00 |

**Alex Bond**
**700 NW Marlborough Ave**
**Portland, OR 97210**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

☐ No
☐ Yes

Last 4 digits of account number _____

---

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,439.00 |

**Alex Bouzari**
**1602 Clear View Drive**
**Beverly Hills, CA 90210**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

☐ No
☐ Yes

Last 4 digits of account number _____

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,221.00 |

**Alex Cocoziello**
**1500 Palisade Ave**
**Fort Lee, NJ 07024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

☐ No
☐ Yes

Last 4 digits of account number _____

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $100.00 |

**Alex DeAraujo**
**2140 W Cortland St**
**Chicago, IL 60647**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

☐ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 41 of 1150

Debtor  **Fox Ortega Enterprises, Inc.**                              Case number (if known) _____
_____
Name

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $659.00 |
|---|---|---|---|

**Alex Delafuente**
**4405 NW 73rd Ave**
**Miami, FL 33166**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $345.00 |
|---|---|---|---|

**Alex Duncan**
**126 Beechwood Rd**
**Summit, NJ 07901**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,315.00 |
|---|---|---|---|

**Alex Goldstein**
**4215 N Drinkwater Blvd**
**Scottsdale, AZ 85251**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $199.00 |
|---|---|---|---|

**Alex Hoeppen**
**731 Alcatraz Ave**
**Oakland, CA 94609**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 42 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$552.00** |

**Alex Howard**
**1355 Campus Drive**
**Berkeley, CA 94708**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.160 | **Nonpriority creditor's name and mailing address** |

**Alex Kania**
**192 13th St FL3**
**Brooklyn, NY 11215**

As of the petition filing date, the claim is: **$533.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.161 | **Nonpriority creditor's name and mailing address** |

**Alex Kazee**
**322 Karen Ave**
**Las Vegas, NV 89109**

As of the petition filing date, the claim is: **$359.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.162 | **Nonpriority creditor's name and mailing address** |

**Alex Kline**
**27 Old Indian Trail Ct**
**Pittsburgh, PA 15238**

As of the petition filing date, the claim is: **$1,874.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $32,739.00 |
|---|---|---|---|

**Alex Kuo**
**26109 Elena Rd**
**Los Altos, CA 94022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $719.00 |
|---|---|---|---|

**Alex Leali**
**1020 Warburton Ave**
**Yonkers, NY 10701**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,900.00 |
|---|---|---|---|

**Alex Magaro**
**1248 Oenoke Ridge**
**New Canaan, CT 06840**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,249.00 |
|---|---|---|---|

**Alex Magro**
**2591 S. Windsor Blvd**
**Cambria, CA 93428**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 44 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known) _____

| | |
|---|---|
| **3.167** | **Nonpriority creditor's name and mailing address** |

**Alex McRae**
**35 Mark Ave**
**Reading, MA 01867**

**As of the petition filing date, the claim is:** **$21,271.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| **3.168** | **Nonpriority creditor's name and mailing address** |

**Alex Ng**
**11 Conduit Road, Apt. 16**
**HONG KONG**

**As of the petition filing date, the claim is:** **$4,573.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| **3.169** | **Nonpriority creditor's name and mailing address** |

**Alex Nicholas**
**4034 Serf Ave**
**Brooklyn, NY 11224**

**As of the petition filing date, the claim is:** **$99.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| **3.170** | **Nonpriority creditor's name and mailing address** |

**Alex Novak**
**258 Inverness Circle**
**Chalfont, PA 18914**

**As of the petition filing date, the claim is:** **$2,420.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$2,087.00** |

**Alex Phillips**
**2140 Pacific Ave**
**San Francisco, CA 94115**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.172 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$699.00** |

**Alex Radzyminski**
**Four Times Square**
**New York, NY 10036**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$765.00** |

**Alex Raitz**
**35 Palm Ave**
**San Francisco, CA 94118**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$49.00** |

**Alex Seidler**
**5 Sandpiper Lane**
**Sea Bright, NJ 07760**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$32,715.00** |
|---|---|---|---|

3.175 **Nonpriority creditor's name and mailing address**

**Alex Slusky**
**3730 Washington**
**San Francisco, CA 94118**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No
☐ Yes

**$32,715.00**

---

3.176 **Nonpriority creditor's name and mailing address**

**Alex Stankovic**
**175 Ridgeway Rd**
**Woodside, CA 94062**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No
☐ Yes

**$9,844.00**

---

3.177 **Nonpriority creditor's name and mailing address**

**Alex Vazquez**
**1000 Carefree Ct.**
**Carson City, NV 89705**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No
☐ Yes

**$1,731.00**

---

3.178 **Nonpriority creditor's name and mailing address**

**Alex Wittenberg**
**1166 Avenue of the Americas**
**New York, NY 10036**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No
☐ Yes

**$7,648.00**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,173.00** |

**Alexander Banker**
**405 Three Corners Rd.**
**Guilford, CT 06437**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$899.00** |

**Alexander Bernstein**
**PO Box 810**
**McCall, ID 83638**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$6,299.00** |

**Alexander Chulack**
**38 Langhorne Ln**
**Greenwich, CT 06831**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,979.00** |

**Alexander Gillette**
**50 Murray Street**
**New York, NY 10007**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor   **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____
_____
Name

| 3.183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$6,519.00** |

**Nonpriority creditor's name and mailing address**
**Alexander Goren**
**1175 Park Ave**
**New York, NY 10128**

_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____
☐ Yes

---

| 3.184 |

**Nonpriority creditor's name and mailing address**
**Alexander Kalina**
**105 Glengarry Way**
**Hillborough, CA 94010**

_____

As of the petition filing date, the claim is:          **$1,207.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____
☐ Yes

---

| 3.185 |

**Nonpriority creditor's name and mailing address**
**Alexander Kemper**
**14905 Little Blue Rd.**
**Kansas City, MO 64136**

_____

As of the petition filing date, the claim is:          **$2,507.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____
☐ Yes

---

| 3.186 |

**Nonpriority creditor's name and mailing address**
**Alexander Kleinman**
**206 Hart Mews**
**Gaithersburg, MD 20878**

_____

As of the petition filing date, the claim is:          **$793.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 49 of 1150

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.187** | Nonpriority creditor's name and mailing address

**Alexander Komarovsky**
**111 Fulton Street**
**New York, NY 10038**

As of the petition filing date, the claim is: **$24,435.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.188** | Nonpriority creditor's name and mailing address

**Alexander Michas**
**48 Wheeler Avenue**
**Pleasantville, NY 10570**

As of the petition filing date, the claim is: **$129.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.189** | Nonpriority creditor's name and mailing address

**Alexander Miller**
**1350 WOODSHIRE AVE SE**
**Grand Rapids, MI 49506**

As of the petition filing date, the claim is: **$158.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.190** | Nonpriority creditor's name and mailing address

**Alexander Rubin**
**900 Summit Road**
**Penn Valley, PA 19072**

As of the petition filing date, the claim is: **$1,105.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number _(if known)_ _____

| | |
|---|---|
| 3.191 | **Nonpriority creditor's name and mailing address** |

**Alexander Sol**
**753 Somerton Drive**
**Fort Mill, SC 29715**

As of the petition filing date, the claim is:                    **$55.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.192 | **Nonpriority creditor's name and mailing address** |

**Alexander Soren**
**1 Infinite Loop**
**Cupertino, CA 95014**

As of the petition filing date, the claim is:                    **$626.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.193 | **Nonpriority creditor's name and mailing address** |

**Alexander Stewart**
**2508 E Stratford Ct**
**Shorewood, WI 53211**

As of the petition filing date, the claim is:                    **$3,201.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.194 | **Nonpriority creditor's name and mailing address** |

**Alexander Turner**
**1230 Umatilla St**
**Del Mar, CA 92014**

As of the petition filing date, the claim is:                    **$1,034.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____

_____
Name

| 3.195 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,471.00** |

**Alexander Vadas**
**1614 Crescent Place**
**Venice, CA 90291**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No

Last 4 digits of account number _____

☐ Yes

| 3.196 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,256.00** |

**Alexandre Kornilovski**
**252 W 76th St**
**New York, NY 10023**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No

Last 4 digits of account number _____

☐ Yes

| 3.197 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$65.00** |

**Alexandria Newcomb**
**6495 Warren C Eller Dr**
**La Plata, MD 20646**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No

Last 4 digits of account number _____

☐ Yes

| 3.198 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$195.00** |

**Alexis Davis**
**17 Palm Aveneue**
**Healdsburg, CA 95448**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 52 of 1150

Debtor   **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.199 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$4,511.00** |

**Alfons Halim**
**168 Robinson Road**
**17F Capital Tower**
**SINGAPORE**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.200 | **Nonpriority creditor's name and mailing address** | **$1,199.00** |
|---|---|---|

**Alfonso Martinez**
**2529 Coyote Ridge Ter**
**Chula Vista, CA 91915**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.201 | **Nonpriority creditor's name and mailing address** | **$149.00** |
|---|---|---|

**Alfonso Prieto**
**24 Eliot Drive**
**Slingerlands, NY 12159**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.202 | **Nonpriority creditor's name and mailing address** | **$457.00** |
|---|---|---|

**Alfonso Riveroll**
**11111 Biscayne Blvd., #1956**
**Miami, FL 33181**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.203 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$279.00** |

**Alfred Lasher III**
**4295 San Felipe Drive**
**Houston, TX 77027**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.204 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$110.00** |

**Alfred Nielsen**
**21 SHAREN DR**
**Long Beach, NY 11561**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.205 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,146.00** |

**Alfred Olinde**
**400 Poydras Street**
**New Orleans, LA 70130**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.206 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$62,886.00** |

**Alfred Rose**
**45 Forest Ave.**
**Swampscott, MA 01907**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____

Name

| | |
|---|---|
| 3.207 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Alfred Yue**
**300 Berry Street**
**San Francisco, CA 94158**

As of the petition filing date, the claim is:                                        **$518.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.208 | **Nonpriority creditor's name and mailing address** |

**Alfredo Nadal**
**65 E. Mendez Vigo**
**Mayaguez, PR 00680**

As of the petition filing date, the claim is:                                        **$335.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.209 | **Nonpriority creditor's name and mailing address** |

**Ali Dilmaghani**
**7903 Georgetown Pike**
**McLean, VA 22102**

As of the petition filing date, the claim is:                                        **$20,298.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.210 | **Nonpriority creditor's name and mailing address** |

**Ali Kani**
**165 Sylvian Way**
**Los Altos, CA 94022**

As of the petition filing date, the claim is:                                        **$1,574.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 55 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.211 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$2,474.00** |

**3.211**

**Nonpriority creditor's name and mailing address**
**Ali Mostafavee**
**170 N 11th ST**
**Brooklyn, NY 11211**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$2,474.00**

---

**3.212**

**Nonpriority creditor's name and mailing address**
**Ali Reza**
**1172 Park Avenue**
**New York, NY 10128**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$1,859.00**

---

**3.213**

**Nonpriority creditor's name and mailing address**
**Alice Rounds**
**1425 Oak Hollow Court**
**Pinole, CA 94564**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$300.00**

---

**3.214**

**Nonpriority creditor's name and mailing address**
**Alicia Heil**
**7 Lomas Cantadas**
**Orinda, CA 94563**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$399.00**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$834.00** |

**Alison Howard**
**6517 Fremont Avenue North**
**Seattle, WA 98103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,999.00** |

**Alistair Viner**
**1-3 Mount St.**
**London**
**ENGLAND**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,179.00** |

**Allan Bulley**
**1755 W. Armitage Ave.**
**Chicago, IL 60622**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,419.00** |

**Allan Chu**
**2037 Washington Valley Rd**
**Martinsville, NJ 08836**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.219 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,598.00** |
|---|---|---|---|

**Allan Grossman**
**4605 Park Marasol**
**Calabasas, CA 91302**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.220 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,589.00** |
|---|---|---|---|

**Allan Pasternak**
**40 Lake Rd.**
**Short Hills, NJ 07078**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.221 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$6,359.00** |
|---|---|---|---|

**Allan Philp**
**6071 Roycroft Dr**
**Roanoke, VA 24018**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.222 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,821.00** |
|---|---|---|---|

**Allan Schoen**
**PO Box 486**
**Coldwater, MS 38618**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

| 3.223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,947.00** |

**Allen Shenoi**
**1234 Rosalind Road**
**San Marino, CA 91108**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.224 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$19.00** |

**Allen Baler**
**109 Beech Road**
**New Canaan, CT 06840**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,554.00** |

**Allen Bechtel**
**3611 E. Lake Sammamish**
**Sammamish, WA 98075**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$38,039.00** |

**Allen Cohn**
**61 South Main St, Suite 300**
**West Hartford, CT 06107**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.227** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,159.00**

**Allen Grossman**
**111 30th Avenue**
**San Francisco, CA 94121**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.228** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$353.00**

**Allen Hartford**
**2012 Calle Lejano**
**Santa Fe, NM 87501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.229** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$224.00**

**Allen King**
**13101 Corte de Encanto**
**Salinas, CA 93908**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.230** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$57,502.00**

**Allen Miller**
**11605 19th S.W.**
**Seattle, WA 98146**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 60 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.231 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$319.00** |

**Allen Pastron**
**70 Cambrian Ave**
**Piedmont, CA 94611**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.232 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$961.00** |

**Allen Ressler**
**821 Second Ave**
**Seattle, WA 98104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.233 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$519.00** |

**ALLEN TONKIN**
**3415 Chambers Chapel Road**
**Lakeland, TN 38002**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.234 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$64.00** |

**Allen Towles**
**4524 Felter Rd.**
**Milpitas, CA 95035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**      Case number (if known) _____
Name

| 3.235 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$61,248.00** |
|---|---|---|---|

**Allen Weinberg**
**9454 Wilshire Blvd.**
**Beverly Hills, CA 90212**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

---

| 3.236 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,127.00** |
|---|---|---|---|

**Allen Werner**
**3100 Southwestern Blvd.**
**Dallas, TX 75225**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

---

| 3.237 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$39.00** |
|---|---|---|---|

**Allison Alter**
**11666 Montana Avenue**
**Los Angeles, CA 90049**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

---

| 3.238 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$767.00** |
|---|---|---|---|

**Allison Bonds**
**721 Lachman Lane**
**Pacific Palisades, CA 90272**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 62 of 1150

Debtor  **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____

Name

| 3.239 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $199.00 |

**Allison Reams**
**242 Blackberry Drive**
**Stamford, CT 06903**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.240 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $209.00 |

**Ally Cox**
**87 Patricia Drive**
**Menlo Park, CA 94027**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.241 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $155.00 |

**Ally McClure**
**420 East 54th St.**
**New York, NY 10022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.242 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $419.00 |

**Alson Chao**
**908 Oak Glen**
**Irvine, CA 92618**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 63 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.243 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,399.00** |

**Alvaro Carrascosa**
**1040 Mariner Dr**
**Miami, FL 33149**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number _____

---

| 3.244 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$17,688.00** |

**Alvaro Montemayor**
**San Alberto 1007**
**Mayaguez, PR 00680**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number _____

---

| 3.245 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$311.00** |

**Alvin Burack**
**P.O. 3619**
**Sarasota, FL 34230**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number _____

---

| 3.246 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$112.00** |

**Alvin Quarles**
**12114 Baird Mount Ct**
**Humble, TX 77346**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____
_____
Name

| 3.247 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$285.00** |
|---|---|---|---|

**Alvin Sakamoto**
**98 1827 Mikinolia Place**
**Aiea, HI 96701**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.248 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,039.00** |

**Alvin Seah**
**Blk 97A #21-02**
**Upper Thompson Road**
**SINGAPORE**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.249 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$645,269.00** |

**Alvin Smith**
**125 Stacia St.**
**Los Gatos, CA 95030**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

| 3.250 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$374.00** |

**Alvin Weeks**
**3350 Riverwood parkway**
**Atlanta, GA 30339**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 65 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known)

Name

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,778.00 |
|---|---|---|---|

**Alvin Wolff**
**15 Westwood CC**
**Saint Louis, MO 63131**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $202.00 |
|---|---|---|---|

**Alyssa Abbey**
**331 Bret Harte Rd**
**San Rafael, CA 94901**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $143.00 |
|---|---|---|---|

**Amanda Galton**
**3863 19th St**
**San Francisco, CA 94114**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $669,057.00 |
|---|---|---|---|

**Amanda Gong**
**58 Shangyou Street**
**Harbin, 150010**
**CHINA**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.255 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,993.00** |
|---|---|---|---|

**Ambrose Tim-yan Lamb**
**918 W. Garvey Ave.**
**Monterey Park, CA 91754**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

---

| 3.256 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$569.00** |
|---|---|---|---|

**Amir Alavi**
**1221 McKinney**
**Houston, TX 77010**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

---

| 3.257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$139.00** |
|---|---|---|---|

**Amir Arbisser**
**2122 Winding Hill**
**Davenport, IA 52807**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

---

| 3.258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,589.00** |
|---|---|---|---|

**Amit Shah**
**2000 University Ave.,Suite 602**
**East Palo Alto, CA 94303**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 67 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$48,615.00** |

**Amjad Munim**
**4901 NE 18th Terrace**
**Fort Lauderdale, FL 33308**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| | | |
|---|---|---|
| 3.260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$22,977.00** |

**Amnon Landan**
**22855 Aspen Dr.**
**Los Altos, CA 94024**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| | | |
|---|---|---|
| 3.261 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$5,198.00** |

**Amnon Rodan**
**6114 La Salle**
**Oakland, CA 94611**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| | | |
|---|---|---|
| 3.262 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$175.00** |

**Amy Flores**
**21807 Carol Ct.**
**Saugus, CA 91390**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 68 of 1150

Debtor **Fox Ortega Enterprises, Inc.**          Case number (if known) _____

Name

| 3.263 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$665.00** |

**Amy Friedli**
**1105 Via Roble**
**Lafayette, CA 94549**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.264 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$109.00** |

**Amy Martinez**
**8440 Harding Ave Unit 2**
**Miami, FL 33141**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.265 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$62.00** |

**Amy McIntyre**
**6075 Romany Road**
**Oakland, CA 94618**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.266 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,419.00** |

**Amy Ray**
**1438 Harvest Crossing Drive**
**McLean, VA 22101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.267 | **Nonpriority creditor's name and mailing address**<br>**Amy Weinberg**<br>**4 Sotelo**<br>**Piedmont, CA 94611** | **As of the petition filing date, the claim is:**      **$1,907.00**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Basis for the claim:

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | | |
|---|---|---|
| 3.268 | **Nonpriority creditor's name and mailing address**<br>**Amy Wong**<br>**228 Carlester Drive**<br>**Los Gatos, CA 95032** | **As of the petition filing date, the claim is:**      **$8,276.00**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Basis for the claim:

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | | |
|---|---|---|
| 3.269 | **Nonpriority creditor's name and mailing address**<br>**Anand Rughani**<br>**341 Grace St**<br>**Toronto, ON M6G3AB**<br>**CANADA** | **As of the petition filing date, the claim is:**      **$1,418.00**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Basis for the claim:

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | | |
|---|---|---|
| 3.270 | **Nonpriority creditor's name and mailing address**<br>**Anatole Alper**<br>**7975 Indian Hill Road**<br>**Cincinnati, OH 45243** | **As of the petition filing date, the claim is:**      **$623.00**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Basis for the claim:

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | |
|---|---|
| 3.271 | **Nonpriority creditor's name and mailing address** |

**Anatoly Volokh**
**3402 Longview Rd.**
**Antioch, CA 94509**

As of the petition filing date, the claim is:                    **$313.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No

Last 4 digits of account number _____
☐ Yes

---

| | |
|---|---|
| 3.272 | **Nonpriority creditor's name and mailing address** |

**Anderson Hopkins**
**2901 N. Beverly Glen Blvd.**
**Los Angeles, CA 90077**

As of the petition filing date, the claim is:                    **$34,168.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No

Last 4 digits of account number _____
☐ Yes

---

| | |
|---|---|
| 3.273 | **Nonpriority creditor's name and mailing address** |

**Andras Nemeth**
**4105 South Hulen Street  #223**
**Fort Worth, TX 76109**

As of the petition filing date, the claim is:                    **$71.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No

Last 4 digits of account number _____
☐ Yes

---

| | |
|---|---|
| 3.274 | **Nonpriority creditor's name and mailing address** |

**Andre de Baubigny**
**47 Buell Lane**
**East Hampton, NY 11937**

As of the petition filing date, the claim is:                    **$25.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No

Last 4 digits of account number _____
☐ Yes

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 71 of 1150

Debtor **Fox Ortega Enterprises, Inc.**  Case number (if known) _____

Name

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$299.00** |

**Andre Gisiger**
**141 Charles St, #4**
**Boston, MA 02114**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,820.00** |

**Andre Hubner**
**200 North End Avenue**
**New York, NY 10282**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$874.00** |

**Andre Reed**
**917 S. Josephine St**
**Denver, CO 80209**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$110.00** |

**Andre Shearer**
**276 5th Ave Suite 1102**
**New York, NY 10001**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.279 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$59.00** |
|---|---|---|---|

**Andreas Sautter**
**76 Codornices Rd**
**Berkeley, CA 94708**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.280 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$26,297.00** |
|---|---|---|---|

**Andreas Sjodin**
**19 Parc Lane**
**Hicksville, NY 11801**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.281 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$39.00** |
|---|---|---|---|

**Andrei Gorine**
**11027 Thrush Ridge Rd**
**Reston, VA 20191**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.282 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$847.00** |
|---|---|---|---|

**Andrei Mesinger**
**9441 Copenhaver Drive**
**Potomac, MD 20854**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.283 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$7,471.00** |
|---|---|---|---|

**Andres Villarreal**
**1150 Pimbury Ct**
**Indianapolis, IN 46260**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.284 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$359.00** |
|---|---|---|---|

**Andrew Abramson**
**1155 Camino Del Mar**
**Del Mar, CA 92014**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.285 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,949.00** |
|---|---|---|---|

**Andrew Adams**
**14209 Cervantes Ave**
**Darnestown, MD 20874**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.286 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$969.00** |
|---|---|---|---|

**Andrew Alleman**
**10262 NW Engleman St.**
**Portland, OR 97229**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 74 of 1150

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.287** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,234.00**

**Andrew Azarmi**
**365 4th Ave.**
**San Francisco, CA 94118**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

**3.288** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$292.00**

**Andrew Bagwell**
**1548 N Columbus Ave**
**Glendale, CA 91202**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

**3.289** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$8,976.00**

**Andrew Barrett**
**1 Nest Court**
**Wilmington, DE 19807**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

**3.290** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$467.00**

**Andrew Bishop**
**1096 Alpine Court**
**Napa, CA 94558**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,345.00 |

**Andrew Blanchfield**
**5423 South Pointer Court**
**Baton Rouge, LA 70808**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $521.00 |

**Andrew Bohutinsky**
**3898 Baughman Grant**
**New Albany, OH 43054**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $39,599.00 |

**Andrew Brenner**
**1930 Broadway**
**New York, NY 10023**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $29,155.00 |

**Andrew Bridge**
**530 E Ohio St**
**Indianapolis, IN 46204**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known) _____

| 3.295 | Nonpriority creditor's name and mailing address | | $119.00 |

**Andrew Chabot**
**718 Hopewell Road**
**Maryville, TN 37801**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | | $863.00 |

**Andrew Chang**
**1 Plaza View LN**
**Foster City, CA 94404**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.297 | Nonpriority creditor's name and mailing address | | $10,713.00 |

**Andrew Constan**
**25 Garden Road**
**Scarsdale, NY 10583**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.298 | Nonpriority creditor's name and mailing address | | $1,419.00 |

**Andrew Cook**
**5900 Memorial Dr.**
**Houston, TX 77007**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 77 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.299 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$27,332.00** |
|---|---|---|---|

**Andrew Creech**
**545 Burnett Ave**
**San Francisco, CA 94131**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.300 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$614.00** |
|---|---|---|---|

**Andrew Dennis**
**2905 Channing Way**
**Berkeley, CA 94704**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.301 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$544.00** |
|---|---|---|---|

**Andrew DeWitt**
**2570 Grandin Rd.**
**Cincinnati, OH 45208**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.302 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$250.00** |
|---|---|---|---|

**Andrew Earl**
**1069 Vintner Blvd**
**West Palm Beach, FL 33410**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**      Case number (if known)

Name

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,655.00 |
|---|---|---|---|

**Andrew Euretig**
**3008A Clay Street**
**San Francisco, CA 94115**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number _____

---

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,184.00 |
|---|---|---|---|

**Andrew Farkas**
**1514 Banks Street**
**Houston, TX 77006**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number _____

---

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,242.00 |
|---|---|---|---|

**Andrew Frazer**
**825 Falls Point Circle**
**Alpharetta, GA 30022**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number _____

---

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,285.00 |
|---|---|---|---|

**Andrew Freedman**
**20 Ironside  #18**
**Marina del Rey, CA 90292**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**                     Case number (if known) _____

_____
Name

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,528.00 |

**3.307** | Nonpriority creditor's name and mailing address

**Andrew Gallan**
**830 Raleigh Rd**
**Glenview, IL 60025**

As of the petition filing date, the claim is: **$3,528.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.308** | Nonpriority creditor's name and mailing address

**Andrew Gelb**
**4131 Pleasanton Ave.**
**Pleasanton, CA 94566**

As of the petition filing date, the claim is: **$749.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.309** | Nonpriority creditor's name and mailing address

**Andrew Gold**
**3925 SW Humphrey**
**Portland, OR 97221**

As of the petition filing date, the claim is: **$904.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.310** | Nonpriority creditor's name and mailing address

**Andrew Gottlieb**
**27 1st Avenue**
**New York, NY 10003**

As of the petition filing date, the claim is: **$689.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 80 of 1150

Debtor  **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| 3.311 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$449.00** |
|---|---|---|---|

**Andrew Grade**
**1520 S Dobson Rd.**
**Mesa, AZ 85202**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.312 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,664.00** |
|---|---|---|---|

**Andrew Gray**
**160 Fremont Avenue**
**Los Altos, CA 94022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.313 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$441.00** |
|---|---|---|---|

**Andrew Greene**
**414 Oceanfront St.**
**Long Beach, NY 11561**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.314 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$524.00** |
|---|---|---|---|

**Andrew Harman**
**40 Adair Ln**
**Portola Valley, CA 94028**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 81 of 1150

Debtor  **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $199.00 |
|-------|-------------------------------------------------|-----------------------------------------------|---------|

**3.315** | Nonpriority creditor's name and mailing address

**Andrew Harwood**
**67 East 2nd Street, Apt 23**
**New York, NY 10003**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

**$199.00**

---

**3.316** | Nonpriority creditor's name and mailing address

**Andrew Heger**
**1370 San Luis Rey Drive**
**Glendale, CA 91208**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

**$1,406.00**

---

**3.317** | Nonpriority creditor's name and mailing address

**Andrew Heinegg**
**18500 Skog Ct NE**
**Poulsbo, WA 98370**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

**$163.00**

---

**3.318** | Nonpriority creditor's name and mailing address

**Andrew Hobson**
**35 Close Rd.**
**Greenwich, CT 06831**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

**$353,753.00**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 82 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.319 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$145.00** |

**Andrew Huang**
**2344 E 28th Street**
**Brooklyn, NY 11229**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.320 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,787.00** |

**Andrew Jeffrey**
**1285 Sutter St**
**San Francisco, CA 94109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.321 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,483.00** |

**Andrew Johnstone**
**2220 W. Barry Ave.**
**Chicago, IL 60618**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.322 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$39,731.00** |

**Andrew Kaufman**
**277 Park Avenue**
**New York, NY 10172**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050     Doc# 16     Filed: 01/21/16     Entered: 01/21/16 15:42:32     Page 83 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number *(if known)*

| 3.323 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$704.00** |
|---|---|---|---|

**Andrew Kohn**
**21 Westwood Country Club**
**Saint Louis, MO 63131**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.324 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$599.00** |
|---|---|---|---|

**Andrew Kossin**
**97 Satinwood Ln**
**Palm Beach Gardens, FL 33410**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.325 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,799.00** |
|---|---|---|---|

**Andrew Kozusko**
**40 Wilson Dr.**
**Pittsburgh, PA 15202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.326 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$274.00** |
|---|---|---|---|

**Andrew Lazerow**
**7026 Winterberry Lane**
**Bethesda, MD 20817**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 84 of 1150

Debtor  **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| 3.327 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$399.00** |

**Andrew Levi**
**620 Eleven O'clock Road**
**Farfield, CT 06824**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____      **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____      ☐ Yes

---

| 3.328 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,519.00** |

**Andrew Lewis**
**221 35th Ave. East**
**Seattle, WA 98112**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____      **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____      ☐ Yes

---

| 3.329 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$197.00** |

**Andrew Lewis**
**3508 36th St. NW**
**Washington, DC 20016**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____      **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____      ☐ Yes

---

| 3.330 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,434.00** |

**Andrew Lowenstein**
**4 Cedar Street**
**Natick, MA 01760**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____      **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____      ☐ Yes

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 85 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.331 | **Nonpriority creditor's name and mailing address** |

**Andrew McClintock Greenberg**
**950 Harrison Street**
**San Francisco, CA 94107**
_____

As of the petition filing date, the claim is: **$789.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.332 | **Nonpriority creditor's name and mailing address** |

**Andrew McGregor**
**344 Queensway Dr.**
**Lexington, KY 40502**
_____

As of the petition filing date, the claim is: **$209.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.333 | **Nonpriority creditor's name and mailing address** |

**Andrew McNamara**
**1129 NE 2nd Ave**
**Fort Lauderdale, FL 33304**
_____

As of the petition filing date, the claim is: **$419.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.334 | **Nonpriority creditor's name and mailing address** |

**Andrew Messenger**
**2044 Ridge Road**
**Syosset, NY 11791**
_____

As of the petition filing date, the claim is: **$16,900.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____
_____
Name

| 3.335 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$559.00** |

**Andrew Moravcsik**
**187 Prospect Avenue**
**Princeton, NJ 08540**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.336 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$119.00** |

**Andrew Murr**
**195 Marlin Avenue**
**Mill Valley, CA 94941**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.337 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$191.00** |

**Andrew Mutz**
**1617 S. Pennsylvania St.**
**Denver, CO 80210**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.338 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$839.00** |

**Andrew Naugle**
**1521 Second Avenue**
**Seattle, WA 98101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 87 of
1150

Debtor **Fox Ortega Enterprises, Inc.**      Case number (if known) _____
_____
Name

| | |
|---|---|
| **3.339** | **Nonpriority creditor's name and mailing address** |

**Andrew Northrop**
**99 Jane Street # 6 C**
**New York, NY 10014**

As of the petition filing date, the claim is:             **$1,519.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| **3.340** | **Nonpriority creditor's name and mailing address** |

**Andrew Oh**
**1148 W. Monroe Street Unit 2SE**
**Chicago, IL 60607**

As of the petition filing date, the claim is:             **$2,276.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| **3.341** | **Nonpriority creditor's name and mailing address** |

**Andrew Okun**
**37 Hageman Ln**
**Princeton, NJ 08540**

As of the petition filing date, the claim is:             **$2,771.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| **3.342** | **Nonpriority creditor's name and mailing address** |

**Andrew Paine**
**2200 12th Court North**
**Arlington, VA 22201**

As of the petition filing date, the claim is:             **$379.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 88 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.343 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $619.00 |
|---|---|---|---|

**Andrew Parker**
**6412 Lime Ridge Place**
**Louisville, KY 40222**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.344 | **Nonpriority creditor's name and mailing address** | | $759.00 |
|---|---|---|---|

**Andrew Paul**
**59 Charles Street**
**New York, NY 10014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.345 | **Nonpriority creditor's name and mailing address** | | $847.00 |
|---|---|---|---|

**Andrew Presto III**
**1636 East Seldon Lane**
**Phoenix, AZ 85020**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.346 | **Nonpriority creditor's name and mailing address** | | $1,793.00 |
|---|---|---|---|

**Andrew Prevost**
**9928 Julllard Dr**
**Bethesda, MD 20817**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050     Doc# 16     Filed: 01/21/16     Entered: 01/21/16 15:42:32     Page 89 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.347 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$362.00** |

**Andrew Reese**
**615 Harvard Street**
**Wilmette, IL 60091**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.348 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$1,239.00** |

**Andrew Robin**
**1544 Walnut Dr.**
**Palo Alto, CA 94303**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.349 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$915.00** |

**Andrew Ross**
**886 S Gilpin St**
**Denver, CO 80209**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.350 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$464.00** |

**Andrew Ross**
**5464 Northwest 42nd Ave**
**Boca Raton, FL 33496**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 90 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

| 3.351 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $259.00 |

**3.351** Nonpriority creditor's name and mailing address

**Andrew Salzman**
**57 Iris Ave**
**San Francisco, CA 94118**

As of the petition filing date, the claim is: $259.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

**3.352** Nonpriority creditor's name and mailing address

**Andrew Sanderbeck**
**168 Horseshoe Lane**
**Warminster, PA 18974**

As of the petition filing date, the claim is: $178.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

**3.353** Nonpriority creditor's name and mailing address

**Andrew Schreiber**
**607 Kings Road**
**Newport Beach, CA 92663**

As of the petition filing date, the claim is: $584.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

---

**3.354** Nonpriority creditor's name and mailing address

**Andrew Shapero**
**1840 Redwood Avenue**
**Boulder, CO 80304**

As of the petition filing date, the claim is: $389.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $975.00 |

**Andrew Shapiro**
**106 Vail Lane**
**Watchung, NJ 07069**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $33,660.00 |

**Andrew Skroback**
**1255 25th Street, NW**
**Washington, DC 20037**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,144.00 |

**Andrew Smith**
**1400 S. Joyce Street**
**Arlington, VA 22202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.00 |

**Andrew Spada**
**25 Sanders Rd.**
**Rockaway, NJ 07866**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**　　　　　　　　Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.359 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$1,639.00** |

**Nonpriority creditor's name and mailing address**

**Andrew Spiegel**
**86 Culloden Park Road**
**San Rafael, CA 94901**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

3.360 **Nonpriority creditor's name and mailing address**　　　　$247.00

**Andrew Spiegel**
**86 Culloden Park Road**
**San Rafael, CA 94901**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

3.361 **Nonpriority creditor's name and mailing address**　　　　$167.00

**Andrew Spingler**
**85 Thundercloud Rd.**
**Santa Fe, NM 87506**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

3.362 **Nonpriority creditor's name and mailing address**　　　　$8.00

**Andrew Stern**
**1443 Hawthorne Terrace**
**Berkeley, CA 94708**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | |
|---|---|
| 3.363 | **Nonpriority creditor's name and mailing address** |

**Andrew Talley**
**4012 Figaro Cr**
**Huntington Beach, CA 92649**

As of the petition filing date, the claim is: **$2,231.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.364 | **Nonpriority creditor's name and mailing address** |

**Andrew Tan**
**8814 12th Ave NE**
**Seattle, WA 98115**

As of the petition filing date, the claim is: **$1,199.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.365 | **Nonpriority creditor's name and mailing address** |

**Andrew Tate**
**1227 Coddington Place**
**Charlotte, NC 28211**

As of the petition filing date, the claim is: **$1,189.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.366 | **Nonpriority creditor's name and mailing address** |

**Andrew Taylor**
**899 Crestview Dr**
**San Carlos, CA 94070**

As of the petition filing date, the claim is: **$1,906.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.367 | **Nonpriority creditor's name and mailing address** | **$471.00** |

**Andrew Taylor**
**4083 17th St.**
**San Francisco, CA 94114**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.368 | **Nonpriority creditor's name and mailing address** | **$39.00** |

**Andrew Thompson**
**1008 Susan Way**
**Novato, CA 94947**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.369 | **Nonpriority creditor's name and mailing address** | **$230.00** |

**Andrew Van Court**
**6399 Christie Avenue**
**Emeryville, CA 94608**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.370 | **Nonpriority creditor's name and mailing address** | **$4,385.00** |

**Andrew Worthington**
**336 E 81st St**
**New York, NY 10028**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 95 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____     Case number _(if known)_ _____
Name

| | |
|---|---|
| 3.371 | **Nonpriority creditor's name and mailing address** |

**Andrey Dolgachev**
**288 Moulton Street**
**San Francisco, CA 94123**

_____

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

As of the petition filing date, the claim is:                                        **$223.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

Is the claim subject to offset?

■ No
☐ Yes

---

| | |
|---|---|
| 3.372 | **Nonpriority creditor's name and mailing address** |

**Andy Adelson**
**2080 NW 25th St**
**Boca Raton, FL 33431**

_____

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

As of the petition filing date, the claim is:                                     **$11,006.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

Is the claim subject to offset?

■ No
☐ Yes

---

| | |
|---|---|
| 3.373 | **Nonpriority creditor's name and mailing address** |

**Andy Burns**
**3324 Peachtree Rd NE**
**Atlanta, GA 30326**

_____

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

As of the petition filing date, the claim is:                                      **$8,628.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

Is the claim subject to offset?

■ No
☐ Yes

---

| | |
|---|---|
| 3.374 | **Nonpriority creditor's name and mailing address** |

**Andy Chiu**
**I-C-607 Blue Castle Apts**
**#3 West Dawang Road, Bejing**
**CHINA**

_____

Date or dates debt was incurred        _____

Last 4 digits of account number        _____

As of the petition filing date, the claim is:                                        **$145.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

Is the claim subject to offset?

■ No
☐ Yes

Case: 16-40050     Doc# 16     Filed: 01/21/16     Entered: 01/21/16 15:42:32     Page 96 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.375 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: |

**Andy Davis**
**241 Cougar Dr**
**Boulder, CO 80302**

As of the petition filing date, the claim is: **$58,126.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.376 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Andy Greenberg**
**318 Bennington Rd**
**Charlottesville, VA 22901**

As of the petition filing date, the claim is: **$815.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.377 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Andy Hung**
**2606 South Court**
**Palo Alto, CA 94306**

As of the petition filing date, the claim is: **$152.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.378 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Andy Keillor**
**W58 N446 Hilbert Avenue**
**Cedarburg, WI 53012**

As of the petition filing date, the claim is: **$348.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 97 of 1150

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.379 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,924.00** |
|---|---|---|---|

**Andy Kwan**
**Flat B., 10/F., Hoover Ind. Bldg.**
**26-38 Kwai Cheon Rd., Kwai Chung**
**HONG KONG**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.380 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$9,007.00** |
|---|---|---|---|

**Andy Ng**
**204 Verano Drive**
**Daly City, CA 94015**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.381 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,854.00** |
|---|---|---|---|

**Andy Peykoff**
**1706 Port Ashley Place**
**Newport Beach, CA 92660**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.382 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,859.00** |
|---|---|---|---|

**Andy Pruhenski**
**241 Root Lane**
**Sheffield, MA 01257**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 98 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.383 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$10,799.00** |
|---|---|---|---|

**Angel Hong**
**278 Scarsdale Road**
**Tuckahoe, NY 10707**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.384 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,738.00** |
|---|---|---|---|

**Angel Santiago Sosa**
**C. Sin Nombre M3 L23**
**San Jose del Cabo, Baja**
**MEXICO**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.385 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$788.00** |
|---|---|---|---|

**Angel Soca**
**Unit 3420**
**DPO, AA 34039**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.386 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$329.00** |
|---|---|---|---|

**Angela Lim**
**816 Contra Costa Ave**
**Berkeley, CA 94707**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**                                Case number (if known) _____

_____
Name

| 3.387 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$447.00** |

**Angelina Shih**
**626 16th St**
**Santa Monica, CA 90402**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.388 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$37,578.00** |

**Angelito Arias**
**7 Buccaneer Way**
**Coronado, CA 92118**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.389 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,169.00** |

**Angelo DeVita**
**5757 Cavanaugh Drive**
**Raleigh, NC 27614**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.390 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$9,280.00** |

**Angelo Tanna**
**306 Weatherford Ct**
**Lake Bluff, IL 60044**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.391 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $3,104.00 |
|---|---|---|---|

**Anh Man Tran**
**13552 SW Capulet Ln**
**King City, OR 97224**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.392 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $169.00 |
|---|---|---|---|

**Anh Thu Vo**
**19500 Pruneridge Ave.**
**Cupertino, CA 95014**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.393 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $12,911.00 |
|---|---|---|---|

**Anil Gondi**
**16 West 21st Street**
**New York, NY 10010**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.394 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $808.00 |
|---|---|---|---|

**Anil Rao**
**11101 Chadwick Pl**
**Cupertino, CA 95014**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **Fox Ortega Enterprises, Inc.**                          Case number (if known)
_____
Name

| 3.395 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$95.00** |

**Ann Lau**
**704 San Conrado Terrace**
**Sunnyvale, CA 94085**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____  **Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____  ☐ Yes

---

| 3.396 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$250.00** |

**Ann Stinson**
**200 S 31st ave**
**Omaha, NE 68131**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____  **Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____  ☐ Yes

---

| 3.397 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$419.00** |

**Anna Lewis**
**9045 Broadway Terrace**
**Piedmont, CA 94611**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____  **Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____  ☐ Yes

---

| 3.398 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$75.00** |

**Anna Mohrman**
**1508 27th Street NW**
**Washington, DC 20007**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____  **Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____  ☐ Yes

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 102 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
                                                              Case number *(if known)*
        Name

| 3.399 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $59.00 |
|---|---|---|---|

3.399 **Nonpriority creditor's name and mailing address**

**Anne Kokoskie**
**586 Buck Head**
**Avon Lake, OH 44012**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

$59.00

---

3.400 **Nonpriority creditor's name and mailing address**

**Anne Marshall**
**183 Tumbledown Dick Road**
**Addison, ME 04606**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

$5,774.00

---

3.401 **Nonpriority creditor's name and mailing address**

**Anne Pendergast**
**PO Box 220**
**Big Horn, WY 82833**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

$1,869.00

---

3.402 **Nonpriority creditor's name and mailing address**

**Annette Niemtzow**
**71 West 83 Street**
**New York, NY 10024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

$125.00

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known) _____

---

| 3.403 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,139.00** |

**Annette Wilson**
**28 Alden Rd**
**Greenwich, CT 06831**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____

☐ Yes

---

| 3.404 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$415.00** |

**Annick Klatte**
**601 St James Place**
**Newport Beach, CA 92663**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____

☐ Yes

---

| 3.405 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$49.00** |

**Anson Rane**
**1512 Calle Sacramento**
**San Clemente, CA 92672**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____

☐ Yes

---

| 3.406 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$209.00** |

**Anthony Agrella**
**5017 Willow Vale Way**
**Elk Grove, CA 95758**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.407 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$174.00** |

**Anthony Arnolie**
**9605 Timberview Court**
**Vienna, VA 22182**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.408 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,179.00** |

**Anthony Brissett**
**2143 McClendon**
**Houston, TX 77030**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.409 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$969.00** |

**Anthony Bristol**
**6316 Pickens St**
**Houston, TX 77007**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.410 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$338.00** |

**Anthony Cahill**
**3416 Shire Dr**
**College Station, TX 77845**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 105 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known) _____

| 3.411 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $570.00 |

**3.411** Nonpriority creditor's name and mailing address

**Anthony Cardinal**
**5 Barley Mill Drive**
**Wilmington, DE 19807**

As of the petition filing date, the claim is: $570.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.412** Nonpriority creditor's name and mailing address

**Anthony Cheng**
**70 Tin Hau Temple Road**
**1307 Viking Village, North Point**
**HONG KONG**

As of the petition filing date, the claim is: $584.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.413** Nonpriority creditor's name and mailing address

**Anthony Chow**
**840 Picaacho Drive**
**La Habra, CA 90631**

As of the petition filing date, the claim is: $3,588.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.414** Nonpriority creditor's name and mailing address

**Anthony Cianci**
**128 Clamar Dr**
**Upper Darby, PA 19083**

As of the petition filing date, the claim is: $4,356.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | |
|---|---|
| 3.415 | **Nonpriority creditor's name and mailing address** |

**Anthony Cmelak**
**6041 Cargile Road**
**Nashville, TN 37205**

As of the petition filing date, the claim is: **$7,517.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.416 | **Nonpriority creditor's name and mailing address** |

**Anthony Deluca**
**117 Ballantine Road**
**Bernardsville, NJ 07924**

As of the petition filing date, the claim is: **$43,241.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.417 | **Nonpriority creditor's name and mailing address** |

**Anthony Dietrich**
**114 Berry Creek Drive**
**Flat Rock, NC 28731**

As of the petition filing date, the claim is: **$389.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.418 | **Nonpriority creditor's name and mailing address** |

**Anthony DiGiorgio**
**305 Berkeley Road**
**Rock Hill, SC 29732**

As of the petition filing date, the claim is: **$509.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number *(if known)*

| 3.419 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,239.00** |

**Anthony Duncan**
**17 Goldlist Drive**
**Richmond Hill, ON L4E4L1**
**CANADA**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

| 3.420 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$632.00** |

**Anthony Filiberti**
**1990 Elisabeth Way**
**Santa Rosa, CA 95404**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

| 3.421 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$6,996.00** |

**Anthony Greenhouse**
**788 McKinley Ave.**
**Oakland, CA 94610**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

| 3.422 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$701.00** |

**Anthony Guarino**
**4228 Bronxwood Avenue**
**Bronx, NY 10466**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.423 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$761.00** |
|---|---|---|---|

**Anthony Guneratne**
**676 Hawks Trace Drive**
**Jacksonville, FL 32225**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.424 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$739.00** |
|---|---|---|---|

**Anthony Heading**
**101 West End Ave**
**New York, NY 10023**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.425 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,937.00** |
|---|---|---|---|

**Anthony Iezzi**
**5703 Bryant Street**
**Pittsburgh, PA 15206**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.426 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$99.00** |
|---|---|---|---|

**Anthony King**
**213 NE 6th Street**
**McMinnville, OR 97128**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**                 Case number (if known) _____

Name

| 3.427 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,099.00** |
|---|---|---|---|

**Anthony Kwon**
**4026 St. Germaine Ln**
**Charlotte, NC 28210**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.428 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,645.00** |
|---|---|---|---|

**Anthony Marsicovetere**
**8 Molsbury Lane**
**Clarksburg, NJ 08510**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.429 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,729.00** |
|---|---|---|---|

**Anthony Meconiates**
**71 Wyndover Ln**
**Stamford, CT 06902**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.430 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$239.00** |
|---|---|---|---|

**Anthony Orso**
**2303 W Douglas Dr**
**Marion, IL 62959**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 110 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.431 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$19,101.00** |
|---|---|---|---|

**Anthony Ramdass**
**4005 29th St**
**Mount Rainier, MD 20712**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.432 | **Nonpriority creditor's name and mailing address** | **$5,879.00** |
|---|---|---|

**Anthony Riccobono**
**11 Stonewall Dr**
**Granite Springs, NY 10527**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.433 | **Nonpriority creditor's name and mailing address** | **$2,299.00** |
|---|---|---|

**Anthony Richardson**
**5-2-9 Yakumo**
**Meguro-ku, Tokyo**
**JAPAN**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.434 | **Nonpriority creditor's name and mailing address** | **$2,389.00** |
|---|---|---|

**Anthony Roberts**
**2401 Pennsylvania Ave**
**Philadelphia, PA 19130**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.435 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

3.435 | **Nonpriority creditor's name and mailing address**

**Anthony Romeo**
**1611 W. Harrison St.**
**Chicago, IL 60612**

**As of the petition filing date, the claim is:** **$99.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

3.436 | **Nonpriority creditor's name and mailing address**

**Anthony Russell**
**1512 Old Smuggler Ct**
**Fort Washington, MD 20744**

**As of the petition filing date, the claim is:** **$99.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

3.437 | **Nonpriority creditor's name and mailing address**

**Anthony Sanford**
**2101 North 106th street**
**Seattle, WA 98133**

**As of the petition filing date, the claim is:** **$281.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

3.438 | **Nonpriority creditor's name and mailing address**

**Anthony Sarich**
**1711 Cudaback Ave**
**Niagara Falls, NY 14303**

**As of the petition filing date, the claim is:** **$864.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**   Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.439 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$567.00** |

**Anthony Shaia**
**11413 Barrington Bridge Ct**
**Richmond, VA 23233**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.440 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$63.00** |

**Anthony Shapiro**
**5810 Cherry St**
**Kansas City, MO 64110**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.441 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$389.00** |

**Anthony Sierra**
**8950 SW 74th ct**
**Miami, FL 33156**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.442 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$564.00** |

**Anthony Sliwinski**
**9804 Lake Meadow Place**
**Richmond, VA 23238**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known) _____

| 3.443 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,307.00 |
|---|---|---|---|

**Anthony Sueuga**
**732 coventry rd**
**Berkeley, CA 94707**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.444 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30,046.00 |
|---|---|---|---|

**Anthony Tsia**
**783 36th Ave**
**San Francisco, CA 94121**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.445 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $203.00 |
|---|---|---|---|

**Anthony Vasquez**
**4241 Sarahs Way**
**Dayton, OH 45440**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.446 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,978.00 |
|---|---|---|---|

**Anthony Wiezorek**
**5150 East Pacific Coast Highway**
**Long Beach, CA 90804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.447** | Nonpriority creditor's name and mailing address

**Anthony Yount**
**POB 852**
**Templeton, CA 93465**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$370.00**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.448** | Nonpriority creditor's name and mailing address

**Anthony Zambataro**
**2233 Laurelei Ave**
**San Jose, CA 95128**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$89.00**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.449** | Nonpriority creditor's name and mailing address

**Anthony Zepeda**
**188 Deer Creek Dr.**
**Aledo, TX 76008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$10,200.00**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.450** | Nonpriority creditor's name and mailing address

**Anton King**
**49 Park St.**
**South Yarra, Victoria 3141**
**AUSTRALIA**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$56.00**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 115 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number *(if known)* _____

| 3.451 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,430.00** |

**Antonino D'Aiuto**
**513 West 27th St**
**New York, NY 10001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.452 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$19,803.00** |

**Antonio Bianchini**
**4105 William Chapman**
**Saint Laurent, QC H4R3GI**
**CANADA**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.453 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,110.00** |

**Antonio Carucci**
**1850 West 9th Street**
**Brooklyn, NY 11223**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.454 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$41.00** |

**Antonio Casacuberta**
**2960 Divisadero St**
**San Francisco, CA 94123**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 116 of 1150

Debtor **Fox Ortega Enterprises, Inc.**            Case number (if known) _____
Name

| 3.455 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,078.00** |

**Antonio Disclafani**
**1901 SE 18th Ave**
**Ocala, FL 34471**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.456 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$325.00** |

**Antonio Dominguez**
**P O Box 527948**
**Miami, FL 33152**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.457 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,959.00** |

**Antonio LaTona**
**6400 Christie Ave**
**Emeryville, CA 94608**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.458 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,939.00** |

**Antonio M Galloni**
**2 Bittersweet Lane**
**Scarsdale, NY 10583**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy
Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 117 of 1150

Debtor **Fox Ortega Enterprises, Inc.**  Case number *(if known)* _____
_____
Name

| 3.459 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$80,371.00** |

**Nonpriority creditor's name and mailing address**
**Antony Beck**
**3750 Paris Pike**
**Lexington, KY 40511**

_____

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.460 |

**Nonpriority creditor's name and mailing address**
**Antony Loebel**
**36 Harrison Drive**
**Larchmont, NY 10538**

_____

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

As of the petition filing date, the claim is: **$1,611.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.461 |

**Nonpriority creditor's name and mailing address**
**Anush Nejad**
**14317 Goodrow Ct**
**Princeton, NJ 08540**

_____

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

As of the petition filing date, the claim is: **$289.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.462 |

**Nonpriority creditor's name and mailing address**
**Anwar Atalla**
**360 W. Seminary Ave.**
**Wheaton, IL 60187**

_____

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

As of the petition filing date, the claim is: **$12,964.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
■ No
☐ Yes

Case: 16-40050  Doc# 16  Filed: 01/21/16  Entered: 01/21/16 15:42:32  Page 118 of 1150

Debtor **Fox Ortega Enterprises, Inc.**       Case number (if known) _____

Name

| 3.463 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,222.00** |
|---|---|---|---|

**Apipong Nakayuenyongsuk**
**3 Drumcliffe Dr.**
**Warren, PA 16365**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.464 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$24,820.00** |
|---|---|---|---|

**Ara Vartanian**
**13050 North Calusa Club Drive**
**Miami, FL 33186**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.465 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$79.00** |
|---|---|---|---|

**Arben Jakupi**
**20814 Beaconsfield**
**Saint Clair Shores, MI 48080**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.466 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$229.00** |
|---|---|---|---|

**Archie McLaren**
**PO Box 790**
**Avila Beach, CA 93424**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**　　　　　Case number (if known) _____

Name

---

| 3.467 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$159.00** |

**Ardiel Barrios**
**8935 NW 112 Terr**
**Miami, FL 33108**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.468 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,438.00** |

**Arek Ohanissian**
**1 Block Unit 8b**
**Stamford, CT 06901**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.469 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$135,000.00** |

**ARF Financial**
**3 Waters Park Drive, Ste. 321**
**San Mateo, CA 94403**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.470 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,024.00** |

**Ari Cedars**
**8455 Colonial Ln.**
**Saint Louis, MO 63124**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com　　　Best Case Bankruptcy

Case: 16-40050　　Doc# 16　　Filed: 01/21/16　　Entered: 01/21/16 15:42:32　　Page 120 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

| 3.471 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$114.00** |

**Ari Newman**
**1585 Kalmia Ave**
**Boulder, CO 80304**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.472 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$179.00** |

**Arie Bolshem**
**2272 E 72nd St**
**Brooklyn, NY 11234**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.473 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$145.00** |

**Ariel Martinez**
**9 Nursery Lane**
**Rye, NY 10580**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.474 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$731.00** |

**Arif Fazal**
**25 Mara Vista Ct**
**Tiburon, CA 94920**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 121 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

---

| 3.475 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$499.00** |

**Arif Suherman c/o Karen Anderson Geologistics Americas, Inc.**
**19688 Van Ness Ave.**
**Torrance, CA 90501**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.476 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$16.00** |

**Arjun Mendiratta**
**439 40th St**
**Oakland, CA 94609**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.477 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$16,366.00** |

**Arkadiusz Wolinski**
**3665 Asbury st**
**Dallas, TX 75205**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.478 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$570.00** |

**Arlene Maidman**
**556 Third Ave**
**New York, NY 10016**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.479 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$70.00** |

**Nonpriority creditor's name and mailing address**

**Armando Basarrate**
**127 17th Street**
**Atlanta, GA 30309**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.480 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$1,899.00** |

**Armando Sanchez**
**4037 NE Hassalo St**
**Portland, OR 97232**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.481 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$5,534.00** |

**Arnaud Tronche**
**20 River Terrace**
**New York, NY 10282**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.482 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$3,604.00** |

**Arnie Brokstein**
**1601 Fernwood Drive**
**Oakland, CA 94611**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**                          Case number *(if known)* _____
_____
Name

| 3.483 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,859.00** |

**Arnold Messer**
**1020 Cove Way**
**Beverly Hills, CA 90210**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.484 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,234.00** |

**Arnold Reiter**
**2 North Bayard Lane**
**Mahwah, NJ 07430**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.485 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$286.00** |

**Aron Hess**
**10505 NE Red Hill Rd**
**Dundee, OR 97115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.486 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$155.00** |

**Art Balfe**
**2380 Palisades Crest Dr**
**Lake Oswego, OR 97034**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **Fox Ortega Enterprises, Inc.**                              Case number (if known) _____

Name

| 3.487 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,868.00 |

**Art Blume**
**3412 N. Pioneer Canyon Drive**
**Ridgefield, WA 98642**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.488 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $380.00 |

**Art Castillo**
**3090 Wolfe Court**
**Fremont, CA 94555**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.489 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,268.00 |

**Arthur Ambrose**
**1 Jennifer Lane**
**Manalapan, NJ 07726**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.490 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $19,203.00 |

**Arthur Bankhurst**
**Dept of Medicine Univ of NM**
**Albuquerque, NM 87131**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.491 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,169.00 |
|---|---|---|---|

**Arthur Galuppo**
**135 West Nyack Rd**
**Nanuet, NY 10954**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.492 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,995.00 |
|---|---|---|---|

**Arthur Kuo**
**3225 Grace St NW # 212**
**Washington, DC 20007**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.493 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,907.00 |
|---|---|---|---|

**Arthur Lee**
**1468 Isabella Lane**
**Santa Barbara, CA 93108**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.494 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $194.00 |
|---|---|---|---|

**Arthur Mayer**
**4007 Estate Beeston Hill**
**1 Bulows Minde, Christiansted**
**US VIRGIN ISLANDS**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 126 of 1150

Debtor **Fox Ortega Enterprises, Inc.**                     Case number (if known) _____

Name

| 3.495 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$18,913.00** |

**Arthur Muldowney**
**62 Hemlock Drive**
**Killingworth, CT 06419**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.496 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$660.00** |

**Arthur Paoletti**
**POB 189**
**Highlands, NC 28741**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.497 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$836,534.00** |

**Arthur Patterson**
**428 University Ave.**
**Palo Alto, CA 94301**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.498 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$61,787.00** |

**Arthur Peponis**
**655 Park Ave**
**New York, NY 10065**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 127 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.499 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$359.00** |

**3.499** | **Nonpriority creditor's name and mailing address**

**Arthur Rauch**
**115 Central Park West**
**New York, NY 10023**

As of the petition filing date, the claim is: **$359.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.500** | **Nonpriority creditor's name and mailing address**

**Arthur Scott**
**8791 SW Fisherman's Wharf Dr.**
**Stuart, FL 34997**

As of the petition filing date, the claim is: **$959.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.501** | **Nonpriority creditor's name and mailing address**

**Arthur Slaven**
**500 West Superior St**
**Chicago, IL 60654**

As of the petition filing date, the claim is: **$739.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.502** | **Nonpriority creditor's name and mailing address**

**Arthur Unterman**
**26 Court Street**
**Brooklyn, NY 11242**

As of the petition filing date, the claim is: **$5,654.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.503** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,519.00**

**Arthur Willcocks**
**20 Rostrevor Place**
**Rotura, 3015**
**NEW ZEALAND**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.504** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,329.00**

**Artine Safarian**
**1951 Erin way**
**Glendale, CA 91206**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.505** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$142.00**

**Arturo Delgado**
**200 Crandon Blvd**
**Key Biscayne, FL 33149**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.506** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,763.00**

**Arturo Palazuelos**
**3006 Woodland Cove**
**Laredo, TX 78045**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| 3.507 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$155.00** |

**Arturo Torres**
**1200 Hempstead Tpke**
**Franklin Square, NY 11010**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

---

| 3.508 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$24,074.00** |

**Arvin Soh**
**250 East 73rd Street**
**New York, NY 10021**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

---

| 3.509 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,037.00** |

**Aryeh Weinstein**
**1622 Beverly Place**
**Berkeley, CA 94707**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

---

| 3.510 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$959.00** |

**Asa Chamberlayne**
**3031 Sedgwick St., NW**
**Washington, DC 20008**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____ Case number (if known) _____
Name

| 3.511 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $110.00 |

**3.511** Nonpriority creditor's name and mailing address

**Ash Anderson**
**1769 Valley Park Avenue**
**Hermosa Beach, CA 90254**

As of the petition filing date, the claim is: $110.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.512** Nonpriority creditor's name and mailing address

**Ash Shah**
**631 N Larchmont Blvd**
**Los Angeles, CA 90004**

As of the petition filing date, the claim is: $8,249.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.513** Nonpriority creditor's name and mailing address

**Asheet Mehta**
**176 East 71st Street**
**New York, NY 10021**

As of the petition filing date, the claim is: $10,053.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.514** Nonpriority creditor's name and mailing address

**Asher Rubinstein**
**18 East 48th street**
**New York, NY 10017**

As of the petition filing date, the claim is: $1,855.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 131 of 1150

Debtor **Fox Ortega Enterprises, Inc.**      Case number (if known) _____

Name

| | |
|---|---|
| 3.515 | **Nonpriority creditor's name and mailing address** |

| | |
|---|---|
| **3.515** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**     **$8,377.00** |

**3.515**    **Nonpriority creditor's name and mailing address**

**Asher Waldfogel**
**300 Santa Rita Avenue**
**Palo Alto, CA 94301**

**As of the petition filing date, the claim is:**     **$8,377.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.516**    **Nonpriority creditor's name and mailing address**

**Ashish Agrawal**
**1681 Vinehill Circle**
**Fremont, CA 94539**

**As of the petition filing date, the claim is:**     **$9,242.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.517**    **Nonpriority creditor's name and mailing address**

**Ashley Isbel**
**19 Cardinia Close**
**Dandenong North, Victoria 3175**
**AUSTRALIA**

**As of the petition filing date, the claim is:**     **$215.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.518**    **Nonpriority creditor's name and mailing address**

**Ashley Leach**
**92-1135 Panana St**
**Kapolei, HI 96707**

**As of the petition filing date, the claim is:**     **$279.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 132 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.519 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$10,804.00** |
|---|---|---|---|

**Ashok Lahiri**
**11842 Placer Spring Court**
**Cupertino, CA 95014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.520 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$135.00** |
|---|---|---|---|

**Ashton Hudson**
**9995 Gate Parkway**
**Jacksonville, FL 32246**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.521 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$8,728.00** |
|---|---|---|---|

**Asim Qadir**
**PO Box 190451**
**San Francisco, CA 94119**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.522 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,066.00** |
|---|---|---|---|

**Askold Buk**
**115 W 86th St**
**New York, NY 10024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.523 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$74.00** |

**Asmut Kahns**
**503 Wyckoff Ave**
**Ramsey, NJ 07446**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.524 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$16,656.00** |

**Assaf Pinchas**
**3812 Chantal Lane**
**Fairfax, VA 22031**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.525 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$215.00** |

**Astrid Heppenstall**
**1370 San Luis Rey**
**Glendale, CA 91208**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.526 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$175,000.00** |

**Atherton Imports**
**P.O. Box 2305**
**Menlo Park, CA 94026**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 134 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.527 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$404.00** |
|---|---|---|---|

**Audrey Mills**
**3580 High Street**
**Eugene, OR 97405**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.528 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$119.00** |
|---|---|---|---|

**Audric Chong**
**'326, 12th ave.'**
**San Francisco, CA 94118**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.529 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,248.00** |
|---|---|---|---|

**Audrius Ruksenas**
**3572 Fawnrun Dr**
**Cincinnati, OH 45241**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.530 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,079.00** |
|---|---|---|---|

**Augie Carton**
**62 Tan Vat Rd**
**Rumson, NJ 07760**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor    **Fox Ortega Enterprises, Inc.**      Case number (if known) _____

Name

| 3.531 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,754.00** |
|---|---|---|---|

**August Muller**
**4255 Wilkinson Way**
**Mobile, AL 36608**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.532 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$944.00** |
|---|---|---|---|

**Augustine Lan**
**3545 West 54th St.**
**Cleveland, OH 44102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.533 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,469.00** |
|---|---|---|---|

**Augusto Castrillon**
**2805 Santa Esperanza**
**Mission, TX 78572**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.534 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$26,616.00** |
|---|---|---|---|

**Austin Fulk**
**1276 N. Wayne Street**
**Arlington, VA 22201**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 136 of 1150

Debtor **Fox Ortega Enterprises, Inc.**    Case number (if known) _____
_____
Name

| 3.535 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | | **$1,039.00** |
|---|---|---|---|---|---|

**Austin Hills**
**490 Post St.**
**San Francisco, CA 94102**

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.536 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | | **$1,238.00** |
|---|---|---|---|---|---|

**Austin Sharp**
**1518 Martin Luther King Jr Way**
**Berkeley, CA 94709**

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.537 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | | **$49.00** |
|---|---|---|---|---|---|

**Austin Yursik**
**2596 Holkam Ln**
**Charlottesville, VA 22901**

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.538 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | | **$5,687.00** |
|---|---|---|---|---|---|

**Avram Goldberg**
**270 Beacon St., Apt. H-3**
**Boston, MA 02116**

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 137 of 1150

Debtor  **Fox Ortega Enterprises, Inc.**                           Case number (if known) _____
_____
Name

| 3.539 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,606.00** |
|---|---|---|---|

**Axel Berny**
**545 Valley Street**
**San Francisco, CA 94131**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.540 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$74.00** |
|---|---|---|---|

**Ayse Ataman**
**3360 S. Ocean Blvd**
**Palm Beach, FL 33480**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.541 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$129.00** |
|---|---|---|---|

**Azam Qayum**
**4380 SW Macadam Ave**
**Portland, OR 97239**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.542 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$344.00** |
|---|---|---|---|

**B.N. Singh**
**111 Ardsley Dr.**
**Dewitt, NY 13214**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 138 of 1150

Debtor    **Fox Ortega Enterprises, Inc.**                          Case number (if known)  _____
          _____
          Name

| 3.543 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$19.00** |
|-------|---|---|---|

3.543 **Nonpriority creditor's name and mailing address**

**Babur Kilic**
**1040 Woodruff Plantation Pkwy**
**Marietta, GA 30067**

As of the petition filing date, the claim is: **$19.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  _____

---

3.544 **Nonpriority creditor's name and mailing address**

**Ban Cheung**
**3854 Shovler Lake Court**
**Fremont, CA 94555**

As of the petition filing date, the claim is: **$13,394.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  _____

---

3.545 **Nonpriority creditor's name and mailing address**

**Barbara Arcuri**
**1304 W. 1st Street**
**Cedar Falls, IA 50613**

As of the petition filing date, the claim is: **$639.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  _____

---

3.546 **Nonpriority creditor's name and mailing address**

**Barbara Fried**
**743 Cooksey Lane**
**Stanford, CA 94305**

As of the petition filing date, the claim is: **$151.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 139 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| **3.547** | **Nonpriority creditor's name and mailing address** |

**Barbara Hahn Thomas**
**1063 Peachtree Battle Avenue**
**Atlanta, GA 30327**

**As of the petition filing date, the claim is:** $959.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| | |
|---|---|
| **3.548** | **Nonpriority creditor's name and mailing address** |

**Barbara Henry**
**2090 West First Street, #1708**
**Fort Myers, FL 33901**

**As of the petition filing date, the claim is:** $167.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| | |
|---|---|
| **3.549** | **Nonpriority creditor's name and mailing address** |

**Barbara Hermann**
**2111 N Kenmore**
**Chicago, IL 60614**

**As of the petition filing date, the claim is:** $11,795.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| | |
|---|---|
| **3.550** | **Nonpriority creditor's name and mailing address** |

**Barbara Savant**
**135 Northstar Court**
**Marina Del Rey, CA 90292**

**As of the petition filing date, the claim is:** $199.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 140 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Case number (if known) _____

Name

| 3.551 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$43,658.00** |

**3.551**  Nonpriority creditor's name and mailing address

**Barbara Shih**
**Third Floor, South Garden Mansion**
**40A Kennedy Road, 852**
**HONG KONG**

As of the petition filing date, the claim is: **$43,658.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____ ☐ Yes

---

**3.552**  Nonpriority creditor's name and mailing address

**Barbara Witten**
**2989 Southaven Drive**
**Annapolis, MD 21401**

As of the petition filing date, the claim is: **$56.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____ ☐ Yes

---

**3.553**  Nonpriority creditor's name and mailing address

**Barbara Zeisler**
**315 Westmont Street**
**West Hartford, CT 06117**

As of the petition filing date, the claim is: **$1,295.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____ ☐ Yes

---

**3.554**  Nonpriority creditor's name and mailing address

**Barry Boothe**
**2435 Divisadero St.**
**San Francisco, CA 94115**

As of the petition filing date, the claim is: **$676.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____ ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known) _____

| 3.555 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,230.00 |
|---|---|---|---|

**Barry Brown**
**3970 Old Shell Road**
**Mobile, AL 36608**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.556 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,181.00 |
|---|---|---|---|

**Barry Fields**
**1000 Cordova Place**
**Santa Fe, NM 87505**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.557 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,039.00 |
|---|---|---|---|

**Barry Fitzmorris**
**3417 Keha Drive**
**Kihei, HI 96753**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.558 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,979.00 |
|---|---|---|---|

**Barry Fletcher**
**9628 Ridgewood Ct**
**Bloomington, IL 61705**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com　　　　Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.559 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$178.00** |

**Barry Fox**
**1519 Washington Avenue**
**New Orleans, LA 70130**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.560 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,451.00** |

**Barry Gill**
**400 East 84th St.**
**New York, NY 10028**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.561 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$10,535.00** |

**Barry Jennings**
**331 Sheridan Rd**
**Winnetka, IL 60093**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.562 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$29,989.00** |

**Barry Krug**
**2116 Tarbolton Circle**
**Folsom, CA 95630**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 143 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.563 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$779.00** |

**Barry Logan**
**615 Ocean Dr**
**Key Biscayne, FL 33149**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.564 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,213.00** |

**Barry LoSasso**
**3100 Front St**
**San Diego, CA 92103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.565 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$959.00** |

**Barry R Eichen**
**6 Winding Ridge Way**
**Warren, NJ 07059**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.566 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$199.00** |

**Barry Russinof**
**1013 Fearrington Post**
**Pittsboro, NC 27312**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 144 of 1150

Debtor **Fox Ortega Enterprises, Inc.**     Case number (if known) _____

Name

| 3.567 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,744.00** |
|---|---|---|---|

**Barry Sexton**
**11700 Preston Road**
**Dallas, TX 75230**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.568 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$25,543.00** |
|---|---|---|---|

**Barry Torres**
**2 Coral Reef**
**Newport Coast, CA 92657**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.569 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$89.00** |
|---|---|---|---|

**Barry Weiss**
**85 Adams Street**
**Brooklyn, NY 11201**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.570 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,445.00** |
|---|---|---|---|

**Bartlet Ho**
**5471 Sierra Verde Rd.**
**Irvine, CA 92603**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 145 of 1150

| 3.571 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $135.00 |
|---|---|---|---|

**Bas de Blank**
**'Orrick, Herrington & Sutcliffe'**
**Menlo Park, CA 94025**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.572 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $69,538.00 |
|---|---|---|---|

**Basil Williams**
**400 Highview Rd**
**Englewood, NJ 07631**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.573 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,736.00 |
|---|---|---|---|

**Basil Yanes**
**1576 West Alex Bell Rd**
**Dayton, OH 45459**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.574 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,253.00 |
|---|---|---|---|

**Basil Yanes**
**1576 W. Alex Bell Rd**
**Dayton, OH 45459**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 146 of 1150

Debtor    **Fox Ortega Enterprises, Inc.**                                    Case number (if known)  _____

_____
Name

| 3.575 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,248.00 |

3.575

**Nonpriority creditor's name and mailing address**

**Bassam Sauma**
**3 Aspen Court**
**Warren, NJ 07059**

As of the petition filing date, the claim is: **$6,248.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    _____

---

3.576

**Nonpriority creditor's name and mailing address**

**Beatrice Wong**
**13/f, Yue on Commercial Bldg**
**385-387 Lockhart Road, Wanchai**
**HONG KONG**

As of the petition filing date, the claim is: **$1,160.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    _____

---

3.577

**Nonpriority creditor's name and mailing address**

**Beau Volley**
**3238 Huntersworth Way**
**Glenwood, MD 21738**

As of the petition filing date, the claim is: **$5,185.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    _____

---

3.578

**Nonpriority creditor's name and mailing address**

**Beemeth Robles**
**7122 N 23rd Pl**
**Phoenix, AZ 85020**

As of the petition filing date, the claim is: **$1,055.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 147 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.579 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $7,914.00 |

**Behrooz Heshmatpour**
**802 East Jefferson**
**Effingham, IL 62401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.580 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $1,984.00 |

**Behrooz Najafi**
**41 Los Robles Ct.**
**Menlo Park, CA 94025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.581 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $407.00 |

**Behrooz Vida**
**2117 Royal Dominion Court**
**Arlington, TX 76006**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.582 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $3,277.00 |

**Bela Ballo**
**7259 Eagle Rd**
**Waite Hill, OH 44094**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.583 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,644.00 |
|---|---|---|---|

**Ben Borgen**
**3 Huntington Park Circle**
**Houston, TX 77024**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.584 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,400.00 |
|---|---|---|---|

**Ben Cheung**
**3854 Shovlar Lake Cr**
**Freemont, CA 94055**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.585 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $269.00 |
|---|---|---|---|

**Ben Chinn**
**6924 SW 54th Ave**
**Portland, OR 97219**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.586 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $239.00 |
|---|---|---|---|

**Ben Coughlan**
**1041 Alberta Place**
**San Diego, CA 92103**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor  **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.587 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$359.00** |

**Ben Davis**
**1037 Shady Brook Lane**
**Napa, CA 94558**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.588 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$59.00** |

**Ben Davis**
**2920 Pioneer Way**
**Jamul, CA 91935**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.589 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$1,617.00** |

**Ben Delancy**
**4120 Leland Street**
**Chevy Chase, MD 20815**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.590 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$314.00** |

**Ben Friedman**
**10771 Sherman Way**
**Sun Valley, CA 91352**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 150 of 1150

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.591** | **Nonpriority creditor's name and mailing address**

**Ben Grade**
**N49 W5471 Portland Rd.**
**Cedarburg, WI 53012**

As of the petition filing date, the claim is: **$99.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

**3.592** | **Nonpriority creditor's name and mailing address**

**Ben H Liao**
**2108 Wimbeldon Drive**
**Arlington, TX 76017**

As of the petition filing date, the claim is: **$1,069.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

**3.593** | **Nonpriority creditor's name and mailing address**

**Ben Humphrey**
**8009 SE 58th St**
**Mercer Island, WA 98040**

As of the petition filing date, the claim is: **$789.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

**3.594** | **Nonpriority creditor's name and mailing address**

**Ben Kennedy**
**715 Salvatierra St**
**Palo Alto, CA 94305**

As of the petition filing date, the claim is: **$473.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.595** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$25,319.00**

**Ben Nickoll**
**34 Gramercy Park East**
**New York, NY 10003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.596** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$737.00**

**Bendt Petersen**
**6144 Airport Blvd**
**Mobile, AL 36608**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.597** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,324.00**

**Benjamin Addoms**
**1617 Hudson Street**
**Denver, CO 80220**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.598** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$211.00**

**Benjamin Daniel**
**1922 Euclid Ave**
**Dallas, TX 75206**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 152 of 1150

Debtor **Fox Ortega Enterprises, Inc.**　　Case number *(if known)* _____
Name

| 3.599 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,179.00 |
|---|---|---|---|

**Benjamin Fackler**
**301 W 115th Street**
**New York, NY 10026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.600 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $5,729.00 |
|---|---|---|---|

**Benjamin Francois**
**3 Winged foot Lane**
**Newport Beach, CA 92660**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.601 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,560.00 |
|---|---|---|---|

**Benjamin Genocchio**
**121 Mercer Street**
**New York, NY 10012**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.602 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,419.00 |
|---|---|---|---|

**Benjamin Goldberg**
**200 Mercer St.**
**New York, NY 10012**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com　　Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**  Case number (if known) _____
Name

| 3.603 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$6,271.00** |

3.603 | **Nonpriority creditor's name and mailing address**

**Benjamin Gravatt**
**1552 Bear Creek Road**
**Leicester, NC 28748**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

**$6,271.00**

---

3.604 | **Nonpriority creditor's name and mailing address**

**Benjamin Hall**
**3408 Richmond Blvd**
**Piedmont, CA 94611**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

**$1,182.00**

---

3.605 | **Nonpriority creditor's name and mailing address**

**Benjamin Lee**
**250 Mercer Street**
**New York, NY 10012**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

**$1,013.00**

---

3.606 | **Nonpriority creditor's name and mailing address**

**Benjamin Lipshitz**
**314 Hazel Ave**
**San Bruno, CA 94066**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

**$2,001.00**

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.607 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $159.00 |

**Benjamin Malay**
**14830 Cranoke St**
**Centreville, VA 20120**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.608 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $699.00 |

**Benjamin Myers**
**644 Parkside Drive**
**Santa Rosa, CA 95404**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.609 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $779.00 |

**Benjamin Orze**
**1241 5th Street**
**Santa Monica, CA 90401**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.610 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $299.00 |

**Benjamin Sullivan**
**43 Westpark Road**
**Fort Saskatchewan, AB T8L3X3**
**CANADA**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**                              Case number (if known) _____
_____
Name

| 3.611 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $540.00 |

**3.611** | **Nonpriority creditor's name and mailing address**

**Benjamin Wash**
**50 Kiva Loop**
**Sandia Park, NM 87047**

_____

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
■ No
☐ Yes

**$540.00**

---

**3.612** | **Nonpriority creditor's name and mailing address**

**Benjamin Weinberg**
**6660 East Bayaud Ave**
**Denver, CO 80224**

_____

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
■ No
☐ Yes

**$2,363.00**

---

**3.613** | **Nonpriority creditor's name and mailing address**

**Benjamynn Gabriel**
**P.O. Box 941**
**Occidental, CA 95465**

_____

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
■ No
☐ Yes

**$15,180.00**

---

**3.614** | **Nonpriority creditor's name and mailing address**

**Bennett Freiberger**
**22 Pepper Bush Circle**
**Savannah, GA 31411**

_____

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
■ No
☐ Yes

**$319.00**

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 156 of 1150

Debtor **Fox Ortega Enterprises, Inc.**      Case number (if known) _____
Name

| 3.615 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $69.00 |
|---|---|---|---|

**Bennett Traub**
**1530 Armando Drive**
**Long Beach, CA 90807**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.616 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,400.00 |
|---|---|---|---|

**Benny Freeman**
**4007 Bennedict Lane**
**Austin, TX 78746**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.617 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,004.00 |
|---|---|---|---|

**Benny Helgeson**
**1701 Creekside Loop**
**Yakima, WA 98902**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.618 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,202.00 |
|---|---|---|---|

**Benny Wan**
**13662 Typee Way**
**Irvine, CA 92620**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Debtor **Fox Ortega Enterprises, Inc.**                              Case number (if known) _____
_____
Name

| 3.619 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$699.00** |

**Benoit Charette**
**7254 Rock Ridge Terrace**
**Canoga Park, CA 91307**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.620 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,246.00** |

**Benton Wheeler**
**1560 Central Avenue**
**Memphis, TN 38104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.621 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$919.00** |

**Berg Atkinson**
**7511 Ashby Lane**
**Alexandria, VA 22315**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.622 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,109.00** |

**Bernard Benlevi**
**79-20 150 St.**
**Flushing, NY 11367**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 158 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.623 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$7,799.00** |
|---|---|---|---|

**Bernard Briskin**
**1010 Woodland Dr**
**Beverly Hills, CA 90210**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.624 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,049.00** |
|---|---|---|---|

**Bernard Gross**
**5209 Newcastle Lane**
**Calabasas, CA 91302**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.625 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$559.00** |
|---|---|---|---|

**Bernard Kloenne**
**2704 E. Larkhill Dr.**
**West Covina, CA 91791**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.626 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$349.00** |
|---|---|---|---|

**Bernard Oxman**
**3626 Bayview Road**
**Miami, FL 33133**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.627 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $3,333.00 |

**Bernard Roth**
**4623 Gerona Way**
**Santa Barbara, CA 93110**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.628 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $191.00 |

**Bernard Schwartz**
**6157 Hillary Ct**
**Riverside, CA 92506**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.629 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $159.00 |

**Bernie Landes**
**8 Westwind**
**Laguna Beach, CA 92677**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.630 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $338.00 |

**Berry Crawford**
**11150 Trinity River Dr**
**Rancho Cordova, CA 95670**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.631** | **Nonpriority creditor's name and mailing address**

**Berry Woodson**
**209 Crestwood Dr.**
**Ft. Worth, TX 76107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

$831.00

---

**3.632** | **Nonpriority creditor's name and mailing address**

**Bert L. Slonim**
**One Bellefair Blvd**
**Rye Brook, NY 10573**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

$692.00

---

**3.633** | **Nonpriority creditor's name and mailing address**

**Bert Litwin**
**2667 NW 63rd Pl**
**Boca Raton, FL 33496**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

$7,829.00

---

**3.634** | **Nonpriority creditor's name and mailing address**

**Bertrand Perroud**
**807 Douglas Ave**
**Davis, CA 95616**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

$45,240.00

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____

Name

| 3.635 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,089.00** |
|---|---|---|---|

**Beth Aboulafia**
**1015 Alvarado Rd.**
**Berkeley, CA 94705**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.636 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$85.00** |
|---|---|---|---|

**Betty Chu**
**648 9th Ave**
**San Francisco, CA 94118**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.637 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,184.00** |
|---|---|---|---|

**Betty Thomas**
**8383 Wilshire Blvd**
**Beverly Hills, CA 90211**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.638 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$999.00** |
|---|---|---|---|

**Beverly Platzker**
**12281 Country Squire Ln**
**Saratoga, CA 95070**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 162 of 1150

Debtor **Fox Ortega Enterprises, Inc.**  Case number (if known) _____

Name

| | |
|---|---|
| 3.639 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Bevis Pardee**
**5483 S Hyde Park Blvd**
**Chicago, IL 60615**

**As of the petition filing date, the claim is:**  **$15.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.640 | **Nonpriority creditor's name and mailing address** |

**Bhagwan Thacker**
**6 Cliff Road**
**Belvedere, CA 94920**

**As of the petition filing date, the claim is:**  **$9,200.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.641 | **Nonpriority creditor's name and mailing address** |

**Bill Bowles**
**262 Loma Media Rd.**
**Canoga Park, CA 91303**

**As of the petition filing date, the claim is:**  **$2,691.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.642 | **Nonpriority creditor's name and mailing address** |

**Bill Brown**
**AIA PC**
**Colorado Springs, CO 80903**

**As of the petition filing date, the claim is:**  **$558.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____     Case number (if known) _____
Name

| | |
|---|---|
| 3.643 | **Nonpriority creditor's name and mailing address** |

**Bill Cowsert**
**P.O. Box 627**
**Athens, GA 30606**

_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**As of the petition filing date, the claim is:**                    **$531.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

■ No
☐ Yes

---

| | |
|---|---|
| 3.644 | **Nonpriority creditor's name and mailing address** |

**Bill Crosthwaite**
**4560 E. Talmadge Dr**
**San Diego, CA 92116**

_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**As of the petition filing date, the claim is:**                    **$639.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

■ No
☐ Yes

---

| | |
|---|---|
| 3.645 | **Nonpriority creditor's name and mailing address** |

**Bill Futornick**
**1521 Fernside St.**
**Redwood City, CA 94061**

_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**As of the petition filing date, the claim is:**                    **$972.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

■ No
☐ Yes

---

| | |
|---|---|
| 3.646 | **Nonpriority creditor's name and mailing address** |

**Bill Gilstrap**
**700 16th Street NW**
**Albuquerque, NM 87104**

_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**As of the petition filing date, the claim is:**                    **$871.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

■ No
☐ Yes

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 164 of 1150

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.647** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$659.00**

**Bill Gleason**
**104 S. Ridgewood Rd.**
**Kentfield, CA 94904**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.648** | **Nonpriority creditor's name and mailing address** | | **$1,654.00**

**Bill Heffron**
**2 Melody Lane**
**Lynnfield, MA 10940**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.649** | **Nonpriority creditor's name and mailing address** | | **$12,990.00**

**Bill Heil**
**14125 Via de la Vista**
**San Jose, CA 95127**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.650** | **Nonpriority creditor's name and mailing address** | | **$1,799.00**

**Bill Hobi**
**301 Mission Street**
**San Francisco, CA 94105**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number *(if known)* _____

---

| 3.651 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,069.00** |
|---|---|---|---|

**Bill Huckin**
**6012 Sherry Lane**
**Dallas, TX 75225**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.652 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$129.00** |
|---|---|---|---|

**Bill Isacoff**
**1014 Manning Ave**
**Los Angeles, CA 90024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.653 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$439.00** |
|---|---|---|---|

**Bill Kimmer**
**13044 SW Broadmoor PL**
**Portland, OR 97223**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.654 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$28,442.00** |
|---|---|---|---|

**Bill Lang**
**5305 Cognac Ct.**
**Reno, NV 89511**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.655 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,341.00** |
|---|---|---|---|

**Bill Langelier**
**2045 Jackson St**
**San Francisco, CA 94109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.656 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$22,235.00** |
|---|---|---|---|

**Bill Lozier**
**UBS Financial Services Inc**
**West Des Moines, IA 50266**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.657 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,421.00** |
|---|---|---|---|

**Bill Marshall**
**197 SW Pine Valley Road**
**Lake Oswego, OR 97034**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.658 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$299.00** |
|---|---|---|---|

**Bill McNabb**
**352 Wildwood Ave**
**Piedmont, CA 94611**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**      Case number (if known) _____

Name

| 3.659 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,534.00** |
|---|---|---|---|

**Bill Miller**
**POB 2977**
**Del Mar, CA 92014**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number _____

---

| 3.660 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,130.00** |
|---|---|---|---|

**Bill Mulbry**
**715 Jim Isle Drive**
**Charleston, SC 29412**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number _____

---

| 3.661 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$159.00** |
|---|---|---|---|

**Bill Phillips**
**927 Oak St.**
**Winnetka, IL 60093**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number _____

---

| 3.662 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$15,602.00** |
|---|---|---|---|

**Bill Powar**
**1310 Emerson St**
**Palo Alto, CA 94301**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor  **Fox Ortega Enterprises, Inc.**  Case number (if known)  _____
_____
Name

| 3.663 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,333.00** |

**Bill Randolph**
**5645 FAIRWAY**
**Fairway, KS 66205**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____  ☐ Yes

---

| 3.664 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,649.00** |

**Bill Segal**
**475 Hillside Drive**
**Atlanta, GA 30342**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____  ☐ Yes

---

| 3.665 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$70,939.00** |

**Bill Shea**
**3020 Washington St**
**San Francisco, CA 94115**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____  ☐ Yes

---

| 3.666 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$439.00** |

**Bill Smith**
**1181 Las Posados Rd**
**Angwin, CA 94508**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____  ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number *(if known)*

Name

---

| 3.667 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $359.00 |
|---|---|---|---|

**Bill Southworth**
**626 Cardinal Lane**
**Redlands, CA 92374**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.668 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $143.00 |
|---|---|---|---|

**Bill Stock**
**41 Buena Vista Ave**
**Mill Valley, CA 94941**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.669 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,879.00 |
|---|---|---|---|

**Bill Stoller**
**16160 NE McDougall Rd.**
**Dayton, OR 97114**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.670 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,551.00 |
|---|---|---|---|

**Bill Wilka**
**108 Woodland Road**
**Kentfield, CA 94904**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor   **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____
_____
Name

| 3.671 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,784.00** |
|---|---|---|---|

**Billo Naravane**
**169 Chapelwood Avenue**
**Walla Walla, WA 99362**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.672 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,649.00** |
|---|---|---|---|

**Billy Barbee**
**6401 Hollytree Circle**
**Tyler, TX 75703**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.673 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,638.00** |
|---|---|---|---|

**Billy Hall Jr**
**6432 Brownlee Drive**
**Nashville, TN 37205**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.674 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$180.00** |
|---|---|---|---|

**Billy Knott**
**2317 Berwick Dr**
**Round Rock, TX 78681**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 171 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.675 | **Nonpriority creditor's name and mailing address** |

**Bimal Patel**
**1755 Reliez Valley Road**
**Lafayette, CA 94549**

As of the petition filing date, the claim is: **$20,897.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.676 | **Nonpriority creditor's name and mailing address** |

**Bindu Shah**
**1612 Prospect Street**
**Belmont, CA 94002**

As of the petition filing date, the claim is: **$3,255.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.677 | **Nonpriority creditor's name and mailing address** |

**Biren Roy**
**2781 Bryant Street**
**San Francisco, CA 94110**

As of the petition filing date, the claim is: **$3,977.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.678 | **Nonpriority creditor's name and mailing address** |

**Biren Sood**
**47 Ellenwood Avenue**
**Los Gatos, CA 95030**

As of the petition filing date, the claim is: **$359.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**     Case number *(if known)* _____

Name

---

| 3.679 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$959.00** |
|---|---|---|---|

**Blaine Black**
**2555 E Camelback Road**
**Phoenix, AZ 85016**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____    **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____    ☐ Yes

---

| 3.680 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,318.00** |
|---|---|---|---|

**Blaine Morris**
**350 Cascade Drive**
**Fairfax, CA 94930**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____    **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____    ☐ Yes

---

| 3.681 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,109.00** |
|---|---|---|---|

**Blair Curtis**
**933 Seymour St, Penthouse 1**
**Vancouver, BC V6B6L6**
**CANADA**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____    **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____    ☐ Yes

---

| 3.682 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,799.00** |
|---|---|---|---|

**Blair Dodds III**
**8474 Misty Blue Ct**
**Springfield, VA 22153**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____    **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____    ☐ Yes

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 173 of 1150

Debtor  **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.683 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$159.00** |

**Blair Frank**
**545 Spoleto Dr.**
**Pacific Palisades, CA 90272**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.684 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$7,940.00** |

**Blair Granger**
**4 Stoneybrook Lane**
**Malvern, PA 19355**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.685 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$599.00** |

**Blake Brown**
**1532 State St.**
**Santa Barbara, CA 93101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.686 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$324.00** |

**Blake Thompson**
**13900 Conlan Circle**
**Charlotte, NC 28277**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 174 of 1150

Debtor **Fox Ortega Enterprises, Inc.**  Case number (if known) _____
Name

| 3.687 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$599.00** |
|---|---|---|---|

**Blicker Pierce Wine**
**387 La Fata Street**
**Saint Helena, CA 94574**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.688 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$487.00** |
|---|---|---|---|

**Bliss Clark**
**3063 Remington Way**
**Tracy, CA 95377**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.689 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$492,412.00** |
|---|---|---|---|

**Bo Feng**
**Room 605, Admiralty Centre**
**Tower 2, 18 Harcourt Road**
**HONG KONG**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.690 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$287.00** |
|---|---|---|---|

**Bob Berke**
**1054 West Sunshine**
**Springfield, MO 65807**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor  **Fox Ortega Enterprises, Inc.**                        Case number *(if known)* _____
Name

| 3.691 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$291.00** |

**Bob Borns**
**75-320 Hoene St**
**Kailua Kona, HI 96740**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.692 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$239.00** |

**Bob Brandt**
**2104 Wedgemont Place**
**Bakersfield, CA 93311**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.693 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$474.00** |

**Bob Castner**
**44W056 Fox Wilds Dr**
**St Charles, IL 60175**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.694 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$779.00** |

**Bob Cusick**
**18 Greenlawn Road**
**Corltandt, NY 10567**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 176 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| **3.695** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.695** | **Nonpriority creditor's name and mailing address**

**Bob Debastiani**
**756 Darden Place**
**Nashville, TN 37205-2629**

**As of the petition filing date, the claim is:** **$3,094.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.696** | **Nonpriority creditor's name and mailing address**

**Bob Dickinson**
**29 Tahiti Beach Island Rd**
**Miami, FL 33143**

**As of the petition filing date, the claim is:** **$95,703.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.697** | **Nonpriority creditor's name and mailing address**

**Bob Dunlap**
**604 W Berridge Lane**
**Phoenix, AZ 85013**

**As of the petition filing date, the claim is:** **$1,774.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.698** | **Nonpriority creditor's name and mailing address**

**Bob Gelfond**
**45 E. 25th St.**
**New York, NY 10010**

**As of the petition filing date, the claim is:** **$659.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number *(if known)*

Name

| 3.699 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,636.00 |
|---|---|---|---|

**Bob Gerard**
**PO Box 2365**
**Southampton, NY 11969**

As of the petition filing date, the claim is: $25,636.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number _____

---

| 3.700 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $116,370.00 |
|---|---|---|---|

**Bob Gunderson**
**243 Polhemus**
**Atherton, CA 94027**

As of the petition filing date, the claim is: $116,370.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number _____

---

| 3.701 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $285.00 |
|---|---|---|---|

**BOB HATCH**
**6918 Forest Glen Drive**
**Dallas, TX 75230**

As of the petition filing date, the claim is: $285.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number _____

---

| 3.702 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,765.00 |
|---|---|---|---|

**Bob Jahnke**
**23 Lone Oak Trail**
**Sunset Valley, TX 78745**

As of the petition filing date, the claim is: $2,765.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**          Case number (if known) _____

Name

| 3.703 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,280.00** |

**Bob Johnson**
**1631 Lakeshore Way**
**Houston, TX 77077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.704 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$179.00** |

**Bob Kuo**
**2294 E. Tonto Place**
**Chandler, AZ 85249**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.705 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$9,019.00** |

**Bob Lea**
**1635 Pontius Ave**
**Los Angeles, CA 90025**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.706 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,763.00** |

**Bob Lechleider**
**116 North Brook Lane**
**Bethesda, MD 20814**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
         _____
         Name

| 3.707 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,036.00** |
|---|---|---|---|

**Bob Lee**
**243 Mission Tierra Place**
**Fremont, CA 94539**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.708 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$969.00** |
|---|---|---|---|

**Bob Lieber**
**601 Montgomery Street**
**San Francisco, CA 94111**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.709 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,575.00** |
|---|---|---|---|

**Bob Martin**
**170 Taylor Station Rd**
**Columbus, OH 43213**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.710 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$12,620.00** |
|---|---|---|---|

**BOB MORRIS**
**600 East Hopkins Ave**
**Aspen, CO 81611**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 180 of
1150

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.711 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | **$908.00** |
|---|---|---|---|---|

**Bob Mosolgo**
**1704 Owensville Road**
**Charlottesville, VA 22901**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.712 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | **$347.00** |
|---|---|---|---|---|

**Bob Naftel**
**3195 Overhill Rd.**
**BIRMINGHAM, AL 35223**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.713 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | **$175.00** |
|---|---|---|---|---|

**Bob Padway**
**147 Ricardo Ave**
**Piedmont, CA 94611**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.714 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | **$543.00** |
|---|---|---|---|---|

**Bob Schwartz**
**507 Poe Avenue**
**Worthington, OH 43085**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.715** | **Nonpriority creditor's name and mailing address**

**Bob Searcy**
**14510 St. Michael Drive**
**Little Rock, AR 72211**

As of the petition filing date, the claim is: **$8,899.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

**3.716** | **Nonpriority creditor's name and mailing address**

**Bob Spear**
**1130 Flora Ave**
**Coronado, CA 92118**

As of the petition filing date, the claim is: **$50.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

**3.717** | **Nonpriority creditor's name and mailing address**

**Bob Terrell**
**19 Red Maple Trail**
**Madison, WI 53717**

As of the petition filing date, the claim is: **$1,039.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

**3.718** | **Nonpriority creditor's name and mailing address**

**Bob Weinschenk**
**4316 Rio Robles Drive**
**Austin, TX 78746**

As of the petition filing date, the claim is: **$2,223.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | |
|---|---|
| 3.719 | |

**Nonpriority creditor's name and mailing address**
**Bob Wilson**
**10 Ridgetop Drive**
**Saint Louis, MO 63117**

As of the petition filing date, the claim is: **$8,414.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| | |
|---|---|
| 3.720 | |

**Nonpriority creditor's name and mailing address**
**Bob Zimmerman**
**300 Rancho  De Maria**
**Martinez, CA 94553**

As of the petition filing date, the claim is: **$1,669.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| | |
|---|---|
| 3.721 | |

**Nonpriority creditor's name and mailing address**
**Bobby Chen**
**3047 Hillside Drive**
**Hillborough, CA 94010**

As of the petition filing date, the claim is: **$1,034.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| | |
|---|---|
| 3.722 | |

**Nonpriority creditor's name and mailing address**
**Bobby Der Ohanian**
**7 Holly Lake Lane**
**Spring, TX 77373**

As of the petition filing date, the claim is: **$1,967.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 183 of 1150

Debtor **Fox Ortega Enterprises, Inc.**                        Case number (if known) _____

Name

| 3.723 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$395.00** |
|---|---|---|---|

**Bobby Forshey**
**3508 Ranch View Terrace**
**Fort Worth, TX 76109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.724 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8,017.00** |
|---|---|---|---|

**Bobby Goldstein**
**4516 Lovers Lane**
**Dallas, TX 75225**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.725 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$419.00** |
|---|---|---|---|

**Bonnie Goldsmith**
**4157 Lyman Road**
**Oakland, CA 94602**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.726 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$55,159.00** |
|---|---|---|---|

**Boon Khoo**
**9 Bukit Ayer Molek**
**589704**
**SINGAPORE**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 184 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.727 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$679.00** |

**Boris Bagdasarian**
**1984 Starvale Rd**
**Glendale, CA 91207**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.728 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$275.00** |

**Boris Stavrovski**
**171 E 84 St.**
**New York, NY 10028**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.729 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,924.00** |

**Boris Van**
**975 Memorial Drive, Unit 807**
**Cambridge, MA 02138**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.730 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,060.00** |

**Bowen Yu**
**7298 Hollyheath Ct**
**Eastvale, CA 92880**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 185 of 1150

Debtor **Fox Ortega Enterprises, Inc.**  Case number (if known) _____

Name

| 3.731 | Nonpriority creditor's name and mailing address | | $1,076.00 |

**Boyce Brannock**
**41 Fallon St**
**Staunton, VA 24401**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.732 | Nonpriority creditor's name and mailing address | | $1,106.00 |

**Bozena Szczotkowska**
**1529 Skylark Lane**
**West Hollywood, CA 90069**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.733 | Nonpriority creditor's name and mailing address | | $7,647.00 |

**Brad Aitken**
**215 Geist View Cir**
**Media, PA 19063**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.734 | Nonpriority creditor's name and mailing address | | $159.00 |

**Brad Armstrong**
**1307 Delong Road**
**Cornwall, VT 05753**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 186 of 1150

Debtor **Fox Ortega Enterprises, Inc.**                Case number (if known) _____
Name

| 3.735 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$139.00** |

**Brad Fendler**
**10 David Ct**
**East Greenwich, RI 02818**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

---

| 3.736 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,059.00** |

**Brad Fold**
**6464 Sunset Blvd.**
**Los Angeles, CA 90028**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

---

| 3.737 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,140.00** |

**Brad Goldberg**
**2344 Shoreland Dr. South**
**Seattle, WA 98144**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

---

| 3.738 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$295.00** |

**Brad Harris**
**5234 Eigel St.**
**Houston, TX 77007**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 187 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known) _____

| | |
|---|---|
| 3.739 | **Nonpriority creditor's name and mailing address** |

**Brad Howard**
**1605 Havemeyer Lane**
**Redondo Beach, CA 90278**

_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: **$1,606.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| | |
|---|---|
| 3.740 | **Nonpriority creditor's name and mailing address** |

**Brad Hoyt**
**12615 SW Bowmont**
**Portland, OR 97225**

_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: **$699.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| | |
|---|---|
| 3.741 | **Nonpriority creditor's name and mailing address** |

**Brad Jansen**
**1030 N. Humphrey Avenue**
**Oak Park, IL 60302**

_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: **$159.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| | |
|---|---|
| 3.742 | **Nonpriority creditor's name and mailing address** |

**Brad Johnstone**
**68863 Risueno Rd**
**Cathedral City, CA 92234**

_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: **$15,307.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
■ No
☐ Yes

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 188 of 1150

Debtor **Fox Ortega Enterprises, Inc.**　　　Case number (if known) _____
　　　　Name

| 3.743 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$18,919.00** |
|---|---|---|---|

**Brad Jones**
**11150 Santa Monica Blvd.**
**Los Angeles, CA 90025**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.744 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$711,998.00** |
|---|---|---|---|

**Brad Karp**
**653 Paseo de la Cuma**
**Santa Fe, NM 87501**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.745 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$6,659.00** |
|---|---|---|---|

**Brad Lundy**
**1861 Veteran Ave**
**Los Angeles, CA 90025**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.746 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$172,117.00** |
|---|---|---|---|

**Brad Malt**
**20 W. Cedar St.**
**Boston, MA 02108**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.747 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$165.00** |

**Brad Matthews**
**366 Glennwood Road**
**Ridgewood, NJ 07450**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.748 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$969.00** |

**Brad Merrill**
**8111 172nd Ave. NE**
**Redmond, WA 98052**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.749 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$679.00** |

**Brad Phoenix**
**28812 Hedgerow**
**Mission Viejo, CA 92692**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.750 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,231.00** |

**Brad Sasser**
**10 Claremont Crescent**
**Berkeley, CA 94705**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor  **Fox Ortega Enterprises, Inc.**                                      Case number (if known) _____
_____
Name

| | |
|---|---|

**3.751** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$809.00**

**3.751**  **Nonpriority creditor's name and mailing address**

**Brad Scott**
**525 South Douglas St.**
**El Segundo, CA 90245**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

**$809.00**

---

**3.752**  **Nonpriority creditor's name and mailing address**

**Brad Shaffer**
**58 Shady Lane**
**Ross, CA 94957**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

**$1,050.00**

---

**3.753**  **Nonpriority creditor's name and mailing address**

**Brad Sprinkle**
**1021 Devon Dr.**
**Madison, GA 30650**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

**$3,551.00**

---

**3.754**  **Nonpriority creditor's name and mailing address**

**Brad Valenti**
**49 Marty Drive**
**Merrimack, NH 03054**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

**$389.00**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Fox Ortega Enterprises, Inc.**         Case number (if known) _____

Name

---

| 3.755 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$77.00** |

**Brad Walden**
**8926 Croes Dr**
**Houston, TX 77055**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.756 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,047.00** |

**Bradley Ball**
**517 King St**
**Charleston, SC 29403**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.757 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$259.00** |

**Bradley Berkson**
**11600 Rolling Meadow Dr.**
**Great Falls, VA 22066**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.758 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,290.00** |

**Bradley Birnberg**
**510 Evergreen Lane North**
**Minneapolis, MN 55441**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 192 of 1150

Debtor **Fox Ortega Enterprises, Inc.**   Case number (if known) _____

Name

| 3.759 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$139.00** |

**Bradley Borsari**
**646 Oak Tree St**
**Fullerton, CA 92835**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.760 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$11,455.00** |

**Bradley Heiges**
**59 Bluff Drive**
**Savannah, GA 31406**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.761 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$149.00** |

**Bradley Hofman**
**606 N. Guadalupe Unit D**
**Redondo Beach, CA 90277**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.762 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$725.00** |

**Bradley Jay Wilson**
**15260 Ventura Blvd. #1800**
**Sherman Oaks, CA 91403**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.763 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,049.00 |
|---|---|---|---|

**Bradley Kalish**
**251 W 92 #5D**
**New York, NY 10025**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____  ☐ Yes

---

| 3.764 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $116.00 |
|---|---|---|---|

**Bradley Lard**
**505 Hampton Drive**
**Birmingham, AL 35209**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____  ☐ Yes

---

| 3.765 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $77.00 |
|---|---|---|---|

**Bradley Laugtug**
**414 alameda street**
**Vallejo, CA 94590**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____  ☐ Yes

---

| 3.766 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,299.00 |
|---|---|---|---|

**Bradley Phillips**
**1023 Surrey Court**
**Bogart, GA 30622**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____  ☐ Yes

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 194 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.767 | **Nonpriority creditor's name and mailing address** | **$131,191.00** |

**Bradley Radichel**
**P.O. Box 247**
**Mankato, MN 56002**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____  ☐ Yes

---

| | | |
|---|---|---|
| 3.768 | **Nonpriority creditor's name and mailing address** | **$434.00** |

**Bradley Rosborough**
**34 Bull Run**
**Irvine, NU 92620**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____  ☐ Yes

---

| | | |
|---|---|---|
| 3.769 | **Nonpriority creditor's name and mailing address** | **$975.00** |

**Bradley Schwartz**
**10 Manor House Court**
**Cherry Hill, NJ 08003**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____  ☐ Yes

---

| | | |
|---|---|---|
| 3.770 | **Nonpriority creditor's name and mailing address** | **$2,425.00** |

**Bradley Wells**
**2611 Ocean St**
**Carlsbad, CA 92008**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____  ☐ Yes

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 195 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.771 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | | $229.00 |

**Brady P Roman**
**1643 Parkcrest Circle**
**Reston, VA 20190**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.772 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | | $3,284.00 |

**Branden Lee**
**Banpodong Banpohilstate**
**Apt. 101-201, Seoul**
**SOUTH KOREA**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.773 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | | $1,019.00 |

**Brandon Brown**
**108 B New South Road**
**Hicksville, NY 11801**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.774 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | | $2,123.00 |

**Brandon Craft**
**4921 NE 26th Ave**
**Portland, OR 97211**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 196 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Case number *(if known)* _____

Name

| 3.775 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,569.00** |

*Check all that apply.*

**Brandon Jang**
**20175 Guava Court**
**Saratoga, CA 95070**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.776 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,391.00** |

*Check all that apply.*

**Brandon Luskin**
**111 E Lee Road**
**Delray Beach, FL 33445**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.777 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$849.00** |

*Check all that apply.*

**Brandon Price**
**6858 Twisted Oak Drive**
**Castle Pines, CO 80108**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.778 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$37,425.00** |

*Check all that apply.*

**Brandon Sugimoto**
**740 N La Jolla Ave**
**Los Angeles, CA 90046**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 197 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.779 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$719.00** |

**Brandon Valvo**
**409 Pacific Coast Highway**
**Redondo Beach, CA 90277**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.780 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$119.00** |

**Brandt Joel**
**4717 Encino Avenue**
**Encino, CA 91316**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.781 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$799.00** |

**Brenda Miller**
**4113 Garibaldi Place**
**Pleasanton, CA 94466**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.782 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,547.00** |

**Brendan Hill**
**1120 W 18th**
**Houston, TX 77008**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                 Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**          Case number (if known) _____
_____
Name

| 3.783 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$239.00** |
|---|---|---|---|

**Brent Bamberger**
**4832 Winding Creek Trl**
**Kettering, OH 45429**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.784 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$347.00** |
|---|---|---|---|

**Brent Batis**
**1780 Harmil Way**
**San Jose, CA 95125**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.785 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,607.00** |
|---|---|---|---|

**Brent Bellm**
**6304 Ayres Dr**
**Austin, TX 78746**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.786 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$209.00** |
|---|---|---|---|

**Brent Smith**
**4930 E. Preserve Lane**
**Littleton, CO 80121**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Debtor **Fox Ortega Enterprises, Inc.**      Case number (if known) _____

Name

| | |
|---|---|
| 3.787 | |

**Nonpriority creditor's name and mailing address**

**Brent Toepfer**
**2795 Emerson Ave.**
**Boulder, CO 80305**

As of the petition filing date, the claim is:      **$49.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.788 | |

**Nonpriority creditor's name and mailing address**

**Brent Young**
**110 Stuart Street, Unit 17C**
**Newton, MA 02166**

As of the petition filing date, the claim is:      **$18,211.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.789 | |

**Nonpriority creditor's name and mailing address**

**Brenton Saunders**
**5 Old Dutch Road**
**Warren, NJ 07059**

As of the petition filing date, the claim is:      **$1,793.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.790 | |

**Nonpriority creditor's name and mailing address**

**Bret Barger**
**11651 Antler Trail**
**Littleton, CO 80127**

As of the petition filing date, the claim is:      **$7,847.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 200 of 1150

Debtor  **Fox Ortega Enterprises, Inc.**                          Case number *(if known)* _____
Name

| 3.791 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$92,621.00** |
|---|---|---|---|

**Bret Barker**
**2804 Highland Ave.**
**Manhattan Beach, CA 90266**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.792 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,935.00** |
|---|---|---|---|

**Bret Bostock**
**1018 West State Ave**
**Phoenix, AZ 85021**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.793 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,234.00** |
|---|---|---|---|

**Bret Budenbender**
**8 Runnymeade Rd.**
**Chatham, NJ 07928**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.794 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$483.00** |
|---|---|---|---|

**Bret Hammett**
**12418 Overcup Dr**
**Houston, TX 77024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 201 of 1150

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.795 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$299.00** |
| | **Bret Hannifin** | Check all that apply. | |
| | **8601 West Knoll Drive** | ☐ Contingent | |
| | **West Hollywood, CA 90069** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | | ■ No | |
| | Last 4 digits of account number | ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.796 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,099.00** |
| | **Bret Maser** | Check all that apply. | |
| | **3525 Newport Park Way** | ☐ Contingent | |
| | **Louisville, TN 37777** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | | ■ No | |
| | Last 4 digits of account number | ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.797 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$17,807.00** |
| | **Bret Saalsaa** | Check all that apply. | |
| | **7935 Almor Drive** | ☐ Contingent | |
| | **Verona, WI 53593** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | | ■ No | |
| | Last 4 digits of account number | ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.798 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$359.00** |
| | **Brett Anderson** | Check all that apply. | |
| | **907 Terrace Drive** | ☐ Contingent | |
| | **Raymore, MO 64083** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | | ■ No | |
| | Last 4 digits of account number | ☐ Yes | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.799 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,399.00** |
|---|---|---|---|

**Brett Boydstun**
**12020 Chandler Blvd ste 200**
**North Hollywood, CA 91607**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.800 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,616.00** |
|---|---|---|---|

**Brett Bryant**
**1287 Easy Putt Dr**
**Taylorsville, UT 84123**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.801 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,380.00** |
|---|---|---|---|

**Brett Coldiron**
**3024 Burnet Ave**
**Cincinnati, OH 45219**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.802 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$149.00** |
|---|---|---|---|

**Brett Francis**
**232 Jeter Street**
**Redwood City, CA 94062**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 203 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.803 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $299.00 |

**Brett Gluck**
**2455 Old Milton Parkway**
**Alpharetta, GA 30009**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.804 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $375.00 |

**Brett Green**
**5871 Buena Vista Ave**
**Oakland, CA 94618**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.805 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $38.00 |

**Brett Grimes**
**4015 Corta Road**
**Santa Barbara, CA 93110**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.806 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,836.00 |

**Brett Livengood**
**211 Hilltop Lane**
**Sleepy Hollow, IL 60118**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 204 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | |
|---|---|
| 3.807 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Brett McArthur**
**2831 Tierra Dr.**
**Lincoln, NE 68516**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**$63.00**

---

| 3.808 | **Nonpriority creditor's name and mailing address** |

**Brian A Sheperd**
**7717 Red Oak Lane**
**Charlotte, NC 28226**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**$539.00**

---

| 3.809 | **Nonpriority creditor's name and mailing address** |

**Brian Abrey**
**4 West Barberry Place**
**Novato, CA 94949**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**$1,601.00**

---

| 3.810 | **Nonpriority creditor's name and mailing address** |

**Brian Bates**
**2783 East Willow Creek Drive**
**Sandy, UT 84093**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**$494.00**

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 205 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name
Case number (if known) _____

| | | |
|---|---|---|
| 3.811 | **Nonpriority creditor's name and mailing address** | **$1,139.00** |

**Brian Bedol**
**31 Eagle Rock Way**
**Montclair, NJ 07042**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.812 | **Nonpriority creditor's name and mailing address** | **$1,319.00** |

**Brian Biernat**
**1087 Lincoln Road**
**Columbus, OH 43212**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.813 | **Nonpriority creditor's name and mailing address** | **$25,188.00** |

**Brian Bilionis**
**412 McKinley Ave**
**Libertyville, IL 60048**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.814 | **Nonpriority creditor's name and mailing address** | **$4,011.00** |

**Brian Birk**
**1054 Encantado Drive**
**Santa Fe, NM 87501**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 206 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.815 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,904.00** |

**Brian Bohr**
**8262 Marmont Lane**
**Los Angeles, CA 90069**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.816 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$7,587.00** |

**Brian Bonacci**
**10313 Lynnhaven Pl.**
**Oakton, VA 22124**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.817 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$791.00** |

**Brian Boren**
**1633 N Beverly Dr.**
**Beverly Hills, CA 90210**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.818 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$204.00** |

**Brian Brost**
**323 N William**
**Columbia, MO 65201**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**　　　　　　　　　　Case number (if known) _____
　　　　　　　Name

| 3.819 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,789.00** |
|---|---|---|---|

**Brian Caine**
**PO Box 594**
**Solana Beach, CA 92075**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.820 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,502.00** |
|---|---|---|---|

**Brian Check**
**7445 Santa Barbara Drive**
**Rohnert Park, CA 94928**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.821 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,570.00** |
|---|---|---|---|

**Brian Cherry**
**34 Van Ripper Lane**
**Orinda, CA 94563**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.822 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$420.00** |
|---|---|---|---|

**Brian Coleman**
**114 Morningside Dr**
**San Antonio, TX 78209**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com　　　　Best Case Bankruptcy

Case: 16-40050　　Doc# 16　　Filed: 01/21/16　　Entered: 01/21/16 15:42:32　　Page 208 of 1150

Debtor  **Fox Ortega Enterprises, Inc.**
_____  Case number (if known) _____
Name

| 3.823 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,234.00 |
|---|---|---|---|

**Brian Cooper**
**1640 Willowmont Ave**
**San Jose, CA 95124**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

| 3.824 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,159.00 |
|---|---|---|---|

**Brian Copeland**
**1720-57A St.**
**Delta, BC V4L1X8**
**CANADA**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

| 3.825 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $242.00 |
|---|---|---|---|

**Brian Coyle**
**12 Mayfield Pl**
**Moraga, CA 94556**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

| 3.826 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,445.00 |
|---|---|---|---|

**Brian DeBrun**
**11701 Glen Abbey Way**
**Charlotte, NC 28277**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**      Case number (if known) _____

Name

| 3.827 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,699.00** |
|---|---|---|---|

**Brian Deobald**
**5310 Elliott Rd**
**Bethesda, MD 20816**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.828 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$328,232.00** |
|---|---|---|---|

**Brian Devine**
**P.O. BOX 1305**
**Rancho Santa Fe, CA 92607**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.829 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$103.00** |
|---|---|---|---|

**Brian DeWitt**
**2120 Ranch Court**
**Napa, CA 94558**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.830 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$739.00** |
|---|---|---|---|

**Brian Donovan**
**5697 Keith Ave**
**Oakland, CA 94618**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | |
|---|---|
| 3.831 | **Nonpriority creditor's name and mailing address** | **$13,447.00** |

3.831 | **Nonpriority creditor's name and mailing address**
**Brian Erler**
**24 Colonial Ct.**
**Freehold, NJ 07728**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**$13,447.00**

---

3.832 | **Nonpriority creditor's name and mailing address**
**Brian Fenty**
**47 Sunset Lane**
**Washington Depot, CT 06794**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**$1,759.00**

---

3.833 | **Nonpriority creditor's name and mailing address**
**Brian Fjeld**
**6763 Holly Springs Dr**
**Gloucester, VA 23061**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**$65.00**

---

3.834 | **Nonpriority creditor's name and mailing address**
**Brian Frailey**
**4431 Saddleridge Farm Dr**
**Saint Louis, MO 63129**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**$670.00**

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 211 of 1150

Debtor  **Fox Ortega Enterprises, Inc.**                     Case number (if known) _____
_____
Name

| 3.835 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$90.00** |

**Brian Funk**
**3506 W. Santiago St**
**Tampa, FL 33629**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.836 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,497.00** |

**Brian Gibson**
**1539 Scotland Avenue**
**Charlotte, NC 28207**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.837 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$269.00** |

**Brian Hart**
**40 Alden Lane**
**Lake Forest, IL 60045**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.838 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,175.00** |

**Brian Haughey**
**3 Friars Tale Place**
**Staatsburg, NY 12580**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 212 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

| 3.839 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $450.00 |

**Brian Hayle**
**1145 Divisadero St.**
**San Francisco, CA 94115**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.840 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $374.00 |

**Brian Hewitt**
**4510 Hickory Grove Blvd**
**Greenwood, IN 46143**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.841 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,399.00 |

**Brian Hider**
**4 West Shore Dr.**
**Bedminster, NJ 07921**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.842 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $175.00 |

**Brian Hirth**
**10 Timor Sea**
**Newport Coast, CA 92657**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 213 of 1150

Debtor **Fox Ortega Enterprises, Inc.**                     Case number (if known) _____
_____
Name

| 3.843 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,017.00** |
|---|---|---|---|

**Brian Howard**
**10175 Manfre Rd**
**Morgan Hill, CA 95037**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.844 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,942.00** |
|---|---|---|---|

**Brian Huang**
**21690 Olive Avenue**
**Cupertino, CA 95014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.845 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$719.00** |
|---|---|---|---|

**Brian Iriye**
**9509 Balatta Canyon Ct**
**Las Vegas, NV 89144**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.846 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$11,851.00** |
|---|---|---|---|

**Brian Jones**
**2001 Sabrina Terrace**
**Corona Del Mar, CA 92625**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 214 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

| 3.847 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $74.00 |
|---|---|---|---|

**Brian Judd**
**3943 Joanie Lane NW**
**Olympia, WA 98502**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.848 | **Nonpriority creditor's name and mailing address** | $3,359.00 |
|---|---|---|

**Brian Kemnitzer**
**1 Oak Ave**
**Belvedere-Tiburon, CA 94920**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.849 | **Nonpriority creditor's name and mailing address** | $5,600.00 |
|---|---|---|

**Brian Kennedy**
**4 Eastview Terrace**
**Haworth, NJ 07641**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.850 | **Nonpriority creditor's name and mailing address** | $1,219.00 |
|---|---|---|

**Brian Kirschner**
**29280 Las Brisas Rd**
**Valencia, CA 91354**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 215 of 1150

Debtor **Fox Ortega Enterprises, Inc.**      Case number (if known) _____
Name

| 3.851 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,219.00** |
|---|---|---|---|

**Brian Knez**
**84 Chestnut Street**
**Weston, MA 02493**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.852 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$599.00** |
|---|---|---|---|

**Brian Kotzian**
**2917 Bay Village Circle #2018**
**Santa Rosa, CA 95403**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.853 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,054.00** |
|---|---|---|---|

**Brian Lahti**
**2400 West El Camino Real**
**Mountain View, CA 94040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.854 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,319.00** |
|---|---|---|---|

**Brian Laird**
**838 Woodland Ave**
**Menlo Park, CA 94025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 216 of 1150

Debtor   **Fox Ortega Enterprises, Inc.**                                   Case number (if known) _____
                 Name

| 3.855 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,887.00 |

3.855 **Nonpriority creditor's name and mailing address**

**Brian Lehnert**
**PO Box 212526**
**Royal Palm Beach, NU 33421**

As of the petition filing date, the claim is: **$1,887.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

3.856 **Nonpriority creditor's name and mailing address**

**Brian Leung**
**22 West 15th Street**
**New York, NY 10011**

As of the petition filing date, the claim is: **$374.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

3.857 **Nonpriority creditor's name and mailing address**

**Brian Ling**
**30 West Street, #17G**
**New York, NY 10004**

As of the petition filing date, the claim is: **$229.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

3.858 **Nonpriority creditor's name and mailing address**

**Brian London**
**13225 Corte Stellina**
**San Diego, CA 92129**

As of the petition filing date, the claim is: **$35.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 217 of 1150

Debtor  **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.859 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$221.00** |

**Brian Love**
**3064 Argonne Drive**
**Atlanta, GA 30305**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.860 | **Nonpriority creditor's name and mailing address** | **$701.00** |
|---|---|---|

**Brian Lushing**
**2852 Colorado Ave**
**Santa Monica, CA 90404**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.861 | **Nonpriority creditor's name and mailing address** | **$712.00** |
|---|---|---|

**Brian Lynch**
**480 Morris Road**
**Blue Bell, PA 19422**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.862 | **Nonpriority creditor's name and mailing address** | **$154.00** |
|---|---|---|

**Brian Marsh**
**3924 Millbrook Drive**
**Santa Rosa, CA 95404**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 218 of 1150

Debtor **Fox Ortega Enterprises, Inc.**   Case number *(if known)* _____
_____
Name

| | |
|---|---|
| 3.863 | **Nonpriority creditor's name and mailing address** |

**Brian Mastalski**
**1237 E. Lexington Ave.**
**Pasadena, CA 91104**

_____

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**As of the petition filing date, the claim is:**   **$394.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

| | |
|---|---|
| 3.864 | **Nonpriority creditor's name and mailing address** |

**Brian McCloskey**
**1168 Kettle Pond Lane**
**Great Falls, VA 22066**

_____

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**As of the petition filing date, the claim is:**   **$1,199.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

| | |
|---|---|
| 3.865 | **Nonpriority creditor's name and mailing address** |

**Brian McGrath**
**10311 Bartholomew Rd**
**Chagrin Falls, OH 44023**

_____

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**As of the petition filing date, the claim is:**   **$857.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

| | |
|---|---|
| 3.866 | **Nonpriority creditor's name and mailing address** |

**Brian McNamara**
**11 Chesterfield Dr**
**Chester, NJ 07930**

_____

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**As of the petition filing date, the claim is:**   **$199.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.867 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$629.00** |
|---|---|---|---|

**Brian Morehouse**
**894 So. Bronson Ave**
**Los Angeles, CA 90005**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.868 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,187.00** |
|---|---|---|---|

**Brian Nishi**
**303 Centre Ct**
**Alameda, CA 94502**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.869 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$359.00** |
|---|---|---|---|

**Brian O Hora**
**2200 S St.**
**Washington, DC 20002**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.870 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,255.00** |
|---|---|---|---|

**Brian O'Malley**
**1429 Devlin Drive**
**Los Angeles, CA 90069**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 220 of 1150

Debtor    **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____
_____
Name

| 3.871 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$67,644.00** |
|---|---|---|---|

**Brian O'Toole**
**3419 Via Lido #483**
**Newport Beach, CA 92663**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.872 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$175.00** |
|---|---|---|---|

**Brian Obert**
**235 Mount Curve Blvd.**
**Saint Paul, MN 55105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.873 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,301.00** |
|---|---|---|---|

**Brian Ogden**
**23171 Rockrose**
**Mission Viejo, CA 92692**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.874 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,649.00** |
|---|---|---|---|

**Brian Orcutt**
**410 E 73rd Street**
**New York, NY 10021**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 221 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.875 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$789.00** |
| | **Brian Pasch** | Check all that apply. | |

**Brian Pasch**
**18 Sheraton Lane**
**Rumson, NJ 07760**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.876 | **Nonpriority creditor's name and mailing address** | | **$4,298.00** |

**Brian Pawlowski**
**1156 Hamilton Ave.**
**Palo Alto, CA 94301**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.877 | **Nonpriority creditor's name and mailing address** | | **$579.00** |

**Brian Pitcher**
**4701 Newcomb Pl**
**Alexandria, VA 22304**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.878 | **Nonpriority creditor's name and mailing address** | | **$92,119.00** |

**Brian Platnick**
**2243 Orrington Ave**
**Evanston, IL 60201**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 222 of 1150

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.879 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,409.00** |
|---|---|---|---|

**Brian Pollack**
**1 Hidden Pass**
**Newport Beach, CA 92657**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.880 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$899.00** |
|---|---|---|---|

**Brian Pope**
**5910 Silkwood Way**
**Granite Bay, CA 95746**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.881 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$959.00** |
|---|---|---|---|

**Brian Potiker**
**PO Box 55065**
**Los Angeles, CA 92619**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.882 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$269.00** |
|---|---|---|---|

**Brian Quintenz**
**2907 Q Street, NW**
**Washington, DC 20007**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known)

Name

| 3.883 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $629.00 |

**Brian R. Bezark**
**1600 Market St**
**Philadelphia, PA 19103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.884 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $299.00 |

**Brian Ramocinski**
**960 Gumview Rd.**
**Windsor, CA 95492**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.885 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $563.00 |

**Brian Rawlinson**
**1821 1/2 Eighth St**
**Berkeley, CA 94710**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.886 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $429.00 |

**Brian Reeves**
**15421 Woodside Ct.**
**Glen Ellen, CA 95442**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 224 of 1150

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.887 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,536.00** |

**Brian Remington**
**16294 Creekwood Xing**
**Menomonee Falls, WI 53051**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number

---

| 3.888 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$931.00** |

**Brian Rothbart**
**353 3rd St.**
**Jersey City, NJ 07302**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number

---

| 3.889 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,707.00** |

**Brian Rottinghaus**
**8340 Hambletonian Drive**
**Cincinnati, OH 45249**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number

---

| 3.890 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$6,839.00** |

**Brian Scanlon**
**8 Wahackme Lane**
**New Canaan, CT 06840**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.891 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | | **$407.00** |

**Brian Schoeffler**
**PO Box 3243**
**Carefree, AZ 85377**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.892 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | | **$540.00** |

**Brian Schrock**
**119 Stanford Ave**
**Mill Valley, CA 94941**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.893 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | | **$1,049.00** |

**Brian Scott**
**136 Lavender Hill Lane**
**Landenberg, PA 19350**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.894 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | | **$2,021.00** |

**Brian Sedlak**
**Jones Day**
**Chicago, IL 60601**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.895 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$419.00** |

**Brian Shaffer**
**11353 S.W. Military Rd**
**Portland, OR 97219**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.896 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$16,385.00** |
|---|---|---|

**Brian Shapiro**
**13045 Pacific Promenade**
**Playa Vista, CA 90094**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.897 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$1,799.00** |
|---|---|---|

**Brian Sichter**
**PO Box 503**
**Daniel, WY 83115**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.898 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$1,658.00** |
|---|---|---|

**Brian Somes**
**5014 Royalshire Ln.**
**Garland, TX 75044**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.899 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,502.00** |

**Nonpriority creditor's name and mailing address**

**Brian Spindler**
**7680 Dryer Road**
**Victor, NY 14564**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.900 |

**Nonpriority creditor's name and mailing address**

**Brian Steixner**
**101 Wesley Road**
**Ocean City, NJ 08226**

As of the petition filing date, the claim is: **$479.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.901 |

**Nonpriority creditor's name and mailing address**

**Brian Su**
**640 Goodhill Rd**
**Kentfield, CA 94904**

As of the petition filing date, the claim is: **$574.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.902 |

**Nonpriority creditor's name and mailing address**

**Brian Sullivan**
**3201 West 84th Place**
**Leawood, KS 66206**

As of the petition filing date, the claim is: **$12,698.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 228 of 1150

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.903 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,959.00** |
|---|---|---|---|

**Brian Thorne**
**1052 Balmoral Way**
**Ambler, PA 19002**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.904 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,589.00** |
|---|---|---|---|

**Brian Tockman**
**3715 Harriet Ave S**
**Minneapolis, MN 55409**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.905 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$443.00** |
|---|---|---|---|

**Brian Tolland**
**1900 Little Raven Street**
**Denver, CO 80202**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.906 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$194.00** |
|---|---|---|---|

**Brian Tudda**
**10 Clinton Ave**
**Ridgewood, NJ 07450**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 229 of 1150

Debtor **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____

Name

| 3.907 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$39.00** |
|---|---|---|---|

**Brian Turner**
**25 Chadbourne Way**
**Oakland, CA 94619**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

---

| 3.908 | **Nonpriority creditor's name and mailing address** | **$190.00** |

**Brian Ueno**
**PO Box 608**
**Waimea, HI 96796**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

---

| 3.909 | **Nonpriority creditor's name and mailing address** | **$239.00** |

**Brian Vaught**
**635 West 58th Terrace**
**Kansas City, MO 64113**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

---

| 3.910 | **Nonpriority creditor's name and mailing address** | **$785.00** |

**Brian Victor**
**307 Locksley Ct.**
**Wilmington, NC 28405**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 230 of 1150

Debtor  **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____

Name

---

| 3.911 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $978.00 |

**Brian Vogt**
**6 Tunbridge Circle**
**Haverford, PA 19041**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☒ No

Last 4 digits of account number _____

☐ Yes

---

| 3.912 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,428.00 |

**Brian Weller**
**6048 St. Therese Way**
**San Diego, CA 92120**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☒ No

Last 4 digits of account number _____

☐ Yes

---

| 3.913 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $859.00 |

**Brian Wise**
**2245 S Emerson St**
**Denver, CO 80210**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☒ No

Last 4 digits of account number _____

☐ Yes

---

| 3.914 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,007.00 |

**Brian Wohl**
**1187 Alexandria Court**
**Atlanta, GA 30319**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☒ No

Last 4 digits of account number _____

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.915 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$884.00** |
|---|---|---|---|

**Brian Wood**
**34 Friel Farm Way**
**Hope Valley, RI 02832**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.916 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,217.00** |
|---|---|---|---|

**Brian York**
**145 Autry Mill Road**
**Alpharetta, GA 30022**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.917 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,920.00** |
|---|---|---|---|

**Brian Yuen**
**20 Wyngaard Ave**
**Piedmont, CA 94611**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.918 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$499.00** |
|---|---|---|---|

**Brian Zalaznick**
**509 Pixie Trail**
**Mill Valley, CA 94941**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 232 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.919 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$306.00** |

**Brian Zamkotowicz**
**78 South Ave**
**Atlantic Highlands, NJ 07716**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.920 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,269.00** |

**Brian Ziegler**
**215 N Spring Street**
**Elgin, IL 60120**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.921 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,194.00** |

**Bridger Cox**
**427 NW 14th St**
**Oklahoma City, OK 73103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.922 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$199.00** |

**Brien Givens**
**98 Berkshire Ave.**
**Redwood City, CA 94063**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor  **Fox Ortega Enterprises, Inc.**
_____  Case number (if known) _____
Name

| 3.923 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$284.00** |

3.923  **Nonpriority creditor's name and mailing address**

**Brinton Resto**
**608 E. Meinecke Ave.**
**Milwaukee, WI 53212**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$284.00**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

3.924  **Nonpriority creditor's name and mailing address**

**Brittany Mantell**
**790 Bolyston Street**
**Boston, MA 02199**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$339.00**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

3.925  **Nonpriority creditor's name and mailing address**

**Brodie Thomson**
**7923 N Wellington Court**
**Houston, TX 77055**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$179.00**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

3.926  **Nonpriority creditor's name and mailing address**

**Bron Ward**
**9800 Centre Parkway**
**Houston, TX 77036**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$62,897.00**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

| 3.927 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$90.00** |
|---|---|---|---|

**Brooke Clyde**
**1537 Kjell Ct.**
**Santa Rosa, CA 95405**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

| 3.928 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,339.00** |
|---|---|---|---|

**Brooke Novey**
**420 Nichols Road**
**Kansas City, MO 64112**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

| 3.929 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$299.00** |
|---|---|---|---|

**Brooke Winter**
**8928 La Manga Ave**
**Las Vegas, NV 89147**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

| 3.930 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$13,553.00** |
|---|---|---|---|

**Brooks Kitchel**
**7805 Ellenham Ave**
**Baltimore, MD 21204**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 235 of 1150

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____

Name

| 3.931 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,897.00** |
|---|---|---|---|

**Bruce Allen**
**370 17st ste 3580**
**Denver, CO 80202**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.932 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,908.00** |
|---|---|---|---|

**Bruce Allen**
**2075 27th Ave**
**Vero Beach, FL 32960**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.933 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$119.00** |
|---|---|---|---|

**Bruce Andrew Power**
**1055 Merced St.**
**Berkeley, CA 94707**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.934 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,572.00** |
|---|---|---|---|

**Bruce Barker**
**P.O. Box 130**
**Toronto, ON M5X1A4**
**CANADA**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 236 of 1150

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____

Name

| 3.935 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,139.00** |

3.935 **Nonpriority creditor's name and mailing address**

**Bruce Barker**
**7610 Falls of Neuse Road**
**Raleigh, NC 27615**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$1,139.00**

---

3.936 **Nonpriority creditor's name and mailing address**

**Bruce Brent**
**93 Via Los Altos**
**Tiburon, CA 94920**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$3,843.00**

---

3.937 **Nonpriority creditor's name and mailing address**

**Bruce Brown**
**3930 Huntington Street NW**
**Washington, DC 20015**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$1,821.00**

---

3.938 **Nonpriority creditor's name and mailing address**

**Bruce Coleman**
**P.O. Box 10608**
**Rochester, NY 14610**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$36,510.00**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.939 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $613.00 |

**Bruce Conner**
**61 Abbotsford Rd**
**Plainfield, NJ 07062**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.940 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $719.00 |

**Bruce Denson**
**402 Poinciana Drive**
**Birmingham, AL 35209**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.941 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $4,439.00 |

**Bruce Denuyl**
**36 Linden Ave.**
**Wilmette, IL 60091**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.942 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $503.00 |

**Bruce Dole**
**10900 Midwest Industrial Blvd**
**Saint Louis, MO 63132**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 238 of 1150

Debtor **Fox Ortega Enterprises, Inc.**      Case number *(if known)*

Name

| 3.943 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $429.00 |

**Bruce Eatroff**
**35 Tall Pine Lane**
**Short Hills, NJ 07078**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.944 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $359.00 |

**Bruce Edwards**
**3240A Sacramento Street**
**San Francisco, CA 94115**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.945 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $559.00 |

**Bruce Ferry**
**324 San Pedro ave**
**Pacifica, CA 94044**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.946 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $874.00 |

**Bruce Frank**
**238 Christopher St.**
**Montclair, NJ 07043**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 239 of 1150

Debtor **Fox Ortega Enterprises, Inc.**  Case number (if known) _____

Name

| 3.947 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $474.00 |
|---|---|---|---|

**Bruce Gillmore**
**5499 County Rd. 34**
**Platteville, CO 80651**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.948 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $815.00 |
|---|---|---|---|

**Bruce Graham**
**220 Riverside Blvd**
**New York, NY 10069**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.949 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $12,444.00 |
|---|---|---|---|

**Bruce Grosse**
**220 Spindle Court**
**San Rafael, CA 94903**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.950 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,021.00 |
|---|---|---|---|

**Bruce Gutlove**
**611 Tajima-cho**
**Ashikaga 3260061**
**JAPAN**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 240 of 1150

Debtor **Fox Ortega Enterprises, Inc.**　　　　　　　　　Case number (if known) _____

Name

| 3.951 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $869.00 |

**Bruce Hague**
**54 Coventry Rd**
**Northfield, IL 60093**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.952 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,459.00 |

**Bruce Iteld**
**P.O.Box 1700**
**Chalmette, LA 70044**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.953 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $115.00 |

**Bruce Jaqua**
**788 Widgeon Rd**
**Redmond, OR 97756**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.954 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,045.00 |

**Bruce Katz**
**350 East 79th St.**
**New York, NY 10075**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com　　　　　　　　　　Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**  Case number (if known) _____
        _____
        Name

| 3.955 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,939.00** |

**Bruce Lancia**
**5773 Clearfield Lane**
**Dublin, OH 43016**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.956 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$22,362.00** |

**Bruce Lehnert**
**1874 Great Highway**
**San Francisco, CA 94122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.957 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$179.00** |

**Bruce Lessey**
**10050 Old White Horse Rd**
**Greenville, SC 29617**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.958 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,411.00** |

**Bruce Lewis**
**4300 Cottage Park Road**
**White Bear Lake, MN 55110**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**                                        Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.959 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$95.00** |

**Bruce Macumber**
**44489 Town Center Way D515**
**Palm Desert, CA 92260**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____          ☐ Yes

---

| | | |
|---|---|---|
| 3.960 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$349.00** |

**Bruce May**
**9881 Moccasin Trail**
**Wexford, PA 15090**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____          ☐ Yes

---

| | | |
|---|---|---|
| 3.961 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$719.00** |

**Bruce McCraw**
**1680 E. Texar Dr.**
**Pensacola, FL 32503**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____          ☐ Yes

---

| | | |
|---|---|---|
| 3.962 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,409.00** |

**Bruce McLeod**
**1030 Groveland Place**
**Vancouver, BC V7S1Z5**
**CANADA**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____          ☐ Yes

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.963 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $413.00 |

**Bruce McQuistan**
**6405 258th Ave NE**
**Redmond, WA 98053**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.964 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $3,724.00 |

**Bruce Moore**
**26185 Dolores Street**
**Carmel, CA 93923**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.965 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $253.00 |

**Bruce Moore**
**45 San Clemente Dr.**
**Corte Madera, CA 94925**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.966 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $3,279.00 |

**Bruce Nadeau**
**4943 Park Rd**
**Charlotte, NC 28209**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 244 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | |
|---|---|
| 3.967 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$25,616.00** |

**Nonpriority creditor's name and mailing address**
**Bruce Nixon**
**1416 Hamilton Ave**
**Palo Alto, CA 94301**

As of the petition filing date, the claim is: $25,616.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

3.968 **Nonpriority creditor's name and mailing address**
**Bruce Norris**
**318 West 100th St.**
**New York, NY 10025**

As of the petition filing date, the claim is: $759.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

3.969 **Nonpriority creditor's name and mailing address**
**Bruce Ourieff**
**821 East Chapel St**
**Santa Maria, CA 93454**

As of the petition filing date, the claim is: $1,253.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

3.970 **Nonpriority creditor's name and mailing address**
**Bruce Paterson**
**2485 High School Ave**
**Concord, CA 94520**

As of the petition filing date, the claim is: $18,072.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**      Case number (if known) _____

Name

| 3.971 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$959.00** |
|---|---|---|---|

**Bruce Raines**
**429 Buenavista Road**
**New City, NY 10956**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.972 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$359.00** |
|---|---|---|---|

**Bruce Ring**
**16 Hawks Hill Ct.**
**Oakland, CA 94618**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.973 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$181.00** |
|---|---|---|---|

**Bruce Ritter**
**8 Red Oak Court**
**Novato, CA 94949**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.974 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$29.00** |
|---|---|---|---|

**Bruce Ross-Shannon**
**1612 Sprucewood Drive**
**Rockford, IL 61107**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number *(if known)* _____

| 3.975 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$20,016.00** |
|---|---|---|---|

**Bruce Saal**
**777 Knowles Dr.**
**Los Gatos, CA 95032**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.976 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$359.00** |
|---|---|---|---|

**Bruce Schlesinger**
**140 Pine Tree Lane**
**Deerfield, IL 60015**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.977 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$279.00** |
|---|---|---|---|

**Bruce Schneier**
**101 East Minnehaha**
**Minneapolis, MN 55415**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.978 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$749.00** |
|---|---|---|---|

**Bruce Serchuk**
**1731 Park Road NW**
**Washington, DC 20010**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Case number (if known)
Name

| 3.979 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | **$459.00** |

**Bruce Spurlock**
**1688 Orvietto Dr**
**Roseville, CA 95661**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.980 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | **$27,921.00** |

**Bruce Stamper**
**414 Crown Rd.**
**Kentfield, CA 94904**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.981 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | **$449.00** |

**Bruce Tanous**
**5823 Bent Twig Rd**
**McLean, VA 22101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.982 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | **$229.00** |

**Bruce Tarzy**
**17980 Highlands Ranch Terrace**
**Poway, CA 92064**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 248 of 1150

Debtor  **Fox Ortega Enterprises, Inc.**                    Case number *(if known)* _____
_____
Name

| 3.983 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$66,167.00** |
|---|---|---|---|

**Bruce Wanta**
**3420 W Lake Sammamish Pkwy SE**
**Bellevue, WA 98008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.984 | **Nonpriority creditor's name and mailing address** | | **$3,206.00** |
|---|---|---|---|

**Bruce Zeiser**
**1919 Alameda de las Pulgas**
**San Mateo, CA 94403**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.985 | **Nonpriority creditor's name and mailing address** | | **$275.00** |
|---|---|---|---|

**Bruno Mazzotta**
**15 Topton Way SP**
**Saint Louis, MO 63105**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.986 | **Nonpriority creditor's name and mailing address** | | **$64.00** |
|---|---|---|---|

**Bryan Bienvenu**
**1044 Woodstone Drive**
**Baton Rouge, LA 70808**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.987 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$439.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Bryan Buchanan**
**145 Harvard Dr.**
**Larkspur, CA 94939**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.988 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$279.00** |

**Bryan Cottriel**
**2438 Vista Hogar**
**Newport Beach, CA 92660**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.989 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$84,869.00** |

**Bryan DeBoer**
**1 Eastwood Drive**
**Medford, OR 97504**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.990 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$115.00** |

**Bryan Hilton**
**16365 Scotland Way**
**Edmond, OK 73013**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**　　　　　　　　　Case number (if known) _____

Name

| 3.991 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $665.00 |
|---|---|---|---|

**Bryan Hull**
**1990 Knollpoint NE**
**Ada, MI 49301**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.992 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,811.00 |
|---|---|---|---|

**Bryan Jones**
**430 E 63rd St.**
**New York, NY 10065**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.993 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $519.00 |
|---|---|---|---|

**Bryan Kane**
**2355 Newhall Street**
**San Jose, CA 95128**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.994 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $53,455.00 |
|---|---|---|---|

**Bryan Kaplan**
**718 Ivy St**
**Pittsburgh, PA 15232**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050　　Doc# 16　　Filed: 01/21/16　　Entered: 01/21/16 15:42:32　　Page 251 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Case number (if known) _____

Name

| 3.995 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$212.00** |

**Bryan Kennedy**
**20317 28th Ave W**
**Lynnwood, WA 98036**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No

Last 4 digits of account number _____

☐ Yes

---

| 3.996 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$9,773.00** |

**Bryan Lamkin**
**157 Atherton Avenue**
**Atherton, CA 94027**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.997 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$984.00** |

**Bryan Long**
**555 Bryant Street, #519**
**Palo Alto, CA 94301**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.998 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$7,861.00** |

**Bryan Loocke**
**2506 Locke Lane**
**Houston, TX 77019**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 252 of 1150

Debtor **Fox Ortega Enterprises, Inc.**                Case number (if known) _____
_____
Name

| 3.999 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,196.00** |

3.999 | **Nonpriority creditor's name and mailing address**

**Bryan Loofbourrow**
**500 Clearview Place**
**Petaluma, CA 94952**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**$3,196.00**

---

3.1000 | **Nonpriority creditor's name and mailing address**

**Bryan Perez**
**1419 Wentworth Ave**
**Pasadena, CA 91106**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**$52,761.00**

---

3.1001 | **Nonpriority creditor's name and mailing address**

**BRYAN PLEMAN**
**2741 HARTWICK PINES DR**
**HENDERSON, NV 89052**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**$149.00**

---

3.1002 | **Nonpriority creditor's name and mailing address**

**Bryan Roland**
**1287 Ivygreen Court**
**North Tonawanda, NY 14120**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**$587.00**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | |
|---|---|
| 3.1003 | **Nonpriority creditor's name and mailing address** |

**Bryan Sadowski**
**2838 Mt. St. Helens Place South**
**Seattle, WA 98144**

As of the petition filing date, the claim is:                    **$109.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.1004 | **Nonpriority creditor's name and mailing address** |

**Bryan Schreier**
**61 Ellenwood Ave.**
**Los Gatos, CA 95030**

As of the petition filing date, the claim is:                    **$199.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.1005 | **Nonpriority creditor's name and mailing address** |

**Bryan Walker**
**2331 4th St.**
**Berkeley, CA 94710**

As of the petition filing date, the claim is:                    **$19,728.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.1006 | **Nonpriority creditor's name and mailing address** |

**Bryan Whalen**
**608 Radcliffe Ave**
**Pacific Palisades, CA 90272**

As of the petition filing date, the claim is:                    **$1,020.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 254 of 1150

Debtor    **Fox Ortega Enterprises, Inc.**      Case number (if known) _____
Name

| | |
|---|---|
| 3.1007 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

**Bryce Matson**
**345 Glen Arbor Drive NE**
**Rockford, MI 49341**

**As of the petition filing date, the claim is:**      **$417.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1008 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Bryce Miller**
**8204 Navidad Dr.**
**Austin, TX 78735**

**As of the petition filing date, the claim is:**      **$1,139.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1009 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Bud Huey**
**2145 Falling Water Court**
**Cumming, GA 30041**

**As of the petition filing date, the claim is:**      **$4,319.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1010 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Bud Marrese**
**2442 NW Market St**
**Seattle, WA 98107**

**As of the petition filing date, the claim is:**      **$2,046.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Debtor  **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| 3.1011 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$179.00** |
|---|---|---|---|

**Bujar Mamuslari**
**39200 Sunderland Drive**
**Clinton Twp, MI 48038**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____     **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

---

| 3.1012 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,244.00** |
|---|---|---|---|

**Burke Anderson**
**6308 Radford Ave**
**North Hollywood, CA 91606**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____     **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

---

| 3.1013 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,379.00** |
|---|---|---|---|

**Burn Oberwager**
**100 Chetwynd Drive**
**Rosemont, PA 19010**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____     **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

---

| 3.1014 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,000.00** |
|---|---|---|---|

**Burton M. Propp**
**1999 Harrison St. Ste. 2210**
**Oakland, CA 94612**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____     **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 256 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.1015 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$15,719.00** |

3.1015 **Nonpriority creditor's name and mailing address**
**Byron Gill**
**2280 Vallejo St**
**San Francisco, CA 94123**

As of the petition filing date, the claim is: **$15,719.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

3.1016 **Nonpriority creditor's name and mailing address**
**Byron Harris**
**1459 Waterside Drive**
**Dallas, TX 75218**

As of the petition filing date, the claim is: **$400.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

3.1017 **Nonpriority creditor's name and mailing address**
**Byron Hewett**
**2865 Jay Rd.**
**Boulder, CO 80301**

As of the petition filing date, the claim is: **$4,953.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

3.1018 **Nonpriority creditor's name and mailing address**
**C. Michael Neuwelt MD**
**13851 E. 14th St. # 301**
**San Leandro, CA 94578**

As of the petition filing date, the claim is: **$500.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 257 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

---

| 3.1019 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$21,773.00** |

**Cabanne Gilbreath**
**101 Colorado Street**
**Austin, TX 78701**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1020 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,499.00** |

**Caitlin Koscuiszka**
**767 Fifth Ave**
**New York, NY 10153**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1021 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$28.00** |

**Caitlyn Lopez**
**3657 Spring Hollow Rd**
**Indianapolis, IN 46208**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1022 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,267.00** |

**Caleb Nicholes**
**310 E. Jefferson Street**
**Viroqua, WI 54665**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor   **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____
         Name

| 3.1023 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$126,996.00** |

**Calvin Tso**
**Rm 2209, Kwai Fung House**
**Kwai Chun Court**
**HONG KONG**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1024 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,578.00** |

**Calvin Young**
**843 21st Avenue**
**Honolulu, HI 96816**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1025 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$21,000.00** |

**Cam Garner**
**PO Box 675866**
**Rancho Santa Fe, CA 92067**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1026 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,317.00** |

**Cameron Beck**
**340 Sandpiper Dr**
**Davis, CA 95616**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 259 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.1027 | **Nonpriority creditor's name and mailing address** |

**Cameron Bendetsen**
**1306 Greenridge Rd**
**Jacksonville, FL 32207**
_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: **$379.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| | |
|---|---|
| 3.1028 | **Nonpriority creditor's name and mailing address** |

**Cameron Fairall**
**21 W. 86th Street**
**New York, NY 10024**
_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: **$109.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| | |
|---|---|
| 3.1029 | **Nonpriority creditor's name and mailing address** |

**Cameron Myhrvold**
**425 Shoreland Drive SE**
**Bellevue, WA 98004**
_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: **$355.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| | |
|---|---|
| 3.1030 | **Nonpriority creditor's name and mailing address** |

**Cameron Sinai**
**433 N. Camden Drive**
**Beverly Hills, CA 90210**
_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: **$12,138.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
■ No
☐ Yes

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 260 of 1150

Debtor    **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____
          Name

| 3.1031 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$59.00** |
|---|---|---|---|

**Camilla Bravo**
**18 Las Piedras**
**Orinda, CA 94563**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.1032 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$167.00** |
|---|---|---|---|

**Camille Azar**
**4807 Cedarweed Blvd**
**Pueblo, CO 81001**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.1033 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$92.00** |
|---|---|---|---|

**Can Sinan Aksoy**
**2702 Blucher Valley Rd**
**Sebastopol, CA 95472**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.1034 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,358.00** |
|---|---|---|---|

**Candace Sabers**
**2408 Britton Lane**
**Wayzata, MN 55391**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 261 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number *(if known)* _____

| | |
|---|---|
| 3.1035 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $37.00 |

**Candy Takeda**
**146 Douglas Ln**
**Pueblo, CO 81001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

3.1036 **Nonpriority creditor's name and mailing address** $79.00

**Carin Hird**
**20 Sandringham Place**
**Piedmont, CA 94611**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

3.1037 **Nonpriority creditor's name and mailing address** $39.00

**CARINA CHATLANI**
**1535 Gilcrest Drive**
**Beverly Hills, CA 90210**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

3.1038 **Nonpriority creditor's name and mailing address** $319.00

**Carina Cristofalo**
**1340 Jacks Road**
**Monterey, CA 93940**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 262 of 1150

Debtor  **Fox Ortega Enterprises, Inc.**
_____   Case number (if known) _____
Name

| 3.1039 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,431.00** |

**Carl Adrignola**
**4219 Cosira Court**
**San Diego, CA 92124**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.1040 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$989.00** |

**Carl Benedetti**
**17421 Margate Street**
**Encino, CA 91316**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.1041 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,557.00** |

**Carl Chan**
**1417 Lake Chabot Rd**
**San Leandro, CA 94577**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.1042 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,914.00** |

**Carl Chastenay**
**1813 T St NW**
**Washington, DC 20009**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 263 of 1150

Debtor **Fox Ortega Enterprises, Inc.**          Case number (if known) _____

Name

| 3.1043 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,047.00 |
|--------|--------|--------|--------|

**Carl Farrell**
**500 University Ave.**
**Honolulu, HI 96826**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1044 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $179.00 |
|--------|--------|--------|--------|

**Carl Goldberg**
**32 Downey Place**
**Oakland, CA 94610**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1045 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $659.00 |
|--------|--------|--------|--------|

**Carl Gross**
**12668 E. Appaloosa Place**
**Scottsdale, AZ 85259**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1046 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,600.00 |
|--------|--------|--------|--------|

**Carl Kickham**
**12715 Clayton Road**
**Saint Louis, MO 63131**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 264 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

---

| 3.1047 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,821.00** |

**Carl Kiss**
**888 S.W. Fifth Avenue**
**Portland, OR 97204**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1048 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$167.00** |

**Carl Kunstorff**
**423 Broadway**
**Millbrae, CA 94030**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1049 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$7,098.00** |

**Carl Lieberman**
**2 Legend Court**
**West Harrison, NY 10604**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1050 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$43,739.00** |

**Carl Lomboy**
**1001 Thornehill Drive**
**Anderson, SC 29621**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 265 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.1051 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$139.00** |
|---|---|---|---|

**Carl Marino**
**4160 Buggy Whip Dr NE**
**Bainbridge Island, WA 98110**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1052 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,199.00** |
|---|---|---|---|

**Carl Mayer**
**43 Woodland Ave**
**Bronxville, NY 10708**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1053 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$751.00** |
|---|---|---|---|

**Carl Mollohan**
**3021 Manchester Road**
**Columbia, SC 29204**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1054 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$165.00** |
|---|---|---|---|

**Carl Muller**
**PO Box 2300**
**Ashtabula, OH 44005**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 266 of 1150

Debtor **Fox Ortega Enterprises, Inc.**　　　　　Case number (if known) _____

Name

| 3.1055 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$12,142.00** |

**Carl Ruderman**
**1250 East Hallandale Beach Blvd**
**Hallandale, FL 33009**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1056 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,522.00** |

**Carl Steefel**
**109 Sandringham Dr S**
**Moraga, CA 94556**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1057 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,360.00** |

**Carl Weiner**
**6140 Mission Drive**
**Shawnee Mission, KS 66208**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1058 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,439.00** |

**Carlo Croci**
**5139 Camp Bowie**
**Fort Worth, TX 76107**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com　　　　　Best Case Bankruptcy

Case: 16-40050　Doc# 16　Filed: 01/21/16　Entered: 01/21/16 15:42:32　Page 267 of 1150

Debtor  **Fox Ortega Enterprises, Inc.**                              Case number (if known) _____
         _____
         Name

| 3.1059 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$359.00** |
|---|---|---|---|

**Carlo Paventi**
**2676 des Abeilles**
**Laval, QC H7K0A8**
**CANADA**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1060 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$36,387.00** |
|---|---|---|---|

**Carlos Andrade**
**9705 Collins avenue**
**Miami, FL 33154**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1061 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$15,139.00** |
|---|---|---|---|

**Carlos Artime**
**5217 Mimosa Dr**
**Bellaire, TX 77401**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1062 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$30,225.00** |
|---|---|---|---|

**Carlos Bhola**
**305 West Broadway**
**New York, NY 10013**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 268 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.1063 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$1,049.00** |

**Nonpriority creditor's name and mailing address**

3.1063

**Carlos Elias**
**14095 Jamul Dr.**
**Jamul, CA 91935**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

**$1,049.00**

---

3.1064 **Nonpriority creditor's name and mailing address**

**Carlos Felipe Saa Hoyos**
**Cra 47C 78C Sur 37**
**Sabaneta, Antioquia**
**COLUMBIA**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

**$629.00**

---

3.1065 **Nonpriority creditor's name and mailing address**

**Carlos Francisco Herrera**
**2200 N. Yarbrough Suite 170**
**El Paso, TX 79925**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

**$383.00**

---

3.1066 **Nonpriority creditor's name and mailing address**

**Carlos Gonzalez**
**17675 Blanchard Drive**
**Monte Sereno, CA 95030**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

**$14,374.00**

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 269 of 1150

Debtor **Fox Ortega Enterprises, Inc.**      Case number *(if known)* _____
Name

| 3.1067 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,309.00** |
|---|---|---|---|

**Carlos Nalda**
**8601 James Creek Drive**
**Springfield, VA 22152**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1068 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$199.00** |
|---|---|---|---|

**Carlos Rego**
**300 Chalkstone Ave**
**Providence, RI 02908**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1069 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$18,571.00** |
|---|---|---|---|

**Carlos Singer**
**1107 Buena Vista Street**
**South Pasadena, CA 91030**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1070 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,029.00** |
|---|---|---|---|

**Carlton McCrindle**
**12143 West Black Oak Drive**
**Greenfield, WI 53227**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor  **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
        Name

| 3.1071 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,584.00** |
|---|---|---|---|

**Carmen Cortez**
**935 Sakura Drive**
**San Jose, CA 95112**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1072 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$46.00** |
|---|---|---|---|

**Carmen Fernandez**
**7835 Pacific Circle**
**Midway City, CA 92655**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1073 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$159.00** |
|---|---|---|---|

**Carol Bartelmo**
**12061 NW 10th Street**
**Fort Lauderdale, FL 33323**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1074 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$139.00** |
|---|---|---|---|

**Carol Bourne**
**31 Chadwick Road**
**Great Neck, NY 11023**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

---

| 3.1075 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$149.00** |

**Carol Frey**
**2888 Amby PL**
**Hermosa Beach, CA 90254**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1076 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$941.00** |

**Carol Hofmann**
**730 N Keystone St**
**Burbank, CA 91506**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1077 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$450.00** |

**Carol Lance**
**6501 NE 151st Street**
**Kenmore, WA 98028**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1078 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$107.00** |

**Carol Polisner**
**115 East 86 Street**
**New York, NY 10028**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050  Doc# 16  Filed: 01/21/16  Entered: 01/21/16 15:42:32  Page 272 of 1150

Debtor **Fox Ortega Enterprises, Inc.**      Case number (if known) _____
Name

| 3.1079 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,089.00** |
|---|---|---|---|

**Caroline Matthews Kenney**
**1415 S. Voss**
**Houston, TX 77057**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____    **Is the claim subject to offset?**

☑ No
Last 4 digits of account number _____    ☐ Yes

---

| 3.1080 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,275.00** |
|---|---|---|---|

**Carrie Findleton**
**100 Scot Ct**
**Fairfield, CA 94534**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____    **Is the claim subject to offset?**

☑ No
Last 4 digits of account number _____    ☐ Yes

---

| 3.1081 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$409.00** |
|---|---|---|---|

**Carter House**
**301 L Street**
**Eureka, CA 95501**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____    **Is the claim subject to offset?**

☑ No
Last 4 digits of account number _____    ☐ Yes

---

| 3.1082 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$29.00** |
|---|---|---|---|

**Carter Mann**
**3804 N. Colonial Ave**
**Portland, OR 97227**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____    **Is the claim subject to offset?**

☑ No
Last 4 digits of account number _____    ☐ Yes

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 273 of 1150

Debtor **Fox Ortega Enterprises, Inc.** Case number (if known) _____
_____
Name

---

| 3.1083 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$34,716.00** |

**Carter Nichols**
**7450 France Ave. So.**
**Edina, MN 55435**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1084 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$407.00** |

**Cary Cheifetz**
**25 De Forest Ave, Ste 105**
**Summit, NJ 07901**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1085 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$68,708.00** |

**Cary Feibleman**
**701 E.28th St.**
**Long Beach, CA 90806**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1086 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$809.00** |

**Cary Howard Plotkin**
**710 West End Ave**
**New York, NY 10025**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____ Case number (if known) _____
Name

| 3.1087 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$360.00** |

**Cary Rosner**
**40 Stewart Street**
**Plainview, NY 11803**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1088 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$239.00** |

**Casey Benjamin**
**88 Windsor Ave**
**San Rafael, CA 94901**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1089 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,101.00** |

**Catherine Gledhill**
**1922 N Hudson Avenue**
**Chicago, IL 60614**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1090 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$743.00** |

**Catherine Granger**
**13701 Paseo del Roble**
**Los Altos, CA 94022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

---

| 3.1091 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,693.00 |

**Catherine Hong**
**5100 Louise Ave**
**Encino, CA 91316**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1092 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,367.00 |

**catherine ORENTREICH**
**7 east 82nd street**
**New York, NY 10028**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1093 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $9.00 |

**Cathy Clauson**
**1456 Campus Drive**
**Berkeley, CA 94708**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1094 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $235.00 |

**CB Crowe**
**12707 High Bluff Drive**
**San Diego, CA 92130**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 276 of 1150

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____

Name

| 3.1095 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$274.00** |

**Cecil Farrington**
**860 Jake Alexander Boulevard**
**Salisbury, NC 28147**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1096 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$614.00** |

**Cecilia Born**
**8402 127th Ave SE**
**Snohomish, WA 98290**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1097 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$540.00** |

**Cee Brown**
**PO Box 90**
**Sag Harbor, NY 11963**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1098 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,949.00** |

**Celso Munoz**
**7 Proclamation Ct**
**Bedford, NH 03110**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

---

| 3.1099 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$49.00** |

**Cezanne Hendricks**
**246 Circle Oaks Dr.**
**Napa, CA 94558**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1100 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$95.00** |

**Chad Dameworth**
**905 Lambourne Ct**
**Chesapeake, VA 23322**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$35,117.00** |

**Chad Loudon**
**1636 Crowell Rd**
**Vienna, VA 22182**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$39.00** |

**Chad P. Summerlin**
**9587 C  Boca Garden Parkway**
**Boca Raton, FL 33496**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

| 3.1103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,495.00** |

**Chad Richard**
**283 Bemis St**
**San Francisco, CA 94131**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

| 3.1104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$95.00** |

**Chad Swanson**

**San Francisco, CA 94115**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

| 3.1105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$19.00** |

**Chad Zutter**
**9107 Christopher Wren Dr**
**Wexford, PA 15090**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

| 3.1106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$575.00** |

**Chadd Knowlton**
**13819 NE 37th Pl**
**Bellevue, WA 98005**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?

■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 279 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

---

| 3.1107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$27.00** |
|---|---|---|---|

**ChaeEun Im**
**1946 Campus Drive**
**Hyde Park, NY 12538**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,819.00** |
|---|---|---|---|

**Chang Chih-Tai**
**2F, No.49, Lane 145**
**Dunhua N Rd, Taipei 105**
**TAIWAN**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$86,743.00** |
|---|---|---|---|

**Chang Ho Han**
**6280 SW Arctic Dr**
**Beaverton, OR 97005**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$6,543.00** |
|---|---|---|---|

**Chao Wei Chen**
**8520 NE ALDERWOOD RD Suite D**
**Portland, OR 97220**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 280 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number *(if known)*

| 3.1111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,559.00** |
|---|---|---|---|

**Chao-Trang Cheng**
**43 Vliet Town Road**
**Oldwick, NJ 08858**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.1112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$36,046.00** |
|---|---|---|---|

**Charles Banks**
**7 W Figueroa**
**Santa Barbara, CA 93101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.1113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$524.00** |
|---|---|---|---|

**Charles Bates**
**1111 23rd St. NW**
**Washington, DC 20037**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.1114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,520.00** |
|---|---|---|---|

**Charles Baxter**
**56 Gypsy Lane**
**Berkeley, CA 94705**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 281 of 1150

Debtor    **Fox Ortega Enterprises, Inc.**                                    Case number (if known)

Name

| 3.1115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,878.00 |
|---|---|---|---|

**Charles Bayless**
**10200 Sporting Club Dr**
**Raleigh, NC 27617**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,444.00 |
|---|---|---|---|

**Charles Bissell**
**2283 Main St**
**Glastonbury, CT 06033**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,893.00 |
|---|---|---|---|

**Charles Boyar**
**8412 Croydon Avenue**
**Los Angeles, CA 90045**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30,967.00 |
|---|---|---|---|

**Charles Bryant**
**1202 Southern Hills**
**Kingwood, TX 77339**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 282 of 1150

Debtor  **Fox Ortega Enterprises, Inc.**
_____  Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.1119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$3,262.00** |

**Charles Budz**
**11805 Marquis Terrace**
**Richmond, VA 23238**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____   ☐ Yes

---

| | | |
|---|---|---|
| 3.1120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$223,364.00** |

**Charles Bullock**
**26100 American Drive**
**Southfield, MI 48034**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____   ☐ Yes

---

| | | |
|---|---|---|
| 3.1121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$32.00** |

**Charles Byrd**
**85 Dunston Avenue**
**Yonkers, NY 10701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____   ☐ Yes

---

| | | |
|---|---|---|
| 3.1122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$390.00** |

**Charles Cole**
**4949 E 6th AVe**
**Denver, CO 80220**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____   ☐ Yes

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 283 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number *(if known)* _____

---

| 3.1123 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$159.00** |
|---|---|---|---|
| | **Charles Cozean** | *Check all that apply.* | |
| | **330 Canterwood Lane** | ☐ Contingent | |
| | **Great Falls, VA 22066** | ☐ Unliquidated | |
| | | ☐ Disputed | |

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____  ☐ Yes

---

| 3.1124 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$22,228.00** |
|---|---|---|---|
| | **Charles Cranmer** | *Check all that apply.* | |
| | **1650 North Ridley Creek Rd.** | ☐ Contingent | |
| | **Media, PA 19063** | ☐ Unliquidated | |
| | | ☐ Disputed | |

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____  ☐ Yes

---

| 3.1125 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,549.00** |
|---|---|---|---|
| | **Charles Craycroft** | *Check all that apply.* | |
| | **1040 Copper Canyon Road** | ☐ Contingent | |
| | **Argyle, TX 76226** | ☐ Unliquidated | |
| | | ☐ Disputed | |

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____  ☐ Yes

---

| 3.1126 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,609.00** |
|---|---|---|---|
| | **Charles Crumpton** | *Check all that apply.* | |
| | **1251 Heulu St.** | ☐ Contingent | |
| | **Honolulu, HI 96822** | ☐ Unliquidated | |
| | | ☐ Disputed | |

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.1127 | **Nonpriority creditor's name and mailing address** | **$1,259.00** |

**Charles Demmon**
**5140 Keane Dr**
**Carmichael, CA 95608**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.1128 | **Nonpriority creditor's name and mailing address** | **$659.00** |

**Charles Dilworth**
**584 Hill Street**
**San Francisco, CA 94114**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.1129 | **Nonpriority creditor's name and mailing address** | **$174,852.00** |

**Charles Doherty**
**1407 Ashland Ave**
**River Forest, IL 60305**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.1130 | **Nonpriority creditor's name and mailing address** | **$839.00** |

**Charles Finch**
**9193 Lavell Street**
**La Mesa, CA 91941**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.1131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$9,663.00** |

**Charles Freeman**
**#33 Howe Crossing**
**Festus, MO 63028**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.1132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$699.00** |

**Charles Fuss**
**1402 Camp Road**
**Charleston, SC 29412**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.1133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$479.00** |

**Charles Gauger**
**1437 SW Columbia Street**
**Portland, OR 97201**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.1134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$11,364.00** |

**Charles Geoly**
**260 Homer Avenue**
**Palo Alto, CA 94301**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 286 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.1135 | **Nonpriority creditor's name and mailing address** |

**Charles Gerken**
**612 Laurel Ave.**
**Millbrae, CA 94030**

As of the petition filing date, the claim is:                **$4,733.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.1136 | **Nonpriority creditor's name and mailing address** |

**Charles Goerisch**
**2130 Trailcrest Dr**
**Saint Louis, MO 63122**

As of the petition filing date, the claim is:                **$1,704.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.1137 | **Nonpriority creditor's name and mailing address** |

**Charles Gottlieb**
**40 Overbrook Parkway**
**Wynnewood, PA 19096**

As of the petition filing date, the claim is:                **$2,249.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.1138 | **Nonpriority creditor's name and mailing address** |

**Charles Granoff**
**412 Parker St.   Unit L.**
**Newton Centre, MA 02459**

As of the petition filing date, the claim is:                **$853.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**      Case number (if known) _____
Name

| 3.1139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $3,767.00 |
|---|---|---|---|

**Charles Hamlin**
**1021 Devon Dr.**
**Denver, CO 80202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $7,429.00 |
|---|---|---|---|

**Charles Hansford**
**31 Walker St**
**New York, NY 10013**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $79.00 |
|---|---|---|---|

**Charles Hazen**
**2800 Post Oak Blvd**
**Houston, TX 77056**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $4,631.00 |
|---|---|---|---|

**Charles Hecht-Leavitt**
**7440 Pinecroft Lane**
**Norfolk, VA 23505**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 288 of 1150

Debtor **Fox Ortega Enterprises, Inc.**      Case number *(if known)* _____

Name

| | | |
|---|---|---|
| 3.1143 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**    **$599.00** |

**Charles Hicks**
**2810 Ivy Street**
**San Diego, CA 92104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1144 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**    **$4,449.00** |
|---|---|---|

**Charles Hill**
**582 Market St**
**San Francisco, CA 94104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1145 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**    **$6,799.00** |
|---|---|---|

**Charles Jalenak**
**6330 Massey Woods Cove**
**Memphis, TN 38120**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1146 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**    **$48,629.00** |
|---|---|---|

**Charles Jenkins**
**4245 Broadmoor Ave NE**
**Albuquerque, NM 87108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Debtor  **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| 3.1147 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$250.00** |
|---|---|---|---|

**Charles Johnson**
**636 State Street**
**El Centro, CA 92243**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

---

| 3.1148 | **Nonpriority creditor's name and mailing address** | | **$5,625.00** |
|---|---|---|---|

**Charles Kaplan**
**2668 Butler Ave**
**Los Angeles, CA 90064**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

---

| 3.1149 | **Nonpriority creditor's name and mailing address** | | **$1,112.00** |
|---|---|---|---|

**Charles King**
**179 Edgewater Cove**
**Belden, MS 38826**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

---

| 3.1150 | **Nonpriority creditor's name and mailing address** | | **$2,009.00** |
|---|---|---|---|

**Charles Klink**
**15723 Parkhouse Drive**
**Fontana, CA 92336**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 290 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.1151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,399.00** |

**CHARLES LANE**
**PO Box 915197**
**Longwood, FL 32791**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$19.00** |

**Charles Lasseter**
**2605  4th Avenue  N**
**Seattle, WA 98109**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,077.00** |

**Charles Leeming**
**234 Hernandez Ave**
**Los Gatos, CA 95030**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,469.00** |

**Charles Leonard**
**1242 South High Street**
**Denver, CO 80210**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 291 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
     Name

Case number *(if known)* _____

---

| 3.1155 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$135.00** |

**Charles Leone**
**5900 Christie ave.**
**Emeryville, CA 94608**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1156 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$25,691.00** |

**Charles Linker**
**330 Ramona Dr.**
**Piedmont, CA 94611**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1157 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$555.00** |

**Charles Liu**
**1885 Kiler Canyon Rd**
**Paso Robles, CA 93446**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1158 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$359.00** |

**Charles Lucci**
**2995 Alexis Dr**
**Palo Alto, CA 94304**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 292 of 1150

Debtor **Fox Ortega Enterprises, Inc.**      Case number (if known) _____
_____
Name

| 3.1159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$839.00** |

**Charles Maloy**
**6025 S Eaton Ln**
**Littleton, CO 80123**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$785.00** |

**Charles McCoy**
**8933 Rue Felicity**
**Baton Rouge, LA 70809**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$265.00** |

**Charles Miller**
**4520 Cochran Mill Rd**
**Fairburn, GA 30213**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$199.00** |

**Charles Ng**
**860 Tice Place**
**Westfield, NJ 07090**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 293 of 1150

Debtor **Fox Ortega Enterprises, Inc.**                              Case number (if known) _____

Name

| 3.1163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,593.00** |
|---|---|---|---|

**Charles Noland**
**4809 San Jacinto Circle East**
**Fallbrook, CA 92028**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,107.00** |
|---|---|---|---|

**Charles Nomellini**
**1111 3rd Avenue**
**Seattle, WA 98101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$490.00** |
|---|---|---|---|

**Charles Osborn**
**P.O. Box 785**
**Stonington, ME 04681**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,461.00** |
|---|---|---|---|

**Charles Owen**
**6 Harris Glen NW**
**Atlanta, GA 30327**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.1167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,589.00** |

**Charles Parkhurst**
**93 Old Church Rd**
**Greenwich, CT 06830**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1168 | **Nonpriority creditor's name and mailing address** | $1,920.00 |

**Charles Peluso**
**944 Bayview Ave**
**Pacific Grove, CA 93950**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1169 | **Nonpriority creditor's name and mailing address** | $299.00 |

**Charles Penn**
**775 Wood Lane**
**Peconic, NY 11958**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1170 | **Nonpriority creditor's name and mailing address** | $1,165.00 |

**Charles Perrino**
**726 Rodney Dr.**
**San Leandro, CA 94577**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 295 of 1150

Debtor   **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| 3.1171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$7,403.00** |

3.1171 | **Nonpriority creditor's name and mailing address**

**Charles Richardson Jr**
**466 E. Shore Rd.**
**Jamestown, RI 02835**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

**$7,403.00**

---

3.1172 | **Nonpriority creditor's name and mailing address**

**Charles Rothhaar**
**30 Colonnade Terrace**
**Hilton, NY 14468**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

**$719.00**

---

3.1173 | **Nonpriority creditor's name and mailing address**

**Charles Scales**
**349 Wildrose Circle**
**Pinole, CA 94564**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

**$1,357.00**

---

3.1174 | **Nonpriority creditor's name and mailing address**

**Charles Simon**
**331 Cleveland Street**
**Clearwater, FL 33755**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

**$769.00**

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known)

| 3.1175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,444.00 |
|---|---|---|---|

**Charles Sitzes**
**1819 SW 5th Avenue**
**Portland, OR 97201**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.1176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,359.00 |
|---|---|---|---|

**Charles Smith**
**417 11th St.**
**Brooklyn, NY 11215**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.1177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,392.00 |
|---|---|---|---|

**Charles Stanton**
**715 Pine View Ct**
**Eugene, OR 97405**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.1178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $699.00 |
|---|---|---|---|

**Charles Sullivan**
**107 Belvale Drive**
**Los Gatos, CA 95032**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 297 of 1150

Debtor **Fox Ortega Enterprises, Inc.**                Case number (if known) _____
_____
Name

| 3.1179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,358.00** |

**Charles Terhune**
**100 Fairbank Rd**
**Riverside, IL 60546**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,831.00** |

**Charles Theofilos**
**2443 Casa de Marbella**
**West Palm Beach, FL 33410**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,388.00** |

**Charles Walker**
**1716 White Pond Lane**
**Waxhaw, NC 28173**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,199.00** |

**Charles Wang**
**2752 Wagon Train Lane**
**Diamond Bar, CA 91765**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 298 of 1150

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.1183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$7,312.00** |

**Charles Weiss**
**65 Cameron Glen Drive**
**Atlanta, GA 30328**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$933.00** |

**Charles Weiss**
**19 Lewis Street**
**Newton, MA 02458**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$889.00** |

**Charles Wheeler**
**708 Water Oak Drive**
**Plano, TX 75025**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$619.00** |

**Charles Wood**
**360 Olive Tree Lane**
**Sierra Madre, CA 91024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 299 of 1150

Debtor **Fox Ortega Enterprises, Inc.**                Case number *(if known)* _____

Name

| | |
|---|---|
| 3.1187 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$8,212.00** |

3.1187 **Nonpriority creditor's name and mailing address**

**Charles Wright**
**919 Harvard Ave E**
**Seattle, WA 98102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$8,212.00**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

3.1188 **Nonpriority creditor's name and mailing address**

**Charles Yessian**
**36 Cinnamon Road**
**Newington, CT 06111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$79.00**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

3.1189 **Nonpriority creditor's name and mailing address**

**Charles Zedlewski**
**3 Peralta Ave**
**San Francisco, CA 94110**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$13,188.00**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

3.1190 **Nonpriority creditor's name and mailing address**

**Charlie Adler**
**1028 29th ST NW**
**Washington, DC 20007**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$6,900.00**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 300 of 1150

Debtor    **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____
_____
          Name

| 3.1191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,459.00** |

**Charlie Carnes**
**P.O. Box 431**
**Dundee, FL 33838**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number    _____    ☐ Yes

| 3.1192 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$225.00** |

**Charlie Feitel**
**111 Barrow St**
**New York, NY 10014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number    _____    ☐ Yes

| 3.1193 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$99.00** |

**Charlie Nguyen**
**7831 highland arbor ln**
**Houston, TX 77070**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number    _____    ☐ Yes

| 3.1194 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$347.00** |

**Charlie Riedel**
**5331 Spring Valley Rd**
**Dallas, TX 75254**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number    _____    ☐ Yes

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 301 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.1195 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,599.00** |

**Charlotte Chou**
**Room B 8th Fl**
**Southgate Commercial Center**
**HONG KONG**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1196 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$449.00** |

**Charlotte Mitchell**
**1750 St. Charles Avenue, 7-L**
**New Orleans, LA 70130**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1197 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$541.00** |

**Chase Kramer**
**10212 Rubin Lane**
**Philadelphia, PA 19116**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1198 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$41,925.00** |

**Chee Chow**
**14 El Patio**
**Orinda, CA 94563**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**      Case number (if known)

Name

| | |
|---|---|
| **3.1199** | **Nonpriority creditor's name and mailing address** |

**3.1199**

**Nonpriority creditor's name and mailing address**
**Chee Lee**
**39644 Mission Blvd**
**Fremont, CA 94555**

As of the petition filing date, the claim is:      **$1,403.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

**3.1200**

**Nonpriority creditor's name and mailing address**
**Chekib Akrout**
**1629 Cabin Wood Cove**
**Austin, TX 78746**

As of the petition filing date, the claim is:      **$9,854.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

**3.1201**

**Nonpriority creditor's name and mailing address**
**Chelsea Mitchell**
**6251 Fairlynn Blvd**
**Yorba Linda, CA 92886**

As of the petition filing date, the claim is:      **$1,398.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

**3.1202**

**Nonpriority creditor's name and mailing address**
**Chen Liang**
**7348 Hickorywood Lane**
**Pleasanton, CA 94566**

As of the petition filing date, the claim is:      **$2,872.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 303 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.1203 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$8,134.00** |

**Chen Ying-wen**
**137-07 Northern Blvd**
**Flushing, NY 11354**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1204 | **Nonpriority creditor's name and mailing address** | **$1,109.00** |

**Chen Zhao**
**1499 Huntington Dr., # 400**
**South Pasadena, CA 91030**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1205 | **Nonpriority creditor's name and mailing address** | **$849.00** |

**Cheng-Gang Kong**
**19591 Moray Court**
**Saratoga, CA 95070**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1206 | **Nonpriority creditor's name and mailing address** | **$145.00** |

**CHENZHI WANG**
**1800 Beaumont Dr.apt 1221**
**Norman, OK 73071**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 304 of 1150

Debtor  **Fox Ortega Enterprises, Inc.**

Case number (if known)

Name

| 3.1207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.00 |

**Cherry Du**
**633 Sanford Ave**
**Wilmington, CA 90744**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.1208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $239.00 |

**Cheryl Ganapol**
**110 Lucia Lane**
**Scotts Valley, CA 95066**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.1209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,570.00 |

**Chi Wai Tang**
**33 Leewood Loop**
**Staten Island, NY 10304**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.1210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,740.00 |

**Chi Yeung Ho**
**17C, Tien Sing Mansion,**
**Taikoo Shing, Quarry Bay**
**HONG KONG**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.1211 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.1211**

**Nonpriority creditor's name and mailing address**

**Chi-Hsiao Yeh**
**15, 3rd Fl, Al 5, Ln 159**
**Roosevelt Rd, Sec. 6, Taipei 116**
**TAIWAN**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
■ No
☐ Yes

**$35,067.00**

---

**3.1212**

**Nonpriority creditor's name and mailing address**

**Chiara Gratton**
**613 Jacaranda Pl**
**Fullerton, CA 92832**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
■ No
☐ Yes

**$479.00**

---

**3.1213**

**Nonpriority creditor's name and mailing address**

**Chih-Chieh Hsu**
**1F., No.220, Zhongzheng S. Rd.**
**Sanchong Dist, New Taipei City**
**TAIWAN**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
■ No
☐ Yes

**$1,199.00**

---

**3.1214**

**Nonpriority creditor's name and mailing address**

**Chik Wong**
**31 Aspen Creek Lane**
**Laguna Hills, CA 92653**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
■ No
☐ Yes

**$54,528.00**

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 306 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.1215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,854.00 |
|---|---|---|---|

**Chris Adamson**
**14631 South 3rd Avenue**
**Phoenix, AZ 85045**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $716.00 |
|---|---|---|---|

**Chris Adamson**
**5010 Solano Ave.**
**Richmond, CA 94805**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $959.00 |
|---|---|---|---|

**Chris Agan**
**5410 Braddock Ridge Dr**
**Centreville, VA 20120**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 |
|---|---|---|---|

**Chris Ansbacher**
**190 E. 72nd St,  Apt 26-A**
**New York, NY 10021**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.1219 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$95.00** |

**Chris Armbruster**
**300 Crockett St**
**Austin, TX 78704**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.1220 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$79.00** |

**Chris Ballinger**
**85 Laurel Dr.**
**Orinda, CA 90275**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.1221 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$33,821.00** |

**Chris Bernsen**
**710 Shadow Bay Way**
**Osprey, FL 34229**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.1222 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$914.00** |

**Chris Brune**
**30 Townsend**
**Irvine, CA 92620**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor  **Fox Ortega Enterprises, Inc.**                    Case number *(if known)* _____
            Name

| 3.1223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,585.00** |
|---|---|---|---|

**Chris Buck**
**321 Old Albany Post Road**
**Garrison, NY 10524**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1224 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,298.00** |
|---|---|---|---|

**Chris Burns**
**7161 Bentgrass Drive**
**Indianapolis, IN 46236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$23,307.00** |
|---|---|---|---|

**Chris Burt**
**679 Lombardy Place**
**San Marino, CA 91108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$155.00** |
|---|---|---|---|

**Chris Cassisi**
**6420 NW 9th Blvd**
**Gainesville, FL 32605**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.1227 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$359.00** |
|---|---|---|---|

**Chris Chiapparelli**
**10 Westlake Ave.**
**Baltimore, MD 21210**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.1228 | **Nonpriority creditor's name and mailing address** | | **$982.00** |
|---|---|---|---|

**Chris Choy**
**399 Gravatt Drive**
**Berkeley, CA 94705**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.1229 | **Nonpriority creditor's name and mailing address** | | **$1,379.00** |
|---|---|---|---|

**Chris Collins**
**5716 Willow Ln**
**Dallas, TX 75230**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.1230 | **Nonpriority creditor's name and mailing address** | | **$83,901.00** |
|---|---|---|---|

**Chris Comstock**
**300 E 66th St, Rm 733**
**New York, NY 10065**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**  Case number (if known) _____
_____
Name

| 3.1231 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,680.00** |

**Nonpriority creditor's name and mailing address**
**Chris Deeb**
**2669 NW 126th Ave**
**Portland, OR 97229**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**$1,680.00**

---

| 3.1232 |

**Nonpriority creditor's name and mailing address**
**Chris Dimelow**
**2625 South Santa Fe**
**Denver, CO 80223**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**$1,796.00**

---

| 3.1233 |

**Nonpriority creditor's name and mailing address**
**Chris Dobson**
**567 Estates Place**
**Longwood, FL 32779**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**$155.00**

---

| 3.1234 |

**Nonpriority creditor's name and mailing address**
**Chris Dowling**
**1115 Valdez Place**
**Fremont, CA 94539**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**$287.00**

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 311 of 1150

Debtor **Fox Ortega Enterprises, Inc.**      Case number (if known) _____

Name

| | |
|---|---|
| **3.1235** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: **$2,244.00** |

**3.1235** **Nonpriority creditor's name and mailing address**
**Chris Eber**
**22744 SW Ulsky Road**
**West Linn, OR 97068**

As of the petition filing date, the claim is: **$2,244.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.1236** **Nonpriority creditor's name and mailing address**
**Chris Ericksen**
**325 Palm Avenue**
**Kentfield, CA 94904**

As of the petition filing date, the claim is: **$3,739.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.1237** **Nonpriority creditor's name and mailing address**
**Chris Felton**
**W142 N5265 Saint Andrews Court**
**Menomonee Falls, WI 53051**

As of the petition filing date, the claim is: **$689.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.1238** **Nonpriority creditor's name and mailing address**
**Chris Garrett**
**628 First Street**
**Lake Oswego, OR 97034**

As of the petition filing date, the claim is: **$5,420.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**      Case number (if known) _____
Name

| 3.1239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $908.00 |

**Chris Goumas**
**2148 Sutter St**
**San Francisco, CA 94115**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $179.00 |

**Chris Haines**
**18315 Pasadena Street**
**Lake Elsinore, CA 92530**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,279.00 |

**Chris Hampton**
**22276 S.DeAnza Circle**
**Cupertino, CA 95014**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $449.00 |

**Chris Hanscom**
**2500 Meadowlark Lane**
**Gilroy, CA 95020**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 313 of 1150

Debtor **Fox Ortega Enterprises, Inc.**                    Case number *(if known)* _____

Name

| 3.1243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $251.00 |

**Chris Hardy**
**1470 16th St NE**
**Salem, OR 97301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $887.00 |

**Chris Hellewell**
**235 Whitney Street**
**San Francisco, CA 94131**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $119.00 |

**Chris Himmelberg**
**29522 Vista Plaza Dr**
**Laguna Beach, CA 92677**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,049.00 |

**Chris Hitt**
**701 Tilleys Branch Road**
**Chapel Hill, NC 27516**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.1247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $209.00 |

**3.1247** Nonpriority creditor's name and mailing address

**Chris Hunt**
**161 Deer Ridge Rd**
**Basking Ridge, NJ 07920**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.1248** Nonpriority creditor's name and mailing address

**Chris Huss**
**2872 Blue Jay Way**
**Lafayette, CO 80026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

$434.00

---

**3.1249** Nonpriority creditor's name and mailing address

**Chris Johnson**
**395 South End Avenue**
**New York, NY 10280**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

$99.00

---

**3.1250** Nonpriority creditor's name and mailing address

**chris Kavolus**
**12 Abbot trail**
**Greenville, SC 29605**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

$5,039.00

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____
         _____
         Name

| 3.1251 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,234.00** |
|---|---|---|---|

**Chris Kim**
**18 Cambridge Place**
**Englewood Cliffs, NJ 07632**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1252 | **Nonpriority creditor's name and mailing address** | | **$6,944.00** |

**Chris Kitze**
**775 E Blithedale Ave #362**
**Mill Valley, CA 94941-1554**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1253 | **Nonpriority creditor's name and mailing address** | | **$369.00** |

**Chris Landgraff**
**2154 West Windsor Ave**
**Chicago, IL 60625**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1254 | **Nonpriority creditor's name and mailing address** | | **$13,999.00** |

**Chris Landon**
**14 Rockwood Road West**
**Plandome, NY 11030**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 316 of 1150

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.1255 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$36,134.00** |

**Chris Lee**
**36 Boon Teck Road**
**SINGAPORE**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1256 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$69.00** |

**Chris Lee**
**286 27th Ave**
**San Francisco, CA 94121**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$270.00** |

**Chris Lobet**
**411 289th Pl NE**
**Carnation, WA 98014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,194.00** |

**Chris Long**
**31589 Aguacate Rd.**
**San Juan Capistrano, CA 92675**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number *(if known)*

| 3.1259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.00 |

**Chris Marks**
**1625 Larimer St**
**Denver, CO 80202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.1260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,027.00 |

**Chris Mayer**
**2 Grove Isle Drive**
**Miami, FL 33133**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.1261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $269.00 |

**Chris McEwen**
**19136 West Muirfield**
**Baton Rouge, LA 70810**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.1262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,428.00 |

**Chris McKee**
**2666 Virginia St**
**Berkeley, CA 94709**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor   **Fox Ortega Enterprises, Inc.**       Case number *(if known)*
_____
Name

| 3.1263 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$389.00** |
|---|---|---|---|

**Chris McMicken**
**298 Upper Bay Rd**
**Sanbornton, NH 03269**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1264 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,829.00** |
|---|---|---|---|

**Chris Metz**
**539 Middle Road**
**Delray Beach, FL 33483**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1265 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,554.00** |
|---|---|---|---|

**Chris Miu**
**40 West 55th Street**
**New York, NY 10019**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1266 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$184.00** |
|---|---|---|---|

**Chris Monahan**
**2318 Windsor Road**
**Alexandria, VA 22307**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 319 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.1267 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$781.00** |

**Chris Murray**
**3816 Audley St.**
**Houston, TX 77098**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1268 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$779.00** |

**Chris Park**
**43317 Vestals**
**Leesburg, VA 20176**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1269 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$187.00** |

**Chris Peterson**
**525 1st Ave W**
**Seattle, WA 98119**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1270 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$59.00** |

**Chris Prescher**
**1700 W Irving Park Rd**
**Chicago, IL 60613**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 320 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.1271 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$899.00** |

**Chris Price**
**17059 Harpers Way**
**Conroe, TX 77385**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1272 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$797.00** |

**Chris Randall**
**15769 SE 58th Place**
**Bellevue, WA 98006**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1273 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$715.00** |

**Chris Rauber**
**1527 Robsheal Drive**
**San Jose, CA 95125**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1274 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$10,260.00** |

**Chris Renner**
**4514 Connecticut Ave. NW**
**Washington, DC 20008**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050  Doc# 16  Filed: 01/21/16  Entered: 01/21/16 15:42:32  Page 321 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.1275 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$16,279.00** |

**Chris Riccobono**
**111 Garden Street**
**Hoboken, NJ 07030**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1276 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,091.00** |

**Chris Rivers**
**PO Box 191450**
**San Francisco, CA 94119**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1277 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$53.00** |

**Chris Sallee**
**2125 Rivina Drive**
**Austin, TX 78733**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1278 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$24.00** |

**Chris Sargent**
**6710 N. Lakewood Ave.**
**Chicago, IL 60626**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number *(if known)* _____

Name

| | | |
|---|---|---|
| 3.1279 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: |

**Nonpriority creditor's name and mailing address**

**Chris Simmons**
**PO Box 1161**
**Novato, CA 94948**

As of the petition filing date, the claim is:                                    **$659.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

3.1280 **Nonpriority creditor's name and mailing address**

**Chris Smiley**
**1283 Fawnwood Drive**
**Lancaster, PA 17601**

As of the petition filing date, the claim is:                                    **$4,597.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

3.1281 **Nonpriority creditor's name and mailing address**

**Chris Stagnaro**
**1176 Tuolumne Court**
**Millbrae, CA 94030**

As of the petition filing date, the claim is:                                    **$13,937.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

3.1282 **Nonpriority creditor's name and mailing address**

**Chris Stonich**
**2125 Castillian Dr.**
**Los Angeles, CA 90068**

As of the petition filing date, the claim is:                                    **$2,542.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

| 3.1283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,897.00 |

**Chris Tesari**
**14930 McKendree Avenue**
**Pacific Palisades, CA 90272**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.1284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $479.00 |

**Chris Tremblay**
**833 McKnight**
**Ladue, MO 63124**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.1285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,962.00 |

**Chris Trueman**
**427 N Cambridge Ave**
**Claremont, CA 91711**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.1286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $359.00 |

**Chris Voedisch**
**282 Ferguson Dr**
**Asheville, NC 28806**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
        Name

| 3.1287 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,062.00** |

**Nonpriority creditor's name and mailing address**
**Chris Weber**
**366 Cumnock Road**
**Palatine, IL 60067**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1288 |

**Nonpriority creditor's name and mailing address**
**Chris Weishaar**
**1456 Division Court**
**Saint Charles, IL 60174**

As of the petition filing date, the claim is:     **$359.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1289 |

**Nonpriority creditor's name and mailing address**
**Chris Weyers**
**402 Widget Sreet**
**Basalt, CO 81621**

As of the petition filing date, the claim is:     **$599.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1290 |

**Nonpriority creditor's name and mailing address**
**Chris White**
**7752 Hopi Road**
**Stanton, CA 90680**

As of the petition filing date, the claim is:     **$299.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 325 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.1291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $299.00 |

**Chris Wiegand**
**81 Monroe Street**
**Hoboken, NJ 07030**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $239.00 |

**Chris Young**
**3410 24th Avenue S**
**Seattle, WA 98144**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $139,811.00 |

**Chrisafis Nicola**
**PO Box 2053**
**El Granada, CA 94018**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $310.00 |

**Christiaan Hogendorn**
**555 Wolcott Hill Road**
**Wethersfield, CT 06109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor   **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____
         _____
         Name

| 3.1295 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$99.00** |
|---|---|---|---|

**Christian Asam**
**164 Shepherd Grade Road**
**Shepherdstown, WV 25443**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.1296 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,024.00** |
|---|---|---|---|

**Christian Bennett**
**335 Melville Avenue**
**Palo Alto, CA 94301**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.1297 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,895.00** |
|---|---|---|---|

**Christian Binnig**
**71 South Wacker Drive**
**Chicago, IL 60606**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.1298 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$381.00** |
|---|---|---|---|

**Christian Heger**
**1986 Palmerston Place**
**Los Angeles, CA 90027**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**                                     Case number (if known) _____

Name

| 3.1299 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$6,556.00** |

**Christian Hooper**
**5700 St Charles**
**New Orleans, LA 70115**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1300 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,801.00** |

**Christian Salomone**
**57 Warren St.**
**New York, NY 10007**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1301 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,942.00** |

**Christian Tourre**
**3673 Brookhaven Manor Xing**
**Atlanta, GA 30319**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1302 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,707.00** |

**Christie Williams**
**5 Allyns Aly**
**Mystic, CT 06355**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

Debtor  **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____

Name

| 3.1303 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$24.00** |

**Christin Carlson**
**3044 Soscal Ave.**
**Napa, CA 94558**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.1304 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,893.00** |

**Christina Tsou**
**11510 E 214th Street**
**Lakewood, CA 90715**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.1305 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$239.00** |

**Christine Bae**
**2160 N. Central Road, #303**
**Fort Lee, NJ 07024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.1306 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$89.00** |

**Christine Bell**
**34 Livingston St.**
**Brooklyn, NY 11201**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.1307 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$9.00** |

**Christine Havens**
**1003 4th Avenue E**
**Olympia, WA 98506**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1308 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$540.00** |

**Christine Huang**
**750 Van Ness Avenue**
**San Francisco, CA 94102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1309 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$467.00** |

**Christine Lee**
**33 Brookstone**
**Irvine, CA 92604**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1310 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,399.00** |

**Christine Nee**
**7 Sommet**
**Newport Beach, CA 92657**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Debtor   **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____
_____
Name

| 3.1311 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$12,693.00** |
|---|---|---|---|

**Christophe Armengol**
**110 Washington Ave**
**Miami, FL 33139**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1312 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,080.00** |
|---|---|---|---|

**Christophe Loth**
**9, rue de la Barre**
**71 250 Cluny**
**FRANCE**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1313 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,373.00** |
|---|---|---|---|

**Christopher Allen**
**45 Rowan Tree Lane**
**Hillborough, CA 94010**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1314 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$783.00** |
|---|---|---|---|

**Christopher Austen**
**26 Elm Street**
**Concord, MA 01742**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.1315 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$179.00** |
|---|---|---|---|

**Christopher Bailey**
**264 Fifth Avenue**
**New York, NY 10001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

---

| 3.1316 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,593.00** |
|---|---|---|---|

**Christopher Bisch**
**323 Monte Vista**
**Oakland, CA 94611**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

---

| 3.1317 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$60,709.00** |
|---|---|---|---|

**Christopher Bonacci**
**361 Maple Ave West**
**Vienna, VA 22180**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

---

| 3.1318 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,913.00** |
|---|---|---|---|

**Christopher Brown**
**1128 Fulton St**
**Palo Alto, CA 94301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 332 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.1319 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,419.00** |
|---|---|---|---|

**Christopher Butner**
**371 Camino Sobrante**
**Orinda, CA 94563**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1320 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$569.00** |
|---|---|---|---|

**Christopher Charles Kosir**
**725 Acequia Madre**
**Santa Fe, NM 87505**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1321 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$839.00** |
|---|---|---|---|

**Christopher Chiang**
**949 West Madison Street**
**Chicago, IL 60607**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1322 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,649.00** |
|---|---|---|---|

**Christopher Clever**
**73-4455 Hane St**
**Kailua Kona, HI 96740**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Fox Ortega Enterprises, Inc.**      Case number (if known) _____
Name

| 3.1323 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$55.00** |
|---|---|---|---|

**Christopher Connelly**
**12 Martindale Rd**
**Short Hills, NJ 07078**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1324 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$956.00** |
|---|---|---|---|

**Christopher Cowles**
**18 Ridgeway Rd.**
**Medford, MA 02155**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1325 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$42,131.00** |
|---|---|---|---|

**Christopher Crowley**
**119 North 11th Street**
**Brooklyn, NY 11249**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1326 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,239.00** |
|---|---|---|---|

**Christopher Davis**
**302 S Coconut Lane**
**Miami, FL 33139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.1327 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,862.00** |

**Christopher DiStasio**
**25612 Rolling Hills Way**
**Torrance, CA 90505**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1328 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$297.00** |

**Christopher Doty**
**1040 Park Avenue**
**New York, NY 10028**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1329 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,259.00** |

**Christopher Falsetta**
**152 Lambert Road**
**New Canaan, CT 06840**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1330 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$139.00** |

**Christopher Farrell**
**6 S. Manchester St.**
**Arlington, VA 22204**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1331** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,954.00**
**Christopher Foley**
**541 W. 98th St.**
**Bloomington, MN 55420**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.1332** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$779.00**
**Christopher French**
**7 Peter Cooper Road**
**New York, NY 10010**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.1333** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$719.00**
**Christopher French**
**888 Main Street**
**New York, NY 10010**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.1334** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$608.00**
**Christopher Garces**
**4915 Dennwood Dr**
**Sheboygan, WI 53083**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor **Fox Ortega Enterprises, Inc.**                     Case number (if known) _____
_____
Name

| 3.1335 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$64.00** |
|---|---|---|---|

**Christopher Gebhard**
**705 Park Dr.**
**Lebanon, PA 17042**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

---

| 3.1336 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,294.00** |
|---|---|---|---|

**Christopher Gerard Sihler**
**3529 Brooks Range Street**
**Las Vegas, NV 89129**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

---

| 3.1337 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,777.00** |
|---|---|---|---|

**Christopher Gibson**
**211 W. Mariposa Drive**
**Redlands, CA 92373**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

---

| 3.1338 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$187.00** |
|---|---|---|---|

**Christopher Golda**
**542 Brannan St.**
**San Francisco, CA 94107**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 337 of 1150

Debtor **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____
_____
Name

| 3.1339 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $125.00 |

**Christopher Hanscom**
**2500 Meadow Lark Lane**
**Gilroy, CA 95020**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____     ☐ Yes

---

| 3.1340 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $191.00 |

**Christopher Harris**
**11712 Sunrise Drive NE**
**Bainbridge Island, WA 98110**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____     ☐ Yes

---

| 3.1341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $389.00 |

**Christopher Holzshu**
**2022 Crestview Drive**
**Ashland, OR 97520**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____     ☐ Yes

---

| 3.1342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,069.00 |

**Christopher Hughes**
**1368 N. Wolcott**
**Chicago, IL 60622**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____     ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known) _____

---

| 3.1343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $270.00 |

**Christopher Hull**
**5 Wild Flower**
**Laguna Niguel, CA 92677**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,134.00 |

**Christopher Kelley**
**1108 Mills Avenue**
**Hillborough, CA 94010**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,439.00 |

**Christopher Kelly**
**8 Sycamore Lane**
**Rumson, NJ 07760**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,623.00 |

**Christopher Kelly Jr**
**532 Michelle Mews**
**Princeton, NJ 08542**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 339 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

---

| 3.1347 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,463.00** |

**Christopher Kennan**
**P.O. Box 945**
**Pine Plains, NY 12567**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1348 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$612.00** |

**Christopher Kessler**
**16039 Knapp St**
**North Hills, CA 91343**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1349 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,527.00** |

**Christopher Kraus**
**14860 SW 87 Court**
**Miami, FL 33176**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1350 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$539.00** |

**Christopher Kronner**
**20 Trafalgar Square, Suite 205**
**Nashua, NH 03063**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 340 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.1351 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,444.00** |

**Christopher Lamberson**
**8646 Heatherly Cove**
**Germantown, TN 38138**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1352 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$7,908.00** |

**Christopher Lee**
**171 Lombardy Rd**
**Memphis, TN 38111**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1353 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$8,402.00** |

**Christopher MacLean**
**302 E Capitol St NE**
**Washington, DC 20003**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1354 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,029.00** |

**Christopher Marowski**
**7335 N. River Rd.**
**River Hills, WI 53217**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

| 3.1355 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,363.00** |

**Christopher Martinetti**
**700 1st Street, APT 11U**
**Hoboken, NJ 07030**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.1356 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,721.00** |

**Christopher McCurdy**
**851 Highway 30 E**
**Oxford, MS 38655**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.1357 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$124.00** |

**Christopher McReynolds**
**50 Hunter Drive**
**Morristown, NJ 07960**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.1358 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,124.00** |

**Christopher Merlo**
**22881 Law St.**
**Dearborn, MI 48124**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.1359 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$1,985.00** |

**Christopher Michael**
**5909 Haraby Court**
**Dallas, TX 75248**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

| | | |
|---|---|---|
| 3.1360 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$839.00** |

**Christopher Millard**
**295 Sherwood Street**
**Costa Mesa, CA 92627**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

| | | |
|---|---|---|
| 3.1361 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$515.00** |

**Christopher Nalty**
**1025 Napoleon Avenue**
**New Orleans, LA 70115**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

| | | |
|---|---|---|
| 3.1362 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$2,039.00** |

**Christopher Odonnell**
**2029 Century Park East**
**Los Angeles, CA 90067**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050　Doc# 16　Filed: 01/21/16　Entered: 01/21/16 15:42:32　Page 343 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.1363 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,614.00 |
|---|---|---|---|

**Christopher Park Mah**
**4180 Donald Dr**
**Palo Alto, CA 94306**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1364 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,176.00 |
|---|---|---|---|

**Christopher Parker**
**2 Pier Place**
**Glen Burnie, MD 21060**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1365 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,587.00 |
|---|---|---|---|

**Christopher Pergrem**
**26943 Hilltop Drive**
**Evergreen, CO 80439**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1366 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,684.00 |
|---|---|---|---|

**Christopher Propert**
**141 E St. SE**
**Washington, DC 20003**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 344 of 1150

Debtor  **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____
_____
Name

| 3.1367 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,747.00** |

3.1367 | **Nonpriority creditor's name and mailing address**

**Christopher Rickey**
**346 N. Meramec Ave.**
**Saint Louis, MO 63105**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

$1,747.00

---

3.1368 | **Nonpriority creditor's name and mailing address**

**Christopher Roser**
**1105 Spruce Street**
**Boulder, CO 80302**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

$2,345.00

---

3.1369 | **Nonpriority creditor's name and mailing address**

**Christopher Ruhland**
**25724 Hawthorne Place**
**Stevenson Ranch, CA 91381**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

$693.00

---

3.1370 | **Nonpriority creditor's name and mailing address**

**Christopher S Maxey**
**3108 Borge Street**
**Oakton, VA 22124**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

$470.00

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 345 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.1371 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$2,370.00** |

**Christopher Schott**
**184 Columbia Hts**
**Brooklyn, NY 11201**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.1372 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$467.00** |

**Christopher Sipes**
**2600 36th Place NW**
**Washington, DC 20007**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.1373 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$9,340.00** |

**Christopher Sliney**
**2210 Main Street**
**Santa Monica, CA 90405**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.1374 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$5,481.00** |

**Christopher Spikes**
**4104 Caruth Blvd.**
**Dallas, TX 75225**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 346 of
1150

Debtor   **Fox Ortega Enterprises, Inc.**                          Case number (if known) _____
         _____
         Name

| | | |
|---|---|---|
| 3.1375 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,159.00** |

**3.1375** | **Nonpriority creditor's name and mailing address**
**Christopher Stone**
**506 South Elam Ave.**
**Greensboro, NC 27403**

**As of the petition filing date, the claim is:** $5,159.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.1376** | **Nonpriority creditor's name and mailing address**
**Christopher Stroud**
**1944 Coral Island Rd**
**Pensacola, FL 32506**

**As of the petition filing date, the claim is:** $159.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.1377** | **Nonpriority creditor's name and mailing address**
**Christopher Thanos**
**38 Meadow Hill Drive**
**Belvedere-Tiburon, CA 94920**

**As of the petition filing date, the claim is:** $4,539.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.1378** | **Nonpriority creditor's name and mailing address**
**Christopher Thewalt**
**1286 Mountain View Blvd**
**Walnut Creek, CA 94596**

**As of the petition filing date, the claim is:** $1,988.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

1/14/16 2:44PM

| 3.1379 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $443.00 |

**Christopher Towery**
**16 Ulm Place**
**Hinsdale, IL 60521**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1380 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,228.00 |

**Christopher Turner**
**30 Old Post Rd**
**Rye, NY 10580**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1381 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $509.00 |

**Christopher Upchurch**
**12022 NE 97th Street**
**Kirkland, WA 98033**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1382 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $449.00 |

**Christopher White**
**835 Park Ave**
**Wilmette, IL 60091**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 348 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name     Case number (if known) _____

| | |
|---|---|
| 3.1383 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**      **$5,170.00**

| 3.1383 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,170.00** |
|---|---|---|---|

**Christopher Willan**
**115 Altadena Dr**
**Pittsburgh, PA 15228**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1384 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$721.00** |
|---|---|---|---|

**Christopher Witeck**
**1250 24th St. NW**
**Washington, DC 20037**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1385 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,500.00** |
|---|---|---|---|

**Christopher Yau**
**Flat D, 17 Floor, 3 Island place**
**61 Tanner Road, North Point**
**HONG KONG**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1386 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,449.00** |
|---|---|---|---|

**Christos Giannoulias**
**4308 N Lincoln Ave**
**Chicago, IL 60618**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 349 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.1387 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,599.00 |

**Chuck Kontulis**
**67 Cross Ridge Rd**
**New Canaan, CT 06840**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1388 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $959.00 |

**Chuck Koosmann**
**8 Coulee Ridge Road**
**Afton, MN 55001**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1389 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,648.00 |

**Chuck Lynn**
**956 Traci Lane**
**Copley, OH 44321**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1390 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $749.00 |

**Chuck Scurich**
**55 Spyglass Hill**
**Oakland, CA 94618**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 350 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____

Case number (if known) _____

Name

| 3.1391 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$54.00** |
|---|---|---|---|

**Chuck Wang**
**6363 Christie Ave**
**Emeryville, CA 94608**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1392 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,957.00** |
|---|---|---|---|

**Chunwoon Baek**
**300 1st St.**
**Hoboken, NJ 07030**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1393 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$246.00** |
|---|---|---|---|

**Cindi Rand**
**359 Beechwood Avenue**
**Middlesex, NJ 08846**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1394 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,439.00** |
|---|---|---|---|

**Cindy Wan**
**380 Bramble Ct.**
**Foster City, CA 94404**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 351 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.1395 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,199.00** |
|---|---|---|---|

**Cindy Wong**
**1027 Wildwood Ave.**
**Daly City, CA 94015**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1396 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$381.00** |
|---|---|---|---|

**CJ Elfont**
**17 Captain Lane**
**Salem, SC 29676**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1397 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$35,993.00** |
|---|---|---|---|

**CJ Lim**
**Suite 15-03, Level 15**
**Heritage House**
**KUALA LUMPUR**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1398 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,541.00** |
|---|---|---|---|

**CJ ONeill**
**6533 Robin Hollow Drive**
**Charlotte, NC 28227**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**      Case number (if known) _____

Name

| 3.1399 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,199.00** |

**Claire Parker**
**131 Chickering Meadows**
**Nashville, TN 37215**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1400 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$83.00** |

**Claire Prymus**
**214 High Street**
**Natchitoches, LA 71457**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1401 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$103.00** |

**Clara Martinez**
**1800 Century Park East**
**Los Angeles, CA 90067**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1402 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$16,764.00** |

**Clark Fong**
**1622 28th Ave**
**San Francisco, CA 94122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor   **Fox Ortega Enterprises, Inc.**                    Case number *(if known)* _____

Name

| 3.1403 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$109.00** |

3.1403  **Nonpriority creditor's name and mailing address**

**Claud Vance**
**320 Gold Ave. SW**
**Albuquerque, NM 87102**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$109.00**

---

3.1404  **Nonpriority creditor's name and mailing address**

**Claude Hamou**
**734 Ashby Dr.**
**Palo Alto, CA 94301**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$789.00**

---

3.1405  **Nonpriority creditor's name and mailing address**

**Claude Kolm**
**1964 Bush Street**
**San Francisco, CA 94115**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$4,059.00**

---

3.1406  **Nonpriority creditor's name and mailing address**

**Claude Naquin**
**2740 Bocate Lake Dr**
**Baton Rouge, LA 70809**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$11,036.00**

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 354 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.1407 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,619.00** |
|---|---|---|---|

**Claude Stansbury**
**635 Kings Cloister Circle**
**Alexandria, VA 22302**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1408 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$524.00** |
|---|---|---|---|

**Claude Trent**
**40 Prince Street**
**New York, NY 10012**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1409 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,789.00** |
|---|---|---|---|

**Claudia McMurray**
**P.O. Box 478**
**Great Falls, VA 22066**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1410 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$249.00** |
|---|---|---|---|

**Claudio Testa**
**Via Cagli 3**
**Ancona**
**ITALY**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number _(if known)_ _____

| 3.1411 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$319.00** |

**Claus Blem**
**150 Silverado Trail #16**
**Napa, CA 94559**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1412 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$27,331.00** |

**Claus Janzen**
**PO BOX 131**
**Rutherford, CA 94573**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1413 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$40,421.00** |

**Clayton Daley**
**5980 Crabtree Lane**
**Cincinnati, OH 45243**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1414 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$767.00** |

**Clayton Davis**
**6641 Hawthorne St**
**McLean, VA 22101**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 356 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____  Case number (if known) _____
Name

| 3.1415 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $563.00 |

**Clayton Johnson**
**5625 Crest Court**
**Dexter, MI 48130**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1416 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $478.00 |

**Clayton Robinson**
**19 E 80th St**
**New York, NY 10075**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1417 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,121.00 |

**Clayton Wai-Poi**
**2240 N Leavitt St**
**Chicago, IL 60661**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1418 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $33,408.00 |

**Clendon Caire**
**12723 Taylorcrest Road**
**Houston, TX 77024**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____

_____
Name

| 3.1419 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$299.00** |

**Cliff Auerswald**
**2099 S. State College Blvd.**
**Anaheim, CA 92806**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1420 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$600.00** |

**Cliff Dodd**
**P.O. Box 281**
**Diablo, CA 94528**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1421 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,387.00** |

**Cliff Zelinsky**
**155 N. Harbor Drive**
**Chicago, IL 60601**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1422 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$449.00** |

**Clifford Kern**
**812 Overbrook Dr.**
**Vestal, NY 13850**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**      Case number (if known) _____

Name

---

| 3.1423 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,144.00** |

**Clifford Larsen**
**204 West Washington St.**
**Lexington, VA 24450**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1424 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$240.00** |

**Clifford Michaels**
**44 Green Drive**
**East Hanover, NJ 07936**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1425 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$17,646.00** |

**Clifford Michel**
**134-34 Franklin Ave**
**Flushing, NY 11355**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1426 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,139.00** |

**Clifford Storms**
**230 Demarest Rd.**
**Moorestown, NJ 08057**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor **Fox Ortega Enterprises, Inc.**
Case number (if known)
Name

| 3.1427 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$714.00** |

3.1427 | **Nonpriority creditor's name and mailing address**
**Clifford Zeifman**
**5120 State Hwy 6**
**Riesel, TX 76682**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

**$714.00**

---

3.1428 | **Nonpriority creditor's name and mailing address**
**Clint King**
**1111 Long Meadow**
**Spring Branch, TX 78070**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

**$1,289.00**

---

3.1429 | **Nonpriority creditor's name and mailing address**
**Clint Squier**
**261 Fairway Drive**
**Beecher, IL 60401**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

**$28,534.00**

---

3.1430 | **Nonpriority creditor's name and mailing address**
**Clinton Jang**
**20175 Guava Ct.**
**Saratoga, CA 95070**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number

**$2,672.00**

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 360 of 1150

Debtor    **Fox Ortega Enterprises, Inc.**      Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.1431 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:    **$959.00** |

**Clive Baillie**
**12330 Viewcrest Road**
**Studio City, CA 91604**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.1432 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:    **$499.00** |

**Clive Holmes**
**150 East 52nd Street**
**New York, NY 10022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.1433 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:    **$239.00** |

**Clyde Smith Jr.**
**994 Antelope Rd.**
**White City, OR 97503**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.1434 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:    **$304.00** |

**Clyde Sugahara**
**27 Entrada Ave.**
**Oakland, CA 94611**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 361 of 1150

Debtor **Fox Ortega Enterprises, Inc.**      Case number (if known) _____
_____
Name

| | |
|---|---|
| 3.1435 | **Nonpriority creditor's name and mailing address** |

| | | |
|---|---|---|
| 3.1435 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $7,886.00 |

**3.1435**   **Nonpriority creditor's name and mailing address**

**Clyde Williams**
**370 26th Ave**
**San Francisco, CA 94121**

**As of the petition filing date, the claim is:**     **$7,886.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____

---

**3.1436**   **Nonpriority creditor's name and mailing address**

**Coach Cosgrove**
**927 Copena Dr.**
**Pelham, AL 35124**

**As of the petition filing date, the claim is:**     **$499.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____

---

**3.1437**   **Nonpriority creditor's name and mailing address**

**Coastal Products**
**PO Box 190**
**Vineburg, CA 95487**

**As of the petition filing date, the claim is:**     **$12,000.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____

---

**3.1438**   **Nonpriority creditor's name and mailing address**

**Coby Jordan**
**P.O. Box 1422**
**Hurricane, UT 84737**

**As of the petition filing date, the claim is:**     **$1,194.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 362 of 1150

Debtor **Fox Ortega Enterprises, Inc.**     Case number (if known) _____
Name

| | |
|---|---|
| 3.1439 | **Nonpriority creditor's name and mailing address** |

**Cody Short**
**PO BOX 7735**
**Waco, TX 76714**

As of the petition filing date, the claim is:       **$3,891.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.1440 | **Nonpriority creditor's name and mailing address** |

**Coleman Cordell**
**185 W. Fawsett Rd.**
**Winter Park, FL 32789**

As of the petition filing date, the claim is:       **$1,079.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.1441 | **Nonpriority creditor's name and mailing address** |

**Colin Bennett**
**FLAT B4, 28/F, RHINE COURT**
**HONG KONG**

As of the petition filing date, the claim is:       **$101.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.1442 | **Nonpriority creditor's name and mailing address** |

**Colin Crane**
**2820 C Street**
**Sacramento, CA 95816**

As of the petition filing date, the claim is:       **$9,301.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 363 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.1443 | **Nonpriority creditor's name and mailing address** | **$193.00** |

**Colin Davis**
**431 North Yellowstone**
**Livingston, MT 59047**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.1444 | **Nonpriority creditor's name and mailing address** | **$1,417.00** |

**Colin Teichholtz**
**116 W 14th St.**
**New York, NY 10011**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.1445 | **Nonpriority creditor's name and mailing address** | **$3,029.00** |

**Colin Thoreen**
**10000 Lakeshore BLVD NE**
**Seattle, WA 98125**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.1446 | **Nonpriority creditor's name and mailing address** | **$659.00** |

**Colin Winston**
**7705 Mary Cassatt Drive**
**Potomac, MD 20854**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.1447 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$89.00** |

**Colleen Toft**
**1934 N Washtenaw Ave**
**Chicago, IL 60647**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1448 | **Nonpriority creditor's name and mailing address** | **$479.00** |
|---|---|---|

**Conner Boyd**
**1317 14th Ave**
**Fox Island, WA 98333**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1449 | **Nonpriority creditor's name and mailing address** | **$1,955.00** |
|---|---|---|

**Connie Wong**
**61 Golden Aster Ct.**
**Brisbane, CA 94005**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1450 | **Nonpriority creditor's name and mailing address** | **$1,709.00** |
|---|---|---|

**Connor Kriegel**
**95 Worth St**
**New York, NY 10013**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 365 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known)

Name

| 3.1451 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $89.00 |
|---|---|---|---|

**Conor White**
**1192 Maryann Dr.**
**Santa Clara, CA 95050**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number

---

| 3.1452 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $359.00 |

**Conrad de Velasco**
**5 Midway Place**
**Staten Island, NY 10304**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number

---

| 3.1453 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,364.00 |

**Conrad Gordon**
**2356 40th st NW**
**Washington, DC 20007**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number

---

| 3.1454 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,718.00 |

**Conrad Green**
**5145 Mount Helena Ave**
**Los Angeles, CA 90041**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 366 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.1455 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$29.00** |

**Constance Savage**
**One Lake Ave**
**Bedford, NY 10506**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.1456 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$769.00** |

**Constance Sirtautas**
**20726 Highland Hollow**
**Houston, TX 77073**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.1457 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$1,799.00** |

**Constantine Flouras**
**6 Crowntop Road**
**Manhasset, NY 11030**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.1458 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$1,199.00** |

**Corey LoPrete**
**2411 Ocean Avenue**
**Venice, CA 90291**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**      Case number (if known) _____
_____
Name

| | |
|---|---|
| 3.1459 | **Nonpriority creditor's name and mailing address** |

**Corey Miller**
**400 Chambers St**
**New York, NY 10282**

As of the petition filing date, the claim is:      **$254.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.1460 | **Nonpriority creditor's name and mailing address** |

**Corey Tobin**
**1333 Gough St.**
**San Francisco, CA 94109**

As of the petition filing date, the claim is:      **$1,199.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.1461 | **Nonpriority creditor's name and mailing address** |

**Cory Wagner**
**385 La Fata St.**
**Saint Helena, CA 94574**

As of the petition filing date, the claim is:      **$7,338.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.1462 | **Nonpriority creditor's name and mailing address** |

**Costas Michalopoulos**
**141 Mercer Street**
**Jersey City, NJ 07302**

As of the petition filing date, the claim is:      **$139.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.1463 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$639.00** |

**Courtland Cox**
**4169 Garden Avenue**
**Los Angeles, CA 90039**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1464 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,079.00** |

**Craig Atkins**
**3675 Esther Way**
**Teton Village, WY 83025**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1465 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$179.00** |

**Craig Callen**
**3 East 77th Street**
**New York, NY 10021**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1466 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$659.00** |

**Craig Campbell**
**8653 Apple Park**
**Rogers, AR 72756**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 369 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

---

| 3.1467 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $150,796.00 |
|---|---|---|---|

**Craig Cannizzo**
**11 Honeywood Rd.**
**Orinda, CA 94563**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.1468 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $599.00 |
|---|---|---|---|

**Craig Collins**
**8041 Walnut Hill LN**
**Dallas, TX 75231**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.1469 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $3,175.00 |
|---|---|---|---|

**Craig Congdon**
**PO Box 120602**
**Big Bear Lake, CA 92315**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.1470 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $599.00 |
|---|---|---|---|

**Craig Cooper**
**4 Titus Road**
**Washington Depot, CT 06794**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 370 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.1471 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,185.00** |
|---|---|---|---|

**Craig Edgerley**
**2324 W. Wabansia Avenue**
**Chicago, IL 60647**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.1472 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$320.00** |
|---|---|---|---|

**Craig Edward Jenest**
**36B Washington Ave**
**Greenwich, CT 06830**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.1473 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,842.00** |
|---|---|---|---|

**Craig Elson**
**655 N Bonhill Rd**
**Los Angeles, CA 90049**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.1474 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$79.00** |
|---|---|---|---|

**Craig Ernst**
**3009 Treasure Hills Blvd**
**Harlingen, TX 78550**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

---

| 3.1475 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,699.00** |
|---|---|---|---|

**Craig Grosvenor**
**29233 Heathercliff Rd**
**Malibu, CA 90265**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1476 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$22.00** |
|---|---|---|---|

**Craig Gulbransen**
**23426A SW 54th Way**
**Boca Raton, FL 33433**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1477 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$690.00** |
|---|---|---|---|

**Craig Jones**
**123 Carlisle Way**
**Benicia, CA 94510**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1478 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,740.00** |
|---|---|---|---|

**Craig Leipold**
**555 Main Street**
**Racine, WI 53403**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor __Fox Ortega Enterprises, Inc._____     Case number (if known) _____
Name

| 3.1479 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,774.00 |

**3.1479** | Nonpriority creditor's name and mailing address
**Craig Lundin**
**34 Greenbank Avenue**
**Piedmont, CA 94611**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**$1,774.00**

---

**3.1480** | Nonpriority creditor's name and mailing address
**Craig McEwen**
**616 South 13th St**
**San Jose, CA 95112**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**$359.00**

---

**3.1481** | Nonpriority creditor's name and mailing address
**Craig Midgley**
**638 8th Ave South**
**Hopkins, MN 55343**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**$101,480.00**

---

**3.1482** | Nonpriority creditor's name and mailing address
**Craig Palmer**
**30 Paradise Court**
**Hillborough, CA 94010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**$4,979.00**

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 373 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.1483 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$763.00** |

**Craig Prim**
**2710 Winding Creek Lane**
**Meadow Vista, CA 95722**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1484 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,444.00** |

**Craig Rock**
**8761 E. Bell Road**
**Scottsdale, AZ 85260**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1485 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$83.00** |

**Craig Roelke**
**2603 N. 70th Street**
**Milwaukee, WI 53213**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1486 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,269.00** |

**Craig Roush**
**3323 N. Seminary Ave.**
**Chicago, IL 60657**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 374 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.1487 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,802.00 |

**Craig Schultz**
**1881 Bur Oak Drive**
**Westlake, OH 44145**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

| 3.1488 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $719.00 |

**Craig Schwimmer**
**5272 Ravine Drive**
**Dallas, TX 75220**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

| 3.1489 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $946.00 |

**Craig Smith**
**1718 Virginia St**
**Berkeley, CA 94703**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

| 3.1490 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $299.00 |

**Craig Stanfield**
**8329 Leafy Lane**
**Houston, TX 77055**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 375 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number *(if known)* _____

| | |
|---|---|
| 3.1491 | **Nonpriority creditor's name and mailing address** |

**Craig Utley**
**6155 Brentwood Chase Drive**
**Brentwood, TN 37027**

As of the petition filing date, the claim is: **$1,019.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.1492 | **Nonpriority creditor's name and mailing address** |

**Craig Vitrano**
**6757 Burden Lane**
**Baton Rouge, LA 70808**

As of the petition filing date, the claim is: **$10,758.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.1493 | **Nonpriority creditor's name and mailing address** |

**Craig Wheeler**
**37 Sommerset Street**
**Belmont, MA 02478**

As of the petition filing date, the claim is: **$143.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.1494 | **Nonpriority creditor's name and mailing address** |

**Craig Williams**
**2265 Boysen Lane**
**St. Helena, CA 94574**

As of the petition filing date, the claim is: **$1,855.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 376 of 1150

Debtor   **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____
         _____
         Name

| 3.1495 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$888.00** |
|--------|-----|-----|-----|

**Craig Williams**
**3270 S. 119th Street**
**Milwaukee, WI 53227**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1496 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$468.00** |
|--------|-----|-----|-----|

**Craig Zimmerman**
**8446 Sale Ave**
**West Hills, CA 91304**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1497 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,043.00** |
|--------|-----|-----|-----|

**Cris Cherry**
**5995 Peachy Canyon Road**
**Paso Robles, CA 93446**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1498 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,258.00** |
|--------|-----|-----|-----|

**Cristian Dezso**
**1609 Corcoran St. NW**
**Washington, DC 20009**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.1499 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8,687.00** |

**Croft Capital LLC**
**95 Horatio St**
**New York, NY 10014**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1500 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,625.00** |

**Curt Mahoney**
**1817 Laurel Ave.**
**Manhattan Beach, CA 90266**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1501 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,199.00** |

**Curt Polikoff**
**320 Alabama Street**
**San Francisco, CA 94110**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1502 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$648.00** |

**Curt Schalchlin**
**333 N 5th St**
**Grover City, CA 93433**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

---

| 3.1503 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$318.00** |

**Curtice Smith**
**1867 Jefferson Street**
**San Francisco, CA 94123**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1504 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$651.00** |

**Curtis Lauber**
**410 Miramonte Drive**
**Santa Barbara, CA 93109**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1505 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,999.00** |

**Curtis Lee**
**1165 Lei Hinahina Place**
**Hilo, HI 96720**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1506 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$136.00** |

**Curtis Longpine**
**2726 Thunderbird Dr**
**Hays, KS 67601**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | |
|---|---|
| 3.1507 | **Nonpriority creditor's name and mailing address** |

**Cynthia Edwards**
**15 Doyle Street**
**Doylestown, PA 18901**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**$1,900.00**

| | |
|---|---|
| 3.1508 | **Nonpriority creditor's name and mailing address** |

**Cyril Beard**
**1 Harding Road**
**Red Bank, NJ 07701**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**$3,749.00**

| | |
|---|---|
| 3.1509 | **Nonpriority creditor's name and mailing address** |

**Cyril Goddeeris**
**1204 Ocean Ave**
**Point Pleasant Beach, NJ 08742**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**$4,992.00**

| | |
|---|---|
| 3.1510 | **Nonpriority creditor's name and mailing address** |

**Cyril Houri**
**1445 16th Street**
**Miami Beach, FL 33139**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**$4,793.00**

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 380 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.1511 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$1,191.00** |

**Cyrus Cheung**
**34055 Webfoot Loop**
**Fremont, CA 94555**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.1512 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$1,439.00** |

**Cyrus Restaurant**
**421 Healdsburg Ave**
**Healdsburg, CA 95448**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.1513 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$67,961.00** |

**D J Baker**
**885 Third Ave.**
**New York, NY 10022**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.1514 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$4,679.00** |

**D Karp**
**80 Main Street**
**New Canaan, CT 06840**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 381 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.1515 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$979.00** |

**D Matthew Smith**
**2795 Peachtree St NE**
**Atlanta, GA 30305**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1516 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$59,495.00** |

**D Michael Lareau**
**82 Lawnacre Dr.**
**Cranston, RI 02920**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1517 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$41.00** |

**Dale  Walsh**
**1711 Sunnybrook Dr.**
**Irving, TX 75061**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1518 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,443.00** |

**Dale Amerine**
**40355 Rendezvous Cir.**
**Elizabeth, CO 80107**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.1519 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $7,500.00 |

**Dale Bowers**
**2542 Lanyon Drive**
**Longmont, CO 80503**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No

Last 4 digits of account number _____

☐ Yes

---

| | | |
|---|---|---|
| 3.1520 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $1,403.00 |

**Dale Harvey**
**P O Box 8206**
**Wichita Falls, TX 76307**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No

Last 4 digits of account number _____

☐ Yes

---

| | | |
|---|---|---|
| 3.1521 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $412.00 |

**Dale Hilpert**
**8 cliff road**
**Belvedere-Tiburon, CA 94920**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No

Last 4 digits of account number _____

☐ Yes

---

| | | |
|---|---|---|
| 3.1522 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $329.00 |

**Dale McClaran**
**8036 12th Ave NW**
**Seattle, WA 98117**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No

Last 4 digits of account number _____

☐ Yes

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

| 3.1523 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,274.00** |

**Dale Musselman**
**4603 S Angeline St**
**Seattle, WA 98118**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.1524 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,349.00** |

**Dale Nishikawa**
**1045 Mapunapuna St**
**Honolulu, HI 96819**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.1525 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$47,662.00** |

**Dale Okuno**
**265 S. Oakland Ave**
**Pasadena, CA 91101**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.1526 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$26,481.00** |

**Dale Roberts**
**859 N Prior**
**St Paul, MN 55104**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

---

| 3.1527 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $187.00 |

**Dale Stahl**
**580 Bighorn Dr.**
**Chanhassen, MN 55317**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1528 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.00 |

**Dale Williams**
**54 Lefurgy Avenue**
**Dobbs Ferry, NY 10522**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1529 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $839.00 |

**Dallas Jacobs**
**23706 102nd Pl W**
**Edmonds, WA 98020**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1530 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,587.00 |

**Dallas Vipond**
**3134 N Pollard St**
**Arlington, VA 22207**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor **Fox Ortega Enterprises, Inc.**     Case number (if known) _____
_____
Name

| 3.1531 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$119.00** |
|---|---|---|---|

**Damian Zaninovich**
**2513 Spruce St**
**Bakersfield, CA 93301**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1532 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$905.00** |
|---|---|---|---|

**Damien Casten**
**8 East 3rd St**
**Hinsdale, IL 60521**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1533 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,236.00** |
|---|---|---|---|

**Damien Moore**
**51 Bridgeport**
**Newport Beach, CA 92657**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1534 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$664.00** |
|---|---|---|---|

**Damon E Schramm**
**4300 W 70th Street**
**Minneapolis, MN 55435**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 386 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Case number (if known) _____
Name

| 3.1535 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,143.00** |
|---|---|---|---|

**Damon Masaki**
**1077 Via Prato Lane**
**Henderson, NV 89011**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1536 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$436.00** |
|---|---|---|---|

**Dan Anderson**
**12371 Garrett Bay Rd.**
**Ellison Bay, WI 54210**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1537 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$248.00** |
|---|---|---|---|

**Dan Blackwell**
**7430 Copley Park Place**
**San Diego, CA 92111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1538 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$111.00** |
|---|---|---|---|

**Dan Crouzet-Pascal**
**1215 Serene Valley Ct.**
**San Jose, CA 95120**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 387 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.1539 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,269.00** |

**Dan Edens**
**8003 N.E. Hidden Cove Rd.**
**Bainbridge Island, WA 98110**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.1540 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$89.00** |

**Dan Flanagan**
**208 Timber Trace**
**Saint Albans, MO 63073**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.1541 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$909.00** |

**Dan Foley**
**954 W Pecos Ave**
**Mesa, AZ 85210**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.1542 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$299.00** |

**Dan Francis**
**389 Manuella Way**
**Woodside, CA 94062**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 388 of 1150

Debtor    **Fox Ortega Enterprises, Inc.**       Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.1543 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:    **$905.00** |

**Dan Haltenhof**
**8 Windrush Creek West**
**Saint Louis, MO 63141**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.1544 | **Nonpriority creditor's name and mailing address** |

**Dan Henricks**
**5021 Wyndale Dr.**
**Bargersville, IN 46106**

As of the petition filing date, the claim is:    **$7,420.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.1545 | **Nonpriority creditor's name and mailing address** |

**Dan Holzman**
**245 East 87th St**
**New York, NY 10128**

As of the petition filing date, the claim is:    **$839.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.1546 | **Nonpriority creditor's name and mailing address** |

**Dan Ilany**
**383 Madison**
**New York, NY 10179**

As of the petition filing date, the claim is:    **$359.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.1547 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$145.00** |

**Dan Martens**
**902 Walnut St.**
**Glenville, WV 26351**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1548 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$728.00** |

**Dan McCleary**
**87-51 113 Street**
**Richmond Hill, NY 11418**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1549 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$220.00** |

**Dan Mihalovich**
**655 Montgomery Street**
**San Francisco, CA 94111**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1550 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,010.00** |

**Dan Nowell**
**PO Box 7003**
**Corte Madera, CA 94925**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

| 3.1551 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,605.00 |
|---|---|---|---|

**Dan Pfefferbaum**
**87 7th Ave**
**San Francisco, CA 94118**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.1552 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,843.00 |
|---|---|---|---|

**Dan Ports**
**5524 29th Ave NE**
**Seattle, WA 98105**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.1553 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,047.00 |
|---|---|---|---|

**Dan Posilovich**
**1729 S Douglass Rd.**
**Anaheim, CA 92806**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.1554 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,116.00 |
|---|---|---|---|

**Dan Rosenheck**
**98 Lafayette Av**
**Brooklyn, NY 11217**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 391 of 1150

Debtor **Fox Ortega Enterprises, Inc.**      Case number (if known) _____

Name

| | |
|---|---|
| 3.1555 | **Nonpriority creditor's name and mailing address** |

**Dan Schaeffer**
**145 W 67th St Apt 9E**
**New York, NY 10023**

As of the petition filing date, the claim is:      **$369.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.1556 | **Nonpriority creditor's name and mailing address** |

**Dan Serachitopol**
**515 Elderberry Ln**
**Pearland, TX 77584**

As of the petition filing date, the claim is:      **$2,920.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.1557 | **Nonpriority creditor's name and mailing address** |

**Dan Simantob**
**10390 Wilshire Blvd**
**Los Angeles, CA 90024**

As of the petition filing date, the claim is:      **$199.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.1558 | **Nonpriority creditor's name and mailing address** |

**Dan Smiley**
**12764 Via Esperia**
**Del Mar, CA 92014**

As of the petition filing date, the claim is:      **$10,174.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 392 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.1559 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$119.00** |

3.1559 | **Nonpriority creditor's name and mailing address**

**Dan St. Juste**
**P.O. Box 32277**
**Jamaica, NY 11431**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$119.00**

---

3.1560 | **Nonpriority creditor's name and mailing address**

**Dan Sullivan**
**84 Salem Road**
**Pound Ridge, NY 10576**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$979.00**

---

3.1561 | **Nonpriority creditor's name and mailing address**

**Dan Sun**
**28 East Concord Ave**
**Kansas City, MO 64112**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$15,266.00**

---

3.1562 | **Nonpriority creditor's name and mailing address**

**Dan Vossler**
**2601 Skyway Drive**
**Santa Maria, CA 93455**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$344.00**

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.1563 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$130.00** |

**Dan Wallach**
**151H Carriage Path South**
**Milford, CT 06460**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1564 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$669.00** |

**Dan White**
**16350 Hilow Rd.**
**Los Gatos, CA 95032**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1565 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$119.00** |

**Dan Winningham**
**35424 Collier Place**
**Fremont, CA 94536**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1566 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$389.00** |

**Dan Zurcher**
**23427 Song Bird Hills Place**
**Parker, CO 80138**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 394 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

| 3.1567 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$99.00** |

**Dana Gaiser**
**38 Whipporwill Lane**
**Sparta, NJ 07871**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.1568 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,034.00** |

**Dana Hilt**
**30 Flaggy Meadow Rd.**
**Gorham, ME 04038**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.1569 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,774.00** |

**Danapat Promphan**
**634 Sycamore St.**
**Cincinnati, OH 45202**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.1570 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$171.00** |

**Dane Carlson**
**35455 Ratto Place**
**Fremont, CA 94536**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 395 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.1571 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$20,156.00** |

3.1571 **Nonpriority creditor's name and mailing address**
**DANH KUENNEMANN**
**14261 JEFFREY RD**
**Irvine, CA 92620**

As of the petition filing date, the claim is: **$20,156.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

3.1572 **Nonpriority creditor's name and mailing address**
**Daniel Abrams**
**148 Waverly Place**
**New York, NY 10014**

As of the petition filing date, the claim is: **$795.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

3.1573 **Nonpriority creditor's name and mailing address**
**Daniel Anderson**
**12371 Garrett Bay Rd**
**Ellison Bay, WI 54210**

As of the petition filing date, the claim is: **$2,450.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

3.1574 **Nonpriority creditor's name and mailing address**
**Daniel Bader**
**2 Kinevan Rd**
**Santa Barbara, CA 93105**

As of the petition filing date, the claim is: **$944.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.1575 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$31,292.00** |
|---|---|---|---|

**Daniel Baskes**
**2138 W Melrose Street**
**Chicago, IL 60618**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1576 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$770.00** |
|---|---|---|---|

**Daniel Bayer**
**64 Willow St.**
**Pleasantville, NY 10570**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1577 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,616.00** |
|---|---|---|---|

**Daniel Bickley**
**223 Ramona Ave**
**El Cerrito, CA 94530**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1578 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$409.00** |
|---|---|---|---|

**Daniel Bird**
**12516 Linden Ln**
**Leawood, KS 66209**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 397 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.1579 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$75.00** |

**Daniel Brennan**
**4 Daniales Farm Rd. #379**
**Tumbull, CT 06611**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1580 | **Nonpriority creditor's name and mailing address** | **$209.00** |

**Daniel Bufithis-Hurie**
**381 Belmont St**
**Oakland, CA 94610**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1581 | **Nonpriority creditor's name and mailing address** | **$5,273.00** |

**Daniel Cheng**
**29 Blueridge Place, NW**
**Calgary, AB T3L2N5**
**CANADA**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1582 | **Nonpriority creditor's name and mailing address** | **$3,204.00** |

**Daniel Cristofani**
**2860 NW Bauer Woods Drive**
**Portland, OR 97229**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 398 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

---

| 3.1583 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,718.00** |

**Daniel Dailey**
**600 W. Hillsbourough Blvd.**
**Deerfield Beach, FL 33441**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1584 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$7,990.00** |

**Daniel DeMartini**
**2321 Poppy Drive**
**Burlingame, CA 94010**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1585 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$395.00** |

**Daniel DiEdwardo**
**1930 Village Center Circle**
**Las Vegas, NV 89134**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1586 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$6,259.00** |

**Daniel Diephouse**
**601 Minnesota**
**San Francisco, CA 94107**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 399 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

---

| 3.1587 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,259.00** |

**Daniel Dornbusch**
**2525 Larkin St**
**San Francisco, CA 94109**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1588 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$8,324.00** |

**Daniel Ehrmann**
**361 W 36th Street**
**New York, NY 10018**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1589 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$151.00** |

**Daniel Fulton**
**720 N. 5th St.**
**Philadelphia, PA 19123**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1590 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$15,259.00** |

**Daniel Goldman**
**27 Sterling Lane**
**Port Washington, NY 11050**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor  **Fox Ortega Enterprises, Inc.**
_____  Case number (if known) _____
Name

| 3.1591 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$753.00** |
|---|---|---|---|

**Daniel Goldstein**
**26 Annadale St.**
**Armonk, NY 10504**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1592 | **Nonpriority creditor's name and mailing address** | | **$73,856.00** |
|---|---|---|---|

**Daniel Gordon**
**200 East Delaware Place**
**Chicago, IL 60611**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1593 | **Nonpriority creditor's name and mailing address** | | **$24.00** |
|---|---|---|---|

**Daniel Gray**
**7 The Spinney**
**Purley, CR81AB**
**ENGLAND**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1594 | **Nonpriority creditor's name and mailing address** | | **$4,047.00** |
|---|---|---|---|

**Daniel Hall**
**1508 Bissonnet**
**Houston, TX 77005**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 401 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

---

| 3.1595 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$6,740.00** |

**Daniel Hennessy**
**2267 Summit Dr**
**Burlingame, CA 94010**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1596 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$589.00** |

**Daniel Henrichs**
**1400 Westhampton View Lane**
**Wildwood, MO 63005**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1597 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,055.00** |

**Daniel Horowitz**
**PO box 1547**
**Lafayette, CA 94549**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1598 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,585.00** |

**Daniel Iczkowski**
**2467 Route 10**
**Morris Plains, NJ 07950**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**                Case number (if known) _____
_____
Name

| 3.1599 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$45.00** |

**Daniel J. Weber**
**14 Melbourne Rd.**
**Great Neck, NY 11021**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1600 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$28,350.00** |

**Daniel Jacob**
**9211 Lookout Mesa**
**San Antonio, TX 78255**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1601 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$55.00** |

**Daniel Johnson**
**16819 NW Wapato Ave**
**Portland, OR 97231**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1602 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$49.00** |

**Daniel Kane**
**2716 Elliot Ave**
**Seattle, WA 98121**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 403 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.1603 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,654.00 |
|---|---|---|---|

**Daniel Kiddy**
**300 Winding Woods Dr.**
**O"Fallon, MO 63366**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1604 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,781.00 |
|---|---|---|---|

**Daniel Kim**
**211 Maywood Way**
**South San Francisco, CA 94080**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1605 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $23,859.00 |
|---|---|---|---|

**Daniel Kloster**
**PO Box 6227**
**Snowmass Village, CO 81615**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1606 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.00 |
|---|---|---|---|

**Daniel Knaack**
**PO Box 1942**
**Spokane, WA 99210**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**　　　　　Case number (if known) _____

Name

| 3.1607 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$980.00** |

**Daniel Koontz**
**4880 Glengary Ln**
**Pepper Pike, OH 44124**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1608 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$128.00** |

**Daniel Kwang**
**49 Dorchester Circle**
**Marlton, NJ 08053**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1609 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$9,621.00** |

**Daniel Lahr**
**12313 Rinding Fields Rd.**
**Rockville, MD 20850**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1610 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$517.00** |

**Daniel Lee**
**32223 Camino Nunez**
**Temecula, CA 92592**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050　Doc# 16　Filed: 01/21/16　Entered: 01/21/16 15:42:32　Page 405 of 1150

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.1611 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,590.00 |
|---|---|---|---|

**Daniel Lloyd**
**P.O.Box 378**
**Cayucos, CA 93430**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1612 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,539.00 |
|---|---|---|---|

**Daniel Long**
**P. O. Box 366**
**High Rolls, NM 88325**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1613 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,241.00 |
|---|---|---|---|

**Daniel LoPiccolo**
**659 1st Street, Apt 305**
**Hoboken, NJ 07030**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1614 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $104.00 |
|---|---|---|---|

**Daniel Loughnan**
**87 Dunstaffenage Street**
**Hurlstone Park, NSW 2193**
**AUSTRALIA**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 406 of 1150

Debtor **Fox Ortega Enterprises, Inc.**      Case number (if known) _____

Name

| | |
|---|---|
| 3.1615 | **Nonpriority creditor's name and mailing address** |

**Daniel McGrory**
**12 Sentinel Drive**
**Phoenixville, PA 19406**

As of the petition filing date, the claim is:      **$7,437.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____ ☐ Yes

---

| | |
|---|---|
| 3.1616 | **Nonpriority creditor's name and mailing address** |

**Daniel McGuire**
**10497 Town & Country Way**
**Houston, TX 77024**

As of the petition filing date, the claim is:      **$1,559.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____ ☐ Yes

---

| | |
|---|---|
| 3.1617 | **Nonpriority creditor's name and mailing address** |

**Daniel McNeill**
**1206 Kenilworth Ave**
**Charlotte, NC 28204**

As of the petition filing date, the claim is:      **$49.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____ ☐ Yes

---

| | |
|---|---|
| 3.1618 | **Nonpriority creditor's name and mailing address** |

**Daniel Moritz**
**41 Sabine Road**
**Syosset, NY 11791**

As of the petition filing date, the claim is:      **$1,290.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____ ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**          Case number (if known) _____
_____
Name

| 3.1619 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,536.00** |

3.1619 | **Nonpriority creditor's name and mailing address**

**Daniel Murphy**
**1327 Independence Court SE**
**Washington, DC 20003**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$1,536.00**

---

3.1620 | **Nonpriority creditor's name and mailing address**

**Daniel Nehls**
**1708 S Yakima**
**Tacoma, WA 98405**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$13,035.00**

---

3.1621 | **Nonpriority creditor's name and mailing address**

**Daniel Nelson**
**2123 Deer Path**
**Waukesha, WI 53189**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$1,199.00**

---

3.1622 | **Nonpriority creditor's name and mailing address**

**Daniel Okulitch**
**245 Rainbow Dr.**
**Livingston, TX 77399**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$1,189.00**

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 408 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number *(if known)*

---

| 3.1623 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$383.00** |

**Daniel Oran**
**3516 Duff Drive**
**Falls Church, VA 22041**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.1624 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,189.00** |

**Daniel Ortiz**
**411 Altamont Circle**
**Charlottesville, VA 22902**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.1625 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$49,770.00** |

**Daniel Ovadia**
**857 Veronica Springs Rd.**
**Santa Barbara, CA 93105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.1626 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$839.00** |

**Daniel Pacthod**
**315 East 72 St.**
**New York, NY 10021**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 409 of 1150

Debtor    **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____
          _____
          Name

| 3.1627 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$683.00** |

**Daniel Pisera**
**47 Brundige Dr**
**Goldens Bridge, NY 10526**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1628 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$245.00** |

**Daniel Raabe**
**284 Thorpe Cove Road**
**Charlotte, VT 05445**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1629 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,320.00** |

**Daniel Rangel**
**11 Asbury Rd**
**Huntsville, AL 35801**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1630 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$659.00** |

**Daniel Schmoldt**
**611 Deerfield Ave.**
**Silver Spring, MD 20910**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 410 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.1631 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$504.00** |
|---|---|---|---|

**Daniel Seale**
**1085 Park Ave**
**New York, NY 10128**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1632 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,764.00** |
|---|---|---|---|

**Daniel Shasha**
**359 West 116th St**
**New York, NY 10026**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1633 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$319.00** |
|---|---|---|---|

**Daniel Simone**
**2694 Casalino Court**
**Pleasanton, CA 94566**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1634 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$685.00** |
|---|---|---|---|

**Daniel Sommer**
**10891 Encino Dr**
**Oak View, CA 93022**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.1635 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$498.00** |

**Daniel Stockman**
**1509 Kensington Blvd.**
**Fort Wayne, IN 46805**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1636 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,098.00** |

**Daniel Tambasco**
**PO Box 216**
**Saint James, NY 11780**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1637 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,200.00** |

**Daniel Taylor**
**116 30th St.**
**Manhattan Beach, CA 90266**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1638 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$173.00** |

**Daniel Terry**
**50 West 34th St**
**New York, NY 10001**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.1639 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$110.00** |

**Daniel Tisch**
**26 Berkeley Place**
**Brooklyn, NY 11217**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____
☐ Yes

---

| 3.1640 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$291.00** |

**Daniel Tricarico**
**P.O.Box 496**
**Manchester, CT 06045**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____
☐ Yes

---

| 3.1641 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,411.00** |

**Daniel Tsai**
**6602 Owens Drive**
**Pleasanton, CA 94588**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____
☐ Yes

---

| 3.1642 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$27,362.00** |

**Daniel Tsou**
**2700 Panorama Drive**
**Signal Hill, CA 90755**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor   **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____

_____
Name

| 3.1643 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$314.00** |

**Daniel Ury**
**332 West 22nd Street**
**New York, NY 10011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1644 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$633.00** |

**Daniel Ustian**
**8S270 Shires**
**Naperville, IL 60540**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1645 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$904.00** |

**Daniel Wildstein**
**1117 Waterford Green Pt**
**Marietta, GA 30068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1646 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$989.00** |

**Daniel Wissert**
**1145 Crestline Dr**
**Santa Barbara, CA 93105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

---

| 3.1647 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,602.00 |

**Daniel Wong**
**883 Vista Grande**
**Millbrae, CA 94030**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No (filled)
☐ Yes

Last 4 digits of account number _____

---

| 3.1648 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $167.00 |

**Daniel Wood**
**224 Moss Ave**
**Liberty, MO 64068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No (filled)
☐ Yes

Last 4 digits of account number _____

---

| 3.1649 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $37,719.00 |

**Daniel Zanger**
**21814 San Miguel St**
**Woodland Hills, CA 91364**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No (filled)
☐ Yes

Last 4 digits of account number _____

---

| 3.1650 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $667.00 |

**Danielle Price**
**PO Box 2216**
**Sausalito, CA 94966**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No (filled)
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 415 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

---

| 3.1651 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$707.00** |

**Danielle Whalen**
**2345 Walnut St.**
**Denver, CO 80205**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

| 3.1652 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,950.00** |

**Danius Barzdukas**
**7529 Little John Court**
**Falls Church, VA 22042**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

| 3.1653 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,837.00** |

**Danlin Wu**
**45 Province Street**
**Boston, MA 02108**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

| 3.1654 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,519.00** |

**Danning Jiang**
**754 Bodega Court**
**Fremont, CA 94539**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 416 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

---

| 3.1655 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$7,114.00** |

**Danny Kam**
**3183 West 34th Avenue**
**Vancouver, BC V6N2K1**
**CANADA**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1656 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,730.00** |

**Danny Mok**
**922 McBride Loop**
**San Jose, CA 95125**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1657 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$199.00** |

**Dar Rollins**
**13801 Ventura Blvd**
**Sherman Oaks, CA 91423**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1658 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$149.00** |

**Darby Green**
**4404 Sandhorse Ct**
**Las Vegas, NV 89130**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 417 of 1150

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| 3.1659 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$82,770.00** |

3.1659 | **Nonpriority creditor's name and mailing address**

**Darin Camin**
**3132 Hornet Ave**
**Clovis, CA 93611**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$82,770.00**

---

3.1660 | **Nonpriority creditor's name and mailing address**

**Darin Diachin**
**1636 Whipoorwill St.**
**Livermore, CA 94551**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$827.00**

---

3.1661 | **Nonpriority creditor's name and mailing address**

**Darin E Parvin**
**1521 El Nido Way**
**Sacramento, CA 95864**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$660.00**

---

3.1662 | **Nonpriority creditor's name and mailing address**

**Dario Scimeca**
**147 20th Avenue**
**San Francisco, CA 94121**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$789.00**

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 418 of 1150

Debtor **Fox Ortega Enterprises, Inc.**      Case number (if known) _____
_____
Name

| 3.1663 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $749.00 |
|---|---|---|---|

**Dario Tagle**
P.O. Box 191781
San Francisco, CA 94119

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1664 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,472.00 |
|---|---|---|---|

**Darius Gaskins**
800 W. 5th St
Austin, TX 78703

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1665 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $239.00 |
|---|---|---|---|

**Darius Plavinskas**
183 Ogden Ave, 2nd Floor
Jersey City, NJ 07307

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1666 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $21,792.00 |
|---|---|---|---|

**Darrell Cass**
3503 Grennoch Lane
Houston, TX 77025

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 419 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.1667 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,217.00 |
|---|---|---|---|

**Darrell Fong**
**6 Sandhill Court**
**Sacramento, CA 95831**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1668 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $629.00 |
|---|---|---|---|

**Darrell Lee**
**4634 Waipahee Place**
**Honolulu, HI 96821**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1669 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,138.00 |
|---|---|---|---|

**Darrell Moore**
**515 Altura Place**
**Fremont, CA 94536**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1670 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $219.00 |
|---|---|---|---|

**Darren Bottinelli**
**2615 SW Buena Vista Drive**
**Portland, OR 97201**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 420 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.1671 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $6,959.00 |
|---|---|---|---|

**Darren Dworkin**
**1427 Warner Ave.**
**Los Angeles, CA 90024**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1672 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $3,761.00 |
|---|---|---|---|

**Darren Goldstein**
**9 Danforth Dr.**
**Voorhees, NJ 08043**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1673 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,379.00 |
|---|---|---|---|

**Darren Lew**
**1509 Appian Way**
**Montebello, CA 90640**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1674 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $228.00 |
|---|---|---|---|

**Darren Ringel**
**3637 22nd street**
**San Francisco, CA 94114**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.1675 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$19,399.00** |

**Darryl Browman**
**4141 Canyon Road**
**Lafayette, CA 94549**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1676 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$209.00** |
|---|---|---|

**Darryl Chan**
**217 Corliss Drive**
**Moraga, CA 94556**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1677 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$1,228.00** |
|---|---|---|

**Darryl Itow**
**99060 Kauhale Street**
**Aiea, HI 96701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1678 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$3,239.00** |
|---|---|---|

**Darryl Kirsch**
**P.O.Box 416**
**Stokesdale, NC 27357**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 422 of 1150

Debtor  **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.1679 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$2,248.00** |

**Darryl McCall**
**784 Camino del Sol**
**Santa Fe, NM 87505**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____      ☐ Yes

---

| | | |
|---|---|---|
| 3.1680 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$29.00** |

**Daryl Gaitan**
**PO BOX 1295**
**Suwanee, GA 30024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____      ☐ Yes

---

| | | |
|---|---|---|
| 3.1681 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$557.00** |

**Dat Ngo**
**14781 Comet St**
**Irvine, CA 92604**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____      ☐ Yes

---

| | | |
|---|---|---|
| 3.1682 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$799.00** |

**Dave Austin**
**2107 N 62nd Street**
**Seattle, WA 98103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____      ☐ Yes

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 423 of 1150

Debtor  **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.1683 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$239.00** |

**Dave Brason**
**30 Troon Road**
**East Aurora, NY 14052**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.1684 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$599.00** |

**Dave Chen**
**2275 Huntington Dr**
**San Marino, CA 91108**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.1685 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$15,011.00** |

**Dave Dorman**
**3657 Peechtree Rd NE**
**Atlanta, GA 30319**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.1686 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$569.00** |

**Dave Driscoll**
**2828 Berwick Road**
**Birmingham, AL 35213**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 424 of 1150

Debtor    **Fox Ortega Enterprises, Inc.**            Case number *(if known)* _____

Name

| | |
|---|---|
| 3.1687 | |

**Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is:      **$144.00**

**Dave Duthie**
**145 North Chatsworth Ave**
**Larchmont, NY 10538**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1688 |
|---|

**Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is:      **$1,080.00**

**Dave Farrell**
**348 Tejone Place**
**Palos Verdes Estates, CA 90274**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1689 |
|---|

**Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is:      **$9,243.00**

**Dave Friedman**
**150 Ferrand Drive, Suite 801**
**Toronto, ON M5C3E5**
**CANADA**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1690 |
|---|

**Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is:      **$251.00**

**Dave Hyndman**
**322 E Oak St**
**Mason, MI 48854**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| 3.1691 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$679.00** |
|---|---|---|---|

**Dave Jones**
**485 Fernwood Drive**
**Moraga, CA 94556**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1692 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$184.00** |
|---|---|---|---|

**Dave Klase**
**1830 Butternut St NW**
**Canton, OH 44720**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1693 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,527.00** |
|---|---|---|---|

**Dave Luvison**
**12597 Misty Creek Lane**
**Fairfax, VA 22033**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1694 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$449.00** |
|---|---|---|---|

**Dave Morrison**
**6618 W. 20th Ave.**
**Kennewick, WA 99338**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 426 of 1150

Debtor **Fox Ortega Enterprises, Inc.**　　　Case number (if known) _____

Name

| 3.1695 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,456.00** |
|---|---|---|---|

**Dave Mosko**
**513 11th Ave.**
**Haddon Heights, NJ 08035**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.1696 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$305.00** |
|---|---|---|---|

**Dave Ramirez**
**10788 Heather Ridge Dr.**
**San Diego, CA 92130**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.1697 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,701.00** |
|---|---|---|---|

**Dave Rehfuss**
**3201 Ridgeway Rd**
**Manchester, NJ 08759**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.1698 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$14,126.00** |
|---|---|---|---|

**Dave Rossetti**
**41 Marvin Ave**
**Los Altos, CA 94022**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.1699 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $833.00 |
| | **Dave Schubert** | Check all that apply. |
| | **Salk Institute** | ☐ Contingent |
| | **La Jolla, CA 92037** | ☐ Unliquidated |
| | | ☐ Disputed |
| | | **Basis for the claim:** |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | | ■ No |
| | Last 4 digits of account number _____ | ☐ Yes |

| | | |
|---|---|---|
| 3.1700 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $839.00 |
| | **Dave Sienknecht** | Check all that apply. |
| | **1540 English Dr.** | ☐ Contingent |
| | **San Jose, CA 95129** | ☐ Unliquidated |
| | | ☐ Disputed |
| | | **Basis for the claim:** |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | | ■ No |
| | Last 4 digits of account number _____ | ☐ Yes |

| | | |
|---|---|---|
| 3.1701 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $923.00 |
| | **David A Davis** | Check all that apply. |
| | **23905 N. Comanche Dr** | ☐ Contingent |
| | **Canton, IL 61520** | ☐ Unliquidated |
| | | ☐ Disputed |
| | | **Basis for the claim:** |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | | ■ No |
| | Last 4 digits of account number _____ | ☐ Yes |

| | | |
|---|---|---|
| 3.1702 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $16,035.00 |
| | **David Ackert** | Check all that apply. |
| | **3750 Las Vegas Blvd South** | ☐ Contingent |
| | **Las Vegas, NV 89158** | ☐ Unliquidated |
| | | ☐ Disputed |
| | | **Basis for the claim:** |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | | ■ No |
| | Last 4 digits of account number _____ | ☐ Yes |

Debtor **Fox Ortega Enterprises, Inc.**  Case number (if known) _____

Name

---

| 3.1703 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,509.00** |

**David Adelman**
**503 Waldron Park Drive**
**Haverford, PA 19041**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1704 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$87,902.00** |

**David Ahl**
**3471 Main Highway**
**Miami, FL 33133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1705 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,717.00** |

**David Ainbinder**
**346 SHAWANGUNK Road**
**Middletown, NY 10940**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1706 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$959.00** |

**David Allen**
**5230 Fulson Blvd.**
**Sacramento, CA 95819**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.1707 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$249.00** |

3.1707 **Nonpriority creditor's name and mailing address**
**David Allen**
**300 Champions Drive**
**Lufkin, TX 75901**

As of the petition filing date, the claim is: **$249.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

3.1708 **Nonpriority creditor's name and mailing address**
**David Allen Dobberpuhl**
**661 North 58th Street**
**Omaha, NE 68132**

As of the petition filing date, the claim is: **$162.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

3.1709 **Nonpriority creditor's name and mailing address**
**David Allyn**
**545 Washington Blvd.**
**Jersey City, NJ 07310**

As of the petition filing date, the claim is: **$1,759.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

3.1710 **Nonpriority creditor's name and mailing address**
**David Anawalt**
**11060 W. Pico Blvd.**
**Los Angeles, CA 90064**

As of the petition filing date, the claim is: **$2,471.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known) _____

---

| 3.1711 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,539.00** |
|---|---|---|---|

**David Andrews**
**3715 Windsor Road**
**Austin, TX 78703**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1712 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,812.00** |
|---|---|---|---|

**David Arcara**
**40 East 94th Street**
**New York, NY 10128**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1713 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$0.00** |
|---|---|---|---|

**David Baba**
**220 S. King St. Ste 919**
**Honolulu, HI 96813**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1714 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$605.00** |
|---|---|---|---|

**David Baghdassarian**
**1821 Eagle Trace Blvd West**
**Coral Springs, FL 33071**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 431 of 1150

Debtor    **Fox Ortega Enterprises, Inc.**                              Case number (if known) _____
_____
Name

| 3.1715 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$200.00** |
|---|---|---|---|

**David Bailey**
**4135 Redding St.**
**Oakland, CA 94619**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1716 | **Nonpriority creditor's name and mailing address** | | **$758.00** |
|---|---|---|---|

**David Baker**
**458 15th Street**
**Brooklyn, NY 11215**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1717 | **Nonpriority creditor's name and mailing address** | | **$1,319.00** |
|---|---|---|---|

**David Ball**
**809 55th St**
**West Des Moines, IA 50266**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1718 | **Nonpriority creditor's name and mailing address** | | **$129.00** |
|---|---|---|---|

**David Banas**
**3459 N Newcastle Ave**
**Chicago, IL 60634**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number *(if known)*

---

| 3.1719 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$9,735.00** |

**David Barber**
**16085 Greenwood Lane**
**Monte Sereno, CA 95030**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number

---

| 3.1720 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$8,591.00** |

**David Barnes**
**5678 Glenbervie Ct.**
**Dublin, OH 43017**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number

---

| 3.1721 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$53,457.00** |

**David Barry**
**4501 Chattahoochee Way**
**Marietta, GA 30067**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number

---

| 3.1722 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$487.00** |

**David Bartoli**
**85 Oak Road**
**Orinda, CA 94563**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 433 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

---

| 3.1723 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,147.00** |
|---|---|---|---|

**David Bawcom**
**8322 Cross Park Dr**
**Austin, TX 78754**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1724 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,679.00** |
|---|---|---|---|

**David Bearman**
**10468 East White Feather Lane**
**Scottsdale, AZ 85262**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1725 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$899.00** |
|---|---|---|---|

**David Beaudry**
**2080 Antelope Road**
**White City, OR 97503-1611**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1726 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$13,221.00** |
|---|---|---|---|

**David Bekhor**
**261 West 28th Street**
**New York, NY 10001**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 434 of 1150

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
        _____
        Name

| 3.1727 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$199.00** |

**David Belding**
**4870 Post Oak Timber**
**Houston, TX 77056**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1728 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$519.00** |

**David Berardinelli**
**P.O. Box 1944**
**Santa Fe, NM 87504**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1729 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$71.00** |

**David Berry**
**3990 Hwy 105 S**
**Banner Elk, NC 28604**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1730 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$479.00** |

**David Best**
**405 N Ainsworth St**
**Portland, OR 97217**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 435 of 1150

Debtor **Fox Ortega Enterprises, Inc.**                                Case number (if known) _____

Name

| 3.1731 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,349.00** |
|---|---|---|---|

**David Beto**
**1239 National Ave**
**Rockford, IL 61103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1732 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,053.00** |
|---|---|---|---|

**David Bier**
**3418 La Playa Dr.**
**Davis, CA 95616**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1733 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$705.00** |
|---|---|---|---|

**David Bird**
**441 Shadow Creek Drive**
**Palos Heights, IL 60463**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1734 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,362.00** |
|---|---|---|---|

**David Birnbaum**
**501 Forest St**
**Denver, CO 80220**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.1735 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,589.00** |

**David Booth**
**14405 W Colfax Ave., #303**
**Golden, CO 80401**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1736 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$565.00** |

**David Bowers**
**70 Maxess Rd.**
**Melville, NY 11747**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1737 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,556.00** |

**David Boyko**
**30 Farmstead Road**
**Short Hills, NJ 07078**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1738 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$215.00** |

**David Boyko**
**3619 River Road**
**Lumberville, PA 18933**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 437 of 1150

Debtor **Fox Ortega Enterprises, Inc.**          Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.1739 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$7,157.00** |

**David Bradley**
**476 Broadway**
**New York, NY 10013**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.1740 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$2,303.00** |

**David Breed**
**1310 S College St**
**Georgetown, TX 78626**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.1741 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$18,172.00** |

**David Browning**
**5541 Keating Rd. NW**
**Olympia, WA 98502**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.1742 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$99.00** |

**David Buck**
**1818 E. Mendocino St.**
**Altadena, CA 91001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 438 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Case number (if known)

Name

| | | |
|---|---|---|
| 3.1743 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$171.00** |

**David Burkhart**
**3012 Roxanne Ave**
**Long Beach, CA 90808**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.1744 | **Nonpriority creditor's name and mailing address** | | **$1,004.00** |

**David Calef**
**115 Rowe**
**Melrose, MA 02176**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.1745 | **Nonpriority creditor's name and mailing address** | | **$118.00** |

**David Carkeek**
**9339 Harleigh Dr**
**Saratoga, CA 95070**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.1746 | **Nonpriority creditor's name and mailing address** | | **$389.00** |

**David Chan**
**15 First St.**
**Closter, NJ 07624**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 439 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.1747 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$359.00** |
|---|---|---|---|

**David Chang**
**248 Juanita Way**
**San Francisco, CA 94127**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1748 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$265,694.00** |
|---|---|---|---|

**David Chao**
**4538 Santa Anita Ave**
**El Monte, CA 91731**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1749 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$21,622.00** |
|---|---|---|---|

**David Charlton**
**1937 Bayview Drive**
**Hermosa Beach, CA 90254**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1750 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,976.00** |
|---|---|---|---|

**David Chen**
**7804 Housewren Place**
**Raleigh, NC 27613**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| 3.1751 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$665.00** |
|---|---|---|---|

**David Cheung**
**147 San Pablo Avenue**
**San Francisco, CA 94127**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1752 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$257.00** |
|---|---|---|---|

**David Choi**
**2436 Wisconsin Ave NW**
**Washington, DC 20007**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1753 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$390.00** |
|---|---|---|---|

**David Chrestman**
**2910 S Camber Ave**
**Springfield, MO 65809**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1754 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$9,369.00** |
|---|---|---|---|

**David Chu**
**2040 Montera Drive**
**Hacienda Heights, CA 91745**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor  **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

---

| 3.1755 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,174.00** |

**David Cielinski**
**149 Venetia Dr.**
**Long Beach, CA 90803**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.1756 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$638.00** |

**David Cipriani**
**645 West 11th St**
**Erie, PA 16501**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.1757 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,517.00** |

**David Clayton**
**50 Alvarado Road**
**Berkeley, CA 94705**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.1758 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,729.00** |

**David Cobb**
**4516 N. Newhall St**
**Milwaukee, WI 53211**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 442 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Case number (if known)

Name

| 3.1759 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,435.00** |
|---|---|---|---|

**David Cofrin**
**50 Hurt Plaza**
**Atlanta, GA 30303**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.1760 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$215.00** |
|---|---|---|---|

**David Cole**
**572 4th Ave.**
**San Francisco, CA 94118**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.1761 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$674.00** |
|---|---|---|---|

**David Conger**
**12020 Deb Ann Court**
**Painesville, OH 44077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.1762 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$215.00** |
|---|---|---|---|

**David Connell**
**5124 North 31st Place**
**Phoenix, AZ 85016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.1763 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $308.00 |

**David Cook**
**600 Montgomery Street**
**San Francisco, CA 94111**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.1764 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $702.00 |

**David Corrick**
**10654 Montrose Ave**
**Bethesda, MD 20814**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.1765 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,284.00 |

**David Coulombe**
**223 Anderson St**
**San Francisco, CA 94110**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.1766 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $339.00 |

**David Cowdrey**
**6938 Coronado**
**Dallas, TX 75214**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 444 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.1767 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,339.00 |
|---|---|---|---|

**David Cowles**
**16000 NE 26th Ct**
**Ridgefield, WA 98642**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1768 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $45,418.00 |
|---|---|---|---|

**David Cramer**
**1 Brentmoor Park**
**Saint Louis, MO 63105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1769 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $539.00 |
|---|---|---|---|

**David Crosby**
**2402 Hamel Road**
**Hamel, MN 55340**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1770 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,068.00 |
|---|---|---|---|

**David Currie**
**10 Roseville Court**
**Tiburon, CA 94920**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050　Doc# 16　Filed: 01/21/16　Entered: 01/21/16 15:42:32　Page 445 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.1771 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,109.00** |

**David Dapper**
**504 Arbor Street**
**Pasadena, CA 91105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.1772 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,124.00** |

**David Davenport**
**19608 Hollygrape Street**
**Bend, OR 97702**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.1773 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,410.00** |

**David DeBoer**
**2048 North Burling St.**
**Chicago, IL 60614**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.1774 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,064.00** |

**David Deming**
**739 De Haro St**
**San Francisco, CA 94107**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 446 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known) _____

| 3.1775 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$870.00** |
|---|---|---|---|

**David Dodrill**
**2469 N. Wakefield Ct.**
**Arlington, VA 22207**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1776 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$79.00** |
|---|---|---|---|

**David Donadio**
**200 Saddlewood Dr.**
**Novato, CA 94945**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1777 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$239.00** |
|---|---|---|---|

**David Dornback**
**330 Lake Ave**
**Park Ridge, IL 60068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1778 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$879.00** |
|---|---|---|---|

**David Douglas**
**428 Bordeaux Way**
**Windsor, CA 95492**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.1779 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$289.00** |

**David Dunlap**
**728 Monks Street**
**West Plains, MO 65775**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1780 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,625.00** |

**David Dunn**
**611 S Upper Broadway**
**Corpus Christi, TX 78401**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1781 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,028.00** |

**David Dyroff**
**12779 Wynfield Pines Ct.**
**Saint Louis, MO 63131**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1782 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$319.00** |

**David E. Moore**
**186 Calabria St.**
**Aptos, CA 95003**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 448 of 1150

Debtor   **Fox Ortega Enterprises, Inc.**                              Case number (if known) _____
_____
Name

| 3.1783 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,279.00** |
|---|---|---|---|

**David Easterla**
**7777 Greenback Ln.**
**Citrus Heights, CA 95610**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1784 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$13,637.00** |
|---|---|---|---|

**David Ehrlich**
**10314 Farnham Dr**
**Bethesda, MD 20814**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1785 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,234.00** |
|---|---|---|---|

**David Elkins**
**236 Lexington Dr.**
**Menlo Park, CA 94025**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1786 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$7,964.00** |
|---|---|---|---|

**David Ellis**
**3514 N. Fitzhugh Ave**
**Dallas, TX 75204**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 449 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.1787 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$1,259.00** |

**David Ellis**
**9075 Whisperinghill Drive**
**Cincinnati, OH 45242**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.1788 | **Nonpriority creditor's name and mailing address** |

**David Ellner**
**664 Chestnut Ridge Road**
**Chestnut Ridge, NY 10977**

As of the petition filing date, the claim is: **$17,869.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.1789 | **Nonpriority creditor's name and mailing address** |

**David Ewan**
**7 Rozalyn Ln**
**Laurence Harbor, NJ 08879**

As of the petition filing date, the claim is: **$149.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.1790 | **Nonpriority creditor's name and mailing address** |

**David Farr**
**16405 Otsego St.**
**Encino, CA 91436**

As of the petition filing date, the claim is: **$76.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 450 of 1150

Debtor     **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____
_____
               Name

| 3.1791 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $329.00 |
|---|---|---|---|

**David Feige**
**224 West 72nd Street**
**New York, NY 10023**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1792 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $494.00 |
|---|---|---|---|

**David Ferreiro**
**383 north ave**
**Fanwood, NJ 07023**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1793 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $4,787.00 |
|---|---|---|---|

**David Fischer**
**2512 N Quincy St.**
**Arlington, VA 22207**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1794 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,462.00 |
|---|---|---|---|

**David Fittingoff**
**3054 Hollycrest Ave**
**Thousand Oaks, CA 91362**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**
Case number (if known)

Name

| | |
|---|---|
| 3.1795 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$324.00** |

**David Fleming**
**235 S. San Pedro St**
**Los Angeles, CA 90012**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number
☐ Yes

---

3.1796 **Nonpriority creditor's name and mailing address**
**$359.00**

**David Fox**
**131 E 66th Street**
**New York, NY 10065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number
☐ Yes

---

3.1797 **Nonpriority creditor's name and mailing address**
**$134.00**

**David Francisco**
**3251 Canyon View Drive**
**Oceanside, CA 92058**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number
☐ Yes

---

3.1798 **Nonpriority creditor's name and mailing address**
**$189.00**

**David Fujimoto**
**3623 York Rd. S**
**Seattle, WA 98144**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known) _____

---

| 3.1799 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$20,545.00** |
| | **David Gallagher** | Check all that apply. | |
| | **3223 Larissa Drive** | ☐ Contingent | |
| | **Los Angeles, CA 90026** | ☐ Unliquidated | |
| | | ☐ Disputed | |

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

---

| 3.1800 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$209.00** |
| | **David Gandara** | Check all that apply. | |
| | **162 Old Vine Way** | ☐ Contingent | |
| | **Napa, CA 94558** | ☐ Unliquidated | |
| | | ☐ Disputed | |

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

---

| 3.1801 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,879.00** |
| | **David Gelfand** | Check all that apply. | |
| | **6208 Chelton Drive** | ☐ Contingent | |
| | **Oakland, CA 94611** | ☐ Unliquidated | |
| | | ☐ Disputed | |

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

---

| 3.1802 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$563.00** |
| | **David Geneson** | Check all that apply. | |
| | **8025 East Boulevard Drive** | ☐ Contingent | |
| | **Alexandria, VA 22308** | ☐ Unliquidated | |
| | | ☐ Disputed | |

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 453 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.1803 | **Nonpriority creditor's name and mailing address** |

**David Gersh**
**695 Coyote Rd.**
**Santa Barbara, CA 93108**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$899.00**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.1804 | **Nonpriority creditor's name and mailing address** |

**David Gerstenfeld**
**4299 Hylan Blvd**
**Staten Island, NY 10312**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$31,786.00**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.1805 | **Nonpriority creditor's name and mailing address** |

**David Giglio**
**815a Brazos**
**Austin, TX 78701**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$1,589.00**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.1806 | **Nonpriority creditor's name and mailing address** |

**David Ginn**
**1111 Kensington Court**
**Johns Creek, GA 30022**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$1,307.00**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Fox Ortega Enterprises, Inc.**        Case number (if known) _____
_____
Name

| 3.1807 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,821.00** |
|---|---|---|---|

**David Glazier**
**14212 Pond Chase Place**
**Midlothian, VA 23113**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.1808 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$679.00** |
|---|---|---|---|

**David Glenn**
**911 Laurent St.**
**Santa Cruz, CA 95060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.1809 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$10,358.00** |
|---|---|---|---|

**David Goetz**
**120 Chamberlain Ct.**
**Greenville, SC 29605**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.1810 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$439.00** |
|---|---|---|---|

**David Goldfinger**
**125 S State Rd 7**
**West Palm Beach, FL 33414**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 455 of 1150

Debtor   **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____
         _____
         Name

| 3.1811 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,281.00** |

**David Goldsmith**
**609 West Dickens Ave.**
**Chicago, IL 60614**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1812 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$8,594.00** |

**David Goldstein**
**550 West 54th street**
**New York, NY 10019**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1813 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,199.00** |

**David Goodman**
**7990 N Stoney Lake Rd**
**Jackson, MI 49201**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1814 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$344.00** |

**David Goray**
**17 Manor Road**
**Kentfield, CA 94904**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 456 of 1150

Debtor    **Fox Ortega Enterprises, Inc.**                              Case number (if known) _____
_____
Name

| 3.1815 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $4,298.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**David Gottschalk**
**205 Green Heron Way**
**Ponte Vedra Beach, FL 32082**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**$4,298.00**

---

| 3.1816 |

**Nonpriority creditor's name and mailing address**
**David Gould**
**1880 Durand Mill Drive**
**Atlanta, GA 30307**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**$479.00**

---

| 3.1817 |

**Nonpriority creditor's name and mailing address**
**David Graves**
**2620 Canto Rompeolas**
**San Clemente, CA 92673**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**$809.00**

---

| 3.1818 |

**Nonpriority creditor's name and mailing address**
**David Gregory**
**701 Los Trancos**
**Portolo Valley, CA 94038**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**$359.00**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **Fox Ortega Enterprises, Inc.**                              Case number (if known) _____
_____
Name

| 3.1819 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$11,514.00** |

**David Gutglass**
**2030 Felspar Street**
**San Diego, CA 92109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1820 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$18,362.00** |

**David Gutzman**
**22 11th Ave**
**San Mateo, CA 94401**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1821 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$275.00** |

**David Guzman**
**37 Cedar Brook Dr**
**Somerset, NJ 08873**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1822 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,877.00** |

**David Halligan**
**2043 Berryman St**
**Berkeley, CA 94709**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 458 of 1150

Debtor    **Fox Ortega Enterprises, Inc.**             Case number (if known) _____

           Name

| 3.1823 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,043.00** |

**David Harris**
**212 Briny Ave**
**Pompano Beach, FL 33062**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1824 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$599.00** |

**David Harris**
**6920 Norfolk Rd**
**Berkeley, CA 94705**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1825 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$81,941.00** |

**David He**
**10 Brookdale Ave.**
**Wellesley, MA 02482**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1826 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$33,124.00** |

**David Heroy**
**179 East Lake Shore Drive**
**Chicago, IL 60611**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.1827 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$335.00** |

**David Hirsch**
**18101 Von Karman**
**Irvine, CA 92612**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1828 | **Nonpriority creditor's name and mailing address** | **$365.00** |

**David Hogle**
**1025 Barrington Ave**
**Elko, NV 89801**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1829 | **Nonpriority creditor's name and mailing address** | **$625.00** |

**David Holzman**
**2930 Holyrood Drive**
**Oakland, CA 94611**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1830 | **Nonpriority creditor's name and mailing address** | **$30,899.00** |

**David Hornick**
**33080 Ledgehill Dr.**
**Solon, OH 44139**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 460 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| **3.1831** | **Nonpriority creditor's name and mailing address** | **$559.00** |

**David Huang**
**1774 9th Ave**
**San Francisco, CA 94122**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | | |
|---|---|---|
| **3.1832** | **Nonpriority creditor's name and mailing address** | **$155.00** |

**David Huang**
**4850 Som Center Road**
**Moreland Hills, OH 44022**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | | |
|---|---|---|
| **3.1833** | **Nonpriority creditor's name and mailing address** | **$2,350.00** |

**David Hudson**
**7033 Geary Blvd**
**San Francisco, CA 94121**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | | |
|---|---|---|
| **3.1834** | **Nonpriority creditor's name and mailing address** | **$2,639.00** |

**David Huff**
**1901 Avenue of the Stars**
**Los Angeles, CA 90067**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 461 of 1150

Debtor    **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____
          Name

| 3.1835 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$31,349.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**David Illingworth**
**703 Grove Place**
**Orchid, FL 32963**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1836 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,474.00** |
|---|---|---|---|

**David Isenberg**
**150 Park Avenue North**
**Renton, WA 98055**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1837 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$13,667.00** |
|---|---|---|---|

**David Jacobi**
**9478 Olympus Beach Road NE**
**Bainbridge Island, WA 98110**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1838 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$479.00** |
|---|---|---|---|

**David Jacobson**
**4685 174th Ave. SE**
**Bellevue, WA 98006**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 462 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | |
|---|---|
| 3.1839 | **Nonpriority creditor's name and mailing address** |

**David Jeffrey**
**11450 Brooks Road**
**Windsor, CA 95492**

**As of the petition filing date, the claim is:** **$341.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.1840 | **Nonpriority creditor's name and mailing address** |

**David Jenkins**
**500 International Dr, Suite 275**
**Budd Lake, NJ 07828**

**As of the petition filing date, the claim is:** **$270.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.1841 | **Nonpriority creditor's name and mailing address** |

**David Johanneson**
**1519 Foxhill Road**
**Naperville, IL 60563**

**As of the petition filing date, the claim is:** **$14,744.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.1842 | **Nonpriority creditor's name and mailing address** |

**David Johnson**
**11715 22nd St NE**
**Lake Stevens, WA 98005**

**As of the petition filing date, the claim is:** **$175.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**                     Case number (if known) _____
Name

| 3.1843 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,184.00** |

**Nonpriority creditor's name and mailing address**
**David Joseph**
**1525 Lexington Drive**
**Dresher, PA 19025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

3.1844 | **Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is:          **$2,189.00**

**David Katz**
**18439 Saint Moritz Drive**
**Tarzana, CA 91356**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

3.1845 | **Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is:          **$451.00**

**David Keen**
**595 N Westwind Dr.**
**El Cajon, CA 92020**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

3.1846 | **Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is:          **$2,039.00**

**David Kellapoures**
**13643 Castle**
**Warren, MI 48088**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 464 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

---

| 3.1847 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$445.00** |
|---|---|---|---|

**David Kelton**
**423 N Rockingham**
**Los Angeles, CA 90049**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1848 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$995.00** |
|---|---|---|---|

**David Kentsmith**
**16902 So. HW 50**
**Springfield, NE 68059**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1849 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,547.00** |
|---|---|---|---|

**David Kim**
**2350 Nalin Dr**
**Los Angeles, CA 90077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1850 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$89.00** |
|---|---|---|---|

**David Kim**
**9338 Pan Ridge Road**
**Baltimore, MD 21234**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor   **Fox Ortega Enterprises, Inc.**                                   Case number (if known) _____
         _____
         Name

| | | |
|---|---|---|
| 3.1851 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$17,832.00** |

**David King**
**281 Stanford Ave**
**Menlo Park, CA 94025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1852 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$251.00** |

**David King**
**32 Broadview Farm Rd King**
**Saint Louis, MO 63141**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1853 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$4,079.00** |

**David Kirk**
**P O Box 3929**
**Telluride, CO 81435**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1854 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$1,136.00** |

**David Kistner**
**515 Explorers Rd**
**Charlottesville, VA 22911**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 466 of 1150

Debtor **Fox Ortega Enterprises, Inc.**     Case number (if known) _____

Name

| | |
|---|---|
| 3.1855 | **$539.00** |

**Nonpriority creditor's name and mailing address**

**David Klaskin**
**2255 Egandale Lane**
**Highland Park, IL 60035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.1856 | **$1,639.00** |

**Nonpriority creditor's name and mailing address**

**David Klimstra**
**339 Hufcut Rd**
**Middletown, NY 10941**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.1857 | **$7,832.00** |

**Nonpriority creditor's name and mailing address**

**David Klinger**
**201 North West Shore Drive**
**Chicago, IL 60601**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.1858 | **$359.00** |

**Nonpriority creditor's name and mailing address**

**David Knowlton**
**65 Goodwives River Road**
**Darien, CT 06820**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

| 3.1859 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | **$1,569.00** |
|---|---|---|---|---|

**David Kolin**
**155 N Wacker Drive**
**Chicago, IL 60606**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.1860 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$23.00** |
|---|---|---|---|

**David Kriewaldt**
**2600 S Shore Blvd**
**League City, TX 77573**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.1861 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$99.00** |
|---|---|---|---|

**David Kronsteiner**
**93385 E. Westview Ln.**
**North Bend, OR 97459**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.1862 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,613.00** |
|---|---|---|---|

**David Kula**
**29 Belcher Drive**
**Sudbury, MA 01776**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 468 of 1150

Debtor **Fox Ortega Enterprises, Inc.**      Case number (if known) _____

Name

| 3.1863 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,019.00 |
|---|---|---|---|

**David Lam**
**240 Lombard St**
**San Francisco, CA 94111**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.1864 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $59.00 |
|---|---|---|---|

**David Lambert**
**320 Ridgeview Dr**
**Palm Beach, FL 33480**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.1865 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,183.00 |
|---|---|---|---|

**David Langer**
**5 Kristy Lane**
**Watchung, NJ 07060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.1866 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $884.00 |
|---|---|---|---|

**David Lawson**
**3247 R St**
**Washington, DC 20007**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 469 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.1867 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$269.00** |

**David Lederer**
**7315 Woodrow Wilson Dr**
**West Hollywood, CA 90046**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.1868 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$251.00** |

**David Lee**
**169-36 26th Ave**
**Flushing, NY 11358**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.1869 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$257.00** |

**David Lentine**
**9722 Arnon Chapel Rd**
**Great Falls, VA 22066**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.1870 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,901.00** |

**David Lesmond**
**9120 Rosedown Place**
**New Orleans, LA 70123**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

| 3.1871 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$55.00** |
|---|---|---|---|

**David Levitt**
**c/o Deutsch, Kerrigan**
**New Orleans, LA 70130**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

| 3.1872 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$23,517.00** |
|---|---|---|---|

**David Levy**
**110 Sandpiper Circle**
**Jupiter, FL 33477**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

| 3.1873 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$836.00** |
|---|---|---|---|

**David Lewin**
**501 Las Tunas Dr.**
**Arcadia, CA 91007**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

| 3.1874 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$109.00** |
|---|---|---|---|

**David Licata**
**PO Box 92885**
**Henderson, NV 92885**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 471 of 1150

Debtor **Fox Ortega Enterprises, Inc.**               Case number (if known) _____

Name

---

| 3.1875 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $769.00 |
|---|---|---|---|

**David Liebowitz**
**151 East 58th St.**
**New York, NY 10022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1876 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,391.00 |
|---|---|---|---|

**David Lown**
**173 West Market St.**
**Red Hook, NY 12571**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1877 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $19,461.00 |
|---|---|---|---|

**David Lubarsky**
**6797 Pullen Avenue**
**Coral Gables, FL 33133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1878 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,875.00 |
|---|---|---|---|

**David Ludwig**
**200 West Street**
**New York, NY 10282**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 472 of 1150

Debtor    **Fox Ortega Enterprises, Inc.**        Case number (if known) _____
<br>Name

---

| 3.1879 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,737.00** |

**David Lustig**
**PO Box 532**
**Pescadero, CA 94060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1880 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$479.00** |

**David Luwisch**
**6520 Moore Dr.**
**Los Angeles, CA 90048**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1881 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,999.00** |

**David MacGregor**
**330 Chestnut St**
**San Francisco, CA 94133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.1882 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$519.00** |

**David Majerus**
**25 Eucalyptus Rd**
**Berkeley, CA 94705**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 473 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.1883 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,097.00** |
|---|---|---|---|

**David Mangino**
**84 Scattetree Lane**
**Orchard Park, NY 14127**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1884 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,104.00** |
|---|---|---|---|

**David Marks**
**6425 N.E. 129th St.**
**Kirkland, WA 98034**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1885 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,135.00** |
|---|---|---|---|

**David Martin**
**3651 Meadow Ln.**
**Sacramento, CA 95864**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1886 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,993.00** |
|---|---|---|---|

**David Mathias**
**45 Misty Oak Drive**
**East Greenwich, RI 02818**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 474 of 1150

Debtor **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____
_____
Name

| 3.1887 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$139.00** |

**David Mayer**
**75 1/2 Brady St.**
**San Francisco, CA 94103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1888 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,854.00** |

**David McCarthy**
**244 East 32nd Street**
**New York, NY 10016**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1889 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$337.00** |

**David McGee**
**582 McAllister Dr.**
**Benicia, CA 94510**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1890 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$299.00** |

**David McHugo**
**503 S Shelley Lake Lane**
**Spokane Valley, WA 99037**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 475 of 1150

Debtor **Fox Ortega Enterprises, Inc.**                     Case number (if known) _____
_____
Name

| 3.1891 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$226.00** |

**David McIntire**
**9928 Dellcastle Road**
**Gaithersburg, MD 20886**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.1892 | **Nonpriority creditor's name and mailing address** | | **$428.00** |

**David Mees**
**73 Brookwood rd. Unit 31**
**Orinda, CA 94563**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.1893 | **Nonpriority creditor's name and mailing address** | | **$2,519.00** |

**David Merrill**
**P.O. Box 511283**
**Salt Lake City, UT 84151**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.1894 | **Nonpriority creditor's name and mailing address** | | **$2,399.00** |

**David Mgrublian**
**1262 Hartwood Point Drive**
**Pasadena, CA 91107**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

---

| 3.1895 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,199.00** |

**DAVID MILITE**
**1313 NW 65TH PLACE**
**Fort Lauderdale, FL 33309**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1896 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$519.00** |

**David Miller**
**307 Semillon Circle**
**Clayton, CA 94517**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1897 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$898.00** |

**David Moore**
**1051 Jackson Ave**
**University City, MO 63130**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1898 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$486.00** |

**David Morgan**
**139 Palomar Avenue**
**Shell Beach, CA 93449**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.1899 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,461.00 |
|---|---|---|---|

**David Mortara**
**7865 N 86th St**
**Milwaukee, WI 53224**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1900 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,143.00 |
|---|---|---|---|

**David Nahass**
**77 Rolling Hills Rd.**
**Clifton, NJ 07013**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1901 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $407.00 |
|---|---|---|---|

**David Neighbours**
**199 East Lake Shore Drive**
**Chicago, IL 60611**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1902 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $350.00 |
|---|---|---|---|

**David Nerland**
**9589 N 113th Way**
**Scottsdale, AZ 85259**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____

Name

| 3.1903 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$53.00** |

**David Netzer**
**1367 Crespi Drive**
**Pacifica, CA 94044**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1904 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$16,509.00** |

**David Neubauer**
**750 Menlo Avenue**
**Menlo Park, CA 94025**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1905 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$10,172.00** |

**David Ng**
**31 Farm Lane**
**Hillsborough, CA 94010**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1906 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,754.00** |

**David Nicholson**
**750 Anderson Road**
**Davis, CA 95616**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.1907 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$9,068.00** |
|---|---|---|---|

**David Nordstrom**
**2 Chome, 17-50 Akasaka**
**Minato-Ku, 1070052**
**JAPAN**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1908 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$479.00** |
|---|---|---|---|

**David O'Brien**
**12870 Deepwoods Ct**
**Rosemount, MN 55068**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1909 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,907.00** |
|---|---|---|---|

**David Olegar**
**44 Silver Beach Drive**
**Steilacoom, WA 98388**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1910 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$893.00** |
|---|---|---|---|

**David Owen**
**1001 N. Summit St.**
**Iowa City, IA 52245**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 480 of 1150

Debtor **Fox Ortega Enterprises, Inc.**                    Case number *(if known)* _____
         _____
         Name

| 3.1911 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $4,466.00 |
|---|---|---|---|

**David Pahren**
**815 Westham Parkway**
**Richmond, VA 23229**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1912 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $9,599.00 |
|---|---|---|---|

**David Palmieri**
**126 Mahopac Ave**
**Granite Springs, NY 10527**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1913 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,585.00 |
|---|---|---|---|

**David Palmisano**
**1177 Meadow Creek Circle**
**St. Helena, CA 94574**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1914 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $11,059.00 |
|---|---|---|---|

**David Paly**
**69-A Raft Island Drive**
**Gig Harbor, WA 98335**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 481 of 1150

Debtor   **Fox Ortega Enterprises, Inc.**                        Case number (if known) _____
_____
Name

| 3.1915 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,019.00** |

3.1915   **Nonpriority creditor's name and mailing address**

**David Pan**
**301 Main St**
**San Francisco, CA 94105**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

3.1916   **Nonpriority creditor's name and mailing address**                                    **$8,238.00**

**David Paris**
**2320 SW Hoffman Ave**
**Portland, OR 97201**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

3.1917   **Nonpriority creditor's name and mailing address**                                    **$274.00**

**David Parker**
**1375 Via Alta**
**Del Mar, CA 92014**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

3.1918   **Nonpriority creditor's name and mailing address**                                    **$559.00**

**David Partain**
**7715 E. Knollwood Terrace**
**Tucson, AZ 85750**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 482 of 1150

Debtor **Fox Ortega Enterprises, Inc.**                                     Case number (if known) _____

Name

| 3.1919 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,257.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**David Pascoe**
**705 Kenilworth Rd.**
**Tallahassee, FL 32312**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.1920** **Nonpriority creditor's name and mailing address**

**David Pedowitz**
**194 Baldwin Road**
**Bedford Corners, NY 10549**

As of the petition filing date, the claim is:     **$8,156.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.1921** **Nonpriority creditor's name and mailing address**

**David Pentzien**
**628 E Vermont St.**
**Indianapolis, IN 46202**

As of the petition filing date, the claim is:     **$6,052.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.1922** **Nonpriority creditor's name and mailing address**

**David Piccoli**
**66 Pavilion Ave**
**Providence, RI 02905**

As of the petition filing date, the claim is:     **$1,319.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 483 of 1150

Debtor **Fox Ortega Enterprises, Inc.**　　　　　　　　Case number (if known) _____
　　　　Name

| 3.1923 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,695.00** |
|---|---|---|---|

**David Pochatko**
**50 37 Rockhaven Drive**
**Clarence, NY 14031**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred　_____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number　_____

| 3.1924 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$34.00** |
|---|---|---|---|

**David Port**
**43 Downey Street**
**San Francisco, CA 94117**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred　_____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number　_____

| 3.1925 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,359.00** |
|---|---|---|---|

**David Portugal**
**2328 Cross Hill Road**
**Louisville, KY 40206**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred　_____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number　_____

| 3.1926 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$131.00** |
|---|---|---|---|

**David Posner**
**38 Eastview Avenue**
**Pleasantville, NY 10570**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred　_____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number　_____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com　　　　Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**      Case number (if known) _____

Name

---

| 3.1927 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$569.00** |
|---|---|---|---|

**David Pratt**
**12 Hamilton Mews**
**Doncaster, DN45DL**
**ENGLAND**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

☐ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1928 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$631.00** |
|---|---|---|---|

**David Pries**
**6613 Tracey Ave**
**Edina, MN 55439**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1929 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$939.00** |
|---|---|---|---|

**David Printz**
**51 Anderson Road**
**Watchung, NJ 07069**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1930 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,878.00** |
|---|---|---|---|

**David Puth**
**591 2nd Street**
**Brooklyn, NY 11215**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 485 of 1150

Debtor   **Fox Ortega Enterprises, Inc.**                                   Case number (if known) _____

Name

| 3.1931 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$17,960.00** |
|---|---|---|---|

**David Rauch**
**122 30th Street**
**Hermosa Beach, CA 90254**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1932 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,627.00** |
|---|---|---|---|

**David Reis**
**19 Hilltop Place**
**Rye, NY 10580**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1933 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$31,468.00** |
|---|---|---|---|

**David Ridley**
**2854 Hwy 55**
**Eagan, MN 55121**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1934 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$93.00** |
|---|---|---|---|

**David Ridnell**

**Albany, CA 94706**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.1935 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$719.00** |
|---|---|---|---|

**David Ries**
P.O. Box 789
Crestline, CA 92325

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1936 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$19,496.00** |
|---|---|---|---|

**David Ringel**
101A Kings Way West
Sewell, NJ 08080

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1937 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$959.00** |
|---|---|---|---|

**David Robertson**
21 Carriage Lane
Cherry Hills Village, CO 80121

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1938 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$777.00** |
|---|---|---|---|

**David Rosen**
4550 Cherry Creek South Dr
Denver, CO 80246

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**      Case number (if known) _____
Name

| | |
|---|---|
| **3.1939** | **Nonpriority creditor's name and mailing address** |

**3.1939**

**Nonpriority creditor's name and mailing address**
**David Rosenberg**
**424 16th Street**
**Santa Monica, CA 90402**

**As of the petition filing date, the claim is:**    **$719.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.1940**

**Nonpriority creditor's name and mailing address**
**David Rosewater**
**30 Heathcote Rd**
**Scarsdale, NY 10583**

**As of the petition filing date, the claim is:**    **$27,005.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.1941**

**Nonpriority creditor's name and mailing address**
**David Rotenberg**
**7000 Devon Way**
**Berkeley, CA 94705**

**As of the petition filing date, the claim is:**    **$9,564.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.1942**

**Nonpriority creditor's name and mailing address**
**David Rounds**
**4111 SW Garden Home rR**
**Portland, OR 97219**

**As of the petition filing date, the claim is:**    **$99.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 488 of 1150

Debtor **Fox Ortega Enterprises, Inc.**       Case number *(if known)* _____

Name

| 3.1943 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$550.00** |
|---|---|---|---|

**David Roush**
**5 Locust Ct.**
**Albion, MI 49224**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.1944 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$965.00** |
|---|---|---|---|

**David Rudel**
**1904 E 9th St.**
**Greenville, NC 27858**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.1945 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$437.00** |
|---|---|---|---|

**David Russian**
**1602 Rucker Ave.**
**Everett, WA 98201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.1946 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$47.00** |
|---|---|---|---|

**David Ryan**
**7305 Edgewater Drive**
**Oakland, CA 94621**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 489 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.1947 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** **$20,882.00** |

3.1947 | **Nonpriority creditor's name and mailing address**

**David Salsburg**
**333 W. Wacker Drive**
**Chicago, IL 60606**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$20,882.00**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

3.1948 | **Nonpriority creditor's name and mailing address**

**David Sappir**
**400 East 89th**
**New York, NY 10128**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$73,546.00**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

3.1949 | **Nonpriority creditor's name and mailing address**

**David Sass**
**6 Nelson Street**
**Clinton, MA 01510**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$459.00**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

3.1950 | **Nonpriority creditor's name and mailing address**

**David Schachter**
**9567 Gloaming Dr.**
**Beverly Hills, CA 90210**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$479.00**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____

Name

| 3.1951 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,778.00** |

**David Schneider**
**501 E. 79th Street**
**New York, NY 10075**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1952 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,229.00** |

**David Schulz**
**PO Box 4105**
**Bellevue, WA 98009**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1953 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$495.00** |

**David Schumacher**
**3422 NE 41st Ave.**
**Portland, OR 97212**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1954 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,799.00** |

**David Schwartz**
**401 East 80th Street**
**New York, NV 10075**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 491 of 1150

Debtor    **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____
          _____
          Name

| 3.1955 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$209.00** |
|---|---|---|---|

**David Schwartz**
**50 Pine Street**
**New York, NY 10005**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.1956 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,511.00** |
|---|---|---|---|

**David Selvia**
**33 Garden Road**
**14TH Floor**
**HONG KONG**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.1957 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$839.00** |
|---|---|---|---|

**David Shafran**
**576 Avawam Dr**
**Richmond, KY 40475**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.1958 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,511.00** |
|---|---|---|---|

**David Shalleck**
**1125 Broadway**
**San Francisco, CA 94109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.1959 | **Nonpriority creditor's name and mailing address** | **$265.00** |

**David Shaw**
**11 Cecilia Court**
**Belvedere-Tiburon, CA 94920**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| | | |
|---|---|---|
| 3.1960 | **Nonpriority creditor's name and mailing address** | **$251.00** |

**David Shepard**
**34 Gansevoort Street**
**New York, NY 10014**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| | | |
|---|---|---|
| 3.1961 | **Nonpriority creditor's name and mailing address** | **$295.00** |

**David Sherman**
**47 Lake Forest**
**St Louis, MO 63117**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| | | |
|---|---|---|
| 3.1962 | **Nonpriority creditor's name and mailing address** | **$7,538.00** |

**David Shim**
**270 Cross Rd**
**Oakland, CA 94618**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 493 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name
Case number (if known) _____

| 3.1963 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,943.00 |
|---|---|---|---|

**3.1963**

**Nonpriority creditor's name and mailing address**
**David Shpilberg**
**18201 Collins Ave**
**Sunny Ises Beach, FL 33160**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

$1,943.00

---

**3.1964**

**Nonpriority creditor's name and mailing address**
**David Shuh**
**101 City Limits Circle**
**Emeryville, CA 94608**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

$719.00

---

**3.1965**

**Nonpriority creditor's name and mailing address**
**David Sikes**
**1239 Alma Street**
**Palo Alto, CA 94301**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

$9,284.00

---

**3.1966**

**Nonpriority creditor's name and mailing address**
**David Silverman**
**360 Maple Ave**
**Cheshire, CT 06410**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

$1,559.00

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 494 of 1150

Debtor    **Fox Ortega Enterprises, Inc.**        Case number (if known) _____

Name

| 3.1967 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,438.00 |
|---|---|---|---|

**David Simpson**
**3203 Morro Bay**
**Davis, CA 95616**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1968 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $47,851.00 |
|---|---|---|---|

**David Slosburg**
**10040 Regency Circle**
**Omaha, NE 68114**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1969 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $56,402.00 |
|---|---|---|---|

**David Smoler**
**2117 River Ridge Road**
**Arlington, TX 76017**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1970 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $5,503.00 |
|---|---|---|---|

**David Sniezko**
**564 E Glenarm Street**
**Pasadena, CA 91106**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 495 of 1150

Debtor  **Fox Ortega Enterprises, Inc.**  Case number *(if known)* _____
_____
Name

| 3.1971 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$165.00** |

**David Solberg**
**1165 Imperial Drive**
**Hagerstown, MD 21740**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1972 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$905.00** |

**David Solomon**
**58 Sala Terrace**
**San Francisco, CA 94112**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1973 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$191.00** |

**David Solomon**
**16 Allensby Lane**
**San Rafael, CA 94901**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1974 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$220.00** |

**David Speer**
**1524 17th Ave E**
**Seattle, WA 98112**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 496 of 1150

Debtor    **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
          _____
          Name

| 3.1975 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$15,588.00** |

**David Spellberg**
**2485 Lantern Lane**
**Naples, FL 34102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1976 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$149.00** |

**David Staley**
**1517 Harts Mill Road**
**Atlanta, GA 30319**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1977 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,279.00** |

**David Staples**
**P.O. Box 5637**
**Hanover, NH 03755**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1978 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$641.00** |

**David Stead**

**Madison, WI 53711**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 497 of 1150

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| 3.1979 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$9,680.00** |

3.1979 | **Nonpriority creditor's name and mailing address**

**David Stein**
**165 Alexandra Blvd**
**Toronto, ON M4R1M3**
**CANADA**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

$9,680.00

---

3.1980 | **Nonpriority creditor's name and mailing address**

**David Steinberger**
**136 Hope St.**
**Ridgewood, NJ 07450**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

$172.00

---

3.1981 | **Nonpriority creditor's name and mailing address**

**David Stephen Antion**
**2012 Mandeville Canyon Rd**
**Los Angeles, CA 90049**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

$4,907.00

---

3.1982 | **Nonpriority creditor's name and mailing address**

**David Stepp**
**3130 Alpine Road**
**Portola Valley, CA 94028**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

$209.00

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 498 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____    Case number (if known) _____
Name

| 3.1983 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,590.00** |

**Nonpriority creditor's name and mailing address**
**David Stern**
**241 Barlock Ave.**
**Los Angeles, CA 90049**

**As of the petition filing date, the claim is:** **$3,590.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____
☐ Yes

---

| 3.1984 |

**Nonpriority creditor's name and mailing address**
**David Stern**
**86 Kilroy Way**
**Atherton, CA 94027**

**As of the petition filing date, the claim is:** **$734.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____
☐ Yes

---

| 3.1985 |

**Nonpriority creditor's name and mailing address**
**David Stipe**
**121 S. Franklin Ave**
**Wenatchee, WA 98801**

**As of the petition filing date, the claim is:** **$99.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____
☐ Yes

---

| 3.1986 |

**Nonpriority creditor's name and mailing address**
**David Stoll**
**807 Everest Ct.**
**Mill Valley, CA 94941**

**As of the petition filing date, the claim is:** **$809.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____
☐ Yes

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 499 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Case number (if known)
Name

| 3.1987 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$479.00** |
|---|---|---|---|

**David Stone**
**1020 Creston Road**
**Berkeley, CA 94708**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.1988 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,039.00** |
|---|---|---|---|

**David Stultz**
**10841 Waterbury Ridge Ln**
**Dayton, OH 45458**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.1989 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$9,648.00** |
|---|---|---|---|

**David Sturek**
**9655 42nd Ave SW**
**Seattle, WA 98136**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.1990 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,679.00** |
|---|---|---|---|

**David Sugarman**
**65 West 70th St**
**New York, NY 10023**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 500 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| 3.1991 | **Nonpriority creditor's name and mailing address** |

**David Swartz**
**559 Valle Vista**
**Oakland, CA 94610**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

**$4,029.00**

---

| | |
|---|---|
| 3.1992 | **Nonpriority creditor's name and mailing address** |

**David Sweet**
**4640 Sunderman Road**
**Rockford, IL 61114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

**$109.00**

---

| | |
|---|---|
| 3.1993 | **Nonpriority creditor's name and mailing address** |

**David Tabb**
**815 Regal Road**
**Berkeley, CA 94708**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

**$164.00**

---

| | |
|---|---|
| 3.1994 | **Nonpriority creditor's name and mailing address** |

**David Tang**
**2430 Willow Street**
**Oakland, CA 94607**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

**$12,091.00**

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 501 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number *(if known)* _____

---

| 3.1995 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$699.00** |
|---|---|---|---|

**David Taran**
**3 Oak Forest Court**
**Portola Valley, CA 94028**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1996 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$13,646.00** |
|---|---|---|---|

**David Taylor**
**5004 SW Lowell St.**
**Portland, OR 97221**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1997 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$886.00** |
|---|---|---|---|

**David Thom**
**311 Keller Street**
**Petaluma, CA 94952**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.1998 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,429.00** |
|---|---|---|---|

**David Thomas**
**4744 Thomas Ave. S**
**Minneapolis, MN 55410**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 502 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____ Case number (if known) _____
Name

| 3.1999 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$79.00** |
|---|---|---|---|

**David Tindall**
**741 Elm Drive**
**Petaluma, CA 94952**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

---

| 3.2000 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,669.00** |
|---|---|---|---|

**David Tisch**
**540 Madison Ave**
**New York, NY 10022**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

---

| 3.2001 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$353.00** |
|---|---|---|---|

**David Tomlinson**
**4064 N. Lincoln Ave**
**Chicago, IL 60618**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

---

| 3.2002 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$39.00** |
|---|---|---|---|

**David Tong**
**4656 Wilcox Ave**
**Santa Clara, CA 95054**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.2003 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,070.00** |
|---|---|---|---|

**David Treat**
**27 Lost Mine Place**
**Ridgefield, CT 06877**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2004 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$8,439.00** |
|---|---|---|---|

**David Trovillion**
**17 Brenner Rd**
**Coram, NY 11727**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2005 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,097.00** |
|---|---|---|---|

**David True**
**250 Athol Ave.**
**Oakland, CA 94606**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2006 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$7,055.00** |
|---|---|---|---|

**David Trumper**
**1342 N. Branciforte Anv.**
**Santa Cruz, CA 95065**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 504 of 1150

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.2007** | **Nonpriority creditor's name and mailing address**

**David Van Benschoten**
**12015 Cambridge Ct**
**Minnetonka, MN 55305**

**As of the petition filing date, the claim is:** $99.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.2008** | **Nonpriority creditor's name and mailing address**

**David Vanderveen**
**14635 Wheaton Dr**
**Granger, IN 46530**

**As of the petition filing date, the claim is:** $4,379.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.2009** | **Nonpriority creditor's name and mailing address**

**David Venable**
**5135 W Via Mallorca**
**Tucson, AZ 85745**

**As of the petition filing date, the claim is:** $299.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.2010** | **Nonpriority creditor's name and mailing address**

**David Volkmann**
**640 Meadowgate Ct**
**Reno, NV 89509**

**As of the petition filing date, the claim is:** $195.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 505 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.2011 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$450.00** |
|---|---|---|---|

**David W Miller**
**1416 Los Padres Way**
**Sacramento, CA 95831**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2012 | **Nonpriority creditor's name and mailing address** | | **$1,409.00** |
|---|---|---|---|

**David Wakefield**
**1560 Brian Ct**
**Brookfield, WI 53045**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2013 | **Nonpriority creditor's name and mailing address** | | **$5,651.00** |
|---|---|---|---|

**David Ware**
**36 Westmoreland Place**
**St. Louis, MO 63108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2014 | **Nonpriority creditor's name and mailing address** | | **$499.00** |
|---|---|---|---|

**David Webb**
**4132 Caruth Blvd**
**Dallas, TX 75225**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 506 of 1150

Debtor  **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| 3.2015 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$119.00** |

**David Weiaman**
**21012 Devonshire St**
**Chatsworth, CA 91311**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

---

| 3.2016 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,290.00** |

**David Weick**
**5 Karen Court**
**Lake Zurich, IL 60047**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

---

| 3.2017 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$59.00** |

**David Weinberger**
**94 Westbourne Terrace**
**Brookline, MA 02446**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

---

| 3.2018 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,043.00** |

**David Weisberg**
**217 Promendade St.**
**Warwick, RI 02886**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.2019 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$609.00** |

**David Welch**
**9300 Jamaica Beach**
**Galveston, TX 77554**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2020 | **Nonpriority creditor's name and mailing address** | | **$1,134.00** |

**David White**
**300 Kentucky Ave SE**
**Washington, DC 20003**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2021 | **Nonpriority creditor's name and mailing address** | | **$709.00** |

**David White**
**35890 Ellington Drive**
**Springfield, OR 97478**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2022 | **Nonpriority creditor's name and mailing address** | | **$764.00** |

**David Williams**
**Dept. of Chemisty**
**Bloomington, IN 47405**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 508 of 1150

Debtor   **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.2023 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$527.00** |
|---|---|---|---|

**David Williams**
**16 West 77th Street**
**New York, NY 10024**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2024 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$471.00** |
|---|---|---|---|

**David Williams**
**493 East Bald Mountain Rd**
**Sonora, CA 95370**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2025 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$655.00** |
|---|---|---|---|

**David Wilson**
**755 Folger**
**Berkeley, CA 94710**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2026 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$49.00** |
|---|---|---|---|

**David Wilson**
**2203 Owens Ave.**
**Ft. Collins, CO 80528**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 509 of 1150

Debtor  **Fox Ortega Enterprises, Inc.**
        _____  Case number (if known) _____
        Name

| 3.2027 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$449.00** |

**David Withee**
**177 Nandina Terrace**
**Casselberry, FL 32708**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____

☐ Yes

---

| 3.2028 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$383.00** |

**David Woerner**
**1830 Deeremont Rd**
**Glendale, CA 91207**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____

☐ Yes

---

| 3.2029 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$579.00** |

**David Wolpe**
**1230 Holmby Ave**
**Los Angeles, CA 90024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____

☐ Yes

---

| 3.2030 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,845.00** |

**David Wong**
**615 Pepper Drive**
**San Bruno, CA 94066**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____

☐ Yes

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 510 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.2031 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$1,469.00** |

**David Wright**
**2 Northside Piers**
**Brooklyn, NY 11249**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.2032 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$749.00** |

**David Yates**
**1748 Calle Poniente**
**Santa Barbara, CA 93101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.2033 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$1,883.00** |

**David Yorde**
**10624 S Eastern Ave**
**Henderson, NV 89052**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.2034 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$4,684.00** |

**David York**
**40 Fairview Ave**
**Darien, CT 06820**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____

Name

| 3.2035 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$44,292.00** |
|---|---|---|---|

**David Zajac**
**6095 Redford Rd. NW**
**North Canton, OH 44720**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2036 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$279.00** |
|---|---|---|---|

**David Zarfes**
**400 East 70th Street**
**New York, NY 10021**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2037 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,498.00** |
|---|---|---|---|

**David Zenker**
**2993 Bowery Lane**
**San Jose, CA 95135**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2038 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,864.00** |
|---|---|---|---|

**David Zhang**
**80 Cedar Dr**
**New York, NY 10021**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.2039** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,039.00**

**David Zierk**
**46 Bayview Ave**
**Belvedere-Tiburon, CA 94920**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.2040** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$16,994.00**

**David Zimmerman**
**1128 Bellview Rd.**
**McLean, VA 22102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.2041** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,518.00**

**Davida Deutsch**
**205 West 57th St**
**New York, NY 10019**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.2042** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$290.00**

**Davis Bu**
**260 West 54th Street**
**New York, NY 10019**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 513 of 1150

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.2043 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$9,360.00** |
|---|---|---|---|

**Davo Leeds**
**2207 31st Ave**
**San Francisco, CA 94116**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2044 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,145.00** |
|---|---|---|---|

**Dawn Ligon**
**958 Alameda Padre Serra**
**Santa Barbara, CA 93103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2045 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$69.00** |
|---|---|---|---|

**Dean Aure**
**781 Overture Lane**
**Fairfield, CA 94534**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2046 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$869.00** |
|---|---|---|---|

**Dean Bakes**
**561 Smith Ridge Rd**
**New Canaan, CT 06840**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 514 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.2047 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $3,899.00 |
|---|---|---|---|

**Dean Bernstein**
**35 Alta Vista Circle**
**Irvington, NY 10533**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2048 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,071.00 |

**Dean Cimino**
**1405 Balboa Avenue**
**Hillborough, CA 94010**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2049 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $14,279.00 |

**Dean Factor**
**532 Spoleto**
**Los Angeles, CA 90272**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2050 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $474.00 |

**Dean Herman**
**1800 Century Park E./5th Fl.**
**Los Angeles, CA 90067**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.2051 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$596.00** |

**Dean Kato**
**1438 Grant Street**
**Berkeley, CA 94703**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2052 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$143.00** |

**Dean Kelch**
**1619 Lillian Street**
**Crockett, CA 94525**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2053 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$205.00** |

**Dean Kolnick**
**646 Warren Street**
**Brooklyn, NY 11217**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2054 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$499.00** |

**Dean Ku**
**735 Holly Oak Drive**
**Palo Alto, CA 94303**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known)

Name

| 3.2055 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,565.00** |
|---|---|---|---|

Check all that apply.

**Dean O'Hare**
**1319 The Plaza**
**Charlotte, NC 28205**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

| 3.2056 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,321.00** |
|---|---|---|---|

Check all that apply.

**Dean Scott**
**400 W 55th St.**
**New York, NY 10019**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

| 3.2057 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$719.00** |
|---|---|---|---|

Check all that apply.

**Dean Stephens**
**5511 SW Hanford Street**
**Seattle, WA 98116**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

| 3.2058 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$11,997.00** |
|---|---|---|---|

Check all that apply.

**Deanna Berkeley**
**100 Morton Square**
**New York, NY 10014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 517 of 1150

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.2059 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$929.00** |

**Deanna Van Gestel**
**1444 N. Orleans  6-G**
**Chicago, IL 60610**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.2060 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$539.00** |

**Debbie Bickerstaff**
**3082 Burney Place**
**Los Alamitos, CA 90270**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.2061 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$13,907.00** |

**Debbie Cipriani**
**11 Hilltop Drive**
**Yorktown Heights, NY 10598**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.2062 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$499.00** |

**Debbie Kashiwabara**
**292 Morning Sun Avenue**
**Mill Valley, CA 94941**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 518 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.2063 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $339.00 |
|---|---|---|---|

**Debby Jacobson**
**2615 126 th PL SW**
**Everett, WA 98204**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2064 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $53.00 |
|---|---|---|---|

**Deborah E Markowitz**
**1900 S. College Ave.**
**Tyler, TX 75701**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2065 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $3,284.00 |
|---|---|---|---|

**Deborah Hajovsky**
**8453 Mikulik**
**San Angelo, TX 76904**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2066 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $159.00 |
|---|---|---|---|

**Deborah Loeb**
**PO Box 602**
**Belvedere, CA 94920**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 519 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | |
|---|---|
| **3.2067** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: **$390.00** |

**3.2067** Nonpriority creditor's name and mailing address

**Deborah Stern**
**5910 Park Lane**
**Dallas, TX 75225**

As of the petition filing date, the claim is: **$390.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.2068** Nonpriority creditor's name and mailing address

**Deborah Volk**
**1224 66th St**
**Emeryville, CA 94608**

As of the petition filing date, the claim is: **$1,679.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.2069** Nonpriority creditor's name and mailing address

**Debra Craig**
**2270 Bay Village Ct**
**Palm Beach Gardens, FL 33410**

As of the petition filing date, the claim is: **$919.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.2070** Nonpriority creditor's name and mailing address

**Debra Jensen**
**7704 Pine Road**
**Wyndmoor, PA 19038**

As of the petition filing date, the claim is: **$464.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050     Doc# 16     Filed: 01/21/16     Entered: 01/21/16 15:42:32     Page 520 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known)

Name

| 3.2071 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$538.00** |

3.2071 **Nonpriority creditor's name and mailing address**

**Deepa Patel**
**203 Cheltenham Avenue**
**Linwood, NJ 08221**

As of the petition filing date, the claim is: **$538.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

3.2072 **Nonpriority creditor's name and mailing address**

**Deepak Parwatikar**
**695 South Vermont Ave**
**Los Angeles, CA 90005**

As of the petition filing date, the claim is: **$799.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

3.2073 **Nonpriority creditor's name and mailing address**

**Dejan Perkovic**
**4 Fennwood Dr.**
**Atherton, CA 94027**

As of the petition filing date, the claim is: **$11,233.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

3.2074 **Nonpriority creditor's name and mailing address**

**Deke Carbo**
**4908 Sunny Place**
**Metairie, LA 70006**

As of the petition filing date, the claim is: **$404.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 521 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known) _____

| 3.2075 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,058.00** |

**Nonpriority creditor's name and mailing address**

**Delbert Yap**
**1918-925 West Georgia Street**
**Vancouver, BC v6c3l2**
**CANADA**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$1,058.00**

---

| 3.2076 |

**Nonpriority creditor's name and mailing address**

**Delectable Sourcing**
**224 11th st**
**San Francisco, CA 94103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$135.00**

---

| 3.2077 |

**Nonpriority creditor's name and mailing address**

**Demian Straka**
**2112 Cape Hatteras Dr**
**Windsor, CO 80550**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$533.00**

---

| 3.2078 |

**Nonpriority creditor's name and mailing address**

**Den San Tsai**
**1965 16th Ave**
**San Francisco, CA 94116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$25.00**

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 522 of 1150

Debtor  **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| 3.2079 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$14,290.00** |
|---|---|---|---|

**Denis Dalisky**
**PO Box 1650**
**Silverton, OR 97381**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2080 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$480.00** |
|---|---|---|---|

**Denis Rudd**
**1914 Mercer Rd.**
**Ellwood City, PA 16117**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2081 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,442.00** |
|---|---|---|---|

**Denis von Banck**
**3326 Inglewood Blvd**
**Los Angeles, CA 90066**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2082 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$500.00** |
|---|---|---|---|

**Dennis Andrulis**
**4602 avenue G**
**Austin, TX 78751**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.** Case number (if known)
Name

| | | |
|---|---|---|
| 3.2083 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$472.00** |

**Dennis Attick**
**413 South Columbia Drive**
**Decatur, GA 30030**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number ☐ Yes

---

| 3.2084 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$13,306.00** |

**Dennis Brush**
**98 Laurel Grove Ave**
**Ross, CA 94957**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number ☐ Yes

---

| 3.2085 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$239.00** |

**Dennis Butler**
**1802 Pepperdale Dr**
**Rowland Heights, CA 91748**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number ☐ Yes

---

| 3.2086 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$1,013.00** |

**Dennis Chu**
**1048 Galley Lane**
**Foster City, CA 94404**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number ☐ Yes

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 524 of 1150

Debtor  **Fox Ortega Enterprises, Inc.**                        Case number (if known) _____
_____
Name

| | |
|---|---|
| 3.2087 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: $1,870.00
Check all that apply.

**Dennis de la Mata**
**1624 W. Erie St.**
**Chicago, IL 60622**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.2088 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: $1,109.00
Check all that apply.

**Dennis Doss**
**1920 Main Street**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.2089 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: $40,216.00
Check all that apply.

**Dennis Durzinsky**
**385 Cumberland Street**
**San Francisco, CA 94114**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.2090 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: $1,994.00
Check all that apply.

**Dennis Foley**
**912 Cole St.**
**San Francisco, CA 94117**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 525 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.2091 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $479.00 |
|---|---|---|---|

**Dennis Graven**
**1414 W.Wrightwood Ave.**
**Chicago, IL 60614**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2092 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,764.00 |
|---|---|---|---|

**Dennis Heynick**
**140 EAST 56TH ST**
**NEW YORK, NY 10022**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2093 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $330.00 |
|---|---|---|---|

**Dennis J Dinneen**
**4735 Bideford sq**
**Fairfax, VA 22030**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2094 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,463.00 |
|---|---|---|---|

**Dennis Karjala**
**201 W Knox Rd**
**Tempe, AZ 85284**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____

Name

| 3.2095 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,986.00** |

**Dennis Knitowski**
**1 Loantaka Terrace**
**Madison, NJ 07940**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2096 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,649.00** |

**Dennis Louie**
**571 11th Ave**
**San Francisco, CA 94118**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2097 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,232.00** |

**Dennis Mesina**
**350 Sansome St**
**San Francisco, CA 94104**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2098 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$6,479.00** |

**Dennis Pence**
**1 Coldwater Creek Dr.**
**Sandpoint, ID 83864**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|--------|----------------------------------|------------------------|--|
| | Name | | |

---

**3.2099** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,179.00**

**Dennis Peterson**
**146 E Carrillo**
**Santa Barbara, CA 93101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.2100** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,343.00**

**Dennis Rawlinson**
**111 SW Fifth Avenue**
**Portland, OR 97204**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.2101** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$629.00**

**Dennis Swift**
**5216 Collinwood Ave**
**Fort Worth, TX 76107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.2102** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$16.00**

**Dennis Wieandt**
**3641 Arbor Dr**
**Lacey, WA 98503**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.** Case number (if known) _____

Name

| 3.2103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,933.00** |

**Dennis Wight**
**1016 Viewland Way**
**Edmonds, WA 98020**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,010.00** |

**Dennis Yee**
**4215 aldawood hills**
**Akron, OH 44319**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$305.00** |

**Deran Conkling**
**668 Wagon Trail Dr.**
**Jacksonville, OR 97530**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,159.00** |

**Derek Aikman**
**2596 Patricia Drive**
**Napa, CA 94558**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.2107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,759.00** |

3.2107 **Nonpriority creditor's name and mailing address**

**Derek Anderson**
**15 Springdale Road**
**Cromwell, CT 06416**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$2,759.00**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

3.2108 **Nonpriority creditor's name and mailing address**

**Derek Hara**
**2762 26th St**
**Sacramento, CA 95818**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$631.00**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

3.2109 **Nonpriority creditor's name and mailing address**

**Derek Hoffmann**
**Unit 6020 Dubai Place**
**Washington, DC 20521**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$35.00**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

3.2110 **Nonpriority creditor's name and mailing address**

**Derek Lemke-von Ammon**
**1055 Wisconsin Avenue NW**
**Washington, DC 20007**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$1,763.00**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 530 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.2111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,258.00** |

3.2111 | **Nonpriority creditor's name and mailing address**

**Derek Mayne**
**29 Seymour Walk**
**London, sw109n**
**ENGLAND**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$3,258.00**

---

3.2112 | **Nonpriority creditor's name and mailing address**

**Derek Visslailli**
**5 Foxglove Ct**
**Holtsville, NY 11742**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$4,199.00**

---

3.2113 | **Nonpriority creditor's name and mailing address**

**Derek Yeung**
**3787 Fir Street**
**Burnaby, BC V5G2A4**
**CANADA**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$114.00**

---

3.2114 | **Nonpriority creditor's name and mailing address**

**Derrick Butt**
**3694 Rimini Ln**
**Dublin, CA 94568**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$8,620.00**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.2115 | **Nonpriority creditor's name and mailing address** |

**Derrick Chan**
**1358 Fernside Blvd.**
**Alameda, CA 94501**

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:                $207.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
■ No
☐ Yes

| | |
|---|---|
| 3.2116 | **Nonpriority creditor's name and mailing address** |

**Derrick Fong**
**1455 Response Road**
**Sacramento, CA 95815**

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:              $12,737.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
■ No
☐ Yes

| | |
|---|---|
| 3.2117 | **Nonpriority creditor's name and mailing address** |

**Derrick Schubert**
**3816 46th Ave. S.**
**Minneapolis, MN 55406**

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:                $7,438.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
■ No
☐ Yes

| | |
|---|---|
| 3.2118 | **Nonpriority creditor's name and mailing address** |

**Dessa Goddard**
**1476 Scenic Ave**
**Berkeley, CA 94708**

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:                  $31.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**  Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.2119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$21,280.00** |
| | **Devin Roch** | Check all that apply. |
| | **3575 West 20th Ave** | ☐ Contingent |
| | **Vancouver, BC V6S1E6** | ☐ Unliquidated |
| | **CANADA** | ☐ Disputed |
| | | **Basis for the claim:** |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | | ■ No |
| | Last 4 digits of account number _____ | ☐ Yes |

| | | |
|---|---|---|
| 3.2120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$625.00** |
| | **Devin Warner** | Check all that apply. |
| | **8 Kings Crown Court** | ☐ Contingent |
| | **Moraga, CA 94556** | ☐ Unliquidated |
| | | ☐ Disputed |
| | | **Basis for the claim:** |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | | ■ No |
| | Last 4 digits of account number _____ | ☐ Yes |

| | | |
|---|---|---|
| 3.2121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$56,723.00** |
| | **Devinder Bhatia, M.D** | Check all that apply. |
| | **1 Shadow Lawn** | ☐ Contingent |
| | **Houston, TX 77005** | ☐ Unliquidated |
| | | ☐ Disputed |
| | | **Basis for the claim:** |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | | ■ No |
| | Last 4 digits of account number _____ | ☐ Yes |

| | | |
|---|---|---|
| 3.2122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$2,049.00** |
| | **Dexter Richardson** | Check all that apply. |
| | **1590 Highland Rd** | ☐ Contingent |
| | **Winter Park, FL 32789** | ☐ Unliquidated |
| | | ☐ Disputed |
| | | **Basis for the claim:** |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | | ■ No |
| | Last 4 digits of account number _____ | ☐ Yes |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Debtor  **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____
_____
Name

| 3.2123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$356.00** |

**3.2123** | **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: **$356.00**
Check all that apply.
**Deyan Spiridonov**
**3579 Valley Centre Drive**
**San Diego, CA 92130**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____    **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____    ☐ Yes

---

**3.2124** | **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: **$2,416.00**
Check all that apply.
**Dhiraj Mallick**
**186 Seminary Drive**
**Menlo Park, CA 94025**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____    **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____    ☐ Yes

---

**3.2125** | **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: **$1,647.00**
Check all that apply.
**Diana Sanson**
**2831 Marina Drive**
**Alameda, CA 94501**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____    **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____    ☐ Yes

---

**3.2126** | **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: **$55.00**
Check all that apply.
**Diane Hoch**
**2921 S Auburn Place**
**Kennewick, WA 99337**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____    **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____    ☐ Yes

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 534 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.2127 | **Nonpriority creditor's name and mailing address** | **$1,377.00** |

**Diane Kessler**
**65 Greenbelt Parkway**
**Holbrook, NY 11741**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| | | |
|---|---|---|
| 3.2128 | **Nonpriority creditor's name and mailing address** | **$713.00** |

**Dick DeSarbo**
**34 Ledgeview Lane**
**Guilford, CT 06437**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| | | |
|---|---|---|
| 3.2129 | **Nonpriority creditor's name and mailing address** | **$1,919.00** |

**Dick Fredericks**
**Vincent Andrew Managment**
**Darien, CT 06820**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| | | |
|---|---|---|
| 3.2130 | **Nonpriority creditor's name and mailing address** | **$440.00** |

**Dick Mulder**
**8221 Lake Ridge Dr.**
**Burr Ridge, IL 60527**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Debtor    **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____
          Name

| 3.2131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$95.00** |
|--------|---|---|---|

**Dick Slansky**
**30 Court St**
**Dedham, MA 02026**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$199.00** |

**Dickson Chan**
**20409 Tufts Circle**
**Walnut, CA 91789**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$379.00** |

**Dicky Lo**
**1388 San Mateo Ave.**
**South San Francisco, CA 94080**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,397.00** |

**Diem Vu**
**4999 Bridgeview Lane**
**San Jose, CA 95138**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | |
|---|---|
| 3.2135 | **Nonpriority creditor's name and mailing address** |

**3.2135** **Nonpriority creditor's name and mailing address**
**Diengo Chou**
**1 Camellia**
**Irvine, CA 92620**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$13,012.00**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.2136** **Nonpriority creditor's name and mailing address**
**Dieter Langenbahn**
**1811 Englewood Rd.**
**Englewood, FL 34223**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$179.00**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.2137** **Nonpriority creditor's name and mailing address**
**Dieter Lubbe**
**1720 S Rockwood Blvd**
**Spokane, WA 99203**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$809.00**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.2138** **Nonpriority creditor's name and mailing address**
**Dil Patel**
**400E 67th**
**New York City, NY 10065**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$110.00**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 537 of 1150

Debtor     **Fox Ortega Enterprises, Inc.**                              Case number (if known) _____
_____
Name

| 3.2139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $237.00 |
|---|---|---|---|

**Dina Given**
**1 Paterson Rd**
**Lebanon, NJ 08833**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____   ☐ Yes

---

| 3.2140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $37.00 |
|---|---|---|---|

**Dina Greenberg**
**679 E. 7th St.**
**Chico, CA 95928**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____   ☐ Yes

---

| 3.2141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $79.00 |
|---|---|---|---|

**Dino Fanti**
**4541 Cactus Ave**
**Sarasota, FL 34231**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____   ☐ Yes

---

| 3.2142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $419.00 |
|---|---|---|---|

**Dion Hannum**
**828 W San Marino Ave**
**Alhambra, CA 91801**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____   ☐ Yes

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 538 of 1150

Debtor  **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.2143 | **Nonpriority creditor's name and mailing address** |

**Dirk Frater**
**4300 Versailles Ave.**
**Dallas, TX 75205**

**As of the petition filing date, the claim is:**                    **$20,975.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____        ☐ Yes

---

| | |
|---|---|
| 3.2144 | **Nonpriority creditor's name and mailing address** |

**Dismas Abelman**
**5703 Tamres Dr**
**San Diego, CA 92111**

**As of the petition filing date, the claim is:**                    **$45.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____        ☐ Yes

---

| | |
|---|---|
| 3.2145 | **Nonpriority creditor's name and mailing address** |

**Dittmar Schaefer**
**2924 Hallie Lane**
**Granville, OH 43023**

**As of the petition filing date, the claim is:**                    **$559.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____        ☐ Yes

---

| | |
|---|---|
| 3.2146 | **Nonpriority creditor's name and mailing address** |

**Dmitri Stetsenko**
**3493 19th Street**
**San Francisco, CA 94110**

**As of the petition filing date, the claim is:**                    **$104.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____        ☐ Yes

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 539 of
1150

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| 3.2147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,048.00** |
|---|---|---|---|

**Dmitrij Harder**
**1317 Mettler Rd**
**Huntingdon Valley, PA 19006**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,963.00** |
|---|---|---|---|

**Dmitry Timonin**
**19614 Knightsridge Ln.**
**Houston, TX 77094**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$460.00** |
|---|---|---|---|

**Domenico Lella**
**14 Trina Lane**
**Staten Island, NY 10309**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,620.00** |
|---|---|---|---|

**Dominic Bagnoli**
**50 East Drive**
**Hartville, OH 44632**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Debtor   **Fox Ortega Enterprises, Inc.**                              Case number (if known) _____
         _____
         Name

| 3.2151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$8,785.00** |
|---|---|---|---|

**Dominick Pagano**
**339 NE 8th Ave**
**Delray Beach, FL 33483**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$11,404.00** |
|---|---|---|---|

**Dominick Stanzione**
**12 Stevens Drive**
**Holmdel, NJ 07733**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,165.00** |
|---|---|---|---|

**Don Brazelton**
**1510 NE Trilein Dr.**
**Ankeny, IA 50021**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$6,269.00** |
|---|---|---|---|

**Don Carlson**
**353 Sacramento St, 16th Floor**
**San Francisco, CA 94111**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

| | | |
|---|---|---|
| 3.2155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $119.00 |

**Don Celentano**
**150 Columbus Ave**
**New York, NY 10023**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

3.2156 **Nonpriority creditor's name and mailing address**        $2,247.00

**Don Cleveland**
**14181 Half Moon Bay Drive**
**Del Mar, CA 92014**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

3.2157 **Nonpriority creditor's name and mailing address**        $1,675.00

**Don Dao**
**PO Box 15817**
**Washington, DC 20003**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

3.2158 **Nonpriority creditor's name and mailing address**        $1,309.00

**Don De Moss**
**139 Ronada Avenue**
**Piedmont, CA 94611**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 542 of 1150

Debtor    **Fox Ortega Enterprises, Inc.**                                    Case number *(if known)*
_____
Name

| 3.2159 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,659.00** |
|---|---|---|---|

**Don Emmons**
**2552 Greenwich St**
**San Francisco, CA 94123**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____     **Is the claim subject to offset?**
■ No
Last 4 digits of account number _____     ☐ Yes

| 3.2160 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,394.00** |
|---|---|---|---|

**Don Fox**
**625 Lincoln Ave.**
**San Jose, CA 95126**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____     **Is the claim subject to offset?**
■ No
Last 4 digits of account number _____     ☐ Yes

| 3.2161 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$75,575.00** |
|---|---|---|---|

**Don Goodrich**
**1016 Burnet Dr**
**Allen, TX 75002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____     **Is the claim subject to offset?**
■ No
Last 4 digits of account number _____     ☐ Yes

| 3.2162 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$33,358.00** |
|---|---|---|---|

**Don Harary**
**2276 S. Beverly Glen**
**Los Angeles, CA 90064**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____     **Is the claim subject to offset?**
■ No
Last 4 digits of account number _____     ☐ Yes

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 543 of 1150

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| 3.2163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$165.00** |

**Don Kania**
**36505 SW Southwind Drive**
**Hillsboro, OR 97123**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,318.00** |

**Don Katz**
**136 El Camino Drive**
**Beverly Hills, CA 90212**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,479.00** |

**Don Keating**
**127 Sydney Lane**
**Redwood City, CA 94063**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$259.00** |

**Don Kern**
**6928 96th Ave SE**
**Mercer Island, WA 98040**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 544 of 1150

Debtor **Fox Ortega Enterprises, Inc.**                          Case number (if known) _____
_____
Name

| 3.2167 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$509.00** |
|---|---|---|---|

**Don Kruger**
**2072 Granger Way**
**Lummi Island, WA 98262**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____     **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____     ☐ Yes

---

| 3.2168 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$83.00** |
|---|---|---|---|

**Don Littleton**
**6005 Mach 1 Drive**
**Colorado Springs, CO 80918**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____     **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____     ☐ Yes

---

| 3.2169 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,499.00** |
|---|---|---|---|

**Don Nieter**
**5925 N River Rd**
**Waterville, OH 43566**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____     **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____     ☐ Yes

---

| 3.2170 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,192.00** |
|---|---|---|---|

**Don Ralphs**
**242 Homewood Rd**
**Los Angeles, CA 90049**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____     **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____     ☐ Yes

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 545 of 1150

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known)
_____
Name

| | | |
|---|---|---|
| 3.2171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$495.00** |

3.2171 **Nonpriority creditor's name and mailing address**

**Don Robert**
**475 Anton Blvd.**
**Newport Beach, CA 92657**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

3.2172 **Nonpriority creditor's name and mailing address**

**Don Rutherford**
**19619 Sweetgum Forest Drive**
**Humble, TX 77346**

As of the petition filing date, the claim is: **$7,897.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

3.2173 **Nonpriority creditor's name and mailing address**

**Don Scully**
**11133 South Lakeside Oaks Ave**
**Baton Rouge, LA 70810**

As of the petition filing date, the claim is: **$935.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

3.2174 **Nonpriority creditor's name and mailing address**

**Don Stanford**
**2232 Carleton St.**
**Berkeley, CA 94704**

As of the petition filing date, the claim is: **$135.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 546 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

---

| 3.2175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$27,195.00** |
|---|---|---|---|

**Don Stott**
**111 Bellevue Avenue**
**Summit, NJ 07901**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$589.00** |
|---|---|---|---|

**Don Surh**
**10 Kingsford Ct**
**Napa, CA 94558**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,159.00** |
|---|---|---|---|

**Don Van Hook**
**13032 S. 35 St.**
**Phoenix, AZ 85044**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,172.00** |
|---|---|---|---|

**Don Wattenbarger**
**101 Misty Hill Lane**
**Eureka, CA 95503**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 547 of 1150

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.2179** | **Nonpriority creditor's name and mailing address**

**Donald Chimene**
**8 Bluebird Ct**
**Edison, NJ 08820**

As of the petition filing date, the claim is: **$314.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.2180** | **Nonpriority creditor's name and mailing address**

**Donald Eldred**
**946 Fairmount Avenue**
**Saint Paul, MN 55105**

As of the petition filing date, the claim is: **$101.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.2181** | **Nonpriority creditor's name and mailing address**

**Donald Elias**
**766 Newmans Lane**
**Martinsville, NJ 08836**

As of the petition filing date, the claim is: **$220.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.2182** | **Nonpriority creditor's name and mailing address**

**Donald Goldstein**
**8626 Amestoy  Ave**
**Northridge, CA 91325**

As of the petition filing date, the claim is: **$329.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| **3.2183** | **Nonpriority creditor's name and mailing address** |

**Donald Hawks**
**80 Danvers Lane**
**New Canaan, CT 06840**

As of the petition filing date, the claim is: **$1,049.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| **3.2184** | **Nonpriority creditor's name and mailing address** |

**Donald Henley**
**201 Santa Monica Boulevard**
**Santa Monica, CA 90401**

As of the petition filing date, the claim is: **$6,372.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| **3.2185** | **Nonpriority creditor's name and mailing address** |

**Donald Hutchison**
**12 Withington Rd**
**Scarsdale, NY 10583**

As of the petition filing date, the claim is: **$1,124.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| **3.2186** | **Nonpriority creditor's name and mailing address** |

**Donald Jacobs**
**17651 Bearpath Trail**
**Eden Prairie, MN 55347**

As of the petition filing date, the claim is: **$270.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 549 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.2187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,643.00 |
|---|---|---|---|

**Donald Laidlaw**
**PO Box 2705**
**Borrego Springs, CA 92004**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.2188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,619.00 |
|---|---|---|---|

**Donald Niemann**
**33 Hennessy Ridge Road**
**Saint Helena, CA 94574**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.2189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $18,491.00 |
|---|---|---|---|

**Donald O'Leary**
**201 Maywood Way**
**South San Francisco, CA 94080**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.2190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,141.00 |
|---|---|---|---|

**Donald Patz**
**8 Nicholas Ct**
**Napa, CA 94558**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**                          Case number (if known) _____

Name

| 3.2191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,244.00 |

**Donald Pratt**
**337 Harper Pl**
**Highland Park, NJ 08904**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2192 | **Nonpriority creditor's name and mailing address** | | $79.00 |

**Donald Rio**
**1221 Grizzley Peak Blvd**
**Berkeley, CA 94708**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2193 | **Nonpriority creditor's name and mailing address** | | $4,090.00 |

**Donald Simmons**
**3960 W. 37th Court**
**Anchorage, AK 99517**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2194 | **Nonpriority creditor's name and mailing address** | | $4,833.00 |

**Donald Sionne**
**1173 Canyon Drive**
**Hollister, CA 95023**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 551 of 1150

Debtor **Fox Ortega Enterprises, Inc.**           Case number (if known) _____

Name

| 3.2195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,294.00 |
|---|---|---|---|

**Donald Sritong**
**3806 N Oakley St**
**Chicago, IL 60618**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $21,880.00 |
|---|---|---|---|

**Donald Suter**
**1050 Walden Road**
**Lake Forest, IL 60045**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $79.00 |
|---|---|---|---|

**Donald Sweet**
**908 N. Elm**
**Hinsdale, IL 60521**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,519.00 |
|---|---|---|---|

**Donald Takami**
**414 Aragon Ct**
**El Dorado Hills, CA 95762**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 552 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | |
|---|---|
| 3.2199 | **Nonpriority creditor's name and mailing address** |

**Donald Thomas**
**9208 Bradford Rd.**
**Silver Spring, MD 20901**

As of the petition filing date, the claim is: **$156,935.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.2200 | **Nonpriority creditor's name and mailing address** |

**Donald W Walls**
**1891 Curtis St.**
**Denver, CO 80202**

As of the petition filing date, the claim is: **$899.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.2201 | **Nonpriority creditor's name and mailing address** |

**donghyek Lim**
**120 Riverside Blvd**
**New York, NY 10069**

As of the petition filing date, the claim is: **$110.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.2202 | **Nonpriority creditor's name and mailing address** |

**Dongsu Chris Kim**
**SEOCHOGU KANGNAMGU**
**Seoul, 10082**
**SOUTH KOREA**

As of the petition filing date, the claim is: **$26,281.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**                                Case number *(if known)* _____

Name

| 3.2203 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$170.00** |

**Donn Rutkoff**
**7366 Mesa College Dr**
**San Diego, CA 92111**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2204 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$31.00** |

**Donna Ferrell**
**1100 S. Hope Ave**
**Los Angeles, CA 90015**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2205 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$41.00** |

**Donna Lehman**
**4320 Sprucebough Dr**
**Marietta, GA 30062**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2206 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$402.00** |

**Donna Murphy**
**1313 Washington St., #222**
**Boston, MA 02118**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 554 of 1150

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____

Name

| 3.2207 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$167.00** |

**Donna Pashkevich**
**499 Park Avenue**
**New York, NY 10022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2208 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,499.00** |

**Dora Lau**
**2901 N. Beverly Glen Blvd.**
**Los Angeles, CA 90077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2209 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,279.00** |

**Dorian Khouri**
**3556 Beverly Ridge Dr.**
**Sherman Oaks, CA 91423**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2210 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$765.00** |

**Doron Kalman**
**6070 Woodhaven Blvd.**
**Elmhurst, NY 11373**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 555 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | |
|---|---|
| 3.2211 | **Nonpriority creditor's name and mailing address** |

**Dorothy Corbin**
**1410 Galloway Drive**
**Woodstock, IL 60098**

As of the petition filing date, the claim is: $629.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.2212 | **Nonpriority creditor's name and mailing address** |

**Dorothy Sparks**
**1169 Union Ave, #449**
**Memphis, TN 38104**

As of the petition filing date, the claim is: $799.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.2213 | **Nonpriority creditor's name and mailing address** |

**Doug A Fordyce**
**26 S Cheska Ln**
**Houston, TX 77024**

As of the petition filing date, the claim is: $407.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.2214 | **Nonpriority creditor's name and mailing address** |

**Doug Ackerman**
**721 Kenola Court**
**Lake Oswego, OR 97034**

As of the petition filing date, the claim is: $5,209.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known)

Name

| 3.2215 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$959.00** |
|---|---|---|---|

**Doug Anderson**
**125 South Jefferson**
**Chicago, IL 60661**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.2216 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,771.00** |
|---|---|---|---|

**Doug Bower**
**970 Leo Drive**
**San Jose, CA 95129**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.2217 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$784.00** |
|---|---|---|---|

**Doug Bui**
**1604 Spring Hill Road**
**Vienna, VA 22182**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.2218 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$489.00** |
|---|---|---|---|

**Doug Dundas**
**PO Box 262**
**Salt Point, NY 12578**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor  **Fox Ortega Enterprises, Inc.**
_____  Case number (if known) _____
Name

| 3.2219 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,177.00** |

3.2219 | **Nonpriority creditor's name and mailing address**

**Doug Durbin**
**2319 NW Blue Ridge Dr**
**Seattle, WA 98177**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,177.00**

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____

☐ Yes

---

3.2220 | **Nonpriority creditor's name and mailing address**

**Doug Fahey**
**6608 Quaker Ridge Road**
**Rockville, MD 20852**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$467.00**

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____

☐ Yes

---

3.2221 | **Nonpriority creditor's name and mailing address**

**Doug Forbes**
**213 Erie Ave**
**Seattle, WA 98122**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$339.00**

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____

☐ Yes

---

3.2222 | **Nonpriority creditor's name and mailing address**

**Doug Hale**
**22233 53rd Ave SE**
**Bothell, WA 98021**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$279.00**

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____

☐ Yes

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 558 of 1150

Debtor     **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____
           _____
           Name

| 3.2223 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$169.00** |

**Doug Kardash**
**60516 Elkai Woods Drive**
**Bend, OR 97702**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2224 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$219.00** |

**Doug Makishima**
**5727 Signal Hill Dr.**
**Dublin, CA 94568**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2225 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,729.00** |

**Doug May**
**3050 Talinga Drive**
**Livermore, CA 94550**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2226 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$22,329.00** |

**Doug Meal**
**164 Greystone Lane**
**Sudbury, MA 01776**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 559 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.2227 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$911.00** |
|---|---|---|---|

**Doug Neilsson**
**7162 Wooded Lake Dr.**
**San Jose, CA 95120**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2228 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$10.00** |
|---|---|---|---|

**Doug Pierson**
**1004 White Chimney Ct**
**Great Falls, VA 22066**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2229 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,314.00** |
|---|---|---|---|

**Doug Robarts**
**PO Box 342**
**Wilton, CA 95693**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2230 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$359.00** |
|---|---|---|---|

**Doug Salaway**
**12027 N 62nd Place**
**Scottsdale, AZ 85254**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
　　　　　Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.2231 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$1,650.00** |

**3.2231** **Nonpriority creditor's name and mailing address**
**Doug Sayed**
**11617 Northeast 111th St**
**Kirkland, WA 98033**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.2232** **Nonpriority creditor's name and mailing address**
**Doug Semmen**
**2080 East Saint Andrew**
**Fresno, CA 93730**

As of the petition filing date, the claim is: **$167.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.2233** **Nonpriority creditor's name and mailing address**
**Doug Sher**
**1919 W Crystal St**
**Chicago, IL 60622**

As of the petition filing date, the claim is: **$4,948.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.2234** **Nonpriority creditor's name and mailing address**
**Doug Vu**
**1310 Minnesota**
**San Francisco, CA 94107**

As of the petition filing date, the claim is: **$387.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 561 of 1150

Debtor **Fox Ortega Enterprises, Inc.**　　Case number (if known) _____

Name

| 3.2235 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,382.00 |
|---|---|---|---|

**Doug Weisberg**
**c/o Expert Server Group**
**Bedford, NH 03110**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2236 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $631.00 |
|---|---|---|---|

**Douglas Adler**
**201 Ocean Ave.**
**Santa Monica, CA 90402**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2237 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $69.00 |
|---|---|---|---|

**Douglas Beaton**
**365 29th St**
**San Francisco, CA 94131**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2238 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $43,252.00 |
|---|---|---|---|

**Douglas Bishop**
**3008 Emerald Chase Dr**
**Oak Hill, VA 20171**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com　　Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____

Name

| | |
|---|---|
| 3.2239 | **Nonpriority creditor's name and mailing address** |

| 3.2239 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,551.00** |
|---|---|---|---|

**3.2239** | **Nonpriority creditor's name and mailing address**

**Douglas Breen**
**209 Venetian Rd.**
**Aptos, CA 95003**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**As of the petition filing date, the claim is:** **$2,551.00**

---

**3.2240** | **Nonpriority creditor's name and mailing address**

**Douglas Burton**
**7317 Caenen Lake Rd.**
**Shawnee, KS 66216**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**As of the petition filing date, the claim is:** **$17,084.00**

---

**3.2241** | **Nonpriority creditor's name and mailing address**

**Douglas Calahan**
**2964 Peachtree Rd**
**Atlanta, GA 30305**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**As of the petition filing date, the claim is:** **$2,428.00**

---

**3.2242** | **Nonpriority creditor's name and mailing address**

**Douglas Campbell**
**750 N. Kendrick**
**Flagstaff, AZ 86001**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**As of the petition filing date, the claim is:** **$40,860.00**

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 563 of 1150

Debtor **Fox Ortega Enterprises, Inc.**      Case number (if known) _____

Name

| | |
|---|---|
| 3.2243 | **Nonpriority creditor's name and mailing address** |

**Douglas Capadona**
**2525 N shefield Ave apt 1d**
**Chicago, IL 60614**

As of the petition filing date, the claim is:        **$839.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.2244 | **Nonpriority creditor's name and mailing address** |

**Douglas Ciocca**
**13260 Falmouth Street**
**Leawood, KS 66209**

As of the petition filing date, the claim is:        **$319.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.2245 | **Nonpriority creditor's name and mailing address** |

**Douglas Clark**
**1705 Summerfield Ave**
**Grand Island, NE 68803**

As of the petition filing date, the claim is:        **$270.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.2246 | **Nonpriority creditor's name and mailing address** |

**Douglas Colthurst**
**3420 W. Elm**
**McHenry, IL 60050**

As of the petition filing date, the claim is:        **$719.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.2247** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$225.00**

**Douglas Coy**
**BNY Capital**
**Roseland, NJ 07068**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

**3.2248** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,439.00**

**Douglas Dance**
**6871 Olympic View Ct. NW**
**Silverdale, WA 98383**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

**3.2249** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,879.00**

**Douglas Evans**
**114 Academy Road**
**North Andover, MA 01845**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

**3.2250** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,259.00**

**Douglas Fleit**
**11621 Great Falls Way**
**Great Falls, VA 22066**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
    Name

Case number (if known) _____

| 3.2251 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,337.00** |

**Douglas Fraser**
**3329 Brittan Ave.**
**San Carlos, CA 94070**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2252 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$541.00** |

**Douglas Gilliand**
**323 NW 13th Ave.**
**Portland, OR 97209**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2253 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$30,281.00** |

**Douglas Goodwillie**
**214 Hawley Lane**
**Geneva, IL 60134**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2254 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,137.00** |

**Douglas Hampton**
**220 17th Ave. East**
**Seattle, WA 98112**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**                     Case number (if known) _____
_____
Name

| 3.2255 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,180.00** |

**Douglas Humphrey**
**308 Montgomery Street**
**Laurel, MD 20707**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

---

| 3.2256 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$259.00** |

**Douglas Karol**
**100 Estate Drive**
**Jericho, NY 11753**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

---

| 3.2257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,832.00** |

**Douglas Kelley**
**4068 Purdue Avenue**
**Dallas, TX 75225**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

---

| 3.2258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$374.00** |

**Douglas Kilduff**
**100 Howe Avenue**
**Sacramento, CA 95825**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.2259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,037.00** |

**Douglas Lee**
**16002 Beach Drive NE**
**Seattle, WA 98155**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2260 | **Nonpriority creditor's name and mailing address** | | **$1,392.00** |

**Douglas Lehrer**
**9237 Village Green Dr**
**Cincinnati, OH 45242**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2261 | **Nonpriority creditor's name and mailing address** | | **$170.00** |

**Douglas Levene**
**45 Ryders Lane**
**Wilton, CT 06897**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2262 | **Nonpriority creditor's name and mailing address** | | **$259.00** |

**Douglas Messina**
**39 Woodland Dr.**
**Suffern, NY 10901**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 568 of 1150

Debtor  **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.2263 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $76,655.00 |
|---|---|---|---|

**Douglas Poling**
**177 Golden Pond Lane**
**Fairfield, CT 06824**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2264 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $50.00 |
|---|---|---|---|

**Douglas Powers**
**27372 Eagle View Ct**
**El Macero, CA 95618**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2265 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $7,562.00 |
|---|---|---|---|

**Douglas Ross**
**4715 24th Street N**
**Arlington, VA 22207**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2266 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $779.00 |
|---|---|---|---|

**Douglas Schatz**
**P.O. Box 481**
**Fort Collins, CO 80522**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

Debtor __Fox Ortega Enterprises, Inc.__      Case number (if known) _____

Name

| | |
|---|---|
| **3.2267** | **Nonpriority creditor's name and mailing address** |

**Douglas Schwartz**
**P.O. Box 13611**
**El Paso, TX 79913**

As of the petition filing date, the claim is:      **$2,864.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| **3.2268** | **Nonpriority creditor's name and mailing address** |

**Douglas Sheline**
**33 Bradenham Pl**
**Buffalo, NY 14226**

As of the petition filing date, the claim is:      **$3,617.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| **3.2269** | **Nonpriority creditor's name and mailing address** |

**Douglas Smith**
**2800 Pine Hollow Road**
**Oakton, VA 22124**

As of the petition filing date, the claim is:      **$10,369.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| **3.2270** | **Nonpriority creditor's name and mailing address** |

**Douglas Wolford**
**8116 Arlington Blvd.**
**Falls Church, VA 22042**

As of the petition filing date, the claim is:      **$9,639.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 570 of 1150

Debtor  **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
         Name

---

| 3.2271 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$79.00** |
|---|---|---|---|

**Douglass Judd**
**2999 Canyon Rd.**
**Burlingame, CA 94010**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2272 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$77.00** |
|---|---|---|---|

**Doxia Dargaty**
**21 S End Ave**
**New York, NY 10280**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2273 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,204.00** |
|---|---|---|---|

**Doyoon Kim**
**8100 River Rd, Apt # 813**
**North Bergen, NJ 07047**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2274 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$419.00** |
|---|---|---|---|

**DR ERIC SCHEID**
**2134 W RUE ST MICHEL**
**Fresno, CA 93711**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 571 of 1150

Debtor  **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____
_____
Name

| 3.2275 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $872.00 |

**Dr. Dangvu**
**401 E 18TH ST**
**OAKLAND, CA 94606**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____

☐ Yes

---

| 3.2276 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $130.00 |

**Dr. James Albert**
**9 El Encanto Drive**
**Colorado Springs, CO 80906**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____

☐ Yes

---

| 3.2277 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $49.00 |

**Dr. James Pennington**
**4 Toledo Dr.**
**Lafayette, CA 94549**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____

☐ Yes

---

| 3.2278 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $12,533.00 |

**Dr. Michael Schmookler**
**3400 Dundee Rd. Ste 100**
**Northbrook, IL 60062**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**    Case number (if known) _____

Name

| | |
|---|---|
| 3.2279 | **Nonpriority creditor's name and mailing address** |

**Dr. Zuhayr Hemady**
**120 Hinckley Road**
**Milton, MA 02186**

As of the petition filing date, the claim is:    **$102,933.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.2280 | **Nonpriority creditor's name and mailing address** |

**Drew Gyorke**
**70 John Street**
**San Francisco, CA 94133**

As of the petition filing date, the claim is:    **$1,182.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.2281 | **Nonpriority creditor's name and mailing address** |

**Drew Malcolm**
**552 Ballantree Road**
**West Vancouver, BC V7S1W3**
**CANADA**

As of the petition filing date, the claim is:    **$47,043.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.2282 | **Nonpriority creditor's name and mailing address** |

**Drew Parker**
**3517 Wellington Drive SE**
**Roanoke, VA 24014**

As of the petition filing date, the claim is:    **$2,254.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 573 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
　　　　　Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.2283 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$159,334.00** |

**Drew Petersen**
**360 Spruce St**
**Chadron, NE 69337**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.2284 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,287.00** |

**Drummond Pike**
**312 Montford Ave.**
**Mill Valley, CA 94941**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.2285 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$12,913.00** |

**Duane Coker**
**1413 E. McKinney St.**
**Denton, TX 76209**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.2286 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$559.00** |

**Duane Miller**
**9708 Palmbrook Dr**
**Austin, TX 78717**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050　Doc# 16　Filed: 01/21/16　Entered: 01/21/16 15:42:32　Page 574 of 1150

Debtor   **Fox Ortega Enterprises, Inc.**                              Case number (if known) _____
         _____
         Name

| 3.2287 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$660.00** |
|---|---|---|---|

**Duane Onomiya**
**1038 Century Dr.**
**Napa, CA 94558**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2288 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$42,929.00** |
|---|---|---|---|

**Duane Roe**
**1050 Merriman Rd**
**Akron, OH 44303**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2289 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$89.00** |
|---|---|---|---|

**Duey Kratzer**
**3601 W 32nd Ave**
**Denver, CO 80211**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2290 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$359.00** |
|---|---|---|---|

**Duilio Ramallo**
**433 26th Street**
**Manhattan Beach, CA 90266**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | |
|---|---|
| 3.2291 | **Nonpriority creditor's name and mailing address** |

**Duke McHugh**
**215 Chadwick Drive**
**West Monroe, LA 71291**

**As of the petition filing date, the claim is:** $420.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.2292 | **Nonpriority creditor's name and mailing address** |

**Duncan Ballash**
**3413 Kenneth Drive**
**Palo Alto, CA 94303**

**As of the petition filing date, the claim is:** $3,845.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.2293 | **Nonpriority creditor's name and mailing address** |

**Dusan Keres**
**4179 Caminito Davila**
**San Diego, CA 92122**

**As of the petition filing date, the claim is:** $1,029.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.2294 | **Nonpriority creditor's name and mailing address** |

**Dustin Puim**
**1601 Vineyard Rd.**
**Roseville, CA 95747**

**As of the petition filing date, the claim is:** $1,749.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor  **Fox Ortega Enterprises, Inc.**  Case number (if known) _____

Name

| 3.2295 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $7,768.00 |
|---|---|---|---|

**Dwayne Baharozian**
**40 Magnolia Dr.**
**Westford, MA 01886**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

---

| 3.2296 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $379.00 |
|---|---|---|---|

**Dwight Merriman**
**737 Washinton St.**
**New York, NY 10014**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

---

| 3.2297 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,402.00 |
|---|---|---|---|

**Dwight Nadamoto**
**637 Hakaka Place**
**Honolulu, HI 96816**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

---

| 3.2298 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $197.00 |
|---|---|---|---|

**Dwight Simar**
**1181 Levert Rd**
**Saint Martinville, LA 70582**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 577 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known)

| 3.2299 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$261.00** |

**E Charles Rowan**
**11428 Links Drive**
**Reston, VA 20190**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2300 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$40,000.00** |

**E. James Langham**
**491 30th St**
**Oakland, CA 94609**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2301 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$901.00** |

**E. Porter Merriman**
**204 Greenfield Ave.**
**San Rafael, CA 94901**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2302 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,529.00** |

**E. Rawson Griffin III**
**3110 Sea Marsh Road**
**Amelia Island, FL 32034**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 578 of 1150

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____

Name

| | |
|---|---|
| 3.2303 | |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                    **$1,019.00**

**E. Smith**                                                *Check all that apply.*
**320 Alabama St**                                          ☐ Contingent
**San Francisco, CA 94110**                                 ☐ Unliquidated
                                                            ☐ Disputed

                                                            **Basis for the claim:**

Date or dates debt was incurred   _____            **Is the claim subject to offset?**

                                                            ☐ No

Last 4 digits of account number   _____            ☐ Yes

---

| 3.2304 | |
|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                    **$45.00**

**E.James Langham MD**                                      *Check all that apply.*
**491 30th St.**                                            ☐ Contingent
**Oakland, CA 94609**                                       ☐ Unliquidated
                                                            ☐ Disputed

                                                            **Basis for the claim:**

Date or dates debt was incurred   _____            **Is the claim subject to offset?**

                                                            ☐ No

Last 4 digits of account number   _____            ☐ Yes

---

| 3.2305 | |
|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                    **$409.00**

**E.W. Proctor**                                            *Check all that apply.*
**620 33rd Avenue East**                                    ☐ Contingent
**Seattle, WA 98112**                                       ☐ Unliquidated
                                                            ☐ Disputed

                                                            **Basis for the claim:**

Date or dates debt was incurred   _____            **Is the claim subject to offset?**

                                                            ☐ No

Last 4 digits of account number   _____            ☐ Yes

---

| 3.2306 | |
|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is:                    **$1,323.00**

**Earl Hodin**                                              *Check all that apply.*
**1200 N Nash**                                             ☐ Contingent
**Arlington, VA 22209**                                     ☐ Unliquidated
                                                            ☐ Disputed

                                                            **Basis for the claim:**

Date or dates debt was incurred   _____            **Is the claim subject to offset?**

                                                            ☐ No

Last 4 digits of account number   _____            ☐ Yes

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 579 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | |
|---|---|
| 3.2307 | **Nonpriority creditor's name and mailing address** |

**Earl Holloway**
**4 Pury Ct.**
**Pleasanton, CA 94588**

As of the petition filing date, the claim is: **$3,074.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.2308 | **Nonpriority creditor's name and mailing address** |

**Earl Mangin**
**7777 Southwest Freeway**
**Houston, TX 77074**

As of the petition filing date, the claim is: **$719.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.2309 | **Nonpriority creditor's name and mailing address** |

**Eavon Rolich**
**7006 Park Circle**
**Middleton, WI 53562**

As of the petition filing date, the claim is: **$268.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.2310 | **Nonpriority creditor's name and mailing address** |

**Ed Ballis**
**127 Ashford Road**
**Longmeadow, MA 01106**

As of the petition filing date, the claim is: **$57,315.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____
_____
Name

| 3.2311 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,029.00** |

**Ed Chin**
**726 Folkstone Ave**
**San Mateo, CA 94402**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2312 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$24,928.00** |

**Ed Finch**
**2405 Henrietta Rd.**
**Birmingham, AL 35223**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2313 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$282.00** |

**Ed Geffner**
**160 Riverside Drive**
**New York, NY 10024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2314 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$479.00** |

**Ed Jackson**
**204 Fieldstone Lane**
**Peachtree City, GA 30269**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 581 of 1150

Debtor    **Fox Ortega Enterprises, Inc.**        Case number (if known) _____
_____
Name

| | |
|---|---|
| **3.2315** | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**      **$127.00**

**3.2315**

**Nonpriority creditor's name and mailing address**

**Ed Jadallah**
**1513 Ralston Ave.**
**Belmont, CA 94002**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**3.2316**

**Nonpriority creditor's name and mailing address**      **$196.00**

**Ed Johnson**
**64 Winslow ave**
**Norwood, MA 02062**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**3.2317**

**Nonpriority creditor's name and mailing address**      **$114.00**

**Ed McCarthy**
**2110 Frederick Douglas Blvd.**
**New York, NY 10026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**3.2318**

**Nonpriority creditor's name and mailing address**      **$179.00**

**Ed Murray**
**12 Fort Street**
**Fairhaven, MA 02719**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 582 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.2319 | **Nonpriority creditor's name and mailing address** |

**Ed Porth**
**11848 Meajean Place**
**San Diego, CA 92129**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$2,200.00**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.2320 | **Nonpriority creditor's name and mailing address** |

**Ed Praskiewicz**
**1809 California St, #204**
**San Francisco, CA 94109**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$225.00**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.2321 | **Nonpriority creditor's name and mailing address** |

**Ed Restani**
**807 Ambriance Dr**
**Burr Ridge, IL 60527**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$155.00**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.2322 | **Nonpriority creditor's name and mailing address** |

**Ed Roach**
**6 Seaview**
**Piedmont, CA 94611**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$863.00**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 583 of 1150

Debtor    **Fox Ortega Enterprises, Inc.**                                Case number *(if known)*
          Name

| 3.2323 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,147.00 |
|--------|---------------------------------------|--------------------------------|-----------|

**Ed Rose**
**405 Creek Landing Street**
**Daniel Island, SC 29492**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2324 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,196.00 |
|--------|---------------------------------------|--------------------------------|-----------|

**Ed Sappin**
**150 N 5th St**
**Brooklyn, NY 11211**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2325 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,189.00 |
|--------|---------------------------------------|--------------------------------|-----------|

**Ed Sellers**
**4645 Pine Grove Ct.**
**Columbia, SC 29206**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2326 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $112.00 |
|--------|---------------------------------------|--------------------------------|-----------|

**Ed Smith**
**2333 Kapiolani Bl**
**Honolulu, HI 96826**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 584 of 1150

Debtor **Fox Ortega Enterprises, Inc.**　　　　　　　Case number (if known) _____
　　　　　Name

| | | |
|---|---|---|
| 3.2327 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$899.00** |

**Ed Stravitz**
**5839 Windsor Terrace**
**Boca Raton, FL 33496**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2328 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,710.00** |

**Ed Tam**
**50 Wheatley Road**
**Brookville, NY 11545**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2329 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$375.00** |

**Ed Wishner C/O Darren or Russell**
**20929 Ventura Blvd**
**Woodland Hills, CA 91364**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2330 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$176,557.00** |

**Ed Zimmerman**
**201 Hartshorn Drive**
**Short Hills, NJ 07078**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Debtor    **Fox Ortega Enterprises, Inc.**        Case number (if known) _____

Name

| 3.2331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,018.00 |
|---|---|---|---|

**Eddie Bernhardt**
**4620 NE 14th Pl.**
**Portland, OR 97211**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $927.00 |
|---|---|---|---|

**Eddie Brown**
**4424 Gaines Ranch Loop**
**Austin, TX 78735**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $380.00 |
|---|---|---|---|

**Edgar Brown**
**1160 Promenade Street**
**Hercules, CA 94547**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,990.00 |
|---|---|---|---|

**Edgar Mora**
**244 5th Ave.**
**New York, NY 10001**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 586 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.2335 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$1,359.00** |

**Edison Lee**
**6/F, FLAT B, BLOCK 1, HILL**
**PARAMPUNT**
**18 HIN TAI STREET, TAI WAI**
**HONG KONG**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.2336 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$165.00** |

**Ediz Ertekin**
**4355 Harbord Dr**
**Oakland, CA 94618**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.2337 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$249.00** |

**Edmund Emrich**
**c/o Kaye Scholer LLP**
**New York, NY 10022**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.2338 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$38.00** |

**Edmund Guelld**
**571 Pointe Pacific Dr**
**Daly City, CA 94014**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 587 of 1150

Debtor  **Fox Ortega Enterprises, Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.2339 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,137.00 |

**Edmund Mudge**
**PO Box 30**
**Rector, PA 15677**

_____

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.2340 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,390.00 |

**Edmund O'Donnell**
**4333 Genessee St.**
**Kansas City, MO 64111**

_____

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.2341 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $489.00 |

**Edson Santos**
**1155 Brickell Bay Drive, Apt 2608**
**Miami, FL 33131**

_____

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.2342 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,199.00 |

**Eduardo Aguilar**
**6111 Dunraven Rd**
**Golden, CO 80403**

_____

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 588 of 1150

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.2343 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$135.00** |

**Eduardo Fischer**
**Leopoldo Coutgo de Magalhces, 758 FL**
**18**
**Sao Paulo, 4524**
**BRAZIL**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2344 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$42,158.00** |

**Edward A Forszt**
**140 Hepburn Road, Apt 17F**
**Clifton, NJ 07012**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2345 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$119.00** |

**Edward Atsinger**
**4880 Santa Rosa Road**
**Camarillo, CA 93012**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2346 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,156.00** |

**Edward Auyang**
**5600 Mariola Place NE**
**Albuquerque, NM 87111**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor  **Fox Ortega Enterprises, Inc.**                          Case number (if known) _____
_____
Name

| 3.2347 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,745.00** |

**Edward Baker**
**2420 Gough Street**
**San Francisco, CA 94123**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.2348 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,618.00** |

**Edward Basile**
**3543 Chesapeake St NW**
**Washington, DC 20008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.2349 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$13,696.00** |

**Edward Baum**
**789 Dolores St.**
**San Francisco, CA 94110**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.2350 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$32.00** |

**Edward Boduch**
**623 N Clark Drive**
**Palatine, IL 60074**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 590 of
1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

| | |
|---|---|
| 3.2351 | **Nonpriority creditor's name and mailing address** |

**Edward Cady**
**208 Orchard Hills Dr**
**Ann Arbor, MI 48104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$3,132.00

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| | |
|---|---|
| 3.2352 | **Nonpriority creditor's name and mailing address** |

**Edward Chadwick**
**4449 Major Ave**
**Waterford, MI 48329**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$8,171.00

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| | |
|---|---|
| 3.2353 | **Nonpriority creditor's name and mailing address** |

**Edward Chin**
**138-26 60th Avenue**
**Flushing, NY 11355**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$294.00

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| | |
|---|---|
| 3.2354 | **Nonpriority creditor's name and mailing address** |

**Edward Chu**
**Flat A, 57/F, Merton Block 2**
**38 New Praya**
**HONG KONG**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$1,566.00

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.2355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,394.00 |

**Edward Coker**
**14197 SW 132nd Terrace**
**Tigard, OR 97224**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.2356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,379.00 |

**Edward Elio Pratesi**
**17 Pondview Drive**
**Cromwell, CT 06416**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.2357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $499.00 |

**Edward Ellison**
**2177 Ironwood Ctr Dr.**
**Coeur D'Alene, ID 83814**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.2358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $591.00 |

**Edward Evans**
**P.O. Box 2531**
**Rancho Santa Fe, CA 92067**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor **Fox Ortega Enterprises, Inc.**                        Case number (if known) _____
_____
Name

| 3.2359 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$9,162.00** |

**Edward Frank Petrosky**
**8 Kensington Court**
**Warren, NJ 07059**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2360 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,233.00** |

**Edward Gorel**
**PO Box 1160**
**Mount Vernon, NY 10551**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2361 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,519.00** |

**Edward Gotch**
**2424 NW Johnson Street**
**Portland, OR 97210**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2362 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$191.00** |

**Edward Graham**
**1319 Elmwood Avenue**
**Berwyn, IL 60402**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**  Case number *(if known)* _____
_____
Name

| | |
|---|---|
| 3.2363 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$3,503.00** |

**Edward Hafer**
**8333 Beech Street**
**Arvada, CO 80005**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.2364 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$80,353.00** |

**Edward Hatfield**
**4905 Burley Hills Drive**
**Cincinnati, OH 45243**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.2365 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$1,465.00** |

**Edward Jaber**
**1216 Regent St**
**Alameda, CA 94501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.2366 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$599.00** |

**Edward Johnson**
**3530 Tilden NW**
**Washington, DC 20008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | |
|---|---|
| 3.2367 | **Nonpriority creditor's name and mailing address** |

**Edward Kessler**
**14505 Arnerich Hill Road**
**Los Gatos, CA 95032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**$10,752.00**

---

| | |
|---|---|
| 3.2368 | **Nonpriority creditor's name and mailing address** |

**Edward Kim**
**235 Berry St**
**San Francisco, CA 94158**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**$737.00**

---

| | |
|---|---|
| 3.2369 | **Nonpriority creditor's name and mailing address** |

**Edward Kniep**
**2355 Ball Drive**
**Saint Louis, MO 63146**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**$4,691.00**

---

| | |
|---|---|
| 3.2370 | **Nonpriority creditor's name and mailing address** |

**Edward Koonz**
**29 Hampton Drive**
**Nashua, NH 03063**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**$79.00**

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 595 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.2371 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,569.00** |

3.2371 | **Nonpriority creditor's name and mailing address**

**Edward Lazarus**
**11500 W. Olympic Blvd**
**Los Angeles, CA 90064**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

**$1,569.00**

---

3.2372 | **Nonpriority creditor's name and mailing address**

**Edward Lee**
**410 W. 53rd St.**
**New York, NY 10019**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

**$1,624.00**

---

3.2373 | **Nonpriority creditor's name and mailing address**

**Edward Lee**
**211 Sheephill Road**
**Riverside, CT 06878**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

**$1,429.00**

---

3.2374 | **Nonpriority creditor's name and mailing address**

**Edward Lee**
**704 San Conrado Terrace**
**Sunnyvale, CA 94085**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

**$319.00**

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 596 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.2375 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$659.00** |

**Edward Littlejohn**
**14911 National Ave.**
**Los Gatos, CA 95032**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.2376 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$1,799.00** |

**Edward McDermott**
**591 Redwood Highway**
**Mill Valley, CA 94941**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.2377 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$22,683.00** |

**Edward McLaughlin**
**2801 Ocean Drive**
**Vero Beach, FL 32963**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.2378 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$259.00** |

**Edward Mehren**
**215 N. Norton Ave**
**Los Angeles, CA 90004**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.2379 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $899.00 |
|---|---|---|---|

**Edward Morgan**
**19242 Mill Site Place**
**Leesburg, VA 20176**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

| 3.2380 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $239.00 |
|---|---|---|---|

**Edward Murphy**
**1150 Union Street**
**San Francisco, CA 94109**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

| 3.2381 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $399.00 |
|---|---|---|---|

**Edward Nevins**
**4030 Westlake Dr**
**Austin, TX 78746**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

| 3.2382 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,619.00 |
|---|---|---|---|

**Edward Peck**
**10 Platt Lane**
**Rye, NY 10580**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.2383 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,999.00 |

**Edward Pollak**
**24820 Riverwood Drive**
**Franklin, MI 48025**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2384 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $53.00 |

**Edward Ranuska**
**203 Veronica Ct.**
**Lanoka Harbor, NJ 08734**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2385 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,223.00 |

**Edward Roberson**
**211 Madison Street**
**Denver, CO 80206**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2386 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,273.00 |

**Edward Romer**
**235 Whipstick Rd**
**Wilton, CT 06897**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 599 of 1150

Debtor    **Fox Ortega Enterprises, Inc.**        Case number (if known) _____
<br>Name

| | |
|---|---|
| 3.2387 | |

**Nonpriority creditor's name and mailing address**
**Edward Schulten**
**12484 Regent Way**
**Oregon House, CA 95962**

**As of the petition filing date, the claim is:**      **$339.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.2388 | |

**Nonpriority creditor's name and mailing address**
**Edward Shaw**
**40 Melrose Ct**
**Hillsborough, CA 94010**

**As of the petition filing date, the claim is:**      **$1,814.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.2389 | |

**Nonpriority creditor's name and mailing address**
**Edward Sherman**
**419 S. Waiola Ave**
**La Grange, IL 60525**

**As of the petition filing date, the claim is:**      **$4,331.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.2390 | |

**Nonpriority creditor's name and mailing address**
**Edward Sickel**
**201 Main St.**
**Fort Worth, TX 76102**

**As of the petition filing date, the claim is:**      **$23,291.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 600 of 1150

Debtor **Fox Ortega Enterprises, Inc.**                     Case number (if known) _____
_____
Name

| 3.2391 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,479.00** |

**3.2391** | **Nonpriority creditor's name and mailing address**

**Edward Szalapski**
**850 Pleasent View Rd**
**Chanhassen, MN 55317**

As of the petition filing date, the claim is: **$3,479.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.2392** | **Nonpriority creditor's name and mailing address**

**Edward Tobe**
**1608 Augusta Circle**
**Mount Laurel, NJ 08054**

As of the petition filing date, the claim is: **$222.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.2393** | **Nonpriority creditor's name and mailing address**

**Edward Towle**
**37 Maple Ave.**
**Hastings on Hudson, NY 10706**

As of the petition filing date, the claim is: **$239.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.2394** | **Nonpriority creditor's name and mailing address**

**Edward Tsoi**
**Box 370**
**Estevan, SK S4A2A4**
**CANADA**

As of the petition filing date, the claim is: **$7,245.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.2395 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$150.00** |
|---|---|---|---|

**Edward Urlik**
**2240 Yates Ave.**
**Los Angeles, CA 90040**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.2396 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,399.00** |
|---|---|---|---|

**Edward Zimmerman**
**201 Hartshorn Dr.**
**Short Hills, NJ 07078**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.2397 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,819.00** |
|---|---|---|---|

**Edwin Berkowitz**
**2750 Scott St**
**San Francisco, CA 94123**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.2398 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$277.00** |
|---|---|---|---|

**Edwin Hoey**
**P.O. Box 7969**
**Santa Cruz, CA 95061**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.2399 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$3,869.00** |

**Edwin McDonald**
**1604 W. Escalon**
**Fresno, CA 93711**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.2400 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$364.00** |

**Edwin Trainer**
**1231 Vardy Blackwater Road**
**Sneedville, TN 37869**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.2401 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$495.00** |

**Edwin Williams**
**818 Chiles Ave**
**Saint Helena, CA 94574**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.2402 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$79.00** |

**Efrain Azmitia**
**345 Split Rock Rd.**
**Syosset, NY 11791**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

---

| 3.2403 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$119.00** |

**Efren Pedroza**
**Cerrada Cerro de Picachos 6236**
**Monterrey, 64347**
**MEXICO**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2404 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$1,067.00** |

**Ehab Sorial**
**225 Blackberry Drive**
**Stamford, CT 06903**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2405 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$69.00** |

**Eileen Hallmark**
**906 Heritage Place**
**Decatur, GA 30033**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2406 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$600.00** |

**Eileen Kramer**
**137 Purdue Avenue**
**Berkeley, CA 94708**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.2407 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$74.00** |

**Eilene Cross**
**6270 Stoneridge Mall Road**
**Pleasanton, CA 94588**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____  ☐ Yes

---

| | |
|---|---|
| 3.2408 | **Nonpriority creditor's name and mailing address** | **$79.00** |

**Eivind Sukkestad**
**733 Front Street**
**San Francisco, CA 94111**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____  ☐ Yes

---

| | |
|---|---|
| 3.2409 | **Nonpriority creditor's name and mailing address** | **$79.00** |

**Eivis Qenani**
**1730 Diablo Dr.**
**San Luis Obispo, CA 93405**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____  ☐ Yes

---

| | |
|---|---|
| 3.2410 | **Nonpriority creditor's name and mailing address** | **$1,103.00** |

**Elaine Fontana**
**6400 Westown Pkwy**
**West Des Moines, IA 50266**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| 3.2411 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $836.00 |

**Elaine Mermelstein**
**952 Suffolk St.**
**Cambria, CA 93428**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2412 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,229.00 |

**Eleanor Innes**
**84-12 35th Avenue**
**Jackson Heights, NY 11372**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2413 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,229.00 |

**Eli Borodow**
**8360 Mountainview Dr**
**Whistler, BC V5Y1V4**
**CANADA**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2414 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $9,244.00 |

**Eli Oates**
**227 N. Water Street**
**Milwaukee, WI 53202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 606 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.2415 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$14,624.00** |
|---|---|---|---|

**Elias Lazarides**
**7260 Romero Drive**
**La Jolla, CA 92037**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2416 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$179.00** |
|---|---|---|---|

**Elie Haddad**
**7310 SW 47th Ave**
**Coral Gables, FL 33143**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2417 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,583.00** |
|---|---|---|---|

**Elio Casinelli**
**2070 Beach Street**
**San Francisco, CA 94123**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2418 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,424.00** |
|---|---|---|---|

**Elissa Sterry**
**2302 Locke LN**
**Houston, TX 77019**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 607 of 1150

Debtor  **Fox Ortega Enterprises, Inc.**                                     Case number (if known) _____
_____
Name

| 3.2419 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$73.00** |

**Elizabeth Chaney**
**1810 San Lorenzo**
**Berkeley, CA 94707**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

---

| 3.2420 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$524.00** |

**Elizabeth Ettinger**
**1025 S. Madison St.**
**Denver, CO 80209**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

---

| 3.2421 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$777.00** |

**Elizabeth Gres**
**3709 S Honore**
**Chicago, IL 60609**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

---

| 3.2422 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$210.00** |

**Elizabeth Kennedy**
**2021 Tahuna Terr.**
**Corona Del Mar, CA 92625**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____ Case number (if known) _____
Name

| 3.2423 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $341.00 |
|---|---|---|---|

**Elizabeth Kessenides**
**144 E. 36th St.**
**New York, NY 10016**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2424 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $519.00 |
|---|---|---|---|

**Elizabeth Moore**
**111 Bruce Street**
**Pacifica, CA 94044**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2425 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $139.00 |
|---|---|---|---|

**Elizabeth Reardon**
**2638 15th Avenue**
**San Francisco, CA 94127**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2426 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,310.00 |
|---|---|---|---|

**Elizabeth Sugar**
**4301 Norwood Road**
**Baltimore, MD 21218**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 609 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.2427 | **Nonpriority creditor's name and mailing address** | **$3,161.00** |

**Ellen Farbstein**
**219 14th Street**
**Santa Monica, CA 90402**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.2428 | **Nonpriority creditor's name and mailing address** | **$739.00** |

**Ellen Killebrew**
**30 Redding Ct**
**Tiburon, CA 94920**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.2429 | **Nonpriority creditor's name and mailing address** | **$44.00** |

**Ellen McDermott**
**756 18 Avenue**
**San Francisco, CA 94121**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.2430 | **Nonpriority creditor's name and mailing address** | **$400.00** |

**Ellen Yamamoto**
**1729 Grant Street**
**Berkeley, CA 94703**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 610 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.2431 | **Nonpriority creditor's name and mailing address** |

**Elliot Goldman**
**1844 Michael Lane**
**Pacific Palisades, CA 90272**

**As of the petition filing date, the claim is:**     **$180.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.2432 | **Nonpriority creditor's name and mailing address** |

**Elliot Snyder**
**199 Greenwood Way**
**Mill Valley, CA 94941**

**As of the petition filing date, the claim is:**     **$179.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.2433 | **Nonpriority creditor's name and mailing address** |

**Elliot Weininger**
**163 Sylvan Rd**
**Rochester, NY 14618**

**As of the petition filing date, the claim is:**     **$1,154.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.2434 | **Nonpriority creditor's name and mailing address** |

**ELLIOTT NOWAK**
**35 Greenknoll Dr**
**Brookfield, CT 06804**

**As of the petition filing date, the claim is:**     **$209.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**      Case number (if known)

Name

| 3.2435 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$16,408.00** |
|---|---|---|---|

**Elliott Wang**
**6920 Woodrow Wilson Dr**
**Los Angeles, CA 90068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.2436 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,548.00** |
|---|---|---|---|

**Ellis McIntosh**
**1103 E. 18th Street**
**Tulsa, OK 74120**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.2437 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$90.00** |
|---|---|---|---|

**Elmer Dunbar**
**8502 Westover Dr**
**Prospect, KY 40059**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.2438 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$339.00** |
|---|---|---|---|

**Elmo Dias**
**Rua Humberto Bevervanso 49**
**Curitiba**
**BRAZIL**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**                        Case number (if known) _____
_____
Name

| 3.2439 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,889.00** |

**Elmo Frickman**
**411 West 5th St.**
**Loveland, CO 80537**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2440 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$494.00** |

**Elton Tiemann**
**4617 Devon**
**Houston, TX 77027**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2441 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$429.00** |

**Emanuele Cardaci**
**11374 Majestic Acres Terrace**
**Boynton Beach, FL 33473**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2442 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,159.00** |

**Emery Adoradio**
**18203 Priory lane**
**Minnetonka, MN 55345**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 613 of 1150

Debtor **Fox Ortega Enterprises, Inc.**      Case number (if known) _____
_____
Name

---

| 3.2443 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$27,347.00** |

**Emery Jaffe**
**16154 Rio Del Sol**
**Delray Beach, FL 33446**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2444 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$79.00** |

**Emerybay Backcare**
**5820 Shellmound**
**Emeryville, CA 94608**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2445 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,797.00** |

**Emil Yunaev**
**17 Knollwood Road**
**Fairlawn, NJ 07677**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2446 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$360.00** |

**Emily Altman**
**2 Bear Brook Lane**
**Livingston, NJ 07039**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 614 of 1150

Debtor __Fox Ortega Enterprises, Inc._____ Case number (if known) _____

Name

| 3.2447 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $959.00 |
|---|---|---|---|

**Emmett Laffey**
**45 Glencove rd**
**Greenvale, NY 11548**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2448 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,724.00 |
|---|---|---|---|

**Emmett Thomas**
**2nd Floor**
**Cameron Mansions**
**HONG KONG**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2449 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $76,530.00 |
|---|---|---|---|

**Endika Aboitiz**
**23 Joaquin Street**
**San Lorenzo Village, Makati**
**PHILIPPINES**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2450 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,789.00 |
|---|---|---|---|

**Enis Konuk**
**37 Davis Rd**
**Carlisle, MA 01741**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**     Case number (if known) _____

Name

| 3.2451 | Nonpriority creditor's name and mailing address | | $16,850.00 |
|---|---|---|---|

**Enoch Kwok**
**18702 Colima Rd.**
**Rowland Heights, CA 91748**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2452 | Nonpriority creditor's name and mailing address | | $589.00 |
|---|---|---|---|

**Enrique Levy**
**5933 Filbert Ave.**
**Orangevale, CA 95662**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2453 | Nonpriority creditor's name and mailing address | | $57.00 |
|---|---|---|---|

**Enrique Penades**
**1913 Worthington Circle**
**Santa Clara, CA 95050**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2454 | Nonpriority creditor's name and mailing address | | $359.00 |
|---|---|---|---|

**ENRIQUE PEREZ SOLTERO**
**PO BOX 433045**
**San Ysidro, CA 92143**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **Fox Ortega Enterprises, Inc.**        Case number *(if known)* _____
Name

| | | |
|---|---|---|
| 3.2455 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:        **$523.00** |

3.2455 | **Nonpriority creditor's name and mailing address**

**Enzo Ragucci**
**85 Ehret Ave**
**Harrington Park, NJ 07640**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

As of the petition filing date, the claim is:    **$523.00**

---

3.2456 | **Nonpriority creditor's name and mailing address**

**Eran Shapiro**
**28/1 Harav Kook**
**Ramat Hasharon  47283**
**ISRAEL**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

As of the petition filing date, the claim is:    **$899.00**

---

3.2457 | **Nonpriority creditor's name and mailing address**

**Eric Adams**
**3911 103rd Ave Ct NW**
**Gig Harbor, WA 98335**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

As of the petition filing date, the claim is:    **$5,378.00**

---

3.2458 | **Nonpriority creditor's name and mailing address**

**Eric Anderson**
**650 Castro St**
**Mountain View, CA 94041**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

As of the petition filing date, the claim is:    **$1,571.00**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**      Case number (if known) _____
_____
Name

| 3.2459 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,132.00 |

**Eric Augustyn**
**150 S 300 E**
**Salt Lake City, UT 84111**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2460 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $51.00 |

**Eric B Rodrick**
**3537 Old Conejo Rd.**
**Newbury Park, CA 91320**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2461 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $209.00 |

**Eric Bachelor**
**120 Deer Ridge Place**
**Danville, CA 94506**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2462 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,679.00 |

**Eric Blumenfeld**
**530 South 2nd St.**
**Philadelphia, PA 19147**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 618 of 1150

Debtor **Fox Ortega Enterprises, Inc.**      Case number (if known) _____

Name

| | |
|---|---|
| 3.2463 | **Nonpriority creditor's name and mailing address** |

**Eric Bonanno**
**54 Harbour Court**
**Staten Island, NY 10308**

**As of the petition filing date, the claim is:**    **$959.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.2464 | **Nonpriority creditor's name and mailing address** |

**Eric Bourekas**
**10383 Mackenzie Way**
**Dublin, OH 43017**

**As of the petition filing date, the claim is:**    **$2,760.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.2465 | **Nonpriority creditor's name and mailing address** |

**Eric Brewer**
**283 E Strawberry Drive**
**Mill Valley, CA 94941**

**As of the petition filing date, the claim is:**    **$1,808.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.2466 | **Nonpriority creditor's name and mailing address** |

**Eric Brown**
**3355 KEYSTONE AVE**
**Los Angeles, CA 90034**

**As of the petition filing date, the claim is:**    **$489.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 619 of 1150

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.2467 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$999.00** |
|---|---|---|---|

**Eric Buxton**
**P.O. Box 385**
**San Rafael, CA 94914**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2468 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$719.00** |
|---|---|---|---|

**Eric Clauson**
**2602 Nolen Drive**
**Flint, MI 48504**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2469 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,088.00** |
|---|---|---|---|

**Eric Cotsen**
**1880 Veteran Avenue**
**Los Angeles, CA 90025**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2470 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$359.00** |
|---|---|---|---|

**Eric Cotte**
**425 S Roosevelt Ave**
**Pasadena, CA 91107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 620 of 1150

Debtor     **Fox Ortega Enterprises, Inc.**                                     Case number (if known) _____
_____
            Name

| 3.2471 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$509.00** |

**Eric Daniels**
**1071 Pauline Way**
**San Luis Obispo, CA 93401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2472 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,138.00** |

**Eric Dittmann**
**42 Garden Ave**
**Chatham, NJ 07928**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2473 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,384.00** |

**Eric Elkin**
**32 Strickland Place**
**Manhasset, NY 11030**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2474 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$731.00** |

**Eric Ellenbogen**
**22 Gramercy Park So.**
**New York, NY 10003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.2475 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$239.00** |
|---|---|---|---|

**Eric Erb**
**22 Upton St, Apt 1**
**Boston, MA 02118**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.2476 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,279.00** |
|---|---|---|---|

**Eric Fullerton**
**10404 SW Mt Adams Dr**
**Beaverton, OR 97007**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.2477 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$479.00** |
|---|---|---|---|

**Eric Gardner**
**5001 Edgewood Place**
**Los Angeles, CA 90019**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.2478 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$605.00** |
|---|---|---|---|

**Eric Gerber**
**2144 W Village Xing**
**Smyrna, GA 30080**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.2479 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | **$1,439.00** |

**Eric Gottesman**
**5 Peachtree Lane**
**Roslyn, NY 11576**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2480 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | **$269.00** |

**Eric Gould**
**584 Highland Ave**
**Ridgewood, NJ 07450**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2481 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | **$719.00** |

**Eric Grundmeier**
**1379 Pine View Rd**
**Golden, CO 80403**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2482 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | **$80.00** |

**Eric Hecker**
**666 Carroll Street**
**Brooklyn, NY 11215**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 623 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | |
|---|---|
| 3.2483 | **Nonpriority creditor's name and mailing address** |

**Eric Huang**
**50 7th Avenue**
**Brooklyn, NY 11217**

As of the petition filing date, the claim is: **$2,116.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.2484 | **Nonpriority creditor's name and mailing address** |

**Eric Ifune**
**1701 King James St.**
**Las Vegas, NV 89144**

As of the petition filing date, the claim is: **$22.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.2485 | **Nonpriority creditor's name and mailing address** |

**Eric Jensen**
**331-6 Dalesford Rd.**
**Toronto,  M8Y1G8**
**CANADA**

As of the petition filing date, the claim is: **$2,529.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.2486 | **Nonpriority creditor's name and mailing address** |

**Eric Johnson**
**1225 S. Elizabeth St.**
**Denver, CO 80210**

As of the petition filing date, the claim is: **$14,358.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**                    Case number *(if known)* _____
_____
Name

| 3.2487 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,138.00** |

**Eric Jones**
**154 Payson Rd**
**Belmont, MA 02478**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____        **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____        ☐ Yes

| 3.2488 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$254.00** |

**Eric Klineberg**
**764 Elmwood**
**Davis, CA 95616**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____        **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____        ☐ Yes

| 3.2489 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$810.00** |

**Eric Kopczick**
**216 Wayne Ave. #103**
**Oakland, CA 94606**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____        **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____        ☐ Yes

| 3.2490 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$30,749.00** |

**Eric Korman**
**8105 Evadean Circle**
**Austin, TX 78745**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____        **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____        ☐ Yes

Debtor **Fox Ortega Enterprises, Inc.**                        Case number (if known) _____
_____
Name

| 3.2491 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,014.00** |

**Eric LaMasters**
**2500 Country Side Pl**
**West Des Moines, IA 50265**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2492 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,799.00** |

**Eric Ledbetter**
**230 Thomas Road**
**Ithaca, NY 14850**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2493 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$47,953.00** |

**Eric Lemelson**
**3013 NE 9th Avenue**
**Portland, OR 97212**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2494 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$279.00** |

**Eric Liu**
**6925 Chantel Ct.**
**San Jose, CA 95129**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.2495 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,240.00** |

**Eric Lundblad**
**3910 Woodruff Ave**
**Oakland, CA 94602**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2496 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$539.00** |

**Eric Marr**
**1500 Dunlora Rd**
**Towson, MD 21204**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2497 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$279.00** |

**Eric Michelman**
**6045 Ann Arbor Ave NE**
**Seattle, WA 98115**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2498 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,195.00** |

**Eric Missun**
**588 Sutter St.**
**San Francisco, CA 94102**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 627 of 1150

Debtor **Fox Ortega Enterprises, Inc.**                Case number *(if known)* _____
_____
Name

| 3.2499 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$8,664.00** |
|---|---|---|---|

**Eric Mitchnick**
**10 Parkwood Lane**
**Huntington Station, NY 11746**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2500 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,615.00** |
|---|---|---|---|

**Eric Moscahlaidis**
**860 Fifth Avenue**
**New York, NY 10065**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2501 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,759.00** |
|---|---|---|---|

**Eric Mueller**
**3376 Fenton Rd**
**Hartland, MI 48353**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2502 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$179.00** |
|---|---|---|---|

**Eric Pottmeyer**
**1717 NE 19th Ave**
**Portland, OR 97212**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.2503 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$385,854.00** |
|---|---|---|---|

**Eric Recto**
**10/F PNB Financial Center**
**Macapagal Avenue, Pasay**
**PHIIPPINES**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2504 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,920.00** |
|---|---|---|---|

**Eric Roberts**
**205 E 78th St.**
**New York, NY 10075**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2505 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$103.00** |
|---|---|---|---|

**Eric Rosenfeld**
**767 Bangall-Amenia Road**
**Amenia, NY 12501**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2506 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$189.00** |
|---|---|---|---|

**Eric Rutkoske**
**34 Highmeadow Rd**
**Old Greenwich, CT 06870**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**                     Case number (if known) _____
_____
Name

| 3.2507 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$8,514.00** |
| --- | --- | --- | --- |

3.2507 | **Nonpriority creditor's name and mailing address**

**Eric Sasso**
**1889 Broadway**
**San Francisco, CA 94109**

_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
■ No
☐ Yes

**$8,514.00**

---

3.2508 | **Nonpriority creditor's name and mailing address**

**Eric Scharin**
**8123 Skyline Blvd.**
**Piedmont, CA 94611**

_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
■ No
☐ Yes

**$545.00**

---

3.2509 | **Nonpriority creditor's name and mailing address**

**Eric Schultis**
**4720 I-10 Service Rd.**
**Metairie, LA 70001**

_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
■ No
☐ Yes

**$59.00**

---

3.2510 | **Nonpriority creditor's name and mailing address**

**Eric Schwenter**
**10113 SE 37th Ave**
**Milwaukie, OR 97222**

_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
■ No
☐ Yes

**$2,040.00**

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 630 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

---

| 3.2511 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$206.00** |

**Eric Sheridan**
**1555 Serafix Road**
**Alamo, CA 94507**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.2512 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$117,545.00** |

**Eric Siskind**
**18 Meudon Dr**
**Lattingtown, NY 11560**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.2513 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,382.00** |

**Eric Skup**
**1270 W Fremont Ter**
**Sunnyvale, CA 94087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.2514 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$6,724.00** |

**Eric Smith**
**11908 Preswick Lane**
**Mukilteo, WA 98275**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 631 of 1150

Debtor   **Fox Ortega Enterprises, Inc.**                                      Case number (if known) _____

_____
Name

| 3.2515 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$780.00** |

**Eric Somberg**
**62 Park St.**
**Tenafly, NJ 07670**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2516 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$194.00** |

**Eric Stern**
**Landmark Vineyards**
**Kenwood, CA 95452**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2517 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$207.00** |

**Eric Sternbach**
**2922 Washington Street**
**Eugene, OR 97405**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2518 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$642.00** |

**Eric Vogt**
**9 Livermore Road**
**Belmont, MA 02478**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 632 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

---

| 3.2519 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,170.00** |
|---|---|---|---|

**Eric Werner**
**4125 Idlewild Drive**
**Fort Worth, TX 76107**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2520 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$215.00** |
|---|---|---|---|

**Eric White**
**98 Boxford Place**
**San Ramon, CA 94583**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2521 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,947.00** |
|---|---|---|---|

**Eric Wilson**
**25627 SE 41st St.**
**Issaquah, WA 98029**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2522 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,591.00** |
|---|---|---|---|

**Eric Witschen**
**727b Waller Street**
**San Francisco, CA 94117**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**      Case number (if known) _____
_____
Name

| 3.2523 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $269.00 |

**Eric Wright**
**318 Abbey Brook Ln**
**Venetia, PA 15367**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2524 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,259.00 |

**Eric Yang**
**14 Fontana Gardens**
**6 Floor , Block C**
**HONG KONG**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2525 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,199.00 |

**Erica Abramson**
**34 Valley Road**
**Old Westbury, NY 11568**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2526 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $39.00 |

**Erica Johnston**
**2810 Rittenhouse St. NW**
**Washington, DC 20015**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 634 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.2527 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$289.00** |
|---|---|---|---|

**Erica Orr**
**19501 144th Ave NE**
**Woodinville, WA 98072**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2528 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$12,330.00** |
|---|---|---|---|

**Erich Hoeber**
**2322 McKinley Ave.**
**Venice, CA 90291**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2529 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,526.00** |
|---|---|---|---|

**Erich Koyama**
**1522 Euclid 19**
**Santa Monica, CA 90404**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2530 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,539.00** |
|---|---|---|---|

**Erich Russell**
**2380 LIVE OAK Road**
**Paso Robles, CA 93446**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 635 of 1150

Debtor **Fox Ortega Enterprises, Inc.**　　　　　　　　　　　　Case number (if known) _____
　　　　　Name

| 3.2531 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$15,029.00** |
|---|---|---|---|

**Erich Sachse**
**2107 Mount Vernon St**
**Philadelphia, PA 19130**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2532 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,839.00** |
|---|---|---|---|

**Erik Anderson**
**17772 Cowan**
**Irvine, CA 92614**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2533 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** |
|---|---|---|---|

**Erik Babcock**
**717 Washington St., 2nd Floor**
**Oakland, CA 94607**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2534 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$676.00** |
|---|---|---|---|

**Erik Bagin**
**73 Highland Ave**
**Glen Ridge, NJ 07028**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050　Doc# 16　Filed: 01/21/16　Entered: 01/21/16 15:42:32　Page 636 of 1150

Debtor **Fox Ortega Enterprises, Inc.**      Case number (if known) _____

Name

| | |
|---|---|
| 3.2535 | **Nonpriority creditor's name and mailing address** |

**Erik Boardman**
**604 North 2nd Street**
**Philadelphia, PA 19123**

**As of the petition filing date, the claim is:**     **$179.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.2536 | **Nonpriority creditor's name and mailing address** |

**Erik Curtis**
**251 Ashbury St**
**San Francisco, CA 94117**

**As of the petition filing date, the claim is:**     **$219.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.2537 | **Nonpriority creditor's name and mailing address** |

**Erik Granade**
**318 Camden Road**
**Atlanta, GA 30309**

**As of the petition filing date, the claim is:**     **$119.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.2538 | **Nonpriority creditor's name and mailing address** |

**Erik Hymel**
**440 Lofty Ln**
**Roswell, GA 30076**

**As of the petition filing date, the claim is:**     **$719.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 637 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known) _____

| 3.2539 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $239.00 |
|---|---|---|---|

**Erik Johnson**
**PO BOX 531**
**Manson, WA 98831**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.2540 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,099.00 |
|---|---|---|---|

**Erik Katz**
**2 Pond Lane**
**Sands Point, NY 11050**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.2541 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $71.00 |
|---|---|---|---|

**Erik Kleven**
**15218 287th Ave NE**
**Duvall, WA 98019**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.2542 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $596.00 |
|---|---|---|---|

**Erik Lutz**
**9005 Cunnigham**
**Cincinnati, OH 45243**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**     Case number (if known) _____

Name

---

| 3.2543 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$719.00** |

**Erik Maschler**
**193 Vaccaro Dr**
**Cresskill, NJ 07626**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____     **Is the claim subject to offset?**

☐ No (filled)
☐ Yes

Last 4 digits of account number _____

---

| 3.2544 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$230.00** |

**Erik Miller**
**2301 Via Cordova Court**
**Austin, TX 78732**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____     **Is the claim subject to offset?**

☐ No (filled)
☐ Yes

Last 4 digits of account number _____

---

| 3.2545 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,374.00** |

**Erik Rachwalski**
**PO Box 11424**
**Chicago, IL 60611**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____     **Is the claim subject to offset?**

☐ No (filled)
☐ Yes

Last 4 digits of account number _____

---

| 3.2546 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$114.00** |

**Erik Rand**
**359 Beechwood Ave**
**Middlesex, NJ 08846**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____     **Is the claim subject to offset?**

☐ No (filled)
☐ Yes

Last 4 digits of account number _____

---

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| 3.2547 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $962.00 |

**Erik Reinertson**
**201 Mallorca**
**San Francisco, CA 94123**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**Basis for the claim:**

Date or dates debt was incurred _____          **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____          ☐ Yes

---

| 3.2548 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $329.00 |

**Erik Rhoda**
**50 Van Zandt Rd.**
**Skillman, NJ 08558**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**Basis for the claim:**

Date or dates debt was incurred _____          **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____          ☐ Yes

---

| 3.2549 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,856.00 |

**Erik Ripple**
**30963 Yachtsman Dr.**
**Mt. Pleasant, SC 29466**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**Basis for the claim:**

Date or dates debt was incurred _____          **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____          ☐ Yes

---

| 3.2550 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $750.00 |

**Erik Singer**
**21350 Hawthorne Blvd.**
**Torrance, CA 90503**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**Basis for the claim:**

Date or dates debt was incurred _____          **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____          ☐ Yes

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 640 of 1150

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| 3.2551 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,709.00** |

**Erik Wiberg**
**7300 Beaumont Court**
**Pleasanton, CA 94566**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____     **Is the claim subject to offset?**

■ No
Last 4 digits of account number  _____     ☐ Yes

---

| 3.2552 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$199.00** |

**Erin Moore**
**31462 Pennant Court**
**Temecula, CA 92591**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____     **Is the claim subject to offset?**

■ No
Last 4 digits of account number  _____     ☐ Yes

---

| 3.2553 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$49.00** |

**Erling Louis Horn**
**1029 Windsor Drive**
**Lafayette, CA 94549**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____     **Is the claim subject to offset?**

■ No
Last 4 digits of account number  _____     ☐ Yes

---

| 3.2554 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,350.00** |

**Erling Patrick Horn**
**1029 Windsor Dr.**
**Lafayette, CA 94549**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____     **Is the claim subject to offset?**

■ No
Last 4 digits of account number  _____     ☐ Yes

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 641 of 1150

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| 3.2555 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$329.00** |
|---|---|---|---|

**Ernest Bates**
**38 Donald Drive**
**Orinda, CA 94563**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2556 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$269.00** |
|---|---|---|---|

**Ernest Goh**
**8 Faber Crecent**
**Singapore 129456, Si 00012-9456**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2557 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$6,542.00** |
|---|---|---|---|

**Ernest Harris**
**2702 Buccaneer Dr**
**Montgomery, TX 77356**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2558 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$6,229.00** |
|---|---|---|---|

**Ernest Karandjeff**
**609 South Central Ave**
**St. Louis, MO 63105**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**         Case number (if known) _____
Name

---

| 3.2559 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,022.00** |
|---|---|---|---|

**Ernesto Victoria**
**155 Monte Cresta Ave**
**Piedmont, CA 94611**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2560 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,269.00** |
|---|---|---|---|

**Ernie Blood**
**4501 Hills and Dales NW**
**Canton, OH 44708**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2561 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,614.00** |
|---|---|---|---|

**Ernst Habicht**
**P.O. Box 863**
**Forestville, CA 95436**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2562 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$95.00** |
|---|---|---|---|

**Errol Korn**
**752 Medical Center Court**
**Chula Vista, CA 91911**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 643 of 1150

Debtor **Fox Ortega Enterprises, Inc.**        Case number (if known) _____
_____
Name

| 3.2563 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,639.00** |

**Errol Kovitch**
**680 Keats Drive**
**Rochester Hills, MI 48307**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2564 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,344.00** |

**Erwin Rittinger**
**7707 North Hunters Creek Way**
**Houston, TX 77055**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2565 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$227.00** |

**Eskridge Culver**
**277 West End Ave**
**New York, NY 10023**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2566 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$335.00** |

**Esther Hirsh**
**231 Alvarado Road**
**Berkeley, CA 94705**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 644 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.2567 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,571.00** |
|---|---|---|---|

**Estuardo Alvelais**
**3800 N Mesa St**
**El Paso, TX 79902**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2568 | **Nonpriority creditor's name and mailing address** | | **$2,920.00** |
|---|---|---|---|

**Ethan Abraham**
**One Columbus Place**
**New York, NY 10019**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2569 | **Nonpriority creditor's name and mailing address** | | **$180.00** |
|---|---|---|---|

**Ethan Bright**
**701 Mt. Pleasant Ave.**
**Ann Arbor, MI 48103**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2570 | **Nonpriority creditor's name and mailing address** | | **$270.00** |
|---|---|---|---|

**Ethan Corcoran**
**3151 SW Sherwood Place**
**Portland, OR 97201**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | |
|---|---|
| 3.2571 | **Nonpriority creditor's name and mailing address** |

**Ethan Dorr**
**1240 Filbert**
**San Francisco, CA 94109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$1,821.00

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.2572 | **Nonpriority creditor's name and mailing address** |

**Ethan Heinz**
**5466 Salem Road**
**Cincinnati, OH 45230**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$28,558.00

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.2573 | **Nonpriority creditor's name and mailing address** |

**Ethan Newman**
**4300 Rosita Ave**
**Atascadero, CA 93422**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$79.00

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.2574 | **Nonpriority creditor's name and mailing address** |

**Ethan Podell**
**285 Riverside Dr**
**New York, NY 10025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$330.00

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 646 of 1150

Debtor   **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____
_____
Name

| | |
|---|---|
| 3.2575 | **Nonpriority creditor's name and mailing address** |

**Eugene Chung**
**3445 Geary Blvd.**
**San Francisco, CA 94118**

As of the petition filing date, the claim is:                          **$1,383.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____      **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____      ☐ Yes

---

| | |
|---|---|
| 3.2576 | **Nonpriority creditor's name and mailing address** |

**Eugene Fan**
**7813 Esterel Drive**
**La Jolla, CA 92037**

As of the petition filing date, the claim is:                          **$11,199.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____      **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____      ☐ Yes

---

| | |
|---|---|
| 3.2577 | **Nonpriority creditor's name and mailing address** |

**Eugene Frein**
**1331 N. First St.**
**Jacksonville Beach, FL 32250**

As of the petition filing date, the claim is:                          **$6,133.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____      **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____      ☐ Yes

---

| | |
|---|---|
| 3.2578 | **Nonpriority creditor's name and mailing address** |

**Eugene Hahn**
**129 West 22nd Street**
**New York, NY 10011**

As of the petition filing date, the claim is:                          **$7,174.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____      **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____      ☐ Yes

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 647 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known) _____

---

| 3.2579 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$13,599.00** |
|---|---|---|---|

**Eugene Harris**
**9622 Mansfield Dr.**
**Saint Louis, MO 63132**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2580 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,485.00** |
|---|---|---|---|

**Eugene Lynch**
**PO Box 1341**
**Ross, CA 94957**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2581 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$644.00** |
|---|---|---|---|

**Eugene Morel**
**2933 E Lake Sammamish Pkwy SE**
**Sammamish, WA 98075**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2582 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,216.00** |
|---|---|---|---|

**Eugene Richeson**
**DoubleDog Ranch**
**Pescadero, CA 94060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Debtor   **Fox Ortega Enterprises, Inc.**                                     Case number (if known) _____

_____
Name

| 3.2583 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$91.00** |

**Eugene Switkes**
**116 Fairview Ave**
**Piedmont, CA 94610**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   _____

---

| 3.2584 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$7,503.00** |

**Eugene Wong**
**772 Avelar Street**
**Palo Alto, CA 94303**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   _____

---

| 3.2585 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,821.00** |

**Eugene Yeh**
**1739 Los Altos Dr.**
**San Mateo, CA 94402**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   _____

---

| 3.2586 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,999.00** |

**Eva Kovarova**
**Sluzeb 4**
**Prague, 10852**
**CZECH REPUBLIC**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 649 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.2587 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$169.00** |
| | **Eva Sattley** | Check all that apply. |
| | **9870 SW 32nd Ave** | ☐ Contingent |
| | **Portland, OR 97219** | ☐ Unliquidated |
| | | ☐ Disputed |
| | | **Basis for the claim:** |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | | ■ No |
| | Last 4 digits of account number _____ | ☐ Yes |

| | | |
|---|---|---|
| 3.2588 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$4,167.00** |
| | **Evan Akselrad** | Check all that apply. |
| | **16 Jay St** | ☐ Contingent |
| | **New York, NY 10013** | ☐ Unliquidated |
| | | ☐ Disputed |
| | | **Basis for the claim:** |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | | ■ No |
| | Last 4 digits of account number _____ | ☐ Yes |

| | | |
|---|---|---|
| 3.2589 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$539.00** |
| | **Evan Corley** | Check all that apply. |
| | **1950 Franklin St.** | ☐ Contingent |
| | **San Francisco, CA 94109** | ☐ Unliquidated |
| | | ☐ Disputed |
| | | **Basis for the claim:** |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | | ■ No |
| | Last 4 digits of account number _____ | ☐ Yes |

| | | |
|---|---|---|
| 3.2590 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$10,895.00** |
| | **Evan Djikas** | Check all that apply. |
| | **1119 W Drummond Pl** | ☐ Contingent |
| | **Chicago, IL 60614** | ☐ Unliquidated |
| | | ☐ Disputed |
| | | **Basis for the claim:** |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | | ■ No |
| | Last 4 digits of account number _____ | ☐ Yes |

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 650 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

---

| 3.2591 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$459.00** |
|---|---|---|---|

**Evan Epstein**
**1003 Terrace View Street**
**Timnath, CO 80547**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.2592 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,526.00** |
|---|---|---|---|

**Evan Fraser**
**9 East 97th St**
**New York, NY 10029**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.2593 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$344.00** |
|---|---|---|---|

**Evan Gold**
**253 Charles River St.**
**Needham, MA 02492**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.2594 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,979.00** |
|---|---|---|---|

**Evan Greenbaum**
**630 Elder Lane**
**Winnetka, IL 60093**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor    **Fox Ortega Enterprises, Inc.**        Case number (if known) _____

Name

| 3.2595 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$30,379.00** |
|---|---|---|---|

**Evan Krow**
**1495 Barn Valley Lane**
**Lincoln, CA 95648**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2596 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,231.00** |
|---|---|---|---|

**Evan Lodes**
**540 West 28th Street**
**New York, NY 10001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2597 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,129.00** |
|---|---|---|---|

**Evan Marwell**
**6 Presidio Terrace**
**San Francisco, CA 94118**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2598 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$500.00** |
|---|---|---|---|

**Evelyn Taylor**
**1599 Bandoni aVe.**
**San Lorenzo, CA 94580**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor  **Fox Ortega Enterprises, Inc.**

Case number *(if known)*

Name

| 3.2599 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$38.00** |
|---|---|---|---|

**Everardo Ramirez**
**2033 Dairy Mart Rd Apt 9**
**San Ysidro, CA 91973**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.2600 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$7,235.00** |
|---|---|---|---|

**Ewing Philbin**
**645 Adobe Canyon Rd**
**Kenwood, CA 95452**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.2601 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,044.00** |
|---|---|---|---|

**Eytan Tigay**
**329 West 4th St.**
**New York, NY 10014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.2602 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$18,801.00** |
|---|---|---|---|

**Ezequiel Cassinelli**
**5045 Carol Lane**
**Atlanta, GA 30327**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 653 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known)

---

| 3.2603 | **Nonpriority creditor's name and mailing address** | | | $1,889.00 |

**Ezra Lunde**
**11005 SW 16th Drive**
**Portland, OR 97219**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2604 | **Nonpriority creditor's name and mailing address** | | | $107.00 |

**F. Mark Moran**
**4319 East Pinnacle Ridge Place**
**Tucson, AZ 85718**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2605 | **Nonpriority creditor's name and mailing address** | | | $3,640.00 |

**Fabian Vega**
**1800 S Ocean Dr**
**Hallandale, FL 33009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2606 | **Nonpriority creditor's name and mailing address** | | | $44,982.00 |

**Fabio Cattaneo**
**Via Pedemonte 1**
**Melano, 6818**
**ITALY**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 654 of 1150

Debtor   **Fox Ortega Enterprises, Inc.**

_____
Name

Case number (if known) _____

---

| 3.2607 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$144.00** |

**Fabricio Souza**
**355 South Grand Ave.**
**Los Angeles, CA 90071**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2608 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$21,807.00** |

**Fadi Najjar**
**6130 Vista Occhio**
**Reno, NV 89519**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2609 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$24,005.00** |

**Fareed Zakaria**
**307 West 102nd Street**
**New York, NY 10025**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2610 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$54,716.00** |

**Farhad Shah-Hosseini**
**2721 E. Coast Hwy #205**
**Corona Del Mar, CA 92625**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 655 of 1150

Debtor    **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____
          _____
          Name

| 3.2611 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$719.00** |
|---|---|---|---|

**Faris Naber**
**171 west 79th st**
**New York, NY 10024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.2612 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$719.00** |
|---|---|---|---|

**Farzin Lalezari**
**550 12 street**
**Boulder, CO 80302**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.2613 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,596.00** |
|---|---|---|---|

**Federsin Dinsay**
**200 North End Ave**
**New York, NY 10282**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.2614 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$8,312.00** |
|---|---|---|---|

**Felipe Carrizosa**
**1521 Alton Rd**
**Miami, FL 33139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 656 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.2615 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $1,997.00 |

**Felisse Sigurdson**
**34 Lakewood**
**Glencoe, IL 60022**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.2616 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $116.00 |

**Fenando Mendes**
**934 Spring Park Loop**
**Kissimmee, FL 34747**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.2617 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $1,108.00 |

**Feng-ming Wang**
**15250 Sobey Rd.**
**Saratoga, CA 95070**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.2618 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $740.00 |

**Fernando Domondon**
**85 Reiter Rd**
**East Aurora, NY 14052**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Debtor   **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____
_____
Name

| 3.2619 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,099.00 |

**Fernando Ortiz**
**2531 Windward Way**
**Chula Vista, CA 91914**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**Basis for the claim:**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   _____

| 3.2620 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $688.00 |

**FERNANDO SOMMER**
**RUA AGOSTINHO BEZERRA, 57**
**5445070 Sao Paolo**
**BRAZIL**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   _____

| 3.2621 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,495.00 |

**Fil Bartoli**
**5903 Mt Eagle Dr**
**Alexandria, VA 22303**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**Basis for the claim:**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   _____

| 3.2622 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $799.00 |

**Fili Perez**
**PO Box 270024**
**San Juan, PR 00927**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**Basis for the claim:**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 658 of
1150

Debtor **Fox Ortega Enterprises, Inc.**
Name
Case number (if known) _____

| 3.2623 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$38,000.00** |
|---|---|---|---|

**Filips Wine**
**7 avenue du Petit Parc**
**Vincennes, 94300**
**FRANCE**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2624 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,153.00** |
|---|---|---|---|

**Finlay Anderson**
**7600 NW Thompson Rd**
**Portland, OR 97229**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2625 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$18,321.00** |
|---|---|---|---|

**Flavio Aflalo**
**Dom Romualdo de Seixas 1194, apto. 402**
**Belem**
**BRAZIL**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2626 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$719.00** |
|---|---|---|---|

**Flinn Dallis**
**3040 Grand Bay Blvd**
**Longboat Key, FL 34228**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**      Case number (if known) _____

Name

| | |
|---|---|
| 3.2627 | **Nonpriority creditor's name and mailing address** |

**Florian Pfahler**
**312 N. May Street 5B**
**Chicago, IL 60607**

As of the petition filing date, the claim is:      **$24,393.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

---

| | |
|---|---|
| 3.2628 | **Nonpriority creditor's name and mailing address** |

**Fong Liquor**
**P.O. Box 41009**
**Sacramento, CA 95841**

As of the petition filing date, the claim is:      **$239.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

---

| | |
|---|---|
| 3.2629 | **Nonpriority creditor's name and mailing address** |

**Forrest Chilton**
**3108 Waterside Ln**
**Alexandria, VA 22309**

As of the petition filing date, the claim is:      **$644.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

---

| | |
|---|---|
| 3.2630 | **Nonpriority creditor's name and mailing address** |

**Fran Barton**
**14720 Montalvo Rd**
**Saratoga, CA 95070**

As of the petition filing date, the claim is:      **$636.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 660 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.2631 | **Nonpriority creditor's name and mailing address** | **$296.00** |

**francis connelly**
**117 knoll place**
**Saint Helena, CA 94574**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.2632 | **Nonpriority creditor's name and mailing address** | **$2,609.00** |

**Francis Enderle**
**5140 Proctor Ave**
**Oakland, CA 94618**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.2633 | **Nonpriority creditor's name and mailing address** | **$3,259.00** |

**Francis Floyd**
**717 33rd Ave South**
**Seattle, WA 98144**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.2634 | **Nonpriority creditor's name and mailing address** | **$1,629.00** |

**Francis Gina**
**2651 Bear Ridge Road**
**Basalt, CO 81621**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050 Doc# 16 Filed: 01/21/16 Entered: 01/21/16 15:42:32 Page 661 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.2635 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,023.00 |
|---|---|---|---|

**Francis Higginson**
**2051 Catherine St**
**Philadelphia, PA 19146**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.2636 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $509.00 |
|---|---|---|---|

**Francis M Khim**
**185 Capricorn Avenue**
**Oakland, CA 94611**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.2637 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,761.00 |
|---|---|---|---|

**Francis Nash**
**15 Parkview Rd**
**Norwalk, CT 06853**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.2638 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,548.00 |
|---|---|---|---|

**Francis So**
**405 Victory Ave**
**South San Francisco, CA 94080**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 662 of 1150

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.2639 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$578.00** |

**Francois Atallah**
**11309 Windwitty Court**
**Raleigh, NC 27614**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.2640 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$623.00** |

**Francois Godcharles**
**214 Garfield Street**
**Seattle, WA 98109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.2641 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$1,763.00** |

**Frank Baltz**
**PO Box 46**
**Delaplane, VA 20144**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.2642 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$20,918.00** |

**Frank Banta**
**1247 Hwy 75**
**Sunshine, LA 70780**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 663 of 1150

Debtor **Fox Ortega Enterprises, Inc.**  Case number (if known) _____
Name

| 3.2643 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,679.00** |

**Frank Bednarz**
**1308 Kimball Ct**
**Naperville, IL 60540**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2644 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$929.00** |

**Frank Catinella**
**5100 N Ocean Blvd**
**Fort Lauderdale, FL 33308**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2645 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,579.00** |

**Frank D'Elia**
**6 Spring Lane**
**Chadds Ford, PA 19317**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2646 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,905.00** |

**Frank Dal Santo**
**450 Sutter St**
**San Francisco, CA 94108**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Debtor    **Fox Ortega Enterprises, Inc.**      Case number (if known) _____

Name

| 3.2647 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$114,937.00** |
|---|---|---|---|

**Frank Drazka**
**46 Lincoln Ave**
**Rye Brook, NY 10573**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2648 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$930.00** |
|---|---|---|---|

**Frank Drew**
**P.O. Box 121**
**Markham, VA 22643**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2649 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,533.00** |
|---|---|---|---|

**Frank Galli**
**790 Patrol Rd**
**Woodside, CA 94062**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2650 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$519.00** |
|---|---|---|---|

**Frank Hoevertsz**
**10760 N. Satin Nickel Drive**
**Fresno, CA 93730**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 665 of 1150

Debtor **Fox Ortega Enterprises, Inc.**     Case number *(if known)* _____

Name

| | |
|---|---|
| 3.2651 | **Nonpriority creditor's name and mailing address** |

**Frank Huang**
**129 Plainfield Ave**
**Bedford Hills, NY 10507**

As of the petition filing date, the claim is:     **$1,604.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.2652 | **Nonpriority creditor's name and mailing address** |

**Frank J Giusti**
**34 Westerly Drive**
**New City, NY 10956**

As of the petition filing date, the claim is:     **$149.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.2653 | **Nonpriority creditor's name and mailing address** |

**Frank Jason**
**P.O. 51299**
**Eugene, OR 97405**

As of the petition filing date, the claim is:     **$119.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.2654 | **Nonpriority creditor's name and mailing address** |

**Frank Johnson**
**97 Park Ave.**
**Bronxville, NY 10708**

As of the petition filing date, the claim is:     **$3,398.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 666 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.2655 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,679.00** |
|---|---|---|---|

**Frank Kalcic**
**507 Sylvan Ave.**
**Mountain View, CA 94041**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2656 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$674.00** |
|---|---|---|---|

**Frank Kayser**
**4150 17th Street**
**San Francisco, CA 94114**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2657 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$8,250.00** |
|---|---|---|---|

**Frank Komorowski**
**2001 W Main St**
**Bellevue, OH 44811**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2658 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,727.00** |
|---|---|---|---|

**Frank Kronthal**
**1294 Forest Ave**
**Highland Park, IL 60035**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor  **Fox Ortega Enterprises, Inc.**

Case number *(if known)*

Name

| | |
|---|---|
| 3.2659 | **Nonpriority creditor's name and mailing address** |

**Frank Lee**
**6 Donlavage Way**
**West Orange, NJ 07052**

As of the petition filing date, the claim is:  **$187.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| | |
|---|---|
| 3.2660 | **Nonpriority creditor's name and mailing address** |

**Frank Lewis**
**801 Folger Ave**
**Berkeley, CA 94710**

As of the petition filing date, the claim is:  **$3,850.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| | |
|---|---|
| 3.2661 | **Nonpriority creditor's name and mailing address** |

**Frank Lorincz**
**1900 Powell St.**
**Emeryville, CA 94608**

As of the petition filing date, the claim is:  **$410.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| | |
|---|---|
| 3.2662 | **Nonpriority creditor's name and mailing address** |

**Frank McCarthy**
**1422 Everett St**
**Alameda, CA 94501**

As of the petition filing date, the claim is:  **$77.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 668 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number *(if known)*

| 3.2663 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $439.00 |
|---|---|---|---|

**Frank Mirchin**
**9 Michelle Way**
**Pine Brook, NJ 07058**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.2664 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $159.00 |
|---|---|---|---|

**Frank Moore**
**757 Rockdale Drive**
**San Francisco, CA 94127**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.2665 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $249.00 |
|---|---|---|---|

**Frank Muscari**
**108 S Rose Road**
**Memphis, TN 38117**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.2666 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,177.00 |
|---|---|---|---|

**Frank Nefoske**
**1011 Hunters Lane**
**Wynnewood, PA 19096**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.2667 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$740.00** |
| | **Frank Nelson** | Check all that apply. |
| | **92 Old Ivy Rd.** | ☐ Contingent |
| | **Atlanta, GA 30342** | ☐ Unliquidated |
| | | ☐ Disputed |
| | | **Basis for the claim:** |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | | ■ No |
| | Last 4 digits of account number _____ | ☐ Yes |

| | | |
|---|---|---|
| 3.2668 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$167.00** |
| | **Frank P Tota** | Check all that apply. |
| | **27 Copper Rdg.** | ☐ Contingent |
| | **Hermon, ME 04401** | ☐ Unliquidated |
| | | ☐ Disputed |
| | | **Basis for the claim:** |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | | ■ No |
| | Last 4 digits of account number _____ | ☐ Yes |

| | | |
|---|---|---|
| 3.2669 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$10,118.00** |
| | **Frank Paletta** | Check all that apply. |
| | **20 Beech Crest Rd** | ☐ Contingent |
| | **East Greenwich, RI 02818** | ☐ Unliquidated |
| | | ☐ Disputed |
| | | **Basis for the claim:** |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | | ■ No |
| | Last 4 digits of account number _____ | ☐ Yes |

| | | |
|---|---|---|
| 3.2670 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$19,039.00** |
| | **Frank Pei** | Check all that apply. |
| | **750 W Walnut Ave** | ☐ Contingent |
| | **Monrovia, CA 91016** | ☐ Unliquidated |
| | | ☐ Disputed |
| | | **Basis for the claim:** |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | | ■ No |
| | Last 4 digits of account number _____ | ☐ Yes |

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 670 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.2671 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,394.00** |

**Frank Pepp**
**22439 Paul Revere Drive**
**Calabasas, CA 91302**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2672 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,354.00** |
|---|---|---|

**Frank Pisciotta**
**60 Warren Place**
**Montclair, NJ 07042**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2673 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$6,934.00** |
|---|---|---|

**Frank Pollaro**
**Pollaro Custom Furniture, Inc**
**Union, NJ 07083**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2674 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,459.00** |
|---|---|---|

**Frank Pound**
**PO Box 328**
**Occoquan, VA 22125**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Debtor  **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

---

| 3.2675 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$13,168.00** |

**Frank Quayle**
**19 Arrowhead Circle**
**Durango, CO 81301**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2676 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$904.00** |

**Frank Rosenberg**
**8505 Huntspring Dr**
**Lutherville-Timonium, MD 21093**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2677 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,891.00** |

**Frank Saulsbury**
**2946 Shasta Rd**
**Berkeley, CA 94708**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2678 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$16,000.00** |

**Frank Saulsbury**
**2946 Shasta Rd, Berkeley**
**Berkeley, CA 94708**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 672 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.2679 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$771.00** |
|---|---|---|---|

**Frank Schlehr**
**15 South Forest**
**Williamsville, NY 14221**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2680 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$167.00** |
|---|---|---|---|

**Frank Shelp**
**13267 South Anna Lane**
**Montpelier, VA 23192**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2681 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$389.00** |
|---|---|---|---|

**Frank Turner**
**3516 Williamsborough Ct**
**Raleigh, NC 27609**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2682 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$9,065.00** |
|---|---|---|---|

**Frank Woodruff**
**10611 Maplewood PL SW**
**Seattle, WA 98146**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 673 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
　　　Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.2683 | **Nonpriority creditor's name and mailing address** | **$9,008.00** |

**Franklin Daniels**
**4218 Vanderbilt Blvd.**
**Pawleys Island, SC 29585**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.2684 | **Nonpriority creditor's name and mailing address** | **$659.00** |

**Franklin Fite Jr.**
**16930 SE 58th St**
**Bellevue, WA 98006**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.2685 | **Nonpriority creditor's name and mailing address** | **$729.00** |

**Franklin OMalley**
**189 Beede Hill Road**
**Fremont, NH 03044**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.2686 | **Nonpriority creditor's name and mailing address** | **$2,504.00** |

**Franz Kollinger**
**11814 Canons Brook Dr.**
**Las Vegas, NV 89141**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor  **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____
_____
Name

| 3.2687 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$688.00** |

**Fred Allen**
**676 South I Street**
**Livermore, CA 94550**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____
☐ Yes

---

| 3.2688 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$299.00** |

**Fred Ciaramaglia**
**1027 Diamond Street**
**San Francisco, CA 94114**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____
☐ Yes

---

| 3.2689 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$12,734.00** |

**Fred Concklin**
**1111 Bayhill Drive**
**San Bruno, CA 94066**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____
☐ Yes

---

| 3.2690 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$10,717.00** |

**Fred Glantz**
**1365 Camino Sin Salida**
**Santa Fe, NM 87501**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.2691 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$2,819.00** |

**Fred Horwood**
**20 Dobbs Terrace**
**Scarsdale, NY 10583**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | | |
|---|---|---|
| 3.2692 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$5,003.00** |

**Fred Ingham**
**2016 26th Ave East**
**Seattle, WA 98112**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | | |
|---|---|---|
| 3.2693 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$681.00** |

**Fred Langer**
**1807 S. Washington Street**
**Naperville, IL 60565**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | | |
|---|---|---|
| 3.2694 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$749.00** |

**Fred Long**
**1210 Ash Lane**
**Lebanon, PA 17042**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Name

| 3.2695 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,813.00 |

**Fred McElveen**
**1700 Wheat St**
**Columbia, SC 29205**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2696 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,177.00 |

**Fred Medero**
**111 Chestnut St.**
**San Francisco, CA 94111**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2697 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,135.00 |

**Fred Miller**
**166 West Blithedale Ave**
**Mill Valley, CA 94941**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2698 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $179.00 |

**Fred Pratt**
**34 West Cedar St**
**Boston, MA 02108**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor  **Fox Ortega Enterprises, Inc.**                                       Case number (if known) _____
_____
Name

| 3.2699 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$7,293.00** |
|---|---|---|---|

**Fred Richer**
**46 S. 2nd Street**
**Brooklyn, NY 11249**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2700 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$85.00** |
|---|---|---|---|

**Fred Ritterman**
**5285-826 Toscana Way**
**San Diego, CA 92122**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2701 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$19,034.00** |
|---|---|---|---|

**Fred Salter**
**3100-A Pullman St**
**Costa Mesa, CA 92626**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2702 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$15,044.00** |
|---|---|---|---|

**Fred Schuster**
**1245 Gavin Court**
**Lake Forest, IL 60045**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 678 of 1150

Debtor  **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

_____

Name

| 3.2703 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,609.00** |
|---|---|---|---|

3.2703 | **Nonpriority creditor's name and mailing address**

**Fred Schwaibold**
**4959 Northside Drive**
**Atlanta, GA 30327**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

$1,609.00

---

3.2704 | **Nonpriority creditor's name and mailing address**

**Fred Schwartz**
**314 Woodward Way NW**
**Atlanta, GA 30305**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

$11,650.00

---

3.2705 | **Nonpriority creditor's name and mailing address**

**Fred Smith**
**2379 Prince Way**
**Vista, CA 92084**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

$1,644.00

---

3.2706 | **Nonpriority creditor's name and mailing address**

**FRED SOUTHWARD**
**1720 Maple Ave**
**Evanston, IL 60201**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

$57.00

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 679 of
1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.2707 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$749.00** |

**Fred Stemmer**
**120 East 4th St**
**New York, NY 10003**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2708 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$849.00** |

**Fred Taleghani**
**878 Marshall Drive**
**Palo Alto, CA 94303**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2709 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,509.00** |

**Fred Tom**
**1316 Indiana Ave**
**S. Pasadena, CA 91030**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2710 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$567.00** |

**Fred Vernacchia**
**1930 Valle Vista Place**
**San Luis Obispo, CA 93405**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 680 of 1150

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| 3.2711 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$799.00** |
|---|---|---|---|

**Fred Zammataro**
**1400 Schramsberg Road**
**Calistoga, CA 94515**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2712 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$449.00** |
|---|---|---|---|

**Freddy Newcomb**
**3017 Hampton Avenue**
**Charlotte, NC 28207**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2713 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$139.00** |
|---|---|---|---|

**Frederic Bernabeu**
**71 Ludlow St**
**New York, NY 10002**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2714 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,280.00** |
|---|---|---|---|

**Frederic Lequient**
**3028 Buchanan**
**San Francisco, CA 94123**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____
         _____
         Name

| 3.2715 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,019.00** |
|---|---|---|---|

**Frederich Loura**
**827 34th Avenue East**
**Everett, WA 98203**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2716 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$43,486.00** |
|---|---|---|---|

**Frederick Dirbas**
**1285 Middle Avenue**
**Menlo Park, CA 94025**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2717 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$300,541.00** |
|---|---|---|---|

**Frederick Dy**
**6776 Ayala Avenue**
**Mataki City**
**PHILIPPINES**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2718 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,047.00** |
|---|---|---|---|

**Frederick Field**
**1002 Court St**
**The Dalles, OR 97058**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                       Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | |
|---|---|
| 3.2719 | |

**Nonpriority creditor's name and mailing address**

**Frederick Grauer**
**52 Atherton Ave.**
**Menlo Park, CA 94027**

As of the petition filing date, the claim is: **$2,033.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.2720 | |

**Nonpriority creditor's name and mailing address**

**Frederick Green**
**10738 E. Diamond Rim Drive**
**Scottsdale, AZ 85255**

As of the petition filing date, the claim is: **$9,989.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.2721 | |

**Nonpriority creditor's name and mailing address**

**Frederick Holley**
**15298 Kennedy Rd.**
**Los Gatos, CA 95032**

As of the petition filing date, the claim is: **$45.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.2722 | |

**Nonpriority creditor's name and mailing address**

**Frederick Knorr**
**513 Avenida Presidio**
**San Clemente, CA 92672**

As of the petition filing date, the claim is: **$225.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 683 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known)

---

| 3.2723 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$9,014.00** |

**Frederick McConkey**
**65 W. 13th St.**
**New York, NY 10011**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.2724 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$474.00** |

**Frederick Mras**
**8308 Cazavini Ct**
**Raleigh, NC 27613**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.2725 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$533.00** |

**Frederick Mugler**
**3474 Bryant Street**
**Palo Alto, CA 94306**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.2726 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$17.00** |

**Frederick Partyka**
**1352 Division St**
**Charlton, NY 12019**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 684 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.2727 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$5,804.00** |

**Frederick Pierce**
**PO Box 968**
**New London, NH 03257**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| | | |
|---|---|---|
| 3.2728 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$3,359.00** |

**Frederick Reiter**
**POB 18747**
**Denver, CO 80218**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| | | |
|---|---|---|
| 3.2729 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$113.00** |

**Frederick Schroeder**
**DA'S OFFICE**
**Yuba City, CA 95991**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| | | |
|---|---|---|
| 3.2730 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$2,229.00** |

**Frederick Suchy**
**80 Fairfield Rd**
**Greenwich, CT 06830**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 685 of 1150

Debtor **Fox Ortega Enterprises, Inc.**        Case number (if known) _____
      Name

| | |
|---|---|
| **3.2731**   Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:      **$2,632.00** |

**3.2731**

Nonpriority creditor's name and mailing address

**Frederik Schlingemann**
**209 Richland Lane**
**Pittsburgh, PA 15208**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,632.00**

Basis for the claim:

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.2732**

Nonpriority creditor's name and mailing address

**Fredric Goodman**
**2355 Westwood Blvd**
**Los Angeles, CA 90064**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$119.00**

Basis for the claim:

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.2733**

Nonpriority creditor's name and mailing address

**Fredric Wingerd**
**3A Desert Trail**
**Espanola, NM 87532**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$7,368.00**

Basis for the claim:

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.2734**

Nonpriority creditor's name and mailing address

**Fredrick Flyer**
**344 W Wisconsin**
**Chicago, IL 60614**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$39.00**

Basis for the claim:

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 686 of 1150

Debtor **Fox Ortega Enterprises, Inc.**  Case number (if known) _____

Name

| 3.2735 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$8,144.00** |

**Fritz Kasten**
**P.O. Box 620098**
**Woodside, CA 94062**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2736 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$540.00** |

**Fritz Krieger**
**14528 Lieto Lane**
**Bonita Springs, FL 34135**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2737 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$6,857.00** |

**Fu Yin Szeto**
**PO Box 5494**
**Diamond Bar, CA 91765**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2738 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,599.00** |

**Fumihide Tanaka**
**Park Court Jingumae 444**
**1-4-20 Jingumae, Tokyo**
**JAPAN**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 687 of 1150

Debtor **Fox Ortega Enterprises, Inc.**      Case number (if known) _____

Name

| 3.2739 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $879.00 |
|---|---|---|---|

**Gabor Gyurovszky**
6799 W Caley Pl
Littleton, CO 80123

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2740 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $419.00 |
|---|---|---|---|

**Gabriel Cabezas**
201 N Westshore Dr
Chicago, IL 60601

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2741 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $74,225.00 |
|---|---|---|---|

**Gabriel Donohoe**
166 San Felipe Ave.
San Francisco, CA 94127

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2742 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $819.00 |
|---|---|---|---|

**Gabriel Hansen**
4913 172nd Pl. N.W.
Stanwood, WA 98292

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 688 of 1150

Debtor   **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____

_____
Name

| | | |
|---|---|---|
| 3.2743 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $36.00 |

**Gabriel Key**
**1001 L Street NW Apt 707**
**Washington, DC 20001**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.2744 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $22,527.00 |

**Gabriel Lim**
**7 Vanda Crescent**
**287897**
**SINGAPORE**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.2745 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $7,978.00 |

**Gabriel Schlumberger**
**1011 Berkeley St**
**Santa Monica, CA 90403**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.2746 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $1,799.00 |

**Gabriella Widmer**
**PO Box 88**
**Hettlingen 8442**
**SWITZERLAND**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.2747 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,580.00** |

**Gail Defferari**
**450 Sutter St**
**San Francisco, CA 94108**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.2748 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$93.00** |

**Galen Goodpaster**
**8129 Holy Cross Pl**
**Los Angeles, CA 90045**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.2749 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,363.00** |

**GANG CHEN**
**1656 EAST FARLAND STREET**
**Covina, CA 91724**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.2750 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$406.00** |

**Garret Govaars**
**1730 Santa Ana Ave**
**Costa Mesa, CA 92627**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 690 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.2751 | **Nonpriority creditor's name and mailing address** |

**Garret Greak**
**8008 Slide Rd**
**Lubbock, TX 79424**

As of the petition filing date, the claim is:                    **$1,079.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.2752 | **Nonpriority creditor's name and mailing address** |

**Garrett DeVries**
**5844 Meaders Lane**
**Dallas, TX 75225**

As of the petition filing date, the claim is:                    **$50,659.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.2753 | **Nonpriority creditor's name and mailing address** |

**Garrett Van Wagoner**
**4 Embarcadero Center**
**San Francisco, CA 94118**

As of the petition filing date, the claim is:                    **$39,987.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.2754 | **Nonpriority creditor's name and mailing address** |

**Garrick Ohlsson**
**150 N Wacker Drive, suite 3100**
**Chicago, IL 60606**

As of the petition filing date, the claim is:                    **$57,125.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor  **Fox Ortega Enterprises, Inc.**                                  Case number (if known) _____
_____
Name

| 3.2755 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,865.00** |

**Garry Hurvitz**
**2 St. Clair Ave W., Suite 1002**
**Toronto, ON M4V1L5**
**CANADA**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2756 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$419.00** |

**Garry Snook**
**P.O. Box 10000**
**Aspen, CO 81612**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2757 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$184.00** |

**Garth Leerer**
**5662 Shattuck Ave**
**Oakland, CA 94609**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2758 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$272.00** |

**Garth Phillips**
**666 Rhode Island Street**
**San Francisco, CA 94107**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

---

| 3.2759 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$6,775.00** |

**Garvin Davis**
**2051 MacArthur Street**
**Houston, TX 77030**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2760 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$99.00** |

**Garwood Gee**
**61 Canyon**
**Berkeley, CA 94704**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2761 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,793.00** |

**Gary Alexander**
**258 North Country Rd.**
**Miller Place, NY 11764**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2762 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,077.00** |

**Gary Bengier**
**890 El Camino Del Mar**
**San Francisco, CA 94121**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 693 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.2763 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$659.00** |

**Gary Beninger**
**890 El Camino**
**San Francisco, CA 94121**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2764 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$574.00** |

**Gary Borchardt**
**232 Burnsville Circle**
**Burnsville, MN 55306**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2765 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$849.00** |

**Gary Brewster**
**6501 Oakland Drive**
**New Orleans, LA 70118**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2766 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,145.00** |

**Gary Chevsky**
**1 Crescent Dr.**
**Palo Alto, CA 94301**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

Debtor    **Fox Ortega Enterprises, Inc.**      Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.2767 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:    **$65,713.00** |

**Gary Coleman**
**42 West Windard Cove**
**The Woodlands, TX 77381**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.2768 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:    **$1,075.00** |

**Gary Danko**
**800 North Point**
**San Francisco, CA 94109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.2769 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:    **$1,305.00** |

**Gary David**
**3487 Barhite Street**
**Pasadena, CA 91107**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.2770 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:    **$255,884.00** |

**Gary Davis**
**45 Pecksland Rd**
**Greenwich, CT 06831**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.2771 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,650.00** |
|---|---|---|---|

**Gary Davis**
**4114 NE 38th Ave**
**Portland, OR 97211**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.2772 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$515.00** |
|---|---|---|---|

**Gary Dienst**
**67 Lambert Ridge**
**Cross River, NY 10518**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.2773 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$755.00** |
|---|---|---|---|

**Gary Erickson**
**22118 20th Ave. SE**
**Bothell, WA 98021**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.2774 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$821.00** |
|---|---|---|---|

**Gary Eyster**
**6405 Gambel Oak NE**
**Albuquerque, NM 87111**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known)

Name

| 3.2775 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$13,000.00** |
|---|---|---|---|

**Gary Fordyce**
**3607 North Pershing**
**Arlington, VA 22201**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

| 3.2776 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,693.00** |
|---|---|---|---|

**Gary Fowler**
**244 Wild Rose Circle**
**Chico, CA 95973**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

| 3.2777 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,955.00** |
|---|---|---|---|

**Gary Granzow**
**P.O. Box 320**
**Carversville, PA 18903**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

| 3.2778 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$7,305.00** |
|---|---|---|---|

**Gary Greener**
**P.O. Box 18280**
**Spokane, WA 99228**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 697 of 1150

Debtor **Fox Ortega Enterprises, Inc.**      Case number (if known) _____

Name

| 3.2779 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$632.00** |

**Gary Grisham**
**8602 Wesley St**
**Greenville, TX 75402**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2780 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$16.00** |

**Gary Heitz**
**9571 Palini ct**
**Las Vegas, NV 89123**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2781 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,584.00** |

**Gary Hirschel**
**105 17th St**
**Wilmette, IL 60091**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2782 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,979.00** |

**Gary Hirschkron**
**6 Guiford Point Dr**
**Guilford, CT 06437**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**                                       Case number (if known)
_____
Name

| | | |
|---|---|---|
| **3.2783** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$10,074.00** |
| | **Gary Horen** | Check all that apply. |
| | **434 16th Ave E** | ☐ Contingent |
| | **Seattle, WA 98112** | ☐ Unliquidated |
| | | ☐ Disputed |
| | | **Basis for the claim:** |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | | ■ No |
| | Last 4 digits of account number _____ | ☐ Yes |

| | | |
|---|---|---|
| **3.2784** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$12,469.00** |
| | **Gary Hougen** | Check all that apply. |
| | **338 Moo 10 Pratumnak Rd., Room 5** | ☐ Contingent |
| | **Chonburi** | ☐ Unliquidated |
| | **THAILAND** | ☐ Disputed |
| | | **Basis for the claim:** |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | | ■ No |
| | Last 4 digits of account number _____ | ☐ Yes |

| | | |
|---|---|---|
| **3.2785** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$6,299.00** |
| | **Gary Huffman** | Check all that apply. |
| | **6537 Gilliams Road** | ☐ Contingent |
| | **McLean, VA 22101** | ☐ Unliquidated |
| | | ☐ Disputed |
| | | **Basis for the claim:** |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | | ■ No |
| | Last 4 digits of account number _____ | ☐ Yes |

| | | |
|---|---|---|
| **3.2786** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$137.00** |
| | **Gary Huffman** | Check all that apply. |
| | **201 Cambridge Ave.** | ☐ Contingent |
| | **San Leandro, CA 94577** | ☐ Unliquidated |
| | | ☐ Disputed |
| | | **Basis for the claim:** |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | | ■ No |
| | Last 4 digits of account number _____ | ☐ Yes |

Debtor **Fox Ortega Enterprises, Inc.**  Case number (if known) _____

Name

| 3.2787 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$889.00** |

**Gary Kaplan**
**10600 Country View Dr**
**Saint Louis, MO 63141**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2788 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$136.00** |

**Gary Kaplan**
**2759 Kelly St**
**Hayward, CA 94541**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2789 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$9,246.00** |

**Gary Kendall**
**301 Ewing Terrace**
**San Francisco, CA 94118**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2790 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,859.00** |

**Gary Keoleian**
**4499 Town Center Pkwy**
**Flint, MI 48532**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 700 of 1150

Debtor   **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____
         _____
         Name

| 3.2791 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,831.00** |
|---|---|---|---|

**Gary Ko**
**85 W. Avondale Road**
**Hillsborough, CA 94010**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2792 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$8,222.00** |
|---|---|---|---|

**Gary Kofman**
**76 Courtland Lane**
**Aberdeen, NJ 07747**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2793 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$468.00** |
|---|---|---|---|

**Gary Kostow**
**120 s. Ridgewood**
**Kentfield, CA 94904**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2794 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,539.00** |
|---|---|---|---|

**Gary Lakritz**
**9 Knollwood Terrace**
**Chester, NJ 07930**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

---

| 3.2795 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,719.00** |

**Gary Lattimer**
**1329 Lusitana St.**
**Honolulu, HI 96813**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2796 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,445.00** |

**Gary Lin**
**174 W 4th Street #269**
**New York, NY 10014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2797 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,024.00** |

**Gary M Gray**
**460 Gerona Road**
**Stanford, CA 94305**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2798 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$329.00** |

**Gary Margol**
**3185 Powers Ford SE**
**Marietta, GA 30067**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 702 of 1150

Debtor   **Fox Ortega Enterprises, Inc.**                          Case number (if known) _____
_____
Name

| 3.2799 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$464.00** |

**Gary Melvin**
**16924 Old Sawmill Road**
**Woodbine, MD 21797**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2800 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,332.00** |

**Gary Mezzatesta**
**2241 Chislehurst Drive**
**Los Angeles, CA 90027**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2801 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$384.00** |

**Gary Newport**
**327 Bluff Rd.**
**Carver, MN 55315**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2802 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$814.00** |

**Gary Novotny**
**1871 Three Mile Dr.**
**Reno, NV 89509**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.2803 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,772.00** |
|---|---|---|---|

**Gary Ochwat**
**18N269 Northwind LN**
**West Dundee, IL 60118**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2804 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$233.00** |
|---|---|---|---|

**Gary Patin**
**2719 High Timbers Dr**
**The Woodlands, TX 77380**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2805 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,594.00** |
|---|---|---|---|

**Gary Pess**
**13 Pal Drive**
**Wayside, NJ 07712**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2806 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$35.00** |
|---|---|---|---|

**Gary Peterson**
**5431 Strohm Ave**
**North Hollywood, CA 91601**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 704 of 1150

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.2807 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$439.00** |
|---|---|---|---|

**Gary Poenisch**
**223 Laurel Heights Pl**
**San Antonio, TX 78212**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.2808 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,860.00** |
|---|---|---|---|

**Gary Pokoik**
**201 Avondale Avenue**
**Los Angeles, CA 90049**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.2809 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$635.00** |
|---|---|---|---|

**Gary Reisine**
**7 Berwyn Road**
**West Hartford, CT 06107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.2810 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,389.00** |
|---|---|---|---|

**Gary Rosenthal**
**4513 King Palm Drive**
**Tamarac, FL 33319**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.2811 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $95.00 |

**Gary Rosenthal**
**5920 Dimm Way**
**Richmond, CA 94805**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2812 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $895.00 |

**Gary Sands**
**2399 Bitterroot Lane**
**Golden, CO 80401**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2813 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,309.00 |

**Gary Saulson**
**1775 Dominion Drive**
**Upper St. Clair, PA 15241**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2814 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $899.00 |

**Gary Schoenhouse**
**388 Beacon Ridge Lane**
**Walnut Creek, CA 94597**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.2815 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$9,033.00** |
|---|---|---|---|

**Gary Slater**
**882 Russet Drive**
**Sunnyvale, CA 94087**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2816 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,109.00** |
|---|---|---|---|

**Gary Sokol**
**43 Clifford Terrace**
**San Francisco, CA 94117**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2817 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,039.00** |
|---|---|---|---|

**Gary Susser**
**2755 S Federal Hwy**
**Boynton Beach, FL 33435**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2818 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$239.00** |
|---|---|---|---|

**Gary Walther**
**165 Congress St.**
**Brooklyn, NY 11201**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 707 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | |
|---|---|
| 3.2819 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

**Gary Weber**
**643 West Deming Place**
**Chicago, IL 60614**

As of the petition filing date, the claim is: **$99,047.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.2820 | **Nonpriority creditor's name and mailing address** |

**Gary Wong**
**Keyman Trading Co. Ltd.**
**Block D. 16/F**
**MACAU**

As of the petition filing date, the claim is: **$39,355.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.2821 | **Nonpriority creditor's name and mailing address** |

**Gary Zimberg**
**31 Old Army Rd**
**Scarsdale, NY 10583**

As of the petition filing date, the claim is: **$15,666.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.2822 | **Nonpriority creditor's name and mailing address** |

**Gary Zupfer**
**3504 W 22nd St**
**Minneapolis, MN 55416**

As of the petition filing date, the claim is: **$173.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 708 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.2823 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,434.00** |

**Gautam Gupta**
**101 Warren Street**
**New York, NY 10007**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2824 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,217.00** |

**Gavin Doyle**
**6 West Hamilton Place**
**Jersey City, NJ 07302**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2825 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,139.00** |

**Gavin Jensen**
**50610101 Sasks Dr.**
**Alberta,  T6E4R6**
**CANADA**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2826 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$6,867.00** |

**Ge Chen**
**20 Montrose St.**
**Newton, MA 02458**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.2827 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$290.00** |

**Geary Wong**
**6141-D Thornton Ave**
**Newark, CA 94560**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2828 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$14,912.00** |

**Gen Isoe**
**6-26-1204 Sakae-machi**
**Otsu City, 5200855**
**JAPAN**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2829 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$59.00** |

**Gene Keenan**
**2943 Balboa**
**San Francisco, CA 94121**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2830 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$639.00** |

**Gene Kennon**
**7 Charlotte**
**Irvine, CA 92603**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 710 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.2831 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$989.00** |

**Gene Lerner**
**P.O. Box 5308**
**Sherman Oaks, CA 91413**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2832 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$40,706.00** |

**Gene Stein**
**PO Box 3485**
**Silverdale, WA 98383**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2833 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$1,299.00** |

**Gene Viens**
**1333 Daisy Lane**
**Livermore, CA 94551**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2834 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$866.00** |

**Gene Wong**
**14 Sand Hill Ct**
**Sacramento, CA 95831**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.2835** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$129.00**

**Gene Yee**
**809 Lancelot Lane**
**Uniontown, OH 44685**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

**3.2836** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$135.00**

**Geoff Blalock**
**4520 Belvidere Lane**
**Minneapolis, MN 55435**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

**3.2837** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,489.00**

**Geoff Miller**
**1421 Ranchita Dr**
**Los Altos, CA 94024**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

**3.2838** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$50,401.00**

**Geoffrey Belsher**
**126 East 56 Street**
**New York, NY 10022**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 712 of 1150

Debtor **Fox Ortega Enterprises, Inc.**      Case number *(if known)* _____
_____
Name

---

| 3.2839 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$233.00** |

**Geoffrey Carter**
**311 Rye Gate St**
**Bay Village, OH 44140**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2840 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,869.00** |

**Geoffrey Clift**
**1400 Granby St.**
**Norfolk, VA 23510**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2841 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,655.00** |

**Geoffrey Covert**
**11200 Grandon Ridge Circle**
**Cincinnati, OH 45249**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2842 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$919.00** |

**Geoffrey Erickson**
**20 Hidden Brook Road**
**Riverside, CT 06878**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 713 of 1150

Debtor    **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____
          _____
          Name

| 3.2843 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$38,491.00** |
|---|---|---|---|

**Geoffrey Feldkamp**
**90 West Broadway**
**New York, NY 10007**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    _____

---

| 3.2844 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$179.00** |
|---|---|---|---|

**Geoffrey Frazier**
**593 Kingfisher Lane**
**Longboat Key, FL 34228**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    _____

---

| 3.2845 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,749.00** |
|---|---|---|---|

**Geoffrey Halaburt**
**862 Sir Francis Drake Blvd.**
**San Anselmo, CA 94960**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    _____

---

| 3.2846 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,183.00** |
|---|---|---|---|

**Geoffrey Luce**
**540 Pine Lane**
**Lake Forest, IL 60045**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number    _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 714 of 1150

| 3.2847 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $89.00 |
|---|---|---|---|

**Geoffrey Morrison**
**118 Hoffer Way**
**Manheim, PA 17545**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2848 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,001.00 |
|---|---|---|---|

**Geoffrey ONeill**
**972 Spruce Street**
**Berkeley, CA 94707**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2849 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $540.00 |
|---|---|---|---|

**Geoffrey Spillane**
**8 Dorado Court**
**Wilton, CT 06897**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2850 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,158.00 |
|---|---|---|---|

**Geoffrey Stern**
**10 Rockefeller Plaza**
**New York, NY 10020**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050 Doc# 16 Filed: 01/21/16 Entered: 01/21/16 15:42:32 Page 715 of 1150

Debtor **Fox Ortega Enterprises, Inc.**                                    Case number (if known)
_____
Name

| 3.2851 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$45.00** |

**Nonpriority creditor's name and mailing address**
**Geoffrey Wagner**
**5544 SW Edgemont Place**
**Portland, OR 97239**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

| 3.2852 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,679.00** |

**Nonpriority creditor's name and mailing address**
**Geoffrey Yang**
**3000 Sand Hill Rd**
**Menlo Park, CA 94025**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

| 3.2853 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,199.00** |

**Nonpriority creditor's name and mailing address**
**Geoffrey Martin**
**37 The Plaza Drive**
**Berkeley, CA 94705**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

| 3.2854 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$374.00** |

**Nonpriority creditor's name and mailing address**
**George Amos**
**2717 N. Lehmann Court**
**Chicago, IL 60614**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 716 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.2855 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,954.00** |

**George Bachman**
**118 Champlain St.**
**Decator, GA 30030**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2856 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$343.00** |

**George Beuchert III**
**PO Box 3807**
**Washington, DC 20027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2857 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$585.00** |

**George Billman**
**1450 University Ave**
**Palo Alto, CA 94301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2858 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$8,397.00** |

**George Buehler**
**P.O. Box190**
**Brookline, MA 02146**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor   **Fox Ortega Enterprises, Inc.**                          Case number (if known) _____
_____
Name

| 3.2859 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$27,888.00** |

**George Chadwick**
**The UPS Store, PMB #139**
**Los Gatos, CA 95032**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2860 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,229.00** |

**George Chang**
**1201 Kendrick Rd NE**
**Atlanta, GA 30319**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2861 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$298.00** |

**George Chyla**
**6733 Mallard Dr**
**Brecksville, OH 44141**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2862 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$952.00** |

**George Constantinescu**
**330 Ridgeland Avenue**
**Iowa City, IA 52246**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.2863 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,405.00 |

**George David**
**Realty Financial Resources, Inc.**
**St. Helena, CA 94574**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2864 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,699.00 |

**George Delta**
**6619 Goldsboro Road**
**Falls Church, VA 22042**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2865 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,974.00 |

**George Donaldson**
**453 Boynton Ave**
**Berkeley, CA 94707**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2866 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,592.00 |

**George Dubiecki**
**11844 West Pico Blvd**
**Los Angeles, CA 90064**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.2867** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,421.00**

**George Ebers**
**35957 Bayfield River Rd.**
**Bayfield, ON N0M1G0**
**CANADA**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**3.2868** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$279.00**

**George Finch**
**407 Scenic View**
**Friendswood, TX 77546**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**3.2869** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,289.00**

**George Fischmann**
**9045 Corbin Ave**
**Northridge, CA 91324**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**3.2870** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$959.00**

**George Gayler**
**3217 Stone Valley Rd**
**Alamo, CA 94507**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

---

| 3.2871 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,429.00 |
|---|---|---|---|

**George Gebhardt**
**240 Hackensack St.**
**East Rutherford, NJ 07073**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2872 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $419.00 |
|---|---|---|---|

**George Gould**
**118 Commonwealth Ave.**
**San Francisco, CA 94118**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2873 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $899.00 |
|---|---|---|---|

**George Govette**
**517 E. Lancaster Ave suite 101**
**Wayne, PA 19087**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2874 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $221.00 |
|---|---|---|---|

**George Gruner**
**960 Kenfield**
**Los Angeles, CA 90049**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.2875 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,390.00 |

**George Haley**
**1825 Marin Ave.**
**Berkeley, CA 94707**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2876 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $225.00 |

**George Hawkins III**
**2521 Shades Crest Road**
**Birmingham, AL 35216**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2877 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,079.00 |

**George Hetherington**
**700 Bishop Street**
**Honolulu, HI 96813**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2878 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $59.00 |

**George Huang**
**117 33rd St.**
**Manhattan Beach, CA 90266**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **Fox Ortega Enterprises, Inc.**
_____  Case number (if known) _____
Name

| | |
|---|---|

3.2879 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$460.00**

**George K Lai**
**2033 Oakmont Drive**
**San Bruno, CA 94066**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

3.2880 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,823.00**

**George Kruer**
**875 Prospect St.**
**La Jolla, CA 92037**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

3.2881 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,879.00**

**George Krupp**
**7 Woodchester Drive**
**Chestnut Hill, MA 02467**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

3.2882 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,191.00**

**George Lohmann MD**
**3703 Northfield Drive**
**Midland, TX 79707**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.2883 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,387.00** |

**George M Kachmar III**
**3 Forest Lane**
**Green Brook, NJ 08812**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.2884 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$315.00** |

**George McMurray**
**11611 Ave H**
**Chicago, IL 60617**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.2885 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$394.00** |

**George Millburn**
**2018 E Vista Mesa Way**
**Orange, CA 92867**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.2886 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$771.00** |

**George Miller**
**979 Dairy Lane**
**Inverness, IL 60067**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 724 of 1150

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.2887 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$29,947.00** |

**George Minnich**
**26048 Fawnwood CT**
**Bonita Springs, FL 34134**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2888 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,620.00** |

**George Molitor**
**515 Acorn Hill Lane**
**Oak Brook, IL 60523**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2889 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,709.00** |

**George Nassar**
**6201 Lk Washington Blvd NE**
**Kirkland, WA 98033**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2890 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$131.00** |

**George Nemeth**
**9 Phesant Lane**
**Shelter Island, NY 11964**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 725 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.2891 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,499.00** |

**George Olley**
**161 West 75th Street**
**New York, NY 10023**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2892 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$179.00** |

**George Platt**
**12 Elmwood Dr**
**Warren, NJ 07059**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2893 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$23,263.00** |

**George Saman**
**5900 Lake Wright Dr.**
**Norfolk, VA 23502**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2894 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$701.00** |

**George Sandhu**
**243 Fifth Avenue**
**New York, NY 10016**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor  **Fox Ortega Enterprises, Inc.**
_____     Case number (if known) _____
Name

| 3.2895 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$179.00** |
| --- | --- | --- | --- |

**George Sands MD**
**41 Eastern Parkway**
**Brooklyn, NY 11238**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.2896 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$20,543.00** |
| --- | --- | --- | --- |

**George Schweitzer**
**3143 Old Oak Drive**
**Ellicott City, MD 21042**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.2897 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$299.00** |
| --- | --- | --- | --- |

**George Smith**
**3420 Montecito Ave**
**Santa Rosa, CA 95404**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.2898 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$43,931.00** |
| --- | --- | --- | --- |

**George Sonnier**
**6410 Lime Ridge Place**
**Louisville, KY 40222**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 727 of 1150

Debtor  **Fox Ortega Enterprises, Inc.**                          Case number (if known) _____
        _____
        Name

| 3.2899 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,499.00** |
|---|---|---|---|

**George Still**
**525 University Avenue**
**Palo Alto, CA 94301**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

---

| 3.2900 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$779.00** |
|---|---|---|---|

**George Stoe**
**940 Adara Drive**
**Columbus, OH 43240**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

---

| 3.2901 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$805.00** |
|---|---|---|---|

**George Tita**
**1 McClintock Court**
**Irvine, CA 92617**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

---

| 3.2902 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$499.00** |
|---|---|---|---|

**George Tummolo**
**78-10 Fujisaki, Saruhashi-cho**
**Otsuki City, Yamanashi,   94533**
**JAPAN**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

---

| 3.2903 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$265.00** |

**George Yasutake**
**9653 Clos du Lac Circle**
**Loomis, CA 95650**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2904 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,379.00** |

**George Zachary**
**5 Vintage Court**
**Redwood City, CA 94062**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2905 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$385,562.00** |

**George Zicarelli**
**300 E 51st Street**
**New York, NY 10022**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2906 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,332.00** |

**George Zraick**
**8163 Merion Drive**
**Newark, CA 94560**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 729 of 1150

Debtor **Fox Ortega Enterprises, Inc.**         Case number (if known) _____
Name

---

| 3.2907 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,665.00** |
|---|---|---|---|

**Georgios Papadopoulos**
**586 Joandra Ct**
**Los Altos, CA 94024**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2908 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,159.00** |
|---|---|---|---|

**Gerald Abualy**
**72 Old Nichols Rd**
**Nesconset, NY 11767**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2909 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$14,389.00** |
|---|---|---|---|

**Gerald Chase**
**6662 York St.**
**Fort Worth, TX 76132**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2910 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,079.00** |
|---|---|---|---|

**Gerald Cohen**
**32 Woodland Drive**
**Rye Brook, NY 10573**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 730 of 1150

Debtor **Fox Ortega Enterprises, Inc.** Case number (if known) _____

Name

| 3.2911 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $39.00 |

**3.2911** Nonpriority creditor's name and mailing address

**Gerald Fontenay**
**267 2nd Avenue**
**San Francisco, CA 94118**

As of the petition filing date, the claim is: $39.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.2912** Nonpriority creditor's name and mailing address

**Gerald Holguin**
**5508 Glengarry Parkway**
**Edina, MN 55436**

As of the petition filing date, the claim is: $7,095.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.2913** Nonpriority creditor's name and mailing address

**Gerald Johanneson**
**820 W Copeland Dr.**
**Marco Island, FL 34145**

As of the petition filing date, the claim is: $137,046.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.2914** Nonpriority creditor's name and mailing address

**Gerald Kendal**
**2207 Carondelet St.**
**New Orleans, LA 70130**

As of the petition filing date, the claim is: $33.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 731 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | |
|---|---|
| 3.2915 | **Nonpriority creditor's name and mailing address** |

**Gerald M Caughlin**
**525 Longford**
**Wichita, KS 67206**

As of the petition filing date, the claim is:                    **$3,171.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.2916 | **Nonpriority creditor's name and mailing address** |

**Gerald McGovern**
**2423 Broadway**
**San Francisco, CA 94115**

As of the petition filing date, the claim is:                    **$18,857.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.2917 | **Nonpriority creditor's name and mailing address** |

**Gerald Mulkey**
**2801 Ferndale Drive**
**Eugene, OR 97404**

As of the petition filing date, the claim is:                    **$1,599.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.2918 | **Nonpriority creditor's name and mailing address** |

**Gerald Pieroni**
**4673 N. Fallingwater Ln**
**Clovis, CA 93619**

As of the petition filing date, the claim is:                    **$4,923.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Case number (if known) _____

Name

| 3.2919 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$215.00** |

**Gerald Priebe**
**464 Eagles Roost Rd**
**Bryson City, NC 28713**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

- ■ No
Last 4 digits of account number _____
- ☐ Yes

---

| 3.2920 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,224.00** |

**Gerald Wagner**
**5333 Lane Place**
**Downers Grove, IL 60515**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

- ■ No
Last 4 digits of account number _____
- ☐ Yes

---

| 3.2921 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,999.00** |

**Gerard Eisterhold**
**19310 Farley Hampton Rd**
**Kansas City, MO 64153**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

- ■ No
Last 4 digits of account number _____
- ☐ Yes

---

| 3.2922 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$186.00** |

**Gerardo Aguirre**
**10901 SW 61 Ct**
**Pinecrest, FL 33156**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

- ■ No
Last 4 digits of account number _____
- ☐ Yes

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 733 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.2923 | **Nonpriority creditor's name and mailing address** |

**Gerardo Florez**
**140 Patrick Mill Cir**
**Ponte Vedra Beach, FL 32082**

As of the petition filing date, the claim is:                    **$4,019.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.2924 | **Nonpriority creditor's name and mailing address** |

**Gerhard Schulmeyer**
**12 Field Point Circle**
**Greenwich, CT 06830**

As of the petition filing date, the claim is:                    **$290.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.2925 | **Nonpriority creditor's name and mailing address** |

**Gernot Schnee**
**Nordhellen 25-26**
**58540 Meinerzhagen**
**GERMANY**

As of the petition filing date, the claim is:                    **$531.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.2926 | **Nonpriority creditor's name and mailing address** |

**Gerry Rodrigues**
**1911 S. Westgate Ave**
**Los Angeles, CA 90025**

As of the petition filing date, the claim is:                    **$2,346.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**  Case number (if known) _____

Name

| | |
|---|---|
| 3.2927 | **Nonpriority creditor's name and mailing address** |

**Gerry Schwartz**
**726 Adelaide Place**
**Santa Monica, CA 90402**

As of the petition filing date, the claim is:  **$5,329.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.2928 | **Nonpriority creditor's name and mailing address** |

**Gianluca Latini**
**37 South 8 Street**
**Brooklyn, NY 11249**

As of the petition filing date, the claim is:  **$69.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.2929 | **Nonpriority creditor's name and mailing address** |

**Giao Do**
**561 Northampton Dr**
**Shreveport, LA 71106**

As of the petition filing date, the claim is:  **$660.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.2930 | **Nonpriority creditor's name and mailing address** |

**Gideon Beinstock**
**P O Box 1004**
**Oregon House, CA 95962**

As of the petition filing date, the claim is:  **$4,968.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050  Doc# 16  Filed: 01/21/16  Entered: 01/21/16 15:42:32  Page 735 of 1150

Debtor   **Fox Ortega Enterprises, Inc.**                         Case number (if known) _____
_____
Name

| 3.2931 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$39.00** |
|---|---|---|---|

**Gideon Dreyfuss**
**343 Aubrey Road**
**Wynnewood, PA 19096**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.2932 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$18,048.00** |
|---|---|---|---|

**Gideon Rose**
**935 President Street**
**Brooklyn, NY 11215**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.2933 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$169.00** |
|---|---|---|---|

**Gigi Mitchell**
**4874 McSwain Road**
**Atwater, CA 95301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.2934 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$35,812.00** |
|---|---|---|---|

**Gilbert Bieger**
**11 Broad Rd.**
**Greenwich, CT 06830**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 736 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

_____
Name

| 3.2935 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$719.00** |

**Gilbert Wymond**
**2767 Topeka**
**Riverbank, CA 95367**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2936 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,004.00** |

**Gilles Agniel**
**15917 Londelius St.**
**North Hills, CA 91343**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2937 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$69.00** |

**Gillian Gutenberg**
**210 7th St.**
**Brooklyn, NY 11215**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2938 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,679.00** |

**Gim Leng Teoh**
**Lot 56, Jalan Ijuk 26/5**
**Shah Alam, Selangor, 40000**
**MALAYSIA**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**          Case number (if known) _____
          Name

| 3.2939 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$473.00** |

**Gina Guerra**
**5200 Alta Canyada Road**
**La Canada Flintridge, CA 91011**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2940 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,889.00** |

**Ginfai Dong**
**87 Ave O**
**Brooklyn, NY 11204**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2941 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$52,736.00** |

**Gino Morga**
**3584 Victoria Blvd.**
**Windsor, N9E3L3**
**CANADA**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2942 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,517.00** |

**Giorgio Spanu**
**235 East 87th Street**
**New York, NY 10128**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 738 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known)

---

| 3.2943 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,799.00** |

**Giovanni Santoro**
**6325 South Whitham Dr**
**Niagara Falls, NY 14304**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.2944 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$14,429.00** |

**Glen Gaulton**
**1633 Woodmere Way**
**Havertown, PA 19083**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.2945 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,105.00** |

**Glen Gold**
**40 Calhoun Terrace**
**San Francisco, CA 94133**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.2946 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$15,407.00** |

**Glen Gormezano**
**263 Molino Ave**
**Mill Valley, CA 94941**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**     Case number (if known) _____
Name

---

| 3.2947 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$8,876.00** |
|---|---|---|---|

**Glen Johnson**
**1493 Oak Bluff Lane**
**Kirkwood, MO 63122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2948 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,199.00** |
|---|---|---|---|

**Glen Keiser**
**1391 Pennsylvania Ave SE**
**WASHINGTON, DC 20003-3089**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2949 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$9,035.00** |
|---|---|---|---|

**Glen Neale**
**555  Washington Highway**
**Morrisville, VT 05661**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2950 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$149.00** |
|---|---|---|---|

**Glen Paul**
**2412 Carters Grove Lane**
**Germantown, TN 38138**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 740 of 1150

Debtor **Fox Ortega Enterprises, Inc.**     Case number (if known) _____

Name

| | | |
|---|---|---|
| **3.2951** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:     **$31,880.00** |

**Glen Rollins**
**2170 Piedmont Road NE**
**Atlanta, GA 30324**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| **3.2952** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:     **$7,986.00** |

**Glen Sato**
**1470 Kings Lane**
**Palo Alto, CA 94303**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| **3.2953** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:     **$1,589.00** |

**Glenda McDaniel**
**105 Six Kings Road**
**Wirtz, VA 24184**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| **3.2954** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:     **$239.00** |

**Glenn Abe**
**6016 Woodland Pl N**
**Seattle, WA 98103**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.2955 | **Nonpriority creditor's name and mailing address** | | **$543.00** |

**Glenn Arnold**
**150 E. Westminster Rd**
**Lake Forest, IL 60045**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2956 | **Nonpriority creditor's name and mailing address** | | **$581.00** |

**Glenn Ballard**
**4536 Fieldbrook Road**
**Oakland, CA 94619**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2957 | **Nonpriority creditor's name and mailing address** | | **$2,500.00** |

**Glenn Davis**
**2532 Springhaven Dr.**
**Virginia Beach, VA 23456**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2958 | **Nonpriority creditor's name and mailing address** | | **$2,694.00** |

**Glenn Eaden**
**1829 Laurel Ridge Dr**
**Nashville, TN 37215**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known) _____

| | |
|---|---|
| 3.2959 | **Nonpriority creditor's name and mailing address** |

**Glenn Flores**
**2808 Summit Ridge Dr.**
**Southlake, TX 76092**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**$224.00**

---

| | |
|---|---|
| 3.2960 | **Nonpriority creditor's name and mailing address** |

**Glenn Gaines**
**1744 Deerhill Trail**
**Topanga, CA 90290**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**$2,744.00**

---

| | |
|---|---|
| 3.2961 | **Nonpriority creditor's name and mailing address** |

**Glenn Gee**
**2933 Laurel Road**
**Longview, WA 98632**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**$4,536.00**

---

| | |
|---|---|
| 3.2962 | **Nonpriority creditor's name and mailing address** |

**Glenn Goodfriend**
**4600 Connecticut Ave. NW #411**
**Washington, DC 20008**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**$57.00**

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 743 of 1150

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
Name

| 3.2963 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$8,727.00** |
|---|---|---|---|

**Glenn Hilliard**
**1355 Peachtree Rd.**
**Atlanta, GA 30309**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

---

| 3.2964 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$150.00** |

**Glenn Izzo**
**2496 Garrison Ave**
**Brooklyn, NY 11229**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

---

| 3.2965 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$839.00** |

**Glenn Jacobsen**
**6 Ferrand Woods Lane**
**Saint Louis, MO 63124**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

---

| 3.2966 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$175.00** |

**Glenn McPhee**
**6715 Pointe Lake Lucy**
**Chanhassen, MN 55317**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

---

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

---

| 3.2967 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $599.00 |
|---|---|---|---|

**Glenn Miller**
**1011 Savile Lane**
**McLean, VA 22101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.2968 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,559.00 |
|---|---|---|---|

**Glenn Ray**
**970 West Broadway**
**Jackson, WY 83001**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.2969 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $110.00 |
|---|---|---|---|

**Glenn Reid**
**3963 W. Belmont Ave.**
**Chicago, IL 60618**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.2970 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $627.00 |
|---|---|---|---|

**Glenn Ricciardelli**
**3 Cedar Lane**
**Medfield, MA 02052**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

| 3.2971 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $734.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Glennon Gray**
**4945 Clover Place**
**Alta Loma, CA 91737**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

$734.00

---

| 3.2972 |

**Nonpriority creditor's name and mailing address**
**Godwin Tang**
**96 Strathearn Ave**
**Richmond Hills, ON L4B2J7**
**CANADA**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

$734.00

---

| 3.2973 |

**Nonpriority creditor's name and mailing address**
**Gokhan Kutlu**
**1942 25th Ave E**
**Seattle, WA 98112**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

$341,039.00

---

| 3.2974 |

**Nonpriority creditor's name and mailing address**
**Gonzalo Rodriguez**
**9737 NW 41st St**
**Miami, FL 33178**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

$311.00

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 746 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | |
|---|---|
| 3.2975 | **Nonpriority creditor's name and mailing address** |

**Goran Puljic**
**8 Searles Rd**
**Darien, CT 06820**

As of the petition filing date, the claim is:                    **$3,215.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____          ☐ Yes

---

| | |
|---|---|
| 3.2976 | **Nonpriority creditor's name and mailing address** |

**Gordon Gould**
**919 Juniper Avenue**
**Boulder, CO 80304**

As of the petition filing date, the claim is:                    **$299.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____          ☐ Yes

---

| | |
|---|---|
| 3.2977 | **Nonpriority creditor's name and mailing address** |

**Gordon Hester**
**4226 Torres Ave**
**Fremont, CA 94536**

As of the petition filing date, the claim is:                    **$129.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____          ☐ Yes

---

| | |
|---|---|
| 3.2978 | **Nonpriority creditor's name and mailing address** |

**Gordon Kanofsky**
**4273 Aleman Dr.**
**Tarzana, CA 91356**

As of the petition filing date, the claim is:                    **$10,067.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____          ☐ Yes

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 747 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.2979 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$335.00** |
|---|---|---|---|

**Gordon Machemer**
**16 Voyagers Lane**
**Ashland, MA 01721**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.2980 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,698.00** |
|---|---|---|---|

**Gordon Saul**
**2175 Bryant Street**
**Palo Alto, CA 94301**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.2981 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$9,076.00** |
|---|---|---|---|

**Gordon Trachtenberg**
**9840 Wanda Park Drive**
**Beverly Hills, CA 90210**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.2982 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$17,597.00** |
|---|---|---|---|

**Grace Chen**
**4225 Solano Ave**
**Napa, CA 94558**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 748 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

---

| 3.2983 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$491.00** |

**Grace Fan**
**3314 Folsom St.**
**San Francisco, CA 94110**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2984 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$239.00** |

**Grace Liang**
**5821 Cazaux Drive**
**Los Angeles, CA 90068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2985 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$19,577.00** |

**Graeme Cruickshanks**
**206 Vintage Oaks Dr.**
**Tecumseh, ON N8N5H4**
**CANADA**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2986 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$470.00** |

**Graham Osborne**
**512 N Kilkea Dr**
**Los Angeles, CA 90048**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.2987 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$239.00** |
|---|---|---|---|

**Graham Radman**
**80 Kingwood Drive**
**Little Falls, NJ 07424**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2988 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$379.00** |
|---|---|---|---|

**Graham Ruark**
**5011 Jason St.**
**Houston, TX 77096**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2989 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,245.00** |
|---|---|---|---|

**Graham Stahnke**
**929 E 3rd Avenue**
**Durango, CO 81301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.2990 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,131.00** |
|---|---|---|---|

**Graham Weston**
**303 Deer Park Road**
**St. Helena, CA 94574**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 750 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.2991 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,109.00 |
|---|---|---|---|

**Grant Kalinowski**
**1160 Mission St.**
**San Francisco, CA 94103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.2992 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,359.00 |
|---|---|---|---|

**Grant Magnon**
**3 Ashin Way**
**San Antonio, TX 78232**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.2993 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $3,518.00 |
|---|---|---|---|

**Grant Moyer**
**20 Thistle Lane**
**Rye, NY 10580**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.2994 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $399.00 |
|---|---|---|---|

**Grant Skidmore**
**704 Virginia Dare Dr.**
**Virginia Beach, VA 23451**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.2995 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,714.00** |

**Grant Wease**
**925 Via Monte Street**
**El Paso, TX 79912**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2996 | **Nonpriority creditor's name and mailing address** | **$8,751.00** |

**Gray Hampton**
**891 Lake Avenue**
**Greenwich, CT 06831**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2997 | **Nonpriority creditor's name and mailing address** | **$9,410.00** |

**Grayson Beck**
**27681 Mace**
**Davis, CA 95618**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.2998 | **Nonpriority creditor's name and mailing address** | **$1,029.00** |

**Greg Alch**
**1759 Diane Road**
**Mendota Heights, MN 55118**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.2999 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$849.00** |
|---|---|---|---|

**Greg Anderson**
**11216 NE 106th Place**
**Kirkland, WA 98033**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3000 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$17,324.00** |
|---|---|---|---|

**Greg Basser**
**11949 Foxboro Drive**
**Los Angeles, CA 90049**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3001 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,331.00** |
|---|---|---|---|

**Greg Brisson**
**6877 Il Regalo Cir**
**Naples, FL 34109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3002 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,689.00** |
|---|---|---|---|

**Greg Burgress**
**3235 Woodland Lane**
**Alexandria, VA 22309**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.3003 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,079.00** |

**Greg Caravella**
**5477 Mettle Way**
**Las Vegas, NV 89135**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3004 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$99.00** |

**Greg Crawford**
**500 S. Raymond Avenue**
**Pasadena, CA 91105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3005 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$479.00** |

**Greg Dunnell**
**7938 E Sussex Ct**
**Niwot, CO 80503**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3006 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,070.00** |

**Greg Evans**
**2811 Sunset Blvd**
**Houston, TX 77005**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| **3.3007** | **Nonpriority creditor's name and mailing address** |

**Greg Glotzbach**
**11108 Fox Road**
**Yorkville, IL 60560**

As of the petition filing date, the claim is: $1,853.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| **3.3008** | **Nonpriority creditor's name and mailing address** |

**Greg Goodrich**
**3826 Dade Drive**
**Annandale, VA 22003**

As of the petition filing date, the claim is: $2,503.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| **3.3009** | **Nonpriority creditor's name and mailing address** |

**Greg Gretsch**
**44 Normandie Terrace**
**San Francisco, CA 94115**

As of the petition filing date, the claim is: $5,809.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| **3.3010** | **Nonpriority creditor's name and mailing address** |

**Greg Gunsten**
**1004 Cambridge ct**
**New Bern, NC 28562**

As of the petition filing date, the claim is: $179.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 755 of 1150

Debtor  **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____
_____
Name

| 3.3011 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,634.00** |

**Greg Hackney**
**7160 Dallas Pkwy**
**Plano, TX 75024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.3012 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$159.00** |

**Greg Hedrick**
**2641 Leafield Terrace**
**Midlothian, VA 23113**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.3013 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$868.00** |

**Greg Hoff**
**4612 Parnell Lane**
**Plano, TX 75024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.3014 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$519.00** |

**Greg Ikonen**
**5839 Ross St.**
**Oakland, CA 94618**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.3015 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$579.00** |

**Greg Iovino**
**6560 NW McMullen Ave**
**Portland, OR 97229**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.3016 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,078.00** |

**Greg Kahn**
**666 Greenwich St.**
**New York, NY 10014**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.3017 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$239.00** |

**Greg Lambrecht**
**220 Eliot Street**
**Natick, MA 01760**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.3018 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,144.00** |

**Greg Lee**
**2038 Bern Way**
**Lodi, CA 95242**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 757 of 1150

Debtor   **Fox Ortega Enterprises, Inc.**                          Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| **3.3019** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$11,713.00** |

**3.3019**  **Nonpriority creditor's name and mailing address**

**Greg Manriquez**
**1747 Westend Pl**
**Round Rock, TX 78681**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

$11,713.00

---

**3.3020**  **Nonpriority creditor's name and mailing address**

**Greg Mitrakas**
**297 E Main St.**
**Marlboro, MA 01752**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

$7,871.00

---

**3.3021**  **Nonpriority creditor's name and mailing address**

**Greg Ohlendorf**
**PO Box 185**
**Beecher, IL 60401**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

$1,991.00

---

**3.3022**  **Nonpriority creditor's name and mailing address**

**Greg Ossi**
**209 Primrose St.**
**Chevy Chase, MD 20815**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

$1,639.00

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 758 of 1150

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.3023 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$944.00** |
|---|---|---|---|

**Greg Oster**
**2392 Palazzo Drive**
**Buffalo Grove, IL 60089**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3024 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,040.00** |
|---|---|---|---|

**Greg Powell**
**48 Davenport Pl**
**Morris Township, NJ 07960**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3025 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$31,689.00** |
|---|---|---|---|

**Greg Quiring**
**795 E. Rialto Ave**
**Fresno, CA 93704**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3026 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,699.00** |
|---|---|---|---|

**Greg Raleigh**
**131 Fox Hollow Rd.**
**Woodside, CA 94062**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 759 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.3027 | **Nonpriority creditor's name and mailing address** |

**Greg Russell**
**1535 S. Delaware Place**
**Tulsa, OK 74104**

As of the petition filing date, the claim is:                     **$624.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.3028 | **Nonpriority creditor's name and mailing address** |

**Greg Sain**
**149 S Barrington Ave**
**Los Angeles, CA 90049**

As of the petition filing date, the claim is:                     **$289.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.3029 | **Nonpriority creditor's name and mailing address** |

**Greg Schaefer**
**408 North 1st Street**
**Minneapolis, MN 55401**

As of the petition filing date, the claim is:                     **$6,424.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.3030 | **Nonpriority creditor's name and mailing address** |

**Greg Scheibel**
**120 Palette Ct**
**Bozeman, MT 59715**

As of the petition filing date, the claim is:                     **$973.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.3031 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $212.00 |
|---|---|---|---|

**Greg Stewart**
**2772 NW 138 Terrace**
**Gainesville, FL 32606**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3032 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $315.00 |
|---|---|---|---|

**Greg Vogelman**
**2629 Blackman Rd.**
**Geneva, IL 60134**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3033 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,841.00 |
|---|---|---|---|

**Greg Wright**
**13901 Mauve Dr.**
**Santa Ana, CA 92705**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3034 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,119.00 |
|---|---|---|---|

**Gregg Alton**
**234 Polhemus Ave.**
**Atherton, CA 94027**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.3035 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$325.00** |

**Gregg Ayres**
**3568 Via Del Prado**
**Calabasas, CA 91302**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.3036 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$359.00** |

**Gregg Britt**
**2961 Dona Emilia Dr**
**Studio City, CA 91604**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.3037 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,864.00** |

**Gregg Feinerman**
**320 Superior Avenue**
**Newport Beach, CA 92663**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.3038 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$833.00** |

**Gregg Greenbaum**
**3238 Glenhurst Ave**
**Los Angeles, CA 90039**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 762 of 1150

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| 3.3039 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,499.00** |

3.3039 | **Nonpriority creditor's name and mailing address**

**Gregg Hollenberg**
**3107 Nottingham St.**
**Houston, TX 77005**
_____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

As of the petition filing date, the claim is:    **$1,499.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

■ No
☐ Yes

---

3.3040 | **Nonpriority creditor's name and mailing address**

**Gregg Horowitz**
**270 Broadway**
**New York, NY 10007**
_____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

As of the petition filing date, the claim is:    **$5,202.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

■ No
☐ Yes

---

3.3041 | **Nonpriority creditor's name and mailing address**

**Gregg Kitzis**
**479 North Harlem Ave**
**Oak Park, IL 60301**
_____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

As of the petition filing date, the claim is:    **$3,335.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

■ No
☐ Yes

---

3.3042 | **Nonpriority creditor's name and mailing address**

**Gregg Kulesa**
**1 Longford Street**
**Huntington, NY 11743**
_____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

As of the petition filing date, the claim is:    **$536.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

■ No
☐ Yes

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 763 of 1150

Debtor  **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.3043 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,929.00 |
|---|---|---|---|

**Gregg Sage**
**1181 N. Lake Way**
**Palm Beach, FL 33480**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

| 3.3044 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $78,285.00 |
|---|---|---|---|

**Gregg Seibert**
**2 Stevens Lane**
**Bernardsville, NJ 07924**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

| 3.3045 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,869.00 |
|---|---|---|---|

**Gregg Shores**
**1540 Tiptoe Lane**
**Los Altos, CA 94024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

| 3.3046 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $113.00 |
|---|---|---|---|

**Gregg Solomon**
**1708 Heron Ridge Dr.**
**Bloomfield Township, MI 48302**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 764 of 1150

Debtor **Fox Ortega Enterprises, Inc.**     Case number *(if known)* _____

Name

---

| 3.3047 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,953.00** |

**Gregg Wilson**
**135 S. Elm**
**Hinsdale, IL 60521**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3048 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$8,134.00** |

**Gregory Abell**
**2614 Ravello Ridge Dr.**
**Austin, TX 78735**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3049 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,294.00** |

**Gregory Baer**
**3000 Greenvale Rd.**
**Chevy Chase, MD 20815**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3050 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$20,588.00** |

**Gregory Bantrup**
**3 Roclare Lane**
**Saint Louis, MO 63131**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3051 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,599.00 |
|---|---|---|---|

**Gregory Beard**
**121 Laurel Road**
**Tuxedo Park, NY 10987**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3052 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $191.00 |
|---|---|---|---|

**Gregory Carpenter**
**454 Washington Avenue**
**Glencoe, IL 60022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3053 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $24,508.00 |
|---|---|---|---|

**Gregory Chan**
**6717 Beach Dr. SW**
**Seattle, WA 98136**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3054 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,659.00 |
|---|---|---|---|

**Gregory Chevalier**
**2050 Wellington Dr.**
**West Linn, OR 97068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 766 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.3055 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$6,307.00** |

**Gregory Dal Piaz**
**160 West 85th Street**
**New York, NY 10024**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3056 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,971.00** |

**Gregory DeAngelis**
**33 Delancey Ct**
**Pittsford, NY 14534**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3057 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$279.00** |

**Gregory Dryden**
**410 Taylor Ave.**
**Saint Louis, MO 63122**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3058 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$143.00** |

**Gregory Euteneier**
**1418 W Clarke Ave**
**Spokane, WA 99201**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|--------|----------------------------------|------------------------|--|
| | Name | | |

---

**3.3059** | **Nonpriority creditor's name and mailing address**

**Gregory Gerboth**
**6204 Prominence Pointe Drive**
**Anchorage, AK 99516**

As of the petition filing date, the claim is: **$17,304.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.3060** | **Nonpriority creditor's name and mailing address**

**Gregory Hurst**
**3 Fernwood Court**
**East Brunswick, NJ 08816**

As of the petition filing date, the claim is: **$3,029.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.3061** | **Nonpriority creditor's name and mailing address**

**Gregory Johnson**
**688 East Krista Way**
**Tempe, AZ 85284**

As of the petition filing date, the claim is: **$7,077.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.3062** | **Nonpriority creditor's name and mailing address**

**Gregory Joseph Wooton**
**14106 Grayson Rd.**
**Woodbridge, VA 22191**

As of the petition filing date, the claim is: **$999.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor  **Fox Ortega Enterprises, Inc.**                                  Case number (if known) _____
_____
Name

| | |
|---|---|
| 3.3063 | **Nonpriority creditor's name and mailing address** |

**Gregory Kam**
**3045 Ala Napuaa Place**
**Honolulu, HI 96818**

As of the petition filing date, the claim is:                **$5,098.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.3064 | **Nonpriority creditor's name and mailing address** |

**Gregory Kato**
**1173 East River Parkway**
**Santa Clara, CA 95054**

As of the petition filing date, the claim is:                **$2,944.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.3065 | **Nonpriority creditor's name and mailing address** |

**Gregory Katsas**
**6442 Lakeview Drive**
**Falls Church, VA 22041**

As of the petition filing date, the claim is:                **$849.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.3066 | **Nonpriority creditor's name and mailing address** |

**Gregory Kisor**
**738 17th Ave W**
**Kirkland, WA 98033**

As of the petition filing date, the claim is:                **$2,629.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**     Case number (if known) _____

Name

| 3.3067 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$939.00** |
|---|---|---|---|

**Gregory Koll**
**2161 Manzanita Drive**
**Oakland, CA 94611**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

| 3.3068 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,529.00** |
|---|---|---|---|

**Gregory Kopchinsky**
**44 Clearview Lane**
**New Canaan, CT 06840**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

| 3.3069 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$83.00** |
|---|---|---|---|

**Gregory Kramer**
**12 May ct**
**Rockville Centre, NY 11570**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

| 3.3070 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$68.00** |
|---|---|---|---|

**Gregory Laketek**
**1111 W Randolph St**
**Chicago, IL 60607**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.3071 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $450.00 |

**Nonpriority creditor's name and mailing address**
**Gregory Marrone**
**19120 Overlook Road**
**Los Gatos, CA 95030**

As of the petition filing date, the claim is: **$450.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

3.3072 **Nonpriority creditor's name and mailing address**
**Gregory Massaro**
**6001 Bollinger Canyon Road**
**San Ramon, CA 94583**

As of the petition filing date, the claim is: **$200.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

3.3073 **Nonpriority creditor's name and mailing address**
**Gregory Nielsen**
**400 N Cranbrook Rd**
**Bloomfield Hills, MI 48301**

As of the petition filing date, the claim is: **$91.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

3.3074 **Nonpriority creditor's name and mailing address**
**Gregory O'Byrne**
**1000 Cordova Place #723**
**Santa Fe, NM 87505**

As of the petition filing date, the claim is: **$1,433.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **Fox Ortega Enterprises, Inc.**

Case number *(if known)*

Name

| 3.3075 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $139.00 |

**Gregory Pease**
**205 Sharon Avenue**
**Rodeo, CA 94572**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3076 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $159.00 |

**Gregory Peters**
**27915 Ashboro Dr.**
**Canyon Country, CA 91351**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3077 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $416.00 |

**Gregory Shirin**
**553 28th Avenue**
**San Francisco, CA 94110**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3078 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $299.00 |

**Gregory T Miller**
**3 Bretagne**
**Newport Beach, CA 92657**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 772 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | |
|---|---|
| 3.3079 | **Nonpriority creditor's name and mailing address** |

**Gregory Wallace**
**3121 Cowper Street**
**Palo Alto, CA 94306**

As of the petition filing date, the claim is: **$2,520.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.3080 | **Nonpriority creditor's name and mailing address** |

**Gregory Weiss**
**181 Highland Rd**
**Rye, NY 10580**

As of the petition filing date, the claim is: **$519.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.3081 | **Nonpriority creditor's name and mailing address** |

**Gregory Wood**
**198 Berkeley Place**
**Brooklyn, NY 11217**

As of the petition filing date, the claim is: **$9,794.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.3082 | **Nonpriority creditor's name and mailing address** |

**Gregory Yadley**
**2907 Rubideaux**
**Tampa, FL 33629**

As of the petition filing date, the claim is: **$22,175.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

---

| 3.3083 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$18,351.00** |

**Greig McRitchie**
**225 Sunridge St**
**PLAYA DEL REY, CA 90293**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3084 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$689.00** |

**Gretchen Scott**
**30193 Hillside Terrace**
**San Juan Capistrano, CA 92675**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3085 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$839.00** |

**GREYSTONE THE STEAKHOUSE**
**658 5TH AVE**
**San Diego, CA 92101**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3086 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$863.00** |

**Guenter Jonke**
**1 Abbey Lane**
**East Setauket, NY 11733**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 774 of 1150

Debtor **Fox Ortega Enterprises, Inc.**      Case number *(if known)* _____

Name

| | |
|---|---|
| 3.3087 | **Nonpriority creditor's name and mailing address** |

**Guido Schoen**
**3225 Kettering Ct.**
**Lexington, KY 40509**

**As of the petition filing date, the claim is:**      **$107.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.3088 | **Nonpriority creditor's name and mailing address** |

**Guillaume Bebear**
**19 East 92nd St.**
**New York, NY 10128**

**As of the petition filing date, the claim is:**      **$1,799.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.3089 | **Nonpriority creditor's name and mailing address** |

**Guillaume Chapotte**
**1453 W Street, NW**
**Washington, DC 20009**

**As of the petition filing date, the claim is:**      **$3,940.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.3090 | **Nonpriority creditor's name and mailing address** |

**Guillaume Fouilleron**
**12 West Drive**
**Larchmont, NY 10538**

**As of the petition filing date, the claim is:**      **$134,375.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 775 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| **3.3091** | **Nonpriority creditor's name and mailing address** |

**Guillermo Bublik**
**436 N. Madison**
**Hinsdale, IL 60521**

**As of the petition filing date, the claim is:**          **$51.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No

☐ Yes

---

| | |
|---|---|
| **3.3092** | **Nonpriority creditor's name and mailing address** |

**Gus Rendon**
**6017 Bristol Parkway**
**Culver City, CA 90230**

**As of the petition filing date, the claim is:**          **$839.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No

☐ Yes

---

| | |
|---|---|
| **3.3093** | **Nonpriority creditor's name and mailing address** |

**Gustavo Ballarin**
**Rua professor Hor cio berlinck, 166**
**Sao Paulo,  05505-040**
**BRAZIL**

**As of the petition filing date, the claim is:**          **$2,179.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No

☐ Yes

---

| | |
|---|---|
| **3.3094** | **Nonpriority creditor's name and mailing address** |

**Gustavo Batista**
**Rua 13 145 The One Torre Life Apt 2703 J**
**Brazil 74810230, Br 07481-0230**

**As of the petition filing date, the claim is:**          **$1,199.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No

☐ Yes

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 776 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | |
|---|---|
| 3.3095 | **Nonpriority creditor's name and mailing address** |

**Gustavo Carvalho**
**3781 West King Edward Avenue**
**Vancouver, BC v6s1m8**
**CANADA**

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: **$3,104.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
■ No
☐ Yes

---

| | |
|---|---|
| 3.3096 | **Nonpriority creditor's name and mailing address** |

**Guy Blanchard**
**63 Southwood Dr**
**Orinda, CA 94563**

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: **$95.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
■ No
☐ Yes

---

| | |
|---|---|
| 3.3097 | **Nonpriority creditor's name and mailing address** |

**Guy Calladine**
**CCP Law**
**San Francisco, CA 94111**

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: **$9,727.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
■ No
☐ Yes

---

| | |
|---|---|
| 3.3098 | **Nonpriority creditor's name and mailing address** |

**Guy Davidoff**
**125- Terminal court #63**
**South San Francisco, CA 94083**

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: **$347.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor  **Fox Ortega Enterprises, Inc.**
Name                                              Case number (if known) _____

---

| 3.3099 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$99.00** |

**Guy Major**
**5650 Ascot Dr**
**Oakland, CA 94611**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3100 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$512.00** |

**Guy Newman**
**8 Beechwood Drive**
**Keston, ON BR26HN**
**CANADA**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$359.00** |

**Guy Nowell**
**7969 Worth Way**
**Camarillo, CA 93012**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,589.00** |

**Gwendolyn Baba**
**2301 North Catalina St.**
**Los Angeles, CA 90027**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 778 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.3103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,599.00** |

**Gwendolyn Moraski**
**20 Ruthies Lane**
**West Simsbury, CT 06092**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$504.00** |

**H David Reines**
**5515 Potomac Ave NW**
**Washington, DC 20016**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$300.00** |

**H Sastri Sukhdeo**
**490 Azalea Way**
**Los Altos, CA 94022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$270.00** |

**H. Fontenot**
**305 Park Ave.**
**Monroe, LA 71201**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 779 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

---

| 3.3107 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$10,210.00** |

**H.P. Goldfield**
**555 13th St NW**
**Washington, DC 20004**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3108 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$341.00** |

**H.S. Mancini**
**262 Phelan Ranch Way**
**Arroyo Grande, CA 93420**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3109 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$35,192.00** |

**Haavard Nord**
**Presterud Alle 21**
**Bekkestua, 1357**
**Norway**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3110 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$4,760.00** |

**Hadas Reshef**
**30 Sycamore Lane**
**Roslyn Heights, NY 11577**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 780 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.3111 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$839.00** |
|---|---|---|---|

**Hai Wang**
**4 Craftwood Dr**
**Princeton, NJ 08540**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3112 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$101.00** |
|---|---|---|---|

**Haig Didizian**
**32 Yarmouth Ln**
**Downingtown, PA 19335**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3113 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$239.00** |
|---|---|---|---|

**Haipeng Li**
**512 Easy Street**
**Mountain View, CA 94043**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3114 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$131.00** |
|---|---|---|---|

**Haizheng Li**
**290 High Branch Way**
**Roswell, GA 30075**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Debtor    **Fox Ortega Enterprises, Inc.**            Case number (if known)
Name

| 3.3115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,416.00** |

**Hal Blumberg**
**4620 Sunnyside Ave N**
**Seattle, WA 98103**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.3116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$959.00** |

**Hal Lewis**
**2537 South Germantown**
**Germantown, TN 38138**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.3117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,946.00** |

**Hal Meltzer**
**360 Fern Glen**
**La Jolla, CA 92037**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.3118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,253.00** |

**Ham Nguyen**
**7505 SW 102nd**
**Beaverton, OR 97008**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 782 of 1150

Debtor **Fox Ortega Enterprises, Inc.**      Case number (if known) _____
Name

| 3.3119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,299.00 |
|---|---|---|---|

**Han Yik**
**70 WASHINGTON ST**
**Brooklyn, NY 11201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $59.00 |
|---|---|---|---|

**Hannah Phillips**
**2224 Main St.**
**Santa Monica, CA 90405**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $454.00 |
|---|---|---|---|

**Hanno Damm**
**352 W 11th St.**
**New York, NY 10014**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $599.00 |
|---|---|---|---|

**Hanno Holm**
**6385 Snowberry Ln**
**Niwot, CO 80503**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 783 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.3123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $379.00 |

**Hans Nilsson**
**32-16 Crescent St**
**Astoria, NY 11106**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,479.00 |

**HAO-PING WEN**
**1250 S. Mary Ave.**
**Sunnyvale, CA 94087**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $324.00 |

**Haowei Wu**
**34165 Cromwell Place**
**Fremont, CA 94555**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,199.00 |

**Harald Fenzl**
**9209 Emerson Ave.**
**Miami, FL 33154**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.3127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$983.00** |
|---|---|---|---|

**Harald Jensen**
**1940 N Hudson Avenue**
**Chicago, IL 60614**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,926.00** |
|---|---|---|---|

**Harald Schone**
**930 Rainbow Dr**
**Glendora, CA 91741**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$419.00** |
|---|---|---|---|

**Hardy Brumfield**
**225 West Paces Ferry Rd, NW**
**Atlanta, GA 30305**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$769.00** |
|---|---|---|---|

**Hardy Porter**
**4085 West 14 Ave**
**Vancouver, BC v6r2x3**
**CANADA**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

---

| 3.3131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $69.00 |
|---|---|---|---|

**Harish Merchant**
**2535 Cana Circle**
**Hinkley, OH 44233**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $840.00 |
|---|---|---|---|

**Harlan Gibbs**
**24544 Wingfield Rd**
**Hidden Hills, CA 91302**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $29,914.00 |
|---|---|---|---|

**Harley Sefton**
**2550 Fifth Ave**
**San Diego, CA 92103**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $23.00 |
|---|---|---|---|

**Harmon Skurnik**
**575 Underhill Blvd**
**Syosset, NY 11791**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 786 of 1150

Debtor    **Fox Ortega Enterprises, Inc.**        Case number (if known) _____
       Name

| 3.3135 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,401.00** |

**Harold Applebaum**
**10112 Empyrean Way**
**Los Angeles, CA 90067**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3136 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$36,956.00** |

**Harold Delhommer**
**4600 Pine St.**
**Bellaire, TX 77401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3137 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,047.00** |

**Harold Kelly**
**61 E 80th St**
**New York, NY 10075**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3138 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$155.00** |

**Harriet Holderness**
**708 Gimghoul Road**
**Chapel Hill, NC 27514**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 787 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____     Case number *(if known)* _____
Name

| 3.3139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $323.00 |
|---|---|---|---|

**Harris Hall**
**487 W. California Blvd.**
**Pasadena, CA 91105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

---

| 3.3140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,269.00 |
|---|---|---|---|

**Harris Holzberg**
**24 Hawthorne Lane**
**Corte Madera, CA 94925**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

---

| 3.3141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,509.00 |
|---|---|---|---|

**Harris Weinberg**
**331 Park Way**
**Piedmont, CA 94611**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

---

| 3.3142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $119.00 |
|---|---|---|---|

**Harrison Parks**
**5812 NW Highland Place**
**Corvallis, OR 97330**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

---

| 3.3143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,041.00 |
|---|---|---|---|

**Harriss King**
**751 Natalie Drive**
**Windsor, CA 95492**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

| 3.3144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $287.00 |
|---|---|---|---|

**Harry Alhadeff**
**10604 NE 38th Place**
**Kirkland, WA 98033**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

| 3.3145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,655.00 |
|---|---|---|---|

**Harry Cantrell**
**414 Old Orchard Rd**
**Cherry Hill, NJ 08003**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

| 3.3146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $407.00 |
|---|---|---|---|

**HARRY DELUNG**
**8821 Cypress Lakes Drive**
**Raleigh, NC 27615**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 789 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known)

Name

| 3.3147 | Nonpriority creditor's name and mailing address | | $2,368.00 |

**Nonpriority creditor's name and mailing address**

3.3147

**Harry Donahue**
**2 Ponderosa Lane**
**Rolling Hills Estate, CA 90274**

**As of the petition filing date, the claim is:** $2,368.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

3.3148

**Nonpriority creditor's name and mailing address**

**Harry Fisher**
**1647 Stone Way**
**Auburn, CA 95603**

**As of the petition filing date, the claim is:** $56.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

3.3149

**Nonpriority creditor's name and mailing address**

**Harry Gruenspan**
**1317 3rd Ave**
**New York, NY 10021**

**As of the petition filing date, the claim is:** $589.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

3.3150

**Nonpriority creditor's name and mailing address**

**Harry Henderson**
**22431 Antonio Pkwy**
**Rancho Santa Marg, CA 92688**

**As of the petition filing date, the claim is:** $224.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**                    Case number *(if known)* _____
_____
Name

| | |
|---|---|
| **3.3151** | **Nonpriority creditor's name and mailing address** |

| **As of the petition filing date, the claim is:** | **$1,966.00** |
|---|---|

**Harry Kamin**
**1682 Larch St**
**Lake Oswego, OR 97034**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| | |
|---|---|
| **3.3152** | **Nonpriority creditor's name and mailing address** |

| **As of the petition filing date, the claim is:** | **$786.00** |
|---|---|

**Harry Phillips**
**5703 Candor St.**
**Lakewood, CA 90713**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| | |
|---|---|
| **3.3153** | **Nonpriority creditor's name and mailing address** |

| **As of the petition filing date, the claim is:** | **$2,126.00** |
|---|---|

**Harry Shanis**
**105 Birches Lane**
**Bryn Mawr, PA 19010**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| | |
|---|---|
| **3.3154** | **Nonpriority creditor's name and mailing address** |

| **As of the petition filing date, the claim is:** | **$359.00** |
|---|---|

**harry simpson**
**544 Filmore Street**
**Denver, CO 80206**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number *(if known)* _____

Name

---

| 3.3155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $51.00 |
|---|---|---|---|

**Harry Stokes**
**906 Middlecreek St**
**Friendswood, TX 77546**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $129.00 |
|---|---|---|---|

**Harry Trachtenberg**
**320 Sandalwood Lane**
**Boca Raton, FL 33487**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $586.00 |
|---|---|---|---|

**Hart Smith**
**6533 32nd Ave NE**
**Seattle, WA 98115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,838.00 |
|---|---|---|---|

**Hartmut Koeppen**
**33 Hilltop**
**San Mateo, CA 94402**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 792 of 1150

Debtor    **Fox Ortega Enterprises, Inc.**                                    Case number *(if known)* _____
          _____
          Name

| | |
|---|---|
| 3.3159 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:                    **$4,249.00**
*Check all that apply.*

**Harvey Cohen**
**5105 Indian Heights Drive**
**Cincinnati, OH 45243**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| | |
|---|---|
| 3.3160 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:                    **$935.00**
*Check all that apply.*

**Harvey Harris**
**31 Westmoreland Place**
**Saint Louis, MO 63108**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| | |
|---|---|
| 3.3161 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:                    **$4,514.00**
*Check all that apply.*

**Harvey Rich**
**2633 Castillo Circle**
**Thousand Oaks, CA 91360**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| | |
|---|---|
| 3.3162 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:                    **$2,093.00**
*Check all that apply.*

**Harvey Sorkin**
**228 Grand Pointe Drive**
**West Palm Beach, FL 33418**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 793 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.3163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $234.00 |

**3.3163** Nonpriority creditor's name and mailing address

**Hayong Kwak**
**C2307 Tower Palace**
**Eonjuro 30gil 56,Gangnam-gu, Seoul**
**6294**
**SOUTH KOREA**

As of the petition filing date, the claim is: **$234.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.3164** Nonpriority creditor's name and mailing address

**Heap Ho Tan**
**110 Cactus Road**
**809632**
**SINGAPORE**

As of the petition filing date, the claim is: **$95,616.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.3165** Nonpriority creditor's name and mailing address

**Heath Higgins**
**1655 Fearn Circle NE**
**Atlanta, GA 30319**

As of the petition filing date, the claim is: **$829.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.3166** Nonpriority creditor's name and mailing address

**Heather Carr**
**12305 Riverview Rd**
**Eden Prairie, MN 55347**

As of the petition filing date, the claim is: **$97.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

Debtor  **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.3167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $55.00 |

**Heather Donsky**
**67 Knollwood Drive**
**Rochester, NY 14618**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $159.00 |

**Heather Gwinn Pabon**
**3182 W 35th Ave**
**Denver, CO 80211**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $269.00 |

**Hector Figueroa**
**1685 Collingwood Avenue**
**San Jose, CA 95125**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $281.00 |

**Hector H Valdivia**
**2181 Trillium Woods Dr**
**Ann Arbor, MI 48105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 795 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.3171 | **Nonpriority creditor's name and mailing address** |

**Hector Medina**
**485 Deodara Drive**
**Los Altos, CA 94024**

**As of the petition filing date, the claim is:** $329.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.3172 | **Nonpriority creditor's name and mailing address** |

**Hector Ortega**
**c/o Darya Druch**
**1 Kaiser Plaza, #480**
**Oakland, CA 94612**

**As of the petition filing date, the claim is:** $0.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.3173 | **Nonpriority creditor's name and mailing address** |

**Hector Tamez**
**840 Adella Avenue**
**Coronado, CA 92118**

**As of the petition filing date, the claim is:** $3,838.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.3174 | **Nonpriority creditor's name and mailing address** |

**Heegun Lee**
**38395 Burdette St.**
**Fremont, CA 94536**

**As of the petition filing date, the claim is:** $89.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 796 of 1150

Debtor   **Fox Ortega Enterprises, Inc.**     Case number *(if known)* _____

Name

---

| 3.3175 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,219.00** |
|---|---|---|---|

**Heidi Pozzo**
**17312 NE 27th Ct**
**Ridgefield, WA 98642**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

---

| 3.3176 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$7,374.00** |
|---|---|---|---|

**Heiner Schulz**
**633 E Carlisle Ave**
**Whitefish Bay, WI 53217**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

---

| 3.3177 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$914.00** |
|---|---|---|---|

**Helen Erskine**
**P O Box 1745**
**Topanga, CA 90290**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

---

| 3.3178 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Unknown** |
|---|---|---|---|

**Helen M. McFarland**
**Cozen O'Connor**
**575 Market St., Ste. 2200**
**San Francisco, CA 94105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 797 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

---

| 3.3179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $22,285.00 |
|---|---|---|---|

**Hendra Anwar**
**136 North Rossmore Avenue**
**Los Angeles, CA 90004**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $3,219.00 |
|---|---|---|---|

**Hendrick Lee**
**151 Emily Pl.**
**Parsippany, NJ 07054**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,641.00 |
|---|---|---|---|

**Henrik Poulsen**
**76 Cercado Court**
**Napa, CA 94559**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $3,503.00 |
|---|---|---|---|

**Henry Appelbaum**
**2117 N Lakewood Ave.**
**Chicago, IL 60614**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 798 of 1150

Debtor **Fox Ortega Enterprises, Inc.**　　　　　Case number (if known) _____
　　　　　Name

| | |
|---|---|
| 3.3183 | **Nonpriority creditor's name and mailing address** |

**Henry Chai**
**2198 Terrena Valley Dr**
**San Jose, CA 95121**

**As of the petition filing date, the claim is:**　　　　**$339.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.3184 | **Nonpriority creditor's name and mailing address** |

**Henry Chen**
**2454 Oswego St**
**Pasadena, CA 91107**

**As of the petition filing date, the claim is:**　　　　**$986.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.3185 | **Nonpriority creditor's name and mailing address** |

**Henry Gailliot**
**5734 W. Woodland Road**
**Pittsburgh, PA 15232**

**As of the petition filing date, the claim is:**　　　　**$2,337.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.3186 | **Nonpriority creditor's name and mailing address** |

**Henry Hirschowitz**
**3961 Landmark Street**
**Culver City, CA 90232**

**As of the petition filing date, the claim is:**　　　　**$659.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com　　　　Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____

Name

| 3.3187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,149.00** |
|---|---|---|---|

**Henry Imperial**
**PO Box 4777**
**Brownsville, TX 78523**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$439.00** |
|---|---|---|---|

**Henry Kahn**
**7702 Crossland Rd**
**Baltimore, MD 21208**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$12,059.00** |
|---|---|---|---|

**Henry Keeth**
**5442 Bordley Drive**
**Houston, TX 77056**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,439.00** |
|---|---|---|---|

**Henry L Palacios**
**12733 Flint Lane**
**Shawnee Mission, KS 66213**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 800 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.3191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$407.00** |

**Henry Mann**
**188 Wolf Neck Road**
**Stonington, CT 06378**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.3192 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$329.00** |

**Henry Moise**
**3391 Vanderbilt Blvd**
**Pawleys Island, SC 29585**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.3193 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$59.00** |

**Henry Noyes**
**9832 Verde Lomas Circle**
**Villa Park, CA 92861**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.3194 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$181.00** |

**Henry Pontarelli**
**1302 Bay View Heights Drive**
**Los Osos, CA 93402**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 801 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number *(if known)*

---

| 3.3195 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,699.00** |

**Henry Weissmann**
**355 South Grand Ave.**
**Los Angeles, CA 90071**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.3196 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Unknown** |

**Henry Wine Group**
**Dept. LA 23244**
**Pasadena, CA 91185**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.3197 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$50,376.00** |

**Herb Selipsky**
**3828 NE 151st Street**
**Seattle, WA 98155**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.3198 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,519.00** |

**Herbert Engelbert**
**3204 SAWMILL ROAD**
**Newtown Square, PA 19073**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 802 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Case number (if known)
Name

| 3.3199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $479.00 |
|---|---|---|---|

**Herbert Geller**
**5617 Grove St**
**Chevy Chase, MD 20815**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number ☐ Yes

| 3.3200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,919.00 |
|---|---|---|---|

**HERBERT HUESMAN**
**6768 JENNIFER LYNN DR**
**Cincinnati, OH 45248**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number ☐ Yes

| 3.3201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $359.00 |
|---|---|---|---|

**Herbert Roffman**
**1200 Northport Drive**
**Sarasota, FL 34242**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number ☐ Yes

| 3.3202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,359.00 |
|---|---|---|---|

**Herbert Yager**
**1300 Shippee Lane**
**Ojai, CA 93023**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | |
|---|---|
| 3.3203 | **Nonpriority creditor's name and mailing address** |

**Hice Kwon**
**2109 Broadway**
**New York, NY 10023**

As of the petition filing date, the claim is: **$427.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.3204 | **Nonpriority creditor's name and mailing address** |

**Hichan Moon**
**Sunny Valley Apt. 110-902**
**Jigok-Dong, Kiheung-Gu**
**SOUTH KOREA**

As of the petition filing date, the claim is: **$7,606.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.3205 | **Nonpriority creditor's name and mailing address** |

**Hideki Ikeda**
**50-1-301 Iidaoka**
**Odawara, 2500854**
**JAPAN**

As of the petition filing date, the claim is: **$47.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.3206 | **Nonpriority creditor's name and mailing address** |

**Hideki Kodaira**
**1-12-2, Minamikarasuyama**
**Setagaya-ku, Tokyo, 1570062**
**JAPAN**

As of the petition filing date, the claim is: **$5,895.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 804 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____ Case number *(if known)* _____
Name

| 3.3207 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$11,854.00** |
|---|---|---|---|

**Hien d Ma**
**807 Ridgefield Ave**
**Pittsburgh, PA 15216**

_____

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3208 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$104.00** |
|---|---|---|---|

**Hila Amir**
**840 Larrabee Street**
**West Hollywood, CA 90069**

_____

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3209 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$107.00** |
|---|---|---|---|

**Hillary Dietkus**
**5321 James Ave**
**Oakland, CA 94618**

_____

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3210 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$53,000.00** |
|---|---|---|---|

**Hillebrand**
**Rue Gaston Chevrolet**
**Beaune, 21202**
**FRANCE**

_____

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 805 of 1150

Debtor    **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____

Name

| 3.3211 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$10,869.00** |
|---|---|---|---|

**Hillel Frankel**
**3740 South Ocean Blvd**
**Highland Beach, FL 33487**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3212 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$423.00** |
|---|---|---|---|

**Hillel Frankel**
**250 Appin Avenue**
**Montreal, QC H3P1V8**
**CANADA**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3213 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,099.00** |
|---|---|---|---|

**Hilon Tsigonias**
**31-79 42nd St**
**Austoria, NY 11103**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3214 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$299.00** |
|---|---|---|---|

**Hiram Cervera**
**213 Benbow Ave**
**San Jose, CA 95123**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.3215 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $255.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Hirohisa Tamaki**
**1319 Cleveland Rd**
**Glendale, CA 91202**

As of the petition filing date, the claim is: $255.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3216 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $173.00 |

**Hirokatsu Tanaka**
**657-1 Kisami**
**Shimoda-shi, Shizuoka 41028**
**JAPAN**

As of the petition filing date, the claim is: $173.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3217 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,742.00 |

**Hiroki Sakai**
**1-12-1 Midori-cho Inage-ku**
**Chiba City, 2630023**
**JAPAN**

As of the petition filing date, the claim is: $1,742.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3218 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,463.00 |

**Hiromi Nakaiwa**
**5-27-12 Kizugawadai**
**Kizugawa-shi, Kyoto 619-0225**
**JAPAN**

As of the petition filing date, the claim is: $1,463.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor   **Fox Ortega Enterprises, Inc.**                                    Case number *(if known)* _____
            Name

| 3.3219 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,299.00 |

**Hironga Odaira**
**2478-15 Cyugushi**
**Nikko Tochigi,   3211661**
**JAPAN**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3220 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,460.00 |

**Hiroshi Nikaido**
**417 Vassar Ave**
**Berkeley, CA 94708**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3221 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $17,039.00 |

**Hiroshi Okawa**
**4F, Wing On Lodge**
**78 Blue Pool Road**
**HONG KONG**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3222 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $5,039.00 |

**HIROSHI UENO**
**2-16-33 SHIMURA, ITABASHI-KU**
**Tokyo, JA 00174-0056**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 808 of 1150

Debtor  **Fox Ortega Enterprises, Inc.**                          Case number (if known) _____

Name

| 3.3223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$17,317.00** |

**Hiroto Takahashi**
**3-6-8-306 Nishiogikita, Suginami-ku**
**Tokyo 1670042**
**JAPAN**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.3224 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$985.00** |

**Hiroyuki Okuma**
**2474 Cumberland Pkwy. SE**
**Atlanta, GA 30339**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.3225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$99.00** |

**Hiroyuki Shiratani**
**1-28-2 Higashi-yukigaya**
**Oota-ku, Tokyo, 1450065**
**JAPAN**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.3226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$54,257.00** |

**Hiroyuki Yoshida**
**103 Primavera**
**2-2546-21 Yurigaoka, Moriya 3020110**
**JAPAN**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____

Name

| | |
|---|---|
| 3.3227 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: **$775.00**

**Hitenera Patel**
**702 Spruce St**
**Berkeley, CA 94707**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____

☐ Yes

---

| | |
|---|---|
| 3.3228 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: **$12,484.00**

**Hitomi Miyazaki**
**4-10-16 Sakuragaoka**
**Setgayaku, Tokyo, 1560054**
**JAPAN**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____

☐ Yes

---

| | |
|---|---|
| 3.3229 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: **$3,450.00**

**Hiu Kwan Chan**
**Flat H, 59/F, Tower west**
**Chelsea Court**
**HONG KONG**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____

☐ Yes

---

| | |
|---|---|
| 3.3230 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: **$1,639.00**

**HK Lim**
**Huyndai 1 Cha APT 16-1001**
**Moonjung-Dong, Songpa-Ku, Seoul**
**SOUTH KOREA**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____

☐ Yes

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 810 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.3231 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,673.00** |

**Ho Joong Kim**
**C-1403 Adena-Palace APT**
**169-1 Jeongja-Dong, Seongnam**
**South Korea**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3232 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$24,197.00** |

**Ho Ming Stanley Lo**
**12 Pine Drive**
**Woodbury, NY 11797**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3233 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$419.00** |

**Ho Nai Lung**
**2970 Lorain Rd.**
**San Marino, CA 91108**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3234 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,995.00** |

**Holger Besch**
**5128 Oakwood Ave.**
**La Canada Flintridge, CA 91011**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**                    Case number *(if known)* _____
_____
Name

| | |
|---|---|
| 3.3235 | **Nonpriority creditor's name and mailing address** |

**Holli Lienau**
**55 Panorama Crest Avenue**
**Las Vegas, NV 89135**

As of the petition filing date, the claim is:                    **$534.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.3236 | **Nonpriority creditor's name and mailing address** |

**Holly Fogle**
**459 Washington St**
**New York, NY 10013**

As of the petition filing date, the claim is:                    **$1,140.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.3237 | **Nonpriority creditor's name and mailing address** |

**Hong Vu**
**8338 NE Juanita Dr**
**Kirkland, WA 98034**

As of the petition filing date, the claim is:                    **$299.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.3238 | **Nonpriority creditor's name and mailing address** |

**Hong Zhang**
**358 Dartmouth St.**
**Carmel, IN 46032**

As of the petition filing date, the claim is:                    **$1,060.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 812 of 1150

Debtor  **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

---

| 3.3239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$96.00** |

**Hongsheh Lu**
**9710 Locust Hill Dr**
**Great Falls, VA 22066**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,949.00** |

**Horacio Campana**
**2301 N IH35**
**San Marcos, TX 78666**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,223.00** |

**Howard Abramson**
**9701 Wilshire Blvd.**
**Beverly Hills, CA 90212**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,159.00** |

**Howard Albert**
**16 Athens Road**
**Short Hills, NJ 07078**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 813 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.3243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $479.00 |

**Howard Camhi**
**7626 Maynard Ave.**
**Canoga Park, CA 91304**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,619.00 |

**Howard Chan**
**660 Azure Hills Drive**
**Simi Valley, CA 93065**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,700.00 |

**Howard Chen**
**516 West 47th Street**
**New York, NY 10036**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,545.00 |

**Howard Chin**
**11 Rockland Place**
**Old Greenwich, CT 06870**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 814 of 1150

Debtor  **Fox Ortega Enterprises, Inc.**                     Case number (if known) _____
_____
Name

| | |
|---|---|
| 3.3247 | **Nonpriority creditor's name and mailing address** |

**Howard Chow**
**23 Ridgeview**
**Irvine, CA 92603**

As of the petition filing date, the claim is:                          **$110.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____        ☐ Yes

---

| | |
|---|---|
| 3.3248 | **Nonpriority creditor's name and mailing address** |

**Howard Cohen**
**11171 Fairbanks Way**
**Culver City, CA 90230**

As of the petition filing date, the claim is:                          **$579.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____        ☐ Yes

---

| | |
|---|---|
| 3.3249 | **Nonpriority creditor's name and mailing address** |

**Howard Cooper**
**13903 Little Tree Court**
**Rockville, MD 20850**

As of the petition filing date, the claim is:                          **$119.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____        ☐ Yes

---

| | |
|---|---|
| 3.3250 | **Nonpriority creditor's name and mailing address** |

**Howard Davis**
**12342 Montana Avenue, #6**
**Los Angeles, CA 90049**

As of the petition filing date, the claim is:                          **$1,094.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____        ☐ Yes

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 815 of 1150

Debtor **Fox Ortega Enterprises, Inc.**      Case number (if known) _____
_____
Name

| 3.3251 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$261.00** |

**Howard Fisher**
**2119 Rheims Dr.**
**Carrollton, TX 75006**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3252 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$719.00** |

**Howard Graham**
**14980 Karl Ave**
**Monte Sereno, CA 95030**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3253 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$659.00** |

**Howard Hall**
**14 Nicole Lane**
**Groton, MA 01450**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3254 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$509.00** |

**Howard Horwitz**
**264 So. Linden Dr.**
**Beverly Hills, CA 90212**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 816 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

---

| 3.3255 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,729.00** |

**Howard Jurist**
**88 Gristmill Ln**
**Manhasset, NY 11030**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.3256 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$679.00** |

**Howard Levin**
**609 Paul St.**
**Vineland, NJ 08360**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.3257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,009.00** |

**Howard Levine**
**2280 The Terrace**
**Los Angeles, CA 90049**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.3258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$95.00** |

**Howard Levy**
**971 Springdale Road**
**Atlanta, GA 30306**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**  Case number (if known)
_____
Name

| 3.3259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,067.00 |

**Howard Lewin**
**6104 Kennedy Dr**
**Bethesda, MD 20815**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.3260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,433.00 |

**Howard Parnes**
**6778 Crystal Springs Court**
**San Jose, CA 95120**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.3261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $270.00 |

**Howard Richard**
**625 Sheridan**
**Highland Park, IL 60035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.3262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,815.00 |

**Howard Robinson**
**305 Hedwig**
**Houston, TX 77024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.3263 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$24,551.00** |

**Howard Rolston**
**929 N Lebnon St**
**Arlington, VA 22205**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.3264 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$223.00** |

**Howard Sherry**
**106 Monte Alto Rd**
**Santa Fe, NM 87508**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.3265 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$2,879.00** |

**Howard Simmons**
**127 Peachtree St NE**
**Atlanta, GA 30303**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.3266 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$12,137.00** |

**Howard Skurski**
**527 10th Ave**
**San Diego, CA 92101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

| 3.3267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $179.00 |

**Howard Stacker**
**694 Maple Park Drive**
**St. Paul, MN 55118**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.3268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $709.00 |

**Howard Stillman**
**6535 tower circle**
**lincolnwood, IL 60712**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.3269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,499.00 |

**Howard Tooter**
**143 Old Mill Lane**
**Stamford, CT 06902**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.3270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $719.00 |

**Howard Vogel**
**2127 Brickell Ave**
**Miami, FL 33129**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 820 of 1150

Debtor **Fox Ortega Enterprises, Inc.**     Case number (if known) _____
_____
Name

| | |
|---|---|
| **3.3271** | |

**Nonpriority creditor's name and mailing address**
**Howard Wolpin**
**1600 Modern**
**Detroit, MI 48203**

_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**As of the petition filing date, the claim is:**     **$849.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| | |
|---|---|
| **3.3272** | |

**Nonpriority creditor's name and mailing address**
**Howard Zeprun**
**12 Franciscan Ridge**
**Portola Valley, CA 94028**

_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**As of the petition filing date, the claim is:**     **$2,713.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| | |
|---|---|
| **3.3273** | |

**Nonpriority creditor's name and mailing address**
**Hoyon Hwang**
**8100 River Rd**
**North Bergen, NJ 07047**

_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**As of the petition filing date, the claim is:**     **$32,138.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| | |
|---|---|
| **3.3274** | |

**Nonpriority creditor's name and mailing address**
**Hoyt Hill**
**3942 Woodlan Drive**
**Nashville, TN 37205**

_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**As of the petition filing date, the claim is:**     **$2,998.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
■ No
☐ Yes

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 821 of 1150

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.3275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,474.00 |
|---|---|---|---|

**Hsi-Jung Wu**
**4634 Catalina Dr.**
**San Jose, CA 95129**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,129.00 |
|---|---|---|---|

**Hsiao Min Hsieh**
**7F No.25 Lane 230 KungFu N. RD.**
**8.8697E+11, Taipei, 105**
**TAIWAN**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $191.00 |
|---|---|---|---|

**Huayi Zhang**
**125 Old Field Road**
**East Setauket, NY 11733**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,217.00 |
|---|---|---|---|

**Hubert Hsu**
**34/F Shell Tower**
**Times Square, Causeway Bay**
**HONG KONG**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 822 of 1150

Debtor **Fox Ortega Enterprises, Inc.**      Case number *(if known)* _____

Name

---

| 3.3279 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$38.00** |

**HUGH DOWNE**
**224 Datura St**
**West Palm Beach, FL 33401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3280 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,369.00** |

**Hugh Funderburg**
**12913 Melrose Road**
**Caledonia, IL 61011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3281 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,090.00** |

**Hugh Gardiner MD**
**5570 N.E. 26 Avenue**
**Fort Lauderdale, FL 33308**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3282 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,099.00** |

**Huiling Chen**
**15015 Corona Del Mar**
**Pacific Palisades, CA 90272**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3283 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$22,591.00** |
|---|---|---|---|

**Humberto Dorta**
**21800 Matthew Lane**
**Saegertown, PA 16433**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3284 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$525.00** |
|---|---|---|---|

**Humberto Gonzalez**
**809-A Savannah Ave.**
**McAllen, TX 78503**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3285 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$299.00** |
|---|---|---|---|

**Hunter Guice**
**4720 Old Woods Rd**
**Charlotte, NC 28209**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3286 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,005.00** |
|---|---|---|---|

**Hunter Hastings**
**P.O. BOX 675393**
**Rancho Santa Fe, CA 92067**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 824 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

---

| 3.3287 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$399.00** |

**Hussein Enan**
**9860 Wexford Circle**
**Granite Bay, CA 95746**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.3288 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$350.00** |

**Hussein Ibish**
**4201 Connecticut Ave. NW**
**Washington, DC 20008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.3289 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$7,751.00** |

**Huw Owen-Reece**
**2531 East Denton Lane**
**Phoenix, AZ 85016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.3290 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$999.00** |

**Hyun Jik Shin**
**6026 California Street**
**San Francisco, CA 94121**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 825 of 1150

Debtor   **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____
_____
Name

| 3.3291 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$719.00** |

**Nonpriority creditor's name and mailing address**
**I-Der Huang**
**PO Box 8268**
**Rancho Santa Fe, CA 92067**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3292 |

**Nonpriority creditor's name and mailing address**
**Ian Alper**
**PO Box 3743**
**Santa Cruz, CA 95063**

As of the petition filing date, the claim is:   **$3,701.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3293 |

**Nonpriority creditor's name and mailing address**
**Ian Casey**
**1314 Addison St**
**Berkeley, CA 94702**

As of the petition filing date, the claim is:   **$150.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3294 |

**Nonpriority creditor's name and mailing address**
**Ian Dow**
**444 E. 86th St. Apt. 16F**
**New York, NY 10028**

As of the petition filing date, the claim is:   **$263.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor **Fox Ortega Enterprises, Inc.**　　　　　　　　Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.3295 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $1,375.00 |

**Ian Falvey**
**120 N. Sweetzer Ave.**
**Los Angeles, CA 90048**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.3296 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $179.00 |

**Ian Farnung**
**500 W Superior**
**Chicago, IL 60610**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.3297 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $569.00 |

**Ian Fitzsimmons**
**324 West Asher Street**
**Culpeper, VA 22701**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.3298 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $7,979.00 |

**Ian Hamilton**
**94 North Concord Forest Circle**
**Spring, TX 77381**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com　　　　　　　　Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | |
|---|---|
| 3.3299 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $1,544.00 |

**Ian MacNaughton**
**4358 Royal Place**
**Honolulu, HI 96814**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.3300 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $3,281.00 |

**Ian McDougall**
**7770 Barrymore Dr.**
**Delta, BC V4c4c7**
**CANADA**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.3301 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $87,621.00 |

**Ian McFadden**
**304 E 93rd Street**
**New York, NY 10128**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.3302 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $1,404.00 |

**Ian Moro**
**219 E 69th Street**
**New York, NY 10021**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known) _____

| 3.3303 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$359.00** |

**Ian Morrison**
**220 Manhattan Ave.**
**New York, NY 10025**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3304 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,564.00** |

**Ian Ricketson**
**#206-2015 Trafalgar St**
**Vancouver, BC V6K3S5**
**CANADA**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3305 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,435.00** |

**Ian Sandler**
**250 East 53rd St**
**New York, NY 10022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3306 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$706.00** |

**Ian Smith**
**580 Via Sinuosa**
**Santa Barbara, CA 93110**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____
_____
Name

| 3.3307 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$18,938.00** |
|---|---|---|---|

**Ian Woo**
**1601 Johnson Avenue**
**Elmont, NY 11003**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3308 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$644.00** |
|---|---|---|---|

**Ibrahim Rajab**
**11 Via Buen Corazon**
**San Clemente, CA 92673**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3309 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$770.00** |
|---|---|---|---|

**Ignacio de la Garza**
**310 Datepalm Lt. 42**
**McAllen, TX 78501**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3310 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$500.00** |
|---|---|---|---|

**Igor Dralyuk**
**125 2nd Street**
**Oakland, CA 94607**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 830 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name
Case number (if known) _____

| 3.3311 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$135.00** |
|---|---|---|---|

**Igor Paskhover**
**30081 Crown Valley Pkwy.**
**Los Angeles, CA 90049**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

| 3.3312 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$349.00** |
|---|---|---|---|

**Ike Epley**
**5000 Longmont**
**Houston, TX 77056**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

| 3.3313 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$207.00** |
|---|---|---|---|

**Imran Sayed**
**165 Exeter Ave**
**San Carlos, CA 94070**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

| 3.3314 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,619.00** |
|---|---|---|---|

**In Sup Choi**
**41 Mall Road**
**Burlington, MA 01805**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**  Case number (if known) _____
_____
Name

| 3.3315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$9,639.00** |
|---|---|---|---|

**ING BERNE YEH**
**BLK 1 SIGLAP ROAD**
**#04-01, MANDARIN GARDENS**
**SINGAPORE**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,377.00** |
|---|---|---|---|

**Ingo Kiesewetter**
**529 Tusculum Ave**
**Cincinnati, OH 45226**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,353.00** |
|---|---|---|---|

**Ingo Ruczinski**
**4301 Norwood Rd**
**Baltimore, MD 21218**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$407.00** |
|---|---|---|---|

**Internet Wine Consulting**
**chemin Edouard Olivet 20**
**Thonex,   GE 1226**
**SWITZERLAND**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 832 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.3319 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$200,000.00** |

**Ionia Atlantic Imports**
**8216 Brentwood Industrial Dr**
**Saint Louis, MO 63144**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

☐ No
☑ Yes

Last 4 digits of account number _____

---

| 3.3320 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$8,676.00** |

**Ira Blank**
**300 Spruce St**
**Philadelphia, PA 19106**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3321 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,968.00** |

**Ira Greene**
**11 Fairview Dr.**
**Westport, CT 06880**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3322 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,559.00** |

**Ira Grossman**
**280 Oldfield Rd.**
**Shavertown, PA 18708**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 833 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.3323 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,679.00** |
|---|---|---|---|

**Ira Kleinman**
**240 Park Avenue South**
**New York, NY 10003**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3324 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,039.00** |
|---|---|---|---|

**Ira Rapp**
**2 Wedgewood Point**
**Woodlands, TX 77381**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3325 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,054.00** |
|---|---|---|---|

**Irene Pedraza**
**60 The Uplands**
**Berkeley, CA 94705**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3326 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,379.00** |
|---|---|---|---|

**Irmgard Lipcon**
**3522 Bayshore Villas Drive**
**Miami, FL 33133**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com · Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.3327 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$35,000.00** |

**Irvine Wine Imports**
**17141 Murphy Ave #2C**
**Irvine, CA 92614**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☐ No
☑ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.3328 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$719.00** |

**Irving Lingo**
**119 Carriage Court**
**Brentwood, TN 37027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.3329 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$143.00** |

**Irving Mendelssohn**
**631 Millgate Place**
**Baton Rouge, LA 70808**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.3330 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$479.00** |

**Irwin Bernstein**
**4949 Stanford Ave NE**
**Seattle, WA 98105**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.3331 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$11,120.00** |

**Irwin Goodwin**
**2007 Paul Spring Rd.**
**Alexandria, VA 22307**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3332 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,039.00** |

**Irwin Shur**
**14925 Creekside Path**
**Libertyville, IL 60048**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3333 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$137.00** |

**Isaac Hee**
**906 Carolina St**
**San Francisco, CA 94107**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3334 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,024.00** |

**Isaac Pachulski**
**613 North Maple Drive**
**Beverly Hills, CA 90210**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 836 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | |
|---|---|
| 3.3335 | **Nonpriority creditor's name and mailing address** |

**Isaac Pirolo**
**2314 Kaliste Saloom Rd.**
**Lafayette, LA 70508**

As of the petition filing date, the claim is:                  **$689.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____          ☐ Yes

---

| | |
|---|---|
| 3.3336 | **Nonpriority creditor's name and mailing address** |

**Iskender Bilge**
**770 C Rodriguez St.**
**San Francisco, CA 94129**

As of the petition filing date, the claim is:                  **$679.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____          ☐ Yes

---

| | |
|---|---|
| 3.3337 | **Nonpriority creditor's name and mailing address** |

**Israel Nosnik**
**3401 Lee Pkwy**
**Dallas, TX 75219**

As of the petition filing date, the claim is:                  **$41,988.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____          ☐ Yes

---

| | |
|---|---|
| 3.3338 | **Nonpriority creditor's name and mailing address** |

**Italo Lombardi**
**220 East 65th Street**
**New York, NY 10065**

As of the petition filing date, the claim is:                  **$479.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____          ☐ Yes

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 837 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

---

| 3.3339 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,492.00** |

**Itzhak Ben-Gan**
**PO Box 64**
**Redmond, WA 98073**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3340 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,949.00** |

**Itzhak Perlman**
**21 West 70th Street**
**New York, NY 10023**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3341 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$283.00** |

**Ivan Diamond**
**761 San Diego Rd.**
**Berkeley, CA 94707**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3342 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$749.00** |

**Ivan Lu**
**1522 Fergus Falls**
**Claremont, CA 91711**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 838 of 1150

Debtor **Fox Ortega Enterprises, Inc.**     Case number *(if known)* _____
_____
Name

| | |
|---|---|
| 3.3343 | **Nonpriority creditor's name and mailing address** |

**Ivan S Ramos**
**88 Corp Ctr Bldg Unit 1100,**
**Valero cor Sedeno Sts, Makati 12**
**PHILIPPINES**

As of the petition filing date, the claim is:     **$4,248.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.3344 | **Nonpriority creditor's name and mailing address** |

**Ivan Serchuk**
**c/o Todtman Nachamie**
**New York, NY 10022**

As of the petition filing date, the claim is:     **$299.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.3345 | **Nonpriority creditor's name and mailing address** |

**Ivan Yeung**
**8842 Cliffside dr**
**Huntington Beach, CA 92646**

As of the petition filing date, the claim is:     **$33.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.3346 | **Nonpriority creditor's name and mailing address** |

**Iven Rosheim**
**833 W. Washington Blvd**
**Chicago, IL 60607**

As of the petition filing date, the claim is:     **$1,599.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.3347** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$916.00**

**Ivo Turkedjiev**
**59 John St**
**New York, NY 10038**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.3348** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,774.00**

**Ivor Muroff**
**1036 Park Avenue**
**New York, NY 10028**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.3349** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$28,658.00**

**J Corey Brown**
**4880 South Wynn Rd**
**Las Vegas, NV 89103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.3350** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$347.00**

**J M Brayboy**
**64 Whetstone Rd.**
**Harwinton, CT 06791**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 840 of 1150

Debtor **Fox Ortega Enterprises, Inc.**     Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.3351 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$479.00** |

**J. Jeffrey Assaf**
**137 S. Woodburn Dr.**
**Los Angeles, CA 90049**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.3352 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$4,354.00** |

**J. Jeffry Louis**
**227 W. Monroe St.**
**Chicago, IL 60606**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.3353 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$1,499.00** |

**J. Kelly**
**43 East 20th St.**
**New York, NY 10003**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.3354 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$1,429.00** |

**J. Michael Halwig MD**
**2132 West Village Crossing SE**
**Smyrna, GA 30080**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 841 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

---

| 3.3355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$10,433.00** |

**J. Robert Cataldo**
**805 SE St Lucie Blvd**
**Stuart, FL 34996**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$909.00** |

**J. Scott Strachan**
**2675 Land Park Dr.**
**Sacramento, CA 95818**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$12,779.00** |

**J.C. McLaughlin**
**461 Muttontown Rd.**
**Muttontown, NY 11791**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$85.00** |

**J.E. Smith**
**2611 Ala Wai Blvd**
**Honolulu, HI 96815**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor    **Fox Ortega Enterprises, Inc.**           Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.3359 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:     **$578.00** |

**J.P. Miller**
**94 Groveland Street**
**Portola Valley, CA 94028**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.3360 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:     **$1,732.00** |

**Jacek Dudowicz**
**1636 N Wells St**
**Chicago, IL 60614**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.3361 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:     **$226.00** |

**Jack Altman**
**3641 West 15th Ave**
**Vanvcouver, BC V6R2Z6**
**CANADA**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.3362 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:     **$266.00** |

**Jack Bulkin**
**25889 N. 108th Place**
**Scottsdale, AZ 85255**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 843 of 1150

Debtor   **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.3363 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $14,384.00 |
|---|---|---|---|

**Jack Capodice**
**8 Sunset Road**
**Bloomington, IL 61701**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3364 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $4,909.00 |
|---|---|---|---|

**Jack Chester**
**41 Baldwin Farms South**
**Greenwich, CT 06831**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3365 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,743.00 |
|---|---|---|---|

**Jack Clary**
**100 Woodward Ln SE**
**Grand Rapids, MI 49506**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3366 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,132.00 |
|---|---|---|---|

**Jack Cohen**
**152 Stone Creek Dr.**
**Oxford, OH 45056**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 844 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.3367 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,080.00** |

**Jack Folbe**
**26515 Dundee Rd**
**Huntington Woods, MI 48070**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3368 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$559.00** |

**Jack Forkey**
**8045 East Mercer Way**
**Mercer Island, WA 98040**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3369 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$869.00** |

**Jack Fraley**
**104 Thorpe's Parish**
**Williamsburg, VA 23185**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3370 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$233.00** |

**Jack Gabay**
**8940 N Kendall Dr**
**Miami, FL 33176**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.3371 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$854.00** |

**Jack Giarraputo**
**11601 Wilshire Blvd.**
**Los Angeles, CA 90025**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3372 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,552.00** |

**Jack Gin**
**311 Oak St.**
**Oakland, CA 94607**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3373 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$7,649.00** |

**Jack Glaser**
**9 Stonehouse Road**
**Scarsdale, NY 10583**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3374 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$319.00** |

**Jack Glaser**
**185 Allen Brook La**
**Williston, VT 05495**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 846 of 1150

Debtor  **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
        ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
        Name

| 3.3375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,648.00 |
|---|---|---|---|

**Jack Goodman**
**10374 San Fernando Ave**
**Cupertino, CA 95014**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.3376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $390.00 |
|---|---|---|---|

**Jack Hao**
**16065 Huntington Garden Ave**
**Chino, CA 91708**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.3377 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,975.00 |
|---|---|---|---|

**Jack Healy**
**P.O. Box 1030**
**Langley, WA 98260**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.3378 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.00 |
|---|---|---|---|

**Jack Hernon**
**634 West 2nd St**
**Winston-Salem, NC 27101**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.3379 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$65,495.00** |

**Jack Hoffberger**
**10 E. Lee St.**
**Baltimore, MD 21202**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3380 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$3,699.00** |

**Jack Jankovic**
**11100 Edgewater Drive**
**Cleveland, OH 44102**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3381 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$15,478.00** |

**Jack Keenan**
**3125 E Exposition Ave**
**Denver, CO 80209**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3382 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$4,859.00** |

**Jack Kuo**
**548 Broadway St**
**Venice, CA 90291**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number *(if known)* _____

| 3.3383 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$199.00** |

**Jack Maronde**
**17730 SW 111th Ave.**
**Tualatin, OR 97062**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3384 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,461.00** |

**Jack Mazzeo**
**4305 20th St**
**San Francisco, CA 94114**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3385 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$509.00** |

**Jack Pomeranz**
**40 Minnesota Ave**
**Warwick, RI 02888**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3386 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$269.00** |

**Jack Portenier**
**1187 Waterfront Drive**
**Mount Pleasant, SC 29464**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 849 of 1150

Debtor **Fox Ortega Enterprises, Inc.** Case number (if known) _____
_____
Name

| 3.3387 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,839.00** |

**Jack Rapke**
**8383 Wilshire Blvd.**
**Beverly Hills, CA 90211**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3388 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,319.00** |

**Jack Roberts**
**400 West 15th Street**
**Austin, TX 78701**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3389 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$95.00** |

**Jack Ryan**
**101 Nevermore Circle**
**North Wales, PA 19454**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3390 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$38,115.00** |

**Jack Silverman**
**612 West Francis**
**Aspen, CO 81611**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number *(if known)*

| 3.3391 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$199.00** |
|---|---|---|---|

**Jack Sorensen**
**320 San Carlos Ave.**
**Piedmont, CA 94611**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.3392 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$779.00** |
|---|---|---|---|

**Jack Stewart**
**2508 E Stratford Ct**
**Shorewood, WI 53211**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.3393 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$45.00** |
|---|---|---|---|

**Jack Turner**
**394710 Kolars Ferry Rd.**
**Hilliard, FL 32046**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.3394 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,459.00** |
|---|---|---|---|

**Jack Ye**
**407 Fiji Cir.**
**Union City, CA 94587**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.3395 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,591.00** |

**Jackie Cornett**
**1400 Eaton Avenue**
**Hamilton, OH 45013**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3396 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$299.00** |

**Jackie Hale**
**16332 Jamison Creek Rd.**
**Boulder Creek, CA 95006**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3397 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,879.00** |

**Jacky Chow**
**PO Box 330533**
**San Francisco, CA 94133**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3398 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$872.00** |

**Jacky Ho**
**90 Cougar Ridge Rd NW**
**Issaquah, WA 98027**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 852 of 1150

Debtor **Fox Ortega Enterprises, Inc.**　　Case number (if known) _____

Name

| 3.3399 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,600.00** |
|---|---|---|---|

**Jacky Young**
**11 Round Hill Rd**
**Huntsville, AL 35801**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3400 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,163.00** |
|---|---|---|---|

**Jacob Ernst**
**1514 S Elm St**
**Casper, WY 82601**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3401 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,949.00** |
|---|---|---|---|

**Jacob M Rudisill**
**8017 Regency Drive**
**Pleasanton, CA 94588**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3402 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,209.00** |
|---|---|---|---|

**Jacob Radsick**
**30799 Pintree Rd #263**
**Cleveland, OH 44124**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050　Doc# 16　Filed: 01/21/16　Entered: 01/21/16 15:42:32　Page 853 of 1150

Debtor **Fox Ortega Enterprises, Inc.**　　　　　　　　　Case number (if known) _____
　　　　　Name

| 3.3403 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$667.00** |

**Jacqueline Jauregui**
**70 Wildhorse**
**Santa Fe, NM 87506**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3404 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$214.00** |

**Jacqueline Santana**
**30-60 Crescent Street**
**Astoria, NY 11102**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3405 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$6,334.00** |

**Jacques Herzog**
**23 Portland Dr.**
**St. Louis, MO 63131**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3406 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,559.00** |

**Jacques LeBoeuf**
**505 Vista Heights Road**
**El Cerrito, CA 94530**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com　　　　Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**     Case number (if known) _____

Name

| | |
|---|---|
| 3.3407 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$704.00** |

**Jacques Mebius**
**860 Euclid Ave NE**
**Atlanta, GA 30307**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

3.3408 **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: **$13,248.00**

**Jae Kil**
**1221 Mottrom Dr.**
**McLean, VA 22101**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

3.3409 **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: **$6,786.00**

**Jae Oh**
**114 E Edsall Ave**
**Palisades Park, NJ 07650**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

3.3410 **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: **$179.00**

**Jaewan Lim**
**Yongsan Park xi.**
**Hangangno 1-ga, Yongsa, Seoul**
**SOUTH KOREA**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 855 of 1150

Debtor **Fox Ortega Enterprises, Inc.**                 Case number *(if known)* _____
         Name

| 3.3411 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,760.00** |
|--------|----|----|----|

**Jai Rajpal**
**67A The Summit**
**41C Stubbs Road**
**HONG KONG**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3412 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$10,907.00** |
|--------|----|----|----|

**Jaideep Vijan**
**2305 Skyfarm Drive**
**Hillborough, CA 94010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3413 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,134.00** |
|--------|----|----|----|

**Jaime Cernansky**
**640 Benner Road**
**Allentown, PA 18104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3414 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$13,037.00** |
|--------|----|----|----|

**Jaime Lopez**
**P.O. Box 1164**
**El Granada, CA 94018-1164**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

---

| 3.3415 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$851.00** |
|---|---|---|---|

**James Ahlgren**
**6800 Hampshire Rd.**
**McLean, VA 22101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.3416 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,100.00** |
|---|---|---|---|

**James Albert**
**9 El Encanto Dr.**
**Colorado Springs, CO 80906**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.3417 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,779.00** |
|---|---|---|---|

**James Anderson**
**152 Warren Street**
**Brooklyn, NY 11201**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.3418 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$179.00** |
|---|---|---|---|

**James Antle**
**33 Winona Ave.**
**Lawrence, KS 66046**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.3419 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$19,858.00** |

**James Aslanis**
**1041 Covington Rd.**
**Los Altos, CA 94024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.3420 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$79.00** |

**James Bandy**
**4224 Elmer Ave**
**North Hollywood, CA 91602**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.3421 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$238.00** |

**James Bauer**
**900 State Street**
**Salem, OR 97301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.3422 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$10,455.00** |

**James Beam**
**2247 Queensborough Lane**
**Los Angeles, CA 90077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Debtor    **Fox Ortega Enterprises, Inc.**                                    Case number (if known)
_____
Name

| 3.3423 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$25,250.00** |
|---|---|---|---|

**James Beauchamp**
**3916 Granada Blvd**
**Coral Gables, FL 33134**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3424 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,678.00** |
|---|---|---|---|

**James Benjamin**
**4780 Tall Pines Drive NW**
**Atlanta, GA 30327**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3425 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,554.00** |
|---|---|---|---|

**James Bennett**
**6091 Rockridge Blvd.**
**Oakland, CA 94618**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3426 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$109.00** |
|---|---|---|---|

**James Bernard Watkins**
**1462 E. 56th St.**
**Chicago, IL 60637**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 859 of 1150

Debtor **Fox Ortega Enterprises, Inc.**                           Case number (if known) _____

Name

---

| 3.3427 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$299.00** |
|---|---|---|---|

**James Blair**
**23 La Cantera**
**Sandia Park, NM 87047**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____        ☐ Yes

---

| 3.3428 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$17,879.00** |
|---|---|---|---|

**James Bogardus**
**2330 Glen Haven Blvd**
**Houston, TX 77030**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____        ☐ Yes

---

| 3.3429 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$39,336.00** |
|---|---|---|---|

**James Braaten**
**1439 Palmerson Court**
**Toms River, NJ 08753**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____        ☐ Yes

---

| 3.3430 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$175.00** |
|---|---|---|---|

**James Brennan**
**2621 Cedar Ave**
**Geneva, IL 60134**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____        ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                                        Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**　　　　　　　Case number (if known) _____
　　　　　　Name

| 3.3431 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$21.00** |

**James Broder**
**17234 Cloudcraft Drive**
**Poway, CA 92064**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3432 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,252.00** |

**James Broussard**
**106 Cedar Tree Drive**
**Thibodaux, LA 70301**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3433 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$219.00** |

**James Buchanan**
**575-B Hygeia Avenue**
**Encinitas, CA 92024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3434 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,241.00** |

**James Bunce**
**1248 Hillcrest Ave**
**Livermore, CA 94550**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com　　　　　　　　Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number *(if known)*

| 3.3435 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,029.00 |
|---|---|---|---|

**James Buzek**
**3369 Shelley Drive**
**Green Cove Springs, FL 32043**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.3436 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,756.00 |
|---|---|---|---|

**James Cahan**
**1234 Mariposa St.**
**San Francisco, CA 94107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.3437 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,399.00 |
|---|---|---|---|

**James Cahill**
**10316 Windsor View Dr.**
**Rockville, MD 20854**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.3438 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $119.00 |
|---|---|---|---|

**James Campbell**
**2170 Gull Shore Blvd North**
**Naples, FL 34102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**            Case number (if known) _____

Name

| 3.3439 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$491.00** |
|---|---|---|---|

**James Cash**
**500 Kedzie St.**
**East Lansing, MI 48823**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3440 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$165.00** |
|---|---|---|---|

**James Cassella**
**202 Cheryl Lane**
**Neshanic Station, NJ 08853**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3441 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$9,391.00** |
|---|---|---|---|

**James Chomeau**
**121 Hollister Ranch**
**Gaviota, CA 93117**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3442 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,481.00** |
|---|---|---|---|

**James Cooper**
**120 South Central Avenue**
**Saint Louis, MO 63105**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.3443 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $334.00 |

**James de los Reyes**
**4258 Veronica Ave.**
**Castro Valley, CA 94546**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3444 | Nonpriority creditor's name and mailing address | | $1,148.00 |

**James Decker**
**738 Haight Street**
**San Francisco, CA 94117**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3445 | Nonpriority creditor's name and mailing address | | $1,496.00 |

**James Dietz**
**2214 N Rosewood Ave.**
**Santa Ana, CA 92706**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3446 | Nonpriority creditor's name and mailing address | | $959.00 |

**James Dochniak**
**1115 West Medicine Lake Rd**
**Plymouth, MN 55441**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**　　　　　　　Case number *(if known)* _____

Name

---

| 3.3447 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$677.00** |

**James Dolphin**
**2187 Winchester Rd**
**Delaplane, VA 20144**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3448 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,249.00** |

**James Dove**
**1314 Wellington View Pl**
**Chesterfield, MO 63005**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3449 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$111.00** |

**James Elliott**
**13400 Piedra Grande Pl NE**
**Albuquerque, NM 87111**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3450 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$38,627.00** |

**James Faith**
**717 Turkey Valley Road**
**Hollidaysburg, PA 16648**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com　　　　　　　　　Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**                     Case number (if known) _____

Name

| | |
|---|---|
| 3.3451 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $48,069.00 |

**James Farrell**
**2505 Green St.**
**San Francisco, CA 94123**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.3452 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $2,669.00 |

**James Farris**
**411 Mill Creek Bend**
**Atlanta, GA 30307**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.3453 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $179.00 |

**James Ferryman**
**1095 Tulare Drive**
**Costa Mesa, CA 92626**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.3454 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $14,104.00 |

**James Flynn**
**15 North Glen Dr**
**Mashpee, MA 02649**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 866 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

---

| 3.3455 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,352.00** |

**James Ford**
**234 Ivywood Drive**
**Walnut Creek, CA 94598**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3456 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,052.00** |

**James Ford**
**3377 Pacific Ave**
**San Francisco, CA 94118**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3457 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$556.00** |

**James Ford**
**17949 Club View Drive**
**Baton Rouge, LA 70817**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3458 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$869.00** |

**James Foster**
**678 Via de la Valle**
**Solana Beach, CA 92075**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 867 of 1150

Debtor  **Fox Ortega Enterprises, Inc.**                              Case number (if known) _____
_____
Name

| 3.3459 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,587.00** |

**James Friedman**
**28411 Northwestern Hwy**
**Southfield, MI 48034**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.3460 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,766.00** |

**James Fugate**
**PO Box 16052**
**Seattle, WA 98116**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.3461 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$660.00** |

**James Furnivall**
**2 Collinswood Road**
**Wilton, CT 06897**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.3462 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$763.00** |

**James Gallagher**
**69 Park Ave**
**Harrison, NY 10578**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 868 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name
Case number (if known) _____

| 3.3463 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | **$2,582.00** |

**James Gillerman**
**6955 Snake Rd.**
**Oakland, CA 94611**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.3464 | **Nonpriority creditor's name and mailing address** | **$2,849.00** |

**James Gillespie**
**1615 N Mitchell Ave**
**Arlington Heights, IL 60004**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.3465 | **Nonpriority creditor's name and mailing address** | **$904.00** |

**James Grandison**
**245 Wayne Avenue**
**Oakland, CA 94606**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.3466 | **Nonpriority creditor's name and mailing address** | **$839.00** |

**James Guse**
**P.O. box 2107**
**Livermore, CA 94551**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 869 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.3467 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $449.00 |

**James Halerz**
**1629 Heather Lane**
**Darien, IL 60561**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3468 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,665.00 |

**James Hanley**
**4515 Winding River Circle**
**Stockton, CA 95219**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3469 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,632.00 |

**James Hanlon**
**600 Valle Vista Ave**
**Oakland, CA 94610**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3470 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,799.00 |

**James Hannan**
**1838 W Erie St**
**Chicago, IL 60622**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 870 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

---

| 3.3471 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $879.00 |
|---|---|---|---|

**James Haudan**
**10 Corey Creek**
**Toledo, OH 43623**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.3472 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $3,019.00 |
|---|---|---|---|

**James Hemesath**
**639 Davinci Drive**
**Middletown, OH 45042**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.3473 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $298.00 |
|---|---|---|---|

**James Hoffmann**
**23622 calabasas rd**
**Calabasas, CA 91302**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.3474 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,800.00 |
|---|---|---|---|

**James Hoggarth**
**10901 Benton Pl.**
**Parker, CO 80134**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 871 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number *(if known)*

| | |
|---|---|
| **3.3475** | **Nonpriority creditor's name and mailing address** |

**3.3475** **Nonpriority creditor's name and mailing address**

**James Hsu**
**472 McAllister Dr**
**Benicia, CA 94510**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$4,189.00

Date or dates debt was incurred

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

**3.3476** **Nonpriority creditor's name and mailing address**

**James Huff**
**3501 Martha Custis Dr.**
**Alexandria, VA 22302**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$179.00

Date or dates debt was incurred

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

**3.3477** **Nonpriority creditor's name and mailing address**

**James Hunt**
**140 Kenilworth Ave**
**Kenilworth, IL 60043**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$5,675.00

Date or dates debt was incurred

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

**3.3478** **Nonpriority creditor's name and mailing address**

**James Iannotti**
**307 Ohina Place**
**Kihei, HI 96753**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$3,316.00

Date or dates debt was incurred

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.3479 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$197.00** |

**James Incledon**
**6791 Lake Nona Place**
**Lake Worth, FL 33463**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3480 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$159.00** |

**James J Reilly**
**1017 Jefferson Ave**
**Mamaroneck, NY 10543**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3481 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$1,034.00** |

**James Jacobson**
**4305 E. 42nd St.**
**Sioux Falls, SD 57103**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3482 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$4,214.00** |

**James Johnson**
**6440 Finnell Rd**
**Yountville, CA 94599**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 873 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.3483 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $659.00 |

**James Judge**
**11 Sturrock Way**
**Setauket, NY 11733**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3484 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $197.00 |

**James Kao**
**575 S. Rengstorff Ave. Apt. 23**
**Mountain View, CA 94040**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3485 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $279.00 |

**James Kellermann**
**141 E 89th Street**
**New York, NY 10128**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3486 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $4,969.00 |

**James Kelly**
**1251 6th Avenue**
**New York, NY 10020**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 874 of 1150

Debtor  **Fox Ortega Enterprises, Inc.**
Name                                                    Case number (if known) _____

| 3.3487 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $219.00 |

**James Kennedy**
**6338 Lupton Drive**
**Dallas, TX 75225**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____   **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____   ☐ Yes

| 3.3488 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $59.00 |

**James Kim**
**3042 Covington St**
**Fairfax, VA 22031**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____   **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____   ☐ Yes

| 3.3489 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,943.00 |

**James Kimmel**
**16217 Kittridge St**
**Van Nuys, CA 91406**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____   **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____   ☐ Yes

| 3.3490 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $3,671.00 |

**James Kirchner**
**40 Fay Avenue**
**San Carlos, CA 94070**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____   **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____   ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.3491** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$16,376.00**

**James Kloppenburg**
**15 Rutland Road**
**Scarsdale, NY 10583**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.3492** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$269.00**

**James Kramer**
**1011 Church St**
**San Francisco, CA 94114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.3493** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$9,023.00**

**James Kreissman**
**1100 Union Street**
**San Francisco, CA 94109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.3494** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$690.00**

**James Krueger**
**430 E. 63rd St.**
**New York, NY 10065**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 876 of 1150

Debtor **Fox Ortega Enterprises, Inc.**     Case number *(if known)* _____

Name

| 3.3495 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,659.00 |

**James Leahy**
**3700 White Sulphur Springs Rd**
**Saint Helena, CA 94574**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3496 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $339.00 |

**James Lee**
**823 Little John Lane**
**Houston, TX 77024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3497 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $111.00 |

**James Lettenberger**
**107 Prince Street**
**Alexandria, VA 22314**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3498 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $44.00 |

**James Lindsay Davison**
**212 Vaughns Gap**
**Nashville, TN 37205**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 877 of 1150

Debtor     **Fox Ortega Enterprises, Inc.**     Case number (if known) _____
Name

| 3.3499 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,065.00** |
|---|---|---|---|

**James Lipovsky**
**5695 Nickview Dr**
**Cincinnati, OH 45247**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.3500 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$189.00** |
|---|---|---|---|

**James Lloyd**
**6801 Chabot Road**
**Oakland, CA 94618**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.3501 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$27,374.00** |
|---|---|---|---|

**James Loddengaard**
**1244 Via Landeta**
**Palos Verdes Est., CA 90274**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.3502 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,975.00** |
|---|---|---|---|

**James Lundberg**
**3401 Oakmont Blvd**
**Austin, TX 78703**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 878 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.3503 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$6,327.00** |
|---|---|---|---|

**James Lynch**
**130 North Garland Court**
**Chicago, IL 60602**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.3504 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$34,782.00** |
|---|---|---|---|

**James Lyon**
**5110 Alfred Rd.**
**Golden Valley, MN 55422**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.3505 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$888.00** |
|---|---|---|---|

**James Macho**
**1245 Lattie Lane**
**Mill Valley, CA 94941**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.3506 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$19,438.00** |
|---|---|---|---|

**James Madsen**
**845 Church St**
**San Francisco, CA 94114**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____

_____
Name

| 3.3507 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$689.00** |

**James Marlow**
**#1 Timberledge**
**Mattapoisett, MA 02739**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

| 3.3508 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,461.00** |

**James Martin**
**19 Trotters Lane**
**Mahwah, NJ 07430**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

| 3.3509 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$47,036.00** |

**James Matthews**
**18 Calhoun Dr.**
**Greenwich, CT 06831**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

| 3.3510 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$303.00** |

**James Maurer**
**5059 Sherier Pl., NW**
**Washington, DC 20016**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 880 of 1150

Debtor    **Fox Ortega Enterprises, Inc.**                          Case number *(if known)* _____

_____
Name

| 3.3511 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$27.00** |

**James McBride**
**31 Wilmington Court**
**Sugar Land, TX 77479**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3512 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$18,963.00** |

**James McCully**
**40 Kamehameha Ave**
**Hilo, HI 96720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3513 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,019.00** |

**James McDermott**
**2332 Mandeville Canyon Road**
**Los Angeles, CA 90049**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3514 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$19.00** |

**James McHugh**
**16150 Kennedy Road**
**Los Gatos, CA 95032**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 881 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.3515 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,812.00** |

3.3515 | **Nonpriority creditor's name and mailing address**

**James Meek**
**4212 Greenway**
**Baltimore, MD 21218**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**As of the petition filing date, the claim is:** **$3,812.00**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

3.3516 | **Nonpriority creditor's name and mailing address**

**James Midgley**
**7160 Thorndale Dr**
**Oakland, CA 94611**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**As of the petition filing date, the claim is:** **$479.00**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

3.3517 | **Nonpriority creditor's name and mailing address**

**James Miller**
**28855 King Arthur Ct.**
**Ranch Palos Verdes, CA 90275**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**As of the petition filing date, the claim is:** **$3,215.00**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

3.3518 | **Nonpriority creditor's name and mailing address**

**James Miller**
**400 Renaissance Center**
**Detroit, MI 48243**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**As of the petition filing date, the claim is:** **$486.00**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 882 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.3519 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$39,059.00** |

**James Momtazee**
**2800 Sand Hill Road**
**Menlo Park, CA 94025**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.3520 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$594.00** |

**James Morandi**
**6940 Calle Dia**
**Camarillo, CA 93012**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.3521 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,289.00** |

**James Morando**
**4 Hillcrest Road**
**Belvedere-Tiburon, CA 94920**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.3522 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$319.00** |

**James Moseley**
**4 River Pine Drive**
**Rome, GA 30165**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Case number (if known) _____

Name

---

| 3.3523 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,918.00** |

**James Muldoon**
**60 East 8th Street**
**New York, NY 10003**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3524 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,779.00** |

**James Murray**
**204 Talah Lane**
**Loudon, TN 37774**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3525 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$275.00** |

**James Murray**
**65 Newburg St**
**San Francisco, CA 94131**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3526 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,099.00** |

**James Napoli**
**233 Broadway**
**New York, NY 10279**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.3527 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: |

| | |
|---|---|
| **James Nash**<br>**P.O. Box 339**<br>**Snohomish, WA 98291** | **$2,514.00** |

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3528 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: |
|---|---|---|

| | |
|---|---|
| **James Nolfi**<br>**870 Weatherwood Lane**<br>**Greensburg, PA 15601** | **$1,979.00** |

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3529 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: |
|---|---|---|

| | |
|---|---|
| **James Oehlberg**<br>**PMB 305**<br>**Stuart, FL 34996** | **$1,500.00** |

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3530 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: |
|---|---|---|

| | |
|---|---|
| **JAMES ONEILL**<br>**866 KINGS COURT NE**<br>**Atlanta, GA 30306** | **$179.00** |

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 885 of 1150

Debtor **Fox Ortega Enterprises, Inc.**　　Case number (if known)　_____

Name

| 3.3531 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.00 |
|---|---|---|---|

**JAMES ORPHANIDES**
**2156 STEINWAY STREET**
**ASTORIA, NY 11105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred　_____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number　_____

☐ Yes

| 3.3532 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,442.00 |
|---|---|---|---|

**James Pappas**
**616 Moaniala Street**
**Honolulu, HI 96821**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred　_____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number　_____

☐ Yes

| 3.3533 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $319.00 |
|---|---|---|---|

**James Pardoe**
**2031 Locust Street**
**Philadelphia, PA 19103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred　_____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number　_____

☐ Yes

| 3.3534 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $183.00 |
|---|---|---|---|

**James Pascoe**
**550 S. Main St**
**Greenville, SC 29601**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred　_____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number　_____

☐ Yes

Case: 16-40050　Doc# 16　Filed: 01/21/16　Entered: 01/21/16 15:42:32　Page 886 of 1150

1/14/16 2:44PM

| 3.3535 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,153.00 |
|---|---|---|---|

**James Pasquale**
**170 Frost St**
**Brooklyn, NY 11211**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.3536 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,124.00 |
|---|---|---|---|

**James Pettit**
**311 Sheridan Ave.**
**Piedmont, CA 94611**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.3537 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,944.00 |
|---|---|---|---|

**James Pitkow**
**188 Minna Street**
**San Francisco, CA 94105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.3538 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,003.00 |
|---|---|---|---|

**James Polsky**
**145 Hudson St.**
**New York, NY 10013**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| 3.3539 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$49.00** |

**James Posever**
**2930 N Manor Dr. E**
**Phoenix, AZ 85014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.3540 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$290.00** |

**James Preston**
**P O Box 830**
**Kent, CT 06757**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.3541 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$638.00** |

**James Preston Smith**
**4009 Oliver Street**
**Chevy Chase, MD 20815**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.3542 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,978.00** |

**James Proctor**
**65 Penataquit Place**
**Huntington, NY 11743**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor  **Fox Ortega Enterprises, Inc.**
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾  Case number (if known) ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
          Name

| | |
|---|---|
| 3.3543 | **Nonpriority creditor's name and mailing address** |

**James Prusko**
**45 Cross River Rd**
**Pound Ridge, NY 10576**

As of the petition filing date, the claim is: **$479.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| | |
|---|---|
| 3.3544 | **Nonpriority creditor's name and mailing address** |

**James Pugash**
**781 Lincoln Ave -- Suite 300**
**San Rafael, CA 94901**

As of the petition filing date, the claim is: **$1,191.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| | |
|---|---|
| 3.3545 | **Nonpriority creditor's name and mailing address** |

**James Quan**
**914 Versailles Ave.**
**Alameda, CA 94501**

As of the petition filing date, the claim is: **$1,709.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| | |
|---|---|
| 3.3546 | **Nonpriority creditor's name and mailing address** |

**James Raff**
**35 W. Wacker Dr**
**Chicago, IL 60601**

As of the petition filing date, the claim is: **$133,310.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 889 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

| 3.3547 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $719.00 |
|---|---|---|---|

**James Riggins**
**213 Mariner's Point Rd.**
**Sequim, WA 98382**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.3548 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,721.00 |
|---|---|---|---|

**James Roland**
**8405 Airline Highway**
**Baton Rouge, LA 70815**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.3549 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,019.00 |
|---|---|---|---|

**James Rosenberg**
**32027 Kingspark Court**
**Woodland Hills, CA 91361**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.3550 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,321.00 |
|---|---|---|---|

**James Rothwell**
**138 Greens Farms Road**
**Westport, CT 06880**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known)

Name

| 3.3551 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $959.00 |
|---|---|---|---|

**James Ryffel**
**3113 S. University Dr**
**Fort Worth, TX 76109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3552 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,300.00 |
|---|---|---|---|

**James Sanders**
**3608 Pleasant Beach Dr**
**Bainbridge Island, WA 98110**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3553 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $959.00 |
|---|---|---|---|

**James Sandler**
**185 Edgewood Avenue**
**San Francisco, CA 94117**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3554 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $416.00 |
|---|---|---|---|

**James Sapiro**
**359 Hillcrest Road**
**Englewood, NJ 07631**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor  **Fox Ortega Enterprises, Inc.**
_____      Case number (if known) _____
Name

| 3.3555 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$569.00** |

**James Schiff**
**2 Forest Hill Dr.**
**Cincinnati, OH 45208**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____      **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____      ☐ Yes

---

| 3.3556 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$339.00** |

**James Schlueter**
**11 16th Avenue**
**San Francisco, CA 94118**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____      **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____      ☐ Yes

---

| 3.3557 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$972.00** |

**James Schmid**
**745 N. 83rd St.**
**Seattle, WA 98103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____      **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____      ☐ Yes

---

| 3.3558 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$69,722.00** |

**James Schoch**
**16 Clifdon Drive**
**Simsbury, CT 06070**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____      **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____      ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number *(if known)* _____

| 3.3559 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,723.00 |

**James Schoeneck**
**4748 Plummer Court**
**San Diego, CA 92130**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3560 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,047.00 |

**James Seder**
**5412 Kendra Ct., SE**
**Lacey, WA 98513**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3561 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,968.00 |

**James Shaer**
**5354 Bay Hill Drive**
**Canfield, OH 44406**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3562 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $520.00 |

**James Sholtz**
**480 Laura Drive North**
**Mandeville, LA 70448**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 893 of 1150

Debtor **Fox Ortega Enterprises, Inc.**                     Case number (if known) _____

Name

| 3.3563 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$794.00** |

**James Siegel**
**5950 SW 97th Street**
**Miami, FL 33156**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3564 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,687.00** |

**James Simpson III**
**201 Levert Ave**
**Mobile, AL 36607**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3565 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$6,926.00** |

**James Simring**
**200 E.24 th St**
**New York, NY 10010**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3566 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$7,321.00** |

**James Solimano**
**1419 7th Ave. West.**
**Seattle, WA 98119**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 894 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number *(if known)*

---

| 3.3567 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,085.00** |
|---|---|---|---|

**James Staszewski**
**315 Old Chapel Trail**
**Pittsburgh, PA 15238**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3568 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,610.00** |
|---|---|---|---|

**James Steiker**
**403 Westview St.**
**Philadelphia, PA 19119**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3569 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$344.00** |
|---|---|---|---|

**James Stormo**
**8424 Mayport Dr.**
**Las Vegas, NV 89131**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3570 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,031.00** |
|---|---|---|---|

**James Strattman**
**2925 Via Pepita**
**Carlsbad, CA 92009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 895 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____ Case number _(if known)_ _____
Name

| | | |
|---|---|---|
| 3.3571 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $879.00 |

**3.3571** | **Nonpriority creditor's name and mailing address**

**James Sullivan**
**3555 Libbey Ct**
**West Palm Beach, FL 33406**

**As of the petition filing date, the claim is:** $879.00
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.3572** | **Nonpriority creditor's name and mailing address**

**James Sullivan**
**120 W. Hancock St.**
**Port Angeles, WA 98362**

**As of the petition filing date, the claim is:** $377.00
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.3573** | **Nonpriority creditor's name and mailing address**

**James Swanson**
**3002 Silverwood Dr.**
**Rossmoor, CA 90720**

**As of the petition filing date, the claim is:** $669.00
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.3574** | **Nonpriority creditor's name and mailing address**

**James Teisl**
**79 W. Starr Ave. #4**
**Columbus, OH 43201**

**As of the petition filing date, the claim is:** $39.00
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 896 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

---

| 3.3575 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$21,378.00** |

**James Thistlethwaite**
**1341 B South Maryland Ave**
**Chicago, IL 60605**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3576 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$386.00** |

**James Thompson**
**PO Box 210427**
**Auke Bay, AK 99821**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3577 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,339.00** |

**James Turner**
**525 Robinson Dr**
**Cleveland, MS 38732**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3578 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$113.00** |

**James Vaughan**
**692 President Street**
**Brooklyn, NY 11215**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor  **Fox Ortega Enterprises, Inc.**  Case number (if known) _____
_____
Name

| 3.3579 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$319.00** |

**James Vineyard**
**12124 Drujon Ln**
**Dallas, TX 75244**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3580 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,679.00** |

**James Waggener**
**P.O. Box 656**
**Grapevine, TX 76099**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3581 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,374.00** |

**James Walker**
**383 Warwick Ave**
**San Leandro, CA 94577**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3582 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,439.00** |

**James Wallace**
**476 McGraw St**
**Seattle, WA 98109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor  **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

| 3.3583 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$89.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**James Wallace**
**227 Iris**
**Corona Del Mar, CA 92625**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.3584 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,447.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**James Wallick**
**15 W 72nd St.**
**New York, NY 10023**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.3585 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,116.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**James Wang**
**2701 San Tomas Expway**
**Santa Clara, CA 95050**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.3586 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$18,466.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**James Wareham**
**1402 Kirby Rd.**
**McLean, VA 22101**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 899 of 1150

Debtor    **Fox Ortega Enterprises, Inc.**                          Case number (if known) _____
             Name

| 3.3587 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **Unknown** |

**James Wareham**
**Fried Frank et al.**
**801 17th St., NW**
**Washington, DC 20060**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.3588 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$16.00** |

**James Webb**
**28 Gildersleeve Avenue**
**Collinsville, CT 06019**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.3589 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,700.00** |

**James Wei**
**3 Woodruff Road**
**Edison, NJ 08820**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.3590 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$209.00** |

**James Wells**
**379 Tilbury Rd**
**Bloomfield, MI 48301**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 900 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.3591 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,456.00** |

**James Wheatley**
**PO Box 224**
**Fort Meade, SD 57711**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.3592 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,132.00** |

**James Whiddon**
**6499 N W 9th Avenue**
**Fort Lauderdale, FL 33309**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.3593 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$471.00** |

**James Williamson**
**12777 Via Felino**
**Del Mar, CA 92014**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.3594 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,499.00** |

**James Wolf**
**160 Chambers Street**
**New York, NY 10007**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                 Best Case Bankruptcy

Debtor   **Fox Ortega Enterprises, Inc.**                Case number (if known) _____
_____
Name

| | |
|---|---|
| 3.3595 | **Nonpriority creditor's name and mailing address** |

**James Wolfsberg**
**4 Garland Rd.**
**Lincoln, MA 01773**

As of the petition filing date, the claim is:                    **$1,485.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

---

| | |
|---|---|
| 3.3596 | **Nonpriority creditor's name and mailing address** |

**James Yost**
**3741 Bay Creek**
**Bonita Springs, FL 34134**

As of the petition filing date, the claim is:                    **$3,239.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

---

| | |
|---|---|
| 3.3597 | **Nonpriority creditor's name and mailing address** |

**James Young**
**21750 Old Santa Cruz Hwy**
**San Jose, CA 95033**

As of the petition filing date, the claim is:                    **$14,210.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

---

| | |
|---|---|
| 3.3598 | **Nonpriority creditor's name and mailing address** |

**Jameson James**
**4508 Eagles Landing**
**Austin, TX 78735**

As of the petition filing date, the claim is:                    **$6,279.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 902 of
1150

| 3.3599 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$390.00** |
|---|---|---|---|

**Jamie Hardigg**
**87 Croydon Turnpike**
**Newport, NH 03773**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number _____

---

| 3.3600 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$329.00** |
|---|---|---|---|

**Jamie Miller**
**205 Beach Road**
**Fairfield, CT 06824**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number _____

---

| 3.3601 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$55.00** |
|---|---|---|---|

**Jamie Moncus**
**327 Shades Crest Road**
**Birmingham, AL 35226**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number _____

---

| 3.3602 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$719.00** |
|---|---|---|---|

**Jamie Wyeth**
**PO Box 440**
**Tenants Harbor, ME 04860**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ☠ No
- ☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 903 of 1150

Debtor   **Fox Ortega Enterprises, Inc.**                     Case number (if known) _____

_____
Name

| 3.3603 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$199.00** |

**Jan Brekke**
**4117 N. Windover Ct.**
**Appleton, WI 54913**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3604 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$619.00** |

**Jan Stadler**
**113 Elk Crossing Lane**
**Evergreen, CO 80439**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3605 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$116.00** |

**Jane Avery**
**1539 Arata Court**
**San Jose, CA 95125**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3606 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,300.00** |

**Jane Baxter**
**2141 West Via Delfini**
**Fresno, CA 93711**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number *(if known)*

Name

| | | |
|---|---|---|
| 3.3607 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$70.00** |

**Jane Crabill**
**1931 Dante Lane**
**Fayetteville, NC 28314**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| | | |
|---|---|---|
| 3.3608 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$140.00** |

**Jane Koehler**
**282 Dellbrook Avenue**
**San Francisco, CA 94131**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| | | |
|---|---|---|
| 3.3609 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$419.00** |

**Janet Grove**
**38 Sun Ridge Circle**
**Rancho Mirage, CA 92270**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| | | |
|---|---|---|
| 3.3610 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$89.00** |

**Janet Plait**
**374 S. Santa Cruz**
**Ventura, CA 93001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known)

Name

| | | |
|---|---|---|
| 3.3611 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $669.00 |

3.3611 **Nonpriority creditor's name and mailing address**

**Janet Wall**
**205 S Galena St.**
**Aspen, CO 81611**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

$669.00

---

3.3612 **Nonpriority creditor's name and mailing address**

**Janice Amenta**
**261 West M Street**
**Benicia, CA 94510**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

$57.00

---

3.3613 **Nonpriority creditor's name and mailing address**

**Janice Muhr**
**4316 N Dayton St**
**Chicago, IL 60613**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

$203.00

---

3.3614 **Nonpriority creditor's name and mailing address**

**Jared Maddux**
**4313 W Beachway Dr**
**Tampa, FL 33609**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

$299.00

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 906 of 1150

Debtor  **Fox Ortega Enterprises, Inc.**
                                                                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.3615 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,159.00** |

**Jason Adams**
**12995 S Cleveland Ave**
**Fort Myers, FL 33907**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3616 | **Nonpriority creditor's name and mailing address** | | **$9,911.00** |
|---|---|---|---|

**Jason Anthony**
**20 Vernon Road**
**Scarsdale, NY 10583**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3617 | **Nonpriority creditor's name and mailing address** | | **$239.00** |
|---|---|---|---|

**Jason Bandouveres**
**8814 53rd Avenue West**
**Mukilteo, WA 98275**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3618 | **Nonpriority creditor's name and mailing address** | | **$590.00** |
|---|---|---|---|

**Jason Bay**
**5811 106th Ave. NE**
**Kirkland, WA 98033**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 907 of 1150

Debtor **Fox Ortega Enterprises, Inc.**     Case number (if known) _____

Name

| | |
|---|---|
| 3.3619 | **Nonpriority creditor's name and mailing address** |

**Jason Berthold**
**530A Waller St**
**San Francisco, CA 94117**

**As of the petition filing date, the claim is:**     **$2,864.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.3620 | **Nonpriority creditor's name and mailing address** |

**Jason Brooks**
**65 Seaside Ave**
**Stamford, CT 06902**

**As of the petition filing date, the claim is:**     **$2,995.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.3621 | **Nonpriority creditor's name and mailing address** |

**Jason Byham**
**638 Ravencrest Road**
**Pittsburgh, PA 15215**

**As of the petition filing date, the claim is:**     **$91.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.3622 | **Nonpriority creditor's name and mailing address** |

**Jason Cavalier**
**105 Hampstead Court**
**Westlake Village, CA 91361**

**As of the petition filing date, the claim is:**     **$2,389.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 908 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.3623 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$250.00** |

**Jason Cheng**
**3836 Adriatic Way**
**San Bruno, CA 94066**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.3624 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,225.00** |

**Jason Chiu**
**38 N. Almaden Blvd.**
**San Jose, CA 95110**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.3625 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$755.00** |

**Jason Cortes**
**46000 Fairway Dr**
**Indian Wells, CA 92210**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.3626 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$574.00** |

**Jason Cotton**
**PO Box 9431**
**Berkeley, CA 94709**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 909 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.3627 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | **$116.00** |
|---|---|---|---|---|

**Jason Driscoll**
**1911 Vineyard Ave**
**Saint Helena, CA 94574**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3628 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,980.00** |

**Jason Ebbeling**
**36 Nelkin Road**
**Colchester, CT 06415**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3629 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$6,646.00** |

**Jason Eubanks**
**1927 Mallard Drive**
**Houston, TX 77043**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3630 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$99.00** |

**Jason Fromer**
**435 E 79th St**
**New York, NY 10075**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor   **Fox Ortega Enterprises, Inc.**                                Case number (if known) _____

Name

| 3.3631 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,569.00** |
|---|---|---|---|

**Jason Grapski**
**237 Park Street**
**Newton, MA 02458**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

| 3.3632 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$345.00** |
|---|---|---|---|

**Jason Hagen**
**6812 Blue Ridge Ct**
**Yorba Linda, CA 92886**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

| 3.3633 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$143.00** |
|---|---|---|---|

**Jason Hambrecht**
**232 Louis Court**
**Livermore, CA 94550**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

| 3.3634 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,889.00** |
|---|---|---|---|

**Jason Herbers**
**839 Wood St.**
**Oakland, CA 94607**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 911 of 1150

Debtor    **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____
                Name

| 3.3635 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$229.00** |
|---|---|---|---|

**Jason Hernandez**
**230 West 55th St.**
**New York, NY 10019**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3636 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$359.00** |
|---|---|---|---|

**Jason Jenkins**
**12006 Cove Edge**
**Cypress, TX 77433**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3637 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$12,575.00** |
|---|---|---|---|

**Jason Konvicka**
**309 Marston Lane**
**Richmond, VA 23221**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3638 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,729.00** |
|---|---|---|---|

**Jason Lai**
**7231 Dampier Court**
**Richmond, BC V7C5W4**
**CANADA**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 912 of 1150

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| 3.3639 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$319.00** |
|---|---|---|---|

**Jason Lefler**
**216 Ramona**
**El Cerrito, CA 94530**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3640 | **Nonpriority creditor's name and mailing address** | | **$249.00** |
|---|---|---|---|

**Jason Lloyd**
**6579 Whitbourne Drive**
**San Jose, CA 95120**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3641 | **Nonpriority creditor's name and mailing address** | | **$4,769.00** |
|---|---|---|---|

**Jason Melman**
**11 Dewbourne Ave.**
**Toronto, ON M5P 1Z3**
**CANADA**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3642 | **Nonpriority creditor's name and mailing address** | | **$1,586.00** |
|---|---|---|---|

**Jason Neyer**
**720 13th St, #6**
**Sacramento, CA 95814**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known)

Name

---

| 3.3643 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,434.00** |

**Jason Pelletier**
**2541 Poppy Drive**
**Burlingame, CA 94010**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.3644 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$649.00** |

**Jason Pomerantz**
**10100 Santa Monica Blvd**
**Los Angeles, CA 90067**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.3645 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$950.00** |

**Jason Ponfil**
**4944 Slater Rd**
**Saint Paul, MN 55122**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.3646 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,139.00** |

**Jason Price**
**5728 17th Ave NE**
**Seattle, WA 98105**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 914 of 1150

Debtor  **Fox Ortega Enterprises, Inc.**                           Case number (if known) _____
_____
Name

| 3.3647 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$609.00** |
|---|---|---|---|

**Jason Reichelt**
**220 E 13th Street**
**New York, NY 10003**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.3648 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,639.00** |
|---|---|---|---|

**Jason Rothschild**
**2311 W. Morrison Ave. #2**
**Tampa, FL 33629**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.3649 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,399.00** |
|---|---|---|---|

**Jason Schrock**
**377 Haasville Rd.**
**Bunkie, LA 71322**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.3650 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,619.00** |
|---|---|---|---|

**Jason Spradlin**
**651 N. Faring Road**
**Los Angeles, CA 90077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.** Case number (if known) _____
_____
Name

| 3.3651 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,956.00** |

3.3651 | **Nonpriority creditor's name and mailing address**

**Jason Thompson**
**1175 Jackling Drive**
**Hillborough, CA 94010**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$1,956.00**

---

3.3652 | **Nonpriority creditor's name and mailing address**

**Jason Toussaint**
**42 Highland Circle**
**Bronxville, NY 10708**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$13,804.00**

---

3.3653 | **Nonpriority creditor's name and mailing address**

**Jason Warner**
**4821 N 13th St**
**Arlington, VA 22205**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$4,316.00**

---

3.3654 | **Nonpriority creditor's name and mailing address**

**Jason Whitner**
**3321 S Magnolia Street**
**Denver, CO 80224**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$27.00**

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 916 of 1150

Debtor **Fox Ortega Enterprises, Inc.**                    Case number *(if known)* _____

Name

| 3.3655 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$126.00** |

**Jason Young**
**6121 NE Radford Dr**
**Seattle, WA 98115**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____     **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

---

| 3.3656 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$14,036.00** |

**Jaspaul Saini**
**1601 Cabot Ln**
**Glenview Nas, IL 60026**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____     **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

---

| 3.3657 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,099.00** |

**Javier Burillo**
**748 Adobe Canyon Rd**
**Kenwood, CA 95452**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____     **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

---

| 3.3658 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$56.00** |

**Javier Pastrie**
**Martin Boneo No43 4oB**
**Palma de Mallorca, ES 07013**
**SPAIN**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____     **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 917 of 1150

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
        _____
        Name

| 3.3659 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,649.00** |

**Jay Bauer**
**29 Ginger Court**
**East Amherst, NY 14051**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3660 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,319.00** |

**Jay Birnbaum**
**26 Cheyenne Drive**
**Montville, NJ 07045**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3661 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$918.00** |

**Jay Boberg**
**Upfield Management**
**Pacific Palisades, CA 90272**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3662 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,084.00** |

**Jay Boll**
**1 Pheasant Court**
**Norwalk, CT 06854**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 918 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known) _____

| 3.3663 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$941.00** |

**Jay Bomze**
**816 Old Gulph Rd**
**Bryn Mawr, PA 19010**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3664 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$7,051.00** |

**Jay Davis**
**704 Malone St.**
**Houston, TX 77007**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3665 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$17,538.00** |

**Jay Farbstein**
**1500 Rustic Lane**
**Pacific Palisades, CA 90272**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3666 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,159.00** |

**Jay Goldman**
**152 W 57th Street**
**New York, NY 10019**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 919 of 1150

Debtor   **Fox Ortega Enterprises, Inc.**                                      Case number (if known) _____
_____
Name

| 3.3667 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,214.00** |

**Jay Goldman**
**793 Highland Ave**
**Piedmont, CA 94611**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3668 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,096.00** |

**Jay Hollis**
**704 Glasgow Place**
**Brentwood, TN 37027**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3669 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$539.00** |

**Jay Isaacson**
**1884 Silverado Trail**
**Napa, CA 94558**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3670 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$809.00** |

**Jay Jalluri**
**57 Salmon Road**
**Alameda, CA 94502**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 920 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known) _____

| 3.3671 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,128.00** |
|---|---|---|---|

**Jay Johnson**
**35538 Byron Trail**
**Beaumont, CA 92223**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3672 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$333.00** |
|---|---|---|---|

**Jay Johnson Jr. - USE 1072**
**355 W Lexington Dr.**
**Glendale, CA 91203**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3673 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$7,187.00** |
|---|---|---|---|

**Jay Kaiser**
**24 Forrest Court**
**San Anselmo, CA 94960**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3674 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,239.00** |
|---|---|---|---|

**Jay Kam**
**1249 Wilder Ave**
**Honolulu, HI 96822**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 921 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

| 3.3675 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$449.00** |
|---|---|---|---|

**Jay Kesslen**
**175 Church St**
**Saratoga Springs, NY 12866**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.3676 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$404.00** |
|---|---|---|---|

**Jay Kinn**
**4853 Bonvue Avenue**
**Los Angeles, CA 90027**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.3677 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$22,126.00** |
|---|---|---|---|

**Jay Lee**
**4116 NW 128th Ave**
**Portland, OR 97229**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.3678 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$479.00** |
|---|---|---|---|

**Jay Levell**
**3031 Idlewood Circle**
**Charlotte, NC 28209**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 922 of 1150

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.3679 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$5,659.00** |

**Jay McInerney**
**156 Little Noyac Path**
**Water Mill, NY 11976**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3680 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$558.00** |

**Jay Palchikoff**
**3400 Seabreeze Lane**
**Corona Del Mar, CA 92625**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3681 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$10,375.00** |

**Jay Roberts**
**11274 W Teach Road**
**Palm Beach Gardens, FL 33410**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3682 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$2,183.00** |

**Jay Rosen**
**2032 Washington Valley Road**
**Martinsville, NJ 08836**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**      Case number (if known) _____

Name

| 3.3683 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$470.00** |
|---|---|---|---|

**Jay Rust**
**94 North Beach St**
**Ormond Beach, FL 32174**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3684 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$599.00** |
|---|---|---|---|

**Jay Trickett**
**15 Shady Lane**
**Falmouth, ME 04105**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3685 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$12,858.00** |
|---|---|---|---|

**Jay Walters**
**842 Cleveland Road**
**Hinsdale, IL 60521**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3686 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$399.00** |
|---|---|---|---|

**Jay Welker**
**123 Laurelwood Drive**
**Danville, CA 94506**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 924 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.3687 | **Nonpriority creditor's name and mailing address** | |
| | **Jay White** | As of the petition filing date, the claim is: **$387.00** |
| | **2852 Dover Rd** | Check all that apply. |
| | **Atlanta, GA 30327** | ☐ Contingent |
| | | ☐ Unliquidated |
| | | ☐ Disputed |
| | | **Basis for the claim:** |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | | ■ No |
| | Last 4 digits of account number _____ | ☐ Yes |

| | | |
|---|---|---|
| 3.3688 | **Nonpriority creditor's name and mailing address** | |
| | **Jay Wisniewski** | As of the petition filing date, the claim is: **$290.00** |
| | **4436 North Los Vecinos Dr.** | Check all that apply. |
| | **Phoenix, AZ 85018** | ☐ Contingent |
| | | ☐ Unliquidated |
| | | ☐ Disputed |
| | | **Basis for the claim:** |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | | ■ No |
| | Last 4 digits of account number _____ | ☐ Yes |

| | | |
|---|---|---|
| 3.3689 | **Nonpriority creditor's name and mailing address** | |
| | **Jay Woodruff** | As of the petition filing date, the claim is: **$574.00** |
| | **9809 E Obispo Avenue** | Check all that apply. |
| | **Mesa, AZ 85212** | ☐ Contingent |
| | | ☐ Unliquidated |
| | | ☐ Disputed |
| | | **Basis for the claim:** |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | | ■ No |
| | Last 4 digits of account number _____ | ☐ Yes |

| | | |
|---|---|---|
| 3.3690 | **Nonpriority creditor's name and mailing address** | |
| | **Jayaram Bhat** | As of the petition filing date, the claim is: **$2,375.00** |
| | **1601 Jamestown Drive** | Check all that apply. |
| | **Cupertino, CA 95014** | ☐ Contingent |
| | | ☐ Unliquidated |
| | | ☐ Disputed |
| | | **Basis for the claim:** |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | | ■ No |
| | Last 4 digits of account number _____ | ☐ Yes |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 925 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
                                                    Case number (if known)
Name

| 3.3691 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $48,360.00 |
|---|---|---|---|

**Jayson Hu**
**12012 Lambert Ave**
**El Monte, CA 91732**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3692 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $759.00 |
|---|---|---|---|

**Jean Charbonneau**
**61 Chemin de la vigne**
**Westmount, QC H3Y2C3**
**CANADA**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3693 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,683.00 |
|---|---|---|---|

**Jean Fruth**
**700 Maybee Lane**
**Healdsburg, CA 95448**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3694 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $79.00 |
|---|---|---|---|

**Jean Rankin**
**180 South Road**
**Chester, NJ 07930**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number *(if known)* _____

Name

| | |
|---|---|
| 3.3695 | **$419.00** |

**Nonpriority creditor's name and mailing address**

**Jean S Smith**
**2324 Windsor Forest Dr**
**Florence, SC 29501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.3696 | **$209.00** |

**Nonpriority creditor's name and mailing address**

**Jean Steichen**
**2735 Baker Place**
**Cincinnati, OH 45206**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.3697 | **$7,552.00** |

**Nonpriority creditor's name and mailing address**

**Jean Yeh**
**291 Bay Dr.**
**Itasca, IL 60143**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.3698 | **$679.00** |

**Nonpriority creditor's name and mailing address**

**Jean-Francois Byette**
**3570 Place de Chazel**
**Montreal, QC H3M1C9**
**CANADA**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 927 of 1150

Debtor   **Fox Ortega Enterprises, Inc.**                          Case number (if known) _____
          _____
          Name

| 3.3699 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,227.00** |

**Jean-Francois Chaput**
**777 Avenue of the Americas**
**New York, NY 10001**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3700 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$299.00** |

**Jean-Pierre Ciudad**
**36 Hartford Street**
**San Francisco, CA 94114**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3701 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,297.00** |

**Jeanne Amster**
**200 Brannan St.**
**San Francisco, CA 94107**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3702 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$611.00** |

**Jeanne Stiles**
**1419 West Jarvis Ave.**
**Chicago, IL 60626**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**                Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.3703 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $1,847.00 |

**Nonpriority creditor's name and mailing address**

**Jeb Dunnuck**
**1132 Westview Drive**
**Boulder, CO 80303**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,847.00**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

3.3704 **Nonpriority creditor's name and mailing address**

**Jed Johnson**
**5317 Wateka Drive**
**Dallas, TX 75209**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$415.00**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

3.3705 **Nonpriority creditor's name and mailing address**

**Jed Smith**
**100 Lomita Dr.**
**Mill Valley, CA 94941**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$799.00**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

3.3706 **Nonpriority creditor's name and mailing address**

**Jeeun Kim**
**385 Canal Street**
**New York, NY 10013**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$119.00**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 929 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.3707 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$797.00** |

**Jef Jaisun**
**5107 Ravenna Ave NE**
**Seattle, WA 98105**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.3708 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$53.00** |

**Jeff Allison**
**517 Shasta Park Ct**
**Scotts Valley, CA 95066**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.3709 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$176.00** |

**Jeff Auman**
**16819 SE 171st Pl**
**Renton, WA 98058**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.3710 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$5,372.00** |

**Jeff Backerman**
**89 Mattison Drive**
**Concord, MA 01742**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.3711 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$8,800.00** |
|---|---|---|---|

**Jeff Baird**
**416 East Gettysburg**
**Fresno, CA 93704**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3712 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$74.00** |
|---|---|---|---|

**Jeff Baird**
**3225 mcleod dr.**
**Las Vegas, NV 89101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3713 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,630.00** |
|---|---|---|---|

**Jeff Baron**
**PO Box 4372**
**Carmel, CA 93921**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3714 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$107.00** |
|---|---|---|---|

**Jeff Beckers**
**1529 Leimert Blvd**
**Oakland, CA 94602**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.3715 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$35.00** |
|---|---|---|---|

3.3715 **Nonpriority creditor's name and mailing address**

**Jeff Brinkman**
**948 Stewart St.**
**Fort Bragg, CA 95437**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$35.00**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

3.3716 **Nonpriority creditor's name and mailing address**

**Jeff Brown**
**2444 Passage Key Trail**
**Xenia, OH 45385**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$176.00**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

3.3717 **Nonpriority creditor's name and mailing address**

**Jeff Chung**
**1188 Bishop St.**
**Honolulu, HI 96813**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$6,723.00**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

3.3718 **Nonpriority creditor's name and mailing address**

**Jeff Contreras**
**3970 Calle Mira Monte**
**Newbury Park, CA 91320**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$250.00**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known)

| 3.3719 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,989.00** |
|---|---|---|---|

**Jeff Cunningham**
**21413 North 110th Place**
**Scottsdale, AZ 85255**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.3720 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$13,570.00** |
|---|---|---|---|

**Jeff Davies**
**503 West Manor Dr**
**Pittsburgh, PA 15238**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.3721 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,359.00** |
|---|---|---|---|

**Jeff DuPuy**
**1862 Camino Estrada**
**Concord, CA 94521**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.3722 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$732.00** |
|---|---|---|---|

**Jeff Emch**
**2900 NW Circle A Drive**
**Portland, OR 97229**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 933 of 1150

Debtor **Fox Ortega Enterprises, Inc.**  Case number (if known) _____

_____
Name

| 3.3723 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$17,423.00** |
|---|---|---|---|

**Jeff Erhardt**
**701 Fairview Dr**
**Woodland, CA 95695**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3724 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,293.00** |
|---|---|---|---|

**Jeff Filippi**
**17 West 71st St**
**New York, NY 10023**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3725 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,600.00** |
|---|---|---|---|

**Jeff Fisher**
**1204 Chateau Dr.**
**San Jose, CA 95120**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3726 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,654.00** |
|---|---|---|---|

**Jeff Gray**
**1111 Monterey Valley Dr**
**Chapel Hill, NC 27516**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 934 of 1150

Debtor     **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____

_____
Name

| | | |
|---|---|---|
| 3.3727 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $214,810.00 |

**Jeff Greene**
**95 N County Rd**
**Palm Beach, FL 33480**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | | |
|---|---|---|
| 3.3728 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $7,776.00 |

**Jeff Greenfield**
**3476 Waverley Street**
**Palo Alto, CA 94306**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | | |
|---|---|---|
| 3.3729 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $617,087.00 |

**Jeff Greenstein**
**1016 Republican St**
**Seattle, WA 98109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | | |
|---|---|---|
| 3.3730 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $2,087.00 |

**Jeff Hauptman**
**611 Stratford Drive**
**Ann Arbor, MI 48104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 935 of 1150

Debtor    **Fox Ortega Enterprises, Inc.**        Case number (if known) _____

Name

| | |
|---|---|
| 3.3731 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:      $139.00 |

**Jeff Herman**
**55 Coolwater Road**
**Bell Canyon, CA 91307**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

3.3732 **Nonpriority creditor's name and mailing address**      $604.00

**Jeff Hoppe**
**1219 Chestnut St.**
**Chico, CA 95928**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

3.3733 **Nonpriority creditor's name and mailing address**      $574.00

**Jeff Hudson**
**232 Lorraine Blvd.**
**Los Angeles, CA 90004**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

3.3734 **Nonpriority creditor's name and mailing address**      $239.00

**Jeff Ivey**
**9211 West Rd**
**Houston, TX 77064**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.3735** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$14,988.00**

**Jeff Joseph**
**16 Rivers Edge Dr.**
**Tarrytown, NY 10591**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.3736** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,817.00**

**Jeff Kasher**
**12221 Leighton Ct**
**Carmel, IN 46032**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.3737** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$119.00**

**Jeff Kassinger**
**2170 Sullivan Ln**
**Bardstown, KY 40004**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.3738** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,299.00**

**Jeff Kautz**
**21 S. Forest Ave.**
**Naperville, IL 60540**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**　　　　　Case number *(if known)* _____

Name

| 3.3739 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$26,138.00** |
|---|---|---|---|

**Jeff Kavy**
**210 Box Oak**
**San Antonio, TX 78230**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.3740 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,691.00** |
|---|---|---|---|

**Jeff Kays**
**3809 Blaylock Place**
**Plano, TX 75025**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.3741 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,499.00** |
|---|---|---|---|

**Jeff Kitterman**
**Dixon Hughes PLLC**
**Memphis, TN 38120**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.3742 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$160,306.00** |
|---|---|---|---|

**Jeff Kovach**
**415 Washington St**
**New York, NY 10013**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com　　　　　Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.** Case number (if known) _____
_____
Name

| 3.3743 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$459.00** |

**Jeff Krinsky**
**333 S. Miami Avenue**
**Miami, FL 33130**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3744 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$8,733.00** |

**Jeff Lee**
**3040 Arlington Ave**
**Fullerton, CA 92835**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3745 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$38,383.00** |

**Jeff Leve**
**15546 Hamner Drive**
**Los Angeles, CA 90077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3746 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,626.00** |

**Jeff Lichtman**
**1600 Parker Ave, Apt 24G**
**Fort Lee, NJ 07024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 939 of 1150

Debtor  **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

| 3.3747 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $159.00 |

**Jeff Lind**
**218 Whitney**
**San Francisco, CA 94131**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number

☐ Yes

---

| 3.3748 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $3,355.00 |

**Jeff Loomans**
**30 Florence St.**
**San Francisco, CA 94133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number

☐ Yes

---

| 3.3749 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,319.00 |

**Jeff Lowenkron**
**16426 Burniston Drive**
**Tampa, FL 33647**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number

☐ Yes

---

| 3.3750 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $89.00 |

**Jeff Mangahas**
**427 Benton St**
**Santa Rosa, CA 95401**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number

☐ Yes

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 940 of 1150

Debtor **Fox Ortega Enterprises, Inc.**      Case number (if known) _____

Name

| | |
|---|---|
| 3.3751 | **Nonpriority creditor's name and mailing address** |

**Jeff Manuel**
**2715 Bordeaux Drive**
**McKinney, TX 75070**

As of the petition filing date, the claim is:    **$49.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.3752 | **Nonpriority creditor's name and mailing address** |

**Jeff Martin**
**222 Camellia Lane**
**Lafayette, CA 94549**

As of the petition filing date, the claim is:    **$269.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.3753 | **Nonpriority creditor's name and mailing address** |

**Jeff McDonald**
**32238 Coal Creek Road**
**Scappoose, OR 97056**

As of the petition filing date, the claim is:    **$5,338.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.3754 | **Nonpriority creditor's name and mailing address** |

**Jeff Nanney**
**8322 Cross Park Dr.**
**Austin, TX 78754**

As of the petition filing date, the claim is:    **$6,294.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 941 of 1150

Debtor **Fox Ortega Enterprises, Inc.**          Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.3755 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $335.00 |

**Jeff Perrone**
**1203 Eagle Valley Court**
**San Jose, CA 95120**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| | | |
|---|---|---|
| 3.3756 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $17.00 |

**Jeff Phillips**
**180 Second Street**
**Oakland, CA 94607**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| | | |
|---|---|---|
| 3.3757 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $155.00 |

**Jeff Pilon**
**13028 475th Ave SE**
**North Bend, WA 98045**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| | | |
|---|---|---|
| 3.3758 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $99.00 |

**Jeff Price**
**1980 Tincup Court**
**Boulder, CO 80305**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.3759 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$179.00** |
|---|---|---|---|

**Jeff Ragovin**
**220 West 148th St**
**New York, NY 10039**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.3760 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$829.00** |
|---|---|---|---|

**Jeff Rinehart**
**3100 Middlewood Road**
**Midlothian, VA 23113**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.3761 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,180.00** |
|---|---|---|---|

**Jeff Sirkin**
**9111 Kingsbury Dr**
**Silver Spring, MD 20910**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.3762 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$55.00** |
|---|---|---|---|

**Jeff Stainton**
**6218 Orchard Ln**
**Cincinnati, OH 45213**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**                     Case number *(if known)* _____

Name

| 3.3763 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,049.00** |

3.3763 | **Nonpriority creditor's name and mailing address**

**Jeff Tuller**
**1424 Misty Sea Way**
**San Marcos, CA 92078**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

**$4,049.00**

---

3.3764 | **Nonpriority creditor's name and mailing address**

**Jeff Welburn**
**7052 Sophia Ave**
**Van Nuys, CA 91406**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

**$24.00**

---

3.3765 | **Nonpriority creditor's name and mailing address**

**Jeff Wendorff**
**2424 NW Inverness Dr**
**Hillsboro, OR 97124**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

**$249.00**

---

3.3766 | **Nonpriority creditor's name and mailing address**

**Jeff Wiezorek**
**20749 Cool Oak Way**
**Malibu, CA 90265**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

**$4,139.00**

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 944 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.3767 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$1,199.00** |

**Jeff Wilson**
**405 Spray Ave. Box 500 suite 263**
**Banff, AL t0l1e0**
**CANADA**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.3768 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$399.00** |

**Jeff Wilson**
**1433 South 184 Circle**
**Omaha, NE 68130**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.3769 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$1,199.00** |

**Jeff Zoller**
**23 Barthel Ct**
**Lutherville-Timonium, MD 21093**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.3770 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$119.00** |

**Jeffery Murray**
**2989 South Creek Road**
**Hamburg, NY 14075**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 945 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.3771 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,942.00** |

**Jeffery Robinson**
**1619 East Republican**
**Seattle, WA 98112**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3772 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$197.00** |

**Jeffrey Baer**
**7 Melon Patch LN**
**Westport, CT 06880**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3773 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,249.00** |

**Jeffrey Balash**
**3193 Benedict Canyon Drive**
**Beverly Hills, CA 90210**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3774 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,254.00** |

**Jeffrey Banyas**
**5376 Dunteachin Drive**
**Ellicott City, MD 21043**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 946 of 1150

Debtor **Fox Ortega Enterprises, Inc.**      Case number *(if known)* _____
_____
Name

| 3.3775 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$111.00** |
|---|---|---|---|

**Jeffrey Bartlett**
**760 Pingree Dr**
**Worthington, OH 43085**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3776 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,184.00** |
|---|---|---|---|

**Jeffrey Beachell**
**918 Hereford Drive**
**Berwyn, PA 19312**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3777 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$159.00** |
|---|---|---|---|

**Jeffrey Bell**
**4405 Westminster Place**
**Saint Louis, MO 63108**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3778 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,433.00** |
|---|---|---|---|

**Jeffrey Bennett**
**780 Main Street**
**Weymouth, MA 02190**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 947 of 1150

Debtor **Fox Ortega Enterprises, Inc.**    Case number *(if known)* _____

Name

---

| 3.3779 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,249.00** |

**Jeffrey Bragman**
**412 Cedar Street**
**San Carlos, CA 94070**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3780 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$589.00** |

**Jeffrey Browne**
**7805 Karen Forest Dr.**
**McLean, VA 22102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3781 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$89.00** |

**Jeffrey Castaline**
**2323 S. El Camino Real**
**San Mateo, CA 94403**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3782 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$405.00** |

**Jeffrey Chang**
**212 Pontiac Lane**
**Vernon Hills, IL 60061**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 948 of 1150

Debtor  **Fox Ortega Enterprises, Inc.**                              Case number (if known) _____
_____
Name

| 3.3783 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Unknown** |

**Jeffrey Chang**
**100 Bush St., Ste. 1450**
**San Francisco, CA 94104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____

☐ Yes

---

| 3.3784 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$718.00** |

**Jeffrey Cohen**
**603 Moreno Avenue**
**Los Angeles, CA 90049**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____

☐ Yes

---

| 3.3785 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$24,138.00** |

**Jeffrey Compton**
**1912 North Blvd**
**Houston, TX 77098**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____

☐ Yes

---

| 3.3786 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,239.00** |

**Jeffrey Davis**
**2727 Paces Ferry Road SE**
**Atlanta, GA 30339**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____

☐ Yes

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 949 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.3787 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $952.00 |

**Jeffrey Detwiler**
**46 Sunnyside Ave**
**San Anselmo, CA 94960**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

| 3.3788 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $62.00 |

**Jeffrey Dickson**
**100 Parry Street**
**Wilkes Barre, PA 18709**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

| 3.3789 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $309.00 |

**Jeffrey Dinkin**
**432 Foxen Drive**
**Santa Barbara, CA 93105**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

| 3.3790 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $191.00 |

**Jeffrey Dollinger**
**700 Via Somonte**
**Palos Verdes Estates, CA 90274**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 950 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known)

Name

| | | |
|---|---|---|
| 3.3791 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$9,094.00** |

**Jeffrey Edwards**
**200 Post Kennel Road**
**Far Hills, NJ 07931**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.3792 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$55.00** |

**Jeffrey Feinberg**
**1123 Broadway**
**New York, NY 10010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.3793 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$569.00** |

**Jeffrey Fernandez**
**3 Saddle Club Road**
**Lexington, MA 02420**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.3794 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$479.00** |

**Jeffrey Gabel**
**286 Madison Avenue**
**New York, NY 10017**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.3795 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$100,767.00** |

**Jeffrey Gao**
**108 Essex Lane**
**Hillsborough, CA 94010**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3796 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$119.00** |
|---|---|---|---|

**Jeffrey Germaine**
**50 Mullen Ave.**
**San Francisco, CA 94110**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3797 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$475.00** |
|---|---|---|---|

**Jeffrey Gibbons**
**1025 Starr Rd.**
**Winnetka, IL 60093**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3798 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$859.00** |
|---|---|---|---|

**Jeffrey Gray**
**4821 25th Street**
**San Francisco, CA 94114**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 952 of 1150

| 3.3799 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,394.00** |
|---|---|---|---|

**Jeffrey Griffiths**
**39 Amherst Rd.**
**Belmont, MA 02478**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3800 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$14,610.00** |
|---|---|---|---|

**Jeffrey Gumenick**
**6600 West Broad Street**
**Richmond, VA 23230**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3801 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$12,719.00** |
|---|---|---|---|

**Jeffrey Haas**
**9522 Mt Vernon Landing**
**Alexandria, VA 22309**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3802 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$11,876.00** |
|---|---|---|---|

**Jeffrey Hawley**
**1482 McCoy Rd**
**Columbus, OH 43220**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 953 of 1150

Debtor **Fox Ortega Enterprises, Inc.**                          Case number (if known)
_____
Name

| | | |
|---|---|---|
| 3.3803 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $503.00 |

**Jeffrey Heeren**
**W267 S3440 Hazelwood Place**
**Waukesha, WI 53189**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| | | |
|---|---|---|
| 3.3804 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $289.00 |

**Jeffrey Henriksen**
**2184 Candlewood Ave**
**Twin Falls, ID 83301**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| | | |
|---|---|---|
| 3.3805 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $8,047.00 |

**Jeffrey Hill**
**2639 SW 28th Drive**
**Portland, OR 97219**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| | | |
|---|---|---|
| 3.3806 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $191.00 |

**Jeffrey Hormann**
**8603 James Creek Drive**
**West Springfield, VA 22152**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 954 of 1150

Debtor **Fox Ortega Enterprises, Inc.**      Case number *(if known)* _____

Name

---

| 3.3807 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,025.00** |

**Jeffrey Hutchison**
**6 Cherry Lane**
**Westport, CT 06880**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3808 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$209.00** |

**Jeffrey Kahn**
**140 North State Highway 17**
**Paramus, NJ 07652**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3809 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$944.00** |

**Jeffrey King**
**4328 Baintree Rd.**
**University Hts., OH 44118**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3810 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$11,680.00** |

**Jeffrey Kotzan**
**6509 Chalfont circle**
**Wilmington, NC 28405**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.3811** | **Nonpriority creditor's name and mailing address**

**Jeffrey Kovaleski**
**13398 Gulf Lane**
**Madeira Beach, FL 33708**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$359.00**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

**3.3812** | **Nonpriority creditor's name and mailing address**

**Jeffrey Kowalkowski**
**387 Hawthorne**
**Glen Ellyn, IL 60137**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$239.00**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

**3.3813** | **Nonpriority creditor's name and mailing address**

**Jeffrey Krasnow**
**301 W. Campbell Ave**
**Roanoke, VA 24016**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$1,871.00**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

**3.3814** | **Nonpriority creditor's name and mailing address**

**Jeffrey Kushon**
**23852 PCH #212**
**Los Angeles, CA 90025**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$80.00**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 956 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____   Case number (if known) _____
Name

| 3.3815 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $364.00 |

**Jeffrey L Rosen**
**1905 Windfield Drive**
**Hammond, IN 46321**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____   **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____   ☐ Yes

---

| 3.3816 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,296.00 |

**Jeffrey Lea**
**3 Meadow Rd.**
**Redwood City, CA 94062**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____   **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____   ☐ Yes

---

| 3.3817 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,239.00 |

**Jeffrey Lee**
**18 Stevens Drive**
**257912**
**SINGAPORE**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____   **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____   ☐ Yes

---

| 3.3818 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,409.00 |

**Jeffrey Lemerond**
**125 East 84th St.**
**New York, NY 10028**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____   **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____   ☐ Yes

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 957 of 1150

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.3819 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$17,918.00** |

**Jeffrey Lew**
**1105 NE 2nd St**
**Fort Lauderdale, FL 33301**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3820 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$7,849.00** |

**Jeffrey Lin**
**3316 Shepherd St.**
**Chevy Chase, MD 20815**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3821 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,389.00** |

**Jeffrey Long**
**4905 Del Rey Ave.**
**Bethesda, MD 20814**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3822 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,254.00** |

**Jeffrey Manzella**
**15 Janina Ave**
**Edison, NJ 08820**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**  Case number (if known) _____

Name

| | |
|---|---|
| 3.3823 | **Nonpriority creditor's name and mailing address** |

**Jeffrey Menick**
**'2301 N St, NW'**
**Washington, DC 20037**

As of the petition filing date, the claim is:  **$1,799.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.3824 | **Nonpriority creditor's name and mailing address** |

**Jeffrey Moore**
**101 Woodbine Drive**
**Paducah, KY 42001**

As of the petition filing date, the claim is:  **$1,379.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.3825 | **Nonpriority creditor's name and mailing address** |

**Jeffrey Morris**
**4610 Andover Ct**
**Sugar Land, TX 77479**

As of the petition filing date, the claim is:  **$899.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.3826 | **Nonpriority creditor's name and mailing address** |

**Jeffrey Nimer**
**3940 Laurel Canyon Blvd.**
**Studio City, CA 91604**

As of the petition filing date, the claim is:  **$249.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor **Fox Ortega Enterprises, Inc.**                          Case number (if known) _____
_____
Name

| 3.3827 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,889.00** |
|---|---|---|---|

**Jeffrey Ohlweiler**
**1846 Sunset Ridge Drive**
**The Villages, FL 32162**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3828 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$7,295.00** |
|---|---|---|---|

**Jeffrey Pacha**
**224 Orange Ridge Circle**
**Longwood, FL 32779**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3829 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,087.00** |
|---|---|---|---|

**Jeffrey Parnell**
**1471 Lake Rd**
**Lake Forest, IL 60045**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3830 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$22,969.00** |
|---|---|---|---|

**Jeffrey Pontiff**
**27 Waban Hill Road**
**Chestnut Hill, MA 02467**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 960 of 1150

Debtor   **Fox Ortega Enterprises, Inc.**                          Case number (if known)
_____                   _____
         Name

| 3.3831 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$809.00** |

**Jeffrey Postman**
**930 Fifth Avenue**
**New York, NY 10021**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred          **Is the claim subject to offset?**

■ No

Last 4 digits of account number          ☐ Yes

---

| 3.3832 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$179.00** |

**Jeffrey Rockacy**
**591 Horsebarn Rd**
**Rogers, AR 72758**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred          **Is the claim subject to offset?**

■ No

Last 4 digits of account number          ☐ Yes

---

| 3.3833 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$719.00** |

**Jeffrey Rothstein**
**2 Peter Cooper Rd**
**New York, NY 10010**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred          **Is the claim subject to offset?**

■ No

Last 4 digits of account number          ☐ Yes

---

| 3.3834 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$689.00** |

**Jeffrey Saal**
**500 Arguello Street**
**Redwood City, CA 94063**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred          **Is the claim subject to offset?**

■ No

Last 4 digits of account number          ☐ Yes

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 961 of 1150

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.3835 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$89.00** |
|---|---|---|---|

**Jeffrey Sayre**
**5238 Fair Oaks Blvd**
**Carmichael, CA 95608**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.3836 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$321.00** |
|---|---|---|---|

**Jeffrey Schyberg**
**614 East Victory Drive**
**Savannah, GA 31405**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.3837 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$14,239.00** |
|---|---|---|---|

**Jeffrey Smith**
**116 Hacienda Drive**
**Belvedere-Tiburon, CA 94920**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.3838 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,439.00** |
|---|---|---|---|

**Jeffrey Stein**
**72 Haverford Ave**
**Scarsdale, NY 10583**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

Case: 16-40050  Doc# 16  Filed: 01/21/16  Entered: 01/21/16 15:42:32  Page 962 of 1150

Debtor  **Fox Ortega Enterprises, Inc.**                                      Case number (if known) _____
_____
Name

| 3.3839 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,319.00** |

**Jeffrey Strauss**
**c/o Pample Mousse Grille**
**Solana Beach, CA 92075**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

☐ No

Last 4 digits of account number  _____

☐ Yes

---

| 3.3840 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$896.00** |

**Jeffrey Tait**
**3284 Countryside Dr**
**San Mateo, CA 94403**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____

☐ Yes

---

| 3.3841 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$176.00** |

**Jeffrey Vogel**
**925 Elton Hall Cir**
**Newport News, VA 23608**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____

☐ Yes

---

| 3.3842 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$12,239.00** |

**Jeffrey Winick**
**1452 West Berteau**
**Chicago, IL 60613**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **Fox Ortega Enterprises, Inc.**                                Case number (if known) _____
_____
Name

| 3.3843 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$97,291.00** |

**Jeffrey Zell**
**2900 K Street NW**
**Washington, DC 20007**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3844 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$14,459.00** |

**Jeffry Davis**
**2325 Mistletoe Dr.**
**Fort Worth, TX 76110**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3845 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$13,162.00** |

**JENDONG YUH**
**21733 Regnart Ct**
**Cupertino, CA 95014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3846 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$28.00** |

**Jenise Stone**
**5637 Nakat Way**
**Birch Bay, WA 98230**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 964 of 1150

Debtor    **Fox Ortega Enterprises, Inc.**                                Case number *(if known)* _____
          _____
          Name

| 3.3847 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $206.00 |
|---|---|---|---|

**Jennifer Anderson**
**8702 Lozen Drive**
**Sterling Heights, MI 48313**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3848 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $179.00 |
|---|---|---|---|

**Jennifer Fretland**
**4308 Heyward Lane**
**Indianapolis, IN 46250**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3849 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $689.00 |
|---|---|---|---|

**Jennifer Halsey**
**220 Arlington Way**
**Menlo Park, CA 94025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3850 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $90.00 |
|---|---|---|---|

**Jennifer Horinek**
**2417 Garden St.**
**Santa Barbara, CA 93105-3619**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.3851 | **Nonpriority creditor's name and mailing address** | **$7,629.00** |

**Jennifer Lee**
**44 Forest Dale Road**
**Minneapolis, MN 55410**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| | | |
|---|---|---|
| 3.3852 | **Nonpriority creditor's name and mailing address** | **$74.00** |

**Jennifer Morrow**
**2818 NW 43rd Place**
**Cape Coral, FL 33993**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| | | |
|---|---|---|
| 3.3853 | **Nonpriority creditor's name and mailing address** | **$58.00** |

**Jennifer Scheid**
**796 Rose Drive**
**Benicia, CA 94510**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| | | |
|---|---|---|
| 3.3854 | **Nonpriority creditor's name and mailing address** | **$2,497.00** |

**Jennifer Vossler**
**62 Vineyard Hill**
**Fairport, NY 14450**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 966 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.3855 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$487.00** |

**Jennifer Williams**
**1330 Mountain View**
**Saint Helena, CA 94574**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3856 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$679.00** |

**Jennifer Woo**
**21435 Millard Lane**
**Cupertino, CA 95014**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3857 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$50.00** |

**Jenny Young**
**436 linden St**
**Winnetka, IL 60093**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3858 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$15,021.00** |

**Jens Fricke**
**9 Martins Square**
**Rockville, MD 20850**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor   **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____
_____
Name

| 3.3859 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$159.00** |

**Jens Horstmann**
**3633 Vireo Ave.**
**Santa Clara, CA 95051**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3860 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$9,878.00** |

**Jens Quistgaard**
**29 NW Cherry Loop**
**Seattle, WA 98177**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3861 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,070.00** |

**Jensen Huang**
**24905 La Loma Ct**
**Los Altos, CA 94022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3862 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$79.00** |

**Jeongmin Yang**
**704 Kingshill PL.**
**Carson, CA 90746**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | |
|---|---|
| 3.3863 | |

**Nonpriority creditor's name and mailing address**

**Jeremy Bloomer**
**309 Hollow Tree Ridge Road**
**Darien, CT 06820**

As of the petition filing date, the claim is: **$49.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.3864 | |

**Nonpriority creditor's name and mailing address**

**Jeremy Cuthbertson**
**468 Rocky Pointe Dr**
**El Paso, TX 79912**

As of the petition filing date, the claim is: **$309.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.3865 | |

**Nonpriority creditor's name and mailing address**

**Jeremy Garbutt**
**26 Kingsbury Place**
**Saint Louis, MO 63112**

As of the petition filing date, the claim is: **$1,066.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.3866 | |

**Nonpriority creditor's name and mailing address**

**Jeremy Hitzig**
**230 West 79th Street #102N**
**New York, NY 10024**

As of the petition filing date, the claim is: **$8,000.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 969 of 1150

Debtor   **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____

   Name

| 3.3867 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$31,087.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jeremy Karp**
**14325 NW Old Germantown Road**
**Portland, OR 97231**

As of the petition filing date, the claim is: **$31,087.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3868 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,410.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jeremy Kath**
**2808 Westmoreland Dr**
**Nashville, TN 37212**

As of the petition filing date, the claim is: **$1,410.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3869 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$239.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jeremy Katz**
**5865 Estates Drive**
**Piedmont, CA 94611**

As of the petition filing date, the claim is: **$239.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3870 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$279.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jeremy Lawson**
**15047 Marble Drive**
**Sherman Oaks, CA 91403**

As of the petition filing date, the claim is: **$279.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 970 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Case number *(if known)*

_____

Name

| 3.3871 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$335.00** |
|---|---|---|---|

**Jeremy Moon**
**38 Hamilton Road**
**Herne Bay, Auckland 1011**
**NEW ZEALAND**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3872 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,159.00** |
|---|---|---|---|

**Jeremy Ortiz**
**3612 Capitol Ave**
**Cheyenne, WY 82001**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3873 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$14,420.00** |
|---|---|---|---|

**Jeremy Quek**
**245 East 54th Street**
**New York, NY 10022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3874 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,329.00** |
|---|---|---|---|

**Jeremy Shapiro**
**10341 Louisiana Ave**
**Los Angeles, CA 90025**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050 Doc# 16 Filed: 01/21/16 Entered: 01/21/16 15:42:32 Page 971 of 1150

Debtor   **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____

Name

| 3.3875 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,059.00 |
|---|---|---|---|

**Jeremy Stark**
**155 East Wilson Street**
**Madison, WI 53703**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3876 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,524.00 |
|---|---|---|---|

**Jeremy T Kane**
**1320 Park Rd NW**
**Washington, DC 20010**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3877 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $20,714.00 |
|---|---|---|---|

**Jeremy Wang**
**2616 Mason St**
**Houston, TX 77006**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3878 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $11,686.00 |
|---|---|---|---|

**Jeremy Wenokur**
**1776 Park Ave #4-366**
**Park City, UT 84060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 972 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number *(if known)*

| 3.3879 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | **$24,379.00** |

**Jeri Jalandoni**
**835 Pasay Rd.**
**Makati City, NU 11111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.3880 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | **$594.00** |

**Jerimy Wills**
**5920 Burgandy St**
**Plano, TX 75093**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.3881 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | **$6,446.00** |

**Jerome Bucher**
**3006 College Ave**
**Berkeley, CA 94705**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.3882 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | **$1,151.00** |

**Jerome Dattel**
**32 Meadow Lake Circle**
**Hattiesburg, MS 39402**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 973 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.3883 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$0.00** |

3.3883 | **Nonpriority creditor's name and mailing address**

**Jerome Dobson**
**5017 Washington Place, 3rd Floor**
**Saint Louis, MO 63108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$0.00**

---

3.3884 | **Nonpriority creditor's name and mailing address**

**Jerome Duhovic**
**32415 Nautilus Dr.**
**Rancho Palos Verdes, CA 90275**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$189.00**

---

3.3885 | **Nonpriority creditor's name and mailing address**

**Jerome Gristina**
**38 Belden Hill Lane**
**Wilton, CT 06897**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$813.00**

---

3.3886 | **Nonpriority creditor's name and mailing address**

**Jerome Henry**
**2744 West White Oak Court**
**Lafayette, CO 80026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$90.00**

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 974 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.3887 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $629.00 |
|---|---|---|---|

**Jerome Hey**
**1624 Dalton Road**
**Palos Verdes Estates, CA 90274**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3888 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $448.00 |
|---|---|---|---|

**Jerome Saibil**
**55 Stratford**
**Montreal, QC h3x3c8**
**CANADA**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3889 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $373.00 |
|---|---|---|---|

**Jerome Van Der Ghinst**
**102 E 22nd St**
**New York, NY 10010**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3890 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $689.00 |
|---|---|---|---|

**Jerome Zivan**
**POB 5155**
**Niceville, FL 32578**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| 3.3891 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$35,633.00** |
|---|---|---|---|

**Jerry Butterfield**
**PO Box 1607**
**Stockton, CA 95201**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3892 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$327.00** |
|---|---|---|---|

**Jerry Clemens**
**742 Hillcrest Dr**
**Scottsbluff, NE 69361**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3893 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,244.00** |
|---|---|---|---|

**Jerry Dwek**
**427 Barbara Ave.**
**Solana Beach, CA 92075**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3894 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$742.00** |
|---|---|---|---|

**Jerry Gauthier**
**4101 Law St.**
**Houston, TX 77005**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 976 of 1150

Debtor  **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____

_____
Name

| 3.3895 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$969.00** |
|---|---|---|---|

**Jerry Goldstein**
**72902 Bel Air Rd.**
**Palm Desert, CA 92260**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3896 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$7,528.00** |
|---|---|---|---|

**Jerry Gose**
**731 Riverfront Drive**
**Omaha, NE 68102**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3897 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,079.00** |
|---|---|---|---|

**Jerry Gross**
**10 E. Roanoke Street**
**Seattle, WA 98102**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3898 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,284.00** |
|---|---|---|---|

**Jerry Guzaldo**
**1037 Emerald Dr.**
**Naperville, IL 60540**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 977 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.3899 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $711.00 |

**3.3899** Nonpriority creditor's name and mailing address

**Jerry Hong**
**17 West Beechcroft Rd.**
**Short Hills, NJ 07078**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$711.00**

---

**3.3900** Nonpriority creditor's name and mailing address

**Jerry Isackson**
**17178 Ave le rivage**
**Boca Raton, FL 33496**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$692.00**

---

**3.3901** Nonpriority creditor's name and mailing address

**Jerry Lehmann**
**12020 Musket Rim**
**Austin, TX 78738**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$3,850.00**

---

**3.3902** Nonpriority creditor's name and mailing address

**Jerry Magnin**
**1715 Ambassador Ave.**
**Beverly Hills, CA 90210**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$399.00**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**      Case number *(if known)* _____
Name

| | |
|---|---|
| 3.3903 | **Nonpriority creditor's name and mailing address** |

**Jerry Miller**
**105 W. 29th St**
**New York, NY 10001**

As of the petition filing date, the claim is:     **$5,725.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
Last 4 digits of account number _____
☐ Yes

---

| | |
|---|---|
| 3.3904 | **Nonpriority creditor's name and mailing address** |

**Jerry Murphy**
**7700 A Stenton Ave**
**Philadelphia, PA 19118**

As of the petition filing date, the claim is:     **$34,413.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
Last 4 digits of account number _____
☐ Yes

---

| | |
|---|---|
| 3.3905 | **Nonpriority creditor's name and mailing address** |

**Jerry Slaven**
**8433 Mikulik Rd.**
**San Angelo, TX 76904**

As of the petition filing date, the claim is:     **$1,223.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
Last 4 digits of account number _____
☐ Yes

---

| | |
|---|---|
| 3.3906 | **Nonpriority creditor's name and mailing address** |

**Jerry Stein**
**108 Copperleaf**
**Austin, TX 78734**

As of the petition filing date, the claim is:     **$3,804.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
Last 4 digits of account number _____
☐ Yes

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 979 of 1150

Debtor **Fox Ortega Enterprises, Inc.**        Case number (if known) _____

Name

| | |
|---|---|
| 3.3907 | |

**Nonpriority creditor's name and mailing address**

**Jerry Sundt**
**5461 N. Placita Taza**
**Tucson, AZ 85716**

_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:        **$4,451.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | |
|---|---|
| 3.3908 | |

**Nonpriority creditor's name and mailing address**

**Jerry Vinson**
**508 Camellia Circle**
**Florence, SC 29501**

_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:        **$199.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | |
|---|---|
| 3.3909 | |

**Nonpriority creditor's name and mailing address**

**Jesa Henneberry**
**7807 Ridge Blvd**
**Brooklyn, NY 11209**

_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:        **$179.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| | |
|---|---|
| 3.3910 | |

**Nonpriority creditor's name and mailing address**

**Jess Adkins**
**1731 Morada Pl**
**Altadena, CA 91001**

_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:        **$2,091.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 980 of 1150

Debtor **Fox Ortega Enterprises, Inc.**                     Case number (if known) _____

Name

| 3.3911 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$12,269.00** |
|---|---|---|---|

**Jesse Acosta**
**130 Barrow St**
**New York, NY 10014**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3912 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,525.00** |
|---|---|---|---|

**Jesse Cheng**
**6944 Bret Harte Drive**
**San Jose, CA 95120**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3913 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,244.00** |
|---|---|---|---|

**Jesse Jou**
**1426 Sacramento St**
**San Francisco, CA 94109**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3914 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$974.00** |
|---|---|---|---|

**Jesse Moses**
**201 Smythe St**
**Greenville, SC 29611**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 981 of 1150

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| | |
|---|---|
| 3.3915 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Jesse Peck**
**20825 Hillside Drive**
**Topanga, CA 90290**
_____

As of the petition filing date, the claim is:          **$2,647.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

Date or dates debt was incurred _____          **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____          ☐ Yes

---

| 3.3916 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Nonpriority creditor's name and mailing address**
**Jessica Bowen**
**1028 Zamora Drive**
**Pacifica, CA 94044**
_____

As of the petition filing date, the claim is:          **$191.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

Date or dates debt was incurred _____          **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____          ☐ Yes

---

| 3.3917 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Nonpriority creditor's name and mailing address**
**Jessica Fisher**
**2836 78th Ave SE**
**Mercer Island, WA 98040**
_____

As of the petition filing date, the claim is:          **$159.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

Date or dates debt was incurred _____          **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____          ☐ Yes

---

| 3.3918 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Nonpriority creditor's name and mailing address**
**Jessie Tenney**
**300 Shultz Road**
**Lancaster, PA 17603**
_____

As of the petition filing date, the claim is:          **$64.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

Date or dates debt was incurred _____          **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____          ☐ Yes

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 982 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | |
|---|---|
| 3.3919 | **Nonpriority creditor's name and mailing address** | **$10,009.00** |

**Nonpriority creditor's name and mailing address**

3.3919

**Jessie Yeng**
**1550 Balfour Ave**
**Vancouver, BC V6J2T9**
**CANADA**

As of the petition filing date, the claim is: **$10,009.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

3.3920

**Nonpriority creditor's name and mailing address**

**Jessy Malli**
**233 North M St**
**Tulare, CA 93274**

As of the petition filing date, the claim is: **$4,590.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

3.3921

**Nonpriority creditor's name and mailing address**

**Jeunghoon Lee**
**6167 E Settlement Ct**
**Boise, ID 83716**

As of the petition filing date, the claim is: **$226.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

3.3922

**Nonpriority creditor's name and mailing address**

**Jevin Eagle**
**85 Parker Rd.**
**Needham, MA 02494**

As of the petition filing date, the claim is: **$179.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.3923 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $479.00 |
|---|---|---|---|

**Jey Hall**
**3235 Duneville St.**
**Las Vegas, NV 89146**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3924 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,229.00 |
|---|---|---|---|

**Ji Xie**
**5 Newcastel Cres.**
**Richmond Hill, ON L4S2C4**
**CANADA**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3925 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $3,924.00 |
|---|---|---|---|

**Ji-Ming Hsueh**
**3F., No.6, Ln. 21, Sec. 4, Muzha Rd.**
**Wenshan Dist., Taipei 116**
**TAIWAN**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3926 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $3,728.00 |
|---|---|---|---|

**Jia Feng**
**301 Main St**
**San Francisco, CA 94105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 984 of 1150

Debtor    **Fox Ortega Enterprises, Inc.**                                Case number *(if known)* _____
          _____
          Name

| 3.3927 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$179.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**JiaJu Xu**
**211 East Ohio St.**
**Chicago, IL 60611**

As of the petition filing date, the claim is: **$179.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3928 |

**Nonpriority creditor's name and mailing address**

**Jiamiene Hsu**
**98 E Chicago**
**Westmont, IL 60559**

As of the petition filing date, the claim is: **$319.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3929 |

**Nonpriority creditor's name and mailing address**

**Jian Dong**
**2 Watch Hill Ct**
**Gaithersburg, MD 20878**

As of the petition filing date, the claim is: **$153,983.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3930 |

**Nonpriority creditor's name and mailing address**

**Jianwei Liu**
**939 Ocean Blvd**
**Hampton, NH 03842**

As of the petition filing date, the claim is: **$3,539.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 985 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.3931 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30,234.00 |
|---|---|---|---|

**Jihong Tang**
**14 Bayporte**
**Irvine, CA 92614**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

| 3.3932 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $279.00 |
|---|---|---|---|

**Jill Egan**
**2213 University Blvd**
**Houston, TX 77030**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

| 3.3933 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,151.00 |
|---|---|---|---|

**Jim Angle**
**4024 N. River Strwwt**
**Mclean, VA 02211**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

| 3.3934 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,439.00 |
|---|---|---|---|

**Jim Arnold**
**5341 N Keystone Ave**
**Indianapolis, IN 46220**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known)

| 3.3935 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $419.00 |

**Jim Autz**
**1219 Corona Dr**
**Glendale, CA 91205**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.3936 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,159.00 |

**Jim Barrett**
**33 Old Wagon Road**
**Old Greenwich, CT 06870**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.3937 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $959.00 |

**Jim Barrett**
**1429 Tubbs Lane**
**Calistoga, CA 94515**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.3938 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $68,825.00 |

**Jim Beam**
**2311 Ivy Hill Way**
**San Ramon, CA 94583**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number *(if known)* _____

Name

| | |
|---|---|
| 3.3939 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$143.00** |

**Jim Benzian**
**1515 San Antonio Creek Road**
**Santa Barbara, CA 93111**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____  ☐ Yes

---

3.3940 **Nonpriority creditor's name and mailing address**  $2,679.00

**Jim Bryant**
**25887 Tera Drive**
**Barrington, IL 60010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____  ☐ Yes

---

3.3941 **Nonpriority creditor's name and mailing address**  $619.00

**Jim Buchanan**
**575 B. HYGEIA AVE**
**Encinitas, CA 92024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____  ☐ Yes

---

3.3942 **Nonpriority creditor's name and mailing address**  $599.00

**Jim Challenger**
**2300 Clover Lane**
**Northfield, IL 60093**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____  ☐ Yes

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 988 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known)

Name

| 3.3943 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $991.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Jim Chang**
**10157 Myer Place**
**Cupertino, CA 95014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.3944 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $4,652.00 |

**Jim Chapman**
**2320 Braner Dr**
**Menlo Park, CA 94025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.3945 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,239.00 |

**Jim Erickson**
**398 Pinehurst Ave**
**Los Gatos, CA 95032**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.3946 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,544.00 |

**Jim Ferry**
**7568 Alister MacKenzie Dr.**
**Sarasota, FL 34240**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.3947 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$12,719.00** |

**Jim Geist**
**80 E Ridgecrest Dr S**
**Union, WA 98592**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3948 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$107.00** |

**Jim Gorman**
**5 Frank Terrace**
**Whippany, NJ 07981**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3949 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$6,841.00** |

**Jim Grossberg**
**1041 Skyline Dr**
**Laguna Beach, CA 92651**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3950 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,199.00** |

**Jim Haas**
**702 Sasco Hill Road**
**Fairfield, CT 06824**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**      Case number (if known) _____

Name

---

| 3.3951 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$8,815.00** |
|---|---|---|---|

**Jim Israel**
**40 Turnbridge Drive**
**Hilton Head Island, SC 29928**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3952 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,258.00** |
|---|---|---|---|

**Jim Johnson**
**13308 Perry Ct**
**Visalia, CA 93292**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3953 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$10,390.00** |
|---|---|---|---|

**Jim Kelley**
**713 Mill Walk**
**Atlanta, GA 30327**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3954 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,480.00** |
|---|---|---|---|

**Jim Kelly**
**3330 W. Mercer Way**
**Mercer Island, WA 98040**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**    Case number (if known) _____

Name

| 3.3955 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$311.00** |

**Jim Knight**
**2311 COTNER AVE.**
**Los Angeles, CA 90064**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3956 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,019.00** |

**Jim Lamberth**
**2671 Bohler Road**
**Atlanta, GA 30327**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3957 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,109.00** |

**Jim Leftwich**
**1301 Fairwood**
**Austin, TX 78722**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3958 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$11,716.00** |

**Jim Linfield**
**255 Willlow Glen Court**
**Boulder, CO 80302**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 992 of 1150

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.3959 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$16,054.00** |

**Jim Marver**
**1001 Bayhill Drive**
**San Bruno, CA 94066**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.3960 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$1,879.00** |

**Jim McGrath**
**2301 Russell Street**
**Berkeley, CA 94705**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.3961 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$261.00** |

**Jim McKinney**
**2429 Creek Hollow Lane**
**Davis, CA 95616**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.3962 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$1,262.00** |

**Jim McNamara**
**13997 W. Hwy 53**
**Rathdrum, ID 83858**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Debtor  **Fox Ortega Enterprises, Inc.**                          Case number (if known) _____

Name

| 3.3963 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,902.00** |
|---|---|---|---|

**Jim Mitchell**
**11 Echo Lane**
**Mill Valley, CA 94941**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3964 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$7,127.00** |
|---|---|---|---|

**Jim Monteleone**
**712 Bryant St.**
**San Francisco, CA 94107**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3965 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,889.00** |
|---|---|---|---|

**Jim Moroney**
**4516 Wildwood Road**
**Dallas, TX 75209**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3966 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$20,873.00** |
|---|---|---|---|

**Jim Pagano**
**1095 Sixth Ave**
**New York, NY 10036**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.3967 | **Nonpriority creditor's name and mailing address** | |

**Jim Pitcock**
**3701 Dauphin St**
**Mobile, AL 36608**

**As of the petition filing date, the claim is:**
Check all that apply.                                                    **$719.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____          ☐ Yes

---

| | |
|---|---|
| 3.3968 | **Nonpriority creditor's name and mailing address** |

**Jim Quilliam**
**1975 Menalto Ave.**
**Menlo Park, CA 94025**

**As of the petition filing date, the claim is:**
Check all that apply.                                                    **$579.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____          ☐ Yes

---

| | |
|---|---|
| 3.3969 | **Nonpriority creditor's name and mailing address** |

**Jim Reed**
**811 Kearney Avenue**
**Modesto, CA 95350**

**As of the petition filing date, the claim is:**
Check all that apply.                                                    **$239.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____          ☐ Yes

---

| | |
|---|---|
| 3.3970 | **Nonpriority creditor's name and mailing address** |

**Jim Rollston**
**2092 Redwood Dr**
**Santa Cruz, CA 95060**

**As of the petition filing date, the claim is:**
Check all that apply.                                                    **$209.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____          ☐ Yes

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 995 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.3971 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,624.00** |

**Jim Rooney**
**118 Westridge Drive**
**Portola Valley, CA 94028**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3972 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,347.00** |

**Jim Sassen**
**5124 Pearlman Way**
**San Diego, CA 92130**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3973 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$199.00** |

**Jim Schoenburg**
**340 E. 22nd Street**
**New York, NY 10010**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3974 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$359.00** |

**Jim Stephens**
**551 Gold Rush Court**
**Ball Ground, GA 30107**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 996 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.3975 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$994.00** |

**Jim Stratton**
**104 She'll Ridge Ct**
**Walnut Creek, CA 94598**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | | |
|---|---|---|
| 3.3976 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$58,503.00** |

**Jim Tananbaum**
**25895 County Road 21A**
**Esparto, CA 95627**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | | |
|---|---|---|
| 3.3977 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$2,086.00** |

**Jim Tario**
**1829 Kirkmont Drive**
**San Jose, CA 95124**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | | |
|---|---|---|
| 3.3978 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$1,513.00** |

**Jim Trani**
**1942 Marina Dr**
**San Pedro, CA 90732**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 997 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.3979 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$268.00** |
|---|---|---|---|

**Jim Van Bergen**
**100-23 67th Drive**
**Flushing, NY 11375**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.3980 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$179.00** |
|---|---|---|---|

**Jim Vandegriff**
**379 Roundhouse Creek Rd.**
**Trinidad, CA 95570**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.3981 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,477.00** |
|---|---|---|---|

**Jim Viner**
**Pinnacle Wine**
**Louisville, KY 40207**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.3982 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$739.00** |
|---|---|---|---|

**Jim Wessely**
**PO Box 776049**
**Steamboat Springs, CO 80477**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 998 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

---

| 3.3983 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$119.00** |

**Jim West**
**1500 Hornby St., Ste. 2504**
**Vancouver, BC V6Z2R1**
**CANADA**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3984 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,738.00** |

**Jim White**
**1300 Bella Oaks Ln**
**Napa, CA 94558**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3985 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$599.00** |

**Jimmy Keng**
**4708 Braeburn Drive**
**Bellaire, TX 77401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.3986 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$199.00** |

**Jimmy Lucero**
**12717 Barbata Rd**
**La Mirada, CA 90638**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 999 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.3987 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$479.00** |

**Jimmy Miller**
**4 Georgetown Circle**
**Newtown, PA 18940**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.3988 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,324.00** |

**Jin Gu**
**283 Fairway Crossing**
**Glastonbury, CT 06033**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.3989 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,515.00** |

**Jin Lee**
**15986 Alcima Avenue**
**Pacific Palisades, CA 90272**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.3990 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,429.00** |

**Jitendra Sharma**
**209 Kimball Ave**
**Westfield, NJ 07090**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1000 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.3991 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$299.00** |

**Jiwoong Choung**
**1267 Pungdong, Ilsandonggu**
**Koyang 411787**
**SOUTH KOREA**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3992 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,399.00** |

**Joachim Wuttke**
**Holzmeisterstrasse 38a**
**Wals-Siezenheim, 5071**
**AUSTRIA**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3993 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,707.00** |

**Joan Carter**
**981 Hwy 98E**
**Destin, FL 32541**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.3994 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,086.00** |

**Joan Kahr**
**1040 Lombard Street**
**San Francisco, CA 94109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**  Case number (*if known*) _____

Name

| | |
|---|---|
| **3.3995** | **Nonpriority creditor's name and mailing address** |

**Joanne Kim**
**182 Howard St 720**
**San Francisco, CA 94105**

**As of the petition filing date, the claim is:** **$3,456.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| **3.3996** | **Nonpriority creditor's name and mailing address** |

**Jocelyn Bryant**
**1000 South Rose Ave**
**Park Ridge, IL 60068**

**As of the petition filing date, the claim is:** **$299.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| **3.3997** | **Nonpriority creditor's name and mailing address** |

**Jodi Lerner**
**5429 Trempealeau Trail**
**Madison, WI 53705**

**As of the petition filing date, the claim is:** **$129.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| **3.3998** | **Nonpriority creditor's name and mailing address** |

**Joe Adipietro**
**24 Jennings Court**
**Westport, CT 06880**

**As of the petition filing date, the claim is:** **$15,959.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Debtor  **Fox Ortega Enterprises, Inc.**
_____  Case number (if known) _____
Name

| 3.3999 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$12,825.00** |
|---|---|---|---|

**Joe Akers**
**5919 Goodwin Ave.**
**Dallas, TX 75206**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4000 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$585.00** |
|---|---|---|---|

**Joe Alfaro**
**PO Box 1210**
**Summerland, CA 93067**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4001 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$10,062.00** |
|---|---|---|---|

**Joe Asch**
**12 Woodrow Rd.**
**Hanover, NH 03755**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4002 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,934.00** |
|---|---|---|---|

**Joe Bojalad**
**106 Sewickley Ridge Circle**
**Sewickley, PA 15143**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 1003 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.4003 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$197.00** |

**Nonpriority creditor's name and mailing address**
**Joe Bolian**
**2900 S Brentwood Blvd**
**Saint Louis, MO 63144**

_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
■ No
☐ Yes

**$197.00**

---

| 3.4004 | **Nonpriority creditor's name and mailing address** |

**Joe Cardozo**
**980 W Taylor St**
**San Jose, CA 95126**

_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
■ No
☐ Yes

**$6,268.00**

---

| 3.4005 | **Nonpriority creditor's name and mailing address** |

**Joe Chai**
**12433 Equine Lane**
**West Palm Beach, FL 33414**

_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
■ No
☐ Yes

**$959.00**

---

| 3.4006 | **Nonpriority creditor's name and mailing address** |

**Joe Dabrowski**
**60 Tide Mill Terrace**
**Fairfield, CT 06824**

_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
■ No
☐ Yes

**$3,092.00**

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 1004 of 1150

Debtor  **Fox Ortega Enterprises, Inc.**

Case number (if known)

Name

---

| 3.4007 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,279.00 |
|---|---|---|---|

**Joe DeGirolamo**
**PO Box 491**
**Orinda, CA 94563**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.4008 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $419.00 |
|---|---|---|---|

**Joe Dewbre**
**36 Cimmaron Trail**
**Angel Fire, NM 87710**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.4009 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $194.00 |
|---|---|---|---|

**Joe Dodd**
**1039 Northwoods Tr**
**McLean, VA 22102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.4010 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $4,154.00 |
|---|---|---|---|

**Joe Galewski**
**2827 W 70th St**
**Minneapolis, MN 55423**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 1005 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number *(if known)* _____

| 3.4011 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,145.00** |
|---|---|---|---|

**Joe Gatto**
**8368 Paseo Del Ocaso**
**La Jolla, CA 92037**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4012 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$22,878.00** |
|---|---|---|---|

**Joe Gerstner**
**1 West 72nd St.**
**New York, NY 10023**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4013 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$10,777.00** |
|---|---|---|---|

**Joe Harari**
**71 Busher Lane**
**Hamden, CT 06518**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4014 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,439.00** |
|---|---|---|---|

**Joe Harbison**
**7672 Roman Oak Way**
**Sacramento, CA 95831**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1006 of 1150

Debtor **Fox Ortega Enterprises, Inc.**  Case number (if known) _____
_____
Name

| 3.4015 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,154.00** |
|---|---|---|---|

**Joe Harding**
**4 Fern Road**
**San Rafael, CA 94904**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4016 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8,579.00** |
|---|---|---|---|

**Joe Kalinowski**
**165 Lennon Lane**
**Walnut Creek, CA 94598**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4017 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$29.00** |
|---|---|---|---|

**Joe Kleitman**
**12387 Stonebrook Drive**
**Los Altos Hills, CA 94022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4018 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,793.00** |
|---|---|---|---|

**Joe LePage**
**108 Lakeview Ave NE**
**Atlanta, GA 30305**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1007 of 1150

Debtor  **Fox Ortega Enterprises, Inc.**                    Case number *(if known)* _____
_____
Name

| 3.4019 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,672.00** |
|---|---|---|---|

**Joe Leung**
**368 Dellbrook Avenue**
**San Francisco, CA 94131**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4020 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,973.00** |
|---|---|---|---|

**Joe Majewski**
**200 Thorngate Ct**
**Burlington, WI 53105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4021 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,459.00** |
|---|---|---|---|

**Joe Meives**
**512 Old Bonhomme**
**Saint Louis, MO 63130**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4022 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$855.00** |
|---|---|---|---|

**Joe Neilson**
**3653 Walnut St**
**Lafayette, CA 94549**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1008 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
      Name

Case number (if known)

---

| 3.4023 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,538.00** |
|---|---|---|---|

**Joe Pearn**
**18730 Floyd Ct.**
**Davidson, NC 28036**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.4024 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,074.00** |
|---|---|---|---|

**Joe Quinlan**
**808 Broadway**
**New York, NY 10003**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.4025 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$349.00** |
|---|---|---|---|

**Joe Raymond**
**10703 Victoria Falls Ave**
**Bakersfield, CA 93312**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.4026 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,605.00** |
|---|---|---|---|

**Joe Rice**
**1348 Sacramento St.**
**Berkeley, CA 94702**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1009 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.4027 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,084.00** |

**Joe Schneider**
**PO Box 648**
**Cobb, CA 95426**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4028 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$119.00** |

**Joe Signorile**
**46 Wildemere**
**Rancho Santa Marg, CA 92688**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4029 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$8,939.00** |

**Joe Smallwood**
**3696 Enterprise Avenue**
**Naples, FL 34104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4030 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$119.00** |

**Joe Strangis**
**2339 Purple Martin Lane**
**Virginia Beach, VA 23455**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 1010 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.4031 | **Nonpriority creditor's name and mailing address** |

**Joe Tarantino**
**PO Box 7455**
**Carmel, CA 93921**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$670.00

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.4032 | **Nonpriority creditor's name and mailing address** |

**Joe Wu**
**2055 Grace Ave**
**Los Angeles, CA 90068**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$2,039.00

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.4033 | **Nonpriority creditor's name and mailing address** |

**Joel Backman**
**1945 8th Ave**
**San Francisco, CA 94116**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$18,284.00

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.4034 | **Nonpriority creditor's name and mailing address** |

**Joel Benenson**
**60 E 96th Street**
**New York, NY 10128**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$1,871.00

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1011 of 1150

Debtor **Fox Ortega Enterprises, Inc.**      Case number (if known) _____

Name

---

| 3.4035 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,765.00** |

**Joel Citron**
**3420 Ocean Park Blvd., Ste. 3030**
**Santa Monica, CA 90405**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4036 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Unknown** |

**Joel Citron**
**3420 Ocean Park Blvd, Ste 3030**
**Santa Monica, CA 90405**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4037 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$45,833.00** |

**Joel Confino**
**250 West Street**
**New York, NY 10013**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4038 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$339.00** |

**Joel Conn**
**329 Shadow Oaks**
**Irvine, CA 92618**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1012 of 1150

Debtor __Fox Ortega Enterprises, Inc._____ Case number (if known) _____

Name

| 3.4039 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$719.00** |

**Nonpriority creditor's name and mailing address**

**Joel Cutler**
**Four Seasons**
**Boston, MA 02116**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4040 |

**Nonpriority creditor's name and mailing address**

**Joel Galang**
**1542 Balboa St.**
**San Francisco, CA 94118**

As of the petition filing date, the claim is: **$53.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4041 |

**Nonpriority creditor's name and mailing address**

**Joel Glaser**
**19 Springdale Rd**
**Scarsdale, NY 10583**

As of the petition filing date, the claim is: **$4,329.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4042 |

**Nonpriority creditor's name and mailing address**

**Joel Godard**
**3948 Pine Lake Circle**
**Richfield, OH 44286**

As of the petition filing date, the claim is: **$197.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

Debtor   **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____
         _____
         Name

| 3.4043 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$9,484.00** |

**Joel Hodes**
**One Commerce Plaza**
**Albany, NY 12260**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4044 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$239.00** |

**Joel Jaman**
**1355 N Dutton Avenue**
**Santa Rosa, CA 95401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4045 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$69,229.00** |

**Joel Knox**
**1082 Lullwater RdNE**
**Atlanta, GA 30307**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4046 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,082.00** |

**Joel McKuin**
**141 El Camino Dr.**
**Beverly Hills, CA 90212**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| | |
|---|---|
| 3.4047 | **Nonpriority creditor's name and mailing address** |

**Joel Moline**
**300 Locust St. E.**
**Stillwater, MN 55082**

As of the petition filing date, the claim is:                    **$839.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____        ☐ Yes

| | |
|---|---|
| 3.4048 | **Nonpriority creditor's name and mailing address** |

**Joel Morris**
**17830 Cadena Drive**
**Boca Raton, FL 33496**

As of the petition filing date, the claim is:                    **$15,806.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____        ☐ Yes

| | |
|---|---|
| 3.4049 | **Nonpriority creditor's name and mailing address** |

**Joel Peterson**
**PO Box 3260**
**Paso Robles, CA 93446**

As of the petition filing date, the claim is:                    **$234.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____        ☐ Yes

| | |
|---|---|
| 3.4050 | **Nonpriority creditor's name and mailing address** |

**Joel Pokorny**
**1357 North Wells Street**
**Chicago, IL 60610**

As of the petition filing date, the claim is:                    **$7,761.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____        ☐ Yes

Debtor  **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

---

| 3.4051 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$18,872.00** |

**Joel Poretsky**
**37 Hearthstone Drive**
**Dix Hills, NY 11746**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4052 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$10,828.00** |

**Joel Ravitz**
**11111 Santa Monica Blvd.**
**Los Angeles, CA 90025**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4053 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$660.00** |

**Joel Ross**
**2001 Ross Ave  Suite 3700**
**Dallas, TX 75201**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4054 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$8,935.00** |

**Joel Saal**
**500 Arguello Street**
**Redwood City, CA 94063**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **Fox Ortega Enterprises, Inc.**      Case number (if known) _____

Name

| 3.4055 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,454.00** |
|---|---|---|---|

**Joel Sheiner**
**21 Sugar Pine Rd**
**Newport Coast, CA 92657**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4056 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$10,312.00** |
|---|---|---|---|

**Joel Shpall**
**2252 Linnington Avenue**
**Los Angeles, CA 90064**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4057 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$9,951.00** |
|---|---|---|---|

**Joel Singer**
**10 Valleymede Road**
**Toronto, ON M6S1G9**
**CANADA**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4058 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$383.00** |
|---|---|---|---|

**Joel Slater**
**243 W Sabal Palm Place**
**Longwood, FL 32779**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1017 of 1150

Debtor    **Fox Ortega Enterprises, Inc.**                        Case number (if known) _____
_____
Name

| 3.4059 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $639.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Joel Stewart**
**1346 Brookforest Drive**
**Columbus, OH 43204**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

**$639.00**

---

| 3.4060 |

**Nonpriority creditor's name and mailing address**
**Joel Teichman**
**2461 Nelson Ave**
**West Vancouver, BC v7v2r3**
**CANADA**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

**$53,057.00**

---

| 3.4061 |

**Nonpriority creditor's name and mailing address**
**Joel Tiss**
**333 N Village Ave**
**Rockville Centre, NY 11570**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

**$6,705.00**

---

| 3.4062 |

**Nonpriority creditor's name and mailing address**
**Joel Torrevillas**
**6401 Shellmound St, Apt 7201**
**Emeryville, CA 94608**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

**$199.00**

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1018 of 1150

Debtor **Fox Ortega Enterprises, Inc.**     Case number (if known) _____
Name

| | |
|---|---|
| **3.4063** | |

**Nonpriority creditor's name and mailing address**

**Joel Tractenberg**
**40 E 9 St**
**New York, NY 10003**

As of the petition filing date, the claim is:     **$419.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

---

| | |
|---|---|
| **3.4064** | |

**Nonpriority creditor's name and mailing address**

**Joel Walker**
**226 Park Entrance Drive**
**Pittsburgh, PA 15228**

As of the petition filing date, the claim is:     **$470.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

---

| | |
|---|---|
| **3.4065** | |

**Nonpriority creditor's name and mailing address**

**Joey Sich**
**2521 N. 9th**
**Lincoln, NE 68521**

As of the petition filing date, the claim is:     **$19.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

---

| | |
|---|---|
| **3.4066** | |

**Nonpriority creditor's name and mailing address**

**Johannes Eppenschwandtner**
**Hans Schmidinger-strasse 11**
**Thalgau, 5303**
**AUSTRIA**

As of the petition filing date, the claim is:     **$209.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1019 of 1150

Debtor **Fox Ortega Enterprises, Inc.**　　　　　　　　　　Case number *(if known)* _____
　　　Name

| 3.4067 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,439.00** |

**John & Jillian Esopa**
**32 Rheem Blvd**
**Orinda, CA 94563**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4068 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$431.00** |

**John Abell**
**415 Hollen Road**
**Baltimore, MD 21212**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4069 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$835.00** |

**John Aguirre**
**330 Franklin Street**
**San Mateo, CA 94402**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4070 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,250.00** |

**John Anderson**
**5658 Sugar Hill**
**Houston, TX 77058**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com　　　　　　　　　　Best Case Bankruptcy

Debtor  **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

| 3.4071 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$8,697.00** |

**Nonpriority creditor's name and mailing address**

3.4071

**John Andrews Jr**
**PO Box 414**
**McDermitt, NV 89421**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

**$8,697.00**

---

3.4072

**Nonpriority creditor's name and mailing address**

**John Arnopp**
**1113 Ranleigh Way**
**Oakland, CA 94610**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

**$57.00**

---

3.4073

**Nonpriority creditor's name and mailing address**

**John Ashley**
**122 Tweed Drive**
**Danville, CA 94526**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

**$478.00**

---

3.4074

**Nonpriority creditor's name and mailing address**

**John Bachich**
**175 Trego Rd**
**Glenmoore, PA 19343**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

**$2,759.00**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.4075 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,499.00** |
|---|---|---|---|

**John Bacigalupi**
**4149 Five Mile Drive**
**Stockton, CA 95219**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4076 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$179.00** |
|---|---|---|---|

**John Becker**
**P.O. Box 1102**
**Inverness, CA 94937**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4077 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,504.00** |
|---|---|---|---|

**John Belden**
**3 Dalley**
**White House Station, NJ 08889**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4078 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,739.00** |
|---|---|---|---|

**John Berlin**
**1950 Tuna Canyon Road**
**Topanga, CA 90290**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor  **Fox Ortega Enterprises, Inc.**                              Case number (if known) _____
Name

| 3.4079 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$32,985.00** |

3.4079 | **Nonpriority creditor's name and mailing address**

**John Berns**
**819 14th St.**
**San Francisco, CA 94114**

**As of the petition filing date, the claim is:**   **$32,985.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

3.4080 | **Nonpriority creditor's name and mailing address**

**John Blencowe**
**536 Canyon Oak Dr.**
**Vacaville, CA 95688**

**As of the petition filing date, the claim is:**   **$694.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

3.4081 | **Nonpriority creditor's name and mailing address**

**John Bock**
**507 Three Corners**
**Houston, TX 77024**

**As of the petition filing date, the claim is:**   **$11,738.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

3.4082 | **Nonpriority creditor's name and mailing address**

**John Bogardus**
**1335 Brockman Lane**
**Sonoma, CA 95476**

**As of the petition filing date, the claim is:**   **$879.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 1023 of 1150

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.4083 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$224.00** |
|---|---|---|---|

**John Bonds**
**721 Lachman Lane**
**Pacific Palisades, CA 90272**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4084 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,599.00** |
|---|---|---|---|

**John Boom**
**2102 Southgate Blvd.**
**Houston, TX 77030**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4085 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$481.00** |
|---|---|---|---|

**John Booth**
**501 Welwyn Road**
**Richmond, VA 23229**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4086 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$466.00** |
|---|---|---|---|

**John Bowlick III**
**5710 Blue Mountain Cir**
**Longmont, CO 80503**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 1024 of 1150

Debtor    **Fox Ortega Enterprises, Inc.**        Case number (if known) _____

Name

| 3.4087 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,499.00** |
|---|---|---|---|

**John Bradford**
**156 Spindrift Road**
**Carmel, CA 93923**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4088 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,591.00** |
|---|---|---|---|

**John Brady**
**116 Albert Ct**
**Los Gatos, CA 95032**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4089 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$131.00** |
|---|---|---|---|

**John Brecher**
**320 Central Park West**
**New York, NY 10025**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4090 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$299.00** |
|---|---|---|---|

**John Bryant**
**321 Esparto Ave**
**Shell Beach, CA 93449**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1025 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.4091 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: |

**John Bueno**
**1294 Kings River Rd**
**Livermore, CA 94550**

As of the petition filing date, the claim is: **$986.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4092 | **Nonpriority creditor's name and mailing address** |

**John Bukovinsky**
**2005 Finderne Street**
**Oakhurst, NJ 07755**

As of the petition filing date, the claim is: **$1,799.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4093 | **Nonpriority creditor's name and mailing address** |

**John Burnstine**
**3995 Prado Del Trigo**
**Calabasas, CA 91302**

As of the petition filing date, the claim is: **$2,563.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4094 | **Nonpriority creditor's name and mailing address** |

**John Byrnes**
**1929 Caladium Place**
**Longwood, FL 32750**

As of the petition filing date, the claim is: **$79.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1026 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.4095 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$143.00** |

**John C Jones**
**131 Highway 165 South**
**Oakdale, LA 71463**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4096 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$254.00** |

**John Caldwell**
**169 kreuzer ln**
**Napa, CA 94559**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4097 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,826.00** |

**John Calkins**
**1527 Sunset Plaza**
**West Hollywood, CA 90069**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4098 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,319.00** |

**John Campbell**
**8301 Rio San Diego Dr.**
**San Diego, CA 92108**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1027 of 1150

Debtor  **Fox Ortega Enterprises, Inc.**                              Case number (if known) _____
        _____
        Name

| 3.4099 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,159.00** |

**John Campion**
**2823 St Johns Bluff Road South**
**Jacksonville, FL 32246**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.4100 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,586.00** |

**John Capps**
**12 Huntleigh Woods**
**Saint Louis, MO 63131**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.4101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$30,190.00** |

**John Carson**
**PO Box 1218**
**Point Roberts, WA 98281**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.4102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,029.00** |

**John Caruana**
**375 Dolan Ave.**
**Mill Valley, CA 94941**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**                Case number (if known) _____
_____
Name

| 3.4103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$203.00** |
|---|---|---|---|

**John Case**
**1948 Boyer Ave.**
**Seattle, WA 98112**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8,016.00** |
|---|---|---|---|

**John Cavers**
**10807 Britoak LN**
**Houston, TX 77079**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$699.00** |
|---|---|---|---|

**John Celauro**
**580 fountain ave**
**Brooklyn, NY 11208**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,479.00** |
|---|---|---|---|

**John Chambers**
**3230 Alexis Drive**
**Palo Alto, CA 94304**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 1029 of 1150

Debtor **Fox Ortega Enterprises, Inc.**                      Case number (if known) _____

Name

| 3.4107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$549.00** |
|---|---|---|---|

**John Chandler**
**1020 Weber Ct**
**Charlotte, NC 28211**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,079.00** |
|---|---|---|---|

**John Charles Miller**
**428 Sir Howard Circle**
**Kohler, WI 53044**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,249.00** |
|---|---|---|---|

**John Chayka**
**314 Tanager Dr.**
**Kelowna, BC v1w4k5**
**CANADA**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$799.00** |
|---|---|---|---|

**John Chin**
**16973 Silver Pine Road**
**San Diego, CA 92127**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 1030 of 1150

Debtor **Fox Ortega Enterprises, Inc.**　　　　　　　　　　Case number *(if known)*　　　　　　　　
_____
Name

| 3.4111 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$250.00** |
|---|---|---|---|

**John Chisholm**
**265 Brentwood Ave**
**San Francisco, CA 94127**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4112 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$133,812.00** |
|---|---|---|---|

**John Chow**
**8/F, AXA Tower, Landmark East**
**100 How Ming Street**
**HONG KONG**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4113 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$719.00** |
|---|---|---|---|

**John Clerico**
**3132 S. Columbia Circle**
**Tulsa, OK 74105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4114 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$779.00** |
|---|---|---|---|

**John Clothier**
**150 Kirkham St.**
**San Francisco, CA 94122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.4115 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$794.00** |

**John Cobb**
**3941 Burning Tree Lane**
**Winston-Salem, NC 27106**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4116 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$233.00** |

**John Coffey**
**15 O'Grady Ct**
**Orangeburg, NY 10962**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4117 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,051.00** |

**John Colloca**
**3515 Greenway Drive**
**Jupiter, FL 33458**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4118 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$660.00** |

**John Cook**
**431 E 20th St**
**New York, NY 10010**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 1032 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.4119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: |

**3.4119**  **Nonpriority creditor's name and mailing address**

**John Copeland**
**12 Henderson Hill Court**
**Monkton, MD 21111**

As of the petition filing date, the claim is: **$4,626.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.4120**  **Nonpriority creditor's name and mailing address**

**John Copeland**
**254 Tangier Avenue**
**Palm Beach, FL 33480**

As of the petition filing date, the claim is: **$2,639.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.4121**  **Nonpriority creditor's name and mailing address**

**John Crawford**
**531 Loma Drive**
**Hermosa Beach, CA 90254**

As of the petition filing date, the claim is: **$2,399.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.4122**  **Nonpriority creditor's name and mailing address**

**John Dahlquist**
**3343 Burdeck Dr.**
**Oakland, CA 94602**

As of the petition filing date, the claim is: **$155.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number *(if known)*

---

| 3.4123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$119.00** |

**John Danby**
**955 Chelebrooke Ct**
**Napa, CA 94559**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.4124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,051.00** |

**John Dean**
**3840 Mesa Road**
**Destin, FL 32541**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.4125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$474.00** |

**John Diamantis**
**222 Forest Ave**
**Glenridge, NJ 07028**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.4126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$586.00** |

**John Donnelly**
**3343 Casca Way**
**Carlsbad, CA 92009**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1034 of 1150

Debtor **Fox Ortega Enterprises, Inc.**   Case number (if known) _____

Name

| 3.4127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$999.00** |

**John Dunn**
**655 S. Dunsmuir Avenue**
**Los Angeles, CA 90036**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,241.00** |

**John Dvorak**
**Box 339**
**El Cerrito, CA 94530**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$389.00** |

**John Dykhouse**
**738 Lorillard Ct.**
**Madison, WI 53703**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$898.00** |

**John Eckel**
**75 Ponce de Leon Ave**
**Atlanta, GA 30308**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 1035 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

---

| 3.4131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,308.00 |

**John Edwards**
**10276 Bannockburn Dr**
**Los Angeles, CA 90064**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $191.00 |

**John Eisenberg**
**285 Central Park West**
**New York, NY 10024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,023.00 |

**John Ellis**
**240 E 76th St.**
**New York, NY 10021**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $239.00 |

**John Eveleth**
**555 Struble Rd**
**State College, PA 16801**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.4135 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | **$53.00** |

**Nonpriority creditor's name and mailing address**
**John Eyen**
**323 W North**
**Hinsdale, IL 60521**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$270.00** |

**Nonpriority creditor's name and mailing address**
**John F North**
**1122 Village Green Drive**
**Ashland, OR 97520**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$325.00** |

**Nonpriority creditor's name and mailing address**
**John F. Smith**

**Honolulu, HI 96816**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$792.00** |

**Nonpriority creditor's name and mailing address**
**John Farrin**
**4200 Irvington Ave**
**Fremont, CA 94538**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1037 of 1150

Debtor    **Fox Ortega Enterprises, Inc.**        Case number *(if known)* _____

Name

| | | |
|---|---|---|
| 3.4139 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**    **$302.00** |

**John Fellerhoff**
**3020 Camino dela Sierra NE**
**Albuquerque, NM 87111**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.4140 | **Nonpriority creditor's name and mailing address**    **$1,774.00** |

**John Ferejohn**
**27979 Via Ventana**
**Los Altos Hills, CA 94022**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.4141 | **Nonpriority creditor's name and mailing address**    **$655.00** |

**John Fette**
**5525 Winding Cape Way**
**Mason, OH 45040**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.4142 | **Nonpriority creditor's name and mailing address**    **$37.00** |

**John Fiero**
**51 Camino Encinas**
**Orinda, CA 94563**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1038 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.4143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,419.00** |

**John Fitzgerald**
**1552 Fordham Court**
**Mountain View, CA 94040**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$14,459.00** |

**John Fitzgibbons**
**2 Wellington Circle**
**Bronxville, NY 10708**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$583.00** |

**John Flaherty**
**708 Corona Dr**
**Pacifica, CA 94044**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$521.00** |

**John Flanagan**
**675 New Haven Ct.**
**Walnut Creek, CA 94598**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**      Case number (if known) _____
<br>Name

---

| 3.4147 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,890.00** |

**John Flegler**
**2021 S Lewis Ave**
**Tulsa, OK 74104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4148 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$9,666.00** |

**John Flores**
**1 Cricklewood Path**
**Pasadena, CA 91107**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4149 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$13,413.00** |

**John Fossum**
**602 Franklin St.**
**Cambridge, MA 02139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4150 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$863.00** |

**John Foster**
**2561 Meadowoods Dr**
**East Lansing, MI 48823**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.4151 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$0.00** |

**John Fox**
**c/o Eric Nyberg**
**1970 Broadway, Ste. 225**
**Oakland, CA 94612**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.4152 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$138.00** |

**John Francis**
**1951 O'Farrell St**
**San Mateo, CA 94403**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.4153 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$659.00** |

**John Francis O'Mara**
**6913 Trumpeter Swan Lane**
**Manassas, VA 20112**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.4154 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$270.00** |

**John Frey**
**PO Box 6866**
**Ketchum, ID 83340**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1041 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number _(if known)_ _____

| 3.4155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$804.00** |

**John Garofalos**
**343 Durant Way**
**Mill Valley, CA 94941**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$767.00** |

**John Gaudio**
**84 Radcliffe Dr.**
**Lincroft, NJ 07738**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$712.00** |

**John George**
**176 Grubb Road**
**Malvern, PA 19355**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$79.00** |

**John Giddings**
**15101 Kennedy Rd.**
**Los Gatos, CA 95032**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1042 of 1150

Debtor    **Fox Ortega Enterprises, Inc.**                          Case number (if known) _____
_____
Name

| 3.4159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$407.00** |

**John Glasson**
**57 Third St.**
**Providence, RI 02906**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____    **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

| 3.4160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$284.00** |

**John Glowa**
**5515 Charles St**
**Bethesda, MD 20814**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____    **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

| 3.4161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,229.00** |

**John Goldsmith**
**429 Spruce Street**
**Boulder, CO 80302**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____    **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

| 3.4162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$539.00** |

**John Gorup**
**3325 Hamilton St**
**West Lafayette, IN 47906**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____    **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1043 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | |
|---|---|
| 3.4163 | **Nonpriority creditor's name and mailing address** |

**John Goullet**
**351 Newman Springs Road**
**Red Bank, NJ 07701**

As of the petition filing date, the claim is:          **$1,739.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.4164 | **Nonpriority creditor's name and mailing address** |

**John Gray**
**2929 1st Ave**
**Seattle, WA 98121**

As of the petition filing date, the claim is:          **$2,845.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.4165 | **Nonpriority creditor's name and mailing address** |

**John Gunn**
**21415 Brandywine Lane**
**West Linn, OR 97068**

As of the petition filing date, the claim is:          **$1,589.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.4166 | **Nonpriority creditor's name and mailing address** |

**John Hall**
**1017 De Haro Unit D**
**San Francisco, CA 94107**

As of the petition filing date, the claim is:          **$239.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050     Doc# 16     Filed: 01/21/16     Entered: 01/21/16 15:42:32     Page 1044 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.4167 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$9.00** |
|---|---|---|---|

**John Hanna**
**1424 Northwood Dr.**
**Moscow, ID 83843**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4168 | **Nonpriority creditor's name and mailing address** | | **$4,375.00** |
|---|---|---|---|

**John Hans**
**1335 Costa Brava**
**Pismo Beach, CA 93449**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4169 | **Nonpriority creditor's name and mailing address** | | **$699.00** |
|---|---|---|---|

**John Harris**
**31 Marjory Lane**
**Scarsdale, NY 10583**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4170 | **Nonpriority creditor's name and mailing address** | | **$395.00** |
|---|---|---|---|

**John Harrison**
**183 Brattle St**
**Cambridge, MA 02138**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1045 of 1150

Debtor **Fox Ortega Enterprises, Inc.**      Case number (if known) _____

_____
Name

| 3.4171 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,453.00** |
|---|---|---|---|

**John Hausman**
**11123 Corte Mar De Cristal**
**San Diego, CA 92130**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

---

| 3.4172 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,209.00** |
|---|---|---|---|

**John Hayes**
**5541 Taft Ave**
**Oakland, CA 94618**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

---

| 3.4173 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,919.00** |
|---|---|---|---|

**John Hechinger**
**PMB 300**
**Jackson, WY 83002**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

---

| 3.4174 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$297.00** |
|---|---|---|---|

**John Heilbrunn**
**1285 Claremont Dr**
**Boulder, CO 80305**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1046 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.4175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$483.00** |

**John Henebry**
**1212 N. Vermont Ave**
**Los Angeles, CA 90029**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.4176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$79.00** |

**John Henriksen**
**410 Wynstone Drive**
**Wexford, PA 15090**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.4177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$1,095.00** |

**John Hernandez**
**6125 Skyline Boulevard**
**Piedmont, CA 94611**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.4178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$79.00** |

**John Herod**
**1728 Virginia Beach Blvd.**
**Virginia Beach, VA 23454**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**      Case number (if known) _____
_____
Name

| 3.4179 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$7,237.00** |

3.4179 | **Nonpriority creditor's name and mailing address**

**John Higgins**
**18 Powissett Street**
**Dover, MA 02030**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$7,237.00**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

3.4180 | **Nonpriority creditor's name and mailing address**

**John Higgins**
**99 Farm Drive**
**Manchester, CT 06040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$119.00**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

3.4181 | **Nonpriority creditor's name and mailing address**

**John Hoehne**
**9520 W 225 S**
**Columbus, IN 47201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,260.00**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

3.4182 | **Nonpriority creditor's name and mailing address**

**John Holzwarth**
**100 Corte Elena**
**Greenbrae, CA 94904**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$13,772.00**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1048 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.4183 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$631.00** |

3.4183 | **Nonpriority creditor's name and mailing address**

**John Hottinger**
**2 Ravinia Court**
**Henderson, NV 89052**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$631.00**

---

3.4184 | **Nonpriority creditor's name and mailing address**

**John Howell**
**5839 Roberts Ave**
**Oakland, CA 94605**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$72,823.00**

---

3.4185 | **Nonpriority creditor's name and mailing address**

**John Hrebec**
**4123 Clausen Ave**
**Western Springs, IL 60558**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$219.00**

---

3.4186 | **Nonpriority creditor's name and mailing address**

**John Hudock**
**10 Amalfi Drive**
**Cortlandt Manor, NY 10567**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$289.00**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.4187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$599.00** |
|---|---|---|---|

**John Hunt**
**1969 California Street**
**San Francisco, CA 94109**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$779.00** |
|---|---|---|---|

**John Hunter**
**359 Westbourne Street**
**La Jolla, CA 92037**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$10,470.00** |
|---|---|---|---|

**John Iannuccillo**
**2600 Broadway**
**San Francisco, CA 94115**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$162.00** |
|---|---|---|---|

**John Jackson**
**107 Garden Circle**
**Thibodaux, LA 70301**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.4191 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,879.00** |

**John Jansen**
**4910 Kaylan Court**
**Richmond, TX 77469**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.4192 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,881.00** |

**John Jenness**
**35 NE 18th Ave.**
**Portland, OR 97232**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.4193 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,259.00** |

**John Jennings**
**73641 Juniper St**
**Palm Desert, CA 92260**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.4194 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,319.00** |

**John Kallman**
**63 Binney Lane**
**Old Greenwich, CT 06870**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**     Case number (if known) _____

Name

| 3.4195 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$764.00** |
|---|---|---|---|

**John Kanaly**
**14 Abington Road**
**Mount Laurel, NJ 08054**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.4196 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$999.00** |
|---|---|---|---|

**John Kane**
**238 Lynn Haven Drive**
**Pittsburgh, PA 15228**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.4197 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$100,440.00** |
|---|---|---|---|

**John Kapon**
**Acker Merrall & Condit**
**New York, NY 10023**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.4198 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$247.00** |
|---|---|---|---|

**John Kaufman**
**4727 Wilshire Boulevard**
**Los Angeles, CA 90010**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1052 of 1150

Debtor    **Fox Ortega Enterprises, Inc.**                          Case number (if known) _____
_____
          Name

| 3.4199 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,362.00** |
|---|---|---|---|

**John Keating**
**7302 Avenue B.**
**Bellaire, TX 77401**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4200 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$18,747.00** |
|---|---|---|---|

**John Kelbel**
**2425 Topswood**
**South Bend, IN 46614**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4201 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$263.00** |
|---|---|---|---|

**John Khayami**
**3799 Via Granada**
**Moraga, CA 94556**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4202 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$6,973.00** |
|---|---|---|---|

**John Kight**
**4444 Mockingbird Pkwy.**
**Dallas, TX 75205**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| | |
|---|---|
| Debtor **Fox Ortega Enterprises, Inc.** | Case number (if known) |
| Name | |

---

| 3.4203 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$7,204.00** |
|---|---|---|---|

**John Kline**
**130 West 24th Street**
**New York, NY 10011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.4204 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,939.00** |
|---|---|---|---|

**John Kontopuls**
**PO Box 1773**
**Rancho Santa Fe, CA 92067**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.4205 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$149.00** |
|---|---|---|---|

**John Koris**
**15 Lynnwod Drive**
**Rochester, NY 14618**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.4206 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$67.00** |
|---|---|---|---|

**John Kramer**
**137 Purdue Avenue**
**Berkeley, CA 94708**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| 3.4207 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,586.00** |
|---|---|---|---|

**John Kraushaar**
**901 South Plymouth Ct.**
**Chicago, IL 60605**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

---

| 3.4208 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$475.00** |
|---|---|---|---|

**John LeClair**
**17305 SW 78th Court**
**Miami, FL 33157**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

---

| 3.4209 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,755.00** |
|---|---|---|---|

**John Lederer**
**201 Paiko Drive**
**Honolulu, HI 96821**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

---

| 3.4210 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,259.00** |
|---|---|---|---|

**John Lee**
**639 W Briar Pl**
**Chicago, IL 60657**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.4211 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,923.00** |
|---|---|---|---|

**John LeVine**
**1040 S Robertson Blvd**
**Los Angeles, CA 90035**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4212 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$359.00** |
|---|---|---|---|

**John Levy**
**120 Willow Street**
**Brooklyn, NY 11201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4213 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$599.00** |
|---|---|---|---|

**John Lew**
**19745 E. Colima Road**
**Rowland Heights, CA 91748**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4214 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$179.00** |
|---|---|---|---|

**John Lewis**
**2076 Hardscrabble Dr.**
**Boulder, CO 80305**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.4215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $79,905.00 |
|---|---|---|---|

**John Lie**
**2580 Buena Vista Way**
**Berkeley, CA 94708**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

| 3.4216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,709.00 |
|---|---|---|---|

**John Lin**
**3F No.105**
**Tun Hwa South Rd. Sec. 2, Taipei 11**
**TAIWAN**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

| 3.4217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,955.00 |
|---|---|---|---|

**John Litschke**
**9509 Belle Meade Dr**
**San Ramon, CA 94583**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

| 3.4218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $649.00 |
|---|---|---|---|

**JOHN M OBRIEN**
**237 30TH STREET**
**San Francisco, CA 94131**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1057 of 1150

Debtor **Fox Ortega Enterprises, Inc.**   Case number (if known) _____
Name

| 3.4219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$944.00** |

**John Manley**
**28 Homesdale Road**
**Bronxville, NY 10708**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____   **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____   ☐ Yes

| 3.4220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$581.00** |

**John Mann**
**1921 Uceyle Ave**
**Saint Louis, MO 63114**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____   **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____   ☐ Yes

| 3.4221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$465.00** |

**John Manser**
**296 Wiseman Road**
**Eads, TN 38028**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____   **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____   ☐ Yes

| 3.4222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,114.00** |

**John Mao**
**255 Sea Cliff Ave**
**San Francisco, CA 94121**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____   **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____   ☐ Yes

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 1058 of 1150

Debtor __Fox Ortega Enterprises, Inc.__      Case number *(if known)* _____
Name

| 3.4223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$239.00** |
|---|---|---|---|

**John Marek**
**110 East 57th**
**New York, NY 10022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4224 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,084.00** |
|---|---|---|---|

**John Mark Pennell**
**5030 S. Greenbriar Ave.**
**Springfield, MO 65804**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$279.00** |
|---|---|---|---|

**john marraffa**
**po box 33920**
**Laughlin, NV 89028**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$23,846.00** |
|---|---|---|---|

**John Marshall**
**PO Box 987**
**Camden, ME 04843**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.4227 | **Nonpriority creditor's name and mailing address** |

**John Marshall**
**Eastside Rd**
**Addison, ME 04606**

As of the petition filing date, the claim is: **$920.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.4228 | **Nonpriority creditor's name and mailing address** |

**John Martini**
**1021 Sea Montain freeway**
**North Myrtle Beach, SC 29582**

As of the petition filing date, the claim is: **$959.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.4229 | **Nonpriority creditor's name and mailing address** |

**John Matthews**
**1129 Towlston Rd**
**McLean, VA 22102**

As of the petition filing date, the claim is: **$761.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.4230 | **Nonpriority creditor's name and mailing address** |

**John Matthews**
**1124 Navahoe Dr**
**South Lake Tahoe, CA 96150**

As of the petition filing date, the claim is: **$69.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor  **Fox Ortega Enterprises, Inc.**                     Case number (if known) _____
_____
Name

| 3.4231 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$193.00** |

**Nonpriority creditor's name and mailing address**

3.4231

**John Mauer**
**100 Lewis Rd**
**Clemson, SC 29631**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$193.00**

---

3.4232

**Nonpriority creditor's name and mailing address**

**John Maxson**
**5041 Piazza Place**
**El Dorado Hills, CA 95762**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$71.00**

---

3.4233

**Nonpriority creditor's name and mailing address**

**John Mazoros**
**1515 Germano Way**
**Pleasanton, CA 94566**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$3,174.00**

---

3.4234

**Nonpriority creditor's name and mailing address**

**John McCabe**
**520 Elm Street**
**San Carlos, CA 94070**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$63,655.00**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.4235 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | **$23,311.00** |

**John McCormack**
**237 Whitney Street**
**San Francisco, CA 94131**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4236 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$150.00** |

**John McDonald**
**1072 Ridgeley Dr.**
**Campbell, CA 95008**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4237 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,875.00** |

**John McEachin**
**8841 Arcel Cir**
**Huntington Beach, CA 92646**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4238 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,079.00** |

**John McGovern**
**5008 Cherry Creek Drive South**
**Glendale, CO 80246**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1062 of 1150

Debtor  **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| 3.4239 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$539.00** |

**John McGowan**
**30 Orchard Lane**
**Fairport, NY 14450**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

---

| 3.4240 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$7,139.00** |

**John McMahon**
**19746 Willowdale Place**
**Ashburn, VA 20147**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

---

| 3.4241 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$399.00** |

**John McNealey**
**308 Richardson Court**
**Mill Valley, CA 94941**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

---

| 3.4242 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$116.00** |

**John Mcnulty**
**345 E93rd st. Apt. 13A**
**New York, NY 10128**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1063
of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.4243 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,431.00** |
|---|---|---|---|

**John McWilliams**
**1204 Savannah Avenue**
**Pittsburgh, PA 15218**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4244 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,939.00** |
|---|---|---|---|

**John Meisinger**
**4209 Barnes Meadow Rd**
**Smyrna, GA 30082**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4245 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$569.00** |
|---|---|---|---|

**John Melley**
**1756 Templeton Lane**
**Virginia Beach, VA 23454**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4246 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$179.00** |
|---|---|---|---|

**John Monahan**
**689 Bicknell Road**
**Los Gatos, CA 95030**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1064 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.4247 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** **$239.00** |

**John Moore**
**3440 Youngfield St.**
**Wheat Ridge, CO 80033**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4248 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** **$89.00** |

**John Morgan**
**181 Knight St.**
**Warwick, RI 02886**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4249 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** **$3,191.00** |

**John Moynier**
**7123 Silverado Trail**
**Napa, CA 94558**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4250 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** **$535.00** |

**John Munro**
**19 Lake Rd.**
**Newtown, CT 06470**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1065 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.4251 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,529.00** |

**John Muscari**
**1576 Riverdale Rd.**
**Germantown, TN 38138**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4252 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$509.00** |

**John Naslund**
**1687 Calliandra Rd.**
**Carlsbad, CA 92011**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4253 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$128.00** |

**John Nemeth**
**16 New St**
**Wayne, NJ 07470**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4254 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$951.00** |

**John Nester**
**1920 East Parham Road**
**Richmond, VA 23228**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1066 of 1150

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.4255 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$714.00** |

**John Nezlek**
**6359 TC Walker Rd.**
**Gloucester, VA 23061**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4256 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,084.00** |

**John Ng**
**147-48 77th Avenue**
**Flushing, NY 11367**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$239.00** |

**John Ng**
**16899 Estrella Drive**
**Sonoma, CA 95476**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$524.00** |

**John North**
**PO Box 133**
**Medford, OR 97501**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.4259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $4,629.00 |
|---|---|---|---|

**John Norton**
**1112 11th Street**
**Hermosa Beach, CA 90254**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,641.00 |
|---|---|---|---|

**John Nosovitch**
**4842 Hyde Road**
**Manlius, NY 13104**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4261 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $305.00 |
|---|---|---|---|

**John OBrien**
**10331 Deer Creek Lane**
**Rochelle, IL 61068**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4262 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $3,634.00 |
|---|---|---|---|

**John Ohmer**
**18 Acacia Dr**
**Belvedere-Tiburon, CA 94920**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1068 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Case number (if known) _____

Name

| 3.4263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,872.00 |

**John Olichney**
**61 W 62nd St**
**New York, NY 10023**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

**Is the claim subject to offset?**
�}]■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $139.00 |

**John Osgood**
**442 W 57th St**
**New York, NY 10019**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $59.00 |

**John P Ellar**
**281 WYCKOFF STREET**
**Brooklyn, NY 11217**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $689.00 |

**John Packard**
**10401 Grosvenor Place**
**Rockville, MD 20852**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.4267 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: |

**John Papas**
**78 Addison Drive**
**Basking Ridge, NJ 07920**

As of the petition filing date, the claim is: **$74.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.4268 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: |

**John Parker**
**206 Brookside Blvd**
**Hinckley, OH 44233**

As of the petition filing date, the claim is: **$5,118.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.4269 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: |

**John Patti**
**1 Blue Point Cove**
**Oceanport, NJ 07757**

As of the petition filing date, the claim is: **$164.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.4270 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: |

**John Pellegrino**
**11336 Woodbrook Ln**
**Reston, VA 20194**

As of the petition filing date, the claim is: **$299.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 1070 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.4271 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$1,219.00** |

**John Perra**
**200 E. 82nd St.**
**New York, NY 10028**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.4272 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$3,809.00** |

**John Petersen**
**2371 Corinna Court**
**State College, PA 16803**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.4273 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$31.00** |

**John Phillips**
**7123 Key Point Drive**
**Willmington, NC 28405**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.4274 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$43.00** |

**John Pitcher**
**4164 NE Laddington Ct.**
**Portland, OR 97232**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Fox Ortega Enterprises, Inc.**                                Case number (if known) _____
_____
Name

| 3.4275 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,039.00** |

**John Pomfret**
**7309 Broxburn Ct**
**Bethesda, MD 20817**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4276 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$79.00** |

**John Powers**
**7301 rr 620 n**
**Austin, TX 78726**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4277 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$89.00** |

**John Priestley II**
**922 Glen Way**
**South Charleston, WV 25309**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4278 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,799.00** |

**John R Lathrop**
**2420 Olive Street**
**Eugene, OR 97405**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 1072 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.4279 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$19,452.00** |

**John Race**
**DePrince, Race & Zolo**
**Winter Park, FL 32789**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4280 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$647.00** |

**John Rater**
**920 9th Ave South**
**Hopkins, MN 55343**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4281 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$84.00** |

**John Reager**
**1148 Walnut St**
**Berkeley, CA 94707**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4282 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$62.00** |

**John Reilly**
**8055 Meetinghouse Road**
**Dalzell, SC 29040**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1073 of 1150

| 3.4283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,399.00 |

**John Richards**
**34 Cardiff Road**
**Toronto, ON M4P2N9**
**CANADA**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,636.00 |

**John Ritchotte c/o ILO**
**4 route des Morillons**
**Geneva, 1211**
**SWITZERLAND**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,011.00 |

**John Roesch**
**33-43 14th Street Apt. 7C**
**Long Island City, NY 11106**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,668.00 |

**John Rostkowski**
**1150 West Arlington Way**
**Martinez, CA 94553**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

---

| 3.4287 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$109.00** |

**John Rowe**
**700 Kings Rd.**
**Newport Beach, CA 92663**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

---

| 3.4288 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$19.00** |

**John Ryan**
**3600 Chain Bridge Road**
**Fairfax, VA 22030**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

---

| 3.4289 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$79.00** |

**John Sample**
**11596 Rusty Spur Lane**
**Clovis, CA 93619**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

---

| 3.4290 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$159.00** |

**John Sand**
**8611 Sagamore Rd.**
**Leawood, KS 66206**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1075 of 1150

Debtor   **Fox Ortega Enterprises, Inc.**                          Case number (if known) _____

_____
Name

| 3.4291 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$679.00** |

**John Santrock**
**5600 Banister Court**
**Plano, TX 75093**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____   ☐ Yes

---

| 3.4292 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$886.00** |

**John Schaible**
**5200 South Lakeshore Drive**
**Tempe, AZ 85283**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____   ☐ Yes

---

| 3.4293 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$282.00** |

**John Schwab**
**37 Overlook Drive**
**Newport Beach, CA 92657**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____   ☐ Yes

---

| 3.4294 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$23,353.00** |

**John Sebastian**
**5049 lake Howell  Road**
**Winter Park, FL 32792**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____   ☐ Yes

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1076
of 1150

Debtor **Fox Ortega Enterprises, Inc.**        Case number *(if known)* _____
_____
Name

---

| 3.4295 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$11,980.00** |
|---|---|---|---|

**John Simmer**
**1526 S. Mountain View Ave**
**Tacoma, WA 98465**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4296 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,045.00** |
|---|---|---|---|

**John Somner**
**111 Keeneland Lane**
**Lafayette, LA 70503**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4297 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$467.00** |
|---|---|---|---|

**JOHN SOONG**
**3007 LA PIETRA CIRCLE**
**Honolulu, HI 96815**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4298 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$195.00** |
|---|---|---|---|

**John Sperry**
**P.O. Box 1560**
**Bodega Bay, CA 94923**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 1077 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.4299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$975.00** |

Nonpriority creditor's name and mailing address

**John Sramek**
**5031 Shoreline Way**
**Oxnard, CA 93035**

As of the petition filing date, the claim is: **$975.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4300 |

Nonpriority creditor's name and mailing address

**John Stafford**
**318 Crescent Parkway**
**Sea Girt, NJ 08750**

As of the petition filing date, the claim is: **$2,399.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4301 |

Nonpriority creditor's name and mailing address

**John Stalder**
**1840 Jefferson**
**San Francisco, CA 94123**

As of the petition filing date, the claim is: **$3,989.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4302 |

Nonpriority creditor's name and mailing address

**John Stankus**
**635 Lamont Ct**
**Campbell, CA 95008**

As of the petition filing date, the claim is: **$405.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.4303 | **Nonpriority creditor's name and mailing address** | **$470.00** |

**John Stimson**
**3512 43rd Ave NE**
**Seattle, WA 98105**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| | | |
|---|---|---|
| 3.4304 | **Nonpriority creditor's name and mailing address** | **$727.00** |

**John Stokes**
**362 10th Street**
**Arcata, CA 95521**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| | | |
|---|---|---|
| 3.4305 | **Nonpriority creditor's name and mailing address** | **$179.00** |

**John Stratfold**
**2301 88th Ave NE**
**Clyde Hill, WA 98004**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| | | |
|---|---|---|
| 3.4306 | **Nonpriority creditor's name and mailing address** | **$392.00** |

**John Stubbs**
**1315 Corcoran St NW**
**Washington, DC 20009**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1079 of 1150

Debtor  **Fox Ortega Enterprises, Inc.**                     Case number (if known) _____
_____
Name

| | |
|---|---|
| 3.4307 | **Nonpriority creditor's name and mailing address** |

**John Sullivan**
**160 Leucadendra Drive**
**Coral Gables, FL 33156**

As of the petition filing date, the claim is:                    **$3,058.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.4308 | **Nonpriority creditor's name and mailing address** |

**John Sviokla**
**11 Willard Street**
**Newton, MA 02458**

As of the petition filing date, the claim is:                    **$119.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.4309 | **Nonpriority creditor's name and mailing address** |

**John Tan**
**Monticello Mansion, Flat 1B**
**Wanchai**
**HONG KONG**

As of the petition filing date, the claim is:                    **$1,844.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.4310 | **Nonpriority creditor's name and mailing address** |

**John Taylor**
**4414 Ingersoll Ave**
**Des Moines, IA 50312**

As of the petition filing date, the claim is:                    **$2,075.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 1080 of 1150

Debtor **Fox Ortega Enterprises, Inc.**     Case number *(if known)* _____

Name

| | | |
|---|---|---|
| 3.4311 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $479.00 |

**John Taylor**
**2685 Bridgeton Drive**
**Hudson, OH 44236**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4312 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $4,950.00 |
|---|---|---|

**John Terkeurst**
**701 Illinois St.**
**Mountain Home, AR 72653**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4313 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $469.00 |
|---|---|---|

**John Tesoriero**
**2217 Richmond Terrace**
**Staten Island, NY 10302**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4314 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $49.00 |
|---|---|---|

**John Tessitore**
**6 White Birch Circle**
**Hope, RI 02831**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1081 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.4315 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$38.00** |

**3.4315**

**Nonpriority creditor's name and mailing address**

**John Tetnowski**
**218 Acacia Drive**
**Lafayette, LA 70508**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$38.00**

---

**3.4316**

**Nonpriority creditor's name and mailing address**

**John Thacher**
**2482 Spring Mountain Rd.**
**Saint Helena, CA 94574**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$10,386.00**

---

**3.4317**

**Nonpriority creditor's name and mailing address**

**John Thiessen**
**782 West End Avenue**
**New York, NY 10025**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$159.00**

---

**3.4318**

**Nonpriority creditor's name and mailing address**

**John Thomas**
**849 Coalport Dr.**
**Saint Louis, MO 63141**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$380.00**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.4319** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$101,327.00**

**John Tilson**
**928 Park Lane West**
**Montecito, CA 93108**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.4320** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$71.00**

**John Tishler**
**12275 El Camino Real**
**San Diego, CA 92130**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.4321** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,781.00**

**John Toumanios**
**271 Rte 46 W**
**Fairfield, NJ 07004**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.4322** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$889.00**

**John Trantina**
**1575 F st.**
**Anchorage, AK 99501**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 1083 of 1150

Debtor  **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____

Name

| 3.4323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $373.00 |

3.4323  **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is:       **$373.00**

**John Tredinnick**
**10306 State Hwy 191**
**Midland, TX 79707**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____        **Is the claim subject to offset?**

 ■ No
Last 4 digits of account number _____        ☐ Yes

---

3.4324  **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is:       **$233.00**

**John Trinidad**
**1417 Main St.**
**Napa, CA 94559**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____        **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____        ☐ Yes

---

3.4325  **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is:       **$13,199.00**

**John Tseng**
**72-06 Kessel St**
**Forest Hills, NY 11375**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____        **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____        ☐ Yes

---

3.4326  **Nonpriority creditor's name and mailing address**       As of the petition filing date, the claim is:       **$1,123.00**

**John Tsutakawa**
**316 South Hill Blvd**
**San Francisco, CA 94112**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____        **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____        ☐ Yes

Debtor     **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____
_____
Name

| 3.4327 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$419.00** |

**John Urban**
**1300 Cedar Lane**
**Tullahoma, TN 37388**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4328 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,809.00** |

**John Urbanowicz**
**4111 Alpine Rd**
**Portola Valley, CA 94028**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4329 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,189.00** |

**John Vachon**
**1189 Inverness Lane**
**Stow, OH 44224**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4330 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$11,894.00** |

**John Van Newkirk**
**6120 195th St NE**
**Arlington, WA 98223**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1085 of 1150

Debtor **Fox Ortega Enterprises, Inc.**   Case number (if known) _____
_____
Name

| 3.4331 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,193.00** |

**John VanKuren**
**317 Lockerby Lane**
**Wilmington, NC 28411**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4332 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$7,999.00** |

**John Varughese**
**2008 Lyon Street**
**San Francisco, CA 94115**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4333 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$689.00** |

**John Veach**
**20 Cedarcliff Road**
**Asheville, NC 28803**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4334 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,119.00** |

**John Vincent Kent**
**24 Dockside Ln**
**Key Largo, FL 33037**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 1086 of 1150

Debtor  **Fox Ortega Enterprises, Inc.**
_____  Case number (if known) _____
Name

| | |
|---|---|
| 3.4335 | **Nonpriority creditor's name and mailing address** |

**John Vincenti**
**3365 Figueroa Street**
**Glendale, CA 91206**

As of the petition filing date, the claim is:                     **$419.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____   ☐ Yes

---

| | |
|---|---|
| 3.4336 | **Nonpriority creditor's name and mailing address** |

**John Volpe**
**118 Mountain Spring Road**
**Milford, PA 18337**

As of the petition filing date, the claim is:                   **$4,079.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____   ☐ Yes

---

| | |
|---|---|
| 3.4337 | **Nonpriority creditor's name and mailing address** |

**John Volpe**
**118 Mountain Spring Road**
**Milford, PA 18337**

As of the petition filing date, the claim is:                     **$229.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____   ☐ Yes

---

| | |
|---|---|
| 3.4338 | **Nonpriority creditor's name and mailing address** |

**John Von Schlegell**
**920 SW 6th Ave.**
**Portland, OR 97204**

As of the petition filing date, the claim is:                      **$55.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____   ☐ Yes

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1087 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.4339 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$780.00** |

3.4339 | **Nonpriority creditor's name and mailing address**

**John Walecka**
**74 Alejandra**
**Atherton, CA 94027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**$780.00**

---

3.4340 | **Nonpriority creditor's name and mailing address**

**John Ward**
**1134 Monroe St.**
**Eugene, OR 97402**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**$254.00**

---

3.4341 | **Nonpriority creditor's name and mailing address**

**John Warnock**
**260 Surrey Place**
**Los Altos, CA 94022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**$719.00**

---

3.4342 | **Nonpriority creditor's name and mailing address**

**John Watson**
**706 Walker Rd.**
**Great Falls, VA 22066**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**$414.00**

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1088 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.4343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,003.00 |
|---|---|---|---|

**John Weathers**
**601 Main St.**
**Columbia, SC 29201**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.4344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $607.00 |
|---|---|---|---|

**John Weedin**
**4821 Livingston Place**
**Pleasanton, CA 94566**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.4345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,045.00 |
|---|---|---|---|

**John Weiss**
**4 Old Farm Lane**
**Old Greenwich, CT 06870**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.4346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $198.00 |
|---|---|---|---|

**John Wenstrup**
**2240 French Creek Ct**
**Shingle Springs, CA 95682**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.4347 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,781.00** |
|---|---|---|---|

**John Wieczorek**
**110 West 7th Street**
**Tulsa, OK 74119**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4348 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,279.00** |
|---|---|---|---|

**John Wilmot**
**1040 Park**
**New York, NY 10028**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4349 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$149.00** |
|---|---|---|---|

**John Winkelmann**
**685 Stanley Avenue**
**Cincinnati, OH 45226**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4350 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,147.00** |
|---|---|---|---|

**John Winther**
**3830 Happy Valley Rd.**
**Lafayette, CA 94549**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1090 of 1150

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.4351 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$10,184.00** |
|---|---|---|---|

**John Wolff**
**P.O. Box 1151**
**Baton Rouge, LA 70821**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____  ☐ Yes

---

| 3.4352 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$8,188.00** |
|---|---|---|---|

**John Yensan**
**2308 6th St.**
**Grand Island, NY 14072**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____  ☐ Yes

---

| 3.4353 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$29.00** |
|---|---|---|---|

**John Zdral**
**301 W. Bastanchury Rd.**
**Fullerton, CA 92835**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____  ☐ Yes

---

| 3.4354 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$944.00** |
|---|---|---|---|

**John Zeiler**
**3 Lincoln Center**
**New York, NY 10023**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____  ☐ Yes

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1091 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

---

| 3.4355 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$66.00** |

**Johnathan Guenzweig**
**1999 Avenue of the Stars**
**Los Angeles, CA 90067**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.4356 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$55,853.00** |

**Johnny Abi Haidar**
**Springsiedelgasse 26**
**Vienna, 1190**
**AUSTRIA**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.4357 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$489.00** |

**Jon Abrahams**
**504 Tioga St**
**Johnstown, PA 15905**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.4358 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,740.00** |

**Jon Beckelheimer**
**318 Walnut Street**
**San Francisco, CA 94118**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.4359 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$280.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jon Berlin**
**3781 Silverado Trail**
**Calistoga, CA 94515**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$280.00**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4360 |

**Nonpriority creditor's name and mailing address**

**Jon Brodsky**
**2215 Third Ave**
**Spring Lake, NJ 07762**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$17,648.00**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4361 |

**Nonpriority creditor's name and mailing address**

**Jon Conner**
**121 Coral Drive**
**Orinda, CA 94563**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$99.00**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4362 |

**Nonpriority creditor's name and mailing address**

**Jon Cook**
**1149 Olive Branch Lane**
**San Jose, CA 95120**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$359.00**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

---

| 3.4363 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$392.00** |

**Jon Donnelly**
**241 Steilen Avenue**
**Ridgewood, NJ 07450**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4364 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$191.00** |

**Jon Edgar**
**4508 88th Street SW**
**Mukilteo, WA 98275**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4365 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$25,031.00** |

**Jon Frankel**
**537 North Street**
**Greenwich, CT 06830**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4366 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$135.00** |

**Jon Gans**
**3035 Pacific Ave.**
**San Francisco, CA 94115**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1094 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

| 3.4367 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$6,880.00** |
|---|---|---|---|

**Jon Garcia**
**8517 Beech Tree Road**
**Bethesda, MD 20817**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number

---

| 3.4368 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$389.00** |
|---|---|---|---|

**Jon Gentry**
**2839 Addison Cir N**
**Rochester, MI 48306**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number

---

| 3.4369 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$74.00** |
|---|---|---|---|

**Jon Hamilton**
**2400 Elliott Ave**
**Seattle, WA 98121**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number

---

| 3.4370 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$9,566.00** |
|---|---|---|---|

**Jon Hoeber**
**3400 Airport Ave.**
**Los Angeles, CA 90064**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**                    Case number *(if known)* _____

Name

| 3.4371 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,199.00 |

**Jon Jacoby**
**PO Box 3417**
**Little Rock, AR 72203**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4372 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,748.00 |

**Jon Kaempfer**
**3626 Fair Oaks Blvd**
**Sacramento, CA 95864**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4373 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $5,809.00 |

**Jon Kaplan**
**1 Kearny**
**San Francisco, CA 94108**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4374 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,685.00 |

**Jon Kurtz**
**PO Box 1**
**Idlewyld, OR 97447**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1096 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.4375 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

| 3.4375 | **Nonpriority creditor's name and mailing address**<br>**Jon Landau**<br>**9100 Wilshire Blvd. 1000W**<br>**Beverly Hills, CA 90212** | **As of the petition filing date, the claim is:**<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | **$679.00** |
|---|---|---|---|
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?**<br>■ No<br>☐ Yes | |
| | Last 4 digits of account number _____ | | |

| 3.4376 | **Nonpriority creditor's name and mailing address**<br>**Jon Lutz**<br>**5232 E. Otero Dr.**<br>**Centennial, CO 80122** | **As of the petition filing date, the claim is:**<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | **$589.00** |
|---|---|---|---|
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?**<br>■ No<br>☐ Yes | |
| | Last 4 digits of account number _____ | | |

| 3.4377 | **Nonpriority creditor's name and mailing address**<br>**Jon Manley**<br>**6403 Snowview Dr**<br>**Park City, UT 84098** | **As of the petition filing date, the claim is:**<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | **$88,433.00** |
|---|---|---|---|
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?**<br>■ No<br>☐ Yes | |
| | Last 4 digits of account number _____ | | |

| 3.4378 | **Nonpriority creditor's name and mailing address**<br>**Jon Northway**<br>**1454 West Wolfram St**<br>**Chicago, IL 60657** | **As of the petition filing date, the claim is:**<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** | **$959.00** |
|---|---|---|---|
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?**<br>■ No<br>☐ Yes | |
| | Last 4 digits of account number _____ | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 1097 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.4379 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$13,498.00** |

**Jon Phillips**
**2719 Creek Ridge Lane**
**Chapel Hill, NC 27514**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4380 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,236.00** |

**Jon Pitko**
**66477 Paalaa Road**
**Haleiwa, HI 96712**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4381 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$13.00** |

**Jon Rainwater**
**1109 Mountain**
**Oakland, CA 94611**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4382 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$12,229.00** |

**Jon Rusciano**
**1416-A Harold St**
**Houston, TX 77006**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**  Case number (if known) _____

Name

| | |
|---|---|
| 3.4383 | **Nonpriority creditor's name and mailing address** |

**Jon Schabert**
**3385 Dublin Blvd**
**Dublin, CA 94568**

As of the petition filing date, the claim is: **$125.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.4384 | **Nonpriority creditor's name and mailing address** |

**Jon Shirley**
**PO Box 685**
**Medina, WA 98039**

As of the petition filing date, the claim is: **$539.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.4385 | **Nonpriority creditor's name and mailing address** |

**Jon Woodruff**
**585 Oakfield Lane**
**Menlo Park, CA 94025**

As of the petition filing date, the claim is: **$599.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.4386 | **Nonpriority creditor's name and mailing address** |

**Jonah Holmes**
**5530 College Ave.**
**Oakland, CA 94618**

As of the petition filing date, the claim is: **$112.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| 3.4387 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$9,370.00** |

3.4387 **Nonpriority creditor's name and mailing address**

**Jonathan Bass**
**710 paloma ave**
**Burlingame, CA 94010**

_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
■ No
☐ Yes

**$9,370.00**

---

3.4388 **Nonpriority creditor's name and mailing address**

**Jonathan Beasley**
**12417 West Encanto Blvd.**
**Avondale, AZ 85323**

_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
■ No
☐ Yes

**$188.00**

---

3.4389 **Nonpriority creditor's name and mailing address**

**Jonathan Beldon**
**899 Van Dusen Ct**
**Great Falls, VA 22066**

_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
■ No
☐ Yes

**$128.00**

---

3.4390 **Nonpriority creditor's name and mailing address**

**Jonathan Bella**
**500 East 83rd Street**
**New York, NY 10028**

_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
■ No
☐ Yes

**$14,380.00**

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1100 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

---

| 3.4391 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$63.00** |

**Jonathan Berk**
**631 Folsom St**
**Berkeley, CA 94705**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4392 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$199.00** |

**Jonathan Bockman**
**732 Springvale Rd**
**Great Falls, VA 22066**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4393 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$6,453.00** |

**Jonathan Burke**
**489 Barnsboro Rd**
**Sewell, NJ 08080**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4394 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$907.00** |

**Jonathan Christie**
**1801 S Wilson Place**
**Los Angeles, CA 90019**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1101 of 1150

Debtor **Fox Ortega Enterprises, Inc.**                                      Case number (if known) _____

Name

---

| 3.4395 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,039.00 |
|---|---|---|---|

**Jonathan Cosby**
**105 Arbor Court**
**Woodside, CA 94062**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4396 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $131.00 |
|---|---|---|---|

**Jonathan Creighton**
**758 Trestle Glen rd**
**Oakland, CA 94610**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4397 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $69.00 |
|---|---|---|---|

**Jonathan Creighton**
**PO Box 1456**
**Neutral Bay, 2089 NEW SOUTH WALES**
**AUSTRALIA**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4398 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $155.00 |
|---|---|---|---|

**Jonathan Doft**
**920 Park Avenue**
**New York, NY 10028**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1102 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | |
|---|---|
| 3.4399 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$659.00** |
| **Jonathan During** | Check all that apply. |
| **11A Salamanca Rd.** | ☐ Contingent |
| **Kelburn, Wellington, 6001** | ☐ Unliquidated |
| **NEW ZEALAND** | ☐ Disputed |
| | **Basis for the claim:** |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

| | |
|---|---|
| 3.4400 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$3,590.00** |
| **Jonathan Fowler** | Check all that apply. |
| **3031 S. Steele St.** | ☐ Contingent |
| **Denver, CO 80210** | ☐ Unliquidated |
| | ☐ Disputed |
| | **Basis for the claim:** |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

| | |
|---|---|
| 3.4401 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$6,386.00** |
| **Jonathan Frank** | Check all that apply. |
| **300 E. 40th St** | ☐ Contingent |
| **New York, NY 10016** | ☐ Unliquidated |
| | ☐ Disputed |
| | **Basis for the claim:** |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

| | |
|---|---|
| 3.4402 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$2,616.00** |
| **Jonathan Goldman** | Check all that apply. |
| **202 Cascade Drive** | ☐ Contingent |
| **Mill Valley, CA 94941** | ☐ Unliquidated |
| | ☐ Disputed |
| | **Basis for the claim:** |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1103 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Case number *(if known)* _____

Name

| 3.4403 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$681.00** |
|---|---|---|---|

**Jonathan Goldstein**
**42 Frontenac Estates**
**Saint Louis, MO 63131**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4404 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$405.00** |

**Jonathan Gordon**
**2613 Cosmos Dr.**
**Atlanta, GA 30345**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4405 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$69.00** |

**Jonathan Grad**
**1040 Chestnut St.**
**San Francisco, CA 94109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4406 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$56,222.00** |

**Jonathan Grunzweig**
**2450 Broadway**
**Santa Monica, CA 90404**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1104 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.4407 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$852.00** |
|---|---|---|---|

**Jonathan Hochhauser**
**4 Melwood Lane**
**Westport, CT 06880**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4408 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,852.00** |
|---|---|---|---|

**Jonathan Hoffman**
**133 Old Gulph Road**
**Wynnewood, PA 19096**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4409 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,215.00** |
|---|---|---|---|

**Jonathan Ilany**
**PO Box 180**
**Winchester Center, CT 06094**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4410 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$293.00** |
|---|---|---|---|

**Jonathan Kaplan**
**315 Belle Fontaine St.**
**Pasadena, CA 91105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1105 of 1150

Debtor **Fox Ortega Enterprises, Inc.**      Case number (if known) _____

Name

---

| 3.4411 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$209.00** |

**Jonathan Kaplan**
**2348 West Roscoe**
**Chicago, IL 60618**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4412 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$35.00** |

**Jonathan Karl**
**1711 Oak Lane**
**McLean, VA 22101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4413 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,723.00** |

**Jonathan Katz**
**81 Wheeler Avenue**
**Salem, NH 03079**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4414 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$383.00** |

**Jonathan Kibera**
**609 Summit Avenue**
**Mill Valley, CA 94941**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 1106 of 1150

Debtor   **Fox Ortega Enterprises, Inc.**                                        Case number (if known)  _____
         _____
         Name

| 3.4415 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$191.00** |

**Jonathan LaBrie**
**PO Box 574**
**Rollinsford, NH 03869**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   _____

---

| 3.4416 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$8,879.00** |

**Jonathan Lawrence**
**63 Addison Dr.**
**Short Hills, NJ 07078**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   _____

---

| 3.4417 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$539.00** |

**Jonathan Lee Haun**
**238 Wilson St.**
**Baltimore, MD 21217**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   _____

---

| 3.4418 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,286.00** |

**Jonathan Leu**
**3137 Divisadero St**
**San Francisco, CA 94123**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred   _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number *(if known)*

| | |
|---|---|
| **3.4419** **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $1,833.00 |

**3.4419** **Nonpriority creditor's name and mailing address**

**Jonathan Lipchin**
**3300 N Ridge Road**
**Ellicott City, MD 21043**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number

As of the petition filing date, the claim is: **$1,833.00**

---

**3.4420** **Nonpriority creditor's name and mailing address**

**Jonathan Loesberg**
**3717 Windom Place NW**
**Washington, DC 20016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number

As of the petition filing date, the claim is: **$545.00**

---

**3.4421** **Nonpriority creditor's name and mailing address**

**Jonathan MacQuitty**
**353 Lowell Avenue**
**Palo Alto, CA 94301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number

As of the petition filing date, the claim is: **$1,029.00**

---

**3.4422** **Nonpriority creditor's name and mailing address**

**Jonathan Matz**
**2120 Trently Lane**
**Beverly Hills, CA 90210**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number

As of the petition filing date, the claim is: **$9,204.00**

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1108 of 1150

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____

Name

| 3.4423 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$179.00** |

**Jonathan Menor**
**3217 Corte Tamarindo**
**Carlsbad, CA 92009**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.4424 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$684.00** |

**Jonathan Mow**
**14130 Tierra Bonita Rd**
**Poway, CA 92064**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.4425 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,998.00** |

**Jonathan Packer**
**951 Fell Street**
**Baltimore, MD 21231**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.4426 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$389.00** |

**Jonathan Pike**
**111 E 7th St**
**New York, NY 10009**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____
          _____
          Name

| 3.4427 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** |

**Jonathan Polland**
**235 Montgomery St., Ste. 701**
**San Francisco, CA 94104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4428 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,321.00** |

**Jonathan Reuter**
**48 Leighton Rd**
**Wellesley, MA 02482**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4429 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,426.00** |

**Jonathan Rezabek**
**2544 Kingsley Dr NE**
**Marietta, GA 30062**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4430 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$14,942.00** |

**Jonathan Root**
**6 Southmoor Dr**
**Saint Louis, MO 63105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1110 of 1150

Debtor   **Fox Ortega Enterprises, Inc.**       Case number *(if known)* _____

Name

| | | |
|---|---|---|
| 3.4431 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:     **$1,679.00** |

**Jonathan Rosenberg**
**5 Briarcliff Road**
**Chappaqua, NY 10514**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | | |
|---|---|---|
| 3.4432 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:     **$3,429.00** |

**Jonathan Samuels**
**1720 Wazee Street**
**Denver, CO 80202**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | | |
|---|---|---|
| 3.4433 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:     **$479.00** |

**Jonathan Shear**
**9707 Checkerboard St**
**Houston, TX 77096**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | | |
|---|---|---|
| 3.4434 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:     **$221.00** |

**Jonathan Sirot**
**8 Greenview**
**Middlefield, CT 06455**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1111 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.4435 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$189.00** |

**Jonathan Solomon**
**210 Landreth Court**
**Durham, NC 27713**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4436 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$509.00** |

**Jonathan St.Vincent**
**1229 Chestnut St**
**San Francisco, CA 94109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4437 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$969.00** |

**Jonathan Starre**
**4714 Noble Ave.**
**Sherman Oaks, CA 91403**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4438 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,079.00** |

**Jonathan Tretler**
**58 Sycamore Road**
**Scarsdale, NY 10583**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050     Doc# 16     Filed: 01/21/16     Entered: 01/21/16 15:42:32     Page 1112 of 1150

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____

Name

---

| 3.4439 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,379.00** |

**Jonathan Tsao**
**258 Riverside Drive**
**New York, NY 10025**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4440 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$257.00** |

**Jonathan Waddington**
**1462 Kings Ave**
**West Vancouver, BC V7T2C9**
**CANADA**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4441 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$305.00** |

**Jonathon Adams-Kane**
**844 Reichert Ave**
**Novato, CA 94945**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4442 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$83.00** |

**Jonathon Ballon, M.D.**
**44 South Roberts Road**
**Bryn Mawr, PA 19010**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1113 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known) _____

| 3.4443 | **Nonpriority creditor's name and mailing address** | | **$7,649.00** |

**Jonathon Burdick**
**4030 E. Mercer Way**
**Mercer Island, WA 98040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4444 | **Nonpriority creditor's name and mailing address** | | **$50.00** |

**Jonathon Gordon**
**2613 Cosmos Dr**
**Atlanta, GA 30345**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4445 | **Nonpriority creditor's name and mailing address** | | **$399.00** |

**Jonathon Loffi**
**523 Landon Drive**
**Nashville, TN 37220**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4446 | **Nonpriority creditor's name and mailing address** | | **$2,296.00** |

**Jonathon Sherman-Presser**
**3189 21st St**
**San Francisco, CA 94110**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1114 of 1150

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.4447** | **Nonpriority creditor's name and mailing address**

**JongYoon Kim**
**7732 SW Nimbus Avenue**
**Beaverton, OR 97008**

As of the petition filing date, the claim is: | **$234.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No

Last 4 digits of account number ☐ Yes

---

**3.4448** | **Nonpriority creditor's name and mailing address**

**Jordan Bender**
**10431 Wyton Drive**
**Los Angeles, CA 90024**

As of the petition filing date, the claim is: | **$204.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No

Last 4 digits of account number ☐ Yes

---

**3.4449** | **Nonpriority creditor's name and mailing address**

**Jordan Corngold**
**2926 Waverly Dr.**
**Los Angeles, CA 90039**

As of the petition filing date, the claim is: | **$1,853.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No

Last 4 digits of account number ☐ Yes

---

**3.4450** | **Nonpriority creditor's name and mailing address**

**Jordan Horoschak**
**1657 Colquitt Street**
**Houston, TX 77006**

As of the petition filing date, the claim is: | **$36,484.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No

Last 4 digits of account number ☐ Yes

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 1115 of 1150

Debtor   **Fox Ortega Enterprises, Inc.**                                        Case number (if known) _____
         _____
         Name

| 3.4451 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,749.00** |
|---|---|---|---|

**Jordan Kerner**
**4500 W. Ave 41**
**Los Angeles, CA 90065**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4452 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$493.00** |
|---|---|---|---|

**Jordan Lang**
**2550 3rd Ave #630**
**Seattle, WA 98121**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4453 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,340.00** |
|---|---|---|---|

**Jordan Levy**
**One HSBC Center**
**Buffalo, NY 14203**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4454 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,089.00** |
|---|---|---|---|

**Jordan Mackay**
**1002 Tennessee St**
**San Francisco, CA 94107**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 1116 of 1150

Debtor   **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

---

| 3.4455 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $786.00 |

**Jordan Prodan**
**1120 Hillside Dr**
**Birmingham, MI 48009**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4456 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $349.00 |

**Jordan Rodgers**
**7541 SW View Point Terrace**
**Portland, OR 97219**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4457 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,839.00 |

**Jordi Visser**
**813 Minsi Trail**
**Franklin Lakes, NJ 07417**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4458 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $239.00 |

**Jorge Bustamante**
**370 SW 27 RD**
**Miami, FL 33129**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4459 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$479.00** |

**Jorge Faraj**
**6902 N 111 Avenue**
**Miami, FL 33178**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4460 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$713.00** |

**Jorge Gomez**
**11 Old Roaring Brook Road**
**Mount Kisco, NY 10549**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4461 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$196.00** |

**Jorge Lazaro**
**8310 Harcourt Road**
**Clifton, NJ 07013**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4462 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,142.00** |

**Jorge Rodriguez**
**2034 N Argyle Ave**
**Los Angeles, CA 90068**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050 Doc# 16 Filed: 01/21/16 Entered: 01/21/16 15:42:32 Page 1118 of 1150

| 3.4463 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$380.00** |

**Jorge Schneider**
**122 S. Michigan Ave.**
**Chicago, IL 60603**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

---

| 3.4464 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$159.00** |

**Jorge Sierra**
**124 W 60th Street**
**New York, NY 10023**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

---

| 3.4465 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$799.00** |

**Jose Acuna**
**3312 Thousand Oaks Cv**
**Austin, TX 78746**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

---

| 3.4466 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$918.00** |

**Jose Barria**
**3478 San Marcos Way**
**Santa Clara, CA 95051**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1119 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.4467 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$927.00** |

**Jose Barrueco**
**31 Elmwood Rd**
**South Salem, NY 10590**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4468 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$22.00** |

**Jose Betancourt**
**118 E Oneida Street**
**Chula Vista, CA 91911**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4469 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$528.00** |

**Jose Corzo**
**11845 Silver Oak Drive**
**Fort Lauderdale, FL 33330**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4470 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,349.00** |

**Jose Daes**
**10653 NE Quaybridge Ct**
**Miami, FL 33138**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1120 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.4471 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$208,559.00** |

**Jose Davila**
**c/o GDE Trading Limited**
**Union City, CA 94587**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.4472 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$1,409.00** |

**Jose Davila**
**ACCOUNT OF Alfred Wieneke III**
**Union City, CA 94587**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.4473 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$2,399.00** |

**Jose Drummond**
**55 West 25th Street**
**New York, NY 10010**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.4474 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$810.00** |

**Jose Krupp**
**3123 NW 73 St**
**Miami, FL 33147**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1121 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.4475 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $232.00 |

**Jose Lopez**
**208 New Gate Loop**
**Heathrow, FL 32746**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4476 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,123.00 |

**Jose Lopez-Cintron M.D.**
**1067 Town Center Drive**
**Orange City, FL 32763**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4477 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,159.00 |

**Jose Menendez**
**6417 E Gainsborough Rd**
**Scottsdale, AZ 85251**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4478 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $540.00 |

**Jose Millan**
**340 Cadillac Dr**
**Sacramento, CA 95825**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1122 of 1150

Debtor  **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____

Name

| 3.4479 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$325.00** |

**Nonpriority creditor's name and mailing address**
**Jose Molina**
**51 Darren Drive**
**Basking Ridge, NJ 07920**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4480 |

**Nonpriority creditor's name and mailing address**
**Josef Sekon**
**209 Lake Court**
**Aptos, CA 95003**

As of the petition filing date, the claim is:  **$655.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4481 |

**Nonpriority creditor's name and mailing address**
**Joseph Abruzzo**
**1049 Morgan Ave**
**Drexel Hill, PA 19026**

As of the petition filing date, the claim is:  **$3,137.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4482 |

**Nonpriority creditor's name and mailing address**
**Joseph Alessandrini**
**115212 Hemingway Drive**
**Reston, VA 20194**

As of the petition filing date, the claim is:  **$1,739.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 1123 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.4483 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,119.00** |

**Joseph Atsmon**
**1500 Locust St**
**Philadelphia, PA 19102**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4484 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$288.00** |

**Joseph Beach**
**15516 Brem Ln**
**Charlotte, NC 28277**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4485 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$714.00** |

**Joseph Beyer**
**1814 Elizabeth St**
**San Carlos, CA 94070**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4486 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,433.00** |

**Joseph Bruno**
**855 Baronne Street**
**New Orleans, LA 70113**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1124 of 1150

Debtor **Fox Ortega Enterprises, Inc.**     Case number (if known) _____

Name

---

| 3.4487 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $866.00 |

**Joseph Butler**
**3108 Centennial Dr**
**Fort Collins, CO 80526**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

---

| 3.4488 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $269.00 |

**Joseph Butler**
**3500 N Janssen**
**Chicago, IL 60657**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

---

| 3.4489 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $5,768.00 |

**Joseph Colello**
**17001 NE 129th Court**
**Redmond, WA 98052**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

---

| 3.4490 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $4,734.00 |

**Joseph Cuenco**
**10 Cafe Court**
**Danville, CA 94506**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1125 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.4491 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,468.00 |
|---|---|---|---|

**Joseph Dean**
**8547 Bishop Creek Circle**
**Roseville, CA 95661**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number _____

| 3.4492 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,799.00 |
|---|---|---|---|

**Joseph Dean Tait**
**7028 Elmsdale Dr**
**San Jose, CA 95120**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number _____

| 3.4493 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,054.00 |
|---|---|---|---|

**Joseph DeHaven**
**202 Yam Gandy Rd.**
**Savannah, GA 31411**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number _____

| 3.4494 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,309.00 |
|---|---|---|---|

**Joseph Dimyan**
**83 Wooster Heights**
**Danbury, CT 06813**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1126 of 1150

Debtor  **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

---

| 3.4495 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$8,109.00** |

**Joseph DiSalvo**
**85 Liberty Avenue**
**Staten Island, NY 10304**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4496 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,484.00** |

**Joseph Donner**
**1155 Highland Drive**
**Novato, CA 94949**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4497 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$899.00** |

**Joseph E. Long**
**700 Ardsley Rd.**
**Winnetka, IL 60093**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4498 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$779.00** |

**Joseph Eagan**
**150 E 77th St**
**New York, NY 10075**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 1127
of 1150

Debtor  **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____

Name

| 3.4499 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$359.00** |
|---|---|---|---|

**Joseph Eastern**
**36 Newark Ave.**
**Belleville, NJ 07109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4500 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$12,270.00** |
|---|---|---|---|

**Joseph Fath**
**13606 Sheepshead Court**
**Clarksville, MD 21029**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4501 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,684.00** |
|---|---|---|---|

**Joseph Feigenbaum**
**2348 Octavia**
**San Francisco, CA 94109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4502 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,169.00** |
|---|---|---|---|

**Joseph Felson**
**15 Crocker Ave.**
**Piedmont, CA 94611**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor __Fox Ortega Enterprises, Inc._____     Case number (if known) _____
         Name

| 3.4503 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$15,135.00** |

**Joseph Floren**
**889 Santa Barbara Road**
**Berkeley, CA 94111**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4504 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$359.00** |

**Joseph Frank Umosella**
**15 Isla Bahia Drive**
**Fort Lauderdale, FL 33316**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4505 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,215.00** |

**Joseph Geisberg**
**52 William St**
**Needham, MA 02494**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4506 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,529.00** |

**Joseph Grabow**
**11826 179th Place NE**
**Redmond, WA 98052**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.4507 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,371.00** |

**Joseph Hegarty**
**4750 Langdale Way**
**Colorado Springs, CO 80906**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.4508 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,079.00** |

**Joseph Henderson**
**P.O. Box 797**
**Berryville, VA 22611**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.4509 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,983.00** |

**Joseph Hogan**
**1864 Doris Drive**
**Menlo Park, CA 94025**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.4510 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$39,871.00** |

**Joseph Howe**
**101 Chukkars Drive**
**Thomasville, GA 31792**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 1130 of 1150

Debtor  **Fox Ortega Enterprises, Inc.**  Case number (if known) _____
_____
Name

| 3.4511 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$194.00** |

**Joseph Iorio**
**18 Festivo**
**Irvine, CA 92606**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4512 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,699.00** |

**Joseph Johnson**
**2500 Shannon Road**
**Northbrook, IL 60062**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4513 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$379.00** |

**Joseph Kane**
**142 E 27th Street**
**New York, NY 10016**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4514 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$139.00** |

**Joseph Keenan**
**20 Laurel Ave**
**New York, NY 10286**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1131 of 1150

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.4515 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$671.00** |
|---|---|---|---|

**Joseph Kelley**
**1628 Pine St**
**Philadelphia, PA 19103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.4516 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$239.00** |
|---|---|---|---|

**Joseph Kiener**
**2320 Kinney Ln**
**Reno, NV 89511**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.4517 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$134.00** |
|---|---|---|---|

**Joseph Kruchek**
**20875 N Pima Road**
**Scottsdale, AZ 85255**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.4518 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$149.00** |
|---|---|---|---|

**Joseph La Macchia**
**4949 S 103rd St**
**Greenfield, WI 53228**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

---

| 3.4519 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$13,252.00** |

**Joseph LaNasa**
**54 Byram Drive**
**Greenwich, CT 06830**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4520 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$6,594.00** |

**Joseph Lau**
**1600 Harbor Blvd.**
**Weehawken, NY 07086**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4521 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$309.00** |

**Joseph Lentini**
**4103 Casey Court**
**Alexandria, VA 22306**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4522 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,110.00** |

**Joseph Liberatore**
**W142N10031 Sunburst Ct.**
**Germantown, WI 53022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1133 of 1150

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.4523** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,164.00**

**Joseph Lipscomb**
**148 Kirkham St**
**San Francisco, CA 94122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.4524** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,578.00**

**Joseph LoBue**
**1270 NW Summit Avenue**
**Portland, OR 97210**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.4525** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$86,964.00**

**Joseph Madrid**
**Philippine Equity Partners, Inc.**
**8741 Paseo de Roxas, Makati City 1226**
**PHILIPPINES**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.4526** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,031.00**

**Joseph Mandelbaum**
**440 S Brea Blvd**
**Brea, CA 92821**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1134 of 1150

Debtor  **Fox Ortega Enterprises, Inc.**                          Case number (if known) _____
_____
Name

| 3.4527 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$479.00** |

**Joseph Marrone**
**4715 29th St. S**
**Arlington, VA 22206**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4528 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$249.00** |

**Joseph McNamara**
**P.O. Box 4876**
**Carmel, CA 93921**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4529 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$30,645.00** |

**Joseph Micho**
**9319 Meadowsweet Dr.**
**Belvidere, IL 61008**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4530 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,658.00** |

**Joseph Miller**
**141 Hillcrest Terrace**
**Santa Cruz, CA 95060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____   Case number (if known) _____
Name

---

| 3.4531 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$304.00** |
|---|---|---|---|

**Joseph Moore**
**431 Winona Blvd.**
**Rochester, NY 14617**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____   ☐ Yes

---

| 3.4532 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$131.00** |
|---|---|---|---|

**Joseph Moresco**
**1345 Havenhurst Dr.**
**West Hollywood, CA 90046**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____   ☐ Yes

---

| 3.4533 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$189.00** |
|---|---|---|---|

**Joseph Muretta**
**5-290 Nils Hasselmo Hall**
**Minneapolis, MN 55455**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____   ☐ Yes

---

| 3.4534 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,886.00** |
|---|---|---|---|

**Joseph Nehmen**
**7281 Fisher Island Dr**
**Miami, FL 33109**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____   ☐ Yes

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1136 of 1150

Debtor **Fox Ortega Enterprises, Inc.**　　　　　　Case number (if known) _____

Name

| 3.4535 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,299.00** |
|---|---|---|---|

**Joseph Ngo**
**1243 Wynden Oaks Garden**
**Houston, TX 77056**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____　☐ Yes

| 3.4536 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,079.00** |
|---|---|---|---|

**Joseph Niehaus**
**2459 Pacific Ave.**
**San Francisco, CA 94115**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____　☐ Yes

| 3.4537 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$55.00** |
|---|---|---|---|

**Joseph Perry**
**614 Essex Street**
**South Hamilton, MA 01982**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____　☐ Yes

| 3.4538 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$167.00** |
|---|---|---|---|

**Joseph Rater**
**11155 Conway Rd.**
**Frontenac, MO 63131**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____　☐ Yes

Case: 16-40050　Doc# 16　Filed: 01/21/16　Entered: 01/21/16 15:42:32　Page 1137 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.4539 | |

**Nonpriority creditor's name and mailing address**

**Joseph Russo**
**3122 Bandera Dr.**
**Palo Alto, CA 94304**

As of the petition filing date, the claim is:                **$1,439.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.4540 | |

**Nonpriority creditor's name and mailing address**

**Joseph Sander**
**4389 Old Dominion Dr**
**Arlington, VA 22207**

As of the petition filing date, the claim is:              **$16,817.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.4541 | |

**Nonpriority creditor's name and mailing address**

**Joseph Schenck**
**10494 SW Windwood Way**
**Portland, OR 97225**

As of the petition filing date, the claim is:                **$1,217.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.4542 | |

**Nonpriority creditor's name and mailing address**

**Joseph Shrager**
**676 Mayfield Ave**
**Stanford, CA 94305**

As of the petition filing date, the claim is:                  **$132.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**     Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.4543 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $1,729.00 |

**Nonpriority creditor's name and mailing address**

3.4543

**Joseph Simei**
**555 Eleventh St., NW**
**Washington, DC 20004**

**As of the petition filing date, the claim is:** **$1,729.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

3.4544 **Nonpriority creditor's name and mailing address**

**Joseph Stieven**
**4 Lochinvar Dr.**
**Saint Louis, MO 63131**

**As of the petition filing date, the claim is:** **$2,449.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

3.4545 **Nonpriority creditor's name and mailing address**

**Joseph Toczylowski**
**3066 Fawn Ave**
**San Diego, CA 92117**

**As of the petition filing date, the claim is:** **$359.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

3.4546 **Nonpriority creditor's name and mailing address**

**Joseph Van Matre**
**3021 Warrington Rd.**
**Birmingham, AL 35223**

**As of the petition filing date, the claim is:** **$5,038.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 1139 of 1150

Debtor    **Fox Ortega Enterprises, Inc.**                         Case number (if known) _____
_____
Name

| 3.4547 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$523.00** |
|---|---|---|---|

**Joseph Vuckovich**
**1330 New Hampshire Ave NW**
**Washington, DC 20036**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4548 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,877.00** |
|---|---|---|---|

**Joseph Warren**
**3217 Twisted Oak Pl.**
**Oklahoma City, OK 73120**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4549 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$899.00** |
|---|---|---|---|

**Joseph William Balesteri**
**930 Lathrop**
**River Forest, IL 60305**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4550 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$35,516.00** |
|---|---|---|---|

**Joseph Woolfson**
**10 Montague Terrace**
**Brooklyn, NY 11201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1140 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.4551 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$149.00** |

**Joseph Yeager**
**149 West Newell Ave**
**Rutherford, NJ 07070**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4552 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$15,769.00** |

**Joseph Yi**
**21 Yates Lane**
**Jericho, NY 11753**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4553 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$9,599.00** |

**Joseph Zajac**
**1134 Harvard Place**
**Fort Lee, NJ 07024**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4554 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$719.00** |

**Joseph Zammuto**
**213 Crest Rd**
**Woodside, CA 94062**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1141 of 1150

Debtor **Fox Ortega Enterprises, Inc.**                Case number (if known) _____
_____
Name

| 3.4555 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$599.00** |

3.4555 **Nonpriority creditor's name and mailing address**

**Josh Agrons**
**11614 Windy Lane**
**Houston, TX 77024**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

3.4556 **Nonpriority creditor's name and mailing address**                **$159.00**

**Josh Bartel**
**4304 Ocean Dr.**
**Manhattan Beach, CA 90266**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

3.4557 **Nonpriority creditor's name and mailing address**                **$2,472.00**

**Josh Beck**
**11715 Skyline Blvd.**
**Los Gatos, CA 95033**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

3.4558 **Nonpriority creditor's name and mailing address**                **$460.00**

**Josh Durham**
**1609 Sterling Road**
**Charlotte, NC 28209**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 1142 of 1150

Debtor **Fox Ortega Enterprises, Inc.**  Case number (if known) _____

Name

| 3.4559 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$17,759.00** |
|---|---|---|---|

**Josh Felser**
**41 Beverly Terrace**
**Mill Valley, CA 94941**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4560 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$7,335.00** |
|---|---|---|---|

**Josh Fiden**
**4590 Timber Ln**
**Occidental, CA 95465**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4561 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$679.00** |
|---|---|---|---|

**Josh Green**
**25 Magnolia Drive**
**Menlo Park, CA 94027**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4562 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,330.00** |
|---|---|---|---|

**Josh Hannah**
**5840 Heron Dr.**
**Oakland, CA 94618**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1143 of 1150

| 3.4563 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$21,503.00** |
|---|---|---|---|

**Josh Leader**
**561 10th Avenue**
**New York, NY 10036**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4564 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$7,742.00** |
|---|---|---|---|

**Josh Liu**
**40331 Strawflower Way**
**Fremont, CA 94538**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4565 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$105.00** |
|---|---|---|---|

**Josh Olsen**
**2801 Main St**
**Irvine, CA 92614**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4566 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,167.00** |
|---|---|---|---|

**Josh Wallace**
**1426 Magnolia Ave**
**San Carlos, CA 94070**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1144 of 1150

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.4567 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$559.00** |

**Josh Weiss**
**62 Gammons Rd**
**Waban, MA 02468**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4568 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,987.00** |

**Joshua Adler**
**23 Running Cedar Rd.**
**Princeton, NJ 08540**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4569 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$12,337.00** |

**Joshua Cohn**
**PO Box 53**
**New York, NY 10028**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4570 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$959.00** |

**Joshua Dolger**
**187 W. Norwalk Rd.**
**Norwalk, CT 06850**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor  **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____

Name

| 3.4571 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,051.00** |
|---|---|---|---|

**Joshua Durham**
**119 Dover Circle**
**Norfolk, VA 23505**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4572 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,184.00** |
|---|---|---|---|

**Joshua Gelb**
**6072 Cirrus**
**San Diego, CA 92110**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4573 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$11,369.00** |
|---|---|---|---|

**Joshua Goldberg**
**305 2nd Ave**
**New York, NY 10003**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4574 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,598.00** |
|---|---|---|---|

**Joshua Grainer**
**2550 Delaplane Grade Road**
**Sperryville, VA 20144**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1146 of 1150

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.4575 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,807.00** |

**Joshua Kail**
**2805 Geneva Street**
**Denver, CO 80238**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4576 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,827.00** |

**Joshua Kates**
**4879 E Heritage Woods Rd**
**Bloomington, IN 47401**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4577 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,159.00** |

**Joshua Mandell**
**25 Park Ave**
**Larchmont, NY 10538**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4578 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,271.00** |

**Joshua Najjar**
**45 West 10th St.**
**New York, NY 10011**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1147 of 1150

Debtor **Fox Ortega Enterprises, Inc.**     Case number *(if known)* _____

Name

---

| 3.4579 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$14,149.00** |
|---|---|---|---|

**Joshua Ross**
**40 The Ledges Rd**
**Newton Centre, MA 02459**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4580 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,653.00** |
|---|---|---|---|

**Joshua Shedroff**
**323 Broadway**
**Cambridge, MA 02139**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4581 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$149.00** |
|---|---|---|---|

**Joshua Smith**
**19949 39a Ave**
**Vancouver, BC V3A7G3**
**CANADA**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4582 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,187.00** |
|---|---|---|---|

**Joshua Thielen**
**14423 Spring Lake Road**
**Hopkins, MN 55345**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 1148 of 1150

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.4583 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$77.00** |

**Joshua Weinstein**
**141 Terrace Dr.**
**San Francisco, CA 94127**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4584 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$23,395.00** |

**Joshua Wilson**
**17817 Poplar Ave**
**Shafter, CA 93263**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4585 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$424.00** |

**Josy Alba**
**Campo de los Martires 2**
**Bloque 1, 21 C, Sevilla**
**SPAIN**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4586 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$200.00** |

**Joyce Killingsworth**
**68 Hillsdale Road**
**Arlington, MA 02476**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor  **Fox Ortega Enterprises, Inc.**                          Case number (if known) _____
_____
Name

| 3.4587 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$319.00** |

3.4587  **Nonpriority creditor's name and mailing address**

**JP Errico**
**29 Deer Path Circle**
**Greenbrook, NJ 08812**

_____

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

As of the petition filing date, the claim is:  **$319.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

3.4588  **Nonpriority creditor's name and mailing address**

**JT Mayer**
**2846 Linwood Ave.**
**Cincinnati, OH 45208**

_____

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

As of the petition filing date, the claim is:  **$2,508.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

3.4589  **Nonpriority creditor's name and mailing address**

**Juan Carlos Barron-Cerda**
**Himno Nacional 216**
**San Luis Potosi,  7824**
**MEXICO**

_____

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

As of the petition filing date, the claim is:  **$14,319.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

3.4590  **Nonpriority creditor's name and mailing address**

**Juan Carlos Castillo**
**7801 NW 37th St.**
**Miami, FL 33195**

_____

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

As of the petition filing date, the claim is:  **$2,197.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
■ No
☐ Yes

Case: 16-40050    Doc# 16    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1150
of 1150