Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.4591 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$349.00** |

**Juan Corradi**
**100 Bleecker St.**
**New York, NY 10012**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4592 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,459.00** |

**Juan Enriquez**
**Excel Medical Ventures**
**Boston, MA 02199**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4593 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$19,572.00** |

**Juan Garay**
**4283 Express Lane**
**Sarasota, FL 34238**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4594 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,299.00** |

**Juan Giachino**
**51 SE River Lights Ct**
**Stuart, FL 34996**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.4595** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$761.00**

**Juan Jose Venta Corrales**
**Miguel Lerdo 1085, Centro**
**Veracruz, 91700**
**MEXICO**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.4596** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,319.00**

**Juan Kong**
**196 Yerba Buena Avenue**
**San Francisco, CA 94127**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.4597** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$254.00**

**Juan Palma**
**8629 Jodphur**
**Fair Oaks Ranch, TX 78015**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.4598** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$979.00**

**Juan Raigosa**
**1209 San Dairo Avenue**
**Laredo, TX 78040**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 2 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.4599 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$369.00** |

**Juan Sardinha**
**1612 Farmington Ave**
**West Palm Beach, FL 33414**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4600 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,262.00** |

**Juanita Cristina Alamo**
**PO Box 194911**
**San Juan,  00919**
**PUERTO RICO**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4601 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$233.00** |

**Jud Bergman**
**35 E Wacker Dr**
**Chicago, IL 60601**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4602 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$9,857.00** |

**Judd Lee**
**2719 95th Ave NE**
**Bellevue, WA 98004**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 3 of
1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.4603 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,581.00** |

**Jude Covas**
**7906 Willfield Ct**
**Fairfax Station, VA 22039**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No

Last 4 digits of account number _____

☐ Yes

| 3.4604 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$25,959.00** |

**Judi Ruehle**
**60 Riordan Place**
**Menlo Park, CA 94025**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No

Last 4 digits of account number _____

☐ Yes

| 3.4605 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$599.00** |

**Judith George**
**120 Arvida Parkway**
**Coral Gables, FL 33156**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No

Last 4 digits of account number _____

☐ Yes

| 3.4606 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,019.00** |

**Judith Wetzel**
**18 Saugatuck River Rd**
**Weston, CT 06883**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 4 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.4607 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$467.00** |

**Judith Zinter**
**11 9th St. SE**
**Washington, DC 20003**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4608 | **Nonpriority creditor's name and mailing address** | | **$7,371.00** |

**Judson Byrn**
**16769 Amberstone Way**
**Parker, CO 80134**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4609 | **Nonpriority creditor's name and mailing address** | | **$503.00** |

**Judson Riggs**
**4021 Linnet Ct.**
**Sacramento, CA 95864**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4610 | **Nonpriority creditor's name and mailing address** | | **$99.00** |

**Judy Carlough**
**13 Schoonr Lane**
**Quincy, MA 02171**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.4611 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$519.00** |

**Judy Ford**
**PO Box 98**
**Holladay, TN 38341**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4612 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,824.00** |

**Judy Stier**
**271 Brooks Bend**
**Princeton, NJ 08540**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4613 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$419.00** |

**Juergen Lasowski**
**175 Oak View Drive**
**San Rafael, CA 94903**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4614 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,546.00** |

**Jules M Tanenbaum**
**3390 Reliez Highland Rd**
**Lafayette, CA 94549**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050     Doc# 16-1     Filed: 01/21/16     Entered: 01/21/16 15:42:32     Page 6 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.4615 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$50.00** |

**Julian Whitaker**
**6007 Christie Avenue**
**Emeryville, CA 94608**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4616 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$61.00** |

**Julie Albin**
**25612 Frost Lane**
**Stevenson Ranch, CA 91381**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4617 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$219.00** |

**Julie Beth McFall**
**6324 Warren Ave S**
**Minneapolis, MN 55439**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4618 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$509.00** |

**Julie Gulla**
**3067 NW Greenbriar Terrace**
**Portland, OR 97210**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Debtor  **Fox Ortega Enterprises, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.4619 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $275.00 |

3.4619 | **Nonpriority creditor's name and mailing address**

**Julien Psaute**
**24 rue Saint Dominique**
**Paris 75007**
**FRANCE**

As of the petition filing date, the claim is: $275.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

3.4620 | **Nonpriority creditor's name and mailing address**

**Julio DePietro**
**50 Bond Street**
**New York, NY 10012**

As of the petition filing date, the claim is: $1,984.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

3.4621 | **Nonpriority creditor's name and mailing address**

**Julio Escolano**
**5535 30th Place NW**
**Washington, DC 20015**

As of the petition filing date, the claim is: $2,109.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

3.4622 | **Nonpriority creditor's name and mailing address**

**Julio Licinio**
**224 South Clark Drive**
**Beverly Hills, CA 90211**

As of the petition filing date, the claim is: $3,119.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 8 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.4623 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$799.00** |

**Julio Ysusi**
**Prol Paseo de la Reforma 1015**
**Torre A Planta Baja Altos, Mexico City**
**MEXICO**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

| 3.4624 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$299.00** |

**Julissa Leroux**
**762 Haddonstone Cir**
**Lake Mary, FL 32746**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

| 3.4625 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,743.00** |

**Julius Lasoff**
**441 East 20th Street**
**New York, NY 10010**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

| 3.4626 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$119.00** |

**Jun Yu**
**3512 Pine Ave**
**Manhattan Beach, CA 90266**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

Debtor   **Fox Ortega Enterprises, Inc.**
_____     Case number (if known) _____
Name

| 3.4627 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$13,422.00** |

**Jung Whan Son**
**Jamsil 4 dong**
**Seoul, 13893**
**SOUTH KOREA**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4628 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$854.00** |

**Jung Woo Hahn**
**1979 Gramercy Place**
**Hummelstown, PA 17036**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4629 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$349.00** |

**Junhua Cheng**
**645 HWY 165**
**Branson, MO 65616**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4630 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$365.00** |

**Junichi Igarashi**
**157 Yumoto, Nasu-machi**
**Nasu-gun Tochigi-ken,  3250301**
**JAPAN**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

---

| 3.4631 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$509.00** |

**Junji Shimada**
**5047-26 OOami Ooamishirasato-machi**
**Chikaben Sanbugun, 299-3251**
**JAPAN**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.4632 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$271.00** |

**Junnifer Lee**
**304 E 20th St. #PHH**
**New York, NY 10003**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.4633 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,532.00** |

**Jusden Aumand**
**3080 Greenview Dr**
**Castro Valley, CA 94536**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.4634 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,599.00** |

**Justin Baird**
**3447 40th Ave SW**
**Seattle, WA 98116**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 11 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.4635 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$19,282.00** |

**Justin Bonner**
**1167 Gumbottom Rd**
**Crownsville, MD 21032**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4636 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$479.00** |

**Justin Campbell**
**54 Lawton Street**
**Brookline, MA 02446**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4637 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$267.00** |

**Justin Charles LeFauve**
**100 maiden lane**
**New York, NY 10038**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4638 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,943.00** |

**Justin Chin**
**372 Green St.**
**San Francisco, CA 94133**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 12 of 1144

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____

Name

---

| 3.4639 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$683.00** |

**Justin D'Arms**
**90 W. 2nd Ave.**
**Columbus, OH 43201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4640 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$312.00** |

**Justin Dragoo**
**35 Forest Lane**
**Napa, CA 94558**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4641 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$100.00** |

**Justin Fox**
**2725 Van Ness Ave.**
**San Francisco, CA 94109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4642 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$36.00** |

**Justin Gafford**
**370 W 3rd Ave**
**Columbus, OH 43201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.4643 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,141.00 |

**Justin Hartley**
**2315A Westlake Dr**
**Austin, TX 78746**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4644 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,108.00 |

**Justin Hughes**
**398 Pennsylvania Ave**
**San Francisco, CA 94107**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4645 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $179.00 |

**Justin Lizak**
**3311 Twin Oaks Drive**
**Napa, CA 94558**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4646 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,214.00 |

**Justin Lurie**
**1221 Woodborough Rd**
**Lafayette, CA 94959**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.4647 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,880.00** |

**Justin Mallen**
**One California Street**
**San Francisco, CA 94111**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4648 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$199.00** |

**Justin McCarthy**
**341 McClenaghan Rd**
**Wynnewood, PA 19096**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4649 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,963.00** |

**Justin Navaretta**
**1316 Eagle Street**
**Houston, TX 77004**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4650 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,644.00** |

**Justin Nelson**
**39 Grumman Hill Road**
**Wilton, CT 06897**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 15 of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.4651 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,609.00** |

**Justin Schuchardt**
**10 Belle Ave.**
**San Rafael, CA 94901**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4652 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$47,934.00** |

**Justin Smith**
**2810 Willow Creek Rd**
**Paso Robles, CA 93446**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4653 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,797.00** |

**K Sano**
**410 Austin Street**
**San Francisco, CA 94109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4654 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,202.00** |

**Kachaphol Harinsuit**
**9632 Ernwood Place**
**San Ramon, CA 94583**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**     Case number (if known) _____

Name

| | |
|---|---|
| 3.4655 | |

**Nonpriority creditor's name and mailing address**

**Kae J Lee**
**2524 Osterman Ave.**
**Tustin, CA 92782**

As of the petition filing date, the claim is:     **$35.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.4656 | |

**Nonpriority creditor's name and mailing address**

**Kai Wang**
**108 Baritone**
**Irvine, CA 92620**

As of the petition filing date, the claim is:     **$629.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.4657 | |

**Nonpriority creditor's name and mailing address**

**Kalvin Lui**
**19569 Mulberry Drive**
**Walnut, CA 91789**

As of the petition filing date, the claim is:     **$1,057.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.4658 | |

**Nonpriority creditor's name and mailing address**

**Kamal Shah**
**349 Selby Lane**
**Menlo Park, CA 94025**

As of the petition filing date, the claim is:     **$1,539.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 17 of 1144

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____

Name

| 3.4659 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,456.00** |

**Kamran Shamsavari**
**1360 Redwood Way**
**Petaluma, CA 94954**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____      **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____      ☐ Yes

| 3.4660 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$207.00** |

**Kanyu Tsang**
**PO Box 230065**
**Encinitas, CA 92023**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____      **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____      ☐ Yes

| 3.4661 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$339.00** |

**Kaoru Nishino**
**364 Barrett Circle**
**Danville, CA 94526**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____      **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____      ☐ Yes

| 3.4662 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$8,124.00** |

**Karan Khanna**
**35 Tide Watch**
**Newport Beach, CA 92657**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____      **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____      ☐ Yes

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 18
of 1144

Debtor    **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____
          _____
          Name

| 3.4663 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,269.00** |
|---|---|---|---|

**Karen Budlong**
**12201 Coalboro Rd**
**Chesterfield, VA 23838**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4664 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,298.00** |
|---|---|---|---|

**Karen Chakmakian**
**850 Center Drive**
**Palo Alto, CA 94301**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4665 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,068.00** |
|---|---|---|---|

**Karen Chen**
**240 W 98th St.**
**New York, NY 10025**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4666 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$473.00** |
|---|---|---|---|

**Karen Meyer**
**1505 N 20th Street**
**Boise, ID 83702**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.4667 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,844.00** |

**Karen Miller**
**631 Hathaway St**
**Moscow, ID 83843**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.4668 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$115.00** |

**Karen Park**
**701 E. 3rd Street**
**Los Angeles, CA 90013**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.4669 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$531.00** |

**Karen Peterson**
**1067 Leigh Mill Rd**
**Great Falls, VA 22066**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.4670 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$284.00** |

**Karen Peterson**
**3450 Stanford Dr.**
**Anchorage, AK 99508**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor __Fox Ortega Enterprises, Inc.__       Case number (if known) _____
Name

| | | |
|---|---|---|
| **3.4671** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$175.00** |

**3.4671**   **Nonpriority creditor's name and mailing address**

**Kari Severe**
**600 Yosemite Blvd.**
**Modesto, CA 95354**

As of the petition filing date, the claim is: **$175.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.4672**   **Nonpriority creditor's name and mailing address**

**Karl Elderkin**
**2225 SE 14th Street**
**Pompano Beach, FL 33062**

As of the petition filing date, the claim is: **$15,878.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.4673**   **Nonpriority creditor's name and mailing address**

**Karl Fate**
**6824 Hwy 8 West**
**Rhinelander, WI 54501**

As of the petition filing date, the claim is: **$8,510.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.4674**   **Nonpriority creditor's name and mailing address**

**Karl Follman**
**526 Whitetail Cir**
**Hampshire, IL 60140**

As of the petition filing date, the claim is: **$3,099.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 21 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known)

| | |
|---|---|
| 3.4675 | **Nonpriority creditor's name and mailing address** |

**Karl Hanson**
**3451 Randolph Street**
**Jacksonville, FL 32207**

As of the petition filing date, the claim is: **$197.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.4676 | **Nonpriority creditor's name and mailing address** |

**Karl Hart**
**10201 Park Edge Drive**
**Centerville, OH 45458**

As of the petition filing date, the claim is: **$107.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.4677 | **Nonpriority creditor's name and mailing address** |

**Karl Huelsenbeck**
**13 Burgess Street**
**Chatham, NJ 07928**

As of the petition filing date, the claim is: **$1,209.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.4678 | **Nonpriority creditor's name and mailing address** |

**Karl Leaverton**
**680 Marine Drive**
**Blakely Island, WA 98222**

As of the petition filing date, the claim is: **$2,075.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known) _____

| 3.4679 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$345.00** |

**Karl Simmons**
**1028 Keeler Avenue**
**Berkeley, CA 94708**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4680 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$559.00** |

**Karl Wong**
**Flat C, 52/F TWR 6**
**Caribbean Coast**
**HONG KONG**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4681 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$569.00** |

**Karol Berger**
**2741 Forest Avenue**
**Berkeley, CA 94705**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4682 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$119.00** |

**Karrie League**
**1305 W 22nd St.**
**Austin, TX 78705**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.4683 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$283.00** |
|---|---|---|---|

**Karsten Weis**
**1070 Keeler Ave**
**Berkeley, CA 94708**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.4684 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,539.00** |
|---|---|---|---|

**Kate Claassen**
**25720 Carado Ct**
**Los Altos, CA 94022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.4685 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$189.00** |
|---|---|---|---|

**Kate Soiseth**
**2808 Garvin Ave**
**Richmond, CA 94804**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.4686 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,040.00** |
|---|---|---|---|

**Kathe Barnett**
**2667 11th Avenue**
**Sacramento, CA 95818**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor __Fox Ortega Enterprises, Inc._____  Case number (if known) _____

Name

| 3.4687 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$299.00** |

**katherine Bolling**
**515 SW Broadway**
**Portland, OR 97205**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____  ☐ Yes

---

| 3.4688 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$99.00** |

**Katherine Braun**
**5204-1128 W. Georgia St.**
**Vancouver, BC V6E0A6**
**CANADA**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____  ☐ Yes

---

| 3.4689 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,132.00** |

**Katherine Forster**
**11534 Dona Cecilia Drive**
**Studio City, CA 91604**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____  ☐ Yes

---

| 3.4690 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$377.00** |

**Katherine Portanova**
**7301 East 3rd Avenue**
**Scottsdale, AZ 85251**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____  ☐ Yes

---

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 25 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.4691 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,059.00** |
|---|---|---|---|

**Katherine Sung**
**605 Mountain Dr**
**Beverly Hills, CA 90210**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.4692 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,596.00** |
|---|---|---|---|

**Katherine Wendel**
**60480 Woodside Rd.**
**Bend, OR 97702**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.4693 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$15.00** |
|---|---|---|---|

**Kathleen MacKechnie**
**1305 Saddle Hill Lane**
**Concord, CA 94521**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.4694 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$553.00** |
|---|---|---|---|

**Kathleen Mincieli**
**44 Great Heron Lane**
**Brookfield, CT 06804**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.4695** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$339.00**

**Kathleen Nickolls**
**390 Cherry Ave**
**Los Altos, CA 94022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.4696** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$275.00**

**Kathleen Zimpleman**
**2186 South Orilla Road**
**Cumming, IA 50061**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.4697** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$839.00**

**Kathy Maher**
**28 Oxford Place**
**Rockville Centre, NY 11570**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.4698** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$45.00**

**Kathy Terzino**
**6 Laurel Place #11**
**San Rafael, CA 94901**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

| 3.4699 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$73.00** |
|---|---|---|---|

**Katie Chan**
**6 Mint Plaza**
**San Francisco, CA 94103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

| 3.4700 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,949.00** |
|---|---|---|---|

**Katie Nojima**
**19 West 69th St**
**New York, NY 10023**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

| 3.4701 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,961.00** |
|---|---|---|---|

**Katy Cheng**
**3990 129th Place SE**
**Bellevue, WA 98006**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

| 3.4702 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$504.00** |
|---|---|---|---|

**Kaushik Amin**
**111 West 67th Street**
**New York, NY 10023**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____
_____
Name

| 3.4703 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$419.00** |

**Kavin Du**
**3 Hanover Square**
**New York, NY 10004**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4704 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$25,123.00** |

**Kay Hesselink**
**6889 Country Club Drive**
**La Jolla, CA 92037**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4705 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,439.00** |

**Kay Watanabe-Nagumo**
**3-88 NEBUKAWA**
**ODAWARA KANAGAWA 250-0024**
**JAPAN**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4706 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$11,846.00** |

**Kayhan Mirza**
**442 Warwick Road**
**Lawnside, NJ 08045**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| 3.4707 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$275.00** |

3.4707 **Nonpriority creditor's name and mailing address**

**Kayu Kiang**
**4317 Cutter Springs Ct**
**Plano, TX 75024**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$275.00**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____        ☐ Yes

---

3.4708 **Nonpriority creditor's name and mailing address**

**Kaz Cader**
**94 Dellwood Road**
**Edison, NJ 08820**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$202.00**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____        ☐ Yes

---

3.4709 **Nonpriority creditor's name and mailing address**

**Kazuhiko Obayashi**
**1-15-5, Kotari**
**Nagaokakyo, Kyoto 617-0833**
**JAPAN**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$8,323.00**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____        ☐ Yes

---

3.4710 **Nonpriority creditor's name and mailing address**

**Kazuo Hosoda**
**P.O. Box 88251**
**Honolulu, HI 96830**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$59.00**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____        ☐ Yes

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 30 of 1144

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| 3.4711 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,554.00** |

**Kazutoshi Morisada**
**4-4-20-212**
**Toneyama, Osaka 560-0045**
**JAPAN**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4712 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$36,120.00** |

**Kazuya Matsushita**
**12-3, Nishihara 2-chome**
**Shibuya-ku, Tokyo, 151-0066**
**JAPAN**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4713 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$10,691.00** |

**Ked Hogan**
**75 Zircon Place**
**San Francisco, CA 94131**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4714 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$624.00** |

**Ked Hogan**
**1033 Lombard**
**San Francisco, CA 94109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| 3.4715 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$9,748.00** |

**Keiko Honjo**
**6324 Stoneham Lane**
**McLean, VA 22101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4716 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,299.00** |

**Keisuke Kirimoto**
**4-9-43 Honkugenuma**
**Fujisawa, Kanagawa, 251-0028**
**JAPAN**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4717 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$24,689.00** |

**Keith Anderson**
**6480 S. Oak Shadows Circle**
**Memphis, TN 38119**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4718 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$164.00** |

**Keith Bailey**
**1010 5th Ave Apt 14C**
**New York, NY 10028**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.4719 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,919.00** |
|---|---|---|---|

**Keith Berger**
**One Northside Piers**
**Brooklyn, NY 11249**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4720 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,497.00** |
|---|---|---|---|

**Keith Cantrell**
**333 N Canal**
**Chicago, IL 60606**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4721 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$102,945.00** |
|---|---|---|---|

**Keith Feder**
**1200 Rosecrans Avenue**
**Manhattan Beach, CA 90266**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4722 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$119.00** |
|---|---|---|---|

**Keith Fong**
**1561 Elwood Dr**
**Los Gatos, CA 95032**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.4723 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,339.00 |
|---|---|---|---|

**Keith Henthorne**
**823 South Orleans Ave**
**Tampa, FL 33606**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4724 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,700.00 |
|---|---|---|---|

**Keith Hummel**
**Cravath, Swaine & Moore LLP**
**New York, NY 10019**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4725 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,724.00 |
|---|---|---|---|

**Keith Jaffee**
**400 Skokie Blvd**
**Northbrook, IL 60062**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4726 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $315.00 |
|---|---|---|---|

**Keith Jewell**
**393 Old Country Rd.**
**Carle Place, NY 11514**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.4727 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$699.00** |

**Keith Justus**
**13750 Danielson St.**
**Poway, CA 92064**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4728 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,481.00** |

**Keith Kallweit**
**440 Wellesley Ave**
**Mill Valley, CA 94941**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4729 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,554.00** |

**Keith Katkin**
**1960 Port Laurent Place**
**Newport Beach, CA 92660**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4730 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$359.00** |

**Keith Kirkland**
**142 Classen**
**Dallas, TX 75218**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.4731 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,764.00** |
|---|---|---|---|

**Keith Klus**
**2490 Pathway Ave**
**Simi Valley, CA 93063**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4732 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,285.00** |
|---|---|---|---|

**Keith Legare**
**1634 North Lodge Drive**
**Sarasota, FL 34239**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4733 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$16,916.00** |
|---|---|---|---|

**Keith Lloyd**
**309 East 60th St.**
**New York, NY 10022**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4734 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$971.00** |
|---|---|---|---|

**Keith Loeb**
**94 Blueberry Dr**
**Woodcliff Lake, NJ 07677**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 36 of 1144

Debtor **Fox Ortega Enterprises, Inc.**     Case number (if known) _____
_____
Name

| 3.4735 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$327.00** |

**Keith Lorenzetti**
**105 Michael Street**
**Vestal, NY 13850**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4736 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$395.00** |

**Keith McCoy**
**500 Sheridan Blvd.**
**Orlando, FL 32804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4737 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,809.00** |

**Keith Olsen**
**2915 Jorie Blvd.**
**Oak Brook, IL 60523**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4738 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,126.00** |

**Keith Phillips**
**402 Tranquil Lane**
**Oak Park, CA 91377**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____

Name

| 3.4739 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$464.00** |

**Keith Schorsch**
**725 14th Avenue East**
**Seattle, WA 98112**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4740 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,023.00** |

**Keith Valentine**
**7475 Lusk Blvd**
**San Diego, CA 92121**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4741 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,118.00** |

**Keith Williams**
**P.O. Box 22047**
**Houston, TX 77227**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4742 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$364.00** |

**Keith Wong**
**19 Tucker Ave**
**San Francisco, CA 94134**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 38
of 1144

Debtor **Fox Ortega Enterprises, Inc.**                                   Case number (if known) _____

Name

| 3.4743 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,327.00 |
|---|---|---|---|

**Keith Worts**
**740 Woodport Rd**
**Sparta, NJ 07871**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4744 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,179.00 |
|---|---|---|---|

**Keith Wresch**
**11644 Cielo Lane**
**Loma Linda, CA 92354**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4745 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $449.00 |
|---|---|---|---|

**Kellan Barfield**
**800 Wimbleton Dr.**
**Raleigh, NC 27609**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4746 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $239.00 |
|---|---|---|---|

**Kelley Champion**
**922 Kimberly Way**
**Stevensville, MD 21666**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **Fox Ortega Enterprises, Inc.**  Case number (if known) _____

Name

| 3.4747 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$6,744.00** |

**Kelly Carter**
**5132 S Hannibal Way**
**Centennial, CO 80015**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4748 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$89.00** |

**Kelly Hiebert**
**2318 Carquinez Avenue**
**El Cerrito, CA 94530**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4749 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$49.00** |

**Kelly Horgan**
**178 Popple Dungeon Road**
**Charlotte, VT 05445**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4750 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$499.00** |

**Kelly Lau**
**17171 Roscoe Blvd.**
**Northridge, CA 91325**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.4751 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,459.00 |
|---|---|---|---|

**Kelly McDonald**
**15 Kerr Ave**
**Berkeley, CA 94707**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4752 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,439.00 |
|---|---|---|---|

**Kelly McDonald**
**15 Kerr Ave**
**Kensington, CA 94707**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4753 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $407.00 |
|---|---|---|---|

**Kelly Pruitt**
**1342 Britton Ave**
**San Jose, CA 95125**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4754 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $237.00 |
|---|---|---|---|

**Kemal Kelemet**
**104 S. Waiola Ave.**
**La Grange, IL 60525**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Debtor   **Fox Ortega Enterprises, Inc.**                     Case number (if known) _____
         _____
         Name

| 3.4755 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $68.00 |

**Kemper Eagle**
**5811 Foxcroft Drive**
**Harrisonburg, VA 22801**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4756 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,135.00 |

**Ken Arnold**
**200 Brannan St.**
**San Francisco, CA 94107**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4757 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,042.00 |

**Ken Aso**
**33248 139th Terrace SE**
**Auburn, WA 98092**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4758 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,519.00 |

**Ken Baronsky**
**201 South Dianthus**
**Manhattan Beach, CA 90266**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                       Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.4759 | **Nonpriority creditor's name and mailing address** |

**Ken Bereskin**
**810 Polhemus Rd**
**San Mateo, CA 94402**
_____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**As of the petition filing date, the claim is:**    **$279.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| | |
|---|---|
| 3.4760 | **Nonpriority creditor's name and mailing address** |

**Ken Bernards**
**4047 East Third Ave**
**Napa, CA 94558**
_____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**As of the petition filing date, the claim is:**    **$239.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| | |
|---|---|
| 3.4761 | **Nonpriority creditor's name and mailing address** |

**Ken Bramlett**
**3203 Wynington Dr.**
**Charlotte, NC 28226**
_____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**As of the petition filing date, the claim is:**    **$1,439.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| | |
|---|---|
| 3.4762 | **Nonpriority creditor's name and mailing address** |

**Ken Buechler**
**5527 El Camino del Norte**
**Rancho Santa Fe, CA 92067**
_____

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

**As of the petition filing date, the claim is:**    **$9,828.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.4763** | **Nonpriority creditor's name and mailing address**

**Ken Coleman**
**26855 Ortega Dr**
**Los Altos, CA 94022**

As of the petition filing date, the claim is:                **$13,798.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.4764** | **Nonpriority creditor's name and mailing address**

**Ken Dobie**
**558 San Lucas Drive**
**Solana Beach, CA 92075**

As of the petition filing date, the claim is:                **$25,740.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.4765** | **Nonpriority creditor's name and mailing address**

**Ken Emery**
**4 Sotelo Ave.**
**Piedmont, CA 94611**

As of the petition filing date, the claim is:                **$431.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.4766** | **Nonpriority creditor's name and mailing address**

**Ken Evenstad**
**Domaine Serene**
**Dayton, OR 97114**

As of the petition filing date, the claim is:                **$149.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 44
of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name
Case number (if known) _____

| 3.4767 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$934.00** |

**Ken Fields**
**650 Westholme Ave.**
**Los Angeles, CA 90024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4768 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$437.00** |

**Ken Freeman**
**44 Parker Ave**
**San Francisco, CA 94118**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4769 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$299.00** |

**Ken Hartmann**
**11360 SW 60th Ave**
**Miami, FL 33156**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4770 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,674.00** |

**Ken Hausman**
**95 Lilac Drive**
**Atherton, CA 94027**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.4771** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,084.00**

**Ken Hoefer**
**23 Ardsley Place**
**Rockville Centre, NY 11570**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.4772** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,029.00**

**Ken Howery**
**Box 14793666**
**Sioux Falls, SD 57186**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.4773** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,494.00**

**Ken Hungerford**
**2471 Riveredge S.E.**
**Grand Rapids, MI 49546**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.4774** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$239.00**

**Ken Jagodzinski**
**7 San Pablo Ct**
**Palm Coast, FL 32137**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor  **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | |
|---|---|
| 3.4775 | **Nonpriority creditor's name and mailing address** |

**Ken Kailin**
**2609 Maple Ave**
**Northbrook, IL 60062**

As of the petition filing date, the claim is:  **$183,247.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| | |
|---|---|
| 3.4776 | **Nonpriority creditor's name and mailing address** |

**Ken Kannappan**
**742 Ashby Dr.**
**Palo Alto, CA 94301**

As of the petition filing date, the claim is:  **$445.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| | |
|---|---|
| 3.4777 | **Nonpriority creditor's name and mailing address** |

**Ken Knight**
**11705 Dell Rapids Ct.**
**Bakersfield, CA 93312**

As of the petition filing date, the claim is:  **$179.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| | |
|---|---|
| 3.4778 | **Nonpriority creditor's name and mailing address** |

**Ken Krone**
**1100 Monterey**
**San Luis Obispo, CA 93401**

As of the petition filing date, the claim is:  **$6,210.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| 3.4779 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$13,084.00** |

3.4779 **Nonpriority creditor's name and mailing address**

**Ken Lamb**
**40 Draycott Place, flat 5**
**London,  SW32SA**
**ENGLAND**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

3.4780 **Nonpriority creditor's name and mailing address**                    **$2,609.00**

**Ken Leung**
**7828 Sun Lane**
**Rosemead, CA 91770**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

3.4781 **Nonpriority creditor's name and mailing address**                    **$1,799.00**

**Ken Leung**
**1928 Lawton Street**
**San Francisco, CA 94122**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

3.4782 **Nonpriority creditor's name and mailing address**                    **$26,151.00**

**Ken Miller**
**552 Sand Hill Circle**
**Menlo Park, CA 94025**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**                                     Case number (if known)
_____
Name

| 3.4783 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,908.00** |

**Ken Myer**
**1244 Third Ave. N.**
**Seattle, WA 98109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4784 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,499.00** |

**Ken Myers**
**278 Cook St.**
**Denver, CO 80206**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4785 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$617.00** |

**Ken OFlaherty**
**34 Vinton Road**
**Madison, NJ 07940**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4786 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,655.00** |

**Ken Paull**
**135 Nichols Road**
**Cohasset, MA 02025**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____
_____
          Name

| 3.4787 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$582.00** |
|---|---|---|---|

3.4787   **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is:                **$582.00**
         **Ken Rosenfeld**                                        Check all that apply.
         **1317 Shattuck Ave**                                    ☐ Contingent
         **Berkeley, CA 94709**                                   ☐ Unliquidated
                                                                  ☐ Disputed
         _____
                                                                  **Basis for the claim:**
                                                                  _____
         Date or dates debt was incurred  _____        **Is the claim subject to offset?**

                                                                  ■ No
         Last 4 digits of account number  _____        ☐ Yes

3.4788   **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is:                **$287.00**
         **Ken Ryan**                                             Check all that apply.
         **7098 Goodwin Rd.**                                     ☐ Contingent
         **Everson, WA 98247**                                    ☐ Unliquidated
                                                                  ☐ Disputed
         _____
                                                                  **Basis for the claim:**
                                                                  _____
         Date or dates debt was incurred  _____        **Is the claim subject to offset?**

                                                                  ■ No
         Last 4 digits of account number  _____        ☐ Yes

3.4789   **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is:              **$3,075.00**
         **Ken Spruell**                                          Check all that apply.
         **359 South Gilpin St**                                  ☐ Contingent
         **Denver, CO 80209**                                     ☐ Unliquidated
                                                                  ☐ Disputed
         _____
                                                                  **Basis for the claim:**
                                                                  _____
         Date or dates debt was incurred  _____        **Is the claim subject to offset?**

                                                                  ■ No
         Last 4 digits of account number  _____        ☐ Yes

3.4790   **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is:              **$2,106.00**
         **Ken Uhrich**                                           Check all that apply.
         **171 Victoria Loop**                                    ☐ Contingent
         **Port Townsend, WA 98368**                              ☐ Unliquidated
                                                                  ☐ Disputed
         _____
                                                                  **Basis for the claim:**
                                                                  _____
         Date or dates debt was incurred  _____        **Is the claim subject to offset?**

                                                                  ■ No
         Last 4 digits of account number  _____        ☐ Yes

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 50
                                          of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.4791 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$543.00** |
|---|---|---|---|

**Ken Walitsch**
**1130 NW 12th Ave**
**Portland, OR 97209**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.4792 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$479.00** |
|---|---|---|---|

**Ken Worzel**
**50 Saint Germain Ave**
**San Francisco, CA 94114**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.4793 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$15,615.00** |
|---|---|---|---|

**Ken Ziman**
**245 West 99th Street**
**New York, NY 10025**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.4794 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$269.00** |
|---|---|---|---|

**Kendrick Can**
**4603 Hill Top View Lane**
**San Jose, CA 95138**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 51 of 1144

Debtor __Fox Ortega Enterprises, Inc._____     Case number (if known) _____
Name

| 3.4795 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$340,000.00** |

**Keng Ong**
**Solera Limited**
**Room 1903, 19/F**
**HONG KONG**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4796 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$539.00** |

**Kenji Sytz**
**339 Calle La Montana**
**Moraga, CA 94556**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4797 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,615.00** |

**Kenneth Anderson**
**3415 W Benders Landing Blvd**
**Spring, TX 77386**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4798 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$159.00** |

**Kenneth Becker**
**1122 Blanchard St**
**Davenport, IA 52804**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 52
of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.4799 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $1,505.00 |

**Kenneth Berlin**
**7106 Arrowood Rd**
**Bethesda, MD 20817**

As of the petition filing date, the claim is: **$1,505.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4800 | **Nonpriority creditor's name and mailing address** |

**Kenneth Birman**
**225 Bryant Ave**
**Ithaca, NY 14850**

As of the petition filing date, the claim is: **$5,630.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4801 | **Nonpriority creditor's name and mailing address** |

**Kenneth Black**
**1300 Crystal Drive**
**Arlington, VA 22202**

As of the petition filing date, the claim is: **$299.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4802 | **Nonpriority creditor's name and mailing address** |

**Kenneth Christian**
**2230 J Street #5**
**Sacramento, CA 95814**

As of the petition filing date, the claim is: **$552.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 53 of 1144

Debtor **Fox Ortega Enterprises, Inc.**                     Case number (if known) _____
_____
Name

| 3.4803 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,231.00** |

3.4803 | **Nonpriority creditor's name and mailing address**

**Kenneth Cort**
**10700 Normandie Farm Drive**
**Potomac, MD 20854**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

**$5,231.00**

---

3.4804 | **Nonpriority creditor's name and mailing address**

**Kenneth Criss**
**2358 Riverside Ave.**
**Jacksonville, FL 32204**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

**$1,564.00**

---

3.4805 | **Nonpriority creditor's name and mailing address**

**Kenneth Davidson**
**602 Riley Trail**
**Cedar Park, TX 78613**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

**$1,049.00**

---

3.4806 | **Nonpriority creditor's name and mailing address**

**Kenneth Evenstad**
**6701 Evenstad Drive**
**Maple Grove, MN 55369**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

**$1,846.00**

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 54 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

---

| 3.4807 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,973.00** |

**Kenneth Graiwer**
**3600 Wilshire Blvd**
**Los Angeles, CA 90010**

_____

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4808 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,007.00** |

**Kenneth Gryboski**
**1757 37th Ave Place**
**Greeley, CO 80634**

_____

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4809 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$38,260.00** |

**Kenneth Holmes**
**275 Old Province Rd.**
**Newbury, NH 03255**

_____

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4810 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$631.00** |

**Kenneth Holroyd**
**10655 Peach Ridge Rd**
**Athens, OH 45701**

_____

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| 3.4811 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,873.00** |

**Kenneth Hurd**
**Box 1950**
**Vineyard Haven, MA 02568**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4812 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$839.00** |

**Kenneth Johnson**
**19619 Shrewsbury**
**Detroit, MI 48221**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4813 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$435.00** |

**Kenneth Johnson**
**1506 Bridgeview Dr**
**San Diego, CA 92105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4814 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$7,728.00** |

**Kenneth Kaulbach**
**43 Richardson Rd.**
**Boxboro, MA 01719**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 56 of 1144

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| 3.4815 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,610.00** |

**Kenneth Kesty**
**1395 Brightwaters Blvd NE**
**Saint Petersburg, FL 33704**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4816 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,752.00** |

**Kenneth Klimpel**
**11 Wolverton Rd**
**Pittstown, NJ 08867**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4817 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$719.00** |

**Kenneth Korea**
**1248 Weymoth Drive**
**Cupertino, CA 95014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4818 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$189.00** |

**Kenneth Kraft**
**334 E. 93rd St, Apt 18**
**New York, NY 10128**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 57
of 1144

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| | |
|---|---|
| 3.4819 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

**Kenneth Lang**
**1392 Horseshoe Cir**
**Milford, MI 48381**

_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
■ No
☐ Yes

**$184.00**

---

| 3.4820 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Kenneth Lehto**
**181 Ackerman St E**
**Monmouth, OR 97361**

_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
■ No
☐ Yes

**$387.00**

---

| 3.4821 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Kenneth Leiter**
**4301 Crab Orchard Rd**
**Glen Arm, MD 21057**

_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
■ No
☐ Yes

**$539.00**

---

| 3.4822 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Kenneth Lossing**
**10 Mt Shasta Ct**
**San Rafael, CA 94903**

_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
■ No
☐ Yes

**$23,855.00**

---

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 58 of 1144

Debtor **Fox Ortega Enterprises, Inc.**                     Case number (if known) _____

Name

| 3.4823 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,699.00 |
|---|---|---|---|

**Kenneth Louie**
**1838 20th Avenue**
**San Francisco, CA 94122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____   **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____   ☐ Yes

| 3.4824 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $419.00 |
|---|---|---|---|

**Kenneth McNamara**
**4814 33rd RD N.**
**Arlington, VA 22207**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____   **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____   ☐ Yes

| 3.4825 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $419.00 |
|---|---|---|---|

**Kenneth McPhail**
**329 Forest Ave**
**Rye, NY 10580**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____   **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____   ☐ Yes

| 3.4826 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $959.00 |
|---|---|---|---|

**Kenneth Neill**
**424 Goodland Circle**
**Memphis, TN 38111**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____   **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____   ☐ Yes

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 59 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known) _____

| 3.4827 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,601.00** |

**Kenneth Olsen**
**Fredensvej 37E**
**Charlottenlund, 2920**
**DENMARK**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4828 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,200.00** |

**Kenneth Pfahler**
**919 Chickadee Drive**
**Venice, FL 34285**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4829 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$47,133.00** |

**Kenneth Place**
**7506 Wellesley Park South**
**Raleigh, NC 27615**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4830 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,881.00** |

**Kenneth Rue**
**3131 Memorial Ct**
**Houston, TX 77007**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**
Case number (if known) _____

Name

| 3.4831 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$69,508.00** |

**Kenneth Salkin**
**709 Walden Drive**
**Beverly Hills, CA 90210**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4832 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$550.00** |

**Kenneth Simon**
**PO Box 1840**
**Manhatten Beach, CA 90267**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4833 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$257.00** |

**Kenneth Sipsma**
**701 East Washington Avenue**
**Madison, WI 53703**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4834 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$51.00** |

**Kenneth Smith**
**3939 Fair Hill Road**
**Fair Oaks, CA 95628**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 61
of 1144

Debtor **Fox Ortega Enterprises, Inc.**     Case number (if known) _____

Name

---

| 3.4835 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$675.00** |

**Kenneth Strauss**
**3010 N. 34th St.**
**Hollywood, FL 33021**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4836 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,387.00** |

**Kenneth Tremain**
**1251 Flagler Drive**
**Mamaroneck, NY 10543**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4837 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,163.00** |

**Kenneth Tyler**
**788 Milwaukee Street**
**Denver, CO 80206**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4838 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$13,595.00** |

**Kenneth Vastola**
**15 Glendale Ave**
**Delmar, NY 12054**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 62 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.4839 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,429.00 |

**Kenneth Wang**
**5325 E Pacific Coast Hwy**
**Long Beach, CA 90804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4840 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $659.00 |

**Kenneth Williams**
**63 Fox Prowl Lane**
**Carbondale, CO 81623**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4841 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,931.00 |

**Kenneth Wolfe**
**9 Lakeview Terrace**
**Winchester, MA 01890**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4842 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,816.00 |

**Kennosuke Kishi**
**1-17-25 Seta**
**Setagayaku, TOKYO 158-0095**
**JAPAN**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**          Case number (if known) _____
_____
Name

| 3.4843 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$791.00** |

**Kent Bowman**
**17 Broadmoor Ave.**
**Colorado Springs, CO 80906**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4844 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,842.00** |

**Kent Callaghan**
**PO Box 530**
**Sonoita, AZ 85637**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4845 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$999.00** |

**Kent Erickson**
**2269 South Via Massari**
**Green Valley, AZ 85614**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4846 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$500.00** |

**Kent Fisher**
**P.o. Box 203**
**Chapel Hill, NC 27514**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.4847 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$2,819.00** |

**Kent Headrick**
**1512 Augusta Court**
**Milpitas, CA 95035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.4848 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$5,272.00** |

**Kent Lance**
**3600 N. Capital of Texas hwy**
**Austin, TX 78746**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.4849 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$39.00** |

**Kent Lindor**
**7512 227th St**
**Woodinville, WA 98072**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.4850 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$467.00** |

**Kent Tayler**
**44 Wildwood Gardens**
**Piedmont, CA 94611**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 65 of 1144

Debtor  **Fox Ortega Enterprises, Inc.**
_____     Case number (if known) _____
Name

| | |
|---|---|
| 3.4851 | **Nonpriority creditor's name and mailing address** |

**Kent Tsukamoto**
**1033 Maunanani Street**
**Honolulu, HI 96825**

As of the petition filing date, the claim is:                     **$1,082.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____          ☐ Yes

---

| | |
|---|---|
| 3.4852 | **Nonpriority creditor's name and mailing address** |

**Kent Wetzel**
**5857 Monet Dr**
**Roanoke, VA 24018**

As of the petition filing date, the claim is:                       **$899.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____          ☐ Yes

---

| | |
|---|---|
| 3.4853 | **Nonpriority creditor's name and mailing address** |

**Keon Han**
**3180 Hillside**
**West Covina, CA 91791**

As of the petition filing date, the claim is:                     **$1,574.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____          ☐ Yes

---

| | |
|---|---|
| 3.4854 | **Nonpriority creditor's name and mailing address** |

**Kern Wildenthal**
**4001 Hanover**
**Dallas, TX 75225**

As of the petition filing date, the claim is:                     **$3,371.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____          ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.4855 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$1,516.00** |

**Kerry Allen**
**213 Kiwanis**
**Huron, OH 44839**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.4856 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$10,862.00** |

**Kerry Burke**
**99 Sherwood Street**
**Providence, RI 02908**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.4857 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$79.00** |

**Keshav Lall**
**201 E.15 St.**
**New York, NY 10003**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.4858 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$169.00** |

**Ketan Joshi**
**1610 Chestertow Rd**
**Allentown, PA 18104**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**    Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.4859 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,159.00** |

**Kevin Aiken**
**670 Dranesville Rd**
**Herndon, VA 20170**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4860 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$170.00** |

**Kevin Ayres**
**6043 Star Mesa**
**Frisco, TX 75034**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4861 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,102.00** |

**Kevin Barcus**
**232 Oak Hill Drive**
**Shoreview, MN 55126**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4862 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$299.00** |

**Kevin Berry**
**65 Andover Road**
**Rockville Centre, NY 11570**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 68 of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.4863 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,543.00** |
|---|---|---|---|

**Kevin Calandri**
**93 Grand Rio Circle**
**Sacramento, CA 95826**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4864 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,282.00** |
|---|---|---|---|

**Kevin Cholakian**
**400 Oyster Point Boulevard**
**South San Francisco, CA 94080**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4865 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$943.00** |
|---|---|---|---|

**Kevin Chorazak**
**250 K Street NE**
**Washington, DC 20002**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4866 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$13,862.00** |
|---|---|---|---|

**Kevin Clark**
**168 W. Colony**
**Ripon, CA 95366**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

---

| 3.4867 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$851.00** |

**Kevin Clark**
**8205 Kimbershell Place**
**Richmond, VA 23229**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4868 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$719.00** |

**Kevin Coleman**
**1620 Dolphin Court**
**Naples, FL 34102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4869 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$799.00** |

**Kevin Comer**
**819 N Citturs ave**
**Los Angeles, CA 90038**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4870 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,922.00** |

**Kevin Cronin**
**444 Saunders Dr.**
**Strafford, PA 19087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.** Case number (if known) _____

Name

| 3.4871 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$200.00** |
|---|---|---|---|

**Kevin Doyle**
**699 Mississippi St.**
**San Francisco, CA 94107**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4872 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$839.00** |
|---|---|---|---|

**Kevin Feemster**
**4611 Stark Ave**
**Woodland Hills, CA 91364**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4873 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$903.00** |
|---|---|---|---|

**Kevin Feor**
**624 Klem Rd**
**Webster, NY 14580**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4874 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,395.00** |
|---|---|---|---|

**Kevin Finck**
**28 Saint Hill Rd**
**Orinda, CA 94563**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.4875 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,802.00** |

**Kevin Flaherty**
**1155 Broadway St.**
**Redwood City, CA 94063**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4876 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$54.00** |

**Kevin Geller**
**5033 SE 60th Avenue**
**Portland, OR 97206**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4877 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$120.00** |

**Kevin Genda**
**44 Algonquin Dr.**
**Chappaqua, NY 10514**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4878 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$99.00** |

**Kevin Gillespie**
**3607 stansbury mill rd**
**Phoenix, MD 21131**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.4879 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$59.00** |

**Kevin Griffin**
**26462 Corporate Ave**
**Hayward, CA 94545**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4880 | **Nonpriority creditor's name and mailing address** | | **$399.00** |

**Kevin Hand**
**1645 N Beverly Dr**
**Beverly Hills, CA 90210**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4881 | **Nonpriority creditor's name and mailing address** | | **$120,069.00** |

**Kevin Harvey**
**230 Family Farm**
**Woodside, CA 94062**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4882 | **Nonpriority creditor's name and mailing address** | | **$2,020.00** |

**Kevin Hughes**
**227 Bellevue Way NE**
**Bellevue, WA 98004**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 73 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known) _____

| 3.4883 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$7,552.00** |

**Kevin Ilsen**
**320 West Laurier Place**
**Bryn Mawr, PA 19010**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

---

| 3.4884 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$18,695.00** |

**Kevin Im**
**Youngwood**
**Whittier, CA 90605**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

---

| 3.4885 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$179.00** |

**Kevin Kampley**
**6411 Lake Washington Blvd SE**
**Newcastle, WA 98056**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

---

| 3.4886 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$113.00** |

**Kevin Kang**
**55 Broad Way**
**Tacoma, WA 98402**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 74
of 1144

Debtor **Fox Ortega Enterprises, Inc.**                     Case number (if known) _____
_____
Name

| 3.4887 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$63.00** |

**Kevin Kozinchik**
**443 Jerome Ave.**
**Oakland, CA 94610**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

---

| 3.4888 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,799.00** |

**Kevin Lafky**
**429 Court St NE**
**Salem, OR 97301**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

---

| 3.4889 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,799.00** |

**Kevin LaMontagne**
**1504 N. Highland St.**
**Arlington, VA 22201**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

---

| 3.4890 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,019.00** |

**Kevin Lancelotta**
**161 Westminster Ave.**
**Arlington, MA 02474**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

Case: 16-40050     Doc# 16-1     Filed: 01/21/16     Entered: 01/21/16 15:42:32     Page 75 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

| 3.4891 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$10,330.00** |

**Kevin Larson**
**9009 madrone ranch trl**
**Austin, TX 78738**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.4892 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$9,218.00** |

**Kevin LoVecchio**
**2801 Lee Hwy**
**Arlington, VA 22201**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.4893 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$63.00** |

**Kevin MacDougal**
**300 Mercer St**
**New York, NY 10003**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.4894 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$367.00** |

**Kevin Malone**
**203 Harrison**
**Leesburg, VA 20175**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**      Case number (if known) _____

Name

| 3.4895 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$320.00** |
|---|---|---|---|

**Kevin Malotte**
**16840 Vincennes Street**
**Northridge, CA 91343**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4896 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$9,419.00** |
|---|---|---|---|

**Kevin Mark Houlihan**
**'2501 M Street, NW'**
**Washington, DC 20037**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4897 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,514.00** |
|---|---|---|---|

**Kevin Miller**
**214 Harbor Ridge**
**Canton, GA 30114**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4898 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$625.00** |
|---|---|---|---|

**Kevin Miller**
**7533 Dusk St**
**Littleton, CO 80125**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**　　　　　　Case number (if known) _____

Name

| 3.4899 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$419.00** |

**Kevin Miu**
**75 Wall Street**
**New York, NY 10005**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4900 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$20,807.00** |

**Kevin Mize**
**12513 Juniper St**
**Shawnee Mission, KS 66209**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4901 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,399.00** |

**Kevin Moore**
**79 Norfield Road**
**Weston, CT 06883**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4902 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$964.00** |

**Kevin Morefield**
**40 Shea Ridge**
**Rancho Santa Marg, CA 92688**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com　　　　Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____   Case number (if known) _____
Name

| 3.4903 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$16,179.00** |

**Nonpriority creditor's name and mailing address**
**Kevin Neal**
**518 Pacific Ave.**
**Manhattan Beach, CA 90266**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4904 |

**Nonpriority creditor's name and mailing address**
**Kevin Neal**
**1521 Alton Road**
**Miami Beach, FL 33139**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$4,649.00**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4905 |

**Nonpriority creditor's name and mailing address**
**Kevin Ng**
**745 west 66th ave**
**Vancouver, BC V6P2R4**
**CANADA**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$959.00**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4906 |

**Nonpriority creditor's name and mailing address**
**Kevin Nguyen**
**393 Elsie Ave**
**San Leandro, CA 94577**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$484.00**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 79 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number *(if known)*

Name

| 3.4907 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$102.00** |

**Kevin O'Brien**
**812 Shadow Farm Rd.**
**West Chester, PA 19380**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

| 3.4908 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,475.00** |

**Kevin Perman**
**6420 Rockledge Dr.**
**Bethesda, MD 20817**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

| 3.4909 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$115.00** |

**Kevin Petracek**
**18750 W 117th St.**
**Olathe, KS 66061**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

| 3.4910 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,097.00** |

**Kevin Proops**
**6704 Frankford Rd**
**Dallas, TX 75252**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 80 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.4911 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$279.00** |

**Kevin Robertson**
**6758 Towne Lane Road**
**McLean, VA 22101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.4912 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$83.00** |

**Kevin Roecker**
**1334 East Hillcrest Place**
**Peoria, IL 61603**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.4913 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,347.00** |

**Kevin Russell**
**2635 Mapleton Ave #143**
**Boulder, CO 80304**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.4914 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$149.00** |

**Kevin Sherrill**
**3865 Rio Vista Pl**
**Bonita, CA 91902**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.4915 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$23,448.00** |

**Kevin Silke**
**16713 Santanella St**
**San Diego, CA 92127**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4916 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$209.00** |

**Kevin Simback**
**57 Legare St**
**Charleston, SC 29401**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4917 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,939.00** |

**Kevin Smith**
**3510 Turtle Creek Blvd.**
**Dallas, TX 75219**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4918 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$788.00** |

**Kevin Stewart**
**4100 Redwood Rd**
**Oakland, CA 94619**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**

_____

Name

Case number (if known) _____

| 3.4919 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,230.00** |

**Kevin Stoddard**
**7606 N. 22nd Place**
**Phoenix, AZ 85020**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4920 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$59.00** |

**Kevin Syring**
**80 Anderson Ave**
**Demarest, NJ 07627**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4921 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$21,508.00** |

**Kevin Tu**
**1200 S York Road**
**Oakbrook, IL 60523**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4922 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$70.00** |

**Kevin Villani**
**5658 Dolphin Place**
**La Jolla, CA 92037**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.4923 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,343.00** |
|---|---|---|---|

**Kevin Wenck**
**880 Franklin Street**
**San Francisco, CA 94102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4924 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$653.00** |
|---|---|---|---|

**Kevin Wilson**
**4912 171 Ave. E.**
**Sumner, WA 98391**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4925 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$159.00** |
|---|---|---|---|

**Kevin Wong**
**6120 Grand Central Pkwy**
**Forest Hills, NY 11375**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4926 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$13,888.00** |
|---|---|---|---|

**Kevin Woods**
**110 N. 11th St.**
**Tampa, FL 33602**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 84 of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.4927** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,319.00**

**Kevin Zhang**
**1654 El Camino St**
**Pomona, CA 91768**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.4928** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$454.00**

**Khaled Haram**
**460 E79th street**
**New York, NY 10075**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.4929** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,388.00**

**Khin Long**
**13799 Condesa Drive**
**Del Mar, CA 92014**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.4930** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$123.00**

**Khoa Dang Nguyen**
**2100 Forest Avenue**
**San Jose, CA 95128**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.4931 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,782.00** |
|---|---|---|---|

**Kiet T Dang**
**766 Shetland Ct**
**San Jose, CA 95127**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4932 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,619.00** |
|---|---|---|---|

**Kim Gondring**
**438 N Avalon Road**
**Winston-Salem, NC 27104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4933 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$94.00** |
|---|---|---|---|

**Kim Kalgaard**
**5130 Twight Canyon Rd #E**
**Yorba Linda, CA 92887**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4934 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$51.00** |
|---|---|---|---|

**Kim Marzullo**
**560 E. Cercado Ln**
**Litchfield Park, AZ 85340**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.4935 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$340.00** |

**Kim Mingo**
**8304 NW 17th Avenue**
**Vancouver, WA 98665**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.4936 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$13,614.00** |

**Kim Orumchian**
**2311 Middlefield Road**
**Palo Alto, CA 94301**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.4937 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$159.00** |

**Kim Roberson**
**6055 Seward Park Ave S**
**Seattle, WA 98118**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.4938 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$39.00** |

**Kim Spinello**
**203 Forest Road**
**Raleigh, NC 27605**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**     Case number (if known) _____
Name

| | |
|---|---|
| 3.4939 | **Nonpriority creditor's name and mailing address** |

**Kim Tang**
**48 Copper Creek**
**Irvine, CA 92603**

As of the petition filing date, the claim is:     **$11,968.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

---

| | |
|---|---|
| 3.4940 | **Nonpriority creditor's name and mailing address** |

**Kim West**
**22 Calle Ameno**
**San Clemente, CA 92672**

As of the petition filing date, the claim is:     **$314.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

---

| | |
|---|---|
| 3.4941 | **Nonpriority creditor's name and mailing address** |

**Kimberly Collins**
**5110 Willowbrook West**
**Clarence, NY 14031**

As of the petition filing date, the claim is:     **$1,684.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

---

| | |
|---|---|
| 3.4942 | **Nonpriority creditor's name and mailing address** |

**Kimberly Jones**
**1149 Coronado TERRACE**
**Los Angeles, CA 90026**

As of the petition filing date, the claim is:     **$419.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.4943 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$99.00** |
|---|---|---|---|

**Kimberly Otte**
**904 Shadow Ridge Drive**
**Highland Village, TX 75077**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.4944 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$136.00** |
|---|---|---|---|

**Kimberly Waterloo**
**1003 Dunlop Ave.**
**Forest Park, IL 60130**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.4945 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$419.00** |
|---|---|---|---|

**Kimthuy Le**
**619 Braddock Court**
**Edgewood, KY 41017**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.4946 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,399.00** |
|---|---|---|---|

**Kin Chun Lau**
**Rm 604, Block B, Top Yihe International**
**10 Hong Kong Middle Road**
**HONG KONG**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**         Case number *(if known)* _____

Name

---

| 3.4947 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,490.00** |
|---|---|---|---|

**Kirby Behre**
**6401 Bradley Blvd.**
**Bethesda, MD 20817**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4948 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$119.00** |
|---|---|---|---|

**Kirill Pronine**
**304 Mulberry Street 3B**
**New York, NY 10012**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4949 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,948.00** |
|---|---|---|---|

**Kirk Calhoun**
**201 Ocean Ave**
**Santa Monica, CA 90402**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4950 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$251.00** |
|---|---|---|---|

**Kirk McDonald**
**Princeton University**
**Princeton, NJ 08544**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 90 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known)

---

| 3.4951 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$489.00** |

**Kirk Train**
**612 East Jefferson Street**
**Charlottesville, VA 22902**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4952 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$7,598.00** |

**Kittikhun Subdee**
**75 Naknivas Lardprao**
**Bangkok, NU 10230**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4953 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,637.00** |

**Klaus Kjaer**
**240 E 76th St**
**New York, NY 10021**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.4954 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,024.00** |

**Klein Merriman**
**7511 Beachview**
**North Bay Village, FL 33141**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**          Case number (if known) _____
          Name

| 3.4955 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$44,131.00** |

**3.4955** | **Nonpriority creditor's name and mailing address**

**Ko-yang Pan**
**6690 Traquair Place**
**Dublin, OH 43016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**$44,131.00**

---

**3.4956** | **Nonpriority creditor's name and mailing address**

**Koji Yamanaka**
**136 East 28th St #3RE**
**New York, NY 10016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**$39.00**

---

**3.4957** | **Nonpriority creditor's name and mailing address**

**Konosuke Nakayama**
**66-23 Tateno**
**Naka-ku, Kanagawa, Yokohama 231-0845**
**JAPAN**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**$1,254.00**

---

**3.4958** | **Nonpriority creditor's name and mailing address**

**Kosta Corriveau**
**4009 Sugarloaf Dr**
**Austin, TX 78738**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**$23,595.00**

---

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 92 of 1144

Debtor  **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.4959 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$887.00** |
|---|---|---|---|

**Kris Cox**
**P.O. Box 9305**
**Aspen, CO 81612**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.4960 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,383.00** |
|---|---|---|---|

**Kris Patten**
**8220 S. 212th**
**Seattle, WA 98126**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.4961 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$19,347.00** |
|---|---|---|---|

**Kris Prasad**
**116 West 14th Street**
**New York, NY 10011**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.4962 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$113,298.00** |
|---|---|---|---|

**Krishna Tammana**
**731 Mora Dr.**
**Los Altos, CA 94024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050     Doc# 16-1     Filed: 01/21/16     Entered: 01/21/16 15:42:32     Page 93 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.4963 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$250.00** |
|---|---|---|---|

**Krista Lindberg**
**5775 SW Englewood Ave.**
**Corvallis, OR 97333**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4964 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$599.00** |
|---|---|---|---|

**Kristina Mulhall**
**1636 N Wells St**
**Chicago, IL 60614**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4965 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,032.00** |
|---|---|---|---|

**Kristina Omari**
**P.O. Box 10246**
**Oakland, CA 94610**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4966 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,077.00** |
|---|---|---|---|

**Kristoffer Mihalka**
**1011 S American St**
**Philadelphia, PA 19147**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 94 of 1144

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____

Name

| 3.4967 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,204.00** |

**KS Yoon**
**11777 Porter Valley Dr.**
**Northridge, CA 91326**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____    **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

| 3.4968 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$22,014.00** |

**Kun Young Lee**
**#120 Namdaemunro, 5ga**
**Seoul**
**SOUTH KOREA**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____    **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

| 3.4969 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$39,366.00** |

**Kuo-Chwan Lu**
**2573 E 18th St**
**Brooklyn, NY 11235**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____    **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

| 3.4970 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,079.00** |

**Kurt Burdack**
**c/o CB Richard Ellis**
**Saddle Brook, NJ 07663**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____    **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 95
of 1144

Debtor **Fox Ortega Enterprises, Inc.**　　　　　　　Case number (if known) _____
　　　　Name

| 3.4971 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $169.00 |

**Kurt Doelling**
**226 Hillcrest Rd**
**Berkeley, CA 94705**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred　　　_____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number　　_____

---

| 3.4972 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $457.00 |

**Kurt Heilemann**
**1809 SE Hawthorne**
**Portland, OR 97214**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred　　　_____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number　　_____

---

| 3.4973 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $299.00 |

**Kurt Larson**
**534 Mill St**
**Excelsior, MN 55331**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred　　　_____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number　　_____

---

| 3.4974 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,763.00 |

**Kurt Livermore**
**P.O. Box 81242**
**San Diego, CA 92138**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred　　　_____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number　　_____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com　　　Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.4975 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,673.00 |

**Kurt Niznik**
**1370 Trancas Street 398**
**Napa, CA 94558**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.4976 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $31,598.00 |

**Kurt Orban**
**111 Anza Blvd.**
**Burlingame, CA 94010**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.4977 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,344.00 |

**Kurt Pettipiece**
**801 Black Mountain Road**
**Thermopolis, WY 82443**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.4978 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $143.00 |

**Kurt Schlicker**
**3525 Pranger Road**
**Walla Walla, WA 99362**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.4979 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,939.00 |

**Kurt Simon**
**2939 Vallejo Street**
**San Francisco, CA 94123**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4980 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $674.00 |

**Kurt Stahfeld**
**5455 Dunmoyle Ave**
**Pittsburgh, PA 15217**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4981 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $69.00 |

**Kurt Whitcher**
**13985 W. 86th Dr.**
**Arvada, CO 80005**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4982 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,509.00 |

**Kwan Ho Park**
**Gyeonggi-do, Seongnam-si Bundang-gu**
**Sampyeong-dong, Seongnam**
**SOUTH KOREA**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.4983 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$550.00** |

3.4983 **Nonpriority creditor's name and mailing address**
**Kwok-Leung Chung**
**600 N. Garfield Ave**
**Monterey Park, CA 91754**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____   ☐ Yes

**$550.00**

---

3.4984 **Nonpriority creditor's name and mailing address**
**Kwong Chan**
**13 Gerard St**
**Boston, MA 02119**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____   ☐ Yes

**$1,199.00**

---

3.4985 **Nonpriority creditor's name and mailing address**
**Kyle Hill**
**1520 Thackeray Dr.**
**Louisville, KY 40205**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____   ☐ Yes

**$749.00**

---

3.4986 **Nonpriority creditor's name and mailing address**
**Kyle Hutchinson**
**37 Wall St**
**New York, NY 10005**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____   ☐ Yes

**$1,868.00**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**    Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.4987 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$149.00** |

**Kyle J Brinson**
**1023 Clinton Street Apt 4B**
**Hoboken, NJ 07030**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No (filled)
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.4988 | **Nonpriority creditor's name and mailing address** | $16,379.00 |

**Kyle Krause**
**6400 Westown Pkwy**
**West Des Moines, IA 50266**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No (filled)
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.4989 | **Nonpriority creditor's name and mailing address** | $829.00 |

**Kyle Malone**
**4067 Palmetto Way**
**San Diego, CA 92103**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No (filled)
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.4990 | **Nonpriority creditor's name and mailing address** | $4,919.00 |

**Kyle Nadeau**
**850 36th Ave**
**San Francisco, CA 94121**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No (filled)
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 100 of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.4991** | **Nonpriority creditor's name and mailing address**

**Kyle Rogers**
**1716 Brittany Lane**
**Edmond, OK 73003**

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**$541.00**

---

**3.4992** | **Nonpriority creditor's name and mailing address**

**Kyle Rosenthal**
**1385 18th Avenue**
**San Francisco, CA 94122**

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**$273.00**

---

**3.4993** | **Nonpriority creditor's name and mailing address**

**Kyle Samess**
**113 pirates cove**
**Marathon, FL 33050**

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**$18,987.00**

---

**3.4994** | **Nonpriority creditor's name and mailing address**

**Kyle Strand**
**24 Lavenida Drive**
**Orinda, CA 94563**

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**$319.00**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

---

| 3.4995 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$230.00** |

**Kyung Lee**
**99 Teaneck Rd #218**
**Ridgefield Park, NJ 07660**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4996 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,659.00** |

**KYUNG TAE KANG**
**4275 Via Arbolada**
**Los Angeles, CA 90042**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4997 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,114.00** |

**L Little**
**50 Melanson Ln**
**Brookside, NS B3T2K9**
**CANADA**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.4998 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$317.00** |

**L Lopez**
**517 Milford Street**
**Brentwood, CA 94513**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known)

Name

| | | |
|---|---|---|
| 3.4999 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $233.00 |

**L Monthaven**
**1525 Dreydon Ave**
**Cambria, CA 93428**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | | |
|---|---|---|
| 3.5000 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $8,548.00 |

**L. Eric Leung**
**122 Bella Vista Dr.**
**Hillborough, CA 94010**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | | |
|---|---|---|
| 3.5001 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $61,636.00 |

**Lad Rubaum, MD**
**14860 Roscoe Blvd, Ste 305**
**Panorama City, CA 91402**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | | |
|---|---|---|
| 3.5002 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $511.00 |

**Laila Tuche**
**829 Broadview Ave**
**Highland Park, IL 60035**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 103 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

---

| 3.5003 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$906.00** |

3.5003 **Nonpriority creditor's name and mailing address**

**Lalith Munasinghe**
**518 West 111th Street**
**New York, NY 10025**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

**$906.00**

---

3.5004 **Nonpriority creditor's name and mailing address**

**Lam Tat Yu**
**Flat F, 11/F, Block 1, Site 11**
**Whampoa Garden**
**HONG KONG**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

**$12,719.00**

---

3.5005 **Nonpriority creditor's name and mailing address**

**Lamar Miller**
**3120 Cove Lake Rd.**
**Owens Cross Roads, AL 35763**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

**$1,483.00**

---

3.5006 **Nonpriority creditor's name and mailing address**

**Lan Nguyen**
**10301 S Deanza Blvd**
**Cupertino, CA 95014**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

**$709.00**

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 104 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.5007 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$1,124.00** |

**Lance Bridges**
**7758 Ludington Pl.**
**La Jolla, CA 92037**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.5008 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$5,401.00** |

**Lance Chody**
**401 N. Michigan Ave.**
**Chicago, IL 60611**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.5009 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$102.00** |

**Lance DeLaruelle**
**2179 Telogia Ct**
**West Palm Beach, FL 33411**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.5010 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$7,293.00** |

**Lance Lieberman**
**4 Hilltop Road**
**Albertson, NY 11507**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor  **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.5011 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$754.00** |

**Lance Smith**
**408 W 25th Ave**
**San Mateo, CA 94403**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5012 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,265.00** |

**Lane Melchor**
**635 Emerson St**
**Palo Alto, CA 94301**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5013 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$181,317.00** |

**Langhorne Reid**
**4109 Windsor Parkway**
**Dallas, TX 75205**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5014 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,199.00** |

**LANJUN SHA**
**325 Eldorado St**
**Arcadia, CA 91006**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**  Case number (if known) _____

<u>Name</u>

| 3.5015 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,539.00** |
|---|---|---|---|

**Lara Nicholson**
**300 N Western Ave**
**Lake Forest, IL 60045**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____   **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____   ☐ Yes

---

| 3.5016 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$74.00** |
|---|---|---|---|

**Laren Bunker**
**310 S. Roosevelt Ave.**
**Pasadena, CA 91107**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____   **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____   ☐ Yes

---

| 3.5017 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,244.00** |
|---|---|---|---|

**Larry Albert**
**40356 Monroe Glen Ln**
**Leesburg, VA 20175**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____   **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____   ☐ Yes

---

| 3.5018 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$514.00** |
|---|---|---|---|

**Larry Andrews**
**6200 Shirley Stree, #201**
**Naples, FL 34109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____   **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____   ☐ Yes

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 107 of 1144

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| 3.5019 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,354.00** |
|---|---|---|---|

**Larry Benaroya**
**69 Skagit Key**
**Bellevue, WA 98006**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.5020 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,239.00** |
|---|---|---|---|

**Larry Bosche**
**81 Parkside Dr**
**Berkeley, CA 94705**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.5021 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$975.00** |
|---|---|---|---|

**Larry Butler**
**11 Sharon Avenue**
**Piedmont, CA 94611**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.5022 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$113.00** |
|---|---|---|---|

**Larry Cohen**
**3028 92nd Place NE**
**Bellevue, WA 98004**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.5023 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,889.00** |
|---|---|---|---|

**Larry Colbeck**
**425 West Minnehaha Avenue**
**Saint Paul, MN 55103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5024 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$109.00** |
|---|---|---|---|

**Larry Dunn**
**621 Las Lomas Ave.**
**Pacific Palisades, CA 90272**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5025 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$16,769.00** |
|---|---|---|---|

**Larry Fox**
**2606 Falcon Lane**
**Cedar Falls, IA 50613**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5026 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$405.00** |
|---|---|---|---|

**Larry Frierson**
**3265 Lake County Highway**
**Calistoga, CA 94515**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | |
|---|---|
| 3.5027 | **Nonpriority creditor's name and mailing address** |

**Larry Goldstein**
**2205 Millridge Rd**
**Owings Mills, MD 21117**

As of the petition filing date, the claim is: **$3,839.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.5028 | **Nonpriority creditor's name and mailing address** |

**Larry Hamburger**
**1325 Puritan ave**
**Birmingham, MI 48009**

As of the petition filing date, the claim is: **$51,195.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.5029 | **Nonpriority creditor's name and mailing address** |

**Larry Irving**
**2833 29th Street NW**
**Washington, DC 20008**

As of the petition filing date, the claim is: **$2,439.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.5030 | **Nonpriority creditor's name and mailing address** |

**Larry Jones**
**1659 Honfleur Dr**
**Sunnyvale, CA 94087**

As of the petition filing date, the claim is: **$2,217.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 110 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.5031 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,175.00** |

**Larry Kenner**
**79 Matterhorn Dr.**
**Cedar Crest, NM 87008**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5032 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$34,808.00** |

**Larry Klane**
**188 East 78th Street**
**New York, NY 10075**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5033 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,467.00** |

**Larry Magargal**
**15 east Putnam ave**
**Greenwich, CT 06830**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5034 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,255.00** |

**Larry Malcus**
**377 Hollister Court**
**San Leandro, CA 94577**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 111 of 1144

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| 3.5035 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,408.00 |
|---|---|---|---|

**Larry Mazonson**
**13769 Eastpointe Way**
**Palm Beach Gardens, FL 33418**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5036 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $186.00 |
|---|---|---|---|

**Larry Olson**
**505 Victoria Hills Drive**
**De Land, FL 32724**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5037 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,259.00 |
|---|---|---|---|

**Larry Pokora**
**2579 Cold Spring Road**
**Lansdale, PA 19446**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5038 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,579.00 |
|---|---|---|---|

**Larry Scheinfeld**
**941 Park Ave**
**New York, NY 10028**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor  **Fox Ortega Enterprises, Inc.**
_____          Case number (if known) _____
Name

| 3.5039 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$379.00** |

**Larry Schwab**
**2600 El Camino Real**
**Palo Alto, CA 94306**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5040 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,919.00** |

**Larry Smith**
**4808 30th ST NW**
**Washington, DC 20008**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5041 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$149.00** |

**Larry Smith**
**1065 Ridgeview Drive**
**Inverness, IL 60010**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5042 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$227.00** |

**Larry Stapleton**
**1827 5th Avenue West**
**Seattle, WA 98119**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 113 of 1144

Debtor    **Fox Ortega Enterprises, Inc.**                                Case number (if known) _____
          _____
          Name

| 3.5043 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$496.00** |

**Larry Stein**
**3215 Upper Lock Avenue**
**Belmont, CA 94002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.5044 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$479.00** |

**Larry Sundquist**
**PO Box 958**
**Lynnwood, WA 98046**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.5045 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$647.00** |

**Larry Watson**
**2115 G St**
**Sacramento, CA 95816**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.5046 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,544.00** |

**Larry Weitzner**
**186 Fairview Road**
**Skillman, NJ 08558**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 114
of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5047** | **Nonpriority creditor's name and mailing address**

**Larry Wood**
**5761 Stoddard Road**
**Modesto, CA 95356**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

**$344.00**

---

**3.5048** | **Nonpriority creditor's name and mailing address**

**Lars Crabo**
**724 14th St**
**Bellingham, WA 98225**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

**$9,766.00**

---

**3.5049** | **Nonpriority creditor's name and mailing address**

**Lars Madsen**
**2363 Stonehouse Dr**
**Napa, CA 94558**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

**$1,455.00**

---

**3.5050** | **Nonpriority creditor's name and mailing address**

**Laura Abrahamson**
**4 Palomino Lane**
**Palos Verdes Estates, CA 90274**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

**$839.00**

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 115 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.5051 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$99.00** |
|---|---|---|---|

**Laura Corbit**
**671 62nd St**
**Oakland, CA 94609**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.5052 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$299.00** |
|---|---|---|---|

**Laura D McSharry**
**2570 Pacific Street**
**Napa, CA 94558**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.5053 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$459.00** |
|---|---|---|---|

**Laura Feinberg**
**3055 Q Street NW**
**Washington, DC 20007**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.5054 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,319.00** |
|---|---|---|---|

**Laura J Baxter-Simons**
**812 Mendocino Ave**
**Berkeley, CA 94707**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case: 16-40050     Doc# 16-1     Filed: 01/21/16     Entered: 01/21/16 15:42:32     Page 116 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.5055 | **Nonpriority creditor's name and mailing address** | **$1,344.00** |

**Laura Pew**
**5445 N Camino Escuela**
**Tucson, AZ 85718**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.5056 | **Nonpriority creditor's name and mailing address** | **$1,397.00** |

**Laura Rich**
**160 Santa Margarita**
**Menlo Park, CA 94025**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.5057 | **Nonpriority creditor's name and mailing address** | **$200.00** |

**Laura Schuchardt**
**10 Belle Avenue**
**San Rafael, CA 94901**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.5058 | **Nonpriority creditor's name and mailing address** | **$1,219.00** |

**Laura Williamson**
**2416 East 5th St**
**Tucson, AZ 85719**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 117 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | |
|---|---|
| 3.5059 | **Nonpriority creditor's name and mailing address** |

**Laurel Leichter**
**2828 Benvenue**
**Berkeley, CA 94705**

As of the petition filing date, the claim is: **$100.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.5060 | **Nonpriority creditor's name and mailing address** |

**Lauren Asnis**
**333 E. 102nd Street**
**New York, NY 10029**

As of the petition filing date, the claim is: **$31.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.5061 | **Nonpriority creditor's name and mailing address** |

**Lauren Edgerton**
**790 California Street**
**San Francisco, CA 94108**

As of the petition filing date, the claim is: **$39.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.5062 | **Nonpriority creditor's name and mailing address** |

**Lauren George**
**176 Grubb Rd.**
**Malvern, PA 19355**

As of the petition filing date, the claim is: **$29.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 118 of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.5063** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$8,479.00**
---|---|---|---

**Laurence Gold**
**Bredhoff & Kaiser**
**Washington, DC 20005**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.5064** | **Nonpriority creditor's name and mailing address** | | **$9,507.00**

**Laurent Janowsky**
**218 N Lee Street**
**Alexandria, VA 22314**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.5065** | **Nonpriority creditor's name and mailing address** | | **$119.00**

**Laurent Tambayong**
**213 N. Polk St**
**Placentia, CA 92870**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.5066** | **Nonpriority creditor's name and mailing address** | | **$203.00**

**Lauri Goda**
**5 Bernice St.**
**San Francisco, CA 94103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.5067 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$21.00** |

**Laurie Levitt**
**393 S. Beverly Glen Blvd.**
**Los Angeles, CA 90024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.5068 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$90.00** |

**Laurie Onanian**
**21 Starr Drive**
**Narragansett, RI 02882**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.5069 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,836.00** |

**Lawrance Auster**
**Rua Senador Milton Campos, 266, 113A**
**Sao Paolo**
**BRAZIL**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.5070 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$6,275.00** |

**Lawrance Tsai**
**1373 Lasuen Drive**
**Millbrae, CA 94030**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 120 of 1144

Debtor  **Fox Ortega Enterprises, Inc.**                                   Case number (if known) _____

_____
Name

| 3.5071 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$209.00** |

**Lawrence Albers**
**354 Santiago Ave.**
**Long Beach, CA 90814**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No

Last 4 digits of account number _____

☐ Yes

| 3.5072 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$35.00** |

**Lawrence Bergenfield**
**7501 Midnight Rambler Street**
**Las Vegas, NV 89149**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No

Last 4 digits of account number _____

☐ Yes

| 3.5073 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,039.00** |

**Lawrence Booth**
**222 Third Street**
**Marysville, CA 95901**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No

Last 4 digits of account number _____

☐ Yes

| 3.5074 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,039.00** |

**Lawrence Chu**
**13/F, Prosperity Tower**
**39 Queen's Road Central,  Central**
**HONG KONG**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No

Last 4 digits of account number _____

☐ Yes

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.5075 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,559.00** |

**Lawrence Clopper**
**3816 Rachels Glen**
**Bloomington, IN 47408**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5076 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$136.00** |

**Lawrence Cuaresma**
**44 Costa Brava**
**Laguna Niguel, CA 92677**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5077 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$6,296.00** |

**Lawrence Flick**
**308 Julip Run**
**Wayne, PA 19087**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5078 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$683.00** |

**Lawrence Graves**
**39 Central Sq.**
**Keene, NH 03431**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 122 of 1144

Debtor  **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____

_____
Name

| 3.5079 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,869.00** |

**Lawrence Hill**
**13094 SW Morningstar Dr**
**Portland, OR 97223**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5080 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,846.00** |

**Lawrence Huynh**
**744 Grizzly Peak Blvd**
**Berkeley, CA 94708**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5081 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$974.00** |

**Lawrence Jones**
**226 Taintor Drive**
**Southport, CT 06890-1381**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5082 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,938.00** |

**Lawrence Kassal**
**401 Briny Ave**
**Pompano Beach, FL 33062**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 123 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

---

| 3.5083 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,559.00 |
|---|---|---|---|

**Lawrence Lai**
**136 Beckenridge Drive**
**Markham, ON L3S3B2**
**CANADA**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.5084 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $26,901.00 |
|---|---|---|---|

**Lawrence Link**
**23695 Ravensbury Ave**
**Los Altos Hills, CA 94024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.5085 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,275.00 |
|---|---|---|---|

**Lawrence Lorenzi**
**1812 Port Margate**
**Newport Beach, CA 92660**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.5086 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $14,060.00 |
|---|---|---|---|

**Lawrence Low**
**524 Chetwood St.**
**Oakland, CA 94610**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
          Name

| 3.5087 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $10,409.00 |
| --- | --- | --- | --- |

**Lawrence Neubauer**
**115 Central Park West**
**New York, NY 10023**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
Last 4 digits of account number _____   ☐ Yes

---

| 3.5088 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,575.00 |
| --- | --- | --- | --- |

**Lawrence Ossias**
**300 Central Park West**
**New York, NY 10024**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
Last 4 digits of account number _____   ☐ Yes

---

| 3.5089 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $39.00 |
| --- | --- | --- | --- |

**Lawrence Pennoni**
**17807 Mantana Dr**
**Spring, TX 77388**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
Last 4 digits of account number _____   ☐ Yes

---

| 3.5090 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $179.00 |
| --- | --- | --- | --- |

**Lawrence Piggins**
**4253 Stanford Way**
**Livermore, CA 94550**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
Last 4 digits of account number _____   ☐ Yes

---

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 125 of 1144

Debtor  **Fox Ortega Enterprises, Inc.**  Case number (if known) _____
_____
Name

| 3.5091 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $479.00 |

**Lawrence Schecter**
**6614 258th Ave NE**
**Redmond, WA 98053**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5092 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,323.00 |

**Lawrence Schiff**
**813 Bethlehem Pike**
**Erdenheim, PA 19038**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5093 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $7,199.00 |

**Lawrence Stern**
**1160 Park Ave.**
**New York, NY 10128**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5094 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,915.00 |

**Lawrence Strait**
**7 Landover Lane**
**Lake Placid, NY 12946**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 126 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known) _____

| | |
|---|---|
| **3.5095** **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$239.00** |

**3.5095** **Nonpriority creditor's name and mailing address**

**Lawrence Sze**
**975 Tournament Dr**
**Hillsborough, CA 94010**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$239.00**

---

**3.5096** **Nonpriority creditor's name and mailing address**

**Lawrence T Calabrese**
**6 Ward Ln**
**Rumson, NJ 07760**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$929.00**

---

**3.5097** **Nonpriority creditor's name and mailing address**

**Lawrence V. Brookes**
**986 Euclid Ave**
**Berkeley, CA 94708**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$22,672.00**

---

**3.5098** **Nonpriority creditor's name and mailing address**

**Lawrence Weis**
**PO Box 635**
**Georgetown, CT 06829**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$227.00**

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 127 of 1144

Debtor **Fox Ortega Enterprises, Inc.**  Case number (if known) _____
Name

| 3.5099 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$9,960.00** |
|---|---|---|---|

**Le Paradou Restaurant**
**601 Pennsylvania Ave, NW**
**Washington, DC 20004**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,080.00** |
|---|---|---|---|

**Lech Gorecki**
**1601 Third Avenue**
**New York, NY 10128**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,299.00** |
|---|---|---|---|

**Lee Bernstein**
**270 Bazan Loop**
**Corrales, NM 87048**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$149.00** |
|---|---|---|---|

**Lee Braem**
**31 Maplewood Ave**
**Maplewood, NJ 07040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 128 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____ Case number (if known) _____
Name

| 3.5103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $269.00 |
|---|---|---|---|

**Lee Durham**
**407 S Front St**
**Wilmington, NC 28401**

_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.5104 | **Nonpriority creditor's name and mailing address** | $1,515.00 |
|---|---|---|

**Lee Geeker**
**1445 Northcliff Tr**
**Roswell, GA 30076**

_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.5105 | **Nonpriority creditor's name and mailing address** | $116.00 |
|---|---|---|

**Lee Gibstein**
**1166 Kane Concourse**
**Bay Harbor Island, FL 33154**

_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.5106 | **Nonpriority creditor's name and mailing address** | $5,115.00 |
|---|---|---|

**Lee Hoang**
**3406 Bella Vista Ave**
**Santa Clara, CA 95051**

_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
■ No
☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 129 of 1144

Debtor **Fox Ortega Enterprises, Inc.**                     Case number (if known) _____
_____
Name

| 3.5107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,916.00** |

**Lee Kitzenberg**
**5814 Vernon Lane**
**Edina, MN 55436**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.5108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$839.00** |

**Lee Marshall**
**500 Lake Ave**
**Saint Louis, MO 63119**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.5109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,269.00** |

**Lee Pysnik**
**22632 golden springs**
**Diamond Bar, CA 91765**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.5110 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$562.00** |

**Lee Richman**
**11840 West 35th Avenue**
**Wheat Ridge, CO 80033**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 130 of 1144

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____

Name

| 3.5111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,888.00 |

**Lee Rosenblatt**
**1544 11th Street**
**Santa Monica, CA 90401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____    **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____    ☐ Yes

---

| 3.5112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $347.00 |

**Lee Schaber**
**6611 Duffy Rd.**
**Delaware, OH 43015**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____    **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____    ☐ Yes

---

| 3.5113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $213,119.00 |

**Lee Shim**
**299 Courtney Park Dr E**
**Mississauga, ON L5T2T6**
**CANADA**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____    **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____    ☐ Yes

---

| 3.5114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $943.00 |

**Lee Short**
**4339 13th Ave S**
**Seattle, WA 98108**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____    **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____    ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.5115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $103,268.00 |
|---|---|---|---|

**Lee Weintraub**
**60 Edgewater Dr  Apt 5a**
**Miami, FL 33133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $13,069.00 |
|---|---|---|---|

**Lee Weiss**
**810 Manhattan Avenue**
**Hermosa Beach, CA 90254**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $79.00 |
|---|---|---|---|

**LeeAnn Weber**
**441 Michigan Ave**
**Berkeley, CA 94707**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $329.00 |
|---|---|---|---|

**LeeAnne Edwards**
**3724 Deauville Place**
**Santa Rosa, CA 95403**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5119** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,100.00**

**Leena Bae**
**679 Wyndemere Avenue**
**Ridgewood, NJ 07450**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.5120** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$279.00**

**Lei Wang**
**9815 North Fwy**
**Houston, TX 77037**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.5121** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,388.00**

**Leizle Gabisan**
**100 Marine Terrace**
**Long Branch, NJ 07740**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.5122** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,429.00**

**Leland Dobbs**
**6150 Estates Dr.**
**Oakland, CA 94611**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.5123 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$149.00** |

**Len  Weil**
**9 Osborne Place**
**Basking Ridge, NJ 07920**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5124 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$767.00** |

**Len Chazen**
**1105 Park Ave.**
**New York, NY 10128**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5125 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$80.00** |

**Len Cohen**
**700 First Street**
**Hoboken, NJ 07030**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5126 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,455.00** |

**Len Fox**
**3715 University Blvd**
**Dallas, TX 75205**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 134
of 1144

Debtor **Fox Ortega Enterprises, Inc.**     Case number (if known) _____

Name

| | |
|---|---|
| 3.5127 | |

**Nonpriority creditor's name and mailing address**

**Lena Dalby**
**2778 Land Park Drive**
**Sacramento, CA 95818**

As of the petition filing date, the claim is:     **$215.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.5128 | |

**Nonpriority creditor's name and mailing address**

**Lennart Choo**
**3/4 Grandstand Parade**
**Zetland, Sydney, 201**
**AUSTRALIA**

As of the petition filing date, the claim is:     **$30,695.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.5129 | |

**Nonpriority creditor's name and mailing address**

**Lenny Feinberg**
**230 Bala Ave**
**Bala Cynwyd, PA 19004**

As of the petition filing date, the claim is:     **$499.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.5130 | |

**Nonpriority creditor's name and mailing address**

**Lenny Low**
**1595 Black Mountain Road**
**Hillborough, CA 94010**

As of the petition filing date, the claim is:     **$281.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.5131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$441.00** |
|---|---|---|---|

**Lenny Pereira**
**10617 153rd St**
**Jamaica, NY 11433**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$340,024.00** |
|---|---|---|---|

**Lenoir Josey**
**4202 Yoakum Blvd.**
**Houston, TX 77006**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$119.00** |
|---|---|---|---|

**Leo Barton**
**2111 N. Booth St.**
**Milwaukee, WI 53212**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$167.00** |
|---|---|---|---|

**Leo Korpanty**
**2677 Grove View Dr**
**Winter Garden, FL 34787**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**
                                              Case number (if known) _____
_____
Name

| 3.5135 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$16,903.00** |
|---|---|---|---|

**Leo Wegemer**
**4824 Overton Hollow St**
**Fort Worth, TX 76109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.5136 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$589.00** |
|---|---|---|---|

**Leon Chai**
**19 School St.**
**Bar Harbor, ME 04609**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.5137 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$11.00** |
|---|---|---|---|

**Leon Chua**
**2916 Avalon Ave**
**Berkeley, CA 94705**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.5138 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,579.00** |
|---|---|---|---|

**Leon Ehlert**
**W 4651 County Road G**
**Black Creek, WI 54106**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 137 of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5139** **Nonpriority creditor's name and mailing address**

**Leon Kassabian**
**54 Bartlett Dr.**
**Manhasset, NY 11030**

As of the petition filing date, the claim is:    **$1,904.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

---

**3.5140** **Nonpriority creditor's name and mailing address**

**Leon Markham**
**107 Fiesta Circle**
**Orinda, CA 94563**

As of the petition filing date, the claim is:    **$2,425.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

---

**3.5141** **Nonpriority creditor's name and mailing address**

**Leon Payne**
**3434 Del Monte Dr**
**Houston, TX 77019**

As of the petition filing date, the claim is:    **$1,574.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

---

**3.5142** **Nonpriority creditor's name and mailing address**

**Leonard Barkan**

**New York, NY 10011**

As of the petition filing date, the claim is:    **$413.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 138 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

---

| 3.5143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,811.00** |

**Leonard Cupo**
**1319 South King Street**
**Honolulu, HI 96814**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$539.00** |

**Leonard Eastwood**
**185 S Trish Ct**
**Anaheim, CA 92808**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$11,724.00** |

**Leonard Fox**
**271 Madison Ave.**
**New York, NY 10016**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$8,321.00** |

**Leonard Garber**
**16805 Monte Hermoso Dr**
**Pacific Palisades, CA 90272**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 139 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.5147 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,851.00** |

**Leonard Heymann**
**1131 Oxford Rd.**
**Burlingame, CA 94010**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5148 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$360.00** |

**Leonard Maran**
**1007 Haight St, #6**
**San Francisco, CA 94117**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5149 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$650.00** |

**Leonard Ng**
**Flat C, 18/F**
**62 Conduit Road**
**HONG KONG**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5150 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$450.00** |

**Leonard Rappel**
**79 Brunswick Woods Dr**
**East Brunswick, NJ 08816**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050     Doc# 16-1     Filed: 01/21/16     Entered: 01/21/16 15:42:32     Page 140 of 1144

Debtor   **Fox Ortega Enterprises, Inc.**

    Name

Case number (if known) _____

---

| 3.5151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$285.00** |
|---|---|---|---|

**Leonard Rothenberg**
**Federal Wine**
**Boston, MA 02109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$11,409.00** |
|---|---|---|---|

**Leonard Yaffe**
**10 Gilmartin Ct**
**Belvedere-Tiburon, CA 94920**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$89.00** |
|---|---|---|---|

**Leonardo Kucinski**
**130 N Linn St**
**Iowa City, IA 52245**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,819.00** |
|---|---|---|---|

**Leonel Baruch**
**701 Brickell Ave**
**Miami, FL 33131**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 141 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.5155 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $3,101.00 |

**Leontine Ebers**
**33 Vestry St.**
**New York, NY 10013**
_____

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | | |
|---|---|---|
| 3.5156 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $127.00 |

**Lera Boroditsky**
**Jordan Hall**
**Palo Alto, CA 94305**
_____

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | | |
|---|---|---|
| 3.5157 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $3,377.00 |

**LeRoy Jones**
**105 Cloverleaf**
**San Antonio, TX 78209**
_____

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | | |
|---|---|---|
| 3.5158 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $1,189.00 |

**Leroy's Kitchen + Lounge**
**1015 Orange Ave**
**Coronado, CA 92118**
_____

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 142 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

---

| 3.5159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,111.00 |

**Les Filler**
**3762 Hamilton Way**
**Redwood City, CA 94062**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.5160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $958.00 |

**Les Lee**
**PO Box 718**
**Los Altos, CA 94023**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.5161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,938.00 |

**Les Meltzer**
**513 Summit Ave**
**St. Paul, MN 55102-2603**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.5162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $662.00 |

**Les Peer**
**1017 Pucker Street**
**Stowe, VT 05672**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 143 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.5163 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,179.00** |

**Les Ross Scheelar**
**1109 Henson Close**
**Edmonton, BC T6R2M2**
**CANADA**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5164 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$14,025.00** |

**Leslie Alexander**
**1200 N. Federal Highway**
**Boca Raton, FL 33432**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5165 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,254.00** |

**Leslie Dederer**
**260 Laura Knight**
**Truckee, CA 96161**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5166 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,019.00** |

**Leslie Katz**
**240 Riverside Blvd, 9C**
**New York, NY 10069**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 144 of 1144

Debtor  **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.5167 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$23,608.00** |
|---|---|---|---|

**Leslie Kohn**
**14168 Perata Ct.**
**Saratoga, CA 95070**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.5168 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$11,450.00** |
|---|---|---|---|

**Leslie Lapham**
**11401 Lamar Ave**
**Overland Park, KS 66211**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.5169 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$449.00** |
|---|---|---|---|

**Leslie Littman**
**264 Grays Lane**
**Haverford, PA 19041**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.5170 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,607.00** |
|---|---|---|---|

**Leslie Rogall**
**3449 25th Ct S**
**Arlington, VA 22206**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | |
|---|---|
| 3.5171 | **Nonpriority creditor's name and mailing address** | **$3,707.00** |

**Leslie Silverman**
**1815 Heritage Way**
**Manhasset, NY 11030**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5172 | **Nonpriority creditor's name and mailing address** | **$11,901.00** |

**Lester Brickman**
**175 W 13th St.**
**New York, NY 10011**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5173 | **Nonpriority creditor's name and mailing address** | **$299.00** |

**Lester Liu**
**3153 La Mesa Drive**
**San Carlos, CA 94070**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5174 | **Nonpriority creditor's name and mailing address** | **$348.00** |

**Levi Pinsky**
**9029 Sawyer St**
**Los Angeles, CA 90035**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 146 of 1144

Debtor **Fox Ortega Enterprises, Inc.**      Case number (if known) _____

Name

| 3.5175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $299.00 |

**Levon Zekian**
**680 P St.**
**Fresno, CA 93721**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $785.00 |

**Lewis Goldstein**
**4315 Arcola Ave**
**North Hollywood, CA 91602**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $679.00 |

**Lewis Johnston**
**8540 Ardmore Avenue**
**Glenside, PA 19038**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,222.00 |

**Lewis Pick**
**3535 Peach Tree Road NE**
**Atlanta, GA 30326**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

---

| 3.5179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,209.00** |

**Lewis Thompson**
**8220 Wikle Road East**
**Brentwood, TN 37027**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,994.00** |

**Lewis Wilson**
**75 Poplar Street**
**Brooklyn, NY 11201**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$20,000.00** |

**Leyla Pasic**
**Wood Robbins, LLP**
**One Post St., Suite 800**
**San Francisco, CA 94104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,049.00** |

**Li Fa Liang**
**200 Cantonment Road #10-01**
**Singapore, 89**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 148 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.5183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$7.00** |
|---|---|---|---|

**Li Ravicz**
**1111 N. 42nd st.**
**Seattle, WA 98103**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

| 3.5184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$30,457.00** |
|---|---|---|---|

**Liebe Patterson**
**PO Box 1072**
**Ross, CA 94957**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

| 3.5185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$99.00** |
|---|---|---|---|

**Lilia Chevsky**
**1310 S. Christine Ct.**
**Vernon Hills, IL 60061**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

| 3.5186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$383.00** |
|---|---|---|---|

**Lilia Katsas**
**721 Humphrey Street**
**Swampscott, MA 01907**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 149 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.5187 | **Nonpriority creditor's name and mailing address** |

**Limin Hu**
**44330 Sioux Terrace**
**Fremont, CA 94539**

As of the petition filing date, the claim is:                     **$46,382.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.5188 | **Nonpriority creditor's name and mailing address** |

**Lin Pan**
**1050 Danbury Dr.**
**San Jose, CA 95129**

As of the petition filing date, the claim is:                     **$111.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.5189 | **Nonpriority creditor's name and mailing address** |

**Linda Blachman**
**3042 Halcoyn Ct**
**Berkeley, CA 94705**

As of the petition filing date, the claim is:                     **$180.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.5190 | **Nonpriority creditor's name and mailing address** |

**Linda Bryant**
**110 North Newstead Ave**
**Saint Louis, MO 63108**

As of the petition filing date, the claim is:                     **$863.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Case number (if known)
Name

| 3.5191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$143.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Linda Goldfarb**
**455 Bella Vista Court**
**Saint Helena, CA 94574**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number

---

| 3.5192 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,168.00** |
|---|---|---|---|

**Linda Gunshefski**
**299 Tietan**
**Walla Walla, WA 99362**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number

---

| 3.5193 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$782.00** |
|---|---|---|---|

**Linda Relias**
**95 Indian Hill Road**
**Winnetka, IL 60093**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number

---

| 3.5194 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$89.00** |
|---|---|---|---|

**Linda Sugita**
**10660 Wilshire Blvd.**
**Los Angeles, CA 90024**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.5195 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$50.00** |
|---|---|---|---|

**Linda Tsang**
**309 4th St.**
**Oakland, CA 94607**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5196 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,610.00** |
|---|---|---|---|

**Lindsay Chambers**
**27800 Via Feliz**
**Los Altos, CA 94022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5197 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,209.00** |
|---|---|---|---|

**Lindsay Graham**
**160 Taber Avenue**
**Providence, RI 02906**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5198 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$119.00** |
|---|---|---|---|

**Lindsay Lee**
**7955 Skyline Blvd**
**Piedmont, CA 94611**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 152 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.5199 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$159.00** |

**Lindsey Leisinger**
**8800 Enchanted Way SE**
**Turner, PA 97392**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.5200 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$479.00** |

**Lindy Barocchi**
**2290 Emerson Street**
**Palo Alto, CA 94301**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.5201 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$405.00** |

**Linn Gould**
**2015 14th Ave. E**
**Seattle, WA 98112**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.5202 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,140.00** |

**Lipen Yuan**
**4170 Willmar Drive**
**Palo Alto, CA 94306**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**   Case number (if known) _____

Name

| 3.5203 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$34,713.00** |
|---|---|---|---|

**Lipson Huang**
**19050 Brittany Place**
**Rowland Heights, CA 91748**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5204 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$317,006.00** |
|---|---|---|---|

**Lirio Parisotto**
**399 Park Ave**
**New York, NY 10022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5205 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$374.00** |
|---|---|---|---|

**Lisa Diener**
**803 N. 5th St.**
**San Jose, CA 95112**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5206 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$479.00** |
|---|---|---|---|

**Lisa Fleming**
**2956 Scott St**
**San Francisco, CA 94123**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.5207 | **Nonpriority creditor's name and mailing address** | **$3,749.00** |

**Lisa Ippolito**
**131 Pequot Lane**
**New Canaan, CT 06840**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.5208 | **Nonpriority creditor's name and mailing address** | **$4,079.00** |

**Lisa Kaufman**
**144 King Point Road**
**Great Neck, NY 11024**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.5209 | **Nonpriority creditor's name and mailing address** | **$79.00** |

**Lisa Maki**
**811 33rd Ave. East**
**Seattle, WA 98112**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.5210 | **Nonpriority creditor's name and mailing address** | **$359.00** |

**Lisa Malzer**
**Rotzergasse 56/9**
**Wien, 1170**
**AUSTRIA**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor  **Fox Ortega Enterprises, Inc.**
_____  Case number (if known) _____
Name

| 3.5211 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$96.00** |
|---|---|---|---|

| 3.5211 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$96.00** |
|--------|--------|--------|--------|

**Nonpriority creditor's name and mailing address**

**Lisa Patti**
**160-24 88th Street**
**Howard Beach, NY 11414**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.5212**  **Nonpriority creditor's name and mailing address**                                          **$38.00**

**Lisa Peters**
**229 Plainview Drive**
**River Falls, WI 54022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.5213**  **Nonpriority creditor's name and mailing address**                                          **$194.00**

**Lisa Sarkisian**
**780 Roble Ave**
**Menlo Park, CA 94025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.5214**  **Nonpriority creditor's name and mailing address**                                          **$22,013.00**

**Lisa Su**
**2404 Never Bend Cv**
**Austin, TX 78746**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.5215 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$974.00** |

**Liu Fat Min**
**108A,Wellington Street ,1/fl**
**Central**
**HONG KONG**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5216 | **Nonpriority creditor's name and mailing address** | | **$4,949.00** |

**Liz Winograd**
**8303 Will Jordan Way**
**Bellaire, TX 77401**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5217 | **Nonpriority creditor's name and mailing address** | | **$125.00** |

**Lloyd Bernberg**
**31 Covent Lane**
**Oakland, CA 94608**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5218 | **Nonpriority creditor's name and mailing address** | | **$31.00** |

**Lloyd Cotsen**

**Los Angeles, CA 90025**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.5219 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,754.00** |

**Lloyd Murphy**
**200 Rector Place**
**New York, NY 10280**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.5220 | **Nonpriority creditor's name and mailing address** |

**Loc Dong**
**688 Passaic Ave**
**Nutley, NJ 07110**

As of the petition filing date, the claim is: **$31,947.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.5221 | **Nonpriority creditor's name and mailing address** |

**Lodewijk de Vink**
**123 South Beach Road**
**Hobe Sound, FL 33455**

As of the petition filing date, the claim is: **$139.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.5222 | **Nonpriority creditor's name and mailing address** |

**Loi Tien Nguyen**
**11605 Cedar Chase Road**
**Herndon, VA 20170**

As of the petition filing date, the claim is: **$6,354.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 158 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known)

Name

| 3.5223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$119.00** |
|---|---|---|---|

**Lois A Hummel**
**3806 Tamarack Drive**
**Boise, ID 83703**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.5224 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,928.00** |
|---|---|---|---|

**Long Lin**
**3813 234th Ave SE**
**Sammamish, WA 98075**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.5225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,696.00** |
|---|---|---|---|

**Long Wong**
**15708 Pocono St.**
**La Puente, CA 91744**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.5226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,174.00** |
|---|---|---|---|

**Long Zhang**
**1374w 35th Pl**
**Los Angeles, CA 90007**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.5227 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$674.00** |
|---|---|---|---|

**Loreen Mershimer**
**1316 Elmwood Ave**
**Wilmette, IL 60091-1649**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.5228 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,562.00** |
|---|---|---|---|

**Loren Lam**
**1265 Balboa Ct.**
**Sunnyvale, CA 94086**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.5229 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,440.00** |
|---|---|---|---|

**Loren Lomasky**
**106 Cavalier Drive**
**Charlottesville, VA 22901**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.5230 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$605.00** |
|---|---|---|---|

**Lorenzo Bettino**
**10 Courseview Road**
**Bronxville, NY 10708**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.5231 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,004.00** |

**Lori Green**
**1474 Alexander Valley Road**
**Healdsburg, CA 95448**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.5232 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$354.00** |

**Lori Langmack**
**150 Bridge Road**
**Hillborough, CA 94010**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.5233 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$196.00** |

**Loriann Fuhrer**
**746 Newark Granville Road**
**Granville, OH 43023**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.5234 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$100.00** |

**Lorna Mack**
**47 Lexington Road**
**Concord, MA 01742**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 161 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
        Name                                            Case number (if known) _____

| 3.5235 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$119.00** |
|---|---|---|---|

**Lorri Valentini**
**2312 Reese Rd**
**Columbus, GA 31907**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5236 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,641.00** |
|---|---|---|---|

**Lou French**
**4518 Gretna Street**
**Bethesda, MD 20814**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5237 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,019.00** |
|---|---|---|---|

**Lou Ojascastro**
**5715 Telegraph**
**Saint Louis, MO 63129**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5238 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$79.00** |
|---|---|---|---|

**Lou Radivoyevitch**
**2640 Dartmoor Road**
**Cleveland, OH 44118**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**                           Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.5239 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$31,296.00** |

**Louis Adimare**
**27697 N 105th Place**
**Scottsdale, AZ 85262**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.5240 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$455.00** |

**Louis Barash**
**18 West 70th Street**
**New York, NY 10023**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.5241 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$25.00** |

**Louis Berard**
**Blue Collar Cigar and Pipe**
**East Longmeadow, MA 01028**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.5242 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$928.00** |

**Louis Carosella**
**859 Glouchester Street**
**Boca Raton, FL 33487**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**                Case number (if known) _____

Name

| 3.5243 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$99.00** |
|---|---|---|---|

**Louis Chaykin**
**1402 Mariner Way**
**Hollywood, FL 33019**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____        **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____        ☐ Yes

---

| 3.5244 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$65,085.00** |
|---|---|---|---|

**Louis Ciminelli**
**2421 Main St.**
**Buffalo, NY 14214**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____        **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____        ☐ Yes

---

| 3.5245 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$7,079.00** |
|---|---|---|---|

**Louis DeCarlo**
**8 Woodway Lane**
**Wilton, CT 06897**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____        **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____        ☐ Yes

---

| 3.5246 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$150,613.00** |
|---|---|---|---|

**Louis Deziel**
**101 Seminary Dr**
**Menlo Park, CA 94025**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____        **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____        ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**     Case number *(if known)* _____

Name

---

| 3.5247 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$379.00** |

**Louis George**
**2 Stoneleigh Park**
**Westfield, NJ 07090**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5248 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,038.00** |

**Louis Giallanella**
**21 Farmstead Drive**
**Parsippany, NJ 07054**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5249 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,741.00** |

**Louis Massouras**
**660 Cloverdale Ave.**
**Los Angeles, CA 90036**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5250 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,769.00** |

**Louis Moskow**
**3283 A W. Alameada St**
**Santa Fe, NM 87507**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 165 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | |
|---|---|
| **3.5251** | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: $719.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Louis Mueller**
**475 FDR Drive**
**New York, NY 10002**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.5252** | **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: $975.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Louis Nichamin**
**103 Jefferson St**
**Brookville, PA 15825**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.5253** | **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: $2,261.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Louis Rabice**
**1409 Genesee St**
**Utica, NY 13501**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.5254** | **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: $900.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Louis Ray**
**4451 North Mozart St**
**Chicago, IL 60625**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Debtor     **Fox Ortega Enterprises, Inc.**
_____     Case number (if known) _____
Name

| 3.5255 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,841.00 |
|---|---|---|---|

**Louis Ridgway, III**
**2941 Verona Road**
**Shawnee Mission, KS 66208**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

| 3.5256 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $11,952.00 |
|---|---|---|---|

**Louis Rittenhouse**
**3389 Silver Springs Ct**
**Lafayette, CA 94549**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

| 3.5257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $959.00 |
|---|---|---|---|

**Louis Stromberg**
**302 Leeward Court**
**Santa Cruz, CA 95062**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

| 3.5258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $59.00 |
|---|---|---|---|

**Luanne Schocket**
**714 N. 79th St.**
**Seattle, WA 98103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 167 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known)

| 3.5259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $719.00 |

**Lucia To**
**123 3rd Ave. Apt 2A**
**New York, NY 10003**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number

---

| 3.5260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $279.00 |

**Lucille Travis**
**4001 N. New Braunfels Ave.**
**San Antonio, TX 78209**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number

---

| 3.5261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $46,739.00 |

**Lucio Nicolodi**
**1529 Skylark Lane**
**Los Angeles, CA 90069**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number

---

| 3.5262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $319.00 |

**LUCIO RODRIGUES**
**10730 NW 66 ST**
**DORAL, FL 33178**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 168 of 1144

Debtor **Fox Ortega Enterprises, Inc.**                Case number (if known) _____

Name

| 3.5263 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$14.00** |
|---|---|---|---|

**Lucius Polhill**
**1046 ILIFF Street**
**Pacific Palisades, CA 90272**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.5264 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$29,791.00** |
|---|---|---|---|

**Luis DeCubas**
**4614 Bruce Ave**
**Minneapolis, MN 55424**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.5265 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,509.00** |
|---|---|---|---|

**Luis Eduardo Saad**
**1720 NW 94th AVENUE**
**Miami, FL 33172**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.5266 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$371.00** |
|---|---|---|---|

**Luis Garza**
**306 E Paisano**
**El Paso, TX 79901**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

---

| 3.5267 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,095.00** |

**Luis Gimenez**
**4021 Cloverland Dr**
**Phoenix, MD 21131**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5268 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,812.00** |

**Luis Maizel**
**5707 Bajamar**
**La Jolla, CA 92037**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5269 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$700.00** |

**Luis Rodriguez**
**8022 SW 103 St**
**Miami, FL 33156**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5270 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$48,167.00** |

**Luis So**
**3128 Geary Blvd.**
**San Francisco, CA 94118**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 170 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.5271 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,499.00** |

**Luis Stohr**
**2004 Mathews Ave.**
**Redondo Beach, CA 90278**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5272 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$12.00** |

**Luiz Marcelo Vanin**
**3000 SW 3 AVE Apt# 707**
**Miami, FL 33129**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5273 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$15,633.00** |

**Luiz Ribeiro**
**117E 57th street**
**New York, NY 10022**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5274 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$449.00** |

**Luke Davis**
**118 East 93rd Street**
**New York, NY 10128**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.5275 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** **$850.00** |

**Luke Deitz**
**419 Ocean Park Blvd**
**Santa Monica, CA 90405**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | | |
|---|---|---|
| 3.5276 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** **$266,531.00** |

**Luke Edwards**
**69 Rye Road**
**Rye, NY 10580**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | | |
|---|---|---|
| 3.5277 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** **$13,768.00** |

**Luke Gottwald**
**1745 Broadway**
**New York, NY 10019**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | | |
|---|---|---|
| 3.5278 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** **$1,115.00** |

**Luong Hung**
**6005 Palm Springs Cir**
**San Jose, CA 95123**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050     Doc# 16-1     Filed: 01/21/16     Entered: 01/21/16 15:42:32     Page 172 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.5279 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$21.00** |
|---|---|---|---|

**Lydia Mazzie**
**650 Chestnut St**
**San Francisco, CA 94133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5280 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$863.00** |
|---|---|---|---|

**Lyle Fong**
**33 Stephens Way**
**Berkeley, CA 94705**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5281 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$6,207.00** |
|---|---|---|---|

**Lyle Nalli**
**4592 Orion Dr**
**Huntington Beach, CA 92649**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5282 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$47.00** |
|---|---|---|---|

**Lynda Young**
**7420-E Hitt Road**
**Mobile, AL 36695**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 173 of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5283** | **Nonpriority creditor's name and mailing address**

**Lynn Cadwalader**
**1693 Woodhaven Way**
**Oakaland, CA 94611**

As of the petition filing date, the claim is: **$1,755.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.5284** | **Nonpriority creditor's name and mailing address**

**Lynn Fisher**
**1967 Broadway**
**San Francisco, CA 94109**

As of the petition filing date, the claim is: **$251.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.5285** | **Nonpriority creditor's name and mailing address**

**Lynn Moody**
**81 Handy Road**
**Gross Pointe Farms, MI 48236**

As of the petition filing date, the claim is: **$279.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.5286** | **Nonpriority creditor's name and mailing address**

**Lynn Nikaidoh**
**PO Box 810007**
**Farmers Branch, TX 75381**

As of the petition filing date, the claim is: **$900.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

---

| 3.5287 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$65.00** |

**Lynne Hermle**
**155 San Rafael Way**
**San Francisco, CA 94127**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.5288 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$250.00** |

**Lynne Miyake**
**2006 Colby Avenue**
**Los Angeles, CA 90025**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.5289 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$399.00** |

**M Franko**
**2 Paddock Court**
**Holmdel, NJ 07733**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.5290 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$259.00** |

**M. John Trofa**
**425 Hudson Ave.**
**Clarendon Hills, IL 60514**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 175 of 1144

Debtor **Fox Ortega Enterprises, Inc.**　　Case number (if known) _____

Name

| 3.5291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $27,299.00 |
|---|---|---|---|

**Maarten Kelder**
**159 Mount Pleasant Rd**
**Singapore 298350, Si 00029-8350**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $184.00 |
|---|---|---|---|

**Mac Heebner**
**719 Camino Amigo**
**Danville, CA 94526**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,777.00 |
|---|---|---|---|

**Mac Husband**
**Nashville Tent and Awning Company**
**Nashville, TN 37208**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $85,909.00 |
|---|---|---|---|

**Mac McQuown**
**19330 Carriger Rd**
**Sonoma, CA 95476**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com　　Best Case Bankruptcy

Case: 16-40050　　Doc# 16-1　　Filed: 01/21/16　　Entered: 01/21/16 15:42:32　　Page 176 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.5295 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$11,040.00** |
|---|---|---|---|

**MacArthur Beverages**
**4877 MacArthur Blvd**
**Washington, DC 20007**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5296 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$479.00** |
|---|---|---|---|

**Mace Howell**
**2539 Briarwood Dr**
**San Jose, CA 95125**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5297 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$424.00** |
|---|---|---|---|

**Maciej Kranz**
**19324 Harleigh Drive**
**Saratoga, CA 95070**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5298 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$373.00** |
|---|---|---|---|

**Mack Bandler**
**2656 Oak View Circle**
**Medford, OR 97504**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 177 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.5299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $207.00 |

**Madeleine Broussard**
**403 Wilkinson Street**
**Gueydan, LA 70542**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $389.00 |

**Madhav Kuchimanchi**
**2200 SE Augusta Blvd.**
**Bentonville, AR 72712**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $323.00 |

**Mads Thomsen**
**Svendsgade 1. 1tv**
**Copenhagen, 1659**
**DENMARK**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $799.00 |

**Magdalen Yum**
**1335 Garden Lane**
**Menlo Park, CA 94025**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 178 of 1144

Debtor **Fox Ortega Enterprises, Inc.**     Case number (if known) _____

Name

| 3.5303 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$20,089.00** |
|---|---|---|---|

**Magnus Andersson**
**366 Broadway**
**New York, NY 10013**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.5304 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$559.00** |
|---|---|---|---|

**Mahendra Parekh**
**Gantrade Corporation**
**Montvale, NJ 07645**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.5305 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$155.00** |
|---|---|---|---|

**Malcolm Brenner**
**4802 Willow St**
**Bellaire, TX 77401**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.5306 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$974,730.00** |
|---|---|---|---|

**Malik Hasan**
**1201 Williams St**
**Denver, CO 80218**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 179 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.5307 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,394.00** |
|---|---|---|---|

**Malik Kalfane**
**444 Coventry Road**
**Kensington, CA 94707**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.5308 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$89.00** |
|---|---|---|---|

**Mallun Yen**
**25960 Estacada Drive**
**Los Altos, CA 94022**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.5309 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,799.00** |
|---|---|---|---|

**Mami Takada**
**660 4th St.**
**San Francisco, CA 94107**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.5310 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$351.00** |
|---|---|---|---|

**Mammen Thomas**
**7 Orient Court**
**Westbury, NY 11590**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.5311 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $469.00 |

**Man Chang**
**1861 Mcfarlane**
**San Marino, CA 91108**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5312 | **Nonpriority creditor's name and mailing address** | | $335.00 |

**Manny Silverman**
**619 N. Almont Drive**
**Los Angeles, CA 90069**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5313 | **Nonpriority creditor's name and mailing address** | | $65.00 |

**Manoj Parmar**
**2507 Redbridge**
**San Antonio, TX 78248**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5314 | **Nonpriority creditor's name and mailing address** | | $14,405.00 |

**Manuel Rodriguez**
**1240 Park Ave**
**New York, NY 10128**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 181 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.5315 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$110.00** |

**manuel strauss**
**550 S. HILL ST**
**Los Angeles, CA 90013**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5316 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$6,805.00** |

**Marc Abrams**
**14568 Round Valley Rd.**
**Sherman Oaks, CA 91403**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5317 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$379.00** |

**Marc Agulnick**
**1940 Midlane Rd.**
**Muttontown, NY 11791**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5318 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,622.00** |

**Marc Antonetti**
**305 Bluestem Dr**
**Elgin, SC 29045**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | |
|---|---|
| 3.5319 | |

**Nonpriority creditor's name and mailing address**

**Marc Bernstein**
**12085 Glacier Bay Dr**
**Boynton Beach, FL 33473**

As of the petition filing date, the claim is: $2,509.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.5320 | |

**Nonpriority creditor's name and mailing address**

**Marc Borenstein**
**21 Cardinal Place**
**Mount Kisco, NY 10549**

As of the petition filing date, the claim is: $843.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.5321 | |

**Nonpriority creditor's name and mailing address**

**Marc Bouffard**
**81 Winding Brook Farm Road**
**Watertown, CT 06795**

As of the petition filing date, the claim is: $1,017.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.5322 | |

**Nonpriority creditor's name and mailing address**

**Marc Callahan**
**1827 Leeward Ln.**
**Newport Beach, CA 92660**

As of the petition filing date, the claim is: $2,986.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 183 of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5323** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$268.00**

**Marc Davis**
**807 19th Street**
**Bellingham, WA 98225**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____

☐ Yes

---

**3.5324** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$443.00**

**Marc Derewetzky**
**945 Arlington Ave.**
**Berkeley, CA 94707**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____

☐ Yes

---

**3.5325** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$13,783.00**

**Marc DiBella**
**1 Gold Street**
**Hartford, CT 06103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____

☐ Yes

---

**3.5326** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$12,387.00**

**Marc Dworsky**
**920 Camino Viejo**
**Montecito, CA 93108**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 184 of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.5327 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$449.00** |
|---|---|---|---|

**Marc Farhang**
**8266 Country Lake Drive**
**Orangevale, CA 95662**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5328 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,215.00** |
|---|---|---|---|

**Marc Freiman**
**1831 Arcola Ave**
**Silver Spring, MD 20902**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5329 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$215.00** |
|---|---|---|---|

**Marc Gotlieb**
**485 Henderson Road**
**Williamstown, MA 01267**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5330 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,836.00** |
|---|---|---|---|

**Marc Hankin**
**12400 Wilshire Blvd., Suite 1265**
**Los Angeles, CA 90025**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 185 of 1144

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| 3.5331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,807.00 |

**Marc Horowitz**
**1404 North Blvd**
**Houston, TX 77006**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.5332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $499.00 |

**Marc Jackson**
**7008 Dume Drive**
**Malibu, CA 90265**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.5333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $115.00 |

**Marc Johnston**
**1180 Lynhurst Way**
**San Jose, CA 95118**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.5334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $69.00 |

**Marc Labbe**
**27427 S Rondelet Dr.**
**Spring, TX 77386**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 186 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____ Case number (if known) _____
Name

| 3.5335 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$120,708.00** |

**Marc Lazar**
**7610 Dale Ave**
**Saint Louis, MO 63117**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5336 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,587.00** |

**Marc Levine, M.D.**
**909 Hyde E St. Suite 325**
**San Francisco, CA 94109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5337 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$21,497.00** |

**Marc Levitt**
**52 Old Logging Road**
**Bedford, NY 10506**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5338 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$83.00** |

**Marc Madden**
**15 Stetson Ave**
**Corte Madera, CA 94925**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | |
|---|---|
| 3.5339 | **Nonpriority creditor's name and mailing address** |

**Marc Marsan**
**83 Mount Vernon St**
**Boston, MA 02108**

As of the petition filing date, the claim is: **$1,855.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.5340 | **Nonpriority creditor's name and mailing address** |

**Marc McSorley**
**1250 S. Sunny Slope Rd**
**Brookfield, WI 53005**

As of the petition filing date, the claim is: **$1,081.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.5341 | **Nonpriority creditor's name and mailing address** |

**Marc Melser**
**4400 Riverside Dr.**
**Punta Gorda, FL 33982**

As of the petition filing date, the claim is: **$1,997.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.5342 | **Nonpriority creditor's name and mailing address** |

**Marc Oswald**
**111 Harkins Road**
**Woodside, CA 94062**

As of the petition filing date, the claim is: **$499.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 188 of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5343** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,049.00**

**Marc Perrin**
**274 St. James Drive**
**Piedmont, CA 94611**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

**3.5344** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$352.00**

**Marc Pisan**
**534 Emily Rose Circle**
**Windsor, CA 95492**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

**3.5345** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,019.00**

**Marc Reisch**
**21 Trails End**
**Chappaqua, NY 10514**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

**3.5346** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$213.00**

**Marc Ricci**
**19 Eureka St**
**San Francisco, CA 94114**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| 3.5347 | **Nonpriority creditor's name and mailing address** |

**Marc Saperstein**
**375 Cedar Lane**
**Teaneck, NJ 07666**

As of the petition filing date, the claim is:                    **$7,051.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.5348 | **Nonpriority creditor's name and mailing address** |

**Marc Shivers**
**240 Riverside Blvd, #5D**
**New York, NY 10069**

As of the petition filing date, the claim is:                    **$539.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.5349 | **Nonpriority creditor's name and mailing address** |

**Marc Slezynger**
**452 Fifth Avenue**
**New York, NY 10018**

As of the petition filing date, the claim is:                    **$14,154.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.5350 | **Nonpriority creditor's name and mailing address** |

**Marc St Hippolyte**
**2425 Brigden Rd**
**Pasadena, CA 91104**

As of the petition filing date, the claim is:                    **$49.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.5351 | |

**Nonpriority creditor's name and mailing address**

**Marc Stone**
**9620 SW 67th Avenue**
**Pinecrest, FL 33156**

As of the petition filing date, the claim is:                    **$963.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| | |
|---|---|
| 3.5352 | |

**Nonpriority creditor's name and mailing address**

**Marc Surprenant**
**1362 Grand Pre Ave.**
**Kalamazoo, MI 49006**

As of the petition filing date, the claim is:                    **$46.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| | |
|---|---|
| 3.5353 | |

**Nonpriority creditor's name and mailing address**

**Marc Sussman**
**4012 Riding Club Lane**
**Sacramento, CA 95864**

As of the petition filing date, the claim is:                    **$714.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| | |
|---|---|
| 3.5354 | |

**Nonpriority creditor's name and mailing address**

**Marc Ussini**
**570 Page St, #3**
**San Francisco, CA 94117**

As of the petition filing date, the claim is:                    **$1,118.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 191 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known)

Name

---

| 3.5355 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$67.00** |
| | **Marc Ventre** | Check all that apply. | |
| | **3927 Aqua Vista Street** | ☐ Contingent | |
| | **Oakland, CA 94601** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | | ■ No | |
| | Last 4 digits of account number | ☐ Yes | |

---

| 3.5356 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$6,499.00** |
| | **Marc Weinstock** | Check all that apply. | |
| | **645 Tigertail Road** | ☐ Contingent | |
| | **Los Angeles, CA 90049** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | | ■ No | |
| | Last 4 digits of account number | ☐ Yes | |

---

| 3.5357 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,339.00** |
| | **Marc Wurbel** | Check all that apply. | |
| | **41 Parley Avenue** | ☐ Contingent | |
| | **Boston, MA 02130** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | | ■ No | |
| | Last 4 digits of account number | ☐ Yes | |

---

| 3.5358 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,237.00** |
| | **Marc Yamawaki** | Check all that apply. | |
| | **112 Beverly St.** | ☐ Contingent | |
| | **Mountain View, CA 94043** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | Date or dates debt was incurred | **Is the claim subject to offset?** | |
| | | ■ No | |
| | Last 4 digits of account number | ☐ Yes | |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.5359 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,028.00** |
|---|---|---|---|

**Marc Yaseen**
**41 Franklin Rd**
**Scarsdale, NY 10583**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.5360 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$15,471.00** |
|---|---|---|---|

**Marc-Olivieir Kiss**
**5661 Chateaubriand, #PH3**
**Montreal, H2S0B6**
**CANADA**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.5361 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,659.00** |
|---|---|---|---|

**Marcel Haddad**
**1370 Kelton Ave**
**Los Angeles, CA 90024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.5362 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$20,979.00** |
|---|---|---|---|

**Marcel Kornacker**
**6358 Heather Ridge Way**
**Oakland, CA 94611**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 193 of 1144

Debtor  **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.5363 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$149,797.00** |

**Marcel Leroy**
**6133 76th St**
**Middle Village, NY 11379**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.5364 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$29.00** |

**Marcel Neiger**
**POB 6423**
**Stateline, NV 89449**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.5365 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$373.00** |

**Marcella Busto**
**712 E CAMPBELL AVE**
**Gilbert, AZ 85234**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.5366 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$14,871.00** |

**Marcelo Costa**
**One Hanson Place**
**Brooklyn, NY 11243**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 194 of 1144

Debtor    **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____

          Name

| 3.5367 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,801.00** |
|---|---|---|---|

**Marcio Souza**
**125 W 21st Street**
**New York, NY 10011**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____

☐ Yes

---

| 3.5368 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$714.00** |
|---|---|---|---|

**Marco DeFreitas**
**7365 Main Street, #241**
**Stratford, CT 06614**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____

☐ Yes

---

| 3.5369 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$35.00** |
|---|---|---|---|

**Marco Sorio**
**1 Lake Avenue**
**Bedford, NY 10506**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____

☐ Yes

---

| 3.5370 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,449.00** |
|---|---|---|---|

**Marco Van Der Poel**
**1240 Turnberry Drive**
**Upper St. Clair, PA 15241**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____

☐ Yes

---

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.5371 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $4,414.00 |
|---|---|---|---|

**Marcos Lutz**
**4116 briarcliff cir**
**Boca Raton, FL 33496**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.5372 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $479.00 |
|---|---|---|---|

**Marcos Tavares**
**2333 Brickell Ave**
**Miami, FL 33129**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.5373 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $128,184.00 |
|---|---|---|---|

**Marcus Budil**
**Monte-Carlo Sun**
**MONACO, 98**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.5374 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,293.00 |
|---|---|---|---|

**Marcy Adelman**
**689 Kansas St.**
**San Francisco, CA 94107**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.5375 | **Nonpriority creditor's name and mailing address** | |

**Margaret Byerly**
**4214 92nd Ave SE**
**Mercer Island, WA 98040**

**As of the petition filing date, the claim is:** $1,919.00
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | | |
|---|---|---|
| 3.5376 | **Nonpriority creditor's name and mailing address** | |

**Margaret Koski-Kent**
**2160 Penny Lane**
**Napa, CA 94559**

**As of the petition filing date, the claim is:** $81.00
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | | |
|---|---|---|
| 3.5377 | **Nonpriority creditor's name and mailing address** | |

**Margery Nathanson**
**148 West 23rd St.**
**New York, NY 10011**

**As of the petition filing date, the claim is:** $100.00
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | | |
|---|---|---|
| 3.5378 | **Nonpriority creditor's name and mailing address** | |

**Margo Cook**
**1727 North Burling Street**
**Chicago, IL 60614**

**As of the petition filing date, the claim is:** $588.00
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 197 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.5379 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$440.00** |

**Margot Hirsch**
**1870 Jackson St**
**San Francisco, CA 94109**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5380 | **Nonpriority creditor's name and mailing address** | **$2,439.00** |
|---|---|---|

**Maria Quejada**
**427 S Bruner Street**
**Hinsdale, IL 60521**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5381 | **Nonpriority creditor's name and mailing address** | **$4,989.00** |
|---|---|---|

**Maria Scotece**
**2760 Linden Ln**
**Williamsburg, VA 23185**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5382 | **Nonpriority creditor's name and mailing address** | **$45.00** |
|---|---|---|

**Marian Huntoon**
**6428 Harwood Ave.**
**Oakland, CA 94618**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**                          Case number (if known) _____

Name

| 3.5383 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $299.00 |

**Marie Kelly**
**760 Park Ave**
**New York, NY 10021**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5384 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,379.00 |

**Marie Will**
**2849 Lorencita Dr.**
**Santa Maria, CA 93455**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5385 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $107.00 |

**Marilyn Baker**
**59 Deckertown Turnpike**
**Sussex, NJ 07461**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5386 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $207.00 |

**Mario A Romine**
**2641 East Orchard Circle**
**Fort Lauderdale, FL 33328**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 199
of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known) _____

| | |
|---|---|
| 3.5387 | **Nonpriority creditor's name and mailing address** |

**Mario Blenda**
**13606 Springcross Ct**
**Houston, TX 77077**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$11,246.00**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.5388 | **Nonpriority creditor's name and mailing address** |

**Mario Rizzo**
**110 Bleecker Street**
**New York, NY 10012**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$103.00**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.5389 | **Nonpriority creditor's name and mailing address** |

**Marios Karayannis**
**6103 Franciscan Way**
**San Jose, CA 95120**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$5,124.00**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.5390 | **Nonpriority creditor's name and mailing address** |

**Maris Pascal**
**404 North Maple Avenue**
**Greenwich, CT 06830**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$479.00**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 200 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____    Case number (if known) _____
Name

| 3.5391 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,255.00** |

**Maris Veidemanis**
**19 Eagle Ridge Dr.**
**Santa Fe, NM 87508**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

---

| 3.5392 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$375.00** |

**Marius Grincevicius**
**1235 s prairie ave**
**Chicago, IL 60605**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

---

| 3.5393 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$45.00** |

**Marius Marcel Commodore**
**4400 West University Blvd.**
**Dallas, TX 75209**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

---

| 3.5394 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$19.00** |

**Marjorie Campbell**
**2443 Fillmore**
**San Francisco, CA 94115**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known)

Name

| 3.5395 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$150,830.00** |
|---|---|---|---|

**Mark A Schmetz**
**204 Calabria St.**
**Aptos, CA 95003**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

| 3.5396 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,019.00** |
|---|---|---|---|

**Mark Adams**
**505 Broadway**
**Tacoma, WA 98402**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

| 3.5397 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,940.00** |
|---|---|---|---|

**Mark Alexander**
**4950 Riverlake Dr**
**Duluth, GA 30097**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

| 3.5398 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$99.00** |
|---|---|---|---|

**Mark Alkire**
**1112 Riverside Dr**
**Palmetto, FL 34221**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

---

| 3.5399 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$359.00** |

**Mark Anderson**
**5124 Mirror Lakes Drive**
**Edina, MN 55344**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.5400 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$8,284.00** |

**Mark Anderson**
**10 Sunset Park Cove**
**Austin, TX 78734**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.5401 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,402.00** |

**Mark Antonini**
**5732 Templegate Dr**
**Nashville, TN 37221**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.5402 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,599.00** |

**Mark Baker**
**450 West Mountain Road**
**Ridgefield, CT 06877**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

Case: 16-40050     Doc# 16-1     Filed: 01/21/16     Entered: 01/21/16 15:42:32     Page 203 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.5403 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $107,201.00 |

**Mark Beaven**
**7 West 22nd Street**
**New York, NY 10010**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5404 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $257.00 |

**Mark Bercow**
**2118 Ashton Ave**
**Menlo Park, CA 94025**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5405 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,007.00 |

**Mark Berkowitz**
**9250 Allens Cove Lane NE**
**Bainbridge Island, WA 98110**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5406 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $279.00 |

**Mark Bierman**
**298 Grandview Ave.**
**Suffern, NY 10901**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 204 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.5407 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,824.00** |

**3.5407** | **Nonpriority creditor's name and mailing address**

**Mark Bixler**
**4012 Skyfarm Dr**
**Santa Rosa, CA 95403**

As of the petition filing date, the claim is: **$1,824.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

**3.5408** | **Nonpriority creditor's name and mailing address**

**Mark Black**
**95 Charles Street**
**New York, NY 10014**

As of the petition filing date, the claim is: **$270.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

**3.5409** | **Nonpriority creditor's name and mailing address**

**Mark Blitzer**
**3 Bonnie Brook Road**
**Westport, CT 06880**

As of the petition filing date, the claim is: **$576.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

**3.5410** | **Nonpriority creditor's name and mailing address**

**Mark Boyd**
**16000 Ventura Blvd**
**Encino, CA 91436**

As of the petition filing date, the claim is: **$467.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 205 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name
Case number (if known) _____

---

| 3.5411 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $856.00 |

**Mark Bradley**
**1128 15th Ave**
**Seattle, WA 98122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5412 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $257.00 |

**Mark Brady**
**10213 Edgewood Ave**
**Silver Spring, MD 20901**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5413 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,879.00 |

**Mark Braunstein**
**2705 Mabry Rd NE**
**Atlanta, GA 30319**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5414 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $699.00 |

**Mark Brown**
**1410 Wesley Oaks Ct. NW**
**Atlanta, GA 30327**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor **Fox Ortega Enterprises, Inc.**

Case number *(if known)*

Name

---

| 3.5415 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,887.00** |

**Mark Burdelle**
**2724 Gamble Ct**
**Hayward, CA 94542**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.5416 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$46.00** |

**Mark Carpenter**
**1841 Ingleside Terrace NW**
**Washington, DC 20010**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.5417 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,859.00** |

**Mark Carter**
**1324 Silvertip Lane**
**Evergreen, CO 80439**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.5418 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$554.00** |

**Mark Castellani**
**20274 E Lake Circle**
**Aurora, CO 80016**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor   **Fox Ortega Enterprises, Inc.**                                   Case number (if known) _____
         _____
         Name

| 3.5419 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$269.00** |

**Mark Chargin**
**770 SE Logan Ln**
**Dundee, OR 97115**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5420 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,755.00** |

**Mark Churchill**
**4528 Tower St**
**Minneapolis, MN 55424**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5421 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$83.00** |

**Mark Clark**
**54 Carmello Rd.**
**Walnut Creek, CA 94597**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5422 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,358.00** |

**Mark Conroe**
**1390 Market St**
**San Francisco, CA 94102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 208 of 1144

Debtor **Fox Ortega Enterprises, Inc.**                                 Case number (if known) _____

Name

---

| 3.5423 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$699.00** |

**Mark Cooper**
**4732 Rose Creek Parkway**
**Fargo, ND 58104**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5424 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,019.00** |

**Mark Couchman**
**351 E Napa St**
**Sonoma, CA 95476**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5425 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$311.00** |

**Mark Criden**
**700 Sweet Home Road**
**Amherst, NY 14226**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5426 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$419.00** |

**Mark Daoud**
**950 Lighthouse  Apt B**
**Pacific Grove, CA 93950**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.5427 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$484.00** |
|---|---|---|---|

**Mark Daverin**
**PO Box 545**
**Orient, NY 11957**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.5428 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,183.00** |
|---|---|---|---|

**Mark Davidson**
**51 Old Mill Road**
**Chappaqua, NY 10514**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.5429 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$464.00** |
|---|---|---|---|

**Mark Davis**
**7842 Enterprise Dr**
**Mentor, OH 44060**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.5430 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,164.00** |
|---|---|---|---|

**Mark Davison**
**24 Treadwell Ct**
**Lutherville-Timonium, MD 21093**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com · Best Case Bankruptcy

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 210 of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.5431 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,946.00 |
|---|---|---|---|

**Mark Declusin**
**13851 Brenan Way**
**Santa Ana, CA 92705**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5432 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $502.00 |
|---|---|---|---|

**Mark Donohue**
**8 North Marketplace**
**Boston, MA 02109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5433 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,113.00 |
|---|---|---|---|

**Mark Dow**
**1141 Chatsworth Pl**
**Chesterfield, MO 63017**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5434 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $485.00 |
|---|---|---|---|

**Mark Dreher**
**7528 Deepwoods Court**
**Springboro, OH 45066**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 211 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.5435 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$65.00** |
|---|---|---|---|

**Mark E Jansen**
**4325 Lafayette Dr**
**El Dorado Hills, CA 95762**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.5436 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,099.00** |
|---|---|---|---|

**Mark Eitzen**
**6323 Stichter Ave.**
**Dallas, TX 75230**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.5437 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$119.00** |
|---|---|---|---|

**Mark Emery**
**16052 Maplewild Ave SW**
**Seattle, WA 98166**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.5438 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$678.00** |
|---|---|---|---|

**Mark Emmerich**
**447 South 12th Street**
**San Jose, CA 95112**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 212 of 1144

Debtor **Fox Ortega Enterprises, Inc.**                                          Case number (if known) _____

Name

| 3.5439 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$559.00** |

**Mark Evans**

**La Canada, CA 91011**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5440 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$239.00** |

**Mark F Prysi**
**9125 Corsea del Fontana Way**
**Naples, FL 34109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5441 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,323.00** |

**Mark Fisher**
**50 Bote Road**
**Greenwich, CT 06830**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5442 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$479.00** |

**Mark Fister**
**2520 N Saint Louis Ave**
**Chicago, IL 60647**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.5443 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$1,763.00** |

**Mark Flaharty**
**1749 W Surf St.**
**Chicago, IL 60657**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.5444 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$6,170.00** |

**Mark Flocco**
**1255 Stevens Gate Rd.**
**Sonoma, CA 95476**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.5445 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$1,093.00** |

**Mark Fredericks**
**12 Dad's Lane**
**Stamford, CT 06903**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.5446 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$3,896.00** |

**Mark Gershburg**
**831 Pond Brook Rd**
**Franklin Lakes, NJ 07417**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Case number (if known)

Name

| 3.5447 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $839.00 |

**Mark Gilbert**
**13731 Northwood Rd, NW**
**Seattle, WA 98177**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.5448 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,731.00 |

**Mark Gilje**
**42 Rolling Rock Court**
**Saint Louis, MO 63124**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.5449 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $898.00 |

**Mark Gill**
**658 Haddon Rd.**
**Oakland, CA 94610**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.5450 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $28,644.00 |

**Mark Glasgold**
**31 River Rd**
**Highland Park, NJ 08904**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5451** | **Nonpriority creditor's name and mailing address**

**Mark Goldner**
**5 Kenwood Rd.**
**Saddle River, NJ 07458**

**As of the petition filing date, the claim is:** $870.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

**3.5452** | **Nonpriority creditor's name and mailing address**

**Mark Goldstein**
**2811 Steinmetz Way**
**Oakland, CA 94602**

**As of the petition filing date, the claim is:** $164.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

**3.5453** | **Nonpriority creditor's name and mailing address**

**Mark Golodetz**
**816 Sleepy Hollow Road**
**Briarclif, NY 10510**

**As of the petition filing date, the claim is:** $28,853.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

**3.5454** | **Nonpriority creditor's name and mailing address**

**Mark Gordon**
**PO Box 6985**
**McLean, VA 22106**

**As of the petition filing date, the claim is:** $522.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.5455 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,295.00** |
|---|---|---|---|

**Mark Gripp**
**91795 Horse Creek Rd**
**Blue River, OR 97413**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5456 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,512.00** |
|---|---|---|---|

**Mark Grossbard**
**492 Franklin Ave.**
**Nutley, NJ 07110**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5457 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$399.00** |
|---|---|---|---|

**Mark Heurung**
**225 S 6th Street**
**Minneapolis, MN 55402**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5458 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,971.00** |
|---|---|---|---|

**Mark Hoffman**
**14232 N Honey Bee Trl.**
**Oro Valley, AZ 85755**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 217 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.5459 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $649.00 |

**Mark Hubbard**
**21031 Ventura Blvd.**
**Woodland Hills, CA 91364**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5460 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,419.00 |

**Mark Hudes**
**1317 Washington Ave**
**Albany, CA 94706**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5461 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,079.00 |

**Mark Iamonaco**
**15 Wayside Rd**
**Burlington, MA 01803**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5462 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $179.00 |

**Mark Jackson**
**19 Borealis Way**
**Castle Rock, CO 80108**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5463** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$111.00**

**Mark Jaremko**
**407 Costa Rica Ave.**
**San Mateo, CA 94402**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.5464** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,858.00**

**Mark Johnson**
**945 Kamehameha Hwy.**
**Pearl City, HI 96782**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.5465** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$59.00**

**Mark Johnson**
**8847 Holly Street**
**Alta Loma, CA 91701**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.5466** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,399.00**

**Mark Johnston**
**12740 Dianne Drive**
**Los Altos, CA 94022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 219 of 1144

Debtor **Fox Ortega Enterprises, Inc.**                     Case number (if known) _____
_____
Name

| 3.5467 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,627.00** |

**Nonpriority creditor's name and mailing address**

**Mark Jones**
**4806 Little Falls Road**
**Arlington, VA 22207**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5468 |

**Nonpriority creditor's name and mailing address**

**Mark Jones**
**26541 Agoura Road**
**Calabasas, CA 91302**

As of the petition filing date, the claim is: **$269.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5469 |

**Nonpriority creditor's name and mailing address**

**Mark Jones**
**224 Marlborough St**
**Boston, MA 02116**

As of the petition filing date, the claim is: **$4,691.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5470 |

**Nonpriority creditor's name and mailing address**

**Mark Kaufman**
**127 Avery Dr**
**Atlanta, GA 30309**

As of the petition filing date, the claim is: **$549.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____ Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.5471 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $158.00 |

**Mark Kaufman**
**5 Buckeye Way**
**Kentfield, CA 94904**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.5472 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $299.00 |

**Mark Kelley**
**17715 NE Lucia Falls Rd.**
**Yacolt, WA 98675**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.5473 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $25,174.00 |

**Mark Kelson**
**10650 Somma Way**
**Los Angeles, CA 90077**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.5474 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $13,117.00 |

**Mark Kiesel**
**22 Cherry Hills Lane**
**Newport Beach, CA 92660**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 221
of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

| 3.5475 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $278.00 |
|---|---|---|---|

**Mark Kinarney**
**339 West 20th Street**
**New York, NY 10011**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.5476 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $7,061.00 |
|---|---|---|---|

**Mark Knapton**
**1809 Seabreeze Court**
**Newbury Park, CA 91320**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.5477 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $359.00 |
|---|---|---|---|

**Mark Kovalik**
**1601 Mira Vista Ave.**
**Santa Barbara, CA 93103**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.5478 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,057.00 |
|---|---|---|---|

**Mark Krebs**
**624 Taylor St**
**San Francisco, CA 94102**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**      Case number *(if known)* _____

Name

---

| 3.5479 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$443.00** |

**Mark Kuenster**
**37 Skagit Key**
**Bellevue, WA 98006**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5480 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$7,519.00** |

**Mark Kuge**
**1481 S. King St.**
**Honolulu, HI 96814**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5481 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$599.00** |

**Mark Kupersmith**
**1000 10th Ave.**
**New York, NY 10019**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5482 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$59.00** |

**Mark Lacey**
**PO box 641500**
**San Francisco, CA 94164-1500**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 223 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.5483 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,555.00 |
|---|---|---|---|

**Mark Lange**
**600 Reed St.**
**Mankato, MN 56001**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5484 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,847.00 |
|---|---|---|---|

**Mark Lewis**
**45415 Coal Creek Drive**
**Parker, CO 80138**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5485 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $779.00 |
|---|---|---|---|

**Mark Liprie**
**1942 Brackenville Rd**
**Hockessin, CA 19707**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5486 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,151.00 |
|---|---|---|---|

**Mark Locklear**
**11 Silveroak**
**Irvine, CA 92620**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.5487 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$475.00** |
|---|---|---|---|

**Mark Lovas**
**7550 Jalmia Way**
**Los Angeles, CA 90046**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5488 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$909.00** |
|---|---|---|---|

**Mark Lyon**
**374 East Napa St**
**Sonoma, CA 95476**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5489 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$125.00** |
|---|---|---|---|

**Mark Madsen**
**288 Willows Lane**
**Friday Harbor, WA 98250**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5490 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,125.00** |
|---|---|---|---|

**Mark Maron**
**6100 Wilshire Blvd**
**Los Angeles, CA 90048**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Debtor    **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____
          _____
          Name

| 3.5491 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $24,819.00 |

**3.5491**  Nonpriority creditor's name and mailing address

**Mark McComiskey**
**88 Richmond Hill Road**
**Greenwich, CT 06831**

As of the petition filing date, the claim is:                           **$24,819.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____       **Is the claim subject to offset?**

                                                       ■ No
Last 4 digits of account number  _____       ☐ Yes

---

**3.5492**  Nonpriority creditor's name and mailing address

**Mark McKenny**
**1927 Union Street**
**Boone, IA 50036**

As of the petition filing date, the claim is:                           **$1,450.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____       **Is the claim subject to offset?**

                                                       ■ No
Last 4 digits of account number  _____       ☐ Yes

---

**3.5493**  Nonpriority creditor's name and mailing address

**Mark Meyer**
**65 Emerald Rd**
**Keyesport, IL 62253**

As of the petition filing date, the claim is:                           **$359.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____       **Is the claim subject to offset?**

                                                       ■ No
Last 4 digits of account number  _____       ☐ Yes

---

**3.5494**  Nonpriority creditor's name and mailing address

**Mark Miller**
**620 Bloomfield Ct**
**Birmingham, MI 48009**

As of the petition filing date, the claim is:                           **$1,649.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____       **Is the claim subject to offset?**

                                                       ■ No
Last 4 digits of account number  _____       ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Debtor  **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.5495 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $329.00 |

**Mark Molenaar**
**6150 Brookstone Place**
**Gurnee, IL 60031**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5496 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $39.00 |

**Mark Moran**
**4000 Hillcrest Road**
**Medford, OR 97504**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5497 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,583.00 |

**Mark Morrissette**
**108 Hardy Rd**
**Falmouth, ME 04105**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5498 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $169.00 |

**Mark Mowat**
**13404 Eagle Run Drive**
**Omaha, NE 68164**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.5499 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$547.00** |
|---|---|---|---|

**Mark Niblack**
**411 W. Robinson Ave.**
**San Diego, CA 92103**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5500 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$13,708.00** |
|---|---|---|---|

**Mark O'Connell**
**8700 Lee Boulevard**
**Leawood, KS 66206**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5501 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$269.00** |
|---|---|---|---|

**Mark Palm**
**391 South Vine Street**
**Escondido, CA 92025**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5502 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,449.00** |
|---|---|---|---|

**Mark Palmer**
**5106 N. Vista Ct.**
**Spokane, WA 99212**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 228 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.5503 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $349.00 |

**Mark Patterson**
**4013 Sugarloaf Dr**
**Austin, TX 78738**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5504 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $359.00 |

**Mark Pawlak**
**601 6th St.**
**Brooklyn, NY 11215**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5505 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,884.00 |

**Mark Pirwitz**
**2175 East Packsaddle Dr**
**Coeur D'Alene, ID 83815**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5506 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $43,282.00 |

**Mark Pollack**
**C/O EMC**
**Moonachie, NJ 07074**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 229 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| **3.5507** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$253.00** |

**3.5507** **Nonpriority creditor's name and mailing address**

**Mark Porembski**
**P.O. Box 552**
**Saint Helena, CA 94574**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$253.00**

---

**3.5508** **Nonpriority creditor's name and mailing address**

**Mark Ratcliffe**
**106 Pacific Ave.**
**Piedmont, CA 94611**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$209.00**

---

**3.5509** **Nonpriority creditor's name and mailing address**

**Mark Reinitz**
**6837 46th Ave NE**
**Seattle, WA 98115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$249.00**

---

**3.5510** **Nonpriority creditor's name and mailing address**

**Mark Reinman**
**31 Shetland**
**Plymouth, MA 02360**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$8,855.00**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____
_____
Name

| 3.5511 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,149.00** |
|---|---|---|---|

**Mark Ricardo**
**4651 Longstreet Lane**
**Alexandria, VA 22311**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.5512 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$180.00** |
|---|---|---|---|

**Mark Rikess**
**4405 Riverside Drive**
**Burbank, CA 91505**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.5513 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,686.00** |
|---|---|---|---|

**Mark Roberts**
**6103 Alvarado Place**
**El Cerrito, CA 94530**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.5514 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,209.00** |
|---|---|---|---|

**Mark Robinson**
**36 Hill**
**Kentfield, CA 94904**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____

Name

---

| 3.5515 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,393.00 |

**Mark Robinson**
**3334 Avenida Hacienda**
**Escondido, CA 92029**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.5516 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $399.00 |

**Mark Rose**
**42 CR 404**
**Westerlo, NY 12193**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.5517 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,243.00 |

**MARK ROSENBLUM**
**428 Utica Ave**
**Boulder, CO 80304**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.5518 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $974.00 |

**Mark Rosenthal**
**1221 Arno Drive**
**Sierra Madre, CA 91024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 232 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.5519 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$89.00** |

3.5519

**Nonpriority creditor's name and mailing address**

**Mark Rubin**
**345 Sheridan Ave**
**Palo Alto, CA 94306**

As of the petition filing date, the claim is: **$89.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

3.5520

**Nonpriority creditor's name and mailing address**

**Mark Rudner**
**69 Percy Williams Drive**
**East Islip, NY 11730**

As of the petition filing date, the claim is: **$935.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

3.5521

**Nonpriority creditor's name and mailing address**

**Mark Russo**
**51 Oak Ridge Rd**
**Basking Ridge, NJ 07920**

As of the petition filing date, the claim is: **$9,145.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

3.5522

**Nonpriority creditor's name and mailing address**

**Mark Salkind**
**131 Delmar Street**
**San Francisco, CA 94117**

As of the petition filing date, the claim is: **$7,096.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.5523 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $187.00 |
|---|---|---|---|

**Mark Schaefer**
**102 NorthCreek Dr.**
**Lewisburg, OH 45338**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5524 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,816.00 |
|---|---|---|---|

**Mark Schoenberg**
**8360 Greensboro Dr.**
**McLean, VA 22102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5525 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $219.00 |
|---|---|---|---|

**Mark Schwartz**
**1303 Summit Road**
**Lafayette, CA 94549**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5526 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,799.00 |
|---|---|---|---|

**Mark Seidenfeld**
**225 Broadway**
**New York, NY 10007**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**      Case number (if known) _____
_____
Name

| 3.5527 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$663.00** |
|---|---|---|---|

**Mark Sekulich**
**7345 Parkwood Dr.**
**Fenton, MI 48430**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5528 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,085.00** |
|---|---|---|---|

**Mark Senn**
**2007 N Hoyne Ave.**
**Chicago, IL 60647**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5529 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$644.00** |
|---|---|---|---|

**Mark Snyder**
**8726 Gayle Ave**
**Saint Louis, MO 63126**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5530 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$750.00** |
|---|---|---|---|

**Mark Spurrier**
**3436 Longfellow**
**Saint Louis, MO 63104**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

---

| 3.5531 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$734.00** |

**Mark Steven Birenbaum**
**1124 Terrace**
**Saint Louis, MO 63117**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5532 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,079.00** |

**Mark Stevens**
**19420 Santa Rita St**
**Tarzana, CA 91356**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5533 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,064.00** |

**Mark Stevens**
**19155 NE Herring Lane**
**Newberg, OR 97132**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5534 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$95.00** |

**Mark Swirsky**
**349 East 49th Street**
**New York, NY 10017**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 236 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known) _____

---

| 3.5535 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$835.00** |

**Mark Symns**
**11818 Riverside Drive #105**
**Valley Village, CA 91607**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.5536 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,203.00** |

**Mark Taczak**
**9935 NE 144th Ln**
**Kirkland, WA 98034**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.5537 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,289.00** |

**Mark Tang**
**31 Aspen Creek Ln**
**Laguna Hills, CA 92653**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.5538 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$6,187.00** |

**Mark Tavarozzi**
**520 North Greencraig Road**
**Los Angeles, CA 90049**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.5539 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $699.00 |

**Mark Thies**
**New Canaan Funding**
**New Canaan, CT 06840**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5540 | Nonpriority creditor's name and mailing address | $303.00 |

**Mark Thompson**
**1551 Misty Wood Dr**
**Roseville, CA 95747**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5541 | Nonpriority creditor's name and mailing address | $779.00 |

**Mark Trachtenberg**
**7267 Rising Sun Ave**
**Philadelphia, PA 19111**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5542 | Nonpriority creditor's name and mailing address | $221.00 |

**Mark Tucker**
**6081 Upper Ridge Rd**
**Green Lane, PA 18054**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | |
|---|---|
| 3.5543 | **Nonpriority creditor's name and mailing address** |

**Mark Uriu**
**263 Midland Ave**
**Montclair, NJ 07042**

As of the petition filing date, the claim is: **$2,595.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.5544 | **Nonpriority creditor's name and mailing address** |

**Mark Valentine**
**2949 Sacramento Street**
**San Francisco, CA 94115**

As of the petition filing date, the claim is: **$11,239.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.5545 | **Nonpriority creditor's name and mailing address** |

**Mark Van Wyk**
**2 Griggs Ln**
**Chappaqua, NY 10514**

As of the petition filing date, the claim is: **$573.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.5546 | **Nonpriority creditor's name and mailing address** |

**Mark Vineis**
**7000 Cardinal Place**
**Dublin, OH 43017**

As of the petition filing date, the claim is: **$1,451.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 239 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.5547 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$194.00** |
|---|---|---|---|

**Mark Wagner**
**10151 SW Lancaster Rd.**
**Portland, OR 97219**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

| 3.5548 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$34,370.00** |
|---|---|---|---|

**Mark Watson**
**PO Box 190239**
**Boise, ID 83719**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

| 3.5549 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$429.00** |
|---|---|---|---|

**Mark Wickham**
**5851 Dripping Rock Lane G-102**
**Fort Collins, CO 80528**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

| 3.5550 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$579.00** |
|---|---|---|---|

**Mark Wilson**
**713 Walavista Avenue**
**Oakland, CA 94610**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.5551 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $699.00 |

**Mark Wong**
**1746 28th Ave**
**San Francisco, CA 94122**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

3.5552 **Nonpriority creditor's name and mailing address**

**Marko Kangrga**
**5 Tudor City Pl**
**New York, NY 10017**

As of the petition filing date, the claim is: $303.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

3.5553 **Nonpriority creditor's name and mailing address**

**Markos Moya**
**4 Water St.**
**Brooklyn, NY 11201**

As of the petition filing date, the claim is: $1,019.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

3.5554 **Nonpriority creditor's name and mailing address**

**Marla London**
**11830 Hesby St**
**Valley Village, CA 91607**

As of the petition filing date, the claim is: $1,852.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____

_____
Name

| 3.5555 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,771.00** |

**Marlene Briski**
**1654 Palisades Drive**
**Pacific Palisades, CA 90272**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.5556 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$119.00** |

**Marsel Mesulam**
**1212 North Lakeshore Drive**
**Chicago, IL 60610**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.5557 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,306.00** |

**Marsha Phillips**
**36 Pinnacle Drive**
**Rogers, AR 72758**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.5558 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$588.00** |

**Marshall Banker**
**204 Gibson Pt.**
**Solana Beach, CA 92075**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 242 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known)

---

| 3.5559 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,252.00** |

**Marshall Field**
**225 W Wacker Dr.**
**Chicago, IL 60606**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.5560 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$599.00** |

**Marshall Gibbs**
**15 Oxford Ave**
**Clarendon Hills, IL 60514**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.5561 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$479.00** |

**Marshall Haines**
**PO Box 03223538**
**Sioux Falls, SD 57186**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.5562 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,250.00** |

**Marshall Katz**
**4875 Ellsworth Ave.**
**Pittsburgh, PA 15213**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor **Fox Ortega Enterprises, Inc.**
_____ Case number (if known) _____
Name

| 3.5563 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$279.00** |

**Marshall Laird**
**43 Donna Maria Way**
**Orinda, CA 94563**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5564 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$479.00** |

**Marshall Smith**
**8742 2nd Ave**
**Pleasant Prairie, WI 53158**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5565 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$159.00** |

**Martha Berzon**
**400 Skokie Blvd**
**Northbrook, IL 60062**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5566 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,579.00** |

**Martin Asis**
**4244 Fremont Ave. S**
**Minneapolis, MN 55409**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050     Doc# 16-1     Filed: 01/21/16     Entered: 01/21/16 15:42:32     Page 244 of 1144

Debtor **Fox Ortega Enterprises, Inc.**　　　　　Case number (if known) _____

Name

| 3.5567 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,479.00** |
|---|---|---|---|

3.5567

**Nonpriority creditor's name and mailing address**

**Martin Barnholtz**
**36339 Mimosa Tree Rd**
**Winchester, CA 92596**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$2,479.00**

---

3.5568

**Nonpriority creditor's name and mailing address**

**Martin Bastuba**
**1502 Glorietta Blvd.**
**Coronado, CA 92118**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$270.00**

---

3.5569

**Nonpriority creditor's name and mailing address**

**Martin Bertalanitsch**
**1718 Mary Road**
**Acton, CA 93510**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$479.00**

---

3.5570

**Nonpriority creditor's name and mailing address**

**Martin Bland**
**14937 Cerritos Place**
**Fontana, CA 92336**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$15,609.00**

Case: 16-40050　Doc# 16-1　Filed: 01/21/16　Entered: 01/21/16 15:42:32　Page 245 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.5571 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $3,812.00 |
|---|---|---|---|

**Martin Edelman**
**355 South End Avenue**
**New York, NY 10280**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.5572 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $4,182.00 |
|---|---|---|---|

**Martin Gillam**
**40 East 20th St**
**New York, NY 10003**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.5573 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,739.00 |
|---|---|---|---|

**Martin Hansen**
**Norremarksgyden 5**
**Ryslinge, 5856**
**DENMARK**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.5574 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $99.00 |
|---|---|---|---|

**Martin Hein**
**27210 Road 108**
**Visalia, CA 93277**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.5575 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,029.00 |
|---|---|---|---|

**Martin Madorsky**
**85 Palm Ave.**
**Miami, FL 33139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.5576 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,114.00 |
|---|---|---|---|

**Martin Munitz**
**530 West End Avenue**
**New York, NY 10024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.5577 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,543.00 |
|---|---|---|---|

**Martin Petri**
**1656 35th St NW**
**WASHINGTON, DC 20007**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.5578 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $16,624.00 |
|---|---|---|---|

**Martin Reese**
**3918 Hanly Rd**
**Oakland, CA 94602**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | |
|---|---|
| 3.5579 | **Nonpriority creditor's name and mailing address** |

**Martin Rosenberg**
**531 Powell Drive**
**Annapolis, MD 21401**

As of the petition filing date, the claim is: **$614.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.5580 | **Nonpriority creditor's name and mailing address** |

**Martin Rosenstock**
**6206 Winans Drive**
**Los Angeles, CA 90068**

As of the petition filing date, the claim is: **$289.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.5581 | **Nonpriority creditor's name and mailing address** |

**Martin Taucher**
**150 Waverly Way**
**Kirkland, WA 98033**

As of the petition filing date, the claim is: **$272.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.5582 | **Nonpriority creditor's name and mailing address** |

**Martin Wax**
**41 Branch Rd**
**Far Hills, NJ 07931**

As of the petition filing date, the claim is: **$359.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.5583 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,714.00** |

**Martin Yohanan**
**11 N 434 Muirhead Rd**
**Elgin, IL 60123**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5584 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,079.00** |

**Martino Cansani**
**560 W 43rd Str**
**New York, NY 10036**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5585 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$10,466.00** |

**Marty Allen**
**2494 Kings Arms Dr**
**Atlanta, GA 30345**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5586 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,319.00** |

**Marty Ellington**
**138 Hilburn Road**
**Scarsdale, NY 10583**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 249 of 1144

Debtor **Fox Ortega Enterprises, Inc.**            Case number (if known) _____
_____
Name

| 3.5587 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$7,250.00** |

**Marvin Skanse**
**1797 - 53rd Loop SE**
**Olympia, WA 98501**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5588 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,639.00** |

**Marwan Bader**
**105 Westview Lane**
**Oak Ridge, TN 37830**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5589 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$127.00** |

**Marwan Fakih**
**5543 Pine Loch Lane**
**Williamsville, NY 14221**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5590 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$71.00** |

**Mary Cherry**
**205 King Street, Suite 400**
**Charleston, SC 29401**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.5591 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$699.00** |
|---|---|---|---|

**Mary Elizabeth Lawton**
**130 Vista Del Mar Lane**
**Myrtle Beach, SC 29572**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5592 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,209.00** |
|---|---|---|---|

**Mary Grace Burke**
**316 East Sixth Street**
**Hinsdale, IL 60521**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5593 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$194.00** |
|---|---|---|---|

**Mary Honeycutt**
**328 Terra Vista Trail SE**
**Albuquerque, NM 87123**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5594 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$53.00** |
|---|---|---|---|

**Mary Lyman**
**760 4th St East**
**Sonoma, CA 95476**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 251 of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5595** | **Nonpriority creditor's name and mailing address**

**Mary Margaret Adams Groves**
**8013 Torrey Pines Circle**
**Beaumont, TX 77707**

**As of the petition filing date, the claim is:** **$69.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.5596** | **Nonpriority creditor's name and mailing address**

**Mary Murphy**
**225 w 35th st**
**Farmington, NM 87401**

**As of the petition filing date, the claim is:** **$359.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.5597** | **Nonpriority creditor's name and mailing address**

**Mary Van der Flice**
**3134 Cabrillo Street**
**San Francisco, CA 94121**

**As of the petition filing date, the claim is:** **$75.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.5598** | **Nonpriority creditor's name and mailing address**

**Mary Weigel**
**565 Mohawk**
**Lake Quivira, KS 66217**

**As of the petition filing date, the claim is:** **$464.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor  **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | |
|---|---|
| 3.5599 | **Nonpriority creditor's name and mailing address** |

**Maryann Huhs**
**5625 84th Avenue SE**
**Mercer Island, WA 98040**

As of the petition filing date, the claim is: **$149.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.5600 | **Nonpriority creditor's name and mailing address** |

**Maryellen Lewis**
**4729 Bristol St.**
**Lansing, MI 48910**

As of the petition filing date, the claim is: **$180.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.5601 | **Nonpriority creditor's name and mailing address** |

**Masa's Restaurant**
**648 Bush Street**
**San Francisco, CA 94108**

As of the petition filing date, the claim is: **$179.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.5602 | **Nonpriority creditor's name and mailing address** |

**Masahisa Yoshiya**
**5-17-10-702, Tachibana**
**Sumida-ku, Tokyo  131-0043**
**JAPAN**

As of the petition filing date, the claim is: **$2,169.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com	Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.5603 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,299.00** |
|---|---|---|---|

**Masamoto Hinata**
**Minato-Ku Roppongi 1-6-1**
**Izumi Garden Tower, Tokyo 106-6024**
**JAPAN**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

| 3.5604 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$30,662.00** |
|---|---|---|---|

**Masayuki Inouye**
**111 Boulevard**
**Glen Rock, NJ 07452**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

| 3.5605 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$299.00** |
|---|---|---|---|

**Masih Soltani**
**15 McCabe Dr.**
**Reno, NV 89511**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

| 3.5606 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,383.00** |
|---|---|---|---|

**Mason Haupt**
**326 West 80th Street**
**New York, NY 10024**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 254 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | |
|---|---|
| 3.5607 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$929.00** |

**Nonpriority creditor's name and mailing address**

3.5607

**Mason Hewitt**
**4245 Coolidge St**
**Mount Pleasant, SC 29466**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$929.00**

---

3.5608

**Nonpriority creditor's name and mailing address**

**Mason Lankford**
**1873 California ST NW**
**Washington, DC 20009**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$540.00**

---

3.5609

**Nonpriority creditor's name and mailing address**

**Massey Vasseghi**
**1177 Roberto Ln**
**Los Angeles, CA 90077**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$952.00**

---

3.5610

**Nonpriority creditor's name and mailing address**

**Massimiliano Fratoni**
**1527 Martin Luther King Jr Way**
**Berkeley, CA 94709**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$216.00**

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 255
of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.5611 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,014.00** |

**Massimo Calafiore**
**150 Laurel Hill Road**
**Mountain Lakes, NJ 07046**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5612 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$270.00** |

**Massimo Cordella**
**11B Lambert Road**
**London, SW25BA**
**ENGLAND**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5613 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,779.00** |

**Massimo Tassan-Solet**
**21 Astor Place  Apt. PH B**
**New York, NY 10003**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5614 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$71.00** |

**Mathew Niler**
**Hammer Press**
**Parsippany, NJ 07054**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.5615 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$629.00** |

**Matsui Jinya**
**2-1-803 Umeda-cyou**
**Moriyama-shi, Shiga 524-0037**
**JAPAN**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5616 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$516.00** |

**Matt Ausburn**
**4293 E. Berkeley St.**
**Springfield, MO 65809**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5617 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$457.00** |

**Matt Carr**
**14931 Greenleaf Valley Drive**
**Chesterfield, MO 63017**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5618 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$675.00** |

**Matt Carson**
**2661 Pine St #3**
**San Francisco, CA 94115**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor   **Fox Ortega Enterprises, Inc.**                         Case number *(if known)* _____
_____
Name

| 3.5619 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,784.00 |
|---|---|---|---|

**Matt Christ**
**522 Irwin Drive**
**Sewickley, PA 15143**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____    **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____    ☐ Yes

| 3.5620 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,512.00 |
|---|---|---|---|

**Matt Duncan**
**1971 Fir Hill Drive**
**Saint Helena, CA 94574**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____    **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____    ☐ Yes

| 3.5621 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $337.00 |
|---|---|---|---|

**Matt Fleming**
**1640 N Wilmot**
**Bannockburn, IL 60015**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____    **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____    ☐ Yes

| 3.5622 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,399.00 |
|---|---|---|---|

**Matt Harris**
**537 Newport Center Dr.**
**Newport Beach, CA 92660**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____    **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____    ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5623** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,115.00**

**Matt Jones**
**670 Old Riverwoods Ln.**
**Chesterfield, MO 63017**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

**3.5624** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$6,255.00**

**Matt Kelso**
**112 Ramona Avenue**
**El Cerrito, CA 94530**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

**3.5625** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$14,313.00**

**Matt Lichtenberg**
**11812 San Vicente Blvd**
**Los Angeles, CA 90049**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

**3.5626** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$45.00**

**Matt Maiocco**
**3275 Sweet Drive**
**Lafayette, CA 94549**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 259 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known) _____

| 3.5627 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,886.00 |

**Matt McClure**
**143 Reade Street**
**New York, NY 10013**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5628 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $29,600.00 |

**Matt McLeod**
**1868 W. 17TH Ave.**
**Vancouver, BC V6J2M9**
**CANADA**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5629 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $57,756.00 |

**Matt Parker**
**271 3rd Ave NW**
**Hickory, NC 28601**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5630 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $558.00 |

**Matt Partymiller**
**604 Hunters Green Ct.**
**Lexington, KY 40509**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 260 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.5631 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$3,719.00** |

**Matt Ransom**
**2256 Big Landing Dr**
**Little River, SC 29566**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| | | |
|---|---|---|
| 3.5632 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$959.00** |

**Matt Rodgers**
**79 Mount Muir Court**
**San Rafael, CA 94903**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| | | |
|---|---|---|
| 3.5633 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$199.00** |

**Matt Rubin**
**3151 Cherry Valley Cir**
**Fairfield, CA 94534**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| | | |
|---|---|---|
| 3.5634 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$4,893.00** |

**Matt Schreiber**
**P.O. Box 106**
**Jenner, CA 95450**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known)

---

| 3.5635 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,073.00** |

**Matt Siddens**
**1044 Sanchez Street**
**San Francisco, CA 94114**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.5636 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,212.00** |

**Matt Simpson**
**298 S Montgomery St**
**Napa, CA 94559**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.5637 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,190.00** |

**Matt Stark**
**22017 Old Owen Rd**
**Monroe, WA 98272**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.5638 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,070.00** |

**Matt Teplitz**
**1047 South Negly Ave**
**Pittsburgh, PA 15217**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 262 of 1144

Debtor  **Fox Ortega Enterprises, Inc.**
_____  Case number (if known) _____
Name

| 3.5639 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$949.00** |
|---|---|---|---|

**Matt Tucker**
**2351 NW Westover Rd**
**Portland, OR 97210**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.5640 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,477.00** |
|---|---|---|---|

**Matt Williams**
**18004 Benchmark Dr.**
**Dallas, TX 75252**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.5641 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,899.00** |
|---|---|---|---|

**Matteo Curcio**
**222 12th street**
**Atlanta, GA 30309**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.5642 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,459.00** |
|---|---|---|---|

**Matthew A Siegel**
**11505 High Dr.**
**Leawood, KS 66211**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | |
|---|---|
| **3.5643** | |

**Nonpriority creditor's name and mailing address**

**Matthew Abar**
**2877 Paradise Rd.**
**Las Vegas, NV 89109**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$259.00**

---

| | |
|---|---|
| **3.5644** | |

**Nonpriority creditor's name and mailing address**

**Matthew Ames**
**PO Box 97**
**Bayview, ID 83803**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$3,153.00**

---

| | |
|---|---|
| **3.5645** | |

**Nonpriority creditor's name and mailing address**

**Matthew Anderson**
**8676 Portico Ln**
**Longmont, CO 80503**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$1,279.00**

---

| | |
|---|---|
| **3.5646** | |

**Nonpriority creditor's name and mailing address**

**Matthew Annenberg**
**451 Broome St**
**New York, NY 10013**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$5,067.00**

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 264 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number _(if known)_ _____

| 3.5647 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$2,481.00** |
|---|---|---|---|---|

**Matthew Beckman**
**1130 Monterey Vista Pl**
**Encinitas, CA 92024**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.5648 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$1,552.00** |
|---|---|---|---|---|

**Matthew Berger**
**13927 Mir Mirou Dr.**
**Los Altos, CA 94022**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.5649 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$313.00** |
|---|---|---|---|---|

**Matthew Boehne**
**15 Evergreen Dr.**
**Centralia, IL 62801**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.5650 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$1,739.00** |
|---|---|---|---|---|

**Matthew Buten**
**166 Duane st**
**New York, NY 10013**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 265 of 1144

Debtor  **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

---

| 3.5651 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$253.00** |

**Matthew Chase**
**537 Central Ave.**
**Alameda, CA 94501**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5652 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$27,118.00** |

**Matthew Cooper**
**4240 Wilkie Way**
**Palo Alto, CA 94306**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5653 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$239.00** |

**Matthew Devlin**
**2387 E Pryor Dr**
**Fresno, CA 93720**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5654 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$889.00** |

**Matthew Dienstag**
**4 Greenacre Court**
**Great Neck, NY 11021**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050     Doc# 16-1     Filed: 01/21/16     Entered: 01/21/16 15:42:32     Page 266 of 1144

Debtor **Fox Ortega Enterprises, Inc.**                Case number (if known)
_____
Name

| 3.5655 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$450.00** |

**Matthew Evitts**
**3011 NW Garryanna Dr.**
**Corvallis, OR 97330**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.5656 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$977.00** |

**Matthew Fehling**
**5619 8th St N**
**Arlington, VA 22205**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.5657 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$499.00** |

**Matthew Fraker**
**2226 County Rd 375N**
**Carlock, IL 61725**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.5658 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$62,694.00** |

**Matthew Fraser**
**1700 Shattuck Ave**
**Berkeley, CA 94709**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**               Case number (if known) _____

Name

| 3.5659 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,839.00** |
|---|---|---|---|

**Matthew Getch**
**15111 North 90th Drive**
**Peoria, AZ 85381**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

| 3.5660 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,804.00** |
|---|---|---|---|

**Matthew Giuliani**
**7 Naples Rd**
**Brookline, MA 02446**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

| 3.5661 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,877.00** |
|---|---|---|---|

**Matthew Goldman**
**10545 Vestone Way**
**Los Angeles, CA 90077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

| 3.5662 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,316.00** |
|---|---|---|---|

**Matthew Greco**
**PO Box 502576**
**San Diego, CT 92150**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 268 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.5663 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $720.00 |

**Matthew Hamel**
**510 Santa Ynez Way**
**Sacramento, CA 95816**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.5664 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $19,558.00 |

**Matthew Haworth**
**6446 Oakridge Dr**
**Holland, MI 49423**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.5665 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $514.00 |

**Matthew Hunt**
**427 Wess Road**
**Mineral Point, PA 15942**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.5666 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $227.00 |

**Matthew J Ballard**
**3304 Birdie Ct.**
**Claremore, OK 74019**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor    **Fox Ortega Enterprises, Inc.**      Case number (if known) _____

Name

| | |
|---|---|
| **3.5667** | **$749.00** |

**Nonpriority creditor's name and mailing address**

**Matthew Jolly**
**2119 Humboldt Ave S**
**Minneapolis, MN 55405**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| **3.5668** | **$1,105.00** |

**Nonpriority creditor's name and mailing address**

**Matthew Joyce**
**301 E79th Street**
**New York, NY 10075**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| **3.5669** | **$558.00** |

**Nonpriority creditor's name and mailing address**

**Matthew Kern**
**11 Cragmere Rd.**
**Suffern, NY 10901**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| **3.5670** | **$6,977.00** |

**Nonpriority creditor's name and mailing address**

**Matthew Klassen**
**12102 Hurst Park Dr.**
**Bakersfield, CA 93311**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.5671 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,985.00** |
|---|---|---|---|

**Matthew Koeppen**
**516 Big Woods Blvd**
**Chanhassen, MN 55317**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Basis for the claim:**

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.5672 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,484.00** |
|---|---|---|---|

**Matthew Kravitz**
**50 School House Rd Unit 2**
**Old Saybrook, CT 06475**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Basis for the claim:**

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.5673 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$475.00** |
|---|---|---|---|

**Matthew Krische**
**1648 Crescent Rd**
**Lawrence, KS 66044**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Basis for the claim:**

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.5674 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,389.00** |
|---|---|---|---|

**Matthew Latuchie**
**4918 N Janssen Ave.**
**Chicago, IL 60640**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Basis for the claim:**

**Is the claim subject to offset?**
■ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.5675 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $399.00 |

**Matthew Levinson**
**9337 Kedvale Ave**
**Skokie, IL 60076**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5676 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $139.00 |

**Matthew Lindahl**
**6372 Conolon Ave**
**El Cerrito, CA 94530**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5677 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $809.00 |

**Matthew Long**
**885 A North Kensington St.**
**Arlington, VA 22205**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5678 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $861.00 |

**Matthew Macomber**
**172 Craigmont Dr.**
**Walnut Creek, CA 94598**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.5679 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$779.00** |

**Matthew Maude**
**6409 Winding Ridge Circle**
**Lincoln, NE 68512**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5680 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$429.00** |

**Matthew Mazzucchi**
**23210 Woodland Ridge Drive**
**Lakeville, MN 55044**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5681 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8,758.00** |

**Matthew Miller**
**108 Haverhill Dr.**
**Ponte Vedra Beach, FL 32082**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5682 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,936.00** |

**Matthew Mills**
**46 Vesper st**
**Portland, ME 04101**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor **Fox Ortega Enterprises, Inc.**
Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.5683 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $11,367.00 |

**Matthew Mirapaul**
**1189 Wilmette Ave.**
**Wilmette, IL 60091**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.5684 | **Nonpriority creditor's name and mailing address** |

**Matthew Nardone**
**249 Andover rd**
**Andover, NJ 07821**

**As of the petition filing date, the claim is:** $1,049.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.5685 | **Nonpriority creditor's name and mailing address** |

**Matthew Neel**
**P.O. Box 503**
**New York, NY 10012**

**As of the petition filing date, the claim is:** $4,004.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.5686 | **Nonpriority creditor's name and mailing address** |

**Matthew Pirkle**
**9040 Devonwood Ct**
**Gainesville, GA 30506**

**As of the petition filing date, the claim is:** $2,258.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Debtor    **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____
_____
Name

| 3.5687 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $403.00 |

**Matthew Probolus**
**152 Tromley Road**
**East Windsor, CT 06088**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____          Is the claim subject to offset?

                                                          ■ No
Last 4 digits of account number _____           ☐ Yes

---

| 3.5688 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $312.00 |

**Matthew Raney**
**232 Pemburn Drive**
**Fairfield, CT 06824**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____          Is the claim subject to offset?

                                                          ■ No
Last 4 digits of account number _____           ☐ Yes

---

| 3.5689 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $3,408.00 |

**Matthew Remanick**
**530 Franklin Street**
**Mountain View, CA 94041**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____          Is the claim subject to offset?

                                                          ■ No
Last 4 digits of account number _____           ☐ Yes

---

| 3.5690 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,471.00 |

**Matthew Richards**
**556 Jefferson Ave.**
**Brooklyn, NY 11221**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____          Is the claim subject to offset?

                                                          ■ No
Last 4 digits of account number _____           ☐ Yes

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.5691 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$805.00** |

**Matthew Richardson**
**15 Gibbes Court**
**Columbia, SC 29201**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5692 | **Nonpriority creditor's name and mailing address** | **$3,275.00** |

**Matthew Russell**
**'243 W 60th st, 5F'**
**New York, NY 10023**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5693 | **Nonpriority creditor's name and mailing address** | **$339.00** |

**Matthew Samwick**
**2349 Oakhurst Lane**
**Lake Oswego, OR 97034**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5694 | **Nonpriority creditor's name and mailing address** | **$1,776.00** |

**Matthew Sandschafer**
**1012 Euclid St.**
**Santa Monica, CA 90403**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 276 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.5695 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$269.00** |

**Matthew Schermerhorn**
**4521 25th St.**
**San Francisco, CA 94114**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | | |
|---|---|---|
| 3.5696 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$209.00** |

**Matthew Shaffer**
**168 Lakewood Place**
**Highland Park, IL 60035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | | |
|---|---|---|
| 3.5697 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$1,579.00** |

**Matthew Slywka**
**82 Brookfield Rd.**
**Seymour, CT 06483**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | | |
|---|---|---|
| 3.5698 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$299.00** |

**Matthew Sperling**
**166 Mercer St.**
**New York, NY 10012**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5699** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$231.00**

**Matthew Stratton**
**1218 Harvard Drive**
**Davis, CA 95616**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.5700** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,999.00**

**Matthew Thomas**
**1, Cwrt Giffin**
**Rudry, Wales CF833J**
**UK**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.5701** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$579.00**

**Matthew Trone**
**2010 Harriman Lane #B**
**Redondo Beach, CA 90278**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.5702** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$359.00**

**Matthew Weir**
**'4948 Eskridge Terrace, NW'**
**Washington, DC 20016**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 278 of 1144

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
             Name

| 3.5703 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,999.00 |

**Matthew Werbel**
**43 Emily Road**
**Far Hills, NJ 07931**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____          **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____          ☐ Yes

---

| 3.5704 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $373.00 |

**Matthew Wilder**
**4595 Brookfield Dr**
**Boulder, CO 80305**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____          **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____          ☐ Yes

---

| 3.5705 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $189.00 |

**Matthew Williams**
**4140 Oakmore**
**Oakland, CA 94602**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____          **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____          ☐ Yes

---

| 3.5706 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $191.00 |

**Matthew Wilson**
**9604 State Route 7**
**Proctorville, OH 45669**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____          **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____          ☐ Yes

Case: 16-40050     Doc# 16-1     Filed: 01/21/16     Entered: 01/21/16 15:42:32     Page 279
of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

---

| 3.5707 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$259.00** |

**Matthew Wolf**
**1499 Blake St Apt 3A**
**Denver, CO 80202**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5708 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,637.00** |

**Matthew Wood**
**1405 Maxwell Avenue**
**Napa, CA 94559**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5709 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,554.00** |

**Matthew Zimmer**
**7800 Crandall Rd**
**Austin, TX 78739**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5710 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$63.00** |

**Matthew Zisk**
**947 Cherry Hill Rd**
**Princeton, NJ 08540**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 280 of 1144

Debtor **Fox Ortega Enterprises, Inc.**                     Case number (if known) _____

Name

| | |
|---|---|
| 3.5711 | **Nonpriority creditor's name and mailing address** |

**Matthias Weber**
**Plattenstrasse 36**
**Horgen 8810**
**SWITZERLAND**

As of the petition filing date, the claim is:                     **$53,374.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____     **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

---

| | |
|---|---|
| 3.5712 | **Nonpriority creditor's name and mailing address** |

**Mattias Jansson**
**285 3rd St, #416**
**Cambridge, MA 02142**

As of the petition filing date, the claim is:                     **$6,457.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____     **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

---

| | |
|---|---|
| 3.5713 | **Nonpriority creditor's name and mailing address** |

**Maura K McFadden**
**30 Park Avenue Apt 9A**
**New York, NY 10016**

As of the petition filing date, the claim is:                     **$69.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____     **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

---

| | |
|---|---|
| 3.5714 | **Nonpriority creditor's name and mailing address** |

**Maureen Fitzgerald**
**2121 McGee Ave**
**Berkeley, CA 94703**

As of the petition filing date, the claim is:                     **$40.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____     **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 281 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.5715 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $519.00 |

**Maureen Nelson**
**3545 Porter St NW**
**Washington, DC 20016**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5716 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,239.00 |

**Maureen O'Donnell**
**262a Quarry Road**
**Milford, CT 06460**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5717 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.00 |

**Maureen Plimier**
**115 Dale Ave**
**Piedmont, CA 94608**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5718 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $254.00 |

**Maurice Goodreau**
**P.O. Box 8039**
**Napa, CA 94559**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 282 of 1144

Debtor **Fox Ortega Enterprises, Inc.**  Case number (if known) _____

Name

| 3.5719 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $21,301.00 |

**Mauricio Epelbaum**
**2137 Century Woods Way**
**Los Angeles, CA 90067**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5720 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $304.00 |

**Mauricio Zamora**
**611 Bridlepath Trail**
**Charlotte, NC 28036**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5721 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $143.00 |

**Mauro Casci**
**12 Brandywine Lane**
**Colts Neck, NJ 07722**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5722 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,759.00 |

**Maury Golbert**
**360 Madison Avenue**
**New York, NY 10017**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 283 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.5723 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$279.00** |
|---|---|---|---|

**Max Anderson**
**1901 Alcatraz Ave**
**Berkeley, CA 94703**

_____

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No

Last 4 digits of account number _____

☐ Yes

---

| 3.5724 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$89.00** |
|---|---|---|---|

**Max Cheslow**
**220 West 71st Street**
**New York, NY 10023**

_____

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No

Last 4 digits of account number _____

☐ Yes

---

| 3.5725 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$13,269.00** |
|---|---|---|---|

**Max Kogod**
**133 West Glaucus St**
**Encinitas, CA 92024**

_____

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No

Last 4 digits of account number _____

☐ Yes

---

| 3.5726 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,399.00** |
|---|---|---|---|

**Max Murphy**
**255 Nahanton Street**
**Newton, MA 02459**

_____

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No

Last 4 digits of account number _____

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

_____
Name

| 3.5727 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$6,899.00** |

**Max Perr**
**3870 Washington St.**
**San Francisco, CA 94118**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5728 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$893.00** |

**Max Wygod**
**PO Box 7188**
**Rancho Santa Fe, CA 92067**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5729 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,239.00** |

**Maxim Ladonnikov**
**15177 Park Dr**
**Saratoga, CA 95070**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5730 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$227.00** |

**Maxim Moiseev**
**382 Manly Court**
**Santa Clara, CA 95051**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050     Doc# 16-1     Filed: 01/21/16     Entered: 01/21/16 15:42:32     Page 285
of 1144

Debtor **Fox Ortega Enterprises, Inc.**　　　　　　　　Case number (if known) _____
_____
Name

| 3.5731 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,104.00** |

**Maxim Zverev**
**6435 Gondola Way**
**San Jose, CA 95120**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5732 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$22,178.00** |

**Maximiliano Soto**
**5 Shelley Lane**
**West Harrison, NY 10604**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5733 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,059.00** |

**Maymie Yee**
**62 Hidden Hills Place**
**Danville, CA 94506**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5734 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$15,582.00** |

**Mayo Shattuck**
**2957 Divisadero St.**
**San Francisco, CA 94123**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Debtor  **Fox Ortega Enterprises, Inc.**                          Case number (if known) _____

Name

| 3.5735 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,610.00** |

**McArthur Vanosdale**
**10 Spyglass Hill**
**Brentwood, TN 37027**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.5736 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$110,100.00** |

**McKee Nunnally**
**1389 Wesley Circle**
**Atlanta, GA 30327**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.5737 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,299.00** |

**McPrice Myers**
**PO Box 3798**
**Paso Robles, CA 93447**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.5738 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$564.00** |

**Md Miranda**
**12256 Roseville Dr.**
**Etiwanda, CA 91739**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor  **Fox Ortega Enterprises, Inc.**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case number (if known) _____
　　　　Name

| 3.5739 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $725.00 |
|---|---|---|---|

**Mederick Ravel**
**1272 Francisco St.**
**Berkeley, CA 94702**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.5740 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,179.00 |
|---|---|---|---|

**Megan Schofield**
**16275 Healdsburg Ave**
**Healdsburg, CA 95448**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.5741 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,334.00 |
|---|---|---|---|

**Mehran Bazargan**
**50 Hawthorne St**
**San Francisco, CA 94109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.5742 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,999.00 |
|---|---|---|---|

**Mei Gao**
**101 Central Park West**
**New York, NY 10023**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.5743 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $179.00 |

**Mei Zhang**
**72C West Front St**
**Red Bank, NJ 07701**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.5744 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $8,407.00 |

**Mel Carlisle**
**1340 New York Drive**
**Altadena, CA 91001**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.5745 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $2,091.00 |

**Mel Clark**
**3433 NW 56th**
**Oklahoma City, OK 73112**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.5746 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $299.00 |

**Melanie Shoemake**
**P. O. Box 6689**
**Gulfport, MS 39506**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 289 of 1144

Debtor    **Fox Ortega Enterprises, Inc.**       Case number (if known) _____

Name

---

| 3.5747 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$171.00** |
|---|---|---|---|

**Melissa Bernstein**
**123 Washington St.**
**New York, NY 10004**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.5748 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,279.00** |
|---|---|---|---|

**Melissa Demarco**
**5396 Calarosa Ranch Rd**
**Camarillo, CA 93012**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.5749 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$119.00** |
|---|---|---|---|

**Melissa Fontes**
**621 Poinsettia Ave.**
**Corona Del Mar, CA 92625**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.5750 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$538.00** |
|---|---|---|---|

**Melissa Lindia**
**20 Miraflores Ave**
**San Rafael, CA 94901**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 290 of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5751** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$360.00**

**Melissa Masopust**
**1199 Edgewood Rd.**
**Lake Forest, IL 60045**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.5752** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$563.00**

**Mendel Kohn**
**470 22nd Ave.**
**San Francisco, CA 94121**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.5753** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **Unknown**

**Mercedes Benz of Oakland**
**P.O Box 5209**
**Carol Stream, IL 60197**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.5754** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$14,388.00**

**Mercury Alternative Asset Ireland Fund**
**12 Merion Square**
**Dublin 2**
**IRELAND**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 291 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number *(if known)* _____

| 3.5755 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$35.00** |
|---|---|---|---|

**Meredith Allen**
**1072 West Ocean Air Drive # 238**
**San Diego, CA 92130**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5756 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$99.00** |
|---|---|---|---|

**Meredith Feinman**
**4650 Independence Avenue**
**Bronx, NY 10471**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5757 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$29.00** |
|---|---|---|---|

**Meredith Robbins**
**340 E 93rd St**
**New York, NY 10128**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5758 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$444.00** |
|---|---|---|---|

**Merrill Utley**
**120 Acadia Lane**
**Thibodaux, LA 70301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case: 16-40050      Doc# 16-1      Filed: 01/21/16      Entered: 01/21/16 15:42:32      Page 292 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.5759 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,099.00** |

**Micahael Kammer**
**27 West 86th Street**
**New York, NY 10024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5760 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,473.00** |

**Michael Abramo**
**5 Marvel Ave**
**Burlington, MA 01803**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5761 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$31,444.00** |

**Michael Ackerman**
**15 Cherry Hills Park Dr.**
**Englewood, CO 80113**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5762 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$120.00** |

**Michael Alberty**

**Urbana, IL 61801**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Fox Ortega Enterprises, Inc.**        Case number (if known)
Name

| 3.5763 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,084.00** |
|---|---|---|---|

**Michael Allphin**
**548 Banyan Circle**
**Walnut Creek, CA 94598**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.5764 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$37.00** |
|---|---|---|---|

**Michael Anderson**
**10540 Lennox Lane**
**Dallas, TX 75229**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.5765 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$8,504.00** |
|---|---|---|---|

**Michael Apstein**
**39 Byfield Road**
**Newton, MA 02468**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.5766 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$169.00** |
|---|---|---|---|

**Michael Arick**
**134 S. Batavia**
**Orange, CA 92868**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 294 of 1144

Debtor **Fox Ortega Enterprises, Inc.**          Case number (if known) _____

Name

| 3.5767 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$899.00** |
|---|---|---|---|

**Michael Atkinson**
**7755 Water Stree**
**Fulton, MD 20759**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____     **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

---

| 3.5768 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,349.00** |
|---|---|---|---|

**Michael Atkinson**
**199 Fairway Woods Dr.**
**Las Vegas, NV 89148**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____     **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

---

| 3.5769 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$56,922.00** |
|---|---|---|---|

**Michael Axtman**
**41721 N Spy Glass Dr**
**Phoenix, AZ 85086**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____     **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

---

| 3.5770 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,847.00** |
|---|---|---|---|

**Michael Baginski**
**12881 Knott St**
**Garden Grove, CA 92841**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____     **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 295 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known) _____

| 3.5771 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | **$149.00** |

**Michael Bailey**
**723 Tern Court**
**Nashville, TN 37221**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5772 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | **$8,359.00** |

**Michael Baker**
**26W 271 Blackoak dr**
**Wheaton, IL 60189**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5773 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | **$754.00** |

**Michael Baker**
**1025 Tomlyn Ave**
**Shoreview, MN 55126**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5774 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | **$859.00** |

**Michael Balladon**
**7224 Aynsley Lane**
**McLean, VA 22102**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.5775 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$3,960.00** |

**Michael Barnett**
**115 N. John Stockbauer Dr.**
**Victoria, TX 77901**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.5776 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$125.00** |

**Michael Barr**
**145 Old Post Road**
**Mooresville, NC 28117**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.5777 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$2,689.00** |

**Michael Bastasch**
**2001 20th St.**
**San Francisco, CA 94107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.5778 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$2,542.00** |

**Michael Becker**
**1613 E. Bailey Rd.**
**Naperville, IL 60565**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 297 of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5779** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$326.00**

**Michael Bell**
**26171 Moody Rd.**
**Los Altos Hills, CA 95022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.5780** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,243.00**

**Michael Belsley**
**1349 S. Indiana Pkwy**
**Chicago, IL 60605**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.5781** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,008.00**

**Michael Berke**
**2801 Buena Vista Ave.**
**Alameda, CA 94501**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.5782** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$570.00**

**Michael Bishop**
**3142 Twin Lakes Dr.**
**Marietta, GA 30062**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.5783 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,109.00** |
|---|---|---|---|

**Michael Bloom**
**1701 Market Street**
**Philadelphia, PA 19103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.5784 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,569.00** |
|---|---|---|---|

**Michael Blum**
**533 Boulevard Way**
**Piedmont, CA 94610**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.5785 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$175.00** |
|---|---|---|---|

**Michael Bosse**
**1200 Gough Street**
**San Francisco, CA 94109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.5786 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,655.00** |
|---|---|---|---|

**Michael Bowden**
**1273 West Nancy Creek Dr.**
**Atlanta, GA 30319**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 299 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known) _____

| 3.5787 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$12,427.00** |
|---|---|---|---|

**Michael Boyd**
**238 Wilber Avenue**
**Columbus, OH 43215**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5788 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$329.00** |
|---|---|---|---|

**Michael Bradley**
**4500 Turtle Bay**
**Springfield, IL 62707**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5789 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$439.00** |
|---|---|---|---|

**Michael Breslin**
**541 Northern Ave**
**Mill Valley, CA 94941**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5790 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$71.00** |
|---|---|---|---|

**Michael Brill**
**612 Pennsylvania**
**San Francisco, CA 94107**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 300 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.5791 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$175.00** |

**Michael Brooks**
**8137-B North Main St**
**Jacksonville, FL 32208**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.5792 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$426.00** |

**Michael Brown**
**3614 Deer Creek Rd**
**Mt Pleasant, SC 29466**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.5793 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,427.00** |

**Michael Bruce**
**7240 Stamps Circle**
**Anchorage, AK 99507**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.5794 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$881.00** |

**Michael Burcusa**
**3350 Webster Ave S.**
**St. Louis Park, MN 55416**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 301
of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.5795 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$145.00** |

**Michael Burke**
**11 Hilltop Drive**
**Yorktown Heights, NY 10598**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.5796 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$880.00** |

**Michael Butler**
**3422 Lynnbrooke Lane**
**Oregon, OH 43616**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.5797 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$2,039.00** |

**Michael Callanan**
**614 Cypresspointe Dr**
**Severna Park, MD 21146**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.5798 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$13,205.00** |

**Michael Campbell**
**Level 3 / Room 2**
**Shanghai, NU 00020-0031**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number _(if known)_ _____

| 3.5799 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$72,295.00** |

**Michael Candido**
**138 Bears Club Drive**
**Jupiter, FL 33477**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5800 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$259.00** |

**Michael Cao**
**8006 Sandbert Ct**
**Vienna, VA 22027**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5801 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$107.00** |

**Michael Carpenter**
**4132 Irving Place**
**Culver City, CA 90232**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5802 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$413.00** |

**Michael Carroll**
**'1640 Cowles, Ste. 1'**
**Fairbanks, AK 99701**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 303
of 1144

Debtor **Fox Ortega Enterprises, Inc.**                     Case number (if known) _____
_____
Name

| 3.5803 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,187.00** |

3.5803  **Nonpriority creditor's name and mailing address**

**Michael Castro**
**12 Cornelius Sq**
**Alameda, CA 94501**

_____

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**As of the petition filing date, the claim is:**    **$1,187.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
■ No
☐ Yes

---

3.5804  **Nonpriority creditor's name and mailing address**

**Michael Cathey**
**838 NW 65th St**
**Seattle, WA 98117**

_____

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**As of the petition filing date, the claim is:**    **$3,194.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
■ No
☐ Yes

---

3.5805  **Nonpriority creditor's name and mailing address**

**Michael Chamberlain**
**5901 Old Sauk Rd**
**Madison, WI 53705**

_____

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**As of the petition filing date, the claim is:**    **$1,034.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
■ No
☐ Yes

---

3.5806  **Nonpriority creditor's name and mailing address**

**Michael Christopher**
**1737 Meadowdale Ave NE**
**Atlanta, GA 30306**

_____

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**As of the petition filing date, the claim is:**    **$230.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
■ No
☐ Yes

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 304 of 1144

Debtor    **Fox Ortega Enterprises, Inc.**                              Case number (if known) _____
_____
Name

| 3.5807 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$579.00** |
|---|---|---|---|

**Michael Cohen**
**2504 Stone Mill Rd**
**Baltimore, MD 21208**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5808 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$542,430.00** |
|---|---|---|---|

**Michael Collins**
**2120 N. Lincoln Park West**
**Chicago, IL 60614**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5809 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$255.00** |
|---|---|---|---|

**Michael Connell**
**1305 Sanchez Street**
**San Francisco, CA 94101**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5810 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$485.00** |
|---|---|---|---|

**Michael Conner**
**7701 Nubbin Ridge**
**Knoxville, TN 37919**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 305 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.5811 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,449.00** |

**Michael Crivellaro**
**PO BOX 2824**
**Covington, GA 30015**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.5812 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$554.00** |

**Michael Cruse**
**1443 Marin Ave.**
**Albany, CA 94706**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.5813 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$45.00** |

**Michael Damron**
**'1401 Church Street, NW'**
**Washington, DC 20005**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.5814 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$501.00** |

**Michael Daniel**
**14 Overhill Rd**
**Scarsdale, NY 10583**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 306 of 1144

Debtor **Fox Ortega Enterprises, Inc.**                          Case number (if known) _____
_____
Name

| 3.5815 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,057.00** |
|---|---|---|---|

**Michael Davidson**
**929 NW 64th St**
**Seattle, WA 98107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____   ☐ Yes

---

| 3.5816 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$999.00** |
|---|---|---|---|

**Michael Davis**
**1428 Fairfax Woods Dr**
**Apex, NC 27502**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____   ☐ Yes

---

| 3.5817 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,252.00** |
|---|---|---|---|

**Michael De Alessi**
**51 Delmar St.**
**San Francisco, CA 94117**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____   ☐ Yes

---

| 3.5818 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,465.00** |
|---|---|---|---|

**Michael de Maar**
**13316 171st Ave NE**
**Redmond, WA 98052**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____   ☐ Yes

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.5819 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$251.00** |

**Michael DeFino**
**130 Greenfield Ave**
**San Anselmo, CA 94960**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.5820 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$6,328.00** |

**Michael DeHavenon**
**40 East 88th Street**
**New York, NY 10128**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.5821 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$690.00** |

**Michael deJanes**
**1425 Market Blvd**
**Roswell, GA 30076**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.5822 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$20,954.00** |

**Michael Delaughter**
**1100 W 10th St**
**Fort Worth, TX 76102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**  Case number (if known) _____
_____
Name

| | |
|---|---|
| 3.5823 | **Nonpriority creditor's name and mailing address** |

**Michael Dewit**
**1000 Kiler Canyon Rd.**
**Paso Robles, CA 93446**

As of the petition filing date, the claim is:  **$489.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.5824 | **Nonpriority creditor's name and mailing address** |

**Michael Disini**
**5751 Harder St**
**San Jose, CA 95129**

As of the petition filing date, the claim is:  **$155.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.5825 | **Nonpriority creditor's name and mailing address** |

**Michael Dix**
**410 Dewey Place E**
**Seattle, WA 98112**

As of the petition filing date, the claim is:  **$3,210.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.5826 | **Nonpriority creditor's name and mailing address** |

**Michael Dixon**
**409 Walls Way**
**Osprey, FL 34229**

As of the petition filing date, the claim is:  **$2,640.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.5827 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,139.00** |
|---|---|---|---|

**Michael Doherty**
**19 Woodgreen Lane**
**Roslyn Heights, NY 11577**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.5828 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,526.00** |
|---|---|---|---|

**MIchael Donnelly**
**3051 N Course Dr APT 707**
**Pompano Beach, FL 33069**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.5829 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$7,055.00** |
|---|---|---|---|

**Michael Dosik**
**22 Conscience Circle**
**East Setauket, NY 11733**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.5830 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$99.00** |
|---|---|---|---|

**Michael Dotro**
**6 Lowell Rd**
**Manalapan, NJ 07726**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 310 of 1144

Debtor **Fox Ortega Enterprises, Inc.**      Case number (if known) _____
_____
Name

| 3.5831 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$347.00** |

**Nonpriority creditor's name and mailing address**
**michael doyle**
**10981 eagles nest ln**
**woodbury, MN 55129**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5832 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,047.00** |

**Nonpriority creditor's name and mailing address**
**Michael Dreznes**
**253 W. Marquita**
**San Clemente, CA 92672**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5833 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$473.00** |

**Nonpriority creditor's name and mailing address**
**Michael Drilling**
**925 Vista Grande**
**Millbrae, CA 94030**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5834 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$759.00** |

**Nonpriority creditor's name and mailing address**
**Michael Drumke**
**330 N. Wabash Ave.**
**Chicago, IL 60611**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 311 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.5835 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,359.00** |
|---|---|---|---|

**Michael Duffy**
**131 So Rodeo Dr**
**Beverly Hills, CA 90212**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5836 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$599.00** |
|---|---|---|---|

**Michael Edlin**
**8000 Bonhomme Ste 306**
**Clayton, MO 63105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5837 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,184.00** |
|---|---|---|---|

**Michael Effle**
**5135 Hayward Ct**
**Antioch, CA 94531-7480**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5838 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$479.00** |
|---|---|---|---|

**Michael Ehrhart**
**169 Oxford Blvd**
**Garden City, NY 11530**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 312 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.5839 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$450.00** |
|---|---|---|---|

**Michael Eidelman**
**485 Greenwood**
**Glencoe, IL 60022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5840 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,490.00** |
|---|---|---|---|

**Michael Elleman**
**305 East 63rd St**
**New York, NY 10021**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5841 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$689.00** |
|---|---|---|---|

**Michael Elleman**
**611 Morris Place  NE**
**Washington, DC 20002**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5842 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$770.00** |
|---|---|---|---|

**Michael Epstein**
**134 Oxford Dr**
**Tenafly, NJ 07670**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
           Name

| 3.5843 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,603.00** |

3.5843 | **Nonpriority creditor's name and mailing address**

**Michael Evans**
**1771 Remington Rd**
**Atlanta, GA 30341**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

3.5844 | **Nonpriority creditor's name and mailing address**                                                      **$279.00**

**Michael Falkoff**
**7975 Oak Brook Circle**
**Pittsford, NY 14534**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

3.5845 | **Nonpriority creditor's name and mailing address**                                                      **$1,403.00**

**Michael Fanuzzi**
**106 Watchogue Rd**
**Staten Island, NY 10314**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

3.5846 | **Nonpriority creditor's name and mailing address**                                                      **$849.00**

**Michael Farrell**
**810 54th St. SE**
**Auburn, WA 98092**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 314 of 1144

Debtor **Fox Ortega Enterprises, Inc.**      Case number (if known) _____

Name

| 3.5847 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,486.00** |
|---|---|---|---|

**Michael Faulkner**
**1701 Morton Ave**
**Ann Arbor, MI 48104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.5848 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$299.00** |
|---|---|---|---|

**Michael Feinberg**
**230 Bala Ave**
**Bala Cynwyd, PA 19004**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.5849 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,613.00** |
|---|---|---|---|

**Michael Ferraro**
**4509 50th Ave South**
**Seattle, WA 98118**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.5850 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$207.00** |
|---|---|---|---|

**Michael Fess**
**10104 Vine Ct**
**Denver, CO 80229**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 315 of 1144

Debtor **Fox Ortega Enterprises, Inc.**                    Case number *(if known)* _____

Name

| 3.5851 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,469.00** |
|---|---|---|---|

**Michael Fiore**
**1562 Vista Club Circle**
**Santa Clara, CA 95054**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5852 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$8,384.00** |
|---|---|---|---|

**Michael Flaherty**
**65 Tupelo Trace**
**Covington, LA 70471**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5853 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$193.00** |
|---|---|---|---|

**Michael Flaherty**
**1397 Duncan Dr**
**Delta, BC V4L1R3**
**CANADA**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5854 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$397.00** |
|---|---|---|---|

**Michael Florey**
**988 Fairmount Ave.**
**St Paul, MN 55105**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050     Doc# 16-1     Filed: 01/21/16     Entered: 01/21/16 15:42:32     Page 316
of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

---

| 3.5855 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,861.00** |

**Michael Foggia**
**152 Rumson Rd**
**Rumson, NJ 07760**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5856 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$11,178.00** |

**Michael Franz**
**9308 Biltmore Dr**
**Silver Spring, MD 20901**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5857 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$543.00** |

**Michael Fredericks**
**2045 Hamilton Blvd**
**South Boston, VA 24592**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5858 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$449.00** |

**Michael Friedman**
**2764 Fleur Drive**
**San Marino, CA 91108**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 317 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

| 3.5859 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$670.00** |

**Michael Furst**
**655 So. Orcas St.**
**Seattle, WA 98108**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

| 3.5860 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$314.00** |

**Michael Gershon**
**176 East 93 Street**
**New York, NY 10128**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

| 3.5861 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **Unknown** |

**Michael Gevertz**
**532 Dellbrook Ave**
**San Francisco, CA 94131**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

| 3.5862 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,089.00** |

**Michael Gewurtz**
**834 Society Hill**
**Cherry Hill, NJ 08003**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 318 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | |
|---|---|
| 3.5863 | |

**Nonpriority creditor's name and mailing address**

**Michael Gibby**
**1012 Salt Meadow Lane**
**McLean, VA 22101**

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

■ No
☐ Yes

**$19,307.00**

---

| | |
|---|---|
| 3.5864 | |

**Nonpriority creditor's name and mailing address**

**Michael Gill**
**640 Center Ave.**
**Martinez, CA 94553**

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

■ No
☐ Yes

**$2,572.00**

---

| | |
|---|---|
| 3.5865 | |

**Nonpriority creditor's name and mailing address**

**Michael Glass**
**1980 Bechtol Ridge Circle**
**Reno, NV 89523**

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

■ No
☐ Yes

**$889.00**

---

| | |
|---|---|
| 3.5866 | |

**Nonpriority creditor's name and mailing address**

**Michael Glassman**
**12827 Sarah St**
**Studio City, CA 91604**

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

■ No
☐ Yes

**$1,559.00**

---

Case: 16-40050　　Doc# 16-1　　Filed: 01/21/16　　Entered: 01/21/16 15:42:32　　Page 319 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

---

| 3.5867 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$8,999.00** |

**Michael Goldstein**
**292 Madison Ave**
**New York, NY 10017**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5868 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$18,385.00** |

**Michael Gordon**
**201 Kings Place**
**Newport Beach, CA 92663**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5869 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,978.00** |

**Michael Gordon**
**705 Shoreland Drive**
**Bellevue, WA 98004**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5870 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$287.00** |

**Michael Gottlieb**
**21237 SE 26th Street**
**Sammamish, WA 98075-9303**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 320 of 1144

Debtor    **Fox Ortega Enterprises, Inc.**      Case number *(if known)* _____

Name

| 3.5871 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $179.00 |

**Michael Green**
**2613 Delwood Place**
**Austin, TX 78703**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.5872 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $452.00 |

**Michael Gregor**
**34 Paperbark Ct**
**Columbia, SC 29209**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.5873 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,439.00 |

**MICHAEL GRIBIK**
**1730 Merriman St**
**Pittsburgh, PA 15203**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.5874 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,327.00 |

**Michael Gross**
**415 Riviera Drive**
**San Rafael, CA 94901**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| | |
|---|---|
| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) |
| | Name |

---

| 3.5875 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$28,545.00** |

**Michael Guttman**
**962 Lynnmere Drive**
**Thousand Oaks, CA 91360**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____
☐ Yes

---

| 3.5876 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,059.00** |

**Michael Hafken**
**5730 173rd Ave SE**
**Bellevue, WA 98006**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____
☐ Yes

---

| 3.5877 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$99.00** |

**Michael Hallquist**
**2659 Beechwood Blvd**
**Pittsburgh, PA 15217**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____
☐ Yes

---

| 3.5878 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,747.00** |

**Michael Hamilton**
**225 E 34 ST**
**New York, NY 10016**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.5879 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$203.00** |

**Michael Hanks**
**10225 SW Redwing**
**Beaverton, OR 97007**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.5880 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$149.00** |

**Michael Hannan**
**15 Bear Paw**
**Menlo Park, CA 94028**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.5881 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,667.00** |

**Michael Harman**
**1427 Legacy Circle**
**Fenton, MO 63026**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.5882 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$419.00** |

**Michael Harris**
**16 Gorge Lane**
**Pound Ridge, NY 10576**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.5883 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,319.00** |

**Michael Harrison**
**15 Mountain Laurel Lane**
**Tiverton, RI 02878**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.5884 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,259.00** |

**Michael Hawkins**
**500 East 77th St**
**New York, NY 10162**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.5885 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$383.00** |

**Michael Henderson**
**224 West Corry Ct.**
**Mount Pleasant, IA 52641**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.5886 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$244.00** |

**Michael Himmel**
**P.O.Box 1218**
**Manchester, VT 05254**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

---

| 3.5887 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $191.00 |

**Michael Hines**
**1460 Cresthaven Ln.**
**San Jose, CA 95118**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

| 3.5888 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $368.00 |

**Michael Hirby**
**200 Nemo Ct**
**Saint Helena, CA 94574**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

| 3.5889 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $650.00 |

**Michael Hobson**
**PO Box 93896**
**Los Angeles, CA 90093-0896**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

| 3.5890 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $119.00 |

**Michael Hoefling**
**2872 Birkham Court**
**Fairfield, CA 94534**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.5891 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$218.00** |

**Michael Hogan**
**17339 NW Reindeer Drive**
**Portland, OR 97229**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.5892 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$11,645.00** |

**Michael Hollander**
**706 W. Roscoe Street**
**Chicago, IL 60657**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.5893 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,109.00** |

**Michael Hoy**
**636 Presidio Ave.**
**San Francisco, CA 94115**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.5894 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$239.00** |

**Michael Iannuccillo**
**2121 Sacramento Street**
**San Francisco, CA 94109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 326 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.5895 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,244.00** |
|---|---|---|---|

**Michael Iburg**
**952 Ellis Ave.**
**San Jose, CA 95125**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5896 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$7,442.00** |
|---|---|---|---|

**Michael Jacobs**
**10325 Lakeside Dr**
**Coral Gables, FL 33156**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5897 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,339.00** |
|---|---|---|---|

**Michael Jennings**
**10 Potomac Court**
**Alexandria, VA 22314**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5898 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$879.00** |
|---|---|---|---|

**Michael Jennings**
**9902 Rangeview**
**Santa Ana, CA 92705**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor  **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____
_____
Name

| 3.5899 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,196.00** |

**Michael Jensen**
**4 Las Aromas**
**Orinda, CA 94563**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.5900 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,585.00** |

**Michael Jensen-Akula**
**6143 Ocean View Drive**
**Oakland, CA 94618**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.5901 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$599.00** |

**Michael Jessen**
**68 Orchard St**
**Cos Cob, CT 06807**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.5902 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,349.00** |

**Michael Jewesson**
**1017 Kessler Parkway**
**Dallas, TX 75208**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 328 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.5903 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$249.00** |

**Michael Jones**
**4430 Larkwood St.**
**Eugene, OR 97405**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

| 3.5904 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$659.00** |

**Michael Kahns**
**4000 Kirkham Street**
**San Francisco, CA 94122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

| 3.5905 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$35.00** |

**Michael Kalinowski**
**11 Noble Peterson**
**Durham, NH 03824**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

| 3.5906 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,438.00** |

**Michael Kantner**
**344 Tamarac Dr**
**Pasadena, CA 91105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____

_____
Name

| 3.5907 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$449.00** |

**Michael Kaufman**
**15760 SW Bull Mountain Rd**
**Portland, OR 97224**

_____

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5908 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$13,157.00** |

**Michael Kelly**
**3408- 29 St.**
**Astoria, NY 11106**

_____

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5909 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,399.00** |

**Michael Kersjes**
**1320 Bally Bunion Ct. SE**
**Grand Rapids, MI 49546**

_____

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5910 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$396.00** |

**Michael Kirk**
**6493 Jamon Drive**
**Sparks, NV 89436**

_____

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5911** | **Nonpriority creditor's name and mailing address**

**Michael Klett**
**78 North Cove Rd.**
**Old Saybrook, CT 06475**

**As of the petition filing date, the claim is:** **$1,470.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

**3.5912** | **Nonpriority creditor's name and mailing address**

**Michael Koob**
**1496 Osprey Ct**
**Lino Lakes, MN 55038**

**As of the petition filing date, the claim is:** **$1,768.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

**3.5913** | **Nonpriority creditor's name and mailing address**

**Michael Kozlak**
**5049 Green Farms Road**
**Minneapolis, MN 55436**

**As of the petition filing date, the claim is:** **$4,031.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

**3.5914** | **Nonpriority creditor's name and mailing address**

**Michael Kulper**
**222 Riverside Dr.**
**New York, NY 10025**

**As of the petition filing date, the claim is:** **$13,407.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 331 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
        Name

Case number *(if known)*

---

| 3.5915 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $469.00 |

**Michael La Tondre**
**8223 Smith Farm Court**
**Fair Oaks, CA 95628**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5916 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,202.00 |

**Michael Laieski**
**P.O. Box 72028**
**Phoenix, AZ 85050**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5917 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $599.00 |

**Michael Larsen**
**229 Airport rd ste 7**
**Arden, NC 28704**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5918 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $929.00 |

**Michael LaSalle**
**14601 Bestor Blvd**
**Pacific Palisades, CA 90272**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 332 of 1144

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____

_____
Name

| 3.5919 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$319.00** |

**Michael Lawton**
**94 Old Shirley Road**
**Harvard, MA 01451**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.5920 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,299.00** |

**Michael Lee**
**480 Cowper Street**
**Palo Alto, CA 94301**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.5921 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,187.00** |

**Michael Lee**
**5105 Daylight Court.**
**Fort Collins, CO 80528**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.5922 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$412.00** |

**Michael Lee**
**15610 South Berendo Ave**
**Gardena, CA 90247**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5923** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$249.00**

**Michael Lee**
**229 Chrystie St**
**New York, NY 10002**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.5924** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$279.00**

**Michael Leiser**
**4640 Ivanhoe St.**
**Houston, TX 77027-4710**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.5925** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,471.00**

**Michael Levine**
**10100 Santa Monica Blvd.**
**Los Angeles, CA 90067**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.5926** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$374.00**

**Michael Levine**
**34 Pease Road**
**Woodbridge, CT 06525**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 334 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

---

| 3.5927 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,229.00 |
|---|---|---|---|

**Michael Lewis**
**12 Hillvale Drive**
**Saint Louis, MO 63105**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5928 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $131.00 |
|---|---|---|---|

**Michael Liang**
**801 S Bishop St**
**Chicago, IL 60607**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5929 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,284.00 |
|---|---|---|---|

**Michael Liberman**
**12 Stead Court**
**Voorhees, NJ 08043**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5930 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $3,834.00 |
|---|---|---|---|

**Michael Lieb**
**7588 Coastal View Dr.**
**Los Angeles, CA 90045**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com　　Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | |
|---|---|
| 3.5931 | |

**Nonpriority creditor's name and mailing address**
**Michael Lim**
**820 Jacana Court**
**Arroyo Grande, CA 93420**

As of the petition filing date, the claim is:                    **$5,888.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5932 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Michael Lin**
**246-18 51st Avenue**
**Douglaston, NY 11362**

As of the petition filing date, the claim is:                    **$39.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5933 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Michael Lindauer**
**158 Capstone Circle**
**Spring, TX 77381**

As of the petition filing date, the claim is:                    **$482.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5934 | |
|---|---|

**Nonpriority creditor's name and mailing address**
**Michael Little**
**15312 Mendocino St.**
**San Leandro, CA 94579**

As of the petition filing date, the claim is:                    **$719.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 336 of 1144

Debtor **Fox Ortega Enterprises, Inc.**                                   Case number (if known) _____
_____
Name

| 3.5935 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,308.00** |

**Michael Litz**

**St. Louis, MO 63105-3513**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5936 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,579.00** |

**Michael Lobbia**
**47458 Greenwhich Dr**
**Novi, MI 48374**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5937 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,399.00** |

**Michael Lockwood**
**215 HIALEAH AVE**
**Houma, LA 70363**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5938 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,551.00** |

**Michael Long**
**4626 N. 40th St.**
**Phoenix, AZ 85018**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.5939 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$9,231.00** |

**Michael Lowther**
**19122 Foxtree Lane**
**Houston, TX 77094**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| | | |
|---|---|---|
| 3.5940 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$344.00** |

**Michael Ludwig**
**4 Well House Close**
**Mamaroneck, NY 10543**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| | | |
|---|---|---|
| 3.5941 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$450.00** |

**Michael Lundsten**
**400 Spring Street**
**Saint Paul, MN 55102**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| | | |
|---|---|---|
| 3.5942 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$1,277.00** |

**Michael Mackow**
**1800 Blue Forest Dr**
**Prosper, TX 75078**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 338 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.5943 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | | **$671.00** |

**3.5943**

**Nonpriority creditor's name and mailing address**

**Michael Mahurin**
**4206 Van Buren Place**
**Culver City, CA 90232**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

$671.00

---

**3.5944**

**Nonpriority creditor's name and mailing address**

**Michael Mankes**
**22 Pioneer Rd**
**Hingham, MA 02043**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

$455.00

---

**3.5945**

**Nonpriority creditor's name and mailing address**

**Michael Maraghy**
**8041 Oak Hollow Lane**
**Fairfax Station, VA 22039**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

$53.00

---

**3.5946**

**Nonpriority creditor's name and mailing address**

**Michael Marrone**
**16633 Elk Run Ct.**
**Leesburg, VA 20176**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

$1,949.00

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 339 of 1144

Debtor  **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

---

| 3.5947 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | **$779.00** |

**Michael Masin**
**33 Mallard Point Road**
**Essex, CT 06426**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5948 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | **$159.00** |

**Michael Mastroberti**
**130 Jean St.**
**Ramsey, NJ 07446**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5949 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | **$83.00** |

**Michael Matilsky**
**56 Casey Lane**
**Mount Sinai, NY 11766**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5950 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | **$703.00** |

**Michael Matonte**
**1501 Heidorn Ave**
**Westchester, IL 60154**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 340
of 1144

Debtor **Fox Ortega Enterprises, Inc.**      Case number (if known) _____

Name

| 3.5951 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$479.00** |
|---|---|---|---|

**Michael Maywood**
**1408 Nautilus Street**
**La Jolla, CA 92037**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5952 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,404.00** |
|---|---|---|---|

**Michael McDonald**
**P.O. Box 28920**
**Atlanta, GA 30358**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5953 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,245.00** |
|---|---|---|---|

**Michael McDonald**
**180 N. Stetson**
**Chicago, IL 60611**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5954 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$499.00** |
|---|---|---|---|

**Michael McGarrity**
**1083 14th Street**
**San Francisco, CA 94114**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor  **Fox Ortega Enterprises, Inc.**                     Case number (if known) _____
_____
Name

| 3.5955 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,679.00** |
|---|---|---|---|

**Michael McNett**
**W315S2823 Roberts Road**
**Waukesha, WI 53188**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.5956 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$195.00** |
|---|---|---|---|

**Michael Medve**
**5725 Claremont Ave.**
**Oakland, CA 94618**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.5957 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$69.00** |
|---|---|---|---|

**Michael Merna**
**204 Newark St, Apt 2**
**Hoboken, NJ 07030**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.5958 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,064.00** |
|---|---|---|---|

**Michael Merrill**
**P.O. Box 279**
**Brea, CA 92822**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 342 of 1144

Debtor    **Fox Ortega Enterprises, Inc.**                         Case number (if known) _____
_____
          Name

| 3.5959 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$440.00** |

**Michael Meyers**
**115 Faison Rd.**
**Chapel Hill, NC 27517**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5960 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$178.00** |

**Michael Mindrup**
**5609 Ashwood Ct.**
**Midland, TX 79707**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5961 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$719.00** |

**Michael Minotti**
**784 Village Trail**
**Gates Mills, OH 44040**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5962 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$81.00** |

**Michael Mohammadi**
**48 Hilltop Trail**
**Sparta, NJ 07871**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.5963 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$689.00** |

**Michael Moiseyev**
**630 C Street NE**
**Washington, DC 20002**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5964 | **Nonpriority creditor's name and mailing address** | | **$2,999.00** |
|---|---|---|---|

**Michael Montijo**
**10 Warwick Lane**
**Nashville, TN 37205**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5965 | **Nonpriority creditor's name and mailing address** | | **$1,158.00** |
|---|---|---|---|

**Michael Mosko**
**7719 Union Ave**
**Elkins Park, PA 19027**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.5966 | **Nonpriority creditor's name and mailing address** | | **$3,369.00** |
|---|---|---|---|

**Michael Moya**
**2263 Knoxville Avenue**
**Long Beach, CA 90815**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 344 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

---

| 3.5967 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$69.00** |

**Michael Murray**
**1526 12th Avenue**
**San Francisco, CA 94122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.5968 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$689.00** |

**Michael Murray**
**9401 Mentor Avenue**
**Mentor, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.5969 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$89.00** |

**Michael Myers**
**371 Pine Hill Rd.**
**Mill Valley, CA 94941**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.5970 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$550.00** |

**Michael Nachman**
**1075 Mariposa**
**Berkeley, CA 94707**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 345 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number *(if known)*

Name

| 3.5971 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.00 |

**Michael Nance**
**5381 Moonlight Lane**
**La Jolla, CA 92037**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.5972 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $209.00 |

**Michael Ness**
**PO Box 6003**
**Fremont, CA 94538**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.5973 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,664.00 |

**Michael Nevins**
**3843 212th Ave. SE**
**Sammamish, WA 98075**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.5974 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $399.00 |

**Michael Nichol**
**9 Fox Chase Rd**
**Denville, NJ 07834**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

Debtor __Fox Ortega Enterprises, Inc.__      Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.5975 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$29,160.00** |

**Michael Nichols**
**5136 Treybrooke Dr.**
**Wilmington, NC 28409**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No

Last 4 digits of account number _____
☐ Yes

---

| | | |
|---|---|---|
| 3.5976 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$579.00** |

**Michael Nickitas**
**15 Center Rd**
**Old Greenwich, CT 06870**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No

Last 4 digits of account number _____
☐ Yes

---

| | | |
|---|---|---|
| 3.5977 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$248.00** |

**Michael Nolan**
**4827 N 14th st**
**Arlington, VA 22205**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No

Last 4 digits of account number _____
☐ Yes

---

| | | |
|---|---|---|
| 3.5978 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$16,770.00** |

**Michael Novick**
**16126 Sherman Way**
**Van Nuys, CA 91406**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No

Last 4 digits of account number _____
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.5979** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$191.00**

**Michael Nowaczyk**
**1576 Prima Drive**
**Livermore, CA 94550**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.5980** | **Nonpriority creditor's name and mailing address** | | **$6,841.00**

**Michael O'Brien**
**1813 Pine Ave**
**Manhattan Beach, CA 90266**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.5981** | **Nonpriority creditor's name and mailing address** | | **$5,159.00**

**Michael O'Hara**
**71 Montrose Road**
**Colts Neck, NJ 07722**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.5982** | **Nonpriority creditor's name and mailing address** | | **$690.00**

**Michael O'Hara**
**7010 W. Aurora Dr.**
**Glendale, AZ 85308**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known)

Name

| 3.5983 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$325.00** |

**Michael OBrien**
**6539 Gwin Road**
**Oakland, CA 94611**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.5984 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$279.00** |

**Michael OConnor**
**1356 Kotenberg Ave.**
**San Jose, CA 95125**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.5985 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$299.00** |

**Michael Okean**
**1883 Circle Drive**
**Juno Beach, FL 33408**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.5986 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$169.00** |

**Michael Oliver**
**1 Honeysuckle Lane**
**Ripley, WV 25271**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 349 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.5987 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $355.00 |

**Michael Osanloo**
**1623 North Paulina**
**Chicago, IL 60622**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____

☐ Yes

---

| | | |
|---|---|---|
| 3.5988 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $4,348.00 |

**Michael Osgood**
**4218 Club Court**
**Ellicott City, MD 21042**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____

☐ Yes

---

| | | |
|---|---|---|
| 3.5989 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $239.00 |

**Michael Padgett**
**13055 SE 128th Ave**
**Happy Valley, OR 97086**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____

☐ Yes

---

| | | |
|---|---|---|
| 3.5990 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $8,529.00 |

**Michael Palmieri**
**9450 Gemini Dr.**
**Beaverton, OR 97008**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                 Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known)

---

| 3.5991 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$31,441.00** |

**Michael Paskin**
**825 Eighth Ave**
**New York, NY 10019**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.5992 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,159.00** |

**Michael Passo**
**336 NW 8th St.**
**McMinnville, OR 97128**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.5993 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$41,239.00** |

**Michael Pavloff**
**649 Tami Way**
**Mountain View, CA 94041**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.5994 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,349.00** |

**Michael Payne**
**2088 Anchor Court**
**Newbury Park, CA 91320**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 351 of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.5995 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$267.00** |
|---|---|---|---|

**Michael Pendleton**
**3967 Norton Ave**
**Oakland, CA 94602**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.5996 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$449.00** |
|---|---|---|---|

**Michael Perticara**
**2154 Fargo Blvd**
**Geneva, IL 60134**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.5997 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$209.00** |
|---|---|---|---|

**Michael Peterson**
**218 VIA MARFINO**
**San Clemente, CA 92673**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.5998 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,279.00** |
|---|---|---|---|

**Michael Peyser**
**219 38th Place**
**Manhattan Beach, CA 90266**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

Case: 16-40050     Doc# 16-1     Filed: 01/21/16     Entered: 01/21/16 15:42:32     Page 352 of 1144

Debtor **Fox Ortega Enterprises, Inc.**            Case number (if known) _____
_____
Name

| 3.5999 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$997.00** |
|---|---|---|---|

**Michael Phillips**
**9916 Carter Road**
**Bethesda, MD 20817**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6000 | **Nonpriority creditor's name and mailing address** | | **$59.00** |

**Michael Pickering**
**1813 N Fairfield Ave**
**Chicago, IL 60647**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6001 | **Nonpriority creditor's name and mailing address** | | **$179.00** |

**Michael Pilla**
**2281 Silver Spring Drive**
**Westlake Village, CA 91361**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6002 | **Nonpriority creditor's name and mailing address** | | **$113.00** |

**Michael Plotkowski**
**3145 Geary Blvd**
**San Francisco, CA 94118**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | |
|---|---|
| 3.6003 | |

**Nonpriority creditor's name and mailing address**

**Michael Podolsky**
**P.O. Box 278**
**Fairfield, IL 62837**

As of the petition filing date, the claim is:          **$383,094.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____

☐ Yes

---

| | |
|---|---|
| 3.6004 | |

**Nonpriority creditor's name and mailing address**

**Michael Polanco**
**8425 55th Avenue**
**Elmhurst, NY 11373**

As of the petition filing date, the claim is:          **$221.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____

☐ Yes

---

| | |
|---|---|
| 3.6005 | |

**Nonpriority creditor's name and mailing address**

**Michael Pollock**
**3721 Rosevelt Blvd**
**Middletown, OH 45044**

As of the petition filing date, the claim is:          **$479.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____

☐ Yes

---

| | |
|---|---|
| 3.6006 | |

**Nonpriority creditor's name and mailing address**

**Michael Polmar**
**2929 Gray Street**
**Oakton, VA 22124**

As of the petition filing date, the claim is:          **$4,964.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**      Case number (if known) _____

Name

| | |
|---|---|
| **3.6007** | |

**Nonpriority creditor's name and mailing address**       **As of the petition filing date, the claim is:**      **$714.00**

**Michael Powers**
**3945 Flad**
**Saint Louis, MO 63110**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| **3.6008** | |

**Nonpriority creditor's name and mailing address**       **As of the petition filing date, the claim is:**      **$517.00**

**Michael Privitera**
**485 Wood Ave**
**Cincinnati, OH 45220**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| **3.6009** | |

**Nonpriority creditor's name and mailing address**       **As of the petition filing date, the claim is:**      **$2,159.00**

**Michael Prystowsky**
**263 Sterling Road**
**Harrison, NY 10528**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| **3.6010** | |

**Nonpriority creditor's name and mailing address**       **As of the petition filing date, the claim is:**      **$106.00**

**Michael Przeslawski**
**10308 Berkshire Rd.**
**Bloomington, MN 55437**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 355 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.6011 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **Unknown** |

**Michael R. Matthias**
**Baker & Hostetler**
**11601 Wilshire Blvd., Ste. 1400**
**Los Angeles, CA 90025**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6012 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$344.00** |

**Michael Raczynski**
**3 Eldredge Ct.**
**Rye, NY 10580**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6013 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$503.00** |

**Michael Raggio**
**10103 Irving Street**
**Westminster, CO 80031**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6014 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$299.00** |

**Michael Randall**
**4280 Greenview Dr**
**El Dorado Hills, CA 95762**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**　　　　　　　　Case number (if known)
Name

| | | |
|---|---|---|
| 3.6015 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$349.00** |

**Michael Reid Dimock**
**115 West 8th Street**
**Santa Rosa, CA 95401**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| | | |
|---|---|---|
| 3.6016 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$2,056.00** |

**Michael Reilly**
**2233 Oak Crest Dr**
**Liberty, MO 64068**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| | | |
|---|---|---|
| 3.6017 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$779.00** |

**Michael Reinarts**
**840 Great Oaks Trail**
**Eagan, MN 55123**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| | | |
|---|---|---|
| 3.6018 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$275.00** |

**Michael Resnick**
**2179 So. Green Rd.**
**Cleveland, OH 44121**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

Case: 16-40050　　Doc# 16-1　　Filed: 01/21/16　　Entered: 01/21/16 15:42:32　　Page 357 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.6019 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$467.00** |
|---|---|---|---|

**Michael Ridder**
**1049 Fifth Avenue**
**New York, NY 10028**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6020 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,824.00** |
|---|---|---|---|

**Michael Rohmiller**
**9250 Blue Ash Rd.**
**Cincinnati, OH 45242**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6021 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,469.00** |
|---|---|---|---|

**Michael Rosa**
**4916 North Fairfield Avenue**
**Chicago, IL 60625**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6022 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,984.00** |
|---|---|---|---|

**Michael Rosen**
**2223 Avenida De La Playa**
**La Jolla, CA 93037**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 358 of 1144

Debtor **Fox Ortega Enterprises, Inc.**　　　　Case number (if known) _____

Name

| 3.6023 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$10,793.00** |
|---|---|---|---|

**Michael Rosenman**
**2857 South Paradise #2702**
**Las Vegas, NV 89109**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____　☐ Yes

---

| 3.6024 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$339.00** |
|---|---|---|---|

**Michael Rosenthal**
**2515 Warren Ave.**
**Cheyenne, WY 82001**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____　☐ Yes

---

| 3.6025 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,928.00** |
|---|---|---|---|

**Michael Rothberg**
**8 EGRET WAY**
**Mill Valley, CA 94941**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____　☐ Yes

---

| 3.6026 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,612.00** |
|---|---|---|---|

**Michael Rutledge**
**5314 Valerie St**
**Bellaire, TX 77401**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____　☐ Yes

---

Case: 16-40050　Doc# 16-1　Filed: 01/21/16　Entered: 01/21/16 15:42:32　Page 359 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.6027 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$9,149.00** |
|---|---|---|---|

**Michael Sachs**
**P.O. Box 2837**
**Westport, CT 06880**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6028 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,370.00** |
|---|---|---|---|

**Michael Sakamoto**
**2054 Rainbow Mine Court**
**Rancho Cordova, CA 95670**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6029 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$704.00** |
|---|---|---|---|

**Michael Salomone**
**'5955 Kayron Drive, NE'**
**Sandy Springs, GA 30328**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6030 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$19,326.00** |
|---|---|---|---|

**Michael Saviage**
**6470 Pfeiffer Ranch Court**
**San Jose, CA 95120**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 360 of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.6031 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$734.00** |
|---|---|---|---|

**Michael Schexnayder**
**1333 Industrial Blvd**
**Sugar Land, TX 77478**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6032 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$209.00** |
|---|---|---|---|

**Michael Schmidt**
**1111 Pine St**
**Silverton, OR 97381**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6033 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$802.00** |
|---|---|---|---|

**Michael Schmitz**
**5689 Crossandra St.**
**Prior Lake, MN 55372**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6034 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,559.00** |
|---|---|---|---|

**Michael Schwartz**
**12225 Worthington Road**
**Owings Mills, MD 21117**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**                      Case number (if known) _____
_____
Name

| 3.6035 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$11,227.00** |
|---|---|---|---|

**Michael Scully**
**16866 Eagle Bluff Ct.**
**Chesterfield, MO 63005**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.6036 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,759.00** |
|---|---|---|---|

**Michael Sension**
**5150 Pine Tree Drive**
**Miami Beach, FL 33140**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.6037 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,747.00** |
|---|---|---|---|

**Michael Seuss**
**3140 Massachusetts Ave**
**Lemon Grove, CA 91945**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.6038 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,010.00** |
|---|---|---|---|

**Michael Shanahan**
**71 Nansen Summit**
**Lake Oswego, OR 97035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.6039 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,593.00 |
|---|---|---|---|

**Michael Shenk**
**3965 Warner Ave**
**Huntington Beach, CA 92649**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6040 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,448.00 |
|---|---|---|---|

**Michael Siegel**
**221 Bonita Ave.**
**Piedmont, CA 94611**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6041 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $290.00 |
|---|---|---|---|

**Michael Silton**
**4 Traci Court**
**Scotts Valley, CA 95066**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6042 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,880.00 |
|---|---|---|---|

**Michael Smith**
**4808 30TH ST NW**
**Washington, DC 20008**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6043** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$316.00**

**Michael Soccio**
**82 Buckingham Ridge Road**
**Wilton, CT 06897**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.6044** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$299.00**

**Michael Sohn**
**555 12th Street NW**
**Washington, DC 20004**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.6045** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$16,358.00**

**Michael Solomon**
**432 Woodland Rd**
**Kentfield, CA 94904**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.6046** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$374.00**

**Michael Sowers**
**417 6th Street NW**
**Hickory, NC 28601**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 364 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.6047 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$959.00** |
|---|---|---|---|

**Michael Spears**
**PO Box 5806**
**Spartanburg, SC 29304**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6048 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,949.00** |
|---|---|---|---|

**Michael Staenberg**
**2127 Innerbelt Business Center Dr**
**Saint Louis, MO 63114**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6049 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$501.00** |
|---|---|---|---|

**Michael Stallone**
**3 Britton Avenue**
**Belvedere-Tiburon, CA 94920**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6050 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,793.00** |
|---|---|---|---|

**Michael Stein**
**77 Amber Drive**
**San Francisco, CA 94131**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor   **Fox Ortega Enterprises, Inc.**                                     Case number (if known) _____
         _____
         Name

| 3.6051 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,588.00** |
|---|---|---|---|

**Michael Steiner**
**315 West 70th St**
**New York, NY 10023**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6052 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$34,525.00** |
|---|---|---|---|

**Michael Stewart**
**1370 Emerald St**
**San Diego, CA 92109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6053 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$491.00** |
|---|---|---|---|

**Michael Storm**
**450 W 17th Street**
**New York, NY 10011**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6054 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,159.00** |
|---|---|---|---|

**Michael Strangfeld**
**36 Hardy Avenue**
**Watertown, MA 02472**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 366 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known) _____

| 3.6055 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $345.00 |
|---|---|---|---|

**Michael Straus**
**3484 Scott St**
**San Francisco, CA 94123**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6056 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $799.00 |
|---|---|---|---|

**Michael Taback**
**PO Box 1454**
**Carmel, CA 93921-1454**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6057 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $215.00 |
|---|---|---|---|

**Michael Thompson**
**830 Brewster Road**
**Madisonville, LA 70447**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6058 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $810,694.00 |
|---|---|---|---|

**Michael Thomson**
**3111 Welborn St.**
**Dallas, TX 75219**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**      Case number (if known) _____

Name

| 3.6059 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $171.00 |

**3.6059**

**Nonpriority creditor's name and mailing address**

**Michael Tiffany**
**135 Oceana Dr E**
**Brooklyn, NY 11235**

**As of the petition filing date, the claim is:** **$171.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

---

**3.6060**

**Nonpriority creditor's name and mailing address**

**Michael Tola**
**2214 Sacramento St**
**Berkeley, CA 94702**

**As of the petition filing date, the claim is:** **$215.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

---

**3.6061**

**Nonpriority creditor's name and mailing address**

**Michael Tollini**
**22 Racoon Lane**
**Belvedere-Tiburon, CA 94920**

**As of the petition filing date, the claim is:** **$119.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

---

**3.6062**

**Nonpriority creditor's name and mailing address**

**Michael Tracy**
**Mike Tracy c/o The Cliffs**
**Arden, NC 28704**

**As of the petition filing date, the claim is:** **$164,623.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 368 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.6063 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,584.00** |
|---|---|---|---|

**Michael Tripp**
**802 NE 79th Street**
**Seattle, WA 98115-4209**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.6064 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$788,008.00** |
|---|---|---|---|

**Michael Troise**
**401 E 89th Street**
**New York, NY 10128**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.6065 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$8,521.00** |
|---|---|---|---|

**Michael Twelftree**
**1025 SW Washington St.**
**Portland, OR 97205**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.6066 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,760.00** |
|---|---|---|---|

**Michael Tyndall**
**20 Clarendon Ave.**
**San Francisco, CA 94114**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050     Doc# 16-1     Filed: 01/21/16     Entered: 01/21/16 15:42:32     Page 369 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.6067 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$1,899.00** |

**Michael Valentine**
**1861 Dexter Avenue**
**Cincinnati, OH 45206**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6068 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$79.00** |

**Michael Varinsky**
**1223 Gazzelle Place**
**Davis, CA 95616**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6069 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$450.00** |

**Michael Vinson**
**1022 Waverley Street**
**Palo Alto, CA 94301**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6070 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$514.00** |

**Michael Waldron**
**316 East Buena Vista**
**Santa Fe, NM 87505**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 370 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.6071 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $239.00 |
|---|---|---|---|

**Michael Weill**
**3634 Aberdeen Way**
**Houston, TX 77025**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6072 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,960.00 |
|---|---|---|---|

**Michael Weintz**
**1089 Spring Creek Dr.**
**Ripon, CA 95366**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6073 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $749.00 |
|---|---|---|---|

**Michael Weiss**
**5550 Vistancia Drive**
**Parker, CO 80134**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6074 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $516.00 |
|---|---|---|---|

**Michael Wenzel**
**1009 Samuel Drive**
**Petaluma, CA 94952**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.** Case number (if known) _____
_____
Name

| 3.6075 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,269.00 |

**Michael Wexler**
**10772 Chalon Road**
**Los Angeles, CA 90077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6076 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,505.00 |

**Michael Whang**
**15812 Woodvale Rd**
**Encino, CA 91436**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6077 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,360.00 |

**Michael Wigley**
**PO Box 376**
**Long Lake, MN 55356**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6078 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,117.00 |

**Michael Wilson**
**Law Office of Bob Lee**
**San Jose, CA 95126**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 372 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known) _____

---

| 3.6079 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$1,269.00** |

**Michael Wilson**
**2828 Benvenue Ave.**
**Berkeley, CA 94705**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6080 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$2,131.00** |

**Michael Wishart**
**429 Roehampton Road**
**Hillsborough, CA 94010**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6081 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$9,119.00** |

**Michael Wong**
**756 Washington St**
**New York, NY 10014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6082 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$1,999.00** |

**Michael Wu**
**101 Warren St**
**New York, NY 10007**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 373
of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6083** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$33,238.00**

**Michael Wulff**
**40315 N. 32nd St.**
**Cave Creek, AZ 85331**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.6084** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$139.00**

**Michael Wyatt**
**90 MacBain Ave**
**Atherton, CA 94027**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.6085** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,319.00**

**Michael Wynholds**
**2216 Hill Street**
**Santa Monica, CA 90405**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.6086** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$10,356.00**

**Michael Young**
**836 Osprey Ridge Rd**
**Winston-Salem, NC 27106**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 374 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (*if known*) _____

---

| 3.6087 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$100.00** |

**Michael Zakaras**
**53 Yosemite**
**Oakland, CA 94611**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6088 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,815.00** |

**Michael Zimberg**
**4701 Wedgewood Drive**
**Minnetonka, MN 55345**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6089 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$108.00** |

**Michael Zimbric**
**2424 Boundary Street**
**San Diego, CA 92116**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6090 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$125.00** |

**Michael Zittel**
**1687 Trestle Glen Rd**
**Oakland, CA 94610**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 375 of 1144

Debtor **Fox Ortega Enterprises, Inc.**      Case number (if known) _____
_____
Name

---

| 3.6091 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$395.00** |

**Michael Zivian**
**310 South Fir Street**
**Telluride, CO 81435**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6092 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,559.00** |

**Micheal Straus**
**2447 NE 9th**
**Portland, OR 97212**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6093 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$28,072.00** |

**Michel Berg**
**165 East 72nd Street**
**New York, NY 10021**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6094 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$83.00** |

**Michel Decoux**
**2000 Broadway #308**
**San Francisco, CA 94115**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.6095 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $579.00 |

**3.6095** | **Nonpriority creditor's name and mailing address**

**Michel McCoy**
**647 San Luis Rd**
**Berkeley, CA 94707**

_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: **$579.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
■ No
☐ Yes

---

**3.6096** | **Nonpriority creditor's name and mailing address**

**Michel Nasr**
**11 Raintree Court**
**Holmdel, NJ 07733**

_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: **$359.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
■ No
☐ Yes

---

**3.6097** | **Nonpriority creditor's name and mailing address**

**Michel Venot**
**7579 Mulberry Road**
**Chesterland, OH 44026**

_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: **$159.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
■ No
☐ Yes

---

**3.6098** | **Nonpriority creditor's name and mailing address**

**Michel Veys**
**911 Aquarius Way**
**Oakland, CA 94611**

_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is: **$97.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
■ No
☐ Yes

Debtor  **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| 3.6099 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$934.00** |

**Nonpriority creditor's name and mailing address**
**Michele Bayliss**
**4825 Snake Mountain Road**
**Weybridge, VT 05753**

As of the petition filing date, the claim is: **$934.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6100 |

**Nonpriority creditor's name and mailing address**
**Michele Dunkerley**
**1442 Private Road 1214**
**Stephenville, TX 76401**

As of the petition filing date, the claim is: **$2,434.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6101 |

**Nonpriority creditor's name and mailing address**
**Michele Kane**
**12544 Addison Street**
**North Hollywood, CA 91607**

As of the petition filing date, the claim is: **$335.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6102 |

**Nonpriority creditor's name and mailing address**
**Michele Lada**
**2247 Laurel Street**
**Napa, CA 94559**

As of the petition filing date, the claim is: **$958.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known)

Name

| 3.6103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$7,671.00** |

**Michele Levin Naidich**
**640 West End Ave.**
**New York, NY 10024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.6104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$53,963.00** |

**Michele Reda**
**278 Scarsdale Road**
**Tuckahoe, NY 10707**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.6105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$951.00** |

**Michelle Barton**
**7434 Norfolk Place**
**Castle Rock, CO 80108**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.6106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$65.00** |

**Michelle Edwards**

**Saint Helena, CA 94574**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

Case: 16-40050     Doc# 16-1     Filed: 01/21/16     Entered: 01/21/16 15:42:32     Page 379 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

| | | |
|---|---|---|
| 3.6107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,786.00** |

**Michelle Evans**
**440 East Sharon Avenue**
**Cincinnati, OH 45246**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.6108 | **Nonpriority creditor's name and mailing address** | $124.00 |

**Michelle Ha**
**2115 Marques Avenue**
**San Jose, CA 95125**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.6109 | **Nonpriority creditor's name and mailing address** | $467.00 |

**Michelle Marie Bellanca**
**P.O. Box 4308**
**Saint Paul, MN 55104**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.6110 | **Nonpriority creditor's name and mailing address** | $195.00 |

**Michelle Osborne**
**308 E 38th St. Apt. 19B**
**New York, NY 10016**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 380
of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.6111 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$339.00** |
|---|---|---|---|

**Michelle Sayles**
**1300 W Boston St**
**Seattle, WA 98119**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6112 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$159.00** |
|---|---|---|---|

**Michelle Wills**
**6025 Penrose Ave**
**Dallas, TX 75206**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6113 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$164.00** |
|---|---|---|---|

**Mick Diede**
**1771 Northwood Court**
**Oakland, CA 94611**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6114 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$334.00** |
|---|---|---|---|

**MIGUEL OSTROWSKI**
**4804 LAKE CATHERINE DR**
**Palm Beach Gardens, FL 33403**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.6115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$348.00** |

**Miguel Zaragoza**
**6129 Los Felinos Circle**
**El Paso, TX 79912**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$73.00** |

**Mika Newton**
**417 Linden Street**
**San Francisco, CA 94102**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$48,201.00** |

**Mikal Thomsen**
**P.O. Box 3685**
**Bellevue, WA 98009**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$606.00** |

**Mike Benvenuti**
**10 Venezia**
**Newport Coast, CA 92657**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 382 of 1144

Debtor **Fox Ortega Enterprises, Inc.**     Case number (if known) _____
_____
Name

| 3.6119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $539.00 |

**Mike Bomgaars**
**6534 S. Rifle Way**
**Aurora, CO 80016**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $73,211.00 |

**Mike Bradish**
**205 Humbolt Street**
**San Rafael, CA 94901**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,791.00 |

**Mike Chin**
**1322 Cabrillo Ave.**
**Burlingame, CA 94010**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $117.00 |

**Mike Chowla**
**364 W Olive Ave**
**Sunnyvale, CA 94086**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050     Doc# 16-1     Filed: 01/21/16     Entered: 01/21/16 15:42:32     Page 383 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.6123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,410.00 |
|---|---|---|---|

**mike damato**
**39605 patterson lane**
**Cleveland, OH 44139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $419.00 |
|---|---|---|---|

**Mike Fruciano**
**6742 West Princeton Place**
**Denver, CO 80235**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $959.00 |
|---|---|---|---|

**Mike Garcia**
**201 Mt Vernon Ave**
**Bakersfield, CA 93307**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,899.00 |
|---|---|---|---|

**Mike Garnham**
**6 th Floor Woodward House**
**188 Lambtonquay, Wellington**
**NEW ZEALAND**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**　　　　Case number (if known) _____
Name

| 3.6127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $38,585.00 |

**Mike Garrido**
**48 Big Blue Drive**
**Milton, MA 02186**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.6128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $591.00 |

**Mike Gerringer**
**3433 Shangri-La Rd**
**Lafayette, CA 94549**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.6129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $23,128.00 |

**Mike Gibbons**
**4273 Getchell Road**
**Duluth, MN 55811**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.6130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $314.00 |

**Mike Goldberg**
**4936 Alta Canyada Rd**
**La Canada Flintridge, CA 91011**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com　Best Case Bankruptcy

Case: 16-40050　Doc# 16-1　Filed: 01/21/16　Entered: 01/21/16 15:42:32　Page 385 of 1144

Debtor **Fox Ortega Enterprises, Inc.**                     Case number (if known) _____
_____
Name

| 3.6131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,439.00** |
|---|---|---|---|

**Mike Golub**
**P.O. Box 527**
**Calistoga, CA 94515**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$954.00** |
|---|---|---|---|

**Mike Hein**
**4972 Foothill Blvd**
**San Diego, CA 92109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$349.00** |
|---|---|---|---|

**Mike Ivankovich**
**1990 Woodbury Ct**
**Walnut Creek, CA 94596**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$9.00** |
|---|---|---|---|

**Mike Kim**
**5550 Wilshire Blvd.**
**Los Angeles, CA 90036**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 386 of 1144

Debtor **Fox Ortega Enterprises, Inc.**                     Case number (if known) _____
        _____
        Name

| 3.6135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$359.00** |

**Mike Lednicky**
**915 S. Harrison**
**West, TX 76691**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.6136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$259.00** |

**Mike Liebergall**
**324 Idaho Ave**
**Santa Monica, CA 90403**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.6137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$159.00** |

**Mike Logan**
**215 N Woodridge Dr**
**Pikeville, NC 27863**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.6138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$99.00** |

**Mike Luca**
**12 Fernald Dr**
**Cambridge, MA 02138**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor  **Fox Ortega Enterprises, Inc.**                     Case number (if known) _____
_____
Name

| 3.6139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,784.00 |
|---|---|---|---|

**Mike Lucas**
**200 Old Pond Lane**
**High Point, NC 27265**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $839.00 |
|---|---|---|---|

**Mike MacDougal**
**1932 North Hudson #3**
**Chicago, IL 60614**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $665.00 |
|---|---|---|---|

**Mike Margolis**
**441 S. Lucerne Blvd.**
**Los Angeles, CA 90020**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $359.00 |
|---|---|---|---|

**Mike McMahon**
**3114 West Ravina Lane**
**Phoenix, AZ 85086**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | |
|---|---|
| 3.6143 | **Nonpriority creditor's name and mailing address** |

**Mike Miller**
**201 W. Houston**
**Marshall, TX 75670**

As of the petition filing date, the claim is: **$261.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.6144 | **Nonpriority creditor's name and mailing address** |

**Mike Miller**
**3131 Techny Rd.**
**Northbrook, IL 60062**

As of the petition filing date, the claim is: **$1,959.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.6145 | **Nonpriority creditor's name and mailing address** |

**Mike Mitchell**
**77 Grove St.**
**New Canaan, CT 06840**

As of the petition filing date, the claim is: **$69.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.6146 | **Nonpriority creditor's name and mailing address** |

**Mike Muilenburg**
**22060 Mt. Eden Rd.**
**Saratoga, CA 95070**

As of the petition filing date, the claim is: **$679.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| **3.6147** | |

**Nonpriority creditor's name and mailing address**

**Mike Murray**
**1130 Conroy Lane**
**Roseville, CA 95661**

_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**As of the petition filing date, the claim is:**        **$4,178.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| | |
|---|---|
| **3.6148** | |

**Nonpriority creditor's name and mailing address**

**Mike Musgrove**
**1109 Oak Street**
**San Francisco, CA 94117**

_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**As of the petition filing date, the claim is:**        **$28.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| | |
|---|---|
| **3.6149** | |

**Nonpriority creditor's name and mailing address**

**Mike Phillip**
**4100 Dunning Ln.**
**Austin, TX 78746**

_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**As of the petition filing date, the claim is:**        **$809.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| | |
|---|---|
| **3.6150** | |

**Nonpriority creditor's name and mailing address**

**Mike Pickett**
**1291 Dayspring Trace**
**Lawrenceville, GA 30045**

_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**As of the petition filing date, the claim is:**        **$279.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
■ No
☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 390 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number _(if known)_ _____

| 3.6151 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$239.00** |

**Mike Piller**
**12424 Wilshire Blvd**
**Los Angeles, CA 90025**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6152 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$486.00** |

**Mike Plotts**
**2310 Colorado Ave**
**South Lake Tahoe, CA 96150**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6153 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$159.00** |

**Mike Priwer**
**2351 NW Westover Rd**
**Portland, OR 97210**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6154 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,594.00** |

**Mike Quigley**
**612 S Trenton Ave.**
**Pittsburgh, PA 15221**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 391 of 1144

Debtor **Fox Ortega Enterprises, Inc.**                Case number (if known) _____

        Name

| | | |
|---|---|---|
| **3.6155** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$176.00** |

**Mike Randall**
**601 Martingale Ct**
**Danville, CA 94506**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| **3.6156** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$50,516.00** |

**Mike Rhodes**
**206 Saint Catherine**
**Redlands, CA 92374**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| **3.6157** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$28,112.00** |

**Mike Schweitz**
**1515 N. Flagler Dr.**
**West Palm Beach, FL 33401**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| **3.6158** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$10,834.00** |

**Mike Sheehan**
**1420 Lakeside Parkway**
**Flower Mound, TX 75028**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**                                Case number (if known) _____

Name

| 3.6159 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$60,900.00** |
|---|---|---|---|

**Mike Sheldon**
**6500 Hollister Ave**
**Goleta, CA 93117**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.6160 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,162.00** |
|---|---|---|---|

**Mike Stoneking**
**416 Georgetown Ave**
**Ventura, CA 93003**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.6161 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$245.00** |
|---|---|---|---|

**Mike Sullivan**
**144 Savannah Way**
**Windsor, CA 95492**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.6162 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,569.00** |
|---|---|---|---|

**Mike Tollack**
**1812 Oak Ave.**
**Carlsbad, CA 92008**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 393 of 1144

Debtor  **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.6163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,109.00** |
|---|---|---|---|

**Mike Upchurch**
**521 E Carrington Ln**
**Appleton, WI 54913**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.6164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$17,377.00** |
|---|---|---|---|

**Mike Wachter**
**1700 Pierce Street**
**San Francisco, CA 94115**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.6165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$31.00** |
|---|---|---|---|

**Mike Woginrich**
**4225 Balfour Ave.**
**Oakland, CA 94610**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.6166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,099.00** |
|---|---|---|---|

**Mike Zima**
**36 Laight St**
**New York, NY 10013**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Debtor    **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____
          Name

| 3.6167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$44,389.00** |
|---|---|---|---|

**Mike Zolik**
**7835 N. Granite Ridge Rd**
**Teton Village, WY 83025**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.6168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,465.00** |
|---|---|---|---|

**Mikhael Shor**
**47 High Street**
**Coventry, CT 06238**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.6169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$8,024.00** |
|---|---|---|---|

**Milan Zivkovic**
**1273 227 St.**
**Langley, BC V2Z2W8**
**CANADA**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.6170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$9,304.00** |
|---|---|---|---|

**Miles Gross**
**3070 Bristol Pike**
**Bensalem, PA 19020**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 395
of 1144

Debtor **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____

Name

---

| 3.6171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$63.00** |

**Miles Martindale**
**107 Brixworth Lane**
**Nashville, TN 37205**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6172 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$145.00** |

**Miles Prescott**
**906 Esplanade Ave Apt A**
**New Orleans, LA 70116**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$189.00** |

**Miles Wixon**
**'119 West 71st Street, #9b'**
**New York, NY 10023**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,710.00** |

**Milton Lorig**
**281 Cross Road**
**Oakland, CA 94618**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050     Doc# 16-1     Filed: 01/21/16     Entered: 01/21/16 15:42:32     Page 396 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.6175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,605.00** |

**Milton Reeder**
**1 Embarcadero Center Suite 1540**
**San Francisco, CA 94111**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.6176 | **Nonpriority creditor's name and mailing address** | **$343.00** |

**Milton Schaefer**
**3343 Folsom St.**
**San Francisco, CA 94110**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.6177 | **Nonpriority creditor's name and mailing address** | **$4,050.00** |

**Mimi McLaughlin**
**P.O. Box 3363**
**Vero Beach, FL 32964**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.6178 | **Nonpriority creditor's name and mailing address** | **$549.00** |

**Min Ki Kim**
**79 Indian Hill Road**
**Mount Kisco, NY 10549**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 397 of 1144

Debtor  **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____
_____
Name

| 3.6179 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,119.00** |
|---|---|---|---|

**Min Young Han**
**#105-2201 Samhwan Apt.**
**Youngdungpo8-ga, Seoul**
**SOUTH KOREA**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____     **Is the claim subject to offset?**
                                                     ■ No
Last 4 digits of account number _____     ☐ Yes

---

| 3.6180 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,877.00** |
|---|---|---|---|

**Mina Farbood**
**200 West 86th Street**
**New York, NY 10024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____     **Is the claim subject to offset?**
                                                     ■ No
Last 4 digits of account number _____     ☐ Yes

---

| 3.6181 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,838.00** |
|---|---|---|---|

**Ming Li**
**1554 McGregor Way**
**San Jose, CA 95129**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____     **Is the claim subject to offset?**
                                                     ■ No
Last 4 digits of account number _____     ☐ Yes

---

| 3.6182 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$911.00** |
|---|---|---|---|

**Mingliang Zhang**
**2218 Nottinghamshire Rd**
**Furlong, PA 18925**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____     **Is the claim subject to offset?**
                                                     ■ No
Last 4 digits of account number _____     ☐ Yes

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 398 of 1144

Debtor **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____
_____
Name

| 3.6183 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$318.00** |

**MINH HOANG**
**721 East 24th Street**
**Oakland, CA 94606**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____        **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____        ☐ Yes

| 3.6184 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,929.00** |

**Minh Tsai**
**808 Talbot Street**
**Albany, CA 94706**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____        **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____        ☐ Yes

| 3.6185 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$8,434.00** |

**Minoru Arakawa**
**1611 Evergreen Point Road**
**Medina, WA 98039**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____        **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____        ☐ Yes

| 3.6186 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$248.00** |

**Mira Cantrell**
**4333 Motor Ave.**
**Culver City, CA 90232**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____        **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____        ☐ Yes

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

---

| 3.6187 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$89.00** |

**Mireia Torres Torres Maczassek**
**Bodegas Miguel Torres**
**S.A Finca Mas la Plana, Pacs del**
**Penedes**
**SPAIN**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6188 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$222.00** |

**Miriam Green**
**85 Vicente Road**
**Berkeley, CA 94705**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6189 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,886.00** |

**Misao Hosoi**
**2-1-1-206**
**Tokyo, NU 00124-0025**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6190 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$249.00** |

**Misty Kaltreider**
**41 Sea Breeze Ct**
**Napa, CA 94559**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor  **Fox Ortega Enterprises, Inc.**
_____  Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.6191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $119.00 |

**Mitch Hersh**
**5806 Peach Heather Trail**
**Valrico, FL 33596**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.6192 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,495.00 |

**Mitch Hersh**
**9352 Blue Mountain Drive**
**Golden, CO 80403**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.6193 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $230.00 |

**Mitch Hirsh**
**8016 North Lincoln**
**Skokie, IL 60077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.6194 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,079.00 |

**Mitch Kysar**
**355 Hukilike St**
**Kahului, HI 96732**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 401 of 1144

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.6195 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $20,095.00 |

**Mitch Rubin**
**100 Market St**
**Kenilworth, NJ 07033**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6196 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $419.00 |
|---|---|---|

**Mitch Stevens**
**13026 NE 71st Street**
**KIRKLAND, WA 98033**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6197 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $497.00 |
|---|---|---|

**Mitchell Burgess**
**108 Washington Place**
**New York, NY 10014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6198 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $90.00 |
|---|---|---|

**Mitchell Harrison**
**1519 Judson**
**Evanston, IL 60201**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050     Doc# 16-1     Filed: 01/21/16     Entered: 01/21/16 15:42:32     Page 402
of 1144

Debtor  **Fox Ortega Enterprises, Inc.**                      Case number (if known)
Name

| 3.6199 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$149.00** |
|---|---|---|---|

**Mitchell Jablons**
**35 Timberline Way**
**Watchung, NJ 07069**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6200 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$20,653.00** |

**Mitchell Lasky**
**255 Mountain Wood Ln.**
**Woodside, CA 94062**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6201 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$13,035.00** |

**Mitchell Reese**
**200 E Sea Colony Drive**
**Vero Beach, FL 32963**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6202 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$119.00** |

**Mitchell Stein**
**10 East Drive**
**Mill Valley, CA 94941**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 403 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.6203 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$149.00** |

**Mitchell Tallan**
**471 E. Broad Street**
**Columbus, OH 43147**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.6204 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$624.00** |

**Mitsuhiko Terashita**
**2-1-17 Room 903**
**Osaka, NU 00556-0021**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.6205 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$8,107.00** |

**Mitsuhiro Abe**
**3-13-10-1305 Akatsuka-Shinmachi**
**Itabashi-ku, Tokyo**
**JAPAN**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.6206 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$7,978.00** |

**Mitsuo Hashimoto**
**Ote-machi 15-35-502**
**Kanazawa, NU 00920-0912**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 404 of 1144

Debtor **Fox Ortega Enterprises, Inc.**　　　　　　　　　　　Case number (if known) _____

Name

| 3.6207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,560.00** |

**Mohit Assomull**
**1 Morton Square**
**New York, NY 10014**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$22,350.00** |

**Mohsen Pazirandeh**
**90 Madison St.**
**Denver, CO 80206**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6209 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$11,439.00** |

**Mok Chung Leung**
**Flat B 11/Floor Kiu Wang Mansion**
**3 Hok Yu Lane**
**HONG KONG**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6210 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$409.00** |

**Molly Joseph**
**2711 Crescent Ridge Road**
**Minnetonka, MN 55305**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Debtor  **Fox Ortega Enterprises, Inc.**

Name

Case number (if known)

---

| 3.6211 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $200.00 |

**Molly Merkle**
**c/o Menasha Ridge Press**
**Birmingham, AL 35233**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

| 3.6212 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $100.00 |

**Monica Ertel**
**66 Oakdale ave.**
**San Rafael, CA 94901**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

| 3.6213 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $209.00 |

**Monica Hoyt**
**7810 Golfcrest Drive**
**San Diego, CA 92119**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

| 3.6214 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $79.00 |

**Monique Yingling**
**3000 Garrison St NW**
**Wasington, DC 20008**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **Fox Ortega Enterprises, Inc.**                    Case number (if known)
_____
Name

| 3.6215 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $499.00 |
|---|---|---|---|

**Montague Tan**
**2148D Kipling St.**
**Houston, TX 77098**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.6216 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,036.00 |
|---|---|---|---|

**Monte Wu**
**780 Kingston Ave**
**Piedmont, CA 94611**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.6217 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $269.00 |
|---|---|---|---|

**Monty Papa**
**320 Pansipit Street**
**Ayala Alabang Village, Muntinlupa 1780**
**PHILIPPINES**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.6218 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,019.00 |
|---|---|---|---|

**Monty Sharma**
**48 Golden Eagle Lane**
**Littleton, CO 80127**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 407 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.6219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,601.00 |
|---|---|---|---|

**Mordecai Stolk**
**58 Bluff Ave**
**Providence, RI 02905**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.6220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,716.00 |
|---|---|---|---|

**Morris Birnbaum**
**24 Claremont Park**
**Roxbury, MA 02118**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.6221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,250.00 |
|---|---|---|---|

**Morris Fiorina**
**51 Possum Lane**
**Portola Valley, CA 94028**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.6222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,670.00 |
|---|---|---|---|

**Morris Postone**
**5626 South Dorchester Ave**
**Chicago, IL 60637**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.6223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$257.00** |

**Mort Friedkin**
**44 Montgomery St**
**San Francisco, CA 94104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.6224 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$341.00** |

**Morton Raphael**
**1520 Taylor St # 603**
**San Francisco, CA 94131**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.6225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$155.00** |

**Mosen Defrawy**
**45 Santa Victoria Aisle**
**Irvine, CA 92606**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.6226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,249.00** |

**Mouin Doumet**
**290 Homewood Rd.**
**Los Angeles, CA 90049**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 409 of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.6227 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$7,211.00** |

**Mukund Singh**
**180 Spuraway Drive**
**San Mateo, CA 94403**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6228 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,031.00** |

**Murray Chesno**
**4800 East Crystal Ln**
**Paradise Valley, AZ 85253**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6229 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,753.00** |

**Murray Clarke**
**20485 Callon Dr**
**Topanga, CA 90290**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6230 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$12,086.00** |

**Murray Demo**
**1456 Club View Terrace**
**Los Altos, CA 94024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
        _____
        Name

| 3.6231 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$239.00** |

**Murray Koodish**
**2208 NE Siskiyou St**
**Portland, OR 97212**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____          **Is the claim subject to offset?**

☐ No
Last 4 digits of account number _____          ☐ Yes

---

| 3.6232 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,410.00** |

**Murray Mullen**
**75-090 Inverness Drive**
**Indian Wells, CA 92210**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____          **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____          ☐ Yes

---

| 3.6233 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$49.00** |

**Murugesu Muraleetharan**
**735 East Burne Ave**
**Ottawa, ON k1k01**
**CANADA**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____          **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____          ☐ Yes

---

| 3.6234 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,988.00** |

**Myron Lee**
**110 Nottingham Dr**
**Alameda, CA 94502**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____          **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____          ☐ Yes

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 411 of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.6235 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,577.00** |
|---|---|---|---|

**Myung Hoon Choi**
**7732 SW Nimbus Avenue**
**Beaverton, OR 97008**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.6236 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$8,639.00** |
|---|---|---|---|

**N Colin Lind**
**123 Sturdivant Ave**
**San Anselmo, CA 94960**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.6237 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$10,968.00** |
|---|---|---|---|

**Nabil Ayoub**
**104 E State Street**
**Redlands, CA 92373**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.6238 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$23,618.00** |
|---|---|---|---|

**Nadav Braun**
**One Hanson Place**
**Brooklyn, NY 11243**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 412 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.6239 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $1,507.00 |

**Nader Gamini**
**10190 Vicksburg Drive**
**Cupertino, CA 95014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.6240 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $1,829.00 |

**Nagendra Setty**
**2424 Buchanan St**
**San Francisco, CA 94115**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.6241 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $50.00 |

**Najwa Schmookler**
**20975 Sherman Drive**
**Castro Valley, CA 94552**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.6242 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $119.00 |

**Nancy Boyce**
**13948 Greenhaven Lane**
**Grass Valley, CA 95945**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050     Doc# 16-1     Filed: 01/21/16     Entered: 01/21/16 15:42:32     Page 413 of 1144

Debtor  **Fox Ortega Enterprises, Inc.**  Case number (if known) _____
_____
Name

| 3.6243 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,049.00** |
|---|---|---|---|

**Nancy Chan**
**327 Lexington Drive**
**Menlo Park, CA 94025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6244 | **Nonpriority creditor's name and mailing address** | | **$7,384.00** |

**Nancy Chan**
**2626 Clement St**
**San Francisco, CA 94121**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6245 | **Nonpriority creditor's name and mailing address** | | **$2,417.00** |

**Nancy Moore**
**11 Ball Ave**
**Salem, NH 03079**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6246 | **Nonpriority creditor's name and mailing address** | | **$37.00** |

**Nancy Saarman**
**215 Beryl Street**
**Mill Valley, CA 94941**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Case: 16-40050  Doc# 16-1  Filed: 01/21/16  Entered: 01/21/16 15:42:32  Page 414 of 1144

Debtor **Fox Ortega Enterprises, Inc.**　　　　　　　　　　　　Case number (if known) _____

Name

| 3.6247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 |
|---|---|---|---|

**Nancy Singer**
**4350 Terrabella**
**Oakland, CA 94619**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Basis for the claim:**

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.6248 | Nonpriority creditor's name and mailing address | | $50.00 |
|---|---|---|---|

**Nancy Tang**
**7 Circle E Ranch Place**
**San Ramon, CA 94583**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Basis for the claim:**

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.6249 | Nonpriority creditor's name and mailing address | | $69.00 |
|---|---|---|---|

**Nancy Thomas**
**12976 Lampadaire Dr.**
**Saint Louis, MO 63141**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Basis for the claim:**

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.6250 | Nonpriority creditor's name and mailing address | | $180.00 |
|---|---|---|---|

**Nancy Zevenbergen**
**23520 Woodway Park Road**
**Woodway, WA 98020**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Basis for the claim:**

**Is the claim subject to offset?**
■ No
☐ Yes

---

Debtor  **Fox Ortega Enterprises, Inc.**
_____    Case number (if known) _____
Name

| 3.6251 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$154.00** |

**Nancye Miller**
**2126 Connecticut Ave**
**Washington, DC 20008**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.6252 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$499.00** |

**Nanette Zeysing**
**1700 West College St**
**Marshall, MO 65340**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.6253 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,997.00** |

**Nano Pedraza**
**278 Union Hill Road**
**Manalapan, NJ 07726**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.6254 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$870.00** |

**Naoko Dalla Valle**
**Dalla Valle Vineyards**
**Oakvillle, CA 94562**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____

Name

| 3.6255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,271.00** |
|---|---|---|---|

**Naomi Yanase**
**4-7-1-103 MAMACHI**
**HOKKAIDO, NU 00066-0045**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,611.00** |
|---|---|---|---|

**Narender Mantena**
**116 Court St., #506**
**New Haven, CT 06511**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$599.00** |
|---|---|---|---|

**Nasahn Sheppard**
**6150 E Mercer Way**
**Mercer Island, WA 98040**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,089.00** |
|---|---|---|---|

**Nat Simons**
**812 Mendocino Ave**
**Berkeley, CA 94707**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**　　　　Case number (if known) _____
_____
Name

| 3.6259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,850.00 |
|---|---|---|---|

**Natalie Lee**
**312 Gateway Dr**
**Pacifica, CA 94044**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $492.00 |
|---|---|---|---|

**Nathan Brammeier**
**1601 Alvarado Ave**
**Walnut Creek, CA 94597**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $249.00 |
|---|---|---|---|

**Nathan David Doron**
**931 W. Lancaster Ave**
**Bryn Mawr, PA 19010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $175.00 |
|---|---|---|---|

**Nathan Kandler**
**P.O. Box 620748**
**Redwood City, CA 94062**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050　　Doc# 16-1　　Filed: 01/21/16　　Entered: 01/21/16 15:42:32　　Page 418 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | |
|---|---|
| 3.6263 | |

**Nonpriority creditor's name and mailing address**
Nathan Leight
60 Edgewater Drive  TSK
Miami, FL 33133

**As of the petition filing date, the claim is:**                                      **$382.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| |
|---|
| 3.6264 |

**Nonpriority creditor's name and mailing address**
Nathan Vitan
1525 23rd. St. S
Arlington, VA 22202

**As of the petition filing date, the claim is:**                                    **$1,556.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| |
|---|
| 3.6265 |

**Nonpriority creditor's name and mailing address**
Nathan Witthoft
4135 Cesar Chavez
San Francisco, CA 94131

**As of the petition filing date, the claim is:**                                      **$95.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| |
|---|
| 3.6266 |

**Nonpriority creditor's name and mailing address**
Nathaniel Garner
8952 Southern Orchard Rd N
Davie, FL 33328

**As of the petition filing date, the claim is:**                                      **$359.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 419 of 1144

Debtor **Fox Ortega Enterprises, Inc.**　　　　　　　　Case number (if known) _____

Name

| 3.6267 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$10,814.00** |

**Nazia Khan**
**9100 Wilshire Blvd**
**Beverly Hills, CA 90212**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6268 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,960.00** |

**Neal Dessouky**
**83 Magee Ave**
**Mill Valley, CA 94941**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6269 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$17.00** |

**Neal Fachan**
**1823 N 55th St.**
**Seattle, WA 98103**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6270 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$169.00** |

**Neal Kunimura**
**804 Moowaa St.**
**Honolulu, HI 96817**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050　　Doc# 16-1　　Filed: 01/21/16　　Entered: 01/21/16 15:42:32　　Page 420 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.6271 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$5,745.00** |

**Neal Maeyama**
**727 Del Centro Way**
**Los Altos, CA 94024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6272 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$9,230.00** |

**Neal Mollen**
**1048 Palmer Place**
**Alexandria, VA 22304**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6273 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$135.00** |

**Neal Sheets**
**113 Countryside Drive**
**Baton Rouge, LA 70810**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6274 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$121.00** |

**Neal Solomon**
**388 Market Street**
**San Francisco, CA 94111**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 421 of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.6275 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$599.00** |

**Neal Tiles**
**DIRECTV**
**El Segundo, CA 90245**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.6276 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$19,043.00** |

**Ned Liston**
**3795A W. 104th Drive**
**Westminster, CO 80031**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.6277 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$209.00** |

**Ned Sizer**
**3130 Divisadero St**
**San Francisco, CA 94123**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.6278 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$250.00** |

**Neil Barber**
**11426 dellmont dr**
**Tujunga, CA 91042**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor  **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.6279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$519.00** |

**Neil Dorosin**
**282 21st Street**
**Brooklyn, NY 11215**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.6280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$103.00** |

**Neil Dubois**
**10 Cobblestone Terrace**
**Cranston, RI 02921**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.6281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$539.00** |

**Neil Dubrow**
**5801 Collins Avenue**
**Miami Beach, FL 33140**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.6282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,187.00** |

**Neil Fitzpatrick**
**636 Wayland Ave.**
**Kenilworth, IL 60043**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 423 of 1144

Debtor **Fox Ortega Enterprises, Inc.**        Case number (if known) _____

Name

---

| 3.6283 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,306.00** |
|---|---|---|---|

**Neil Goldschmidt**
**1150 SW King Avenue**
**Portland, OR 97205**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6284 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$7,796.00** |
|---|---|---|---|

**Neil Grossman**
**180 Beach Drive NE**
**Saint Petersburg, FL 33701**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6285 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,917.00** |
|---|---|---|---|

**Neil Hunn**
**16011 Foremast Place**
**Lakewood Ranch, FL 34202**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6286 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,121.00** |
|---|---|---|---|

**Neil Murphy**
**1237 Glenn Ave**
**San Jose, CA 95125**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | |
|---|---|
| 3.6287 | **Nonpriority creditor's name and mailing address** |

**Neil Norman**
**1475 Texas Ave.**
**Louisville, KY 40217**

As of the petition filing date, the claim is: **$26.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

---

| | |
|---|---|
| 3.6288 | **Nonpriority creditor's name and mailing address** |

**Neil Rapoport**
**1709 Harris Road**
**Laverock, PA 19038**

As of the petition filing date, the claim is: **$865.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

---

| | |
|---|---|
| 3.6289 | **Nonpriority creditor's name and mailing address** |

**Neil Robinson**
**2 Thistle Lane**
**Holmdel, NJ 07733**

As of the petition filing date, the claim is: **$11,218.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

---

| | |
|---|---|
| 3.6290 | **Nonpriority creditor's name and mailing address** |

**Neil Schlecht**
**PO Box 215**
**Falls Village, CT 06031**

As of the petition filing date, the claim is: **$7,014.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.6291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,659.00 |

**Neil Schwartz**
**835 Shepard Way**
**Redwood City, CA 94062**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,399.00 |

**Neil Tyson**
**145 Nassau Street**
**New York, NY 10038**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,709.00 |

**Neil Wiesenberg**
**1 Morton Square**
**New York, NY 10014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,763.00 |

**Nesli Basgoz**
**c/o International Wine Vault**
**Allston, MA 02134**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.6295 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,864.00** |
|---|---|---|---|

**Nicholas Amato**
**3520 19th Ave**
**Moline, IL 61265**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.6296 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,028.00** |
|---|---|---|---|

**Nicholas Battaglino**
**1 Pioneer Rd**
**Westport, CT 06880**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.6297 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$12,763.00** |
|---|---|---|---|

**Nicholas Cheek**
**358 W 4th Ave**
**Columbus, OH 43201**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.6298 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$159.00** |
|---|---|---|---|

**Nicholas Fleming**
**3028 West 42nd**
**Vancouver, V6H3H2**
**CANADA**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 427 of 1144

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.6299 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $3,790.00 |

**Nicholas Halsey**
**220 Arlington Way**
**Menlo Park, CA 94025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6300 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $1,230.00 |

**Nicholas Kendellen**
**1448 North Lake Shore Dr.**
**Chicago, IL 60610**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6301 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $4,659.00 |

**Nicholas Olsen**
**249 Spruce Street**
**Boulder, CO 80302**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6302 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $259.00 |

**Nicholas Running**
**6507 Ocean Crest Drive**
**Rancho Palos Verdes, CA 90275**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Debtor**    **Fox Ortega Enterprises, Inc.**      Case number (if known) _____

Name

| 3.6303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $877.00 |
|---|---|---|---|

**Nicholas Smaldino**
**1697 E. Shadow Glen Dr.**
**Fresno, CA 93730**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $839.00 |
|---|---|---|---|

**Nicholas Tell**
**113 S. Poinsettia Ave.**
**Manhattan Beach, CA 90266**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $49.00 |
|---|---|---|---|

**Nicholette Cain-Ash**
**163 Stanton St**
**New York, NY 10002**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,413.00 |
|---|---|---|---|

**Nick Atkins**
**1102 Emerson St.**
**Palo Alto, CA 94301**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 429 of 1144

Debtor  **Fox Ortega Enterprises, Inc.**  Case number (if known) _____
        _____
        Name

| 3.6307 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$10,162.00** |

**Nick Bellucci**
**49 Persimmon Path**
**San Antonio, TX 78258**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6308 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$39,008.00** |

**Nick Boegel**
**8623 W Daventry Rd**
**Mequon, WI 53097**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6309 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,956.00** |

**Nick Bouras**
**2400 Dallas Pkwy**
**Plano, TX 75093**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6310 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,090.00** |

**Nick Christie**
**5212 Twin Pines Lane**
**Durham, NC 27705**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 430 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.6311 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,935.00** |

**Nick Eanet**
**243 West End Avenue**
**New York, NY 10023**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6312 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$7,349.00** |

**Nick Gangas**
**316 Bluff Ave**
**Lagrange, IL 60525**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6313 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$139.00** |

**Nick Hilger**
**149 Dellwood Ave.**
**White Bear Lake, MN 55110**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6314 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$290.00** |

**Nick Konstantatos**
**18 Rosedale Avenue**
**Melbourne,  Victoria 3163**
**AUSTRALIA**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 431 of 1144

Debtor  **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____

Name

| 3.6315 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,124.00** |
|---|---|---|---|

**Nick Leet**
**2512 Ridgewood Rd NW**
**Atlanta, GA 30318**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6316 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$545.00** |
|---|---|---|---|

**Nick Ortiz**
**7512 Frankfort St**
**Navarre, FL 32566**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6317 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$269.00** |
|---|---|---|---|

**Nick Papanier**
**37 Trapper Rd**
**Sewell, NJ 08080**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6318 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$458.00** |
|---|---|---|---|

**Nick Philbin**
**1101 SW Stephenson St.**
**Portland, OR 97219**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.6319 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$499.00** |
|---|---|---|---|

**Nick Phillips**
**Price Waterhouse Coopers**
**Syracuse, NY 13202**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6320 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$9,833.00** |
|---|---|---|---|

**Nick Riley**
**111 Wooster St**
**New York, NY 10012**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6321 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$959.00** |
|---|---|---|---|

**Nick Sciola**
**6029 - 128th Ave. NE.**
**Kirkland, WA 98033**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6322 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$839.00** |
|---|---|---|---|

**Nick Sciortino**
**11 Oceancrest**
**Newport Beach, CA 92657**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 433 of 1144

Debtor **Fox Ortega Enterprises, Inc.**　　　　　　　　　　　Case number (if known) _____

Name

| 3.6323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$899.00** |

**Nick Smith**
**697 Hidden Creek Trail**
**Mendota Heights, MN 55118**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,994.00** |

**Nick Trivisonno**
**2019 Craigmore Drive**
**Charlotte, NC 28226**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$29,048.00** |

**Nick Yu**
**3315 E. Russell Rd**
**Las Vegas, NV 89120**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$46,547.00** |

**Nicola Victory**
**1762 Westwood Blvd**
**Los Angeles, CA 90024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050　Doc# 16-1　Filed: 01/21/16　Entered: 01/21/16 15:42:32　Page 434 of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | | Case number *(if known)* | |
| | Name | | | |

---

| 3.6327 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,409.00** |

**Nicolas Hollis**
**720 Ivy Lane**
**San Antonio, TX 78209**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

☐ No

Last 4 digits of account number

☐ Yes

---

| 3.6328 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,100.00** |

**Nicolas van Dyk**
**2154 Linda Flora Dr.**
**Los Angeles, CA 90077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

☐ No

Last 4 digits of account number

☐ Yes

---

| 3.6329 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$559.00** |

**Nicole DeBartolo**
**5138 West Longfellow Ave**
**Tampa, FL 33629**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

☐ No

Last 4 digits of account number

☐ Yes

---

| 3.6330 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$713.00** |

**Niel Visser**
**11500 Haydock Ct**
**Bakersfield, CA 93311**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

☐ No

Last 4 digits of account number

☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 435 of 1144

Debtor **Fox Ortega Enterprises, Inc.**     Case number (if known) _____

Name

| 3.6331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $189.00 |

**Niels Kirk**
**75 N. Main St. #211**
**Willits, CA 95490**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $567.00 |

**Niels Martens**
**4543 Alton Pl NW**
**Washington, DC 20016**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $34,481.00 |

**Nikesh Arora**
**92 Sutherland Drive**
**Menlo Park, CA 94027**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $413.00 |

**Nikki Rosee**
**12 Elm Rd**
**Scarsdale, NY 10583**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 436 of 1144

Debtor  **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____

_____
Name

| 3.6335 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$536,396.00** |
|---|---|---|---|

**Nikolai Khabibulin**
**6451 E. El Maro Circle**
**Paradise Valley, AZ 85253**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____   ☐ Yes

---

| 3.6336 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$9,397.00** |
|---|---|---|---|

**Nils Ahlgren**
**9506 arrowdel road**
**Richmond, VA 23229**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____   ☐ Yes

---

| 3.6337 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$149.00** |
|---|---|---|---|

**Nils Paulson**
**20 Tiffany Place #4N**
**Brooklyn, NY 11231**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____   ☐ Yes

---

| 3.6338 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$409.00** |
|---|---|---|---|

**Nina Leslie**
**5410 Fernhoff Rd**
**Oakland, CA 94619**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____   ☐ Yes

Debtor  **Fox Ortega Enterprises, Inc.**                    Case number *(if known)* _____

_____
Name

| 3.6339 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$319.00** |

**Ning Zhao**
**26 Ranick Road**
**Hauppauge, NY 11788**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____    **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

| 3.6340 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,400.00** |

**Nipool Patel**
**1990 Reina Ct**
**San Luis Obispo, CA 93405**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____    **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

| 3.6341 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$479.00** |

**Niraj Shah**
**576 Diamond St.**
**San Francisco, CA 94114**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____    **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

| 3.6342 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$41,429.00** |

**Nitin Gulabani**
**19b Bukit Tunggal Road**
**#10-01**
**SINGAPORE**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____    **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

Debtor  **Fox Ortega Enterprises, Inc.**                     Case number (if known) _____
_____
Name

| 3.6343 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,008.00** |

**Noah Raizman**
**3632 Reservoir Road NW**
**Washington, DC 20007**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6344 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,150.00** |

**Noam Jacob**
**2110 Beverwil Dr.**
**Los Angeles, CA 90034**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6345 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$56,669.00** |

**Nobuyoshi Fujiki**
**1-25-5 -100 Daita**
**Tokyo, NU 00155-0033**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6346 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,859.00** |

**Nobuyuki Yoshizu**
**1-17-4 Chidori O ta-tu**
**Tokyo, NU 00146-0083**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 439
of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.6347 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,039.00 |

**Noel Maneja**
**236 East 89th St.**
**New York, NY 10128**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6348 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,775.00 |

**Noel Young**
**56 High Street**
**Trumpington, Cambridge, CB22LS**
**ENGLAND**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6349 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $59.00 |

**Norbert Woods**
**700 McClellan St**
**Schenectady, NY 12304**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6350 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,998.00 |

**Norbert Yoe**
**210 11th St N**
**Fargo, ND 58102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 440 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.6351 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,219.00 |

**Nord Brue**
**8903 Oakland Hills Drive**
**Delray Beach, FL 33446**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.6352 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $149.00 |

**Norm Mingolelli Jr**
**307 Charlane Parkway**
**Syracuse, NV 13201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.6353 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,799.00 |

**Norman Antin**
**6506 Burkewood Dr**
**Burke, VA 22015**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.6354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,309.00 |

**Norman Chirite**
**11820 Plantation Dr**
**Great Falls, VA 22066**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 441 of 1144

Debtor    **Fox Ortega Enterprises, Inc.**                          Case number (if known) _____
          _____
          Name

| 3.6355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $229.00 |

**Norman Ebenstein**
**7188 Queenferry Circle**
**Boca Raton, FL 33496**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.6356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $252.00 |

**Norman Harrower**
**844 17th Street**
**Santa Monica, CA 90403**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.6357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,328.00 |

**Norman Olson**
**1041 Whitegate Road**
**Wayne, PA 19087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.6358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $239.00 |

**Norman Perry**
**8043 Penn Randall Place**
**Upper Marlboro, MD 20772**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.6359 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$900.00** |

**Norman Spieler**
**20501 Ventura Blvd**
**Woodland Hills, CA 91364**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

| | | |
|---|---|---|
| 3.6360 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$1,845.00** |

**Norman Wong**
**21031 Barbados Circle**
**Huntington Beach, CA 92646**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

| | | |
|---|---|---|
| 3.6361 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$10,021.00** |

**Normund Vitols**
**3504 E Marlette Ave**
**Paradise Valley, AZ 85253**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

| | | |
|---|---|---|
| 3.6362 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$36.00** |

**Noshad Chaudhry**
**9136 Ewing Ave 2nd floor**
**Skokie, IL 60203**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 443 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.6363 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,223.00** |
|---|---|---|---|

**Nowell Karten**
**2115 Holmby Ave**
**Los Angeles, CA 90025**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____

| 3.6364 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$450.00** |
|---|---|---|---|

**Nurdan Gulcelik**
**1901 60th Place E**
**Bradenton, FL 34203**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____

| 3.6365 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$615.00** |
|---|---|---|---|

**Nyles Schumaker**
**372 Sterling Road**
**Harrison, NY 10528**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____

| 3.6366 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,348.00** |
|---|---|---|---|

**Octavian Dobre**
**6385 Lakeshore Drive**
**San Diego, CA 92119**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 444 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.6367 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,055.00** |

**Ofer Cohen**
**545 West End Ave**
**New York, NY 10024**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6368 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$55.00** |

**Olga Lyudovyk**
**143 Murray Drive**
**Old Bridge, NJ 08857**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6369 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$84.00** |

**Oliver Bradley**
**6 Boulder Glen Road**
**Hingham, MA 02043**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6370 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$19.00** |

**Oliver Davis**
**555 Bonnie View Ct**
**Morgan Hill, CA 95037**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor  **Fox Ortega Enterprises, Inc.**
                                              Case number (if known) _____
_____
Name

| 3.6371 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,254.00** |
|---|---|---|---|

**Oliver Mills**
**8810 Barrister Lane**
**Fair Oaks, CA 95628**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6372 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$98.00** |
|---|---|---|---|

**Olivier Baccala**
**2099 Robin Way Ct**
**Vienna, VA 22182**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6373 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$25,500.00** |
|---|---|---|---|

**Olivier Chaminade**
**687 RN 117**
**Puyoo, NU 64270**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6374 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,081.00** |
|---|---|---|---|

**Olivier Pin**
**5809 Ross Street**
**Oakland, CA 94618**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 446 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | |
|---|---|
| 3.6375 | **Nonpriority creditor's name and mailing address** |

**Onno van Commenee**
**Herenweg 21**
**Houten DR, 3991**
**NETHERLANDS**

As of the petition filing date, the claim is:                  **$1,259.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____     ☐ Yes

| | |
|---|---|
| 3.6376 | **Nonpriority creditor's name and mailing address** |

**Ophir Johna**
**604 Trousdale Street**
**Sherman Oaks, CA 91377**

As of the petition filing date, the claim is:                  **$79.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____     ☐ Yes

| | |
|---|---|
| 3.6377 | **Nonpriority creditor's name and mailing address** |

**Orion Giurfa**
**1575 79th ave**
**Oakland, CA 94621**

As of the petition filing date, the claim is:                  **$292.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____     ☐ Yes

| | |
|---|---|
| 3.6378 | **Nonpriority creditor's name and mailing address** |

**Orlando De Jesus**
**Violeta 241 San Francisco**
**San Juan, PR 00927**

As of the petition filing date, the claim is:                  **$1,358.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____     ☐ Yes

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 447
of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known) _____

---

| 3.6379 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$869.00** |
|---|---|---|---|

**Orlando Hernandez**
**2827 Orchardpark Dr**
**Cincinnati, OH 45239**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6380 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$8,752.00** |
|---|---|---|---|

**Orphy Cheung**
**29 Willow St**
**Wellesley, MA 02481**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6381 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$15,237.00** |
|---|---|---|---|

**Osamu Toki**
**7207 Evans Mill Road**
**McLean, VA 22101**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6382 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$69.00** |
|---|---|---|---|

**OSCAR GIRADO**
**1864 Parkside Way**
**Roseville, CA 95747**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 448 of 1144

Debtor  **Fox Ortega Enterprises, Inc.**  Case number (if known) _____
Name

| 3.6383 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $689.00 |
|---|---|---|---|

Check all that apply.

**Oscar Hantz, MD**
**253 Dunn Rd**
**Florissant, MO 63031**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6384 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $639.00 |
|---|---|---|---|

Check all that apply.

**Oscar Khaw**
**1470 Vista Lane**
**Pasadena, CA 91103**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6385 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,559.00 |
|---|---|---|---|

Check all that apply.

**Oscar Tamez-Aguirre**
**610 Wimberly Rd**
**Monterrey, Nuevo Leon**
**MEXICO**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6386 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $238.00 |
|---|---|---|---|

Check all that apply.

**Osni Marques**
**260 Caldecott Lane**
**Oakland, CA 94618**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| 3.6387 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $56.00 |

**3.6387** | **Nonpriority creditor's name and mailing address**

**Ossian Cooney**
**80 Walnut St**
**Holden, MA 01520**

As of the petition filing date, the claim is: $56.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
Last 4 digits of account number _____
☐ Yes

---

**3.6388** | **Nonpriority creditor's name and mailing address**

**Oswaldo Nicastro**
**207 Blue Spruce Dr**
**Kennett Square, PA 19348**

As of the petition filing date, the claim is: $215.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
Last 4 digits of account number _____
☐ Yes

---

**3.6389** | **Nonpriority creditor's name and mailing address**

**Otani Masachi**
**8-15 Takabecho Syugakuin**
**Kyoto, NU 00606-8022**

As of the petition filing date, the claim is: $149.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
Last 4 digits of account number _____
☐ Yes

---

**3.6390** | **Nonpriority creditor's name and mailing address**

**Otto Obermaier**
**'Weil, Gotshal & Manges LLP'**
**New York, NY 10153**

As of the petition filing date, the claim is: $144.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
Last 4 digits of account number _____
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|--------|----------------------------------|------------------------|--|
| | Name | | |

| 3.6391 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$8,621.00** |
|--------|-----------------------------------------------------|-----------------------------------------------|--------------|

**Otto Smith**
**630 L St NE**
**Washington, DC 20002**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6392 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,909.00** |
|--------|-----------------------------------------------------|-----------------------------------------------|--------------|

**Ozlem Nichols**
**5136 Treybrooke Dr**
**Wilmington, NC 28409**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6393 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$304.00** |
|--------|-----------------------------------------------------|-----------------------------------------------|-------------|

**Pablo Cagnoni**
**16 sunshine ave**
**Sausalito, CA 94965**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6394 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$215.00** |
|--------|-----------------------------------------------------|-----------------------------------------------|-------------|

**Pam Kamer**
**255 Copa De Oro**
**Delta, CO 81416**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 451 of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.6395 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$779.00** |
|---|---|---|---|

**Pamela Cole**
**60 Edgewater Drive**
**Coral Gables, FL 33133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.6396 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$899.00** |
|---|---|---|---|

**Pamela David**
**301 Mission Street**
**San Francisco, CA 94105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.6397 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,400.00** |
|---|---|---|---|

**Pamela Deziel**
**101 Seminary Dr**
**Menlo Park, CA 94025**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.6398 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,906.00** |
|---|---|---|---|

**Pang C Chen**
**231 Robinson St.**
**Basalt, CO 81621**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 452 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known) _____

| | |
|---|---|
| **3.6399** | **Nonpriority creditor's name and mailing address** |

**Paricia Thompson**
**60 Home Harrelson Road**
**Whiteville, NC 28472**

As of the petition filing date, the claim is:          **$79.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| **3.6400** | **Nonpriority creditor's name and mailing address** |

**Park Smith**
**'230 5th Ave, Ste 1818'**
**New York, NY 10001**

As of the petition filing date, the claim is:          **$22,804.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| **3.6401** | **Nonpriority creditor's name and mailing address** |

**Pascal Bricault**
**219 Brock-N**
**Montreal, QC h4x2g1**
**CANADA**

As of the petition filing date, the claim is:          **$449.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| **3.6402** | **Nonpriority creditor's name and mailing address** |

**Pasquale DeMaio**
**2455 138th Ave SE**
**Bellevue, WA 98005**

As of the petition filing date, the claim is:          **$4,603.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 453 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Case number (if known) _____
Name

| 3.6403 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $449.00 |
|---|---|---|---|

**Pat Hannon**
**12243 Howland Park**
**Plymouth, MI 48170**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____

| 3.6404 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $244.00 |
|---|---|---|---|

**Pat Lawton**
**34605 Springbank Rd**
**Oconomowoc, WI 53066**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____

| 3.6405 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,649.00 |
|---|---|---|---|

**Pat Roxworthy**
**545 N. Dearborn**
**Chicago, IL 60654**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____

| 3.6406 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $19.00 |
|---|---|---|---|

**Pat Scire**
**868 Navesink River Rd.**
**Rumson, NJ 07760**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number *(if known)*

---

| 3.6407 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$696.00** |

**Pat Tucci**
**671 Sligo St**
**Avondale, PA 19311**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6408 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$17.00** |

**Patricia Edgette**
**208 South Spring St. #1**
**Aspen, CO 81611**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6409 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$1,492.00** |

**Patricia Newton**
**3580 Northome Road**
**Wayzata, MN 55391**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6410 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$195.00** |

**Patricia Ng**
**380 Anita**
**Los Altos, CA 94024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 455 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

---

| 3.6411 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$155.00** |

**Patricia Traylor**
**3186 Bremerton Place**
**La Jolla, CA 92037**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.6412 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$21,299.00** |

**Patricio Trad**
**5100 San Felipe**
**Houston, TX 77056**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.6413 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,449.00** |

**Patrick Albright**
**919 NW bond street**
**Bend, OR 97702**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.6414 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$8,422.00** |

**Patrick Beaulieu**
**1777 Lafayette St**
**Santa Clara, CA 95050**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 456 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.6415 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $29,900.00 |
|---|---|---|---|

**Patrick Bomberg**
**134 Stratford St.**
**West Roxbury, MA 02132**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6416 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,582.00 |
|---|---|---|---|

**Patrick Booher**
**238 Club Drive**
**Novato, CA 94945**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6417 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $347.00 |
|---|---|---|---|

**Patrick Campbell**
**2001 K Street NW**
**Washington, DC 20006**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6418 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $379.00 |
|---|---|---|---|

**Patrick Carey**
**4009 Parkview Dr.**
**Royal Oak, MI 48073**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 457 of 1144

Debtor   **Fox Ortega Enterprises, Inc.**
_____         Case number (if known) _____
         Name

| 3.6419 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,283.00** |

**Patrick Condo**
**1919 Gallows Rd.**
**Vienna, VA 22182**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6420 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,838.00** |

**Patrick Daly**
**31116 Quail Run Dr.**
**Oshkosh, WI 54904**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6421 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$409.00** |

**Patrick Deharveng**
**845 United Nations Plaza**
**New York, NY 10017**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6422 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$149.00** |

**Patrick Finan**
**4406 N Mulberry Dr.**
**Kansas City, MO 64116**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor **Fox Ortega Enterprises, Inc.**                     Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.6423 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$1,844.00** |

**Patrick Fleming**
**693 5th Ave  18th Floor**
**New York, NY 10022**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.6424 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$42.00** |

**Patrick Friel**
**686 Willow St**
**San Jose, CA 95125**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.6425 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$279.00** |

**Patrick H Witham**
**10770 n 46th**
**Tampa, FL 33617**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.6426 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$380.00** |

**Patrick Halstead**
**5827 108th Ave NE**
**Kirkland, WA 98033-7521**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 459 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known)

Name

| 3.6427 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,319.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Patrick Hanley Keane**
**684 Broadway**
**New York, NY 10012**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.6428 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$794.00** |
|---|---|---|---|

**Patrick Hitt**
**325 N. End Ave. Apt 6N**
**New York, NY 10282**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.6429 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$439.00** |
|---|---|---|---|

**Patrick Hub**
**218 19th Ave SW**
**Olympia, WA 98501**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.6430 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$525.00** |
|---|---|---|---|

**Patrick Hung**
**834 Wintergreen Way**
**Palo Alto, CA 94303**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 460 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.6431 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$250.00** |

**Patrick Joseph**
**5601 Norris Rd**
**San Ramon, CA 94583**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.6432 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,559.00** |

**Patrick McCullough**
**602.5 Orchid Ave**
**Corona Del Mar, CA 92625**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.6433 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,139.00** |

**Patrick McMullan**
**607 6th Street**
**Brooklyn, NY 11215**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.6434 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$285.00** |

**Patrick Meyers**
**2576 S. Milwaukee**
**Denver, CO 80210**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**          Case number (if known) _____

Name

| | |
|---|---|
| 3.6435 | **Nonpriority creditor's name and mailing address** |

**Patrick Molamphy**
**120 St. Mellions Drive**
**Pinehurst, NC 28374**

As of the petition filing date, the claim is:          **$148.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| | |
|---|---|
| 3.6436 | **Nonpriority creditor's name and mailing address** |

**Patrick Nicholson**
**2123 Ardis Dr.**
**San Jose, CA 95125**

As of the petition filing date, the claim is:          **$969.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| | |
|---|---|
| 3.6437 | **Nonpriority creditor's name and mailing address** |

**Patrick Nuyen**
**251 Everett Avenue**
**Palo Alto, CA 94301**

As of the petition filing date, the claim is:          **$219.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| | |
|---|---|
| 3.6438 | **Nonpriority creditor's name and mailing address** |

**Patrick O'Brien**
**5 Courseview Road**
**Bronxville, NY 10708**

As of the petition filing date, the claim is:          **$1,260.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Fox Ortega Enterprises, Inc.**       Case number (if known)
Name

---

| 3.6439 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $203.00 |

**Patrick O'Brien**
**350 Bay Street**
**San Francisco, CA 94133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6440 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,561.00 |

**Patrick O'Leary**
**275 Old Adobe Rd**
**Los Gatos, CA 95032**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6441 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $644.00 |

**Patrick Palace**
**PO Box 1193**
**Tacoma, WA 98401**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6442 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,185.00 |

**Patrick Piermattei**
**22907 NE 54th St**
**Redmond, WA 98053**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**　　　　　　Case number (if known)

Name

| 3.6443 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,028.00** |

**Patrick Rafferty**
**157 Ann St.**
**Clarendon Hills, IL 60514**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6444 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$234.00** |

**Patrick Rauber**
**1000 W 15th St.**
**Chicago, IL 60608**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6445 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,309.00** |

**Patrick Ritchey**
**1700 Grandview Ave.**
**Pittsburgh, PA 15211**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6446 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$206.00** |

**Patrick Rooney**
**7307 Princeton Ave**
**Saint Louis, MO 63130**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050　　Doc# 16-1　　Filed: 01/21/16　　Entered: 01/21/16 15:42:32　　Page 464 of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
| | Name | | |

---

| 3.6447 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$139.00** |

**Patrick Rousseau**
**829 Warren Ave.**
**Venice, CA 90291**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.6448 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$18,928.00** |

**Patrick Roxworthy**
**545 N. Dearborn**
**Chicago, IL 60654**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.6449 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,409.00** |

**Patrick Smith**
**PO Box 18095**
**San Jose, CA 95158**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.6450 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$7,301.00** |

**Patrick Stella**
**17 Jones St.**
**New York, NY 10014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

Case: 16-40050     Doc# 16-1     Filed: 01/21/16     Entered: 01/21/16 15:42:32     Page 465 of 1144

Debtor   **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.6451 | **Nonpriority creditor's name and mailing address** |

**Patrick Steube**
**Monterey Place Apt 1706**
**398/124 Soi Paisingtoh Rama 4 Rd**
**Bangkok**
**THAILAND**

As of the petition filing date, the claim is: **$1,012.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Date or dates debt was incurred  _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  _____

| | |
|---|---|
| 3.6452 | **Nonpriority creditor's name and mailing address** |

**Patrick Theimer**
**18 Lakeview Ave**
**Lakewood, NY 14750**

As of the petition filing date, the claim is: **$1,881.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Date or dates debt was incurred  _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  _____

| | |
|---|---|
| 3.6453 | **Nonpriority creditor's name and mailing address** |

**Patrick Tolan**
**1294 Waldemar Drive**
**Charlottesville, VA 22903**

As of the petition filing date, the claim is: **$578.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Date or dates debt was incurred  _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  _____

| | |
|---|---|
| 3.6454 | **Nonpriority creditor's name and mailing address** |

**Patrick Weiss**
**1723 Zinfandel Drive**
**Petaluma, CA 94954**

As of the petition filing date, the claim is: **$504.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Date or dates debt was incurred  _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  _____

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 466 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known)

Name

| 3.6455 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $537.00 |

**Patrick Will**
**1535 Gamby Way**
**Solvang, CA 93463**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

| 3.6456 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $239.00 |

**Patrick Wong**
**10 Southdown Court**
**Hillsborough, CA 94010**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

| 3.6457 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $113.00 |

**Paul Adams**
**6550 Ascot Drive**
**Oakland, CA 94611**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

| 3.6458 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $72,611.00 |

**Paul Albright**
**163 Bridgeton Court**
**Los Altos, CA 94022**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 467 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.6459 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $1,769.00 |

**Paul Attorri**
**12016 Coldstream Dr.**
**Potomac, MD 20854**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.6460 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $21,234.00 |

**Paul Barsanti**
**34 Village Square Place**
**Pleasant Hill, CA 94523**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.6461 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $349,112.00 |

**Paul Basinski**
**7906 South Wellington Court**
**Houston, TX 77055**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.6462 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $2,096.00 |

**Paul Berger-Gross**
**5900 Arlington Ave.**
**Bronx, NY 10471**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

| | |
|---|---|
| 3.6463 | **Nonpriority creditor's name and mailing address** |

**Paul Berghoff**
**839 W Webster Avenue**
**Chicago, IL 60614**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,399.00**

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| | |
|---|---|
| 3.6464 | **Nonpriority creditor's name and mailing address** |

**Paul Botamer**
**6945 Mill Falls Dr.**
**Dallas, TX 75241**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$295.00**

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| | |
|---|---|
| 3.6465 | **Nonpriority creditor's name and mailing address** |

**Paul Burns**
**5835 Via Romero**
**Yorba Linda, CA 92887**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$49.00**

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| | |
|---|---|
| 3.6466 | **Nonpriority creditor's name and mailing address** |

**Paul Caciolo**
**3 Deer Creek Woods**
**Ladue, MO 63124**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,809.00**

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 469 of 1144

Debtor **Fox Ortega Enterprises, Inc.**     Case number (if known) _____

Name

---

| 3.6467 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$727.00** |
|---|---|---|---|

**Paul Cainzos**
**66 Monroe St Apt #8**
**Hoboken, NJ 07030**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6468 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$13,663.00** |
|---|---|---|---|

**Paul Caldwell**
**3338 Chinook Trl**
**Wonalancet, NH 03897**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6469 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$8,574.00** |
|---|---|---|---|

**Paul Chiu**
**1 Valley Road, Apt. 208**
**Stamford, CT 06902**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6470 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$299.00** |
|---|---|---|---|

**Paul Clark**
**76 Redfield Parkway**
**Batavia, NY 14020**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 470 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.6471 | **Nonpriority creditor's name and mailing address** |

**Paul Clement**
**708 Wolfe Street**
**Alexandria, VA 22314**

As of the petition filing date, the claim is:                    **$6,739.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.6472 | **Nonpriority creditor's name and mailing address** |

**Paul Cunningham**
**3270 Dawson Court**
**West Linn, OR 97068**

As of the petition filing date, the claim is:                    **$548.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.6473 | **Nonpriority creditor's name and mailing address** |

**Paul David**
**210 South Locust St**
**Denver, CO 80224**

As of the petition filing date, the claim is:                    **$7,137.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.6474 | **Nonpriority creditor's name and mailing address** |

**Paul Deister**
**PO 737**
**Hahnville, LA 70057**

As of the petition filing date, the claim is:                    **$337.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.6475 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$431.00** |

**Paul Deslongchamps**
**1074 East Circle Drive**
**Whitefish Bay, WI 53217**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6476 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$249.00** |

**Paul DeVries**
**6415 Katella Ave.**
**Cypress, CA 90630**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6477 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,679.00** |

**Paul DiGiovanni**
**12217 E. Arabian Park Dr.**
**Scottsdale, AZ 85259**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6478 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$22,884.00** |

**Paul Elliott**
**3102 Tangley Rd.**
**Houston, TX 77005**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 472 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | |
|---|---|
| 3.6479 | **Nonpriority creditor's name and mailing address** |

**Paul Emery**
**124 West 18th Fl 3**
**New York, NY 10011**

As of the petition filing date, the claim is: **$4,517.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.6480 | **Nonpriority creditor's name and mailing address** |

**Paul Emery**
**1175 Bonita Ave**
**Mountain View, CA 94040**

As of the petition filing date, the claim is: **$42,356.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.6481 | **Nonpriority creditor's name and mailing address** |

**Paul Erba**
**8802 N. Hwy 81**
**Enid, OK 73701**

As of the petition filing date, the claim is: **$599.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.6482 | **Nonpriority creditor's name and mailing address** |

**Paul Felton**
**9 Requa Place**
**Piedmont, CA 94611**

As of the petition filing date, the claim is: **$3,674.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.6483 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $29,246.00 |
|---|---|---|---|

**Paul Ferrari**
**9 Lorne Road**
**Arlington, MA 02476**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6484 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $7,628.00 |
|---|---|---|---|

**Paul Fitzpatrick**
**25645 Franklin Ave.**
**Hayward, CA 94544**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6485 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $17,128.00 |
|---|---|---|---|

**Paul Friedman**
**'4909 Linnean Ave N.W,'**
**Washington, DC 20008**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6486 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $6,799.00 |
|---|---|---|---|

**Paul Friedman**
**1218 Valley Rd**
**Villanova, PA 19085**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Case: 16-40050 Doc# 16-1 Filed: 01/21/16 Entered: 01/21/16 15:42:32 Page 474 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.6487 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $67,527.00 |

3.6487 | **Nonpriority creditor's name and mailing address**

**Paul Glenn Green**
**301 Hwy 61 South**
**Natchez, MS 39120**

As of the petition filing date, the claim is: **$67,527.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

3.6488 | **Nonpriority creditor's name and mailing address**

**Paul Gordon**
**1059 Madison St.**
**Santa Clara, CA 95050**

As of the petition filing date, the claim is: **$6,785.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

3.6489 | **Nonpriority creditor's name and mailing address**

**Paul Haast**
**5328 Hilltop Cres**
**Oakland, CA 94618**

As of the petition filing date, the claim is: **$69.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

3.6490 | **Nonpriority creditor's name and mailing address**

**Paul Harrie**
**10811 Lindblade Street**
**Culver City, CA 90230**

As of the petition filing date, the claim is: **$987.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**                          Case number (if known) _____
_____
Name

| 3.6491 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$159.00** |
|---|---|---|---|

**Paul Harvey**
**1955 ALVARADO AVE**
**Walnut Creek, CA 94597**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6492 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$52,339.00** |
|---|---|---|---|

**Paul Henrichsen**
**1535 Meadowstar Drive**
**Sugarland, TX 77479**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6493 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$20,208.00** |
|---|---|---|---|

**Paul Higgins**
**3 Algonquin Wood Place**
**Glendale, MO 63122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6494 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$329.00** |
|---|---|---|---|

**Paul Holloway**
**194 Dorchester Road**
**Rochester, NY 14610**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050     Doc# 16-1     Filed: 01/21/16     Entered: 01/21/16 15:42:32     Page 476 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.6495 | **Nonpriority creditor's name and mailing address** |

**Paul Homchick**
**139 Welsh**
**San Francisco, CA 94107**

As of the petition filing date, the claim is:          **$383.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.6496 | **Nonpriority creditor's name and mailing address** |

**Paul Houghton**

**Cupertino, CA 95014**

As of the petition filing date, the claim is:          **$285.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.6497 | **Nonpriority creditor's name and mailing address** |

**Paul Hughes**
**909 14th Street**
**Santa Monica, CA 90403**

As of the petition filing date, the claim is:          **$399.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.6498 | **Nonpriority creditor's name and mailing address** |

**Paul J Zaffuts**
**9617-B Georgetown Pike**
**Great Falls, VA 22066**

As of the petition filing date, the claim is:          **$269.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050     Doc# 16-1     Filed: 01/21/16     Entered: 01/21/16 15:42:32     Page 477 of 1144

Debtor  **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.6499 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$13,149.00** |
|---|---|---|---|

**Paul Jaouen**
**20 Retford Avenue**
**Cranford, NJ 07016**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6500 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$86.00** |
|---|---|---|---|

**Paul Juhasz**
**426 Claudia Drive**
**Sonoma, CA 95476**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6501 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$914.00** |
|---|---|---|---|

**Paul Killins**
**2240 Stanley Ave**
**Signal Hill, CA 90755**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6502 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$29.00** |
|---|---|---|---|

**Paul King**
**9740 N COUNTY RD**
**Frisco, TX 75034**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050  Doc# 16-1  Filed: 01/21/16  Entered: 01/21/16 15:42:32  Page 478 of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6503** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$884.00**

**Paul Klevgard**
**13271 Del Monte Dr.**
**Seal Beach, CA 90740**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.6504** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$149.00**

**Paul Klos**
**25 El Prisma**
**Rancho Santa Marg, FL 92688**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.6505** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$441.00**

**Paul Knutson**
**One California Street  Suite 1700**
**San Francisco, CA 94111**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.6506** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$959.00**

**Paul Leand**
**152 Stuyvesant Ave**
**Rye, NY 10580**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 479 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.6507 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $455.00 |

**PAUL LEE**
**131 SPRING ST**
**Santa Cruz, CA 95060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6508 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,709.00 |

**Paul Leinoff**
**7301 SW 57th Court**
**South Miami, FL 33143**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6509 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,629.00 |

**Paul Levine**
**50 Main Street**
**White Plains, NY 10606**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6510 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,978.00 |

**Paul Lin**
**33 Honeyrose**
**Irvine, CA 92620**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**     Case number (if known) _____

Name

| 3.6511 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$30,156.00** |

**Paul Lucheta**
**949 Owlswood Lane**
**Tiburon, CA 94920**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6512 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$299.00** |

**Paul Lutz**
**80 Porter Road**
**Boxford, MA 01921**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6513 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$18,165.00** |

**Paul Madera**
**2 Sutherland Drive**
**Atherton, CA 94027**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6514 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,394.00** |

**Paul Marini**
**3 Southeast Way**
**Bronxville, NY 10708**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.6515 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $42,931.00 |
|---|---|---|---|

**Paul Marquardt**
**2000 Pennsylvania Ave NW**
**Washington, DC 20006**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.6516 | Nonpriority creditor's name and mailing address | | $249.00 |
|---|---|---|---|

**Paul Matte**
**113 Patterson**
**Austin, QC J0B1B0**
**CANADA**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.6517 | Nonpriority creditor's name and mailing address | | $97.00 |
|---|---|---|---|

**Paul McClelland**
**PO Box 3024**
**Alviso, CA 95002-3024**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.6518 | Nonpriority creditor's name and mailing address | | $584.00 |
|---|---|---|---|

**Paul Menchen**
**1314 Carnation Circle**
**Longmont, CO 80503**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050     Doc# 16-1     Filed: 01/21/16     Entered: 01/21/16 15:42:32     Page 482 of 1144

Debtor  **Fox Ortega Enterprises, Inc.**
_____    Case number (if known) _____
Name

| 3.6519 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $569.00 |

**Paul Meneguzzi**
**1017 Woodland Ave**
**San Carlos, CA 94070**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6520 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $194.00 |

**Paul Meyer**
**Legacy Partners**
**Foster City, CA 94404**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6521 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,207.00 |

**Paul Michael Mann**
**1907 River Oaks Blvd**
**Houston, TX 77019**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6522 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $713.00 |

**Paul Milne**
**4947 Overlook Dr.**
**Oceanside, CA 92057**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 483 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.6523 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,556.00** |
|---|---|---|---|

**Paul Milne**
**4666 NW Woodside Terrace**
**Portland, OR 97210**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6524 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,276.00** |
|---|---|---|---|

**Paul Morgalis**
**1850 Fulton St.**
**San Francisco, CA 94117**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6525 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$31.00** |
|---|---|---|---|

**Paul Mueller**
**1040 Leland Dr.**
**Lafayette, CA 94549**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6526 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$251.00** |
|---|---|---|---|

**Paul Neil**
**2050 Torrey Pines Rd**
**La Jolla, CA 92037**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 484 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.6527 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,189.00** |

**Paul Nicholson**
**2440 Lemon Tree**
**Charlotte, NC 28211**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.6528 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$28,543.00** |

**Paul Nitze**
**1822 13th St. NW**
**Washington, DC 20009**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.6529 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$20,069.00** |

**Paul Nordstrom**
**1600 35th Ave.**
**Seattle, WA 98122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.6530 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,687.00** |

**Paul North**
**10319 68th Rd**
**Forest Hills, NY 11375**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known) _____

---

| 3.6531 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$6,523.00** |

**Paul Nuszen**
**148 SWAN LAKE DRIVE**
**Patchogue, NY 11772**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6532 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$7,058.00** |

**Paul O'Sullivan**
**215 West Illinois St**
**Chicago, IL 60654**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6533 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$593.00** |

**Paul Ottosson**
**326 N. Las Casas Ave**
**Pacific Palisades, CA 90272**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6534 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,183.00** |

**Paul Pazdan**
**113 N. Washington St.**
**Westmont, IL 60559**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050  Doc# 16-1  Filed: 01/21/16  Entered: 01/21/16 15:42:32  Page 486 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.6535 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$19.00** |

**Paul Pelosi**
**1 Bush ST.**
**San Francisco, CA 94104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6536 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$31,821.00** |

**Paul Pelosi**
**235 Montgomery St.**
**San Francisco, CA 94104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6537 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Unknown** |

**Paul Perdue**
**369 Pine St., Ste. 820**
**San Francisco, CA 94104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6538 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,619.00** |

**Paul Phillips**
**34 N. Pine Circle**
**Bellair, FL 33756**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 487 of 1144

Debtor **Fox Ortega Enterprises, Inc.**　　　　　　　　　Case number (if known) _____
_____
Name

| 3.6539 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,179.00** |

**Paul Piccirillo**
**88 Strawberry Hill Rd**
**Acton, MA 01720**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.6540 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,349.00** |

**Paul Pietranico**
**4949 Westminster Terrace**
**San Diego, CA 92116**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.6541 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,408.00** |

**Paul Pilch**
**10 Francis St**
**Dover, MA 02030**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.6542 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,714.00** |

**Paul Pirigyi**
**641 Valley Rd.**
**Watchung, NJ 07069**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050　　Doc# 16-1　　Filed: 01/21/16　　Entered: 01/21/16 15:42:32　　Page 488 of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|--------|-----------------------------------|------------------------|--|
| | Name | | |

---

| 3.6543 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$359.00** |
|--------|----|----|----|

**Paul Radu**
**251 W. Niagara**
**Astoria, OR 97103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6544 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$7,307.00** |
|--------|----|----|----|

**Paul Raphaelian**
**19098 Elizabeth Ct**
**Spring Lake, MI 49456**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6545 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$144.00** |
|--------|----|----|----|

**Paul Record**
**13724 West Gunsight Dr**
**Sun City West, AZ 85375**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6546 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$180.00** |
|--------|----|----|----|

**Paul Reed**
**295 Western Drive South**
**South Orange, NJ 07079**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | |
|---|---|
| 3.6547 | **Nonpriority creditor's name and mailing address** |

**Paul Ricci**
**382 Mountain Home Road**
**Woodside, CA 94062**

As of the petition filing date, the claim is: **$679.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.6548 | **Nonpriority creditor's name and mailing address** |

**Paul Rosenberg**
**13700 Marina Pointe Dr**
**Marina Del Rey, CA 90292**

As of the petition filing date, the claim is: **$3,078.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.6549 | **Nonpriority creditor's name and mailing address** |

**Paul Rosenthal**
**6631 Landon Lane**
**Bethesda, MD 20817**

As of the petition filing date, the claim is: **$3,459.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.6550 | **Nonpriority creditor's name and mailing address** |

**Paul Ryskiewich**
**3234 Leamington Lane**
**Charlotte, NC 28226**

As of the petition filing date, the claim is: **$95.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 490 of 1144

Debtor   **Fox Ortega Enterprises, Inc.**                              Case number (if known) _____
         _____
         Name

| 3.6551 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,949.00** |

**Paul Schimmel**
**1050 Wapello St**
**Altadena, CA 91001**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6552 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,199.00** |

**Paul Schreiner**
**P.O. Box 449**
**Greens Farms, CT 06838**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6553 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,048.00** |

**Paul Schulze**
**1024 Tinker Hill Lane**
**Malvern, PA 19355**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6554 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$35,777.00** |

**Paul Schute**
**56 Cuesta Vista Drive**
**Monterey, CA 93940**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.6555 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$26,169.00** |

**Paul Schweitzer**
**1545 Old Creek Court**
**Cardiff by the Sea, CA 92007**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.6556 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$827.00** |

**Paul Scolieri**
**111 Baywood Avenue**
**Pittsburgh, PA 15228**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.6557 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$34,798.00** |

**Paul Scurfield**
**235 W 4th St**
**New York, NY 10014**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.6558 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$969.00** |

**Paul Sebata**
**142 Pickering Ave**
**Fremont, CA 94536**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 492 of 1144

Debtor **Fox Ortega Enterprises, Inc.**　　Case number (if known) _____

Name

| 3.6559 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,107.00 |
|---|---|---|---|

**Paul Seby**
**408 Jasmin Street**
**Denver, CO 80202**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.6560 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,891.00 |
|---|---|---|---|

**Paul Seiferle**
**1755 Filbert Street**
**San Francisco, CA 94123**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.6561 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 |
|---|---|---|---|

**Paul Soals**
**1109 Blythe**
**Foster City, CA 94404**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.6562 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,944.00 |
|---|---|---|---|

**Paul Sorbo**
**3366 Brower Ave**
**Mountain View, CA 94040**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com　　Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.6563 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,773.00** |
|---|---|---|---|

**Paul Stanish**
**11356 Morton Ct**
**Crown Point, IN 46307**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.6564 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$7,444.00** |
|---|---|---|---|

**Paul Thompson**
**7831 E 8th Ave**
**Denver, CO 80230**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.6565 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,344.00** |
|---|---|---|---|

**Paul Tocci**
**1157 85th Street**
**Brooklyn, NY 11228**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.6566 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,676.00** |
|---|---|---|---|

**Paul Tucker**
**7740 Tauxemont**
**Alexandria, VA 22308**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 494 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.6567 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$910.00** |

**Nonpriority creditor's name and mailing address**
**Paul VanderMarck**
**2257 Green St.**
**San Francisco, CA 94123**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6568 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,499.00** |

**Nonpriority creditor's name and mailing address**
**PAUL WALLNER**
**1455 Ocean Drive**
**Miami Beach, FL 33139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6569 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,059.00** |

**Nonpriority creditor's name and mailing address**
**Paul Weber**
**25 Crescent Street, Apt 545**
**Waltham, MA 02453**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6570 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$233.00** |

**Nonpriority creditor's name and mailing address**
**Paul Weisbrich**
**1092 Saint Vincent Place**
**Santa Ana, CA 92705**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 495 of 1144

Debtor **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____
_____
Name

| 3.6571 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,019.00** |

**Nonpriority creditor's name and mailing address**
**Paul Wible**
**2330 W. Belmont Ave**
**Chicago, IL 60618**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6572 |

**Nonpriority creditor's name and mailing address**
**Paul Wilkins**
**4741 Karnes Road**
**Santa Maria, CA 93455**

As of the petition filing date, the claim is:          **$20.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6573 |

**Nonpriority creditor's name and mailing address**
**Paul Williams**
**3534 SE Steele St**
**Portland, OR 97202**

As of the petition filing date, the claim is:          **$127.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6574 |

**Nonpriority creditor's name and mailing address**
**Paul Woods**
**105 Walnut St**
**Clarendon Hills, IL 60514**

As of the petition filing date, the claim is:          **$1,289.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.6575 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$839.00** |
|---|---|---|---|

**Paul Woolls**
**POB 622**
**La Canada Flintridge, CA 91012**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6576 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$319.00** |
|---|---|---|---|

**Paula Blasier**
**1100 Keith Ave**
**Berkeley, CA 94708**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6577 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$289.00** |
|---|---|---|---|

**Paula Nottingham**
**29262 Branwin Street**
**Murrieta, CA 92563**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6578 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$85.00** |
|---|---|---|---|

**Paula Wright**
**507 Tenth Ave S**
**North Myrtle Beach, SC 29582**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **Fox Ortega Enterprises, Inc.**         Case number (if known)
_____
Name

| 3.6579 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$803.00** |
|---|---|---|---|

**Paulo Cordeiro**
**42617 Capitol**
**Novi, MI 48375**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6580 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$359.00** |
|---|---|---|---|

**Paulo Zampietro**
**13642 Deering Bay Dr.**
**Miami, FL 33158**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6581 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,409.00** |
|---|---|---|---|

**Paulonei Avelino**
**801 Brickell Ave.**
**Miami, FL 33131**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6582 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$135.00** |
|---|---|---|---|

**Pavninder Singh**
**19 Hathaway Lane**
**Manhasset, NY 11030**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 498 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.6583 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $245.00 |

**Payton Morris**
**2315 Strader Terrace**
**Saint Joseph, MO 64503**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6584 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $279,634.00 |

**Pedro Nosnik**
**3401 Lee Parkway**
**Dallas, TX 75219**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6585 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $31,463.00 |

**Pedro Solis Camara**
**Insurgentes sur 1390**
**Mexico City  03230**
**MEXICO**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6586 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,500.00 |

**Peer Griesel**
**19 Kensington Court Mews**
**London  W85DR**
**ENGLAND**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor   **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known)  _____

| 3.6587 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$599.00** |

3.6587  **Nonpriority creditor's name and mailing address**

**Peggy Chi**
**88 King St**
**San Francisco, CA 94107**

**As of the petition filing date, the claim is:** $599.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  _____

---

3.6588  **Nonpriority creditor's name and mailing address**

**Pei Wang**
**3365 Pebble Beach Ct.**
**Fairfield, CA 94534**

**As of the petition filing date, the claim is:** $937.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  _____

---

3.6589  **Nonpriority creditor's name and mailing address**

**Pei-Tse Wu**
**100 West 81 St**
**New York, NY 10024**

**As of the petition filing date, the claim is:** $6,831.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  _____

---

3.6590  **Nonpriority creditor's name and mailing address**

**Peng Ang**
**5201 Great America Pkwy**
**Santa Clara, CA 95054**

**As of the petition filing date, the claim is:** $2,268.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case: 16-40050     Doc# 16-1     Filed: 01/21/16     Entered: 01/21/16 15:42:32     Page 500 of 1144

Debtor **Fox Ortega Enterprises, Inc.**                         Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.6591 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.6591** **Nonpriority creditor's name and mailing address**

**Peng Wong**
**31114 Applewood Lane**
**Farmington, MI 48331**

**As of the petition filing date, the claim is:** $344.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.6592** **Nonpriority creditor's name and mailing address**

**Pere Wroth**
**45 Ridgemoor Dr.**
**Saint Louis, MO 63105**

**As of the petition filing date, the claim is:** $783.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.6593** **Nonpriority creditor's name and mailing address**

**Perry Gershon**
**125 E. 94th St.**
**New York, NY 10128**

**As of the petition filing date, the claim is:** $28,992.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.6594** **Nonpriority creditor's name and mailing address**

**Perry Mossino**
**2699 East 28th St**
**Signal Hill, CA 90755**

**As of the petition filing date, the claim is:** $31,930.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 501 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number *(if known)* _____

Name

---

| 3.6595 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$12,428.00** |

**Perry Powell**
**5831 Seawalk Drive**
**Playa Vista, CA 90094**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6596 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$69,479.00** |

**Pete Briger**
**224 Park Lane**
**Atherton, CA 94027**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6597 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,084.00** |

**Pete Clapp**
**7752 23rd Ave NW**
**Seattle, WA 98117**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6598 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$749.00** |

**Pete Delimaris**
**15 Nolen Cir**
**Voorhees, NJ 08043**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 502 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.6599 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$994.00** |

**Pete Thompson**
**1015 Wilder Ave**
**Honolulu, HI 96822**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.6600 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$3,793.00** |

**Pete Truong**
**153 Natalie Drive**
**Moraga, CA 94556**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.6601 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$2,785.00** |

**Pete Yen**
**1198 Stephanie Way**
**Minden, NV 89423**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.6602 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$5,678.00** |

**Peter Adesman**
**4897 Santa Barbara Circle**
**Medford, OR 97504**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.6603 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$881.00** |

**Peter Algert**
**1111 Rahara Dr.**
**Lafayette, CA 94549**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.6604 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$167.00** |

**Peter Allard**
**1495 Edwards Dr**
**Point Roberts, WA 98281**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.6605 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$469.00** |

**Peter Alperin**
**1164 Page St.**
**San Francisco, CA 94117**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.6606 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$47.00** |

**Peter Andeer**
**2609 Ivy Dr #6**
**Oakland, CA 94606**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.6607 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,145.00 |

**Peter Archer**
**5120 Rainier Pass**
**Columbia Heights, MN 55421**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6608 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,671.00 |

**Peter Benjamin**
**2111 Tiger Tail Avenue**
**Coconut Grove, FL 33133**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6609 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $98,070.00 |

**Peter Birch**
**44 Hillandale Drive**
**Red Bank, NJ 07701**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6610 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $34,786.00 |

**Peter Boboff**
**3450 Sacramento St.**
**San Francisco, CA 94118**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 505 of 1144

Debtor   **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____
         _____
         Name

| 3.6611 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,379.00** |
|---|---|---|---|

**Peter Boeskov**
**2803 8th Ave W**
**Seattle, WA 98119**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____   **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____   ☐ Yes

| 3.6612 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,377.00** |
|---|---|---|---|

**Peter Boodell**
**70 Sunnyside Drive**
**Yonkers, NY 10705**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____   **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____   ☐ Yes

| 3.6613 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$806.00** |
|---|---|---|---|

**Peter Bothe**
**5252 Corteen Place**
**Valley Village, CA 91607**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____   **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____   ☐ Yes

| 3.6614 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,585.00** |
|---|---|---|---|

**Peter Chang**
**600 S Lake**
**Pasadena, CA 91106**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____   **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____   ☐ Yes

Debtor **Fox Ortega Enterprises, Inc.**                     Case number (if known) _____

Name

| 3.6615 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$6,498.00** |

**Peter Connolly**
**10558 Putney Rd**
**Los Angeles, CA 90064**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6616 | **Nonpriority creditor's name and mailing address** | | **$584.00** |

**Peter Cooper-Ellis**
**2112 Castro St**
**San Francisco, CA 94131**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6617 | **Nonpriority creditor's name and mailing address** | | **$6,189.00** |

**Peter Curreri**
**4 Oak Ridge Drive**
**Voorhees, NJ 08043**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6618 | **Nonpriority creditor's name and mailing address** | | **$47,434.00** |

**Peter Dawson**
**3 Duarte Ct.**
**Moraga, CA 94556**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor    **Fox Ortega Enterprises, Inc.**                              Case number (if known) _____
_____
Name

---

| 3.6619 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$993.00** |

**Peter Daytz**
**82 Old Hill Road**
**Westport, CT 06880**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____    **Is the claim subject to offset?**

■ No
Last 4 digits of account number  _____    ☐ Yes

---

| 3.6620 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,173.00** |

**Peter De Haydu**
**945 5th Avenue**
**New York, NY 10021**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____    **Is the claim subject to offset?**

■ No
Last 4 digits of account number  _____    ☐ Yes

---

| 3.6621 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$330.00** |

**Peter DeGalleke**
**54 Chestnut Hill Road**
**Amherst, NH 03031**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____    **Is the claim subject to offset?**

■ No
Last 4 digits of account number  _____    ☐ Yes

---

| 3.6622 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$394.00** |

**Peter Dengenis**
**844 ave B.**
**Redondo Beach, CA 90277**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____    **Is the claim subject to offset?**

■ No
Last 4 digits of account number  _____    ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 508 of 1144

Debtor  **Fox Ortega Enterprises, Inc.**                          Case number (if known) _____
_____
Name

| 3.6623 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$789.00** |

**Peter Diamond**
**90 East End Ave**
**New York, NY 10028**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____    **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

| 3.6624 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,434.00** |

**Peter Donahue**
**2420 E Lee St.**
**Seattle, WA 98112**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____    **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

| 3.6625 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$782.00** |

**Peter Dower**
**95179 Horizon Drive**
**Gold Beach, OR 97444**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____    **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

| 3.6626 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$763.00** |

**Peter Emrich**
**14 Mountain View Ave.**
**San Rafael, CA 94901**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____    **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

Debtor   **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____
         _____
         Name

| 3.6627 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$139.00** |

**Peter Esmonde**
**210 Day St.**
**San Francisco, CA 94131**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6628 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,519.00** |

**Peter Esmonde**
**180 Avenida Drive**
**Berkeley, CA 94708**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6629 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$35,963.00** |

**Peter Fenton**
**2705 Larkin Street**
**San Francisco, CA 94109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6630 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$499.00** |

**Peter Fergus**
**324 Braebourne Court**
**Green Bay, WI 54301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.6631 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,433.00** |

**Peter Finnican**
**305 Indian Rock Road**
**New Canaan, CT 06840**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6632 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,381.00** |

**Peter Flaherty**
**130 E 95th St**
**New York, NY 10128**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6633 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$8,056.00** |

**Peter Foote**
**8335 N. Range Line Rd.**
**Milwaukee, WI 53217**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6634 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$215.00** |

**Peter Foster**
**230 West 97th Street**
**New York, NY 10025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor  **Fox Ortega Enterprises, Inc.**
_____     Case number (if known) _____
Name

| 3.6635 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $5,823.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Peter Frasca**
**109 Dodge St**
**Beverly, MA 01915**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6636 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,439.00 |
|---|---|---|---|

**Peter Frenkel**
**6810 Lakeshore Drive**
**Dallas, TX 75214**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6637 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,427.00 |
|---|---|---|---|

**Peter Funsten**
**9595 Wilshire Blvd.**
**Beverly Hills, CA 90212**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6638 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,477.00 |
|---|---|---|---|

**Peter Gaugy**
**8 Ute Lane**
**Santa Fe, NM 87505**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | |
|---|---|
| 3.6639 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,422.00** |

**Peter Gebhard**
**1795 Quentin Rd.**
**Lebanon, PA 17042**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6640 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$257.00** |

**Peter Geier**
**16252 Coyote Creek Trail**
**Poway, CA 92064**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6641 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,125.00** |

**Peter Gelfand**
**350 Corralitos Ridge Road**
**Corralitos, CA 95076**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6642 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$434.00** |

**Peter Golden**
**2727 Palisade Ave.**
**Riverdale, NY 10463**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
Name

| 3.6643 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$769.00** |

**Peter Gottlieb**
**4612 Stonehollow Way**
**Dallas, TX 75287**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.6644 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$719.00** |

**Peter Grieve**
**51 Asbury Street**
**Topsfield, MA 01983**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.6645 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,089.00** |

**Peter Grossi**
**3480 Wake Forest Rd**
**Raleigh, NC 27609**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.6646 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$179.00** |

**Peter Gruber**
**15 East Churchill Drive**
**Salt Lake City, UT 84103**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.6647 | **Nonpriority creditor's name and mailing address** |

**Peter Gruszka**
**1935 W. Evergreen Avenue**
**Chicago, IL 60622**

As of the petition filing date, the claim is: **$8,364.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.6648 | **Nonpriority creditor's name and mailing address** |

**Peter Guastamachio**
**4996 Norris Rd**
**Fremont, CA 94536**

As of the petition filing date, the claim is: **$2,303.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.6649 | **Nonpriority creditor's name and mailing address** |

**Peter Gwynne**
**16 Bayberry Hill Road**
**Ridgefield, CT 06877**

As of the petition filing date, the claim is: **$1,199.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.6650 | **Nonpriority creditor's name and mailing address** |

**Peter Hartwell**
**10615 Marine View Dr SW**
**Seattle, WA 98146**

As of the petition filing date, the claim is: **$4,880.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050     Doc# 16-1     Filed: 01/21/16     Entered: 01/21/16 15:42:32     Page 515 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.6651 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $110.00 |
|---|---|---|---|

**Peter Harwich**
**945 5th Avenue**
**New York, NY 10021**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6652 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $15,997.00 |
|---|---|---|---|

**Peter Heilmann**
**1258 Chestnut Street**
**San Francisco, CA 94109**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6653 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $12,513.00 |
|---|---|---|---|

**Peter Herzog**
**3128 Willow**
**Clovis, CA 93612**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6654 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $20,637.00 |
|---|---|---|---|

**Peter Hirsch**
**5 Half Moon Lane**
**Sands Point, NY 11050**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 516 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.6655 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,087.00** |
|---|---|---|---|

**Peter Hogg**
**4145 80th Ave SE**
**Mercer Island, WA 98040**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6656 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$424.00** |
|---|---|---|---|

**Peter Holthausen**
**105 Jessfield Pl**
**Cary, NC 27519**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6657 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,049.00** |
|---|---|---|---|

**Peter Houston**
**5209 111th Lane NE**
**Kirkland, WA 98033**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6658 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$21,440.00** |
|---|---|---|---|

**Peter Hrabski**
**1259 Hamilton Ln**
**Naperville, IL 60540**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Debtor  **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| 3.6659 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $79.00 |
|---|---|---|---|

**Peter Hunt**
**207 Cascade Rd**
**Stamford, CT 06903**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

---

| 3.6660 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,399.00 |
|---|---|---|---|

**Peter Joseph**
**125 East Chestnut Hill Road**
**Litchfield, CT 06759**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

---

| 3.6661 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $139.00 |
|---|---|---|---|

**Peter Kasson**
**318 Campus Dr.**
**Stamford, CA 94305**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

---

| 3.6662 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,056.00 |
|---|---|---|---|

**Peter Kelly**
**116 Baltimore Ave**
**Corte Madera, CA 94925**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 518 of 1144

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| 3.6663 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$105.00** |

**Peter Kinnan**
**3244 Arapahoe St**
**Denver, CO 80205**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.6664 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,279.00** |

**Peter Komarek**
**6225 Knoll Dr**
**Edina, MN 55436**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.6665 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$16,065.00** |

**Peter Labon**
**1334 Lucky John Dr.**
**Park City, UT 84060**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.6666 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,085.00** |

**Peter Leak**
**8730 Wilshire Blvd.**
**Beverly Hills, CA 90211**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number  _____

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.6667 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$11,995.00** |

**Peter Leung**
**1201 w. Huntington dr**
**Arcadia, CA 91007**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

| 3.6668 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,439.00** |

**Peter Liska**
**766 Shrewsbury Ave. W**
**Tinton Falls, NJ 07724**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

| 3.6669 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,229.00** |

**Peter Litton**
**3827 N Kenneth Ave**
**Chicago, IL 60641**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

| 3.6670 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$289.00** |

**Peter Liu**
**2955 Venezia Terrace**
**Chino, CA 91709**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 520 of 1144

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| 3.6671 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$14,555.00** |

**Peter Lo**
**11480 N 99th street**
**Scottsdale, AZ 85260**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6672 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,082.00** |

**Peter Lowet**
**5711 Aberdeen Road**
**Bethesda, MD 20814**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6673 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$839.00** |

**Peter Lutzker**
**15 Mathews St**
**Melville, NY 11747**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6674 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,007.00** |

**Peter Manis**
**1983 San Luis Ave**
**Mountain View, CA 94043**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 521 of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6675** | **Nonpriority creditor's name and mailing address**

**Peter Mann**
**4010 Powers Ferry Rd. NW**
**Atlanta, GA 30342**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**As of the petition filing date, the claim is:** **$3,569.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
■ No
☐ Yes

---

**3.6676** | **Nonpriority creditor's name and mailing address**

**Peter McCann**
**7 Gracie Square**
**New York, NY 10028**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**As of the petition filing date, the claim is:** **$719.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
■ No
☐ Yes

---

**3.6677** | **Nonpriority creditor's name and mailing address**

**Peter Meenan**
**835 Haven Oaks Ct. North East**
**Atlanta, GA 30342**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**As of the petition filing date, the claim is:** **$11,034.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
■ No
☐ Yes

---

**3.6678** | **Nonpriority creditor's name and mailing address**

**Peter Michael**
**220 Bush Street**
**San Francisco, CA 94104**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**As of the petition filing date, the claim is:** **$3,255.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
■ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.6679 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$369.00** |

**Peter Milburn**
**187 Hicks St**
**Brooklyn, NY 11201**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6680 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$99.00** |

**Peter Mixon**
**5027 Midas Ave**
**Rocklin, CA 95677**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6681 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$487.00** |

**Peter Mordaunt**
**545 West Red Mt Place**
**Tucson, AZ 85755**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6682 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$175.00** |

**Peter Morris**
**800 Towlston Road**
**McLean, VA 22102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | |
|---|---|
| 3.6683 | **Nonpriority creditor's name and mailing address** |

**Peter Morse**
**100 Front St**
**West Conshohocken, PA 19428**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$9,839.00**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.6684 | **Nonpriority creditor's name and mailing address** |

**Peter Neighbour**
**4005 Linwood Road**
**Columbia, SC 29205**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$3,569.00**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.6685 | **Nonpriority creditor's name and mailing address** |

**Peter Nelsen**
**1814 N 47th Street**
**Seattle, WA 98103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$13,319.00**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.6686 | **Nonpriority creditor's name and mailing address** |

**Peter Nelson**
**3739 Anita Ave.**
**Pasadena, CA 91107**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$10,865.00**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 524 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known)

Name

| 3.6687 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $379.00 |

**Peter Nicholas**
**8906 Evanview Dr**
**West Hollywood, CA 90069**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

| 3.6688 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $159.00 |

**Peter Nieh**
**25765 Bassett Lane**
**Los Altos Hills, CA 94022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

| 3.6689 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $152.00 |

**Peter Nussbaum**
**2820 Oak Knoll Terrace**
**Berkeley, CA 94705**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

| 3.6690 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $509.00 |

**Peter Panas**
**116 Blossom Hill Dr**
**Lancaster, PA 17601**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.6691 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,147.00** |
|---|---|---|---|

**Peter Panzica**
**66 Country Club Way**
**Ipswich, MA 01938**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6692 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$8,551.00** |
|---|---|---|---|

**Peter Park**
**3001 Cranbrook Court**
**La Jolla, CA 92037**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6693 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$26.00** |
|---|---|---|---|

**Peter Pedroni**
**735 Pine Cobble Road**
**Williamstown, MA 01267**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6694 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$519.00** |
|---|---|---|---|

**Peter Pelton**
**16507 Revello Drive**
**Helotes, TX 78023**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050     Doc# 16-1     Filed: 01/21/16     Entered: 01/21/16 15:42:32     Page 526 of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.6695 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$806.00** |

**Peter Presgrave**
**62 Church Ave**
**Colo Vale, NSW 2575**
**AUSTRALIA**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6696 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$79.00** |

**Peter Punongbayan**
**8148 Deer Spring Circle**
**Antelope, CA 95843**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6697 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$16,074.00** |

**Peter Q. Locker**
**166 E 63rd St.**
**New York, NY 10021**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6698 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$399.00** |

**Peter Ritter**
**132 North Euclid Ave.**
**Westfield, NJ 07090**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 527 of 1144

Debtor   **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.6699 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$19,389.00** |

**Peter Russo**
**42918 Cloverleaf Ct.**
**Broadlands, VA 20148**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.6700 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$1,499.00** |

**Peter Scalone**
**7792 Glenhaven Ct**
**McLean, VA 22102**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.6701 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$3,253.00** |

**Peter Schilke**
**1110 Peacock Drive**
**Scottsbluff, NE 69361**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.6702 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$379.00** |

**Peter Shapiro**
**310 Hartford road**
**South Orange, NJ 07079**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor  **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.6703 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$807.00** |
|---|---|---|---|

**Peter Shurman**
**24 Delloro St**
**West Haverstraw, NY 10993**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6704 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8,159.00** |
|---|---|---|---|

**Peter Skarsgard**
**4650 Beverly Crescent**
**Vancouver, BC V6J4E6**
**CANADA**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6705 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$579.00** |
|---|---|---|---|

**Peter Sommers**
**2393 Filbert St**
**San Francisco, CA 94123**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6706 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$350.00** |
|---|---|---|---|

**Peter Sondakh**
**63 Beverly Park**
**Beverly Hills, CA 90210**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 529 of 1144

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| 3.6707 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$564.00** |

**Peter Spirgel**
**538 Brian Drive**
**Cherry Hill, NJ 08003**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6708 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,330.00** |

**Peter Stolinsky**
**2271 Ogden Street**
**Denver, CO 80205**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6709 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$509.00** |

**Peter Stone**
**77 W 15th Street**
**New York, NY 10011**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6710 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,395.00** |

**Peter Suhr**
**1370 Cotton Street**
**Menlo Park, CA 94025**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050     Doc# 16-1     Filed: 01/21/16     Entered: 01/21/16 15:42:32     Page 530 of 1144

Debtor  **Fox Ortega Enterprises, Inc.**                      Case number (if known) _____
Name

| 3.6711 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,404.00** |

**Peter Sullivan**
**6 West 77 Street**
**New York, NY 10024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6712 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$584.00** |

**Peter Taffae**
**541 Euclid St**
**Santa Monica, CA 90402**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6713 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,099.00** |

**Peter Tannen**
**83 Juniper Hill Place NE**
**Albuquerque, NM 87122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6714 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$293.00** |

**Peter Tarasewich**
**86 Marlborough Street, Unit 7**
**Boston, MA 02116**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.6715 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $359.00 |
|---|---|---|---|

**Peter Tarczy-Hornoch**
**1514 9th Ave. W**
**Seattle, WA 98119**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6716 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $407.00 |
|---|---|---|---|

**Peter Thorne**
**1100 Massachusetts Ave**
**Cambridge, MA 02138**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6717 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,223.00 |
|---|---|---|---|

**Peter Tontonoz**
**520 Swarthmore Ave**
**Pacific Palisades, CA 90272**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6718 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $285.00 |
|---|---|---|---|

**Peter Valori**
**340 Jefferson Ave**
**Miami, FL 33139**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | |
|---|---|
| 3.6719 | |

**Nonpriority creditor's name and mailing address**

**Peter Van Hoecke**
**19 Third St.**
**Woodland, CA 95695**

As of the petition filing date, the claim is: **$2,989.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.6720 | |

**Nonpriority creditor's name and mailing address**

**Peter Wells**
**1291 High St**
**Denver, CO 80218**

As of the petition filing date, the claim is: **$287.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.6721 | |

**Nonpriority creditor's name and mailing address**

**Peter Wietfeldt**
**168 Marvin Ridge Rd**
**New Canaan, CT 06840**

As of the petition filing date, the claim is: **$351.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.6722 | |

**Nonpriority creditor's name and mailing address**

**Peter Wilver**
**12 Richmond Circle**
**Lexington, MA 02421**

As of the petition filing date, the claim is: **$16,992.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case: 16-40050     Doc# 16-1     Filed: 01/21/16     Entered: 01/21/16 15:42:32     Page 533 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.6723 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,350.00** |
|---|---|---|---|

**Peter Winch**
**4081 Bremo Recess**
**New Albany, OH 43054**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6724 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$419.00** |
|---|---|---|---|

**peter wolke**
**1985 lowell lane**
**Merrick, NY 11566**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6725 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,263.00** |
|---|---|---|---|

**Peter Yanev**
**35 Glorietta Ct.**
**Orinda, CA 94563**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6726 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,259.00** |
|---|---|---|---|

**Peter Zdebski**
**333 Rector Place**
**New York, NY 10280**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.6727 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,000.00** |
|---|---|---|---|

**PG&E**
**Box 997300**
**Sacramento, CA 95899**

_____

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6728 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$299.00** |
|---|---|---|---|

**Phat Tran**
**5478 W Calhoun Ave**
**Littleton, CO 80123**

_____

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6729 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$299.00** |
|---|---|---|---|

**Phil Baker**
**546 Canyon Dr.**
**Solana Beach, CA 92075**

_____

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6730 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,024.00** |
|---|---|---|---|

**Phil Chu**
**1324 Pulaski St.**
**Columbia, SC 29201**

_____

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____

☐ Yes

---

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.6731 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$826.00** |

**Phil Laub**
**8441 SE 68th St**
**Mercer Island, WA 98040**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____   ☐ Yes

---

| 3.6732 | **Nonpriority creditor's name and mailing address** | **$107.00** |

**Phil Mahoney**
**2804 Mission College Blvd**
**Santa Clara, CA 95054**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____   ☐ Yes

---

| 3.6733 | **Nonpriority creditor's name and mailing address** | **$203.00** |

**Phil Martin**
**'17350 SH 249, Ste. 300'**
**Houston, TX 77064**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____   ☐ Yes

---

| 3.6734 | **Nonpriority creditor's name and mailing address** | **$1,375.00** |

**Phil Michalec**
**4944 North Oakley Avenue**
**Chicago, IL 60625**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____   ☐ Yes

---

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | |
|---|---|
| 3.6735 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $1,539.00 |

**Phil Neiswender**
**5722 31st Ave. NE**
**Seattle, WA 98105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

3.6736 **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: $433.00

**Phil Portiera**
**10746 Burr Oak Way**
**Burke, VA 22015**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

3.6737 **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: $1,484.00

**Phil Shaver**
**48430 Alamonte Ct**
**Palm Desert, CA 92260**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

3.6738 **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: $1,329.00

**Philip Armstrong**
**855 45th Avenue Lane NE**
**Hickory, NC 28601**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 537 of 1144

Debtor   **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____
         _____
         Name

| 3.6739 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,634.00 |
|---|---|---|---|

**Philip Block IV**
**1944 N. Hudson**
**Chicago, IL 60614**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____

☐ Yes

---

| 3.6740 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $161.00 |
|---|---|---|---|

**Philip Bohorfoush**
**2655 Polk Street #506**
**San Francisco, CA 94109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____

☐ Yes

---

| 3.6741 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,319.00 |
|---|---|---|---|

**Philip Cabaud**
**5405 Pine St**
**Bellaire, TX 77401**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____

☐ Yes

---

| 3.6742 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,738.00 |
|---|---|---|---|

**Philip Chan**
**37 Levbert Rd**
**Newton Center, MA 02459**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____

☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 538 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | |
|---|---|
| 3.6743 | **Nonpriority creditor's name and mailing address** |

**Philip Clement**
**3852 Ocean Drive**
**Oxnard, CA 93035**

**As of the petition filing date, the claim is:** $293.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.6744 | **Nonpriority creditor's name and mailing address** |

**Philip Coon**
**316 51st Street NW**
**Bradenton, FL 34209**

**As of the petition filing date, the claim is:** $199.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.6745 | **Nonpriority creditor's name and mailing address** |

**Philip Dobrin**
**19 E80th St**
**New York, NY 10075**

**As of the petition filing date, the claim is:** $12,001.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.6746 | **Nonpriority creditor's name and mailing address** |

**Philip Early**
**755 Brookcliff Lane NE**
**Bainbridge Island, WA 98110**

**As of the petition filing date, the claim is:** $23,165.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 539 of 1144

Debtor  **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____
_____
Name

| 3.6747 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$51.00** |
|---|---|---|---|

**Philip Ghilarducci**
**2080 Middlefield Rd**
**Palo Alto, CA 94301**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6748 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$279.00** |
|---|---|---|---|

**Philip Good**
**2448 S. Clayton St.**
**Denver, CO 80210**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6749 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$379.00** |
|---|---|---|---|

**Philip Haigh**
**3176 Lake Hollywood Drive**
**Los Angeles, CA 90068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6750 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$189.00** |
|---|---|---|---|

**Philip Herlin**
**20004 144th Ave NE**
**Woodinville, WA 98072**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 540
of 1144

Debtor **Fox Ortega Enterprises, Inc.**                Case number (if known) _____
Name

| 3.6751 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$7,599.00** |

**Nonpriority creditor's name and mailing address**
3.6751

**Philip Herrell**
**695 92nd Ave N**
**Naples, FL 34108**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**$7,599.00**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

3.6752

**Nonpriority creditor's name and mailing address**

**Philip Hicks**
**111 Camino de Herrera**
**San Anselmo, CA 94960**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**$3,056.00**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

3.6753

**Nonpriority creditor's name and mailing address**

**Philip Hong**
**'201 W 70th St, Apt 7L'**
**New York, NY 10023**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**$364.00**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

3.6754

**Nonpriority creditor's name and mailing address**

**Philip Jensen**
**742 Limerick Ln**
**Alameda, CA 94502**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**$16,278.00**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 541 of 1144

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known)

Name

| 3.6755 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,525.00 |

**Philip Keefer**
**104 Annapolis Lane**
**Ponte Vedra Beach, FL 32082**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.6756 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,834.00 |

**Philip Lenowsky**
**200 Harbor Drive**
**San Diego, CA 92101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.6757 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,381.00 |

**Philip MacDonald**
**60 Hillcrest Road**
**Waltham, MA 02451**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.6758 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $872.00 |

**Philip Mihalski**
**1212 N 41st St.**
**Seattle, WA 98103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____

Name

| 3.6759 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$279.00** |
|---|---|---|---|

**Philip Moreau**
**506 North O Street**
**Lake Worth, FL 33460**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.6760 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$99.00** |
|---|---|---|---|

**Philip Mutooni**
**320 West 38th Street**
**New York, NY 10018**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.6761 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$169.00** |
|---|---|---|---|

**Philip Muzzy**
**687 Islay Street**
**San Luis Obispo, CA 93401**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.6762 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$419.00** |
|---|---|---|---|

**Philip Parr**
**1450 Wynkoop Street**
**Denver, CO 80202**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.6763 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,393.00** |
|---|---|---|---|

**Philip Russ**
**896 Beaverbrook Dr.**
**Atlanta, GA 30318**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6764 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,880.00** |
|---|---|---|---|

**Philip Salem**
**333 W 87th St**
**New York, NY 10024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6765 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,683.00** |
|---|---|---|---|

**Philip Schlecht**
**P.O. Box 577**
**Boyes Hot Springs, CA 95416**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6766 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **Unknown** |
|---|---|---|---|

**Philip Terry**
**100 B Street, #400**
**Santa Rosa, CA 95401**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 544 of 1144

Debtor **Fox Ortega Enterprises, Inc.**     Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.6767 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$701.00** |

**Philip Torchio**
**1305 Idlewyld Drive**
**Marietta, GA 30064**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.6768 | **Nonpriority creditor's name and mailing address** |

**Philip Treisman**
**1616 Guadelupe St**
**Austin, TX 78701**

As of the petition filing date, the claim is: **$30,237.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.6769 | **Nonpriority creditor's name and mailing address** |

**Philip Wan**
**207 Hansell Road**
**Newtown Square, PA 19073**

As of the petition filing date, the claim is: **$21,206.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.6770 | **Nonpriority creditor's name and mailing address** |

**Philip Weinstein**
**510 Ogden Ave**
**Swarthmore, PA 19081**

As of the petition filing date, the claim is: **$376.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 545 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

| 3.6771 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $199.00 |
|---|---|---|---|

**Philip Weissman**
80-59 211th St
Jamaica, NY 11427

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

| 3.6772 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,036.00 |
|---|---|---|---|

**Philip Zender**
11 Rosewood Drive
San Francisco, CA 94127

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

| 3.6773 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,324.00 |
|---|---|---|---|

**Philipp Rimmler**
44 Middlesex Road
Buffalo, NY 14216

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

| 3.6774 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,069.00 |
|---|---|---|---|

**Philippe Berenger**
32180 Lake Rd.
Avon Lake, OH 44012

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 546 of 1144

Debtor **Fox Ortega Enterprises, Inc.**                Case number (if known) _____
_____
Name

| 3.6775 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,199.00** |
|---|---|---|---|

**Philippe Goetz**
**8863 SW Amicus Terrace**
**Beaverton, OR 97007**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6776 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,527.00** |
|---|---|---|---|

**Philippe Simon**
**3809 Ambassador Caffery Pkwy**
**Lafayette, LA 70503**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6777 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$284.00** |
|---|---|---|---|

**Philippe Venghiattis**
**515 W 110th Street**
**New York, NY 10025**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6778 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,475.00** |
|---|---|---|---|

**Phillip Arnold**
**16101 Whitecap Lane**
**Huntington Beach, CA 92649**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 547 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | |
|---|---|
| 3.6779 | |

**Nonpriority creditor's name and mailing address**

**Phillip Bates**
**6001 Carlton Way**
**Los Angeles, CA 90028**

As of the petition filing date, the claim is: **$487.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.6780 | |

**Nonpriority creditor's name and mailing address**

**Phillip Bernstein**
**308 North Wayne Ave**
**Wayne, PA 19087**

As of the petition filing date, the claim is: **$2,177.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.6781 | |

**Nonpriority creditor's name and mailing address**

**Phillip Daro**
**1641 Visalia**
**Berkeley, CA 94707**

As of the petition filing date, the claim is: **$3,417.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.6782 | |

**Nonpriority creditor's name and mailing address**

**Phillip Dunkelberger**
**12057 Parker Ranch Rd.**
**Saratoga, CA 95070**

As of the petition filing date, the claim is: **$189.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 548 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Case number (if known) _____

Name

| 3.6783 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,364.00** |

**Phillip Ford**
**1325 Howard Ave.**
**Burlingame, CA 94010**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6784 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,324.00** |

**Phillip Franks**
**1311 Lakeside Ln.**
**Huntington Beach, CA 92648**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6785 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$224.00** |

**Phillip Hayes**
**555 Santa Teresita Ct.**
**Escondido, CA 92029**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6786 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,139.00** |

**Phillip Quach**
**2716 Safari Circle**
**Plano, TX 75025**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.6787 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$225.00** |

**Phillip Warren**
**1262 28th Ave**
**San Francisco, CA 94122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6788 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$2,399.00** |

**Phillip Zuelke**
**7936 Perry Lake Rd**
**Clarkston, MI 48348**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6789 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$1,084.00** |

**Phung Tran**
**11918 Memorial Drive**
**Houston, TX 77067**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6790 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$899.00** |

**Phuong Tran**
**7 Haggerston Aisle**
**Irvine, CA 92603**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case: 16-40050     Doc# 16-1     Filed: 01/21/16     Entered: 01/21/16 15:42:32     Page 550 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.6791 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $159.00 |

**Phyllis Turner**
**c/o Caymus Vineyard**
**Rutherford, CA 94573**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6792 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $779.00 |

**Pierre Cadieux**
**5318 De Lanaudiere**
**Montreal, QC H2J3R3**
**CANADA**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6793 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $110.00 |

**PIERRE DARBOUZE**
**1385 Jackson St**
**Santa Clara, CA 95050**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6794 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,720.00 |

**Pierre Gourinchas**
**3 Orchard Lane**
**Berkeley, CA 94704**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 551 of 1144

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____

Name

| 3.6795 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,348.00 |
|---|---|---|---|

**Pierre LaBarge IV**
**844 Meigs Rd**
**Santa Barbara, CA 93109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6796 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,479.00 |
|---|---|---|---|

**Pierre Leimgruber**
**2716 S. Thierman Ln**
**Spokane, WA 99223**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6797 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $203.00 |
|---|---|---|---|

**Pierre Meystre**
**5541 E. Shadow Ridge Drive**
**Tucson, AZ 85750**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6798 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $18,726.00 |
|---|---|---|---|

**Pierre Pinard**
**2114, Avenue Laurier Est**
**Montreal, QC H2H1B9**
**CANADA**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 552 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.6799 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$893.00** |
|---|---|---|---|

**Pierre Wolf**
**1150 5th Ave**
**New York, NY 10128**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6800 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,534.00** |
|---|---|---|---|

**Pierre-Yves Chauveau**
**1 Hanson Place**
**Brooklyn, NY 11243**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6801 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$719.00** |
|---|---|---|---|

**Pietro Chirco**
**247 West 35th Street**
**New York, NY 10001**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6802 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$539.00** |
|---|---|---|---|

**Pim Techamuanvivit**
**1832 Franklin St.**
**San Francisco, CA 94109**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 553 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.6803 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $11,349.00 |
|---|---|---|---|

**Piyapol Saksit**
**332/64 Roi.Rungruang, Ratchadapisek Rd.**
**Samsennok, Huaykwang, Bangkok THAILAND**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

| 3.6804 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $614.00 |
|---|---|---|---|

**Piyasak Kasemsant**
**125 Court St**
**Brooklyn, NY 11201**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

| 3.6805 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $306.00 |
|---|---|---|---|

**Piyush Desai**
**792 Summit Creek Ln**
**Pleasanton, CA 94566**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

| 3.6806 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,629.00 |
|---|---|---|---|

**PJ Molina**
**4755 Woodruff Ave**
**Lakewood, CA 90713**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 554 of 1144

Debtor **Fox Ortega Enterprises, Inc.**  Case number (if known)

Name

---

| 3.6807 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,937.00** |

**Pojui Lung**
**36, North 3rd Ring Road**
**China 200013, Ch 00020-0013**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number

---

| 3.6808 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,299.00** |

**Poyao Lung**
**2618 McAllister St**
**San Francisco, CA 94118**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number

---

| 3.6809 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$429.00** |

**Prabhu Raghavan**
**1251 Greenmoor Drive**
**San Jose, CA 95118**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number

---

| 3.6810 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$9,959.00** |

**Prakasa Alim**
**'Blk 12, Cuscaden Walk# 19-01'**
**Singapore, NU 24969**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 555 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number *(if known)* _____

| 3.6811 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,027.00** |

**Pramod Reddy**
**7986 Kingfisher Lane**
**West Chester, OH 45069**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.6812 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,611.00** |

**Pravi Thakkar**
**4326 Walnut Grove Road**
**Memphis, TN 38117**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.6813 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$555.00** |

**Prentice Wright**
**150 Great Neck Road**
**Great Neck, NY 11201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.6814 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$535.00** |

**Preston DuFauchard**
**11230 Elvessa St.**
**Oakland, CA 94605**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.6815 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$9,399.00** |
|---|---|---|---|

**Prime Cellar, LLC**
**1870 El Camino Real, Suite 100**
**Burlingame, CA 94010**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6816 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,431.00** |
|---|---|---|---|

**Progressive Investments Group**
**151 S DOHENY DR**
**Beverly Hills, CA 90211**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6817 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$8,162.00** |
|---|---|---|---|

**Puay Siang Kua**
**203 Peppermint Tree Ter**
**Sunnyvale, CA 94086**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6818 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,039.00** |
|---|---|---|---|

**Purav Kapadia**
**1801 Midwest Club Pkwy**
**Oakbrook, IL 60523**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 557 of 1144

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____

Name

| 3.6819 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $6,898.00 |
|---|---|---|---|

**Qi Chen**
**9 Hopewell Dr.**
**Durham, NC 27705**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6820 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,319.00 |
|---|---|---|---|

**Qian Sun**
**19353 Melinda Cir**
**Saratoga, CA 95070**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6821 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $25,788.00 |
|---|---|---|---|

**Qing Zhang**
**18953 Bramhall Lane**
**Rowland Heights, CA 91748**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6822 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $165,920.00 |
|---|---|---|---|

**Quan Lin**
**391 Edinburgh Street**
**San Francisco, CA 94112**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 558 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.6823 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $27,660.00 |
|---|---|---|---|

**Quang Nguyen**
**1256 Lerma Rd**
**El Monte, CA 91733**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6824 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $159,969.00 |
|---|---|---|---|

**Que Ma**
**1682 20th Ave.**
**San Francisco, CA 94122**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6825 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $259.00 |
|---|---|---|---|

**Quinn Barrow**
**2026 Manhattan Ave**
**Hermosa Beach, CA 90254**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6826 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $259.00 |
|---|---|---|---|

**R Brian White**
**7755 Oscar Green Rd**
**Primm Springs, TN 38476**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor **Fox Ortega Enterprises, Inc.**　　　　　　　　　　Case number *(if known)* _____
　　　　Name

| | | |
|---|---|---|
| 3.6827 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$115.00** |

**R Douglas Shelton**
**2514 Crist Street**
**Alameda, CA 94501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.6828 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$1,709.00** |

**R. Damian Soffer**
**710 Bending Oak Ln**
**Pittsburgh, PA 15238**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.6829 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$285.00** |

**Rachel Edgar**
**1 Stott Gardens**
**Cambridge,  Cambridgeshire CB41FJ**
**ENGLAND**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.6830 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$119.00** |

**Rachel Venrick**
**1970 Filbert St.**
**San Francisco, CA 94123**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.6831 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $2,532.00 |

**Radan Smetana**
**3198 Barlow Cresent**
**Dunrobin, ON K0A1T0**
**CANADA**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.6832 | **Nonpriority creditor's name and mailing address** | $1,212.00 |

**Radu Barsan**
**14182 Sobey Meadows Ct.**
**Saratoga, CA 95070**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.6833 | **Nonpriority creditor's name and mailing address** | $359.00 |

**Radu Vanco**
**84 Almendral Ave**
**Menlo Park, CA 94027**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.6834 | **Nonpriority creditor's name and mailing address** | $454.00 |

**Raef Lee**
**901 Saddlebrook Drive**
**Malvern, PA 19355**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 561 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.6835 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$159.00** |

**Rael Nurick**
**229 Chrystie Street #415**
**New York, NY 10002**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6836 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,139.00** |

**RAFAEL JANNUZZI**
**20871 Johnson St**
**Hollywood, FL 33029**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6837 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$99.00** |

**Rafael Labourdette**
**249 E. 30th St.**
**New York, NY 10016**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6838 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **Unknown** |

**Rafael R. Pacquing**
**2930 Shattuck Ave., Ste. 200-6**
**Berkeley, CA 94705**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.6839 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$49.00** |
|---|---|---|---|

**Raffi Paloulian**
**3399 E. Chevy Chase Drive**
**Glendale, CA 91206**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.6840 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$945.00** |
|---|---|---|---|

**Raffi Shahinian**
**1616 Glenmont Drive**
**Glendale, CA 91207**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.6841 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,073.00** |
|---|---|---|---|

**Rafik Boughadou**
**1101 S. State Street**
**Chicago, IL 60605**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.6842 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$259.00** |
|---|---|---|---|

**Rahul Narang**
**3759 Fillmore Street**
**San Francisco, CA 94123**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 563 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number *(if known)* _____

| 3.6843 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,803.00 |

**Raiford Pierce**
**829 Mackall Ave**
**McLean, VA 22101**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6844 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $593.00 |

**Raj Aneja**
**247 West Congressional Ct.**
**Vernon Hills, IL 60061**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6845 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,767.00 |

**Raj Garg**
**3332 SW 48th Ave**
**Portland, OR 97221**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6846 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,629.00 |

**Raj Patel**
**3202 Cortona Drive**
**San Jose, CA 95135**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 564 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.6847 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$136,187.00** |

**Raj Venkatesan**
**3414 Washington Street**
**San Francisco, CA 94118**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| | | |
|---|---|---|
| 3.6848 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$8,317.00** |

**Rajesh Devraj**
**301 Palomino Hill Court.**
**Chesterfield, MO 63005**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| | | |
|---|---|---|
| 3.6849 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$6,978.00** |

**Rajesh Parekh**
**3465 Ralston avenue**
**Hillsborough, CA 94010**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| | | |
|---|---|---|
| 3.6850 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$28,453.00** |

**Rajiv Modak**
**4895 N Sun Copper Ct**
**Tucson, AZ 85745**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 565 of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.6851 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$599.00** |
|---|---|---|---|

**Ralph Amato**
**2098 Cherry Creek Circle**
**Summerlin, NV 89135**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

---

| 3.6852 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$319.00** |
|---|---|---|---|

**Ralph Brescia**
**1464 Hidden Valley Rd**
**Thousand Oaks, CA 91361**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

---

| 3.6853 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,915.00** |
|---|---|---|---|

**Ralph Canada**
**3001 N Valley Drive**
**Manhattan Beach, CA 90266**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

---

| 3.6854 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$31,209.00** |
|---|---|---|---|

**Ralph Eads**
**333 Little John Lane**
**Houston, TX 77024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 566 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

---

| 3.6855 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,869.00 |

**Ralph Earle**
**419-A Atkinson Dr**
**Honolulu, HI 96814**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6856 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,599.00 |

**Ralph Ewing**
**401 NE 71st Street**
**Seattle, WA 98115**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6857 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,849.00 |

**Ralph Feldberg**
**Via Sceisa 10**
**Italy 20831, It 20831**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6858 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $601.00 |

**Ralph Maltese**
**255 El Refugio Way**
**Santa Cruz, CA 95060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.6859 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$467.00** |

**Ralph Mullins**
**3103 Landor Road**
**Raleigh, NC 27609**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6860 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$977.00** |

**Ralph Pfitzer**
**153 Amity Street**
**Brooklyn, NY 11201**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6861 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,116.00** |

**Ralph Pleasic**
**663 Blue Hill Road**
**River Vale, NJ 07675**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6862 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,061.00** |

**RALPH SIMONI**
**1064 WILHAGGIN PARK LANE**
**SACRAMENTO, CA 95864**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Debtor **Fox Ortega Enterprises, Inc.**                     Case number (if known) _____
         _____
         Name

| 3.6863 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$183.00** |

**Ramon Booth**
**427 Boynton Ave**
**Berkeley, CA 94707**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

---

| 3.6864 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$545.00** |

**Ramon Gutierrez**
**1250 S. Michigan Ave.**
**Chicago, IL 60605**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

---

| 3.6865 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,372.00** |

**Ramon Lopez**
**645 G St.**
**Anchorage, AK 99501**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

---

| 3.6866 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$413.00** |

**Ramona Ustian**
**8S270 Shires Court**
**Naperville, IL 60540**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

---

Case: 16-40050     Doc# 16-1     Filed: 01/21/16     Entered: 01/21/16 15:42:32     Page 569 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.6867 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,564.00** |

**Randal Bennett**
**126 Blue Wing Dr**
**Sonoma, CA 95476**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.6868 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,399.00** |

**Randall Granberry**
**2216 Kings Pass**
**Heath, TX 75032**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.6869 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,567.00** |

**Randall Kahn**
**1377 Caminito Floreo**
**La Jolla, CA 92037**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.6870 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,140.00** |

**Randall Markarian**
**6355 Waterman Avenue**
**Saint Louis, MO 63130**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**      Case number (if known) _____
_____
Name

| 3.6871 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,213.00 |

**Randall Rae**
**1509 W 32nd Ave**
**Vancouver, BC V6J3A5**
**CANADA**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6872 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,525.00 |

**Randall Robinson**
**2658 South Forrest Heights Avenue**
**Springfield, MO 65809**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6873 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $719.00 |

**Randall Rupp**
**4233 Summerwood**
**Saginaw, MI 48603**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6874 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,019.00 |

**Randall Schatzman**
**5733 238th Place NE**
**Redmond, WA 98053**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| 3.6875 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$111,029.00** |
|---|---|---|---|

**Randall Yuen**
**62 Cooper Square**
**New York, NY 10003**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6876 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$359.00** |
|---|---|---|---|

**Randell Correia**
**P.O. Box 1025**
**Rancho Santa Fe, CA 92067**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6877 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$499.00** |
|---|---|---|---|

**Randi Vazales**
**463 19th Street**
**Santa Monica, CA 90402**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6878 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,259.00** |
|---|---|---|---|

**Randolph Evans**
**1758 Palmer Rd**
**Lebanon, TN 37090**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**          Case number *(if known)* _____
_____
Name

| 3.6879 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$324.00** |

**Randolph Gordon**
**7927 Calamus Ave**
**Elmhurst, NY 11373**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6880 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$39.00** |

**Randolph Gumenick**
**714 Lakeview Drive**
**Miami Beach, FL 33140**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6881 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,947.00** |

**Randolph Siverson**
**44489 South El Macero Drive**
**El Macero, CA 95618**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6882 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,009.00** |

**Randy Collins**
**1916 McAllister St**
**San Francisco, CA 94115**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050     Doc# 16-1     Filed: 01/21/16     Entered: 01/21/16 15:42:32     Page 573 of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.6883 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,579.00** |

**Randy Composanto**
**5791 S. Cherry Circle**
**Greenwood Village, CO 80121**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6884 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$239.00** |

**Randy Cox**
**118 Takima**
**Missoula, MT 59803**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6885 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$90.00** |

**Randy Cunningham**
**4011 Lowdan Court**
**Roseville, CA 95747**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6886 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,536.00** |

**Randy Daniels**
**601 Union Street**
**Seattle, WA 98101**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**                                      Case number (if known) _____
_____
Name

| 3.6887 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,687.00** |

3.6887 | **Nonpriority creditor's name and mailing address**

**Randy Furtado**
**7 Randolph Pl**
**Cos Cob, CT 06807**

_____

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
■ No
☐ Yes

**$2,687.00**

---

3.6888 | **Nonpriority creditor's name and mailing address**

**Randy Gillespie**
**6109 Dryad Dr.**
**Houston, TX 77035**

_____

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
■ No
☐ Yes

**$1,079.00**

---

3.6889 | **Nonpriority creditor's name and mailing address**

**Randy Jurgensmeyer**
**2001 Ross Ave  Suite 3700**
**Dallas, TX 75201**

_____

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
■ No
☐ Yes

**$20,393.00**

---

3.6890 | **Nonpriority creditor's name and mailing address**

**Randy Katz**
**2800 Henderson Rd.**
**Tucker, GA 30084**

_____

Date or dates debt was incurred     _____

Last 4 digits of account number     _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
■ No
☐ Yes

**$1,174.00**

---

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.6891 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,339.00** |

**Randy Ko**
**51 B Harrison St**
**New York, NY 10013**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6892 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,828.00** |

**Randy Macke**
**9928 Sunset Dr.**
**Lenexa, KS 66220**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6893 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$974.00** |

**Randy Myers**
**16399 Armstrong Road**
**Laurelville, OH 43135**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6894 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$449.00** |

**Randy Pharo**
**401 Aspen Place**
**Golden, CO 80403**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.6895 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$42.00** |

**Randy Pizarro**
**343 E. Sacramento St.**
**Altadena, CA 91001**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6896 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$359.00** |

**Randy Scheer**
**4975 W 107th Loop**
**Westminster, CO 80031**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6897 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,199.00** |

**Randy Schultheis**
**1585 carrebbean Way**
**Laguna Beach, CA 92651**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6898 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$14.00** |

**Randy Sloan**
**223 Hillside Avenue**
**Piedmont, CA 94611**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.6899 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,768.00 |
|---|---|---|---|

**Randy Staudinger**
**40819 Lastos Ct**
**Waterford, VA 20197**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6900 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $122,680.00 |
|---|---|---|---|

**Randy Vanantwerp**
**PO BOX 200401**
**Anchorage, AK 99520**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6901 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $37,913.00 |
|---|---|---|---|

**Randy Wear**
**617 N. Washington Ave**
**Park Ridge, IL 60068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6902 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,682.00 |
|---|---|---|---|

**Randy Wheeler**
**1560 Ramona Way**
**Alamo, CA 94507**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 578 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.6903 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $979.00 |

**Raphael Bres**
**1405 Grand View Dr**
**Berkeley, CA 94705**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6904 | Nonpriority creditor's name and mailing address | | Unknown |

**Raphael Cung**
**Callahan & Blaine**
**3 Hutton Centre Dr. 9th Fl**
**Santa Ana, CA 92707**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6905 | Nonpriority creditor's name and mailing address | | $153.00 |

**Raphael Kauffmann**
**32 Carl St.**
**San Francisco, CA 94117**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6906 | Nonpriority creditor's name and mailing address | | $355.00 |

**Raphael Sung**
**1682 Pecan Ct.**
**Redwood City, CA 94061**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.6907 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$749.00** |

**Rasoul Salehi**
**1107-638 Beach Crescent**
**Vancouver, BC v6v3h4**
**CANADA**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6908 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$859.00** |

**Ravi Bikkina**
**58 S. Palmiera Circle**
**Spring, TX 77382**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6909 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$999.00** |

**Ravi Kaza**
**765 Market Street**
**San Francisco, CA 94103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6910 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$58,596.00** |

**Ravi Sadarangani**
**152 Yerba Buena Avenue**
**San Francisco, CA 94127**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.6911 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$389.00** |
|---|---|---|---|

**Ravinder Johar**
**12804 Raymer Street**
**North Hollywood, CA 91605**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.6912 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,860.00** |
|---|---|---|---|

**Ray Barrette**
**PO Box 5254**
**Hanover, NH 03755**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.6913 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$586.00** |
|---|---|---|---|

**Ray Brady Jr**
**23132 NE 123rd Street**
**Redmond, WA 98053**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.6914 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$359.00** |
|---|---|---|---|

**Ray Edmondson**
**64 Burnham**
**Birmingham, AL 35242**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor   **Fox Ortega Enterprises, Inc.**                           Case number (if known) _____

Name

| 3.6915 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$165.00** |
|---|---|---|---|

**Ray Eisenberg**
**206 John St**
**Oakland, CA 94611**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6916 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$16,052.00** |
|---|---|---|---|

**Ray Houghton**
**154 S. Saltair Ave.**
**Los Angeles, CA 90049**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6917 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$18,744.00** |
|---|---|---|---|

**Ray Kearney**
**13006 Warren Ave**
**Los Angeles, CA 90066**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6918 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$902.00** |
|---|---|---|---|

**Ray Kirk**
**3756 Westerman**
**Houston, TX 77005**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 582
of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.6919 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$18,809.00** |
|---|---|---|---|

**Ray Kloth**
**12649 Arroyo de Arguello**
**Saratoga, CA 95070**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6920 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$43.00** |
|---|---|---|---|

**Ray Maranges**
**10358 West McNab Rd**
**Tamarac, FL 33321**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6921 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$899.00** |
|---|---|---|---|

**Ray Maroon**
**626 Tukmal Drive**
**Oceanside, CA 92058**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6922 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,999.00** |
|---|---|---|---|

**Ray Sobrino**
**8620 Fenway Drive**
**Bethesda, MD 20817**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050     Doc# 16-1     Filed: 01/21/16     Entered: 01/21/16 15:42:32     Page 583 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.6923 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$79.00** |

**Ray Zemon**
**1301 N. Dearborn St.  #1502**
**Chicago, IL 60610**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6924 | **Nonpriority creditor's name and mailing address** | | **$819.00** |

**Raymond Chan**
**1829 Fallbrook Drive**
**Alamo, CA 94507**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6925 | **Nonpriority creditor's name and mailing address** | | **$1,121.00** |

**Raymond Goder**
**175 East Delaware Place**
**Chicago, IL 60611**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6926 | **Nonpriority creditor's name and mailing address** | | **$7,921.00** |

**Raymond Ideker**
**2600 Arlington Ave S**
**Birmingham, AL 35205**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 584 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.6927 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$119.00** |
|---|---|---|---|

**Raymond McNaughton**
**1221 Canada Road**
**Redwood City, CA 94062**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6928 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$354.00** |
|---|---|---|---|

**Raymond Meyer**
**11727 College U Drive**
**Silver Spring, MD 20902**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6929 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$473.00** |
|---|---|---|---|

**Raymond Sun**
**12420 Woodhall Way**
**Tustin, CA 92782**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6930 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,019.00** |
|---|---|---|---|

**Raymond Timpone**
**511 West Delaware**
**Urbana, IL 61801**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor  **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.6931 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$27,428.00** |

Check all that apply.

**Raymond Yee**
**1545 White Eagle**
**Naperville, IL 60564**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6932 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,339.00** |

Check all that apply.

**Raynold Corona**
**2175 Myrtle Ave.**
**Baton Rouge, LA 70806**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6933 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$237.00** |

Check all that apply.

**Rebeca Quintanilla**
**138 Post Office Road**
**South Salem, NY 10590**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6934 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,482.00** |

Check all that apply.

**Rebecca DeVaney**
**PO Box 18339**
**Fountain Hills, AZ 85269**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 586 of 1144

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____

Name

| 3.6935 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,532.00 |
|---|---|---|---|

**Rebecca Horwitz**
**71 W Hubbard Street**
**Chicago, IL 60654**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6936 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,710.00 |
|---|---|---|---|

**Rebecca Meiklejohn**
**670 West End Avenue**
**New York, NY 10025**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6937 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $125.00 |
|---|---|---|---|

**Rebecca Mih**
**16565 Soda Springs Rd.**
**Los Gatos, CA 95033**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6938 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $299.00 |
|---|---|---|---|

**Reed Campbell**
**1718 Mount Vernon Rd**
**Roanoke, VA 24015**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor **Fox Ortega Enterprises, Inc.**
Case number (if known)

Name

| | |
|---|---|
| 3.6939 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: **$675.00**

**Reed Ferrick**
**3750 Montgomery Drive**
**Santa Rosa, CA 95405**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| | |
|---|---|
| 3.6940 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: **$50.00**

**Reed Meyer**
**1650 York Mills Lane**
**Reston, VA 20194**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| | |
|---|---|
| 3.6941 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: **$3,936.00**

**Reginald Baker**
**311 Daniels St NW**
**Leesburg, VA 20176**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| | |
|---|---|
| 3.6942 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: **$1,439.00**

**Reid Taradash**
**2 Sound View Drive, 2nd Floor**
**Greenwich, CT 06830**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**  Case number (if known) _____

Name

| 3.6943 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$52,787.00** |

**Renato Monteiro**
**4791 Dunwoody Station Dr**
**Atlanta, GA 30338**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6944 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$899.00** |

**Renato Ruggiero**
**11801 NW 100 Rd**
**Miami, FL 33178**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6945 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$8,209.00** |

**Renaud DeVreker**
**3426 Broderick Street**
**San Francisco, CA 94123**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6946 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$16.00** |

**Rene Alvarez**
**PO Box 314**
**Tecate, CA 91980**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 589 of 1144

Debtor **Fox Ortega Enterprises, Inc.**   Case number (if known) _____
          _____
          Name

| 3.6947 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$146.00** |

**Rene Guerra Millet**
**3648 SW 25th Ter**
**Miami, FL 33133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6948 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$344.00** |

**Rene Simon**
**1850 S Ocean Dr**
**Hallandale, FL 33009**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6949 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$214.00** |

**Renee Lau**
**8 Spruce St.**
**New York, NY 10038**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6950 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$399.00** |

**Reshma Dave**
**P O Box 1260**
**Newark, CA 94560**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 590 of 1144

Debtor　**Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.6951 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$829.00** |

**Reuben Kopel**
**40 East 80th St.**
**New York, NY 10075**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6952 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,999.00** |

**Rex Northen**
**38 Wimbledon Way**
**Rogers, AR 72758**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6953 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$54.00** |

**Rey Aba**
**12020 Chapman Ave**
**Garden Grove, CA 92840**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.6954 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$672.00** |

**Reyn Yates**
**3072 71st Ave SE**
**Mercer Island, WA 98040**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.6955 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$534.00** |

**Reza Didehvar**
**431 Springvale Rd**
**Great Falls, VA 22066**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.6956 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$2,447.00** |

**RG Capron**
**6724 Bob O Link Drive**
**Dallas, TX 75214**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.6957 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$1,544.00** |

**Rheal Leroux**
**7802 Red River road**
**West Palm Beach, FL 33411**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.6958 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$4,649.00** |

**Rhett Brandon**
**115 Central Park West**
**New York, NY 10023**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com · Best Case Bankruptcy

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 592 of 1144

Debtor  **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

---

| 3.6959 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$51.00** |

**Rhonda Mohr**
**3808 Concha Place**
**Davis, CA 95618**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.6960 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,319.00** |

**Rhys Gwyn**
**1051 Parkinson Ave.**
**Palo Alto, CA 94301**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.6961 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$11,506.00** |

**Riaz Gaya**
**11160 SW 93 Avenue**
**Miami, FL 33176**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.6962 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$110.00** |

**Ric Phung**
**1980 Alden Street**
**Belmont, CA 94002**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 593 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known) _____

| 3.6963 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$889.00** |
|---|---|---|---|

**Ricardo Bembibre**
**250 Ridgewood Rd**
**Key Biscayne, FL 33149**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6964 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$64,592.00** |
|---|---|---|---|

**Ricardo Bigi**
**229 W 60th St**
**New York, NY 10023**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6965 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$599.00** |
|---|---|---|---|

**Ricardo Cavieres**
**601 NE 36th St.**
**Miami, FL 33137**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6966 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$127,551.00** |
|---|---|---|---|

**Ricardo Davila**
**1209 San Dario Ave**
**Laredo, TX 78040**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 594 of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.6967 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$265.00** |

**Ricardo Wenger**
**9312 SE 36th St**
**Mercer Island, WA 98040**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.6968 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,889.00** |

**Rich Appel**
**24 Fairdawn**
**Irvine, CA 92614**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.6969 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$12,238.00** |

**Rich Campbell**
**'9200 Sunset Blvd, Suite 500'**
**West Hollywood, CA 90069**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.6970 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$639.00** |

**Rich Cocuzzo**
**30271 La Fleur**
**Laguna Niguel, CA 92677**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.6971 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$99.00** |
|---|---|---|---|

**Rich Cohen**
**1835 North Helstead**
**Chicago, IL 60614**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____   ☐ Yes

---

| 3.6972 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$449.00** |
|---|---|---|---|

**Rich Kerbis**
**1243 Tall Grass Ct**
**Napa, CA 94558**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____   ☐ Yes

---

| 3.6973 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$269.00** |
|---|---|---|---|

**Rich Millar**
**6040 Blakeford Dr.**
**Windermere, FL 34786**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____   ☐ Yes

---

| 3.6974 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$8,600.00** |
|---|---|---|---|

**Rich Nanda**
**2168 W. Windsor**
**Chicago, IL 60625**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____   ☐ Yes

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 596 of 1144

Debtor  **Fox Ortega Enterprises, Inc.**                                   Case number (if known) _____
_____
Name

| 3.6975 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$104.00** |
|---|---|---|---|

**Richard Adler**
**26930 Hurlingham Road**
**Cleveland, OH 44122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6976 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,510.00** |
|---|---|---|---|

**Richard Albert**
**10 Balra Drive**
**Novato, CA 94947**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6977 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$119.00** |
|---|---|---|---|

**Richard Albuquerque**
**108 Julie Drive**
**Northfield, NJ 08225**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6978 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$839.00** |
|---|---|---|---|

**Richard Allen**
**1000 Cordova Pl.**
**Santa Fe, NM 87505**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 597 of 1144

Debtor **Fox Ortega Enterprises, Inc.**                          Case number (if known) _____

Name

| 3.6979 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,751.00** |
|---|---|---|---|

**Richard Andriano**
**541 Skylake Ct**
**Incline Village, NV 89451**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6980 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$173.00** |
|---|---|---|---|

**Richard Austin**
**8102 Raintree Circle**
**Culver City, CA 90230**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6981 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$16,674.00** |
|---|---|---|---|

**Richard Beale**
**1516 Mariposa Way**
**Fairfield, CA 94533**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.6982 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,339.00** |
|---|---|---|---|

**Richard Bennum**
**393 Lower Moulton Lane**
**Stowe, VT 05672**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 598 of 1144

Debtor  **Fox Ortega Enterprises, Inc.**

Name

Case number (if known)

---

| 3.6983 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $605.00 |

**Richard Bermont**
**220 Costanera Road**
**Coral Gables, FL 33143**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.6984 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $224.00 |

**Richard Biegen**
**61 East 86th Street**
**New York, NY 10028**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.6985 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $6,789.00 |

**Richard Bocci**
**245 El Cerrito Ave.**
**Hillsborough, CA 94010**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.6986 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $3,095.00 |

**Richard Brown**
**18435 Donegal Ct.**
**Northville, MI 48168**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 599 of 1144

Debtor **Fox Ortega Enterprises, Inc.**                Case number (if known) _____
_____
Name

| 3.6987 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,302.00** |

**Richard Browne**
**420 Canon Dr**
**Santa Barbara, CA 93105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____       ☐ Yes

| 3.6988 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$674.00** |

**Richard Brunmeier**
**1919 South 40th Street**
**Lincoln, NE 68506**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____       ☐ Yes

| 3.6989 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$102.00** |

**Richard Buford**
**2029 Cunningham Way**
**Martinez, CA 94553**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____       ☐ Yes

| 3.6990 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$614.00** |

**Richard C Parker**
**3029 Bakers Meadow Lane SE**
**Atlanta, GA 30339**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____       ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6991** | **Nonpriority creditor's name and mailing address**

**Richard Callian**
**34 Central Avenue**
**Westbury, NY 11590**

**As of the petition filing date, the claim is:**      **$359.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

**3.6992** | **Nonpriority creditor's name and mailing address**

**Richard Cameron**
**11 Avenue at Port Imperial, Apt 821**
**West New York, NJ 07093**

**As of the petition filing date, the claim is:**      **$2,850.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

**3.6993** | **Nonpriority creditor's name and mailing address**

**Richard Campbell**
**920 Paramount Rd.**
**Oakland, CA 94610**

**As of the petition filing date, the claim is:**      **$11,381.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

**3.6994** | **Nonpriority creditor's name and mailing address**

**Richard Carlson**
**16610 El Zorro Vista**
**Rancho Santa Fe, CA 92067**

**As of the petition filing date, the claim is:**      **$479.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.6995 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,189.00** |
|---|---|---|---|

**Richard Carroll**
**2623 S Chilton**
**Tyler, TX 75701**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

---

| 3.6996 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$239.00** |
|---|---|---|---|

**Richard Chamberlain**
**87 Prospect Ave**
**Maywood, NJ 07607**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

---

| 3.6997 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$864.00** |
|---|---|---|---|

**Richard Chan**
**10137 NE 62nd St**
**Kirkland, WA 98033**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

---

| 3.6998 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,208.00** |
|---|---|---|---|

**Richard Chave**
**1401 SE Morrison**
**Portland, OR 97214**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

---

Case: 16-40050     Doc# 16-1     Filed: 01/21/16     Entered: 01/21/16 15:42:32     Page 602 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.6999 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$399.00** |
|---|---|---|---|

**Richard Chisholm**
**9309 Edgewood Dr**
**Gaithersburg, MD 20877**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7000 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,685.00** |
|---|---|---|---|

**Richard Crescini**
**120 Edison Way**
**Soquel, CA 95073**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7001 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$539.00** |
|---|---|---|---|

**Richard Cunningham**
**PO Box 1388**
**Hughson, CA 95326**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7002 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$649.00** |
|---|---|---|---|

**Richard Cutler**
**30 Villa Road**
**Larchmont, NY 10538**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.7003 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$773.00** |
|---|---|---|---|

**Richard Degabrielle**
**19692 Ditmar Lane**
**Huntington Beach, CA 92646**

_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.7004 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$439.00** |
|---|---|---|---|

**Richard Deleuze**
**1661 Botelho Dr.**
**Walnut Creek, CA 94596**

_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.7005 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$239.00** |
|---|---|---|---|

**Richard Delgado**
**186 Carmela Ct**
**Jupiter, FL 33478**

_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.7006 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$146.00** |
|---|---|---|---|

**Richard Dorrance**
**1267 Llewellyn Rd**
**Mount Pleasant, SC 29464**

_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
■ No
☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 604 of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.7007** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$489.00**

**Richard Drumn**
**85 Spruce St.**
**Millbrae, CA 94030**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.7008** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,059.00**

**Richard Egan**
**1712 W. Diversey**
**Chicago, IL 60614**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.7009** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,208.00**

**Richard Ehrman**
**1250 San Mateo Drive**
**Menlo Park, CA 94025**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.7010** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$71,399.00**

**Richard Fabbro**
**38 Bretton Road**
**Scarsdale, NY 10583**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.7011 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$179.00** |

**Richard Finger**
**7 Pinehill Lane**
**Houston, TX 77019**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7012 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,079.00** |

**Richard Fintzy**
**3276 N. Maple Canyon Ct.**
**Tucson, AZ 85745-2188**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7013 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$299.00** |

**Richard Foley**
**104 Llewellyn Rd.**
**Montclair, NJ 07042**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7014 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$779.00** |

**Richard Ford**
**537 Custer**
**Evanston, IL 60202**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 606 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.7015 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$13,794.00** |
|---|---|---|---|

**Richard Freedman**
**50 Whites Hill Lane**
**Fairfield, CT 06824**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7016 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,084.00** |
|---|---|---|---|

**Richard Fulford**
**780 Manzanita Drive**
**Laguna Beach, CA 92651**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7017 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$359.00** |
|---|---|---|---|

**Richard Gauthier**
**5304 Glenwood Road**
**Bethesda, MD 20814**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7018 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$299.00** |
|---|---|---|---|

**Richard Gauthier**
**1129 Trotting Horse Ln.**
**Great Falls, VA 22066**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 607 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.7019 | **Nonpriority creditor's name and mailing address** |

**Richard Geoffrion**
**12 Halsey Farm Lane**
**Lebanon, NJ 08833**

As of the petition filing date, the claim is: **$1,193.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| | |
|---|---|
| 3.7020 | **Nonpriority creditor's name and mailing address** |

**Richard Giltner**
**224 N. Washington St.**
**Hinsdale, IL 60521**

As of the petition filing date, the claim is: **$3,227.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| | |
|---|---|
| 3.7021 | **Nonpriority creditor's name and mailing address** |

**Richard Glantz**
**280 Fairhills Dr.**
**San Rafael, CA 94901-1109**

As of the petition filing date, the claim is: **$4,465.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| | |
|---|---|
| 3.7022 | **Nonpriority creditor's name and mailing address** |

**Richard Glaser**
**43 Dormidera Ave**
**Piedmont, CA 94611**

As of the petition filing date, the claim is: **$2,222.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.7023 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,079.00** |
|---|---|---|---|

**Richard Goodman**
**222 N. La Salle Street**
**Chicago, IL 60601**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7024 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,739.00** |
|---|---|---|---|

**Richard Graham**
**112 North St.**
**Hingham, MA 02043**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7025 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$625.00** |
|---|---|---|---|

**Richard Graham**
**3738 Kanawha St. NW**
**Washington, DC 20015**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7026 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,137.00** |
|---|---|---|---|

**Richard Gronbach**
**628 Rosecrans Ave.**
**Manhattan Beach, CA 90266**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number *(if known)*

| | | |
|---|---|---|
| 3.7027 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $1,788.00 |

3.7027 | **Nonpriority creditor's name and mailing address**

**Richard Haenssler**
**185 Oak Ridge Ave**
**Summit, NJ 07901**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,788.00**

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

3.7028 | **Nonpriority creditor's name and mailing address**

**Richard Hahn**
**171 Woodland Ave**
**Lexington, KY 40502**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$211.00**

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

3.7029 | **Nonpriority creditor's name and mailing address**

**Richard Hahn**
**5834 Westslope Drive**
**Austin, TX 78731**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$509.00**

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

3.7030 | **Nonpriority creditor's name and mailing address**

**Richard Han**
**9040 Telstar Avenue**
**El Monte, CA 91731**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$31,020.00**

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 610 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number _(if known)_ _____

| | | |
|---|---|---|
| 3.7031 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$9,254.00** |

**Richard Heilbron**
**5561 Country Club Drive**
**Oakland, CA 94618**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.7032 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$209.00** |

**Richard Hess**
**979 Cold Canyon Road**
**Calabasas, CA 91302**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.7033 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$177,816.00** |

**Richard Hester**
**801 Putting Green Lane**
**Blytheville, AR 72315**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.7034 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$424.00** |

**Richard Hughes**
**203 Oscaleta Road**
**Ridgefield, CT 06877**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.7035 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $210.00 |
|---|---|---|---|

**Richard Hylton**
**PO Box 410927**
**San Francisco, CA 94141**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7036 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $725.00 |
|---|---|---|---|

**Richard Jackson**
**915 Spruce Street**
**Berkeley, CA 94707**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7037 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,219.00 |
|---|---|---|---|

**Richard Jackson**
**2640 E. Barnett Rd.**
**Medford, OR 97504**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7038 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $799.00 |
|---|---|---|---|

**Richard Jarashow**
**460 West 42nd Street**
**New York, NY 10036**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 612 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.7039 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$125.00** |

**Richard Johnson**
**526 Galen Circle**
**Ann Arbor, MI 48103**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.7040 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$787.00** |

**Richard Jonasse**
**1962 Hoover Ave.**
**Oakland, CA 94602**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.7041 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$2,423.00** |

**Richard Kakeldey**
**PO Box 4338**
**Mankato, MN 56002**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.7042 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$44,901.00** |

**Richard Kaplan**
**940 Chantilly Road**
**Los Angeles, CA 90077**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**                     Case number (if known) _____
_____
Name

| | |
|---|---|
| 3.7043 | **Nonpriority creditor's name and mailing address** |

**Richard Kelly**
**6900 Lake Woodlands Dr**
**The Woodlands, TX 77382**

**As of the petition filing date, the claim is:**                     **$815.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____     **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

---

| | |
|---|---|
| 3.7044 | **Nonpriority creditor's name and mailing address** |

**Richard Kent**
**100 Village Green**
**Lincolnshire, IL 60069**

**As of the petition filing date, the claim is:**                     **$2,447.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____     **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

---

| | |
|---|---|
| 3.7045 | **Nonpriority creditor's name and mailing address** |

**Richard Kersenbrock**
**8 Shellprint Ct.**
**Newport Beach, CA 92663**

**As of the petition filing date, the claim is:**                     **$702.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____     **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

---

| | |
|---|---|
| 3.7046 | **Nonpriority creditor's name and mailing address** |

**Richard Kim**
**130 S. Leola Way**
**Anaheim, CA 92807**

**As of the petition filing date, the claim is:**                     **$839.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____     **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| 3.7047 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,630.00** |

**Richard Koffey**
**8103 W. Mercer Way**
**Mercer Island, WA 98040**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7048 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$16,492.00** |

**Richard Komarek**
**1417 Spyglass Ct.**
**Itasca, IL 60143**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7049 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$77,284.00** |

**Richard Kraner**
**101 S. Hanley Rd.**
**St. Louis, MO 63105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7050 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,799.00** |

**Richard Kronhaus**
**1226 East Water Street**
**Syracuse, NY 13210**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

---

| 3.7051 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$47.00** |

**Richard L Bauer**
**3790 Gramarcy Lane**
**Boise, ID 83703**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7052 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$299.00** |

**Richard Lahey**
**8 Woodland Place**
**Kentfield, CA 94904**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7053 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,327.00** |

**Richard Lamb**
**8305 Sanctuary Dr**
**Kirtland Hills, OH 44060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7054 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,815.00** |

**Richard Lane**
**2609 NW Grand Blvd**
**Oklahoma City, OK 73116**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 616 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known)

---

| 3.7055 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,485.00 |
|---|---|---|---|

**Richard Leavitt**
**120 Poppy Ct**
**Walnut Creek, CA 94596**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7056 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,496.00 |
|---|---|---|---|

**Richard Leofsky**
**6207 Hidden Lakes Dr**
**Kingwood, TX 77345**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7057 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,801.00 |
|---|---|---|---|

**Richard Leyshon**
**110 Cross Highway**
**Westport, CT 06880**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7058 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,206.00 |
|---|---|---|---|

**Richard Lin**
**PO Box 397240**
**Cambridge, MA 02139**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 617 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known)

Name

| 3.7059 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $138,547.00 |
|---|---|---|---|

**Richard Lin**
**160 West 66th Street**
**New York, NY 10023**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.7060 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $509.00 |
|---|---|---|---|

**Richard Linderman**
**511 Cornwall Ct**
**Carmel, IN 46032**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.7061 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,223.00 |
|---|---|---|---|

**Richard Lopus**
**444 W. Willis St. #411**
**Detroit, MI 48201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.7062 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,642.00 |
|---|---|---|---|

**Richard Lyga**
**1750 112th Ave NE**
**Bellevue, WA 98004**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 618 of 1144

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| 3.7063 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$59.00** |
|---|---|---|---|

**Richard Mathis**
**285 Bel Marin Keys Blvd**
**Novato, CA 94949**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7064 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$10,641.00** |
|---|---|---|---|

**Richard Mellen**
**589 Fifth Ave.**
**New York, NY 10017**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7065 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,725.00** |
|---|---|---|---|

**Richard Meyer**
**9138 Grant Avenue**
**Manassas, VA 20110**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7066 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$6,124.00** |
|---|---|---|---|

**Richard Michael Lasarow**
**5065 Goodland Avenue**
**North Hollywood, CA 91607**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.7067 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$111.00** |

**Richard Millhauser**
**10364 Kingsbridge Road**
**Ellicott City, MD 21042**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7068 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,863.00** |

**Richard Moore**
**PO Box 13696**
**South Lake Tahoe, CA 96151**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7069 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$359.00** |

**Richard Mull**
**335 S. Grand Ave.**
**Los Angeles, CA 90071**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7070 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$16,700.00** |

**Richard Nelms**
**2255 Big Trail Circle**
**Reno, NV 89521**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 620 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

| 3.7071 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $235.00 |

**Richard Newcomb**
**17822 Mountain Ranch Rd.**
**Granada Hills, CA 91344**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.7072 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,740.00 |

**Richard Nusser**
**365 Hawthorne Ave Ste 202**
**Oakland, CA 94609**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.7073 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $725.00 |

**Richard Osborne**
**60 Rheem blvd**
**Orinda, CA 94563**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.7074 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $959.00 |

**Richard Osgood**
**2034 Lake St.**
**San Francisco, CA 94121**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 621 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

| 3.7075 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,583.00** |
|---|---|---|---|

**Richard Paget**
**251 4th St.**
**Jersey City, NJ 07302**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

| 3.7076 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,379.00** |
|---|---|---|---|

**Richard Panzella**
**169 Post Avenue**
**Westbury, NY 11590**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

| 3.7077 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,200.00** |
|---|---|---|---|

**Richard Papalian**
**67 Winding Lane**
**Greenwich, CT 06831**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

| 3.7078 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$12,209.00** |
|---|---|---|---|

**Richard Picard**
**1933 Oak Crest Drive**
**Roseville, CA 95661**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Debtor** **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

---

| 3.7079 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$11,263.00** |

**Richard Pinnola**
**27 Bunker Hill Drive**
**Englishtown, NJ 07726**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7080 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$161.00** |

**Richard Pollack**
**125 Broad Street**
**New York, NY 10004**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7081 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,181.00** |

**Richard Price**
**1356 Otis Place NW**
**Washington, DC 20010**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7082 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$670.00** |

**Richard Rehfeldt**
**460 briarwood drive**
**Jackson, MS 39206**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 623 of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
| | Name | | |

---

| 3.7083 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,124.00** |

**Richard Renton**
**12692 Washougal River Rd**
**Washougal, WA 98671**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Date or dates debt was incurred | | **Is the claim subject to offset?** |

■ No
☐ Yes

Last 4 digits of account number

---

| 3.7084 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,081.00** |

**Richard Riggs**
**169 Orchard Park Drive**
**Advance, NC 27006**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Date or dates debt was incurred | | **Is the claim subject to offset?** |

■ No
☐ Yes

Last 4 digits of account number

---

| 3.7085 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$673.00** |

**Richard Rosin**
**100 No. Hope Ave.**
**Santa Barbara, CA 93110**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Date or dates debt was incurred | | **Is the claim subject to offset?** |

■ No
☐ Yes

Last 4 digits of account number

---

| 3.7086 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$149.00** |

**Richard Routier**
**P.O. Box 10873**
**Zephyr Cove, NV 89448**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Date or dates debt was incurred | | **Is the claim subject to offset?** |

■ No
☐ Yes

Last 4 digits of account number

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 624 of 1144

Debtor **Fox Ortega Enterprises, Inc.**    Case number (if known) _____
_____
Name

| 3.7087 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$131.00** |
|---|---|---|---|

**Richard Rue**
**116 Belair Ct**
**Scotts Valley, CA 95066**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7088 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,151.00** |
|---|---|---|---|

**Richard Sackler**
**201 Tresser Blvd**
**Stamford, CT 06901**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7089 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,541.00** |
|---|---|---|---|

**Richard Salberg**
**521 East 86th Ave**
**Merrillville, IN 46410**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7090 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$451,919.00** |
|---|---|---|---|

**Richard Schmidt**
**2500 Hospital Drive**
**Mountain View, CA 94040**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.7091 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,994.00** |

**Richard Schwartz**
**9512 Dogwood Estates Drive**
**Memphis, TN 38139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7092 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,504.00** |

**Richard Schwind**
**26 Claremont Drive**
**Short Hills, NJ 07078**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7093 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$8,730.00** |

**Richard Seavey**
**1015 Hunters Path**
**Lancaster, PA 17601**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7094 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$199.00** |

**Richard Seelman**
**2805 Vivian Street**
**Metairie, LA 70001**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 626 of 1144

Debtor  **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.7095 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,270.00** |

**Richard Shaikewitz**
**50 Butterfly Lane**
**Montecito, CA 93108**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.7096 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,071.00** |

**Richard Shiba**
**15535 Oaksprings Rd**
**Chino Hills, CA 91709**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.7097 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,194.00** |

**Richard Sipos**
**24 Essex Ct**
**Alamo, CA 94507**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.7098 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$843.00** |

**Richard Skews**
**6100 N. Glenwood**
**Chicago, IL 60660**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 627 of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.7099 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$820.00** |
|---|---|---|---|

**Richard Smith**
**1389 Stoney Creek Circle**
**Carmel, IN 46032**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$79.00** |
|---|---|---|---|

**Richard Sneider**
**1515 E 15th Street**
**Los Angeles, CA 90021**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,759.00** |
|---|---|---|---|

**Richard Snyder**
**5411 154th Ave. SE**
**Bellevue, WA 98006**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,265.00** |
|---|---|---|---|

**Richard Spencer**
**2751 S. Ocean Dr.**
**Hollywood, FL 33019**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.7103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $719.00 |

**Richard Stark**
**638 Linden Ave**
**Los Altos, CA 94022**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7104 | **Nonpriority creditor's name and mailing address** | $959.00 |
|---|---|---|

**Richard Stephenson**
**125 Buckley Rd.**
**Barrington, IL 60010**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7105 | **Nonpriority creditor's name and mailing address** | $209.00 |
|---|---|---|

**Richard Stone**
**2114 Applewood Lane**
**Camarillo, CA 93012**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7106 | **Nonpriority creditor's name and mailing address** | $3,217.00 |
|---|---|---|

**Richard Strier**
**5423 S. Kenwood Ave**
**Chicago, IL 60615**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 629 of 1144

Debtor   **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____

_____
Name

| 3.7107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,274.00** |
|---|---|---|---|

**Richard Suth**
**37 Wellington Rd**
**Locust Valley, NY 11560**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.7108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$59.00** |
|---|---|---|---|

**Richard Sykes**
**131 Nova Drive**
**Oakland, CA 94610**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.7109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$597.00** |
|---|---|---|---|

**Richard Tandy**
**4415 Stonegate St SE**
**Lacey, WA 98503**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.7110 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$41,430.00** |
|---|---|---|---|

**Richard Tashjian**
**500 N Brand Blvd**
**Glendale, CA 91203**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 630 of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.7111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$119.00** |

**Richard Thies**
**200 S WACKER DR STE 3800**
**Chicago, IL 60606-5868**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$959.00** |

**Richard Thomas**
**7620 S.W. 147th court**
**Miami, FL 33193**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$179.00** |

**Richard Thompson**
**4002 East 130th Court**
**Thornton, CO 80241**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,019.00** |

**Richard Tolley**
**5895 S Forest St**
**Greenwood Village, CO 80121**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050　　Doc# 16-1　　Filed: 01/21/16　　Entered: 01/21/16 15:42:32　　Page 631 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

---

| 3.7115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$287.00** |
|---|---|---|---|

**RICHARD VAMOS**
**1507 7TH ST**
**Santa Monica, CA 90401**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$99.00** |
|---|---|---|---|

**Richard Vander Wende**
**451 W. 27th Ave.**
**Spokane, WA 99203**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,546.00** |
|---|---|---|---|

**Richard Walsh**
**PO Box 1265**
**Southampton, NY 11969**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,081.00** |
|---|---|---|---|

**Richard Ward**
**1944 Spring St**
**Saint Helena, CA 94574**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 632 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.7119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$9,804.00** |

**Richard Weber DDS**
**9780 Lantern Road**
**Fishers, IN 46037**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.7120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$99.00** |

**Richard Weintraub**
**10085 Carroll Caynon Rd.**
**San Diego, CA 92131**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.7121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$935.00** |

**Richard Westerlund**
**3702 Fairways Ct**
**Fredericksburg, VA 22408**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.7122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$500.00** |

**Richard White**
**70 Hiller Drive**
**Oakland, CA 94618**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 633 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | |
|---|---|
| 3.7123 | **Nonpriority creditor's name and mailing address** |

**Richard Yamamoto**
**11 SEACOVE DR**
**Rancho Palos Verdes, CA 90275**

As of the petition filing date, the claim is: **$949.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.7124 | **Nonpriority creditor's name and mailing address** |

**Richard Yee**
**6840 Southampton Dr.**
**Cypress, CA 90630**

As of the petition filing date, the claim is: **$200.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.7125 | **Nonpriority creditor's name and mailing address** |

**Richard Yu**
**225 N Columbus Dr.**
**Chicago, IL 60601**

As of the petition filing date, the claim is: **$5,297.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.7126 | **Nonpriority creditor's name and mailing address** |

**Richard Zelenka**
**309 Encino Dr**
**Livermore, CA 94550**

As of the petition filing date, the claim is: **$385.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 634 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.7127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $7,199.00 |
|---|---|---|---|

**Rick Ayre**
**5400 128th Ave SE**
**Bellevue, WA 98006**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $7,199.00 |
|---|---|---|---|

**Rick Bloom**
**15652 Woodvale Road**
**Encino, CA 91436**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $479.00 |
|---|---|---|---|

**Rick Brooks**
**2380 Oneal Lane**
**Baton Rouge, LA 70816**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,169.00 |
|---|---|---|---|

**Rick Campbell**
**210 Rugeley**
**Western Springs, IL 60558**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 635 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
                                                                            Case number (if known)
Name

| 3.7131 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$449.00** |

3.7131 **Nonpriority creditor's name and mailing address**

**Rick Cecala**
**5727 N 41ST PLACE**
**Phoenix, AZ 85018**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

**$449.00**

---

3.7132 **Nonpriority creditor's name and mailing address**

**Rick Cooper**
**2035 W. Charleston St.**
**Chicago, IL 60647**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

**$449.00**

---

3.7133 **Nonpriority creditor's name and mailing address**

**Rick Dames**
**816 S. Hanley**
**Saint Louis, MO 63105**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

**$1,376.00**

---

3.7134 **Nonpriority creditor's name and mailing address**

**Rick DeGolia**
**84 CLAY DRIVE**
**ATHERTON, CA 94027**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

**$4,978.00**

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 636 of 1144

Debtor **Fox Ortega Enterprises, Inc.**　　　　　　Case number (if known) _____
　　　　　Name

| 3.7135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$239.00** |

**Rick Distefano**
**US Bancorp Leasing**
**Tualatin, OR 97062**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,007.00** |

**Rick Funk**
**2965 E Castanets Court**
**Gilbert, AZ 85298**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$82.00** |

**Rick Mader**
**10 Chamberlain Ave**
**Novato, CA 94947**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$339.00** |

**Rick Martin**
**P.O. Box 150337**
**Lufkin, TX 75915**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____

Name

| 3.7139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,965.00 |
|---|---|---|---|

**Rick McKenzie**
**9700 Old Watermelon Rd**
**Tuscaloosa, AL 35406**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

| 3.7140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $719.00 |
|---|---|---|---|

**Rick Miller**
**969 Moores Club Place**
**Atlanta, GA 30319**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

| 3.7141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,606.00 |
|---|---|---|---|

**Rick Pearson**
**44375 Apache Circle**
**Ashburn, VA 20147**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

| 3.7142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,384.00 |
|---|---|---|---|

**Rick Rutkowski**
**3125 E Laurelhurst Dr**
**Seattle, WA 98105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.7143** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,247.00**

**Rick Scarborough**
**2582 Birchwood Dr.**
**Atlanta, GA 30305**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.7144** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$12,841.00**

**Rick van Nostrand**
**150 Blackland Road**
**Atlanta, GA 30342**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.7145** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$159.00**

**Rick Wall**
**820 W. Emerald Island Drive**
**Gilbert, AZ 85233**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.7146** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$50.00**

**Rick Wright**
**2907 Granite Creek Rd**
**Scotts Valley, CA 95066**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

_____
Name

| | | |
|---|---|---|
| 3.7147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $617.00 |

**Ricky Leung**
**4098 Lick Mill Blvd**
**Santa Clara, CA 95054**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

☐ No

Last 4 digits of account number _____

☐ Yes

---

| | | |
|---|---|---|
| 3.7148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $1,600.00 |

**Ricky Sharp**
**10547 Ashfield St**
**Littleton, CO 80126**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

☐ No

Last 4 digits of account number _____

☐ Yes

---

| | | |
|---|---|---|
| 3.7149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $85.00 |

**Rieko Yamazaki**
**1888 Kalakaua Avenue**
**Honolulu, HI 96815**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

☐ No

Last 4 digits of account number _____

☐ Yes

---

| | | |
|---|---|---|
| 3.7150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $9,936.00 |

**Rik Derynck**
**27 Hilltop Road**
**San Mateo, CA 94402**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

☐ No

Last 4 digits of account number _____

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 640 of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.7151** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$39.00**

**Riley Maddox**
**1941 Grove St**
**San Francisco, CA 94117**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

---

**3.7152** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,207.00**

**Riley Sweat**
**'220 25th Avenue, North'**
**Nashville, TN 37203**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

---

**3.7153** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$599.00**

**Rinat Zack**
**26319 Esperanza Drive**
**Los Altos, CA 94022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

---

**3.7154** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$59.00**

**Rizkalla Mouchati**
**530 Atherton St**
**Milton, MA 02186**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 641 of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.7155 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,999.00** |
|---|---|---|---|

**RN74**
**301 Mission St**
**San Francisco, CA 94105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7156 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$386.00** |
|---|---|---|---|

**Rob Brokaw**
**19304 E. Telegraph Rd.**
**Santa Paula, CA 93060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7157 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$839.00** |
|---|---|---|---|

**Rob Case**
**1686 Homewood Drive**
**Altadena, CA 91001**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7158 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$599.00** |
|---|---|---|---|

**Rob Clark**
**7626 Sitio Del Mar**
**Carlsbad, CA 92009**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 642 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.7159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$539.00** |

**Rob Davis**
**955 Minisink Way**
**Westfield, NJ 07090**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.7160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$78,277.00** |

**Rob Dupre**
**Overtoom 130**
**1054 HN Amsterdam**
**Netherlands**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.7161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$89.00** |

**Rob Gerard**
**19422 Victoria Ct**
**Sonoma, CA 95476**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.7162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$2,879.00** |

**Rob Gheewalla**
**325 Weaver St.**
**Larchmont, NY 10538**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 643 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.7163 | **Nonpriority creditor's name and mailing address** |

**Rob Kimbrough**
**7620 Bellewood**
**Houston, TX 77055**

As of the petition filing date, the claim is:                                    **$3,428.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.7164 | **Nonpriority creditor's name and mailing address** |

**Rob McGee**
**5719 Athenour Ct**
**Pleasanton, CA 94588**

As of the petition filing date, the claim is:                                    **$411.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.7165 | **Nonpriority creditor's name and mailing address** |

**Rob Millis**
**608 6th Street**
**Brooklyn, NY 11215**

As of the petition filing date, the claim is:                                    **$71,867.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.7166 | **Nonpriority creditor's name and mailing address** |

**Rob Moose**
**245 West 122nd Street**
**New York, NY 10027**

As of the petition filing date, the claim is:                                    **$479.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 644 of 1144

Debtor **Fox Ortega Enterprises, Inc.**  Case number (if known) _____

Name

| 3.7167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,459.00** |
|---|---|---|---|

**Rob Nichols**
**102 Goodwin Road**
**Kittery Point, ME 03905**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____  ☐ Yes

---

| 3.7168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,112.00** |
|---|---|---|---|

**Rob Oshima**
**230 Courtney Lane**
**Orinda, CA 94563**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____  ☐ Yes

---

| 3.7169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$959.00** |
|---|---|---|---|

**Rob Palmer**
**28249 Fairmount Blvd**
**Cleveland, OH 44124**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____  ☐ Yes

---

| 3.7170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,895.00** |
|---|---|---|---|

**Rob Parker**
**POB 1424**
**Washington Depot, CT 06793**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____  ☐ Yes

Debtor **Fox Ortega Enterprises, Inc.**                           Case number (if known) _____
_____
Name

| | |
|---|---|
| 3.7171 | **Nonpriority creditor's name and mailing address** |

**Rob Peterson**
**CCP Law**
**San Francisco, CA 94111**

**As of the petition filing date, the claim is:**                              **$459.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____          ☐ Yes

---

| | |
|---|---|
| 3.7172 | **Nonpriority creditor's name and mailing address** |

**Rob Phillips**
**813 Monroe Street**
**Evanston, IL 60202**

**As of the petition filing date, the claim is:**                            **$5,489.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____          ☐ Yes

---

| | |
|---|---|
| 3.7173 | **Nonpriority creditor's name and mailing address** |

**Robert  A Cohen**
**350 Beechmont Drive**
**New Rochelle, NY 10804**

**As of the petition filing date, the claim is:**                              **$190.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____          ☐ Yes

---

| | |
|---|---|
| 3.7174 | **Nonpriority creditor's name and mailing address** |

**Robert  H Schwartz**
**4315 Wabeek Lake Drive South**
**Bloomfield Hills, MI 48302**

**As of the petition filing date, the claim is:**                            **$1,659.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____          ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 646
of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.7175 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$220.00** |

**Robert Adelson**
**1102 North Sixth Street**
**Boise, ID 83702**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.7176 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$140.00** |

**Robert Adler**
**1 Daniel Burnham Ct**
**San Francisco, CA 94109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.7177 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$751.00** |

**Robert Alford**
**1560 Alice St**
**Oakland, CA 94612**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.7178 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,860.00** |

**Robert Alger**
**45 Nottingham Ridge**
**Avon, CT 06001**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.7179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $665.00 |

**Robert Anderson**
**36 Copenhagen Court**
**Alamo, CA 94507**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7180 | Nonpriority creditor's name and mailing address | | $3,224.00 |

**Robert Bajorek**
**20131 Allentown Dr.**
**Woodland Hills, CA 91364**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7181 | Nonpriority creditor's name and mailing address | | $434.00 |

**Robert Barcikowski**
**19 Canterbury Dr**
**Athens, OH 45701**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7182 | Nonpriority creditor's name and mailing address | | $189.00 |

**Robert Barraco**
**120 Mill Dam Rd**
**Centerport, NY 11721**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 648 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.7183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$4,374.00** |

**Robert Bates**
**237 Irving Terrace**
**Buffalo, NY 14223**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.7184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$281.00** |

**Robert Beaulieu**
**2310 Via Zafiro**
**San Clemente, CA 92673**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.7185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$2,238.00** |

**Robert Becker**
**111 Santa Rosa Avenue**
**Santa Rosa, CA 95404**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.7186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$90.00** |

**Robert Beebe**
**45 Lochinvar St.**
**San Rafael, CA 94901**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number _(if known)_ _____

| 3.7187 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$479.00** |

**Robert Benbow**
**53 Norman Way**
**Tiburon, CA 94920**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7188 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$255.00** |

**Robert Benham**
**14426 N 5th Place**
**Phoenix, AZ 85022**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7189 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,838.00** |

**Robert Bennethum**
**4209 Elm Crest Dr.**
**West Bloomfield, MI 48322**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7190 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$414.00** |

**Robert Bergstrom**
**111 Corte Madera Rd.**
**Portola Valley, CA 94028**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 650 of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.7191** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,012.00**

**Robert Berman**
**1546 21st St**
**Manhattan Beach, CA 90266**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number _____

---

**3.7192** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,287.00**

**Robert Bersin**
**145 5th Avenue West**
**Kirkland, WA 98033**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number _____

---

**3.7193** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$557.00**

**Robert Bishop**
**3819 Cornell Rd.**
**Agoura Hills, CA 91301**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number _____

---

**3.7194** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,159.00**

**Robert Bobuk**
**599 Paseo Burga**
**Chula Vista, CA 91910**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 651 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

| 3.7195 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,859.00 |

**Robert Bonuccelli**
**4904 S St Andrews Lane**
**Spokane, WA 99223**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

| 3.7196 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $6,484.00 |

**Robert Bookman**
**360 N Crescent Dr**
**Beverly Hills, CA 90210**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

| 3.7197 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $55.00 |

**Robert Bruno**
**40 Laird Street, #441**
**Long Branch, NJ 07740**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

| 3.7198 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $339.00 |

**Robert Bruns**
**21 Surf Drive**
**Bristol, RI 02809**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 652 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known) _____

| 3.7199 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$10,644.00** |

**Robert Caine**
**301 Palm Trail**
**Delray Beach, FL 33483**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.7200 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$775.00** |

**Robert Caprow**
**962 Hihimanu St**
**Kihei, HI 96753**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.7201 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$269.00** |

**Robert Carbonell**
**6230 Ingleston Drive**
**Sparks, NV 89436**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.7202 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$689.00** |

**Robert Carlson**
**4505 Shady Willow**
**El Paso, TX 79922**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 653 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.7203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $82.00 |

**Robert Casebeer**
**11122 West Linden St**
**Riverside, CA 92507**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $129.00 |

**Robert Caudill**
**364 Catherine St  #F10**
**Walla Walla, WA 99362**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $27,592.00 |

**Robert Chan**
**6959 Shadow Wood Drive**
**Moorpark, CA 93021**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,705.00 |

**Robert Chave**
**1818 3rd Ave N**
**Seattle, WA 98109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.7207** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,461.00**

**Robert Claassen**
**25720 Carado Ct**
**Los Altos, CA 94022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.7208** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,407.00**

**Robert Colacurto**
**1100 Maxwell Ln, Unit 315**
**Hoboken, NJ 07030**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.7209** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$6,773.00**

**Robert Collier**
**814 Cragmont Ave**
**Berkeley, CA 94708**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.7210** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$39,583.00**

**Robert Conrad**
**2865 SOM Center Rd.**
**Hunting Valley, OH 44022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number *(if known)* | |
|--------|----------------------------------|--------------------------|--|
| | Name | | |

---

**3.7211** | **Nonpriority creditor's name and mailing address**

**Robert Corbett**
**126 Norwood Ave**
**Avon by the Sea, NJ 07717**

As of the petition filing date, the claim is: **$417.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.7212** | **Nonpriority creditor's name and mailing address**

**Robert Costigan**
**2453 Leclair Drive**
**Coquitlam, BC v3k6g7**
**CANADA**

As of the petition filing date, the claim is: **$1,493.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.7213** | **Nonpriority creditor's name and mailing address**

**Robert Courchesne**
**2660 Ayer's Cliff Road**
**Magog, QC J1X3W2**
**CANADA**

As of the petition filing date, the claim is: **$498.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.7214** | **Nonpriority creditor's name and mailing address**

**Robert D Clarke**
**2917 Magellan Way**
**Round Rock, TX 78665**

As of the petition filing date, the claim is: **$337.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____

Name

| 3.7215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $319.00 |

**Robert DeFraia**
**526 1st Ave S #206**
**Seattle, WA 98104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,282.00 |

**Robert Dehney**
**4609 Bedford Blvd.**
**Wilmington, DE 19803**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $889.00 |

**Robert Diercks**
**1111 Third. Ave.**
**Seattle, WA 98101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,279.00 |

**Robert DiLeo**
**2827 Williamsburg Dr**
**Belmar, NJ 07719**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 657 of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.7219** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$95.00**

**Robert Dobson III**
**1207 Pelham Rd**
**Greenville, SC 29615**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

**3.7220** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$11,577.00**

**Robert Dolgin**
**28 Portland Place**
**Saint Louis, MO 63108**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

**3.7221** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,749.00**

**Robert Dolin**
**700 Wallea Drive**
**Menlo Park, CA 09402-5564**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

**3.7222** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,239.00**

**Robert Dziedziech**
**1640 N Wells St**
**Chicago, IL 60612**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 658 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.7223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$978.00** |

**Robert Eastman**
**2271 Johns Peak Rd.**
**Central Point, OR 97502**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.7224 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$224.00** |

**Robert Ebeling**
**60 Sagewood Ct**
**Newnan, GA 30265**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.7225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$6,956.00** |

**Robert Edelstein**
**12305 Fourth Helena Dr**
**Los Angeles, CA 90049**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.7226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$876.00** |

**Robert Ehrlich**
**1048 S. Oak Hills Way**
**Salt Lake City, UT 84108**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 659 of 1144

Debtor    **Fox Ortega Enterprises, Inc.**                                Case number (if known) _____
              Name

| 3.7227 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$168.00** |

**Robert Epstein**
**2747 Macomb St. NW**
**Washington, DC 20008**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    _____

---

| 3.7228 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,979.00** |

**Robert Erickson**
**19 Erwin Park Rd.**
**Montclair, NJ 07042**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    _____

---

| 3.7229 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,229.00** |

**Robert F. Ruffner**
**P.O. Box 4189**
**Wilmington, NC 28406**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    _____

---

| 3.7230 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$380.00** |

**Robert Fain**
**39 wexford way**
**Basking Ridge, NJ 07920**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 660 of 1144

Debtor **Fox Ortega Enterprises, Inc.**     Case number (if known) _____

Name

| 3.7231 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,939.00 |
|---|---|---|---|

**Robert Falkenberg**
**155 Marva Oaks Drive**
**Woodside, CA 94062**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____    ☐ Yes

---

| 3.7232 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $899.00 |
|---|---|---|---|

**Robert Fields**
**131 Woodridge Circle**
**New Canaan, CT 06840**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____    ☐ Yes

---

| 3.7233 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,412.00 |
|---|---|---|---|

**Robert Finnell**
**201 Crest View Dr**
**Orinda, CA 94563**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____    ☐ Yes

---

| 3.7234 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $854.00 |
|---|---|---|---|

**Robert Fisher**
**51 Woodcrest Ave**
**Atlanta, GA 30309**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____    ☐ Yes

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 661 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.7235 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$179.00** |

**Robert Freelen**
**803 16th Ave**
**Menlo Park, CA 94025**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7236 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$6,289.00** |

**Robert Frickman**
**402 Neptune Ave**
**Encinitas, CA 92024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7237 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$159.00** |

**Robert Fullick**
**4221 Riley St.**
**Houston, TX 77005**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7238 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,794.00** |

**Robert Fuzzell**
**4619 Springhill Ave**
**Mobile, AL 36608**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.7239 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$359.00** |
|---|---|---|---|

**Robert Gardner**
**1901 Etton Drive**
**Fort Collins, CO 80526**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number _____

| 3.7240 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,517.00** |
|---|---|---|---|

**Robert Gates**
**333 Del Amigo Rd**
**Danville, CA 94526**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number _____

| 3.7241 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$99.00** |
|---|---|---|---|

**Robert Gates**
**27693 Meadowview Ln**
**Adel, IA 50003**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number _____

| 3.7242 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$108,339.00** |
|---|---|---|---|

**Robert Gaynor**
**20414 Black Tree Lane**
**Estero, FL 33928**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 663 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name
Case number (if known) _____

| | | |
|---|---|---|
| 3.7243 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $284.00 |

**Robert Ge**
**420 Sturges Ridge Road**
**Wilton, CT 06897**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.7244 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $191.00 |

**Robert Geske**
**3025 Patricia Ave.**
**Los Angeles, CA 90064**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.7245 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $615.00 |

**Robert Gilbane**
**1315 W St NW apt 461**
**Washington, DC 20009**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.7246 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $1,639.00 |

**Robert Gin**
**127 10th Avenue**
**San Francisco, CA 94118**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**   Case number (if known) _____
Name

| 3.7247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.00 |
|---|---|---|---|

**Robert Go**
**Delloitte&Touche**
**Detroit, MI 48243**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred  _____

Is the claim subject to offset?

■ No

Last 4 digits of account number  _____

☐ Yes

| 3.7248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $909.00 |
|---|---|---|---|

**Robert Goldstein**
**4609 Harry's Lane**
**Dallas, TX 75229**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred  _____

Is the claim subject to offset?

■ No

Last 4 digits of account number  _____

☐ Yes

| 3.7249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,068.00 |
|---|---|---|---|

**Robert Golub**
**One South Branch**
**Roslyn, NY 11576**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred  _____

Is the claim subject to offset?

■ No

Last 4 digits of account number  _____

☐ Yes

| 3.7250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,072.00 |
|---|---|---|---|

**Robert Goodfriend**
**1384 West Browning Way**
**Chandler, AZ 85286**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred  _____

Is the claim subject to offset?

■ No

Last 4 digits of account number  _____

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.7251 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,140.00** |
|---|---|---|---|

**Robert Gordon**
**1551 Mill Stream Dr.**
**Chino Hills, CA 91709**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.7252 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$460.00** |
|---|---|---|---|

**Robert Graves**
**8001 219th Ave NE**
**Redmond, WA 98053**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.7253 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,541.00** |
|---|---|---|---|

**Robert Gumm**
**1816 Palm Avenue**
**Manhattan Beach, CA 90266**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.7254 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$6,099.00** |
|---|---|---|---|

**Robert Haas**
**25 North Crescent**
**Maplewood, NJ 07040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.7255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $719.00 |

**Robert Haas**
**479 Heywood Ave**
**Spartanburg, SC 29307**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,685.00 |

**Robert Hamner**
**61 LaSalle Ave**
**Piedmont, CA 94611**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,012.00 |

**Robert Hancock**
**2320 Mecklenburg Ave**
**Charlotte, NC 28205**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $239.00 |

**Robert Harmelin**
**120 Old Gulph road**
**Wynnewood, PA 19096**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.7259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$563.00** |

**Robert Haverlin Jr.**
**5 Northview Terrace**
**Holmdel, NJ 07733**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| | | |
|---|---|---|
| 3.7260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$14,526.00** |

**Robert Healy Jr**
**1929 Black Rock Lane**
**Paoli, PA 19301**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| | | |
|---|---|---|
| 3.7261 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$16,088.00** |

**Robert Hellman**
**2 Mount Vernon Lane**
**Menlo Park, CA 94027**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| | | |
|---|---|---|
| 3.7262 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$259.00** |

**Robert Hines**
**2704 Bluff Creek Drive**
**Columbia, MO 65201**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

---

| 3.7263 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $347.00 |

**Robert Hines**
**3043 Guido St**
**Oakland, CA 94602**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7264 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $239.00 |

**Robert Holt**
**55 Grattan St**
**San Francisco, CA 94117**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7265 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $341.00 |

**Robert Honeycutt**
**71 Midden Lane**
**Pawleys Island, SC 29585**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7266 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $49.00 |

**Robert Hopkins**
**1030 Spanish Camp Road**
**Paso Robles, CA 93446**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 669 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number *(if known)*

| 3.7267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,879.00 |
|---|---|---|---|

**Robert Hudak**
**1773 Ferguson Rd**
**Allison Park, PA 15101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.7268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $164.00 |
|---|---|---|---|

**Robert Iantosca**
**6400 Bennett Valley Rd**
**Santa Rosa, CA 95404**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.7269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,261.00 |
|---|---|---|---|

**Robert Indik**
**113 N. Sierra Vista Drive**
**Tucson, AZ 85719**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.7270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,368.00 |
|---|---|---|---|

**Robert Ingram**
**4340 Redwood Highway**
**San Rafael, CA 94903**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 670 of 1144

Debtor **Fox Ortega Enterprises, Inc.**      Case number (if known) _____

Name

| 3.7271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $443.00 |
|---|---|---|---|

**Robert J Wilson**
**323 Maple Street**
**West Hempstead, NY 11552**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.7272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,807.00 |
|---|---|---|---|

**Robert Jacobs**
**2569 Benedict Canyon Drive**
**Beverly Hills, CA 90210**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.7273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $319.00 |
|---|---|---|---|

**Robert Jaffin**
**61 Tranquility Ct.**
**Harpers Ferry, WV 25425**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.7274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,427.00 |
|---|---|---|---|

**Robert Jamison**
**Po box 426**
**Half Moon Bay, CA 94019**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**  Case number (if known) _____
_____
Name

| 3.7275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$329.00** |
|---|---|---|---|

**Robert Jenkins**
**829 5th Street SW**
**Rochester, MN 55902**

_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.7276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,386.00** |
|---|---|---|---|

**Robert Jersin**
**300 Topeka Pl**
**Danville, CA 94526**

_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.7277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$443.00** |
|---|---|---|---|

**Robert Jesurum**
**11 Harborview Drive**
**Rye, NH 03870**

_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.7278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$525.00** |
|---|---|---|---|

**Robert Johnson**
**1542 Plainfield Road**
**Oswego, IL 60543**

_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
■ No
☐ Yes

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 672 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.7279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,169.00 |

3.7279 **Nonpriority creditor's name and mailing address**
**Robert Johnson**
**808 Montose Ave.**
**South Pasadena, CA 91030**

As of the petition filing date, the claim is: **$5,169.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

3.7280 **Nonpriority creditor's name and mailing address**
**Robert Jones**
**13806 SE 7th Street**
**Bellevue, WA 98005**

As of the petition filing date, the claim is: **$3,515.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

3.7281 **Nonpriority creditor's name and mailing address**
**Robert Jones**
**930 Longo Street**
**Waveland, MS 39576**

As of the petition filing date, the claim is: **$960.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

3.7282 **Nonpriority creditor's name and mailing address**
**Robert Kagan**
**1317 Ranleigh Road**
**McLean, VA 22101**

As of the petition filing date, the claim is: **$2,384.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.7283 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $117.00 |

**Robert Kaner**
**530 E 76th St**
**New York, NY 10021**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7284 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $6,719.00 |

**Robert Kelly**
**154 Treeview Drive**
**Daly City, CA 94014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7285 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $28.00 |

**Robert Kelly**
**228 Kittiwake Ln.**
**Friday Harbor, WA 98250**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7286 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $37.00 |

**Robert Kennedy**
**365 Lovell Ave**
**Mill Valley, CA 94941**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**     Case number (if known) _____

Name

| 3.7287 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$115.00** |

**Robert Kenney**
**226 Orient Way**
**Rutherford, NJ 07070**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7288 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,439.00** |

**Robert Kenney**
**28 Seacord Rd.**
**New Rochelle, NY 10804**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7289 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$23,742.00** |

**Robert Kitts**
**27 North Woodland Street**
**Englewood, NJ 07631**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7290 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$283.00** |

**Robert Klein**
**Oliveto's**
**Oakland, CA 94618**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 675 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number *(if known)* _____

| | |
|---|---|
| 3.7291 | **$283.00** |

**Nonpriority creditor's name and mailing address**

**Robert Klose**
**622 Alameda**
**San Carlos, CA 94070**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.7292 | **$1,781.00** |

**Nonpriority creditor's name and mailing address**

**Robert Knapp**
**29 Hawthorne Dr**
**Westfield, NJ 07090**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.7293 | **$299.00** |

**Nonpriority creditor's name and mailing address**

**Robert L Cardin**
**1101 paul wilkins st**
**San Antonio, TX 78216**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.7294 | **$1,387.00** |

**Nonpriority creditor's name and mailing address**

**Robert L. Jones**
**1352 Hineman Dr**
**Garden City, KS 67846**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.7295 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Unknown** |
|---|---|---|---|

**Robert L. Pollak**
**Glassberg Pollak et al.**
**1000 4th Street, Ste. 570**
**San Rafael, CA 94901**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7296 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$419.00** |
|---|---|---|---|

**Robert Lamkin**
**7336 Santa Monica Blvd**
**Los Angeles, CA 90046**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7297 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$529.00** |
|---|---|---|---|

**Robert Lampietti**
**248 W 139th St**
**New York, NY 10030**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7298 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$50,058.00** |
|---|---|---|---|

**Robert Lateiner**
**1 East End Ave**
**New York, NY 10075**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (*if known*) _____

| | | |
|---|---|---|
| 3.7299 | **Nonpriority creditor's name and mailing address**<br><br>**Robert Lieber**<br>**111 Pine Street**<br>**San Francisco, CA 94111** | **As of the petition filing date, the claim is:**      **$1,289.00**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** |
| | Date or dates debt was incurred | **Is the claim subject to offset?**<br><br>☑ No<br><br>☐ Yes |
| | Last 4 digits of account number | |

| | | |
|---|---|---|
| 3.7300 | **Nonpriority creditor's name and mailing address**<br><br>**Robert Lippman**<br>**14 Berol Close**<br>**Chappaqua, NY 10514** | **As of the petition filing date, the claim is:**      **$479.00**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** |
| | Date or dates debt was incurred | **Is the claim subject to offset?**<br><br>☑ No<br><br>☐ Yes |
| | Last 4 digits of account number | |

| | | |
|---|---|---|
| 3.7301 | **Nonpriority creditor's name and mailing address**<br><br>**Robert Loeffler, MD**<br>**8905 Harvest Square Court**<br>**Potomac, MD 20854** | **As of the petition filing date, the claim is:**      **$56,920.00**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** |
| | Date or dates debt was incurred | **Is the claim subject to offset?**<br><br>☑ No<br><br>☐ Yes |
| | Last 4 digits of account number | |

| | | |
|---|---|---|
| 3.7302 | **Nonpriority creditor's name and mailing address**<br><br>**Robert Lourie**<br>**6 Bay Rd**<br>**Setauket, NY 11733** | **As of the petition filing date, the claim is:**      **$149.00**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** |
| | Date or dates debt was incurred | **Is the claim subject to offset?**<br><br>☑ No<br><br>☐ Yes |
| | Last 4 digits of account number | |

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 678 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | |
|---|---|
| 3.7303 | **Nonpriority creditor's name and mailing address** |

**Robert Lowthian**
**1600 Prince St**
**Alexandria, VA 22314**

As of the petition filing date, the claim is: **$669.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.7304 | **Nonpriority creditor's name and mailing address** |

**Robert Lynn**
**PO Box 987**
**Corrales, NM 87048**

As of the petition filing date, the claim is: **$2,387.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.7305 | **Nonpriority creditor's name and mailing address** |

**Robert Macartney**
**302 Edgewood Rd**
**Redwood City, CA 94062**

As of the petition filing date, the claim is: **$3,822.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.7306 | **Nonpriority creditor's name and mailing address** |

**Robert MacDonald**
**4738 West Lake Harriet Pkwy**
**Minneapolis, MN 55410**

As of the petition filing date, the claim is: **$1,268.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 679 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.7307 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$200.00** |

**Robert MacDonnell**
**Kohlberg Kravis Roberts & Co**
**Menlo Park, CA 94025**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7308 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,876.00** |

**Robert Mak**
**5007 Wellworth Point**
**San Diego, CA 92130**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7309 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$569.00** |

**Robert Maki**
**500 East 63rd Street**
**New York, NY 10021**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7310 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$259.00** |

**Robert Mandel**
**POB 365**
**Boonville, CA 95415**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 680 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.7311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,103.00 |
|---|---|---|---|

**Robert Mannherz**
**333 Hunters Wood Dr.**
**Wrightstown, PA 18940**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $431.00 |
|---|---|---|---|

**Robert Mass**
**106 Elinor Ave**
**Mill Valley, CA 94941**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,506.00 |
|---|---|---|---|

**Robert McDaniel**
**698 Matadero Ave**
**Palo Alto, CA 94306**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $859.00 |
|---|---|---|---|

**Robert McGarry**
**13909 Huxley Cove Ct.**
**Silver Spring, MD 20906**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor    **Fox Ortega Enterprises, Inc.**                          Case number (if known) _____
          _____
          Name

| | | |
|---|---|---|
| 3.7315 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$203.00** |

3.7315  **Nonpriority creditor's name and mailing address**

**Robert McIntosh**
**7409 SE 71st Street**
**Mercer Island, WA 98040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$203.00**

---

3.7316  **Nonpriority creditor's name and mailing address**

**Robert Meahl**
**114 Beach Street**
**Manchester, MA 01944**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$2,777.00**

---

3.7317  **Nonpriority creditor's name and mailing address**

**Robert Michalak**
**180 North Stetson Avenue**
**Chicago, IL 60601**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$995.00**

---

3.7318  **Nonpriority creditor's name and mailing address**

**Robert Micheletto**
**222 E. 41st St.**
**New York, NY 10017**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$499.00**

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 682 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.7319 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $119.00 |

**Robert Millman**
**223 West 20th Street**
**New York, NY 10011**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7320 | **Nonpriority creditor's name and mailing address** | $7,294.00 |

**Robert Mola**
**260 Witches Rock Rd.**
**Bristol, CT 06010**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7321 | **Nonpriority creditor's name and mailing address** | $3,906.00 |

**Robert Moll**
**1 Milan Estates**
**Houston, TX 77056**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7322 | **Nonpriority creditor's name and mailing address** | $359.00 |

**Robert Montgomery**
**255 pine street**
**Philadelphia, PA 19106**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.7323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,172.00 |
|---|---|---|---|

**Robert Morris**
**265 Primrose Lane**
**Fairfield, CT 06825**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.7324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,635.00 |
|---|---|---|---|

**Robert Neimeth**
**PO Box 49, 154 Point of Rock Rd**
**Falls Village, CT 06031**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.7325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,881.00 |
|---|---|---|---|

**Robert Nelsen**
**15515 Harvey Road NE**
**Bainbridge Island, WA 98110**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.7326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $484,153.00 |
|---|---|---|---|

**Robert Nilsson**
**1055 West Georgia St.**
**Vancouver, BC V6E3N9**
**CANADA**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050     Doc# 16-1     Filed: 01/21/16     Entered: 01/21/16 15:42:32     Page 684 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.7327 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,279.00** |
|---|---|---|---|

**Robert Notley**
**220 Trinity Hills Dr.**
**Austin, TX 78737**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.7328 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$11,691.00** |
|---|---|---|---|

**Robert Oblock**
**60 Cramond Road**
**Chestnut Hill, MA 02467**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.7329 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$38.00** |
|---|---|---|---|

**Robert Owens**
**2554 Bonnie Drive**
**Cincinnati, OH 45230**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.7330 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$13.00** |
|---|---|---|---|

**Robert Parzick**
**2341 North Point St.**
**San Francisco, CA 94123**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 685 of 1144

Debtor **Fox Ortega Enterprises, Inc.**                     Case number (if known) _____

Name

| 3.7331 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $259.00 |
|---|---|---|---|

**Robert Paulus**
**20 Overlook Rd**
**Cedar Grove, NJ 07009**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7332 | **Nonpriority creditor's name and mailing address** | | $174.00 |

**Robert Pellegrino**
**7850 Ivygate Lane**
**Cincinnati, OH 45242**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7333 | **Nonpriority creditor's name and mailing address** | | $344.00 |

**Robert Peterson**
**6505 West Park Blvd.**
**Plano, TX 75093**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7334 | **Nonpriority creditor's name and mailing address** | | $5,464.00 |

**Robert Pines**
**136 East 79th Street**
**New York, NY 10075**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 686 of 1144

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| | |
|---|---|
| 3.7335 | **Nonpriority creditor's name and mailing address** |

**Robert Pollock**
**66 Leonard St**
**New York, NY 10013**

**As of the petition filing date, the claim is:**                                        **$839.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____        **Is the claim subject to offset?**

☐ No

Last 4 digits of account number _____        ☐ Yes

---

| | |
|---|---|
| 3.7336 | **Nonpriority creditor's name and mailing address** |

**Robert Quinn**
**15660 La Bella Ct**
**Morgan Hill, CA 95037**

**As of the petition filing date, the claim is:**                                        **$179.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____        **Is the claim subject to offset?**

☐ No

Last 4 digits of account number _____        ☐ Yes

---

| | |
|---|---|
| 3.7337 | **Nonpriority creditor's name and mailing address** |

**Robert Ralls**
**4184 Whitewater Creek RD NW**
**Atlanta, GA 30327**

**As of the petition filing date, the claim is:**                                        **$3,504.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____        **Is the claim subject to offset?**

☐ No

Last 4 digits of account number _____        ☐ Yes

---

| | |
|---|---|
| 3.7338 | **Nonpriority creditor's name and mailing address** |

**Robert Ramsey**
**Equiptex Industrial**
**Mount Vernon, NY 10550**

**As of the petition filing date, the claim is:**                                        **$3,619.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____        **Is the claim subject to offset?**

☐ No

Last 4 digits of account number _____        ☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 687 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.7339 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$689.00** |

**Robert Raymond**
**165 Adam Rd**
**Massapequa, NY 11758**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7340 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$129.00** |

**Robert Reichel**
**20920 NE 17th St.**
**Sammamish, WA 98074**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7341 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,729.00** |

**Robert Richards**
**3710 N Stevens**
**Tacoma, WA 98407**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7342 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$6,491.00** |

**Robert Richardson**
**650 Poydras St.**
**New Orleans, LA 70130**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Debtor  **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | |
|---|---|
| 3.7343 | **Nonpriority creditor's name and mailing address** |

**Robert Richardson**
**2950 - 32nd Ave SW**
**Tumwater, WA 98512**

As of the petition filing date, the claim is:  **$7,250.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| | |
|---|---|
| 3.7344 | **Nonpriority creditor's name and mailing address** |

**Robert Ridder**
**464 Newark St, Apt 2B**
**Hoboken, NJ 07030**

As of the petition filing date, the claim is:  **$4,950.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| | |
|---|---|
| 3.7345 | **Nonpriority creditor's name and mailing address** |

**Robert Riolo**
**3654 SW 57th CT**
**Ocala, FL 34474**

As of the petition filing date, the claim is:  **$388.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| | |
|---|---|
| 3.7346 | **Nonpriority creditor's name and mailing address** |

**Robert Rippert**
**PO Box 1113**
**Huntington, NY 11743**

As of the petition filing date, the claim is:  **$209.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case: 16-40050     Doc# 16-1     Filed: 01/21/16     Entered: 01/21/16 15:42:32     Page 689 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

---

| 3.7347 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,031.00** |

**Robert Rosen**
**67 Pecksland Rd**
**Greenwich, CT 06831**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7348 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,815.00** |

**Robert Rosen**
**4707 Greystone Drive**
**Austin, TX 78731**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7349 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,936.00** |

**Robert Rothfield**
**2300 N Commerce Pkwy**
**Fort Lauderdale, FL 33326**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7350 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$535.00** |

**Robert Rothman**
**601 California Street**
**San Francisco, CA 94108**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 690 of 1144

Debtor  **Fox Ortega Enterprises, Inc.**  Case number (if known) _____

Name

| 3.7351 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$179.00** |
|---|---|---|---|

**Robert Rutmayer**
**109 Curtis Dr.**
**Sound Beach, NY 11789**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7352 | **Nonpriority creditor's name and mailing address** | | **$4,330.00** |
|---|---|---|---|

**Robert S. Whitelaw**
**2 Washington Circle**
**Hinsdale, IL 60521**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7353 | **Nonpriority creditor's name and mailing address** | | **$279.00** |
|---|---|---|---|

**Robert Saltman**
**970 Delvin Drive**
**Saint Louis, MO 63141**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7354 | **Nonpriority creditor's name and mailing address** | | **$10,664.00** |
|---|---|---|---|

**Robert Salvia**
**11115 Pine Valley Club Dr**
**Charlotte, NC 28277**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.7355 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$419.00** |

**Robert Santangelo**
**49 Baldwin Farms South**
**Greenwich, CT 06831**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number

---

| 3.7356 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,719.00** |

**Robert Schmidt**
**124 West Oval**
**Winter Harbor, ME 04693**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number

---

| 3.7357 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$86,810.00** |

**Robert Schmidt**
**1442 West Berteau Ave**
**Chicago, IL 60613**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number

---

| 3.7358 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,229.00** |

**Robert Schoemehl**
**3976 Fruitvale Ave**
**Oakland, CA 94602**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor  **Fox Ortega Enterprises, Inc.**  Case number (if known) _____
_____
Name

| 3.7359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,113.00 |

**Robert Scholl**
**5907 W. Solano Bay Ln.**
**Houston, TX 77041**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $454.00 |

**Robert Schussel**
**2559 Shade Tree Circle**
**Vallejo, CA 94591**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,646.00 |

**Robert Schwab**
**10940 Wilshire Blvd.**
**Los Angeles, CA 90024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $431.00 |

**Robert Seeds**
**1638 Sacramento**
**Berkeley, CA 94702**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 693 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.7363 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $239.00 |

**Robert Siegler**
**106 Morningside Dr**
**New York, NY 10027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7364 | **Nonpriority creditor's name and mailing address** | $2,129.00 |

**Robert Sikora**
**34 Rollingside Drive**
**Fredericksburg, VA 22406**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7365 | **Nonpriority creditor's name and mailing address** | $900.00 |

**Robert Sorenson**
**190 Elliott St**
**Hartford, CT 06114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7366 | **Nonpriority creditor's name and mailing address** | $16,378.00 |

**Robert Sperber**
**6235 SW 135th St**
**pinecrest, FL 33156**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.7367 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$414.00** |
|---|---|---|---|

**Robert Stacy**
**5151 San Felipe**
**Houston, TX 77056**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

---

| 3.7368 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,209.00** |
|---|---|---|---|

**Robert Stewart**
**95 Solano Prado**
**Miami, FL 33156**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

---

| 3.7369 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$945.00** |
|---|---|---|---|

**Robert Stier**
**810 W Lee Street**
**Seattle, WA 98119**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

---

| 3.7370 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,339.00** |
|---|---|---|---|

**Robert Stobaugh**
**5100 San Felipe**
**Houston, TX 77056**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 695 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.7371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $509.00 |
|---|---|---|---|

Check all that apply.

**Robert Stone**
**319 Sugarberry Cir**
**Houston, TX 77024**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $197.00 |
|---|---|---|---|

Check all that apply.

**Robert Strand Jr**
**3826 Cedar Ave**
**Long Beach, CA 90807**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,009.00 |
|---|---|---|---|

Check all that apply.

**Robert Stratton**
**53 Wyckoff St**
**Brooklyn, NY 11201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $375.00 |
|---|---|---|---|

Check all that apply.

**Robert Stull**
**1519 Fifth Street**
**Alameda, CA 94501**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 696 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.7375 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,559.00** |

**Robert Subkowsky**
**1100 North Lake Shore Drive**
**Chicago, IL 60611**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7376 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$129.00** |

**Robert Sulecki**
**232 Kingsland Avenue**
**Brooklyn, NY 11222**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7377 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$599.00** |

**Robert Sullivan**
**1044C Green St**
**Honolulu, HI 96822**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7378 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$163.00** |

**Robert Sutherland**
**115 Oakwood Ave**
**Toronto, ON M6H2W1**
**CANADA**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.** Case number (if known) _____
_____
Name

| 3.7379 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,139.00 |
|---|---|---|---|

3.7379 | **Nonpriority creditor's name and mailing address**

**Robert Swysgood**
**14470 Crabapple Rd.**
**Golden, CO 80401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,139.00

---

3.7380 | **Nonpriority creditor's name and mailing address**

**Robert Sydow**
**528 21st Street**
**Manhattan Beach, CA 90266**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,946.00

---

3.7381 | **Nonpriority creditor's name and mailing address**

**Robert Theel**
**24641 El Camino Capistrano**
**Dana Point, CA 92629**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$349.00

---

3.7382 | **Nonpriority creditor's name and mailing address**

**Robert Thompson**
**1630 Catawba Street**
**Columbia, SC 29205**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,933.00

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.7383 | **Nonpriority creditor's name and mailing address** |

**Robert Thornton**
**550 Harvard Ave**
**Claremont, CA 91711**

As of the petition filing date, the claim is:    **$519.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.7384 | **Nonpriority creditor's name and mailing address** |

**Robert Thun**
**8 Stoneyside Drive**
**Larchmont, NY 10538**

As of the petition filing date, the claim is:    **$659.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.7385 | **Nonpriority creditor's name and mailing address** |

**Robert Tiritilli**
**1223 W Sharon**
**Santa Ana, CA 92706**

As of the petition filing date, the claim is:    **$559.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.7386 | **Nonpriority creditor's name and mailing address** |

**Robert Titelman**
**1550 W Wesley Rd**
**Atlanta, GA 30327**

As of the petition filing date, the claim is:    **$434.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 699 of 1144

Debtor  **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.7387 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $454.00 |
|---|---|---|---|

**Robert Totman**
**33370 Morning View Drive**
**Temecula, CA 92592**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7388 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $159.00 |
|---|---|---|---|

**Robert Trinchet**
**20362 Donegal Lane**
**Strongsville, OH 44149**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7389 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $149.00 |
|---|---|---|---|

**Robert Turnipseed**
**1514 Kinney ave**
**Austin, TX 78704**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7390 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,019.00 |
|---|---|---|---|

**Robert Ulrich**
**2421 Apsis Ave**
**San Jose, CA 95124**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**                        Case number (if known) _____
_____
Name

| 3.7391 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,355.00** |
|---|---|---|---|

**Robert Valdes**
**107 burmaster dr**
**Columbia, SC 29229**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.7392 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$137.00** |
|---|---|---|---|

**Robert Vipperman**
**1515 Grove Ave.**
**Richmond, VA 23220**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.7393 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$107.00** |
|---|---|---|---|

**Robert Wailea**
**2236 State Street**
**New Orleans, LA 70118**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.7394 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$270.00** |
|---|---|---|---|

**Robert Wald**
**1700 Vista Lomitas Pl.**
**Fullerton, CA 92831**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 701 of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.7395 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,469.00** |
|---|---|---|---|

**Robert Walker**
**1873 E. Parkhurst Ct.**
**Eagle, ID 83616**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7396 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$659.00** |
|---|---|---|---|

**Robert Walsh**
**4943 Proctor Ave.**
**Oakland, CA 94618**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7397 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$323.00** |
|---|---|---|---|

**Robert Wasiak**
**3220 Old Mill Road**
**Northbrook, IL 60062**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7398 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$904.00** |
|---|---|---|---|

**Robert Watson**
**226 60 South Harlem**
**Frankfort, IL 60423**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 702 of 1144

Debtor  **Fox Ortega Enterprises, Inc.**                     Case number (if known) _____
_____
Name

| 3.7399 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$42,336.00** |

**Robert Watt**
**1411 4th ave.**
**Seattle, WA 98101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____     **Is the claim subject to offset?**

■ No
Last 4 digits of account number  _____     ☐ Yes

---

| 3.7400 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,038.00** |

**Robert Wayne Werth**
**2505 Pheasant Run Blvd**
**Aberdeen, SD 57401**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____     **Is the claim subject to offset?**

■ No
Last 4 digits of account number  _____     ☐ Yes

---

| 3.7401 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$82.00** |

**Robert Weber**
**29403 NE 92nd Circle**
**Camas, WA 98607**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____     **Is the claim subject to offset?**

■ No
Last 4 digits of account number  _____     ☐ Yes

---

| 3.7402 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,199.00** |

**Robert Weinstock**
**10966 Rochester Ave**
**Los Angeles, CA 90024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____     **Is the claim subject to offset?**

■ No
Last 4 digits of account number  _____     ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**      Case number (if known) _____

Name

| | |
|---|---|
| 3.7403 | **Nonpriority creditor's name and mailing address** |

**Robert Weisbein**
**55 Poplar Drive**
**Roslyn, NY 11576**

As of the petition filing date, the claim is:      **$2,853.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.7404 | **Nonpriority creditor's name and mailing address** |

**Robert Weisbuch**
**244 Midland Ave**
**Montclair, NJ 07042**

As of the petition filing date, the claim is:      **$13,235.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.7405 | **Nonpriority creditor's name and mailing address** |

**Robert Wempe**
**6153 Holmes St.**
**Kansas City, MO 64110**

As of the petition filing date, the claim is:      **$78.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.7406 | **Nonpriority creditor's name and mailing address** |

**Robert Wilder**
**3911 Bradley Lane**
**Bethesda, MD 20815**

As of the petition filing date, the claim is:      **$179.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 704 of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.7407 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$810.00** |
|---|---|---|---|

**Robert Wilson**
**713 Tasker St.**
**Philadelphia, PA 19148**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.7408 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$14,209.00** |
|---|---|---|---|

**Robert Winn**
**18867 Kithira Circle**
**Huntington Beach, CA 92648**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.7409 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$73,967.00** |
|---|---|---|---|

**Robert Winslow**
**1443 Maple Street**
**Western Springs, IL 60558**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.7410 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,752.00** |
|---|---|---|---|

**Robert Yonker**
**956 NE Simmental St**
**Hillsboro, OR 97124**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 705 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.7411 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$18,979.00** |

**Robert Zakian**
**4930 Parkside Avenue**
**Philadelphia, PA 19131**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7412 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$38,739.00** |

**Robert Zimberg**
**PO Box E**
**Boulder, CO 80306**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7413 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$221.00** |

**Robert Zuver**
**1102 E St SE**
**Washington, DC 20003**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7414 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$14,639.00** |

**Roberta Weinstein**
**4463 Calle Mapache**
**Camarillo, CA 93012**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 706 of 1144

Debtor **Fox Ortega Enterprises, Inc.**                     Case number (if known) _____
_____
Name

| 3.7415 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$20.00** |

**Roberto Garcia**
**3580 Eton St**
**Vancouver, BC V5K1K7**
**CANADA**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7416 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$450.00** |

**Roberto Oducado**
**17425 Briardale Lane**
**Yorba Linda, CA 92886**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7417 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$570.00** |

**Robin Cooper**
**1467 Stockton Street**
**Saint Helena, CA 94574**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7418 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$209.00** |

**Robin Gee**
**11782 Pine Brook Ln**
**Cupertino, CA 95014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 707 of 1144

Debtor **Fox Ortega Enterprises, Inc.**  Case number (if known)
        Name

| 3.7419 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $139.00 |
|---|---|---|---|

**Robin Gohlke**
**3200 Oak Avenue**
**Manhattan Beach, CA 90266**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred          **Is the claim subject to offset?**

■ No
Last 4 digits of account number          ☐ Yes

---

| 3.7420 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $429.00 |
|---|---|---|---|

**Robin Murray**
**30 Antonio Court**
**Portola Valley, CA 94028**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred          **Is the claim subject to offset?**

■ No
Last 4 digits of account number          ☐ Yes

---

| 3.7421 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $775.00 |
|---|---|---|---|

**Robin Sik**
**818 Carmel Ave**
**Los Altos, CA 94022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred          **Is the claim subject to offset?**

■ No
Last 4 digits of account number          ☐ Yes

---

| 3.7422 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,879.00 |
|---|---|---|---|

**Robin Stark**
**PO box 253 Cardiff**
**Cardiff by the Sea, CA 92007**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred          **Is the claim subject to offset?**

■ No
Last 4 digits of account number          ☐ Yes

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 708 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

---

| 3.7423 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $179.00 |

**Robin Tewildt**
**27 Grand Hill Dr**
**Dover, MA 02030**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7424 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $270.00 |

**Robin Youngman**
**996 Grosvenor Pl**
**Oakland, CA 94610**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7425 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $399.00 |

**Robyn Wood**
**5250 Jason St.**
**Houston, TN 77096**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7426 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $115.00 |

**Rocky Gebhart**
**1047 Country Club Rd**
**West Chester, PA 19382**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 709 of 1144

Debtor **Fox Ortega Enterprises, Inc.**     Case number (if known) _____
Name

| 3.7427 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$590.00** |

**3.7427** | **Nonpriority creditor's name and mailing address**

**Rod Berglund**
**2916 Laguna Rd**
**Forestville, CA 95436**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**$590.00**

---

**3.7428** | **Nonpriority creditor's name and mailing address**

**Rod Duralde**
**200 Colonial Homes Drive**
**Atlanta, GA 30309**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**$2,185.00**

---

**3.7429** | **Nonpriority creditor's name and mailing address**

**Rod Granberry**
**P.O. Box 90550**
**Phoenix, AZ 85066**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**$12,307.00**

---

**3.7430** | **Nonpriority creditor's name and mailing address**

**Rod Nathan**
**114A Windsor Gate**
**Great Neck, NY 11020**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**$1,916.00**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | |
|---|---|
| 3.7431 | **Nonpriority creditor's name and mailing address** |

**Rod Swanson**
**830 Falcon Ave.**
**Davis, CA 95616**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$1,646.00**

---

| | |
|---|---|
| 3.7432 | **Nonpriority creditor's name and mailing address** |

**Roderick McInerney**
**805 San Mateo Drive**
**Menlo Park, CA 94025**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$3,352.00**

---

| | |
|---|---|
| 3.7433 | **Nonpriority creditor's name and mailing address** |

**Rodger Callo**
**30 Cherry View**
**Manchester Center, VT 05255**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$319.00**

---

| | |
|---|---|
| 3.7434 | **Nonpriority creditor's name and mailing address** |

**Rodger Lindquist**
**11 Hetfield Place**
**Moraga, CA 94556**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$513.00**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 711 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.7435 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$1,799.00** |

**Rodney Gleiberman**
**8 Resch Lane**
**Lancaster, PA 17602**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7436 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$699.00** |

**Rodney Haden**
**75 Poplar Dr**
**Kentfield, CA 94904**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7437 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$1,588.00** |

**Rodney Zerbe**
**60 Clark St.**
**Brooklyn, NY 11201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7438 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$4,981.00** |

**Rodolfo Luzardo**
**5900 SW 116th St.**
**Miami, FL 33156**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 712 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.7439 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $3,225.00 |

**Rodolphe Geffriaud**
**20-2-1 MARUOKA CHO**
**FUKUI, NU 00915-1213**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7440 | **Nonpriority creditor's name and mailing address** | | $131,182.00 |

**Rodrigo Canasi**
**Av de los Poetas 100**
**CA4-8 San Mateo Tlaltenang, 5600**
**PHILIPPINES**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7441 | **Nonpriority creditor's name and mailing address** | | $7,587.00 |

**Rodrigo Gouvea dos Santos**
**4101 nw 11th street**
**Miami, FL 33126**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7442 | **Nonpriority creditor's name and mailing address** | | $101.00 |

**Rodrigo Levy**
**1221 Greenwood Ave.**
**Wilmette, IL 60091**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 713 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

---

| 3.7443 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,271.00** |

**Roehl Flores**
**73 Roble Road**
**Berkeley, CA 94705**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.7444 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$44,289.00** |

**Roger Barnett**
**'Three Lagoon Drive, Suite 400'**
**Redwood City, CA 94065**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.7445 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,259.00** |

**Roger Chang**
**76 Engle Street**
**Tenafly, NJ 07670**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.7446 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,145.00** |

**Roger Fox**
**11661 San Vicente Blvd.**
**Los Angeles, CA 90049**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.7447 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $239.00 |

**Roger Gies**
**853 Ocean Avenue**
**Richmond, CA 94801**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7448 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $613.00 |

**Roger Goodwin**
**31 North Dr.**
**Plandome, NY 11030**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7449 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,860.00 |

**Roger Harui**
**906 Dexter Ave N**
**Seattle, WA 98109**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7450 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $599.00 |

**Roger Huguet**
**475 Harbor Drive**
**Key Biscayne, FL 33149**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 715 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.7451 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,823.00 |

**Roger Jarvis**
**19455 Juergen Road**
**Cypress, TX 77433**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7452 | **Nonpriority creditor's name and mailing address** | | $1,829.00 |

**Roger Jasek**
**5147 Yuma St. NW**
**Washington, DC 20016**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7453 | **Nonpriority creditor's name and mailing address** | | $3,172.00 |

**Roger Leclair**
**PO Box 4734**
**Saint Paul, MN 55165**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7454 | **Nonpriority creditor's name and mailing address** | | $3,054.00 |

**Roger Ludwig**
**3702 Forest Gate Dr**
**Iowa City, IA 52240**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 716 of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.7455** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$399.00**
| **Roger Meyer** | Check all that apply.
| **401 Prospect Ave** | ☐ Contingent
| **Sea Cliff, NY 11579** | ☐ Unliquidated
| | ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____ | **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____ | ☐ Yes

---

**3.7456** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,255.00**
| **Roger Mills** | Check all that apply.
| **14 Coleridge Park Drive** | ☐ Contingent
| **Winnipeg, Manitoba, R3K0B5** | ☐ Unliquidated
| **CANADA** | ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____ | **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____ | ☐ Yes

---

**3.7457** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,684.00**
| **Roger Nellans** | Check all that apply.
| **535 East Dusty View Drive** | ☐ Contingent
| **Oro Valley, AZ 85755** | ☐ Unliquidated
| | ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____ | **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____ | ☐ Yes

---

**3.7458** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$17,074.00**
| **Roger Orlando** | Check all that apply.
| **2185 Ivey Creek Way** | ☐ Contingent
| **Stone Mountain, GA 30087** | ☐ Unliquidated
| | ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____ | **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____ | ☐ Yes

---

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.7459 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,195.00 |
|---|---|---|---|

**Roger Sampson**
**51 Windsor Avenue**
**Kensington, CA 94708**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number _____

---

| 3.7460 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,763.00 |
|---|---|---|---|

**Roger Schmitz**
**4 Stoneycrest Rd.**
**Rye, NY 10580**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number _____

---

| 3.7461 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $730.00 |
|---|---|---|---|

**Roger Shere-Wolfe**
**2717 Old Court Rd.**
**Baltimore, MD 21208**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number _____

---

| 3.7462 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,641.00 |
|---|---|---|---|

**Roger Spencer**
**1335 21st St**
**Manhattan Beach, CA 90266**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050     Doc# 16-1     Filed: 01/21/16     Entered: 01/21/16 15:42:32     Page 718 of 1144

Debtor  **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____
_____
Name

| | |
|---|---|
| 3.7463 | **Nonpriority creditor's name and mailing address** |

| | | |
|---|---|---|
| 3.7463 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$555.00** |

3.7463  **Nonpriority creditor's name and mailing address**

**Roger Storer**
**1205 Pacific Hwy**
**San Diego, CA 92101**

As of the petition filing date, the claim is:     **$555.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____    **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

---

3.7464  **Nonpriority creditor's name and mailing address**

**Roger Torres**
**1560 Trevino Ave**
**Miami, FL 33134**

As of the petition filing date, the claim is:     **$1,992.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____    **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

---

3.7465  **Nonpriority creditor's name and mailing address**

**Rogerio Ballesteros**
**Rua Tomaz Gonzaga, 300**
**APTO 901, Belo Horizonte**
**BRAZIL**

As of the petition filing date, the claim is:     **$2,879.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____    **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

---

3.7466  **Nonpriority creditor's name and mailing address**

**Rogerio Sobreiro**
**38 Main Street**
**Newark, NJ 07105**

As of the petition filing date, the claim is:     **$4,105.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____    **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known)

Name

| 3.7467 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $224.00 |
|---|---|---|---|

**Rohit de Souza**
**15 Mercat Place**
**Hillsborough, CA 94010**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.7468 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $390.00 |
|---|---|---|---|

**Roko Kruze**
**3488 22nd St**
**San Francisco, CA 94110**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.7469 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,265.00 |
|---|---|---|---|

**Roland Adamsons**
**1885 W Crystal Mae Path**
**Lecanto, FL 34461**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.7470 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $255.00 |
|---|---|---|---|

**Roland Chin**
**17380 SW Arbutus Dr.**
**Beaverton, OR 97007**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

Case: 16-40050     Doc# 16-1     Filed: 01/21/16     Entered: 01/21/16 15:42:32     Page 720 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.7471 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $345.00 |

**Roland Fargo**
**576 Sierra Meadows Dr.**
**Sierra Madre, CA 91024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.7472 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $99.00 |

**Roland Italiano**
**19450 SW Tile Flat Rd**
**Beaverton, OR 97007**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.7473 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $59.00 |

**Roland Naylor Rayburn Jr**
**2204 19 Mile Rd**
**Barryton, MI 49305**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.7474 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $449.00 |

**Roland Varesko**
**307 Indian Spring Drive**
**Silver Spring, MD 20901**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7475 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $469.00 |
|---|---|---|---|

**Rolf Ehrhardt**
**46 Washington Park Ave**
**Mill Valley, CA 94941**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7476 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $15.00 |
|---|---|---|---|

**Rolland Hauser**
**1075 Tracy Lane**
**Chico, CA 95926**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7477 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $12,271.00 |
|---|---|---|---|

**Rolland Mo**
**1220 Murchison Dr**
**Millbrae, CA 94030**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7478 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $69.00 |
|---|---|---|---|

**Roman Lysecky**
**8604 N. Moonfire Dr.**
**Tucson, AZ 85743**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 722 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | |
|---|---|
| 3.7479 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: **$1,901.00**

**Roman Weiser**
**25020 Wheeler Road**
**Newhall, CA 91321**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.7480 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: **$2,581.00**

**Ron Attivissimo**
**68-16 Juno St.**
**Forest Hills, NY 11375**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.7481 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: **$341.00**

**Ron Dammon**
**PO Box 605**
**Fish Creek, WI 54212**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.7482 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: **$1,865.00**

**Ron Denheyer**
**15601 Dallas Parkway**
**Addison, TX 75001**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**  Case number (if known)
_____
Name

| 3.7483 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$35.00** |
|---|---|---|---|

**Ron Ellsworth**
**310 Catherine Lane**
**Salmon, ID 83467**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7484 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,493.00** |
|---|---|---|---|

**Ron Feinbaum**
**1525 Cranston Dr**
**Knoxville, TN 37922**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7485 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$779.00** |
|---|---|---|---|

**Ron Hauge**
**15950 SW Twin Fir Rd**
**Lake Oswego, OR 97035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7486 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$210.00** |
|---|---|---|---|

**Ron LaForgia**
**4032 Cresthaven Drive**
**Thousand Oaks, CA 91362**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 724 of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.7487** | **Nonpriority creditor's name and mailing address**

**Ron Lightstone**
**1333 Beverly Glen Blvd**
**Los Angeles, CA 90024**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$173.00**

---

**3.7488** | **Nonpriority creditor's name and mailing address**

**Ron Lussier**
**89 Crescent Avenue**
**Sausalito, CA 94965**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$512.00**

---

**3.7489** | **Nonpriority creditor's name and mailing address**

**Ron Mattson**
**685 Pasatiempo Drive**
**San Luis Obispo, CA 93405**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$16,240.00**

---

**3.7490** | **Nonpriority creditor's name and mailing address**

**Ron Miller**
**PO Box 490096**
**Mount Berry, GA 30149**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$349.00**

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 725 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.7491 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,184.00** |

**Ron Mondri**
**3610 130th Ave. NE**
**Bellevue, WA 98005**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7492 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$138.00** |

**Ron Polito**
**12087 MacDonald Dr.**
**Ojai, CA 93023**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7493 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,895.00** |

**Ron Ponce**
**461 34th Ave**
**San Francisco, CA 94121**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7494 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$80.00** |

**Ron Quillin**
**11659 Rocoso Road**
**Lakeside, CA 92040**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 726 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.7495 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$339.00** |

**Ron Riesenburger**
**41 Brentwood Avenue**
**Newton, MA 02459**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.7496 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$399.00** |

**Ron Scharman**
**386 West Shore Dr**
**Wyckoff, NJ 07481**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.7497 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$181.00** |

**Ron Schoenfeld**
**318 South Livermore Ave.**
**Livermore, CA 94550**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.7498 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$39,377.00** |

**Ron Talocka**
**12104 NW 79 Ct.**
**Parkland, FL 33076**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Debtor **Fox Ortega Enterprises, Inc.** Case number (if known) _____

Name

| 3.7499 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,329.00 |
|---|---|---|---|

**Ron Tilles**
**Croft Capital**
**New York, NY 10014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.7500 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,144.00 |
|---|---|---|---|

**Ron Zimmerman**
**The Herbfarm**
**Woodinville, WA 98072**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.7501 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,519.00 |
|---|---|---|---|

**Ronald Beck**
**211 Central Park West**
**New York, NY 10024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.7502 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,194.00 |
|---|---|---|---|

**Ronald Betzer**
**120 Adair Ln**
**Lafayette, LA 70508**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known)

---

| 3.7503 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $86.00 |
|---|---|---|---|

**Ronald Binder**
**33 Forest Lane**
**Berkeley, CA 94708**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.7504 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $744.00 |
|---|---|---|---|

**Ronald Brown**
**4110 Basswood Road**
**St. Louis Park, MN 55416**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.7505 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $10,313.00 |
|---|---|---|---|

**Ronald Brown**
**423 S Sharon Amity Rd**
**Charlotte, NC 28211**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.7506 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,650.00 |
|---|---|---|---|

**Ronald Chen**
**128 Washington St.**
**Hoboken, NJ 07030**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 729 of 1144

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____

Name

| 3.7507 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,529.00** |
|---|---|---|---|

**Ronald Davidow**
**47 Park Avenue**
**Maplewood, NJ 07040**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7508 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$53.00** |
|---|---|---|---|

**Ronald Duncan**
**6401 Soter Parkway**
**Austin, TX 78735**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7509 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$760.00** |
|---|---|---|---|

**Ronald Fox**
**2535 El Vita Way**
**Carmichael, CA 95608**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7510 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,527.00** |
|---|---|---|---|

**Ronald Freed**
**441 S. Fairview St**
**Burbank, CA 91505**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 730 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known)

---

| 3.7511 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $989.00 |
|---|---|---|---|

**Ronald Greene**
**1723 Cloverfield Blvd**
**Santa Monica, CA 90404**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.7512 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $131.00 |
|---|---|---|---|

**Ronald Hart**
**14280 Normandy Lane**
**Grass Valley, CA 95949**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.7513 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $119.00 |
|---|---|---|---|

**Ronald Kampney**
**1200 N. Battlefield Blvd**
**Chesapeake, VA 23320**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.7514 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown |
|---|---|---|---|

**Ronald Kohut**
**3554 Round Barn Blvd.**
**Suite 204**
**Santa Rosa, CA 95403**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 731 of 1144

Debtor **Fox Ortega Enterprises, Inc.**                     Case number (if known) _____
_____
Name

| 3.7515 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$639.00** |

**Ronald Lippitt**
**972 Tiogue Ave**
**Coventry, RI 02816**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7516 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,614.00** |

**Ronald Melville**
**3487 Padaro Lane**
**Carpinteria, CA 93013**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7517 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$299.00** |

**Ronald Meuser Jr**
**18429 Tristram Way**
**Eden Prairie, MN 55346**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7518 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$22,528.00** |

**Ronald Niino**
**27459 Vista del Toro Pl**
**Salinas, CA 93908**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.7519 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$18,072.00** |

**Ronald Packard**
**7712 Georgetown Pike**
**McLean, VA 22102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7520 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$179.00** |

**Ronald Parker**
**264 S. La Cienega Blvd.**
**Beverly Hills, CA 90211**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7521 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$439.00** |

**ronald samess**
**113 pirates cove**
**Marathon, FL 33050**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7522 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$95.00** |

**Ronald Siegel**
**1723 Roscomare Rd**
**Los Angeles, CA 90077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 733 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known) _____

| 3.7523 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$330.00** |
|---|---|---|---|

**Ronald Tang**
**719 Flores de Oro**
**South Pasadena, CA 91030**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7524 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$179.00** |
|---|---|---|---|

**ronald westby**
**21 west lane ct**
**Dearborn, MI 48124**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7525 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$12,503.00** |
|---|---|---|---|

**Roopal Thakkar**
**1050 W Keswick L**
**Lake Forest, IL 60045**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7526 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$394.00** |
|---|---|---|---|

**Rory Barish**
**1416 Havenhurst Dr.**
**Los Angeles, CA 90046**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.7527 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$603,747.00** |
|---|---|---|---|

**Ross Bott**
**152 Poplar St**
**Half Moon Bay, CA 94019**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.7528 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,414.00** |
|---|---|---|---|

**Ross Jackson**
**5864 Chabot Road**
**Oakland, CA 94618**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.7529 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$419.00** |
|---|---|---|---|

**Ross Kari**
**13443 Triflorium**
**Sisters, OR 97759**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.7530 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,964.00** |
|---|---|---|---|

**Ross Lacy**
**736 Via De La Paz**
**Pacific Palisades, CA 90272**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.7531 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$3,729.00** |

**Ross Massey**
**50 Murray St**
**New York, NY 10007**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7532 | **Nonpriority creditor's name and mailing address** | **$6,329.00** |

**Ross Matsueda**
**2515 4th Ave**
**Seattle, WA 98121**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7533 | **Nonpriority creditor's name and mailing address** | **$16,364.00** |

**Ross Taylor**
**687 Pau Hana Dr**
**Soquel, CA 95073**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7534 | **Nonpriority creditor's name and mailing address** | **$24,688.00** |

**Ross Weissman**
**4 Cypress Point Dr**
**Purchase, NY 10577**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 736 of 1144

Debtor **Fox Ortega Enterprises, Inc.**                              Case number (if known) _____
_____
Name

| 3.7535 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$702.00** |
|---|---|---|---|

**Rourke McNamara**
**680 Mission St.**
**San Francisco, CA 94105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7536 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$359.00** |
|---|---|---|---|

**Roy Block**
**251 West Reading Way**
**Winter Park, FL 32789**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7537 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,388.00** |
|---|---|---|---|

**Roy Dornfeld**
**10615 Arlington Point**
**Alpharetta, GA 30022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7538 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$839.00** |
|---|---|---|---|

**Roy Johnston**
**330 East 38th St**
**New York, NY 10016**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 737 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.7539 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$10,891.00** |

**Roy Kim**
**6532 Vista Del Mar**
**Playa Del Rey, CA 90293**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.7540 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$12,658.00** |

**Roy Langley**
**Vining SP Ste 100**
**Charlotte, NC 28226**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.7541 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$419.00** |

**Roy Schwarz**
**1385 McKinistry Hill Rd**
**Hyde Park, VT 05655**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.7542 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$509.00** |

**Royal Miree, Jr**
**149 Camellia Circle**
**Birmingham, AL 35213**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 738 of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.7543 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,446.00** |

**Ruben Curiel**
**2475 Paseo de las Americas**
**San Diego, CA 92154**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7544 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$289.00** |

**Ruben Sigala**
**953 Encorvado St.**
**Las Vegas, NV 89138**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7545 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$515.00** |

**Rubi Fingeret**
**P.O. Box 157**
**Tenafly, NJ 07670**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7546 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$49.00** |

**Rudi Graeter**
**7 Court Ln**
**Fairfax, CA 94930**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 739 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

---

| 3.7547 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$429.00** |

**Rudyard Coltman**
**8336 NW Thompson Rd**
**Portland, OR 97229**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7548 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$7,515.00** |

**Rui Matos**
**1600 S. Westgate Av.**
**Los Angeles, CA 90025**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7549 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,464.00** |

**Russ Batt**
**9228 Carol's View LAne**
**Forestville, CA 95436**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7550 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$821.00** |

**Russ Ciezata**
**15219 Freeman Ave**
**Lawndale, CA 90260**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 740 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.7551 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: |

**Russ Rabito**
**510 Underhill Road**
**Scarsdale, NY 10583**

_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**

■ No
☐ Yes

**$419.00**

---

| 3.7552 | **Nonpriority creditor's name and mailing address** |

**Russel Doe**
**165 High Sierra Dr.**
**Exeter, CA 93221**

_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**

■ No
☐ Yes

**$779.00**

---

| 3.7553 | **Nonpriority creditor's name and mailing address** |

**Russell Arkin**
**Remax Distinctive Real Estate**
**MCLEAN, VA 22101**

_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**

■ No
☐ Yes

**$335.00**

---

| 3.7554 | **Nonpriority creditor's name and mailing address** |

**Russell Chang**
**2283 Oak Hills**
**Pittsburg, CA 94565**

_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**

■ No
☐ Yes

**$235.00**

---

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

_____
Name

| | |
|---|---|
| 3.7555 | **Nonpriority creditor's name and mailing address** |

**RUSSELL DAVIS**
**3445 SEMINOLE TRAIL**
**Charlotesville, VA 22911**

_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**As of the petition filing date, the claim is:**                    **$654.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

| | |
|---|---|
| 3.7556 | **Nonpriority creditor's name and mailing address** |

**Russell Freeman**
**3506 W 10th Terrace**
**Lawrence, KS 66049**

_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**As of the petition filing date, the claim is:**                    **$361.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

| | |
|---|---|
| 3.7557 | **Nonpriority creditor's name and mailing address** |

**Russell Friedman**
**Barclay Pharmacy**
**Philadelphia, PA 19103**

_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**As of the petition filing date, the claim is:**                    **$509.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

| | |
|---|---|
| 3.7558 | **Nonpriority creditor's name and mailing address** |

**Russell From**
**PO Box 15928**
**San Luis Obispo, CA 93406**

_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

**As of the petition filing date, the claim is:**                    **$993.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

Case: 16-40050     Doc# 16-1     Filed: 01/21/16     Entered: 01/21/16 15:42:32     Page 742 of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.7559 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$719.00** |

**Russell Hanlon**
**421 Alta Avenue**
**Santa Cruz, CA 95060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7560 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$215.00** |

**Russell Hayman**
**1401 Chautauqua Blvd**
**Pacific Palisades, CA 90272**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7561 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,293.00** |

**Russell Kimmitt**
**400 Maplehurst Drive**
**Highlands Ranch, CO 80126**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7562 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,076.00** |

**Russell Loub**
**1110 Westloop**
**Manhattan, KS 66502**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 743 of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.7563 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,103.00** |

**Russell Macnow**
**265 Rt. 34, Suite E**
**Colts Neck, NJ 07722**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7564 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,848.00** |

**Russell McCandless**
**7700 County Road 26**
**Maple Plain, MN 55359**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7565 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$12,454.00** |

**Russell Potterfield**
**1065 Fisher Ln**
**Winnetka, IL 60093**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7566 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$14,450.00** |

**Russell Rosenblum**
**15 Echo Peak**
**Las Vegas, NV 89135**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 744 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | |
|---|---|
| 3.7567 | **Nonpriority creditor's name and mailing address** |

**Russell Smith**
**7032 Alder Creek Rd**
**Vallejo, CA 94591**

As of the petition filing date, the claim is: **$29.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

| | |
|---|---|
| 3.7568 | **Nonpriority creditor's name and mailing address** |

**Russell Van Hooser**
**70288 Pecos Road**
**Rancho Mirage, CA 92270**

As of the petition filing date, the claim is: **$225.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

| | |
|---|---|
| 3.7569 | **Nonpriority creditor's name and mailing address** |

**Russell Williams**
**3165 Mayflower Ave.**
**Lincoln, NE 68502**

As of the petition filing date, the claim is: **$2,859.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

| | |
|---|---|
| 3.7570 | **Nonpriority creditor's name and mailing address** |

**Rutger de Vink**
**PO Box 2174**
**Middleburg, VA 20118**

As of the petition filing date, the claim is: **$784.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.7571 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $269.00 |

**Ruth Hennigar**
**1030 Willow Glen Way**
**San Jose, CA 95125**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7572 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,118.00 |

**RUTH MIRRA**
**320 WATCH HILL ROAD**
**CORTLANDT MANOR, NY 10567**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7573 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,622.00 |

**Rutino Juswardi**
**6995 South East Ariel Street**
**Hillsboro, OR 97123**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7574 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,699.00 |

**Ryan Birch**
**6049 Hillcrest Ave.**
**Dallas, TX 75205**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 746 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Case number (if known)
_____

Name

| 3.7575 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$129.00** |

**Ryan Bynan**
**609 S. Summerlin Ave.**
**Orlando, FL 32801**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

| 3.7576 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$224.00** |

**Ryan Casey**
**507 N 5th**
**Ann Arbor, MI 48104**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

| 3.7577 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,032.00** |

**Ryan Caughey**
**3813 Southwestern St.**
**Houston, TX 77005**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

| 3.7578 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$545.00** |

**Ryan Curry**
**2530 Seaview Ave.**
**Corona Del Mar, CA 92625**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Debtor     **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____
          _____
          Name

| 3.7579 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$599.00** |

**Ryan Davies**
**3700 Toone St**
**Baltimore, MD 21224**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7580 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$384.00** |

**Ryan Fair**
**1615 Chestnut Grove Lane**
**Kingwood, TX 77345**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7581 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,617.00** |

**Ryan Garcia**
**2201 Radcliffe Ave**
**Charlotte, NC 28207**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7582 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,561.00** |

**Ryan Hodgins**
**1036 Banbury Ct**
**Napa, CA 94558**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050     Doc# 16-1     Filed: 01/21/16     Entered: 01/21/16 15:42:32     Page 748 of 1144

Debtor **Fox Ortega Enterprises, Inc.**  Case number (if known)
_____
Name

| | |
|---|---|
| 3.7583 | **Nonpriority creditor's name and mailing address** |

**Ryan Jefferies**
**3927 Nobel Drive**
**San Diego, CA 92122**

As of the petition filing date, the claim is: **$249.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| | |
|---|---|
| 3.7584 | **Nonpriority creditor's name and mailing address** |

**Ryan Keough**
**512 Elizabeth St.**
**San Francisco, CA 94114**

As of the petition filing date, the claim is: **$155.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| | |
|---|---|
| 3.7585 | **Nonpriority creditor's name and mailing address** |

**Ryan Kilkenney**
**4846 N. Hamilton Ave.**
**Chicago, IL 60625**

As of the petition filing date, the claim is: **$334.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| | |
|---|---|
| 3.7586 | **Nonpriority creditor's name and mailing address** |

**Ryan Lange**
**522 Connecticut St.**
**San Francisco, CA 94107**

As of the petition filing date, the claim is: **$3,443.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050  Doc# 16-1  Filed: 01/21/16  Entered: 01/21/16 15:42:32  Page 749 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

_____
Name

| 3.7587 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$599.00** |

**Ryan Limaye**
**375 San Mateo Dr**
**Menlo Park, CA 94025**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7588 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$262.00** |

**Ryan Lowe**
**407 Mt. Sequoia Court**
**Clayton, CA 94517**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7589 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,451.00** |

**Ryan Mash**
**39 North Moore Street**
**New York, NY 10013**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7590 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,422.00** |

**Ryan Morgan**
**2597 Sacramento**
**San Francisco, CA 94115**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor    **Fox Ortega Enterprises, Inc.**      Case number (if known) _____
Name

| 3.7591 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,824.00 |
|---|---|---|---|

**Ryan Ogg**
**546 11th St**
**Brooklyn, NY 11215**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number _____

| 3.7592 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $259.00 |
|---|---|---|---|

**Ryan Osborne**
**308 E 38th St**
**New York, NY 10016**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number _____

| 3.7593 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,349.00 |
|---|---|---|---|

**Ryan Patryluk**
**1591 McKenzie Way**
**Point Roberts, WA 98281**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number _____

| 3.7594 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $239.00 |
|---|---|---|---|

**Ryan Payne**
**230 Central Avenue**
**San Francisco, CA 94117**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 751 of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.7595 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$58.00** |
|---|---|---|---|

**Ryan Peterson**
**7500 E. Quincy Ave.**
**Denver, CO 80237**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7596 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,149.00** |
|---|---|---|---|

**Ryan Saccomano**
**231 17th st**
**Pacific Grove, CA 93950**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7597 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,814.00** |
|---|---|---|---|

**Ryan Snodgrass**
**602 5th St**
**Kirkland, WA 98033**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7598 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$792.00** |
|---|---|---|---|

**Ryan Stottlemyer**
**3304 Laviana Street**
**Tustin, CA 92782**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____

_____
Name

| 3.7599 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$799.00** |

**Ryan Sullivan**
**490 E. 19th Street**
**Costa Mesa, CA 92627**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7600 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,519.00** |

**Ryan Takeuchi**
**1218 N. LaCosta Lane**
**Flagstaff, AZ 86004**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7601 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$59.00** |

**Ryan Youngblood**
**816 Congress Ave**
**Austin, TX 78701**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7602 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,489.00** |

**Ryota Kojima**
**2-9-1-2710 Osaki**
**Tokyo, NU 00141-0032**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.7603 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$299.00** |
|---|---|---|---|

**S A Lerner**
**501 E Hardy St.**
**Inglewood, CA 90301**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.7604 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$35.00** |
|---|---|---|---|

**S. Lloyd**
**4773 Edenwood**
**Fort Worth, TX 76123**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.7605 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$79.00** |
|---|---|---|---|

**S. Sharkey**
**1927 Brook Avenue SW**
**Seattle, WA 98126**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.7606 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$139.00** |
|---|---|---|---|

**S.S. Bandi**
**1508 Camelia Court**
**Friendswood, TX 77546**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
| | Name | | |

---

| 3.7607 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$80,311.00** |

**Saab Dash**
**0802 82 Grange Road**
**SINGAPORE**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7608 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$299.00** |

**Sabrina Kay**
**101 Ocean Ave**
**Santa Monica, CA 90402**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7609 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$719.00** |

**Said Mohammadioun**
**7450 Wildercliff Drive**
**Atlanta, GA 30328**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7610 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$179.00** |

**Sal Cilella**
**2715 N. Hermitage Ave**
**Chicago, IL 60614**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 755 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

| 3.7611 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$139.00** |

**Sal Fusaro**
**4030 Poinciana Avenue**
**Miami, FL 33133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

| 3.7612 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,198.00** |

**Sal LiRosi**
**23 Avondale Landing**
**Alameda, CA 94502**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

| 3.7613 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$189.00** |

**Sal Perillo**
**99 Seventh Ave South**
**New York, NY 10014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

| 3.7614 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,759.00** |

**Sal Vasi**
**1017 S. 4th Ave**
**Bozeman, MT 59715**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**                                     Case number (if known) _____
_____
Name

| 3.7615 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$16.00** |

3.7615 **Nonpriority creditor's name and mailing address**

**Saleem Haider**
**674 Trinity Hills Lane**
**Livermore, CA 94550**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____        ☐ Yes

**$16.00**

---

3.7616 **Nonpriority creditor's name and mailing address**

**Sally Porush**
**1183 Godfrey Lane**
**Niskayuna, NY 12309**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____        ☐ Yes

**$31.00**

---

3.7617 **Nonpriority creditor's name and mailing address**

**Sally-Ann Epstein**
**553A Miner Road**
**Orinda, CA 94563**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____        ☐ Yes

**$75.00**

---

3.7618 **Nonpriority creditor's name and mailing address**

**Salvador Feliciano**
**1820sw36ave**
**Fort Lauderdale, FL 33312**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____        ☐ Yes

**$111.00**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.7619 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$1,003.00** |

**Sam Bagwell**
**1548 N. Columbus Ave.**
**Glendale, CA 91202**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7620 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$3,295.00** |

**Sam Bertolet**
**7625 Wydown**
**Clayton, MO 63105**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7621 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$3,419.00** |

**Sam Dellaria**
**701 S Wells St**
**Chicago, IL 60607**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7622 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$101.00** |

**Sam Franklin**
**108 Beaufain St**
**Charleston, SC 29401**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 758 of 1144

Debtor **Fox Ortega Enterprises, Inc.**     Case number (if known) _____

Name

---

| 3.7623 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$435.00** |
|---|---|---|---|

**Sam Gerbasi**
**304 Via Buena Ventura**
**Redondo Beach, CA 90277**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7624 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,036.00** |
|---|---|---|---|

**Sam Goth**
**748 Upper Pond Ct**
**Lafayette, CA 94549**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7625 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$481.00** |
|---|---|---|---|

**Sam Jean**
**83 Georgetown Green**
**Charlottesville, VA 22901**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7626 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,507.00** |
|---|---|---|---|

**Sam Kim**
**10 Michelle Ln**
**Livingston, NJ 07039**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 759 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

| 3.7627 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,869.00 |
|---|---|---|---|

**Sam Mendoza**
**23053 vanowen st**
**West Hills, CA 91307**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7628 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $375.00 |
|---|---|---|---|

**Sam Middleton**
**140 West Barbee Chapel Rd.**
**Chapel Hill, NC 27517**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7629 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $150.00 |
|---|---|---|---|

**Sam Miller**
**141 Hillcrest Terrace**
**Santa Cruz, CA 95060**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7630 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $5,599.00 |
|---|---|---|---|

**Sam Ottenhoff**
**110 Livingston St**
**Brooklyn, NY 11201**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**          Case number (if known) _____

Name

| 3.7631 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $211.00 |

**Sam Steinbach**
**1 Blue Blossom Ct**
**San Rafael, CA 94903**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

---

| 3.7632 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,867.00 |

**Sam Sundeleaf**
**244 SE 76th**
**Portland, OR 97215**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

---

| 3.7633 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $689.00 |

**Sam Upchurch**
**2100 A Southbridge Pkwy**
**Birmingham, AL 35209**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

---

| 3.7634 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,584.00 |

**Sam Vulakh**
**1855 Kearny St**
**San Francisco, CA 94133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____     ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.7635 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$199.00** |
|---|---|---|---|

**Samantha Nadasdi**
**141 Church Street**
**Mahwah, NJ 07430**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7636 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,824.00** |
|---|---|---|---|

**Sameh Abdelsayed**
**18265 Prairie Falcon Lane**
**Brookfield, WI 53045**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7637 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,882.00** |
|---|---|---|---|

**Samir Jhaveri**
**266 Widener Drive**
**Winchester, VA 22603**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7638 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$259.00** |
|---|---|---|---|

**Samit Dasgupta**
**1502 Keesling Ave**
**San Jose, CA 95125**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor  **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.7639 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$10,647.00** |
|---|---|---|---|

**Samit Patel**
**1036 Munras Ave**
**Monterey, CA 93940**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7640 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,869.00** |
|---|---|---|---|

**Sampath Ram**
**2786 Blakeslee Blvd**
**Medina, OH 44256**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7641 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$19,437.00** |
|---|---|---|---|

**Samuel Ciricillo**
**5238 Fair Oaks Blvd**
**Carmichael, CA 95608**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7642 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$250.00** |
|---|---|---|---|

**Samuel Dong**
**2844 Summit Street**
**Oakland, CA 94609**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 763 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.7643 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $89.00 |

**Samuel Goldman**
**58 Constance St.**
**Bedford, NH 03110**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7644 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,370.00 |

**Samuel Hartwell**
**1450 Jesusita Lane**
**Santa Barbara, CA 93105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7645 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,519.00 |

**Samuel Jacob**
**422 East 72nd Street**
**New York, NY 10021**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7646 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $299.00 |

**Samuel Krengel**
**2000 Telegraph Rd.**
**Deerfield, IL 60015**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 764 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

| | | |
|---|---|---|
| 3.7647 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,438.00** |

3.7647 | **Nonpriority creditor's name and mailing address**

**Samuel Masket**
**2080 Century Park East  Ste. 911**
**Century City, CA 90067**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$2,438.00**

---

3.7648 | **Nonpriority creditor's name and mailing address**

**Samuel Poser**
**550 West 54th Street**
**New York, NY 10019**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$1,169.00**

---

3.7649 | **Nonpriority creditor's name and mailing address**

**Samuel Powers**
**12 Larkspur Lane**
**Rye, NY 10528**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$26,132.00**

---

3.7650 | **Nonpriority creditor's name and mailing address**

**Samuel Ramage**
**7502 N Meridian St**
**Indianapolis, IN 46260**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$239.00**

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 765
of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.7651 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,395.00 |
|---|---|---|---|

**Samuel So**
**359 Stockbridge Ave**
**Menlo Park, CA 94027**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7652 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $429.00 |
|---|---|---|---|

**Samuel Thomas Rayburn**
**5001 Hawthorne Road**
**Little Rock, AR 72207**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7653 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $149.00 |
|---|---|---|---|

**San Francisco Wine Consulting**
**1067 Ashbury St**
**San Francisco, CA 94117**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7654 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $599.00 |
|---|---|---|---|

**Sandeep Aujla**
**616 Carlotta Circle**
**Pinole, CA 94564**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.7655 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$19,572.00** |

**Sander Romick**
**10800 Wilshire Blvd #504**
**Los Angeles, CA 90024**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7656 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$269.00** |

**Sandford Robinson**
**2415 Avalon Place**
**Houston, TX 77019**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7657 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$699.00** |

**Sandra Cath**
**2190 Washington**
**San Francisco, CA 94109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7658 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$35.00** |

**Sandra McDonough**
**13760 Calle Seco**
**Poway, CA 92064**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**
_____ Case number (if known) _____
Name

| 3.7659 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$337.00** |
|---|---|---|---|

**Sandra Miller**
**1401 El Rito Ave**
**Glendale, CA 91208**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____  ☐ Yes

| 3.7660 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$495.00** |
|---|---|---|---|

**Sandy Flint**
**PO Box 338**
**Sealy, TX 77474**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____  ☐ Yes

| 3.7661 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$10,319.00** |
|---|---|---|---|

**Sandy Guerin**
**7256 East El Caminito Dr.**
**Scottsdale, AZ 85258**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____  ☐ Yes

| 3.7662 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$12,655.00** |
|---|---|---|---|

**Sandy Stoll**
**185 Jennings Ave**
**Patchogue, NY 11772**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____  ☐ Yes

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.7663** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,199.00**

**Sanford Grossman**
**75 Conyers Farm Drive**
**Greenwich, CT 06831**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.7664** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$149.00**

**Sang Hwang**
**26 Ave at Port Imperial, #212**
**West New York, NJ 07093**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.7665** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$249.00**

**Sang Peiris**
**4327 Buena Vista St. #4**
**Dallas, TX 75205**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.7666** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$59.00**

**Sang Ro**
**336 Orangeburgh Rd.**
**Old Tappan, NJ 07675**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 769 of 1144

Debtor **Fox Ortega Enterprises, Inc.**      Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.7667 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:    **$2,070.00** |

**Sang-Mo Kang**
**95 Ravenwood Drive**
**San Francisco, CA 94127**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.7668 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:    **$3,127.00** |

**Sanghoon Choi**
**1133 Hollenbeck Ave.**
**Sunnyvale, CA 94087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.7669 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:    **$2,648.00** |

**Sangoak Lee**
**5F MBC**
**31 Yeouido-dong, Seoul**
**SOUTH KOREA**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.7670 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is:    **$8,675.00** |

**Sangrok Moon**
**411 E Brinkerhoff Ave., #411**
**Palisades Park, NJ 07650**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.7671** | Nonpriority creditor's name and mailing address

**Sanjar Chakamian**
**1940 Pear Drive**
**Morgan Hill, CA 95037**

As of the petition filing date, the claim is: **$599.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

**3.7672** | Nonpriority creditor's name and mailing address

**Sanjay Desai**
**6 West Glenbrooke Circle**
**Richmond, VA 23229**

As of the petition filing date, the claim is: **$4,441.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

**3.7673** | Nonpriority creditor's name and mailing address

**Sanjay Kapoor**
**195 Coronado Ave**
**Los Altos, CA 94022**

As of the petition filing date, the claim is: **$3,007.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

**3.7674** | Nonpriority creditor's name and mailing address

**Sara Kropf**
**'4543 Grant Road, N.W.'**
**Washington, DC 20016**

As of the petition filing date, the claim is: **$209.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

Debtor **Fox Ortega Enterprises, Inc.**
Name
Case number (if known) _____

| 3.7675 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$89.00** |

**Sara Orosco**
**11447 Old Redwood Hwy**
**Healdsburg, CA 95448**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.7676 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$209.00** |

**Sara Sharkey**
**3303 Hunter Blvd S**
**Seattle, WA 98144**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.7677 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$86.00** |

**Sarah Beth MacKinley**
**306 Hall Rd.**
**Barrington, NH 03833**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.7678 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$253.00** |

**Sarah Davies**
**700 Buena Vista Place**
**Walnut Creek, CA 94597**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050      Doc# 16-1      Filed: 01/21/16      Entered: 01/21/16 15:42:32      Page 772
of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

| 3.7679 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,729.00** |
|---|---|---|---|

**Sarah Kirschbaum**
**775 South 7th St**
**Philadelphia, PA 19147**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

| 3.7680 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$6,769.00** |
|---|---|---|---|

**Sarah Lyons**
**16150 Royal Mount Drive**
**Encino, CA 91436**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

| 3.7681 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$249.00** |
|---|---|---|---|

**Sarah Nowlin**
**1751 Oak Avenue**
**Los Altos, CA 94024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

| 3.7682 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$169.00** |
|---|---|---|---|

**Sarah Stewart**
**111 Sutter St.**
**San Francisco, CA 94104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

Debtor  **Fox Ortega Enterprises, Inc.**

Name

Case number (if known)

---

| 3.7683 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$129.00** |
|---|---|---|---|

**Sarah Zuska**
**87 Yosemite Ave**
**Oakland, CA 94611**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number

☐ Yes

---

| 3.7684 | **Nonpriority creditor's name and mailing address** | **$145.00** |
|---|---|---|

**Sari M Friedman**
**666 Old Country Road**
**Garden City, NY 11530**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number

☐ Yes

---

| 3.7685 | **Nonpriority creditor's name and mailing address** | **$539.00** |
|---|---|---|

**Sarit Schneider**
**3929 Barcroft Mews Ct**
**Falls Church, VA 22041**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number

☐ Yes

---

| 3.7686 | **Nonpriority creditor's name and mailing address** | **$7,258.00** |
|---|---|---|

**Sasha Verhage**
**446 60th St**
**Oakland, CA 94609**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number

☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 774 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.7687 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$1,000,000.00** |

**Saul Gevertz**
**346 Grand Ave.**
**Oakland, CA 94609**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.7688 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$2,732.00** |

**Savannah Helgeson**
**171 Commonwealth Ave**
**Boston, MA 02116**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.7689 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$25,765.00** |

**Scot Hasselman**
**606 Cameron Street**
**Alexandria, VA 22314**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.7690 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$660.00** |

**Scot Six**
**94 Clapboard Hill Road**
**Westport, CT 06880**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case: 16-40050     Doc# 16-1     Filed: 01/21/16     Entered: 01/21/16 15:42:32     Page 775 of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.7691** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,859.00**

**Scott Ahlstrom**
**3021 Iroquois**
**Wilmette, IL 60091**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.7692** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,009.00**

**Scott Allen**
**1137 Grant St**
**Evanston, IL 60201**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.7693** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$36,274.00**

**Scott Asbill**
**760 Sunriver Lane**
**Redding, CA 96001**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.7694** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$579.00**

**Scott Austin**
**18957 Carmel Crest Drive**
**Tarzana, CA 91356**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 776 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.7695 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,875.00** |

**Scott Bell**
**10 Buck Trail**
**Sandy Hook, CT 06482**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7696 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$399.00** |

**Scott Bennion**
**4231 Beaucroft Court**
**Westlake Village, CA 91361**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7697 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$110.00** |

**Scott Bishop**
**4 LaSallette Road**
**Westford, MA 01886**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7698 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$599.00** |

**Scott Blackman**
**120 Danford Dr.**
**Clarksville, TN 37040**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 777 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.7699 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$109.00** |

**Scott Bonagofsky**
**1239 F Northpoint Dr.**
**San Francisco, CA 94130**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7700 | **Nonpriority creditor's name and mailing address** | **$458.00** |

**Scott Bradway**
**1100 Circle 75 Parkway**
**Atlanta, GA 30339**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7701 | **Nonpriority creditor's name and mailing address** | **$199.00** |

**Scott Broderick**
**5 Spoleto Court**
**Greenville, SC 29609**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7702 | **Nonpriority creditor's name and mailing address** | **$4,894.00** |

**Scott Burg**
**35925 Agate Creek Road**
**Steamboat Springs, CO 80487**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.7703 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $550.00 |

**Scott Chaykin**
**1449 Ranchita Drive**
**Los Altos, CA 94024**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7704 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $34,922.00 |

**Scott Claffee**
**925 R ST NW**
**Washington, DC 20001**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7705 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $879.00 |

**Scott Clay**
**22 Prospect St.**
**Foxboro, MA 02035**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7706 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $499.00 |

**Scott Darling**
**5236 Stardust Road**
**La Canada Flintridge, CA 91011**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 779 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.7707 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,339.00** |
|---|---|---|---|

**Scott Daum**
**1700 Telegraph Road**
**Lake Forest, IL 60045**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.7708 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$190.00** |
|---|---|---|---|

**Scott Devinsky**
**600 Arlington Ave.**
**Berkeley, CA 94707**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.7709 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,109.00** |
|---|---|---|---|

**Scott Drury**
**45 Nicholson Dr.**
**Chatham, NJ 07928**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.7710 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$743.00** |
|---|---|---|---|

**Scott Eagle**
**105 Duane St**
**New York, NY 10007**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.7711 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$4,799.00** |

**Scott Edwardson**
**7 Kendra Court**
**Ridgefield, CT 06877**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.7712 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$329.00** |

**Scott Ellison**
**260 King St. #1215**
**San Francisco, CA 94107**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.7713 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$1,461.00** |

**Scott Epstein**
**62 Saturn Street**
**San Francisco, CA 94114**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.7714 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$210.00** |

**Scott Fillmore**
**1544 Sundance Drive South**
**Fargo, ND 58104**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 781 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.7715 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,507.00 |

**Scott Fitzwater**
**3553 NE Hancock**
**Portland, OR 97212**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7716 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $626.00 |

**Scott Fletcher**
**284 5th Ave**
**New York, NY 10001**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7717 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,609.00 |

**Scott Fox**
**4942 Concannon Court**
**San Diego, CA 92130**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7718 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $139.00 |

**Scott Glasser**
**9 Mayberry Rd.**
**Chappaqua, NY 10514**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.7719 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,229.00 |
|---|---|---|---|

**Scott Greene**
**533 Avon Road**
**West Palm Beach, FL 33401**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7720 | Nonpriority creditor's name and mailing address | | $197.00 |
|---|---|---|---|

**Scott Gruner**
**12705 NE 112th St**
**Kirkland, WA 98033**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7721 | Nonpriority creditor's name and mailing address | | $395.00 |
|---|---|---|---|

**Scott Halliday**
**3337 East Shore Drive**
**Seattle, WA 98112**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7722 | Nonpriority creditor's name and mailing address | | $14,526.00 |
|---|---|---|---|

**Scott Harris**
**4 Manchester Road, Lower Beech Farm**
**Macclesfield, Chesire**
**ENGLAND**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 783 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.7723 | **Nonpriority creditor's name and mailing address** |

**Scott Haskins**
**1017 Green Street**
**San Francisco, CA 94133**

As of the petition filing date, the claim is: **$4,443.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.7724 | **Nonpriority creditor's name and mailing address** |

**Scott Heller**
**30 Wild Turkey Ct**
**Carmel, NY 10512**

As of the petition filing date, the claim is: **$9,968.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.7725 | **Nonpriority creditor's name and mailing address** |

**Scott Henslee**
**140 Grant Ave.**
**San Antonio, TX 78209**

As of the petition filing date, the claim is: **$359.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.7726 | **Nonpriority creditor's name and mailing address** |

**Scott Heppel**
**1348 E Crestwood Dr**
**Memphis, TN 38119**

As of the petition filing date, the claim is: **$9,100.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 784 of 1144

Debtor  **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.7727 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$31,094.00** |

**Scott Hershman**
**113 East 35th Street**
**New York, NY 10016**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7728 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$209.00** |

**Scott Hoskins**
**'225 W. Ohio, 6th Floor'**
**Chicago, IL 60654**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7729 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$719.00** |

**Scott Irgang**
**14 Heritage Drive**
**Pleasantville, NY 10570**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7730 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,407.00** |

**Scott Jameson**
**22 Empire Forest Pl**
**The Woodlands, TX 77382**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 785 of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.7731 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $479.00 |
|---|---|---|---|

**Scott Kaspick**
**815 Berkeley Avenue**
**Menlo Park, CA 94025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.7732 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $67.00 |
|---|---|---|---|

**Scott Kiepen**
**575 Market Street**
**San Francisco, CA 94105**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.7733 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $80.00 |
|---|---|---|---|

**Scott Kraft**
**3866 19th St**
**San Francisco, CA 94114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.7734 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $23,381.00 |
|---|---|---|---|

**Scott Lancaster**
**111 Vailco Lane**
**Austin, TX 78738**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 786 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.7735 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$10,824.00** |

**Scott Lauck**
**3999 Holly street**
**Denver, CO 80207**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.7736 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$306.00** |

**Scott Lee**
**1214 McDonald Dr**
**Pinole, CA 94564**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.7737 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$5,745.00** |

**Scott Lindstedt**
**2319 N. Lafayette**
**Arlington Heights, IL 60004**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.7738 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$8,733.00** |

**Scott Lorin**
**730 Columbus Ave**
**New York, NY 10025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 787 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.7739 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,789.00** |

**Scott Macdonald**
**27 Shad Thames**
**Wheat Wharf, London, SE12YW**
**ENGLAND**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____   ☐ Yes

---

| 3.7740 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$680.00** |

**Scott MacKenzie**
**2032 Blairview Ave**
**North Vancouver, BC V7H2N4**
**CANADA**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____   ☐ Yes

---

| 3.7741 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$364.00** |

**Scott Martin**
**26 Burling Lane**
**New Rochelle, NY 10801**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____   ☐ Yes

---

| 3.7742 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,409.00** |

**Scott Matsueda**
**682 S 13th St**
**San Jose, CA 95112**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____   ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor  **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____
_____
Name

| | |
|---|---|

3.7743 | **Nonpriority creditor's name and mailing address**

**Scott McDonald**
**5455 N Sheridan Rd**
**Chicago, IL 60640**

**As of the petition filing date, the claim is:**                    **$12,086.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

3.7744 | **Nonpriority creditor's name and mailing address**

**Scott McDonald**
**39 Pierrepoint Street**
**Brooklyn, NY 11201**

**As of the petition filing date, the claim is:**                    **$253.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

3.7745 | **Nonpriority creditor's name and mailing address**

**Scott Merriner**
**10200 Honey Bear Ln**
**Anchorage, AK 99516**

**As of the petition filing date, the claim is:**                    **$423.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

3.7746 | **Nonpriority creditor's name and mailing address**

**Scott Miller**
**11282 Loch Lomond Rd.**
**Los Alamitos, CA 90720**

**As of the petition filing date, the claim is:**                    **$959.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known)

Name

| | |
|---|---|
| 3.7747 | **Nonpriority creditor's name and mailing address** |

**Scott Minnick**
**28 South Main Street**
**East Hampton, CT 06424**

As of the petition filing date, the claim is: **$59.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| | |
|---|---|
| 3.7748 | **Nonpriority creditor's name and mailing address** |

**Scott Mitic**
**1730 Webster ST**
**Palo Alto, CA 94301**

As of the petition filing date, the claim is: **$273.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| | |
|---|---|
| 3.7749 | **Nonpriority creditor's name and mailing address** |

**Scott Monette**
**1138 Flagstaff Rd**
**Boulder, CO 80302**

As of the petition filing date, the claim is: **$1,679.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| | |
|---|---|
| 3.7750 | **Nonpriority creditor's name and mailing address** |

**Scott Mosher**
**16158 Bachman Court**
**Monte Sereno, CA 95030**

As of the petition filing date, the claim is: **$407.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 790 of 1144

Debtor  **Fox Ortega Enterprises, Inc.**                                      Case number (if known) _____
_____
Name

| 3.7751 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,049.00** |

**Scott Moskowitz**
**1045 Seahaven Drive**
**Mamaroneck, NY 10543**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7752 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$191.00** |

**Scott Mowry**
**13933 Valley Country Dr.**
**Chantilly, VA 20151**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7753 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,725.00** |

**Scott Nielsen**
**1441 W. Chase Ave.**
**Chicago, IL 60626**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7754 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$18,503.00** |

**Scott Nyberg**
**4770 Mayo Woodlands Road SW**
**Rochester, MN 55902**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 791 of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.7755 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$169.00** |
|---|---|---|---|

**Scott O'Neil**
**5995 W. 22nd Ave.**
**Edgewater, CO 80214**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.7756 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$315.00** |
|---|---|---|---|

**Scott Peltz**
**2757 N. Kenmore**
**Chicago, IL 60614**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.7757 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$38,455.00** |
|---|---|---|---|

**Scott Pendergast**
**6035 Penfield Ln**
**Solon, OH 44139**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.7758 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$65.00** |
|---|---|---|---|

**Scott Peoples**
**2996 Danielle Lane**
**Livermore, CA 94550**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 792 of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.7759 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$6,591.00** |
|---|---|---|---|

**Scott Peters**
**POB 1078**
**Council Bluffs, IA 51502**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7760 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,049.00** |
|---|---|---|---|

**Scott Pikovsky**
**5471 Zumbra Circle**
**Excelsior, MN 55331**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7761 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$39.00** |
|---|---|---|---|

**Scott Preston**
**15 Candlelight Lane**
**Lafayette, CA 94549**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7762 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,854.00** |
|---|---|---|---|

**Scott Ramsey**
**9 Murray Street**
**New York, NY 10007**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 793 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____  Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.7763 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,899.00** |

**Scott Robinson**
**5708 San Elijo**
**Rancho Santa Fe, CA 92067**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.7764 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$827.00** |

**Scott Rothwell**
**2727 Allan Parkway**
**Houston, TX 77019**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.7765 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$262.00** |

**Scott Roulston**
**3636 Euclid ave**
**Cleveland, OH 44115**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.7766 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$749.00** |

**Scott Rudick**
**4404 Brookfield Drive**
**Kensington, MD 20895**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 794 of 1144

Debtor  **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.7767 | **Nonpriority creditor's name and mailing address** | **$936.00** |

As of the petition filing date, the claim is:
Check all that apply.

**Scott Russell**
**134 Cunard Ave.**
**Cheektowaga, NY 14225**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.7768 | **Nonpriority creditor's name and mailing address** | **$1,189.00** |

As of the petition filing date, the claim is:
Check all that apply.

**Scott Schimke**
**7301 County Rd 24**
**Orland, CA 95963**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.7769 | **Nonpriority creditor's name and mailing address** | **$3,637.00** |

As of the petition filing date, the claim is:
Check all that apply.

**Scott Sherr**
**170 S. Martel Ave.**
**Los Angeles, CA 90036**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.7770 | **Nonpriority creditor's name and mailing address** | **$95.00** |

As of the petition filing date, the claim is:
Check all that apply.

**Scott Shuler**
**22108 Red Hawk Lane**
**Golden, CO 80401**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**     Case number (if known) _____
_____
Name

| 3.7771 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $147,679.00 |

**Scott Siegner**
**175 North Harbor Drive**
**Chicago, IL 60601**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Basis for the claim:**

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.7772 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $159.00 |

**Scott Silverness**
**18619 Sandy Rd.**
**Castro Valley, CA 94546**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Basis for the claim:**

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.7773 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $719.00 |

**Scott Simon**
**3401 Quiet Cove**
**Corona Del Mar, CA 92625**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Basis for the claim:**

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.7774 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $219.00 |

**Scott Simon**
**2225 Tree Ln**
**Billings, MT 59102**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Basis for the claim:**

**Is the claim subject to offset?**
■ No
☐ Yes

---

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.7775 | **Nonpriority creditor's name and mailing address** |

**Scott Smylie**
**5565 Avenida Fiesta**
**La Jolla, CA 92037**

**As of the petition filing date, the claim is:**                **$289.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| | |
|---|---|
| 3.7776 | **Nonpriority creditor's name and mailing address** |

**Scott Snyder**
**1326 12th Ave**
**San Francisco, CA 94122**

**As of the petition filing date, the claim is:**              **$1,021.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| | |
|---|---|
| 3.7777 | **Nonpriority creditor's name and mailing address** |

**Scott Solomon**
**3186 Silver Lake Drive NE**
**Atlanta, GA 30319**

**As of the petition filing date, the claim is:**                **$175.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| | |
|---|---|
| 3.7778 | **Nonpriority creditor's name and mailing address** |

**Scott Soltas**
**95 Ridge Road**
**Rumson, NJ 07760**

**As of the petition filing date, the claim is:**                **$539.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 797
of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.7779 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | **$16.00** |
|---|---|---|---|---|

**Scott Stephens**
**13355 Berg Street**
**Sylmar, CA 91342**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7780 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,533.00** |
|---|---|---|---|

**Scott Stooker**
**4290 Mt. Veeder Rd.**
**Napa, CA 94558**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7781 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$13,319.00** |
|---|---|---|---|

**Scott Sullinger**
**338 Spear Unit**
**San Francisco, CA 94105**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7782 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$25,712.00** |
|---|---|---|---|

**Scott Sullivan**
**2528 S. Canterbury Rd**
**Wilmington, NC 28403**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor **Fox Ortega Enterprises, Inc.**　　　　　　　　　　　Case number (if known) _____
　　　　　　　　Name

| 3.7783 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$209.00** |

3.7783 | **Nonpriority creditor's name and mailing address**

**Scott Sutherland**
**420 Sherwood Way**
**Menlo Park, CA 94025**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**$209.00**

---

3.7784 | **Nonpriority creditor's name and mailing address**

**Scott Tallman**
**620 N 34th Street**
**Seattle, WA 98103**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**$349.00**

---

3.7785 | **Nonpriority creditor's name and mailing address**

**Scott Valent**
**4951 S Holly Street**
**Englewood, CO 80111**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**$797.00**

---

3.7786 | **Nonpriority creditor's name and mailing address**

**Scott Weingarten**
**47 Hummingbird Drive**
**Roslyn, NY 11576**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**$419.00**

---

Case: 16-40050　　Doc# 16-1　　Filed: 01/21/16　　Entered: 01/21/16 15:42:32　　Page 799 of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.7787 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$600.00** |
|---|---|---|---|

**Scott Weinstein**
**1118 Church Street #4**
**San Francisco, CA 94114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.7788 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$585.00** |
|---|---|---|---|

**Scott Wheeler**
**1619A Walnut Street**
**Berkeley, CA 94709**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.7789 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$330.00** |
|---|---|---|---|

**Scott Wiesen**
**150 Tamiami Trail North**
**Naples, FL 34102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.7790 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,952.00** |
|---|---|---|---|

**Scott Williams**
**216 Lucas Lane**
**Chapel Hill, NC 27516**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 800 of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.7791 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,150.00** |

**Scott Wilson**
**2514 Greenwich Street**
**San Francisco, CA 94123**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7792 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,254.00** |

**Scott Withycombe**
**1906 Nelson Ave**
**Redondo Beach, CA 90278**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7793 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$154.00** |

**Scott Wren**
**933 Shattuck Avenue**
**Berkeley, CA 94707**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7794 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$914.00** |

**Scott Zoldan**
**1462 Tori Pines Ct**
**Canfield, OH 44406**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 801 of 1144

Debtor  **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.7795 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,000.00** |

**Seabrook Export Services**
**101 Stephenson St., Canning Town**
**London, E-1**
**ENGLAND**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7796 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$471.00** |

**Seamus Campbell**
**4407 NE 8th Ave**
**Portland, OR 97211**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7797 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$295.00** |

**Sean Burns**
**273 Blue Mountain Way**
**Claremont, CA 91711**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7798 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,653.00** |

**Sean D Sullivan**
**4528 110th Ave NE**
**Kirkland, WA 98033**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 802 of 1144

Debtor   **Fox Ortega Enterprises, Inc.**                          Case number (if known) _____
_____
Name

| 3.7799 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$329.00** |
|---|---|---|---|

**Sean Dixon**
**C/O Wells Fargo Foothill**
**Santa Monica, CA 90404**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7800 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,899.00** |
|---|---|---|---|

**Sean Elliott**
**62 Sudbury**
**Stow, MA 01775**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7801 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,519.00** |
|---|---|---|---|

**Sean Knutsen**
**6207 Cascade Pass**
**Chanhassen, MN 55317**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7802 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,019.00** |
|---|---|---|---|

**Sean McClenaghan**
**3770 Paces Ferry Rd NW**
**Atlanta, GA 30327**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor **Fox Ortega Enterprises, Inc.**                     Case number (if known) _____
_____
Name

| 3.7803 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$39.00** |
|---|---|---|---|

**Sean Meshorer**
**14618 Tyler Foote Rd.**
**Nevada City, CA 95959**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7804 | **Nonpriority creditor's name and mailing address** | | **$151.00** |
|---|---|---|---|

**Sean Meyer**
**42078 Fiddlehead Place**
**Aldie, VA 20105**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7805 | **Nonpriority creditor's name and mailing address** | | **$2,229.00** |
|---|---|---|---|

**Sean Monroe**
**4088 Camellia Ave.**
**Studio City, CA 91604**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7806 | **Nonpriority creditor's name and mailing address** | | **$559.00** |
|---|---|---|---|

**Sean Moore**
**2343 NW 95 Street**
**Seattle, WA 98117**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 804 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.7807 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$21,707.00** |

**Nonpriority creditor's name and mailing address**

**Sean Murphy**
**245 Park Ave.**
**New York, NY 10167**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$21,707.00**

---

3.7808 **Nonpriority creditor's name and mailing address**

**Sean Newsom**
**1168 Inverness Pl**
**San Luis Obispo, CA 93401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$255.00**

---

3.7809 **Nonpriority creditor's name and mailing address**

**Sean Norton**
**594 29th Street**
**San Francisco, CA 94131**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$4,605.00**

---

3.7810 **Nonpriority creditor's name and mailing address**

**Sean O'Leary**
**1117 Mathews Street**
**Fort Collins, CO 80524**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$135.00**

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 805 of 1144

Debtor __Fox Ortega Enterprises, Inc._____  Case number (if known) _____
Name

| | |
|---|---|

3.7811  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:                          **$29.00**
**Sean Pathiratne**                                             Check all that apply.
**4468 Pearl Avenue**                                           ☐ Contingent
**San Jose, CA 95136**                                          ☐ Unliquidated
                                                                ☐ Disputed

                                                                **Basis for the claim:**

Date or dates debt was incurred  _____             **Is the claim subject to offset?**

                                                                ■ No
Last 4 digits of account number  _____             ☐ Yes

---

3.7812  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:                         **$569.00**
**Sean Pattison**                                              Check all that apply.
**2743 Holly Ridge Dr**                                        ☐ Contingent
**Los Angeles, CA 90068**                                      ☐ Unliquidated
                                                                ☐ Disputed

                                                                **Basis for the claim:**

Date or dates debt was incurred  _____             **Is the claim subject to offset?**

                                                                ■ No
Last 4 digits of account number  _____             ☐ Yes

---

3.7813  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:                         **$735.00**
**Sean Sprinkle**                                              Check all that apply.
**1520 W. Canal Ct.**                                          ☐ Contingent
**Littleton, CO 80120**                                        ☐ Unliquidated
                                                                ☐ Disputed

                                                                **Basis for the claim:**

Date or dates debt was incurred  _____             **Is the claim subject to offset?**

                                                                ■ No
Last 4 digits of account number  _____             ☐ Yes

---

3.7814  **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:                         **$439.00**
**Sebastien Hutchinson**                                       Check all that apply.
**1701 Jackson Street**                                        ☐ Contingent
**San Francisco, CA 94109**                                    ☐ Unliquidated
                                                                ☐ Disputed

                                                                **Basis for the claim:**

Date or dates debt was incurred  _____             **Is the claim subject to offset?**

                                                                ■ No
Last 4 digits of account number  _____             ☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 806
of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____    Case number (if known) _____
Name

| 3.7815 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$9,883.00** |
|---|---|---|---|

**Sebastien Mancel**
**140 S Van Ness**
**San Francisco, CA 94103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7816 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$8,662.00** |
|---|---|---|---|

**Seima Saito**
**15-2 Matsukaze-cho**
**Hiratsuka, NU 00254-0812**
**JAPAN**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7817 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$199.00** |
|---|---|---|---|

**Sejal Mukherjee**
**281 Garth Rd.**
**Scarsdale, NY 10583**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7818 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,478.00** |
|---|---|---|---|

**Selby Hinkebein**
**7509 E. Sycamore**
**Evansville, IN 47715**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 807 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | |
|---|---|
| 3.7819 | **Nonpriority creditor's name and mailing address** |

**Selby Sullivan**
**1590 E Mountain Dr**
**Santa Barbara, CA 93108**

As of the petition filing date, the claim is:                        **$407.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.7820 | **Nonpriority creditor's name and mailing address** |

**Seol Park**
**3408 Windsor Park CT**
**Englewood, NJ 07631**

As of the petition filing date, the claim is:                        **$657.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.7821 | **Nonpriority creditor's name and mailing address** |

**Seoungje Seong**
**#317, Hannuri-daero 1934**
**Sejong City,  339-007**
**SOUTH KOREA**

As of the petition filing date, the claim is:                        **$47.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.7822 | **Nonpriority creditor's name and mailing address** |

**Sepehr Maxood**
**13824 North Creek Dr**
**Mill Creek, WA 98012**

As of the petition filing date, the claim is:                        **$26,015.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 808 of 1144

Debtor **Fox Ortega Enterprises, Inc.**     Case number (if known) _____
_____
Name

| | |
|---|---|
| 3.7823   **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $647.00 |

3.7823   **Nonpriority creditor's name and mailing address**

**Sequoia Stalder**
**40 Eagles Way**
**Cold Spring, NY 10516**

**As of the petition filing date, the claim is:**      **$647.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

3.7824   **Nonpriority creditor's name and mailing address**

**Serge Hullar**
**552 Rue du Fief Soleil**
**AIFFRES, 79230**
**FRANCE**

**As of the petition filing date, the claim is:**      **$319.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

3.7825   **Nonpriority creditor's name and mailing address**

**Serge Moresi**
**9104 Jones Mill Rd**
**Chevy Chase, MD 20815**

**As of the petition filing date, the claim is:**      **$215.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

3.7826   **Nonpriority creditor's name and mailing address**

**Sergey Paushkin**
**51 Scenic Hills Court**
**Belle Mead, NJ 08502**

**As of the petition filing date, the claim is:**      **$408.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**   Case number (if known) _____

Name

| 3.7827 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,040.00** |

**SERGIO GUTIERREZ**
**20 de Noviembre 500**
**Monterrey, Nuevo Leon**
**MEXICO**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7828 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$79.00** |

**Sergio Perera**
**545 Westminster**
**Venice, CA 90291**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7829 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$450.00** |

**Sergio Suarez**
**c/o Woodland Hills Wine**
**Woodland Hills, CA 91364**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7830 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,924.00** |

**Seth Ferguson**
**5 Wildomar Street**
**Mill Valley, CA 94941**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 810 of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|--------|-----------------------------------|------------------------|---|
| | Name | | |

---

| 3.7831 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,076.00** |
|--------|---|---|---|

**Seth Kunin**
**28 Anacapa Street**
**Santa Barbara, CA 93101**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7832 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$936.00** |
|--------|---|---|---|

**Seth Radwell**
**132 E. 16th Street**
**New York, NY 10003**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7833 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,784.00** |
|--------|---|---|---|

**Seth Rosenberg**
**345 Clinton Ave**
**Brooklyn, NY 11238**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7834 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,619.00** |
|--------|---|---|---|

**Seth Russell**
**4231 Whitman Street**
**Houston, TX 77027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 811 of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.7835 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,297.00** |

**Sethih Nang**
**3616 Kelso Ct.**
**San Jose, CA 95127**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7836 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$73,751.00** |

**Seung Lee**
**1441 Kapiolani Blvd.**
**Honolulu, HI 96814**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7837 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$53.00** |

**Seymour Slaven**
**17518 Foxborough Ln.**
**Boca Raton, FL 33496**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7838 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$37,041.00** |

**Shaffique Verjee**
**950 Warden Avenue**
**Toronto, ON M1L4E3**
**CANADA**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 812 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

---

| 3.7839 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,079.00 |
|---|---|---|---|

**Shahan Soghikian**
**109 Crocker Ave**
**Oakland, CA 94610**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.7840 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $91,046.00 |
|---|---|---|---|

**Shahe Vartivarian**
**15655 Walkwood Drive**
**Houston, TX 77079**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.7841 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,309.00 |
|---|---|---|---|

**Shahram Gholami**
**2581 Samaratan Dr.**
**San Jose, CA 95124**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.7842 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,159.00 |
|---|---|---|---|

**Shan-ren Zhou**
**1720 Richbourg Park Dr**
**Brentwood, TN 37027**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 813 of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number *(if known)* | |
|--------|-----------------------------------|--------------------------|---|
| | Name | | |

---

| 3.7843 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$23,063.00** |

**Shane Johnson**
**P.O. Box 8880**
**Incline Village, NV 89452**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7844 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$780.00** |

**Shane Tierney**
**242 Jefferson Ave.**
**Saint James, NY 11780**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7845 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$783.00** |

**Shang Wang**
**332 Santa Ana Ave**
**San Francisco, CA 94127**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7846 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,981.00** |

**Shankar Iyer**
**4809 45th St NW**
**Washington, DC 20016**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**  Case number (if known) _____
_____
Name

| 3.7847 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $239.00 |
|---|---|---|---|

**Shannon Calhoun**
**212 Homestead Dr**
**Bartlesville, OK 74006**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7848 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $59.00 |
|---|---|---|---|

**Shannon Maggs**
**1380 Redfern Drive**
**Pittsburgh, PA 15241**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7849 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $396.00 |
|---|---|---|---|

**Shannon Perdue**
**3404 Stratford Hills Lane**
**Austin, TX 78746**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7850 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,656.00 |
|---|---|---|---|

**Shannon Taylor**
**2949 dona susana drive**
**Studio City, CA 91604**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.7851 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$1,730.00** |

**Shanon Brumfield**
**214 Hidden Oaks Dr**
**Ridgeland, MS 39157**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.7852 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$127.00** |

**Shaoyu Hou**
**380 Rector Place**
**New York, NY 10280**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.7853 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$5,879.00** |

**Sharad Ghamande**
**703 Jones Creek Drive**
**Evans, GA 30809**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.7854 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$389.00** |

**Shari Katers**
**150 Paragon Dr**
**Boulder, CO 80303**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

| 3.7855 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $339.00 |
|---|---|---|---|

**Sharli Colladay**
**1261 Guerrero Street**
**San Francisco, CA 94110**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.7856 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $839.00 |
|---|---|---|---|

**Sharon L Winslow**
**1205 French Creek Drive**
**Wayzata, MN 55391**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.7857 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $184.00 |
|---|---|---|---|

**Sharon Owyang**
**153 S. Spalding Drive**
**Beverly Hills, CA 90212**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.7858 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $597.00 |
|---|---|---|---|

**Sharon Young**
**1005 Crest Circle**
**Cincinnati, OH 45208**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 817 of 1144

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| 3.7859 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,579.00** |

3.7859 | **Nonpriority creditor's name and mailing address**

**Shaun Bishop**
**7305 Edgewater Drive**
**Oakland, CA 94621**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,579.00**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

3.7860 | **Nonpriority creditor's name and mailing address**

**Shaunt Oungoulian**
**13 Cascade Lane**
**Orinda, CA 94563**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$614.00**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

3.7861 | **Nonpriority creditor's name and mailing address**

**Shawn Johnson**
**272 Calle La Mesa**
**Moraga, CA 94556**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,995.00**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

3.7862 | **Nonpriority creditor's name and mailing address**

**Shawn Leska**
**128 Lexington Way S**
**Milford, CT 06461**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$5,038.00**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 818 of 1144

Debtor __Fox Ortega Enterprises, Inc._____     Case number (if known) _____
Name

| 3.7863 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$569.00** |

**Shawn Lutwak**
**3337 E. Pintail Way**
**Elk Grove, CA 95757**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____     **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____     ☐ Yes

---

| 3.7864 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$559.00** |

**Shawn Murphy**
**6008 Scenic Dr.**
**Yakima, WA 98908**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____     **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____     ☐ Yes

---

| 3.7865 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,579.00** |

**Shawn Rangel**
**55 Shaw Rd**
**Chestnut Hill, MA 02467**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____     **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____     ☐ Yes

---

| 3.7866 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$9,019.00** |

**Shawn Ryan**
**8383 Wilshire Blvd.**
**Beverly Hills, CA 90211**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____     **Is the claim subject to offset?**

■ No
Last 4 digits of account number _____     ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

Case: 16-40050     Doc# 16-1     Filed: 01/21/16     Entered: 01/21/16 15:42:32     Page 819 of 1144

Debtor    **Fox Ortega Enterprises, Inc.**                    Case number (if known)
          _____
          Name

| 3.7867 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$595.00** |

**Shawn Seamans**
**1300 7th Ave.**
**San Francisco, CA 94122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7868 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,403.00** |

**Shawn Yazdani**
**878 Alvermar Ridge Dr**
**McLean, VA 22102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7869 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,945.00** |

**Shay Bess**
**360 W. Oakwood Lane**
**Castle Rock, CO 80108**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7870 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$69.00** |

**Shea Persful**
**1343 McKinley Ave**
**Saint Louis, MO 63119**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.7871 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$34,559.00** |

**Sheehan Gallagher**
**1333 Eldridge Parkway**
**Houston, TX 77077**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | | |
|---|---|---|
| 3.7872 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$12,078.00** |

**Sheila Adams**
**5442 North Paulina**
**Chicago, IL 60640**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | | |
|---|---|---|
| 3.7873 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$1,289.00** |

**Shelby Dobbs**
**20409 126th Ave NE**
**Bothell, WA 98011**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | | |
|---|---|---|
| 3.7874 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$1,219.00** |

**Sheldon Davis**
**12516 Clark Manor Circle**
**Creve Coeur, MO 63141**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 821 of 1144

Debtor   **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.7875 | **Nonpriority creditor's name and mailing address** |

**Sheldon Jordan**
**2811 Wilshire Blvd**
**Santa Monica, CA 90403**

As of the petition filing date, the claim is: **$527.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.7876 | **Nonpriority creditor's name and mailing address** |

**Sheldon Leavitt**
**PO Box 6325**
**Norfolk, VA 23508**

As of the petition filing date, the claim is: **$191.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.7877 | **Nonpriority creditor's name and mailing address** |

**Sheldon Opperman**
**347 Pleasant Hill Drive**
**New City, NY 10956**

As of the petition filing date, the claim is: **$89.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.7878 | **Nonpriority creditor's name and mailing address** |

**Sheldon Shore**
**2611 Winding Lane**
**Atlanta, GA 30319**

As of the petition filing date, the claim is: **$30,516.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 822 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____ Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.7879 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$657.00** |

**Sheldon Sroloff**
**954 Stone Canyon Rd**
**Los Angeles, CA 90077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.7880 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$11,599.00** |

**Sheldon Stock**
**Sheldon Kent Stock**
**Saint Louis, MO 63102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.7881 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$1,250.00** |

**Sheri Ericksen**
**1830 Leavenworth St.**
**San Francisco, CA 94109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.7882 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$479.00** |

**Sheridan Burrage**
**11 Raintree Ct**
**Holmdel, NJ 07733**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 823 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.7883 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$256.00** |

**Sheridan Downey**
**6211 Ridgemont Dr**
**Oakland, CA 94619**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7884 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,319.00** |

**Sheridan Foster**
**782 Dixon Way**
**Los Altos, CA 94022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7885 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,413.00** |

**Sherman Bruchansky**
**26 Clancy Ct**
**Marlton, NJ 08053**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7886 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,904.00** |

**Sherman Chao**
**215 Angler Ave.**
**Palm Beach, FL 33480**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**                         Case number (if known) _____
_____
Name

---

| 3.7887 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $227.00 |
|---|---|---|---|

**Sherri Moore**
**2917 Orange Tree Dr**
**Edgewater, FL 32141**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7888 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $45.00 |
|---|---|---|---|

**Sherry Vilander**
**13792 Willow Lane**
**Westminster, CA 92683**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7889 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,439.00 |
|---|---|---|---|

**Shew Lee**
**430 Mill Hill Terrace**
**Southport, CT 06890**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7890 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,494.00 |
|---|---|---|---|

**Shichin Ouyang**
**20213 Joseph Cir**
**Cupertino, CA 95014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 825 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.7891 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$604.00** |
|---|---|---|---|

**Shihyen Hsu**
**2020 Hanscom Drive**
**South Pasadena, CA 91030**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7892 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$24,856.00** |
|---|---|---|---|

**Shim Ching**
**1401 S Beretania St**
**Honolulu, HI 96814**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7893 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,921.00** |
|---|---|---|---|

**Shingo Imani**
**6-15-16 Shimochiai**
**Saitama, NU 00338-0002**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7894 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$140,141.00** |
|---|---|---|---|

**Shingo Morita**
**Minamihakone-Dialand 13-1140**
**Shizuoka, NU 00419-0104**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.7895 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $573.00 |
|---|---|---|---|

**Shinya Myojin**
**1304 Battleway Ct**
**Myrtle Beach AFB, SC 29579**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7896 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $540.00 |
|---|---|---|---|

**Shirley Paddock**
**11761 Darsley Drive**
**Fishers, IN 46037**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7897 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $15,444.00 |
|---|---|---|---|

**Shivashish Chatterjee**
**One 5th Ave**
**New York, NY 10003**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7898 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,249.00 |
|---|---|---|---|

**Shivraj Desai**
**1501 Mount Pleasant Road**
**Villanova, PA 19085**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

---

| 3.7899 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$699.00** |
|---|---|---|---|

**Sho Chizawa**
**2-17-5 Mita Meguro-ku**
**Tokyo, NU 00153-0062**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7900 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$7,397.00** |
|---|---|---|---|

**Shoichi Hayata**
**5-10-41 Nakagawa Tsuzuki-ku**
**Yokohama, NU 00224-0001**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7901 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$49.00** |
|---|---|---|---|

**Shreesh Taskar**
**15085 Edmands Drive**
**Reno, NV 89511**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7902 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,999.00** |
|---|---|---|---|

**Shu Ter Liu**
**4004-A Mahaila Ave**
**San Diego, CA 92122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number *(if known)*

Name

| | | |
|---|---|---|
| 3.7903 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$17,654.00** |

**Shui Wing Lo**
**2030 Forest View Ave**
**Hillborough, CA 94010**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
■ No
☐ Yes

---

| | | |
|---|---|---|
| 3.7904 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$960.00** |

**Shun Ling Lee**
**21314 Gary Drive**
**Hayward, CA 94546**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
■ No
☐ Yes

---

| | | |
|---|---|---|
| 3.7905 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$515.00** |

**Sid Dorr**
**126 via del Milagro**
**Monterey, CA 93940**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
■ No
☐ Yes

---

| | | |
|---|---|---|
| 3.7906 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$1,235.00** |

**Sid Pilson**
**1139 Balbade Drive**
**Nashville, TN 37215**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
■ No
☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 829 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.7907 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$50,797.00** |

**Sidney Lee**
**701 15th Ave.**
**Honolulu, HI 96816**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7908 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$347.00** |

**Sigurd Strack**
**5 Poplar Drive**
**Kentfield, CA 94904**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7909 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$599.00** |

**Silvano Solis**
**506 Neil Armstrong**
**Garza Garcia, NU 66236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7910 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$236.00** |

**Silverio Robledo**
**10915 Yarmouth Avenue**
**Granada Hills, CA 91344**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050     Doc# 16-1     Filed: 01/21/16     Entered: 01/21/16 15:42:32     Page 830 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.7911 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,269.00** |
|---|---|---|---|

**Simeon Bruner**
**165 Brattle Street**
**Cambridge, MA 02138**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7912 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$94.00** |
|---|---|---|---|

**Simeon Simonov**
**4 S. Brook Rd.**
**Lincoln, MA 01773**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7913 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,093.00** |
|---|---|---|---|

**Simon Chin**
**10930 Bloomindale Dr.**
**Rockville, MD 20852**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7914 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$42,586.00** |
|---|---|---|---|

**Simon Feng**
**5651 Walton Road**
**Richmond, BC V7C2L8**
**CANADA**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 831 of 1144

Debtor  **Fox Ortega Enterprises, Inc.**
_____  Case number (if known) _____
Name

| 3.7915 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$271.00** |
|---|---|---|---|

**Simon Lam**
**1454 170th Ave**
**Hayward, CA 94541**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7916 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,518.00** |
|---|---|---|---|

**Simon Leong**
**330 Costello Ct**
**Los Altos, CA 94024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7917 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$333.00** |
|---|---|---|---|

**Simon Olenick**
**226 East 12th St.**
**New York, NY 10003**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7918 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$21,000.00** |
|---|---|---|---|

**Simon Pharr**
**7 The Courtyard**
**Locust Valley, NY 11560**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 832 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.7919 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$10,243.00** |
|---|---|---|---|

**Simon Shen**
**12 Ratto Road**
**Alameda, CA 94502**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7920 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$18,975.00** |
|---|---|---|---|

**Simon Tran**
**10441 Mildred Ave**
**Garden Grove, CA 92843**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7921 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,739.00** |
|---|---|---|---|

**Singer Ma**
**1644 Ocean St**
**Santa Cruz, CA 95060**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7922 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$871.00** |
|---|---|---|---|

**Sinisa Malinovic**
**2314 N. Lindsay Circle**
**Wichita, KS 67228**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Debtor  **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

| | | |
|---|---|---|
| 3.7923 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: |

**Siva Jayaraman**
**308 Georgia Ave SE**
**Atlanta, GA 30312**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$593.00

Date or dates debt was incurred _____

**Is the claim subject to offset?**
�☐ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7924 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: |

**Slade Rosenthal**
**7020 Louise Terrace**
**Brooklyn, NY 11209**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$873.00

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7925 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: |

**Smiley Quick**
**6935 Teesdale Ave.**
**North Hollywood, CA 91605**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$319.00

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7926 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: |

**Sochetra Ly**
**1613 NE 67th Circle**
**Vancouver, WA 98665**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$679.00

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.7927 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,020.00** |
|---|---|---|---|

**Sohrab Ghassemi**
**1399 Cerro Verde**
**San Jose, CA 95120**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7928 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,315.00** |
|---|---|---|---|

**Solana Galen**
**6151 SW Mill St**
**Portland, OR 97221**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7929 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,354.00** |
|---|---|---|---|

**Sonal Desai**
**147 Buena Vista Ave East**
**San Francisco, CA 94117**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7930 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$119.00** |
|---|---|---|---|

**Sondra Kantor**
**P.O. Box 279**
**Hailey, ID 83333**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 835 of 1144

Debtor **Fox Ortega Enterprises, Inc.** Case number (if known) _____
Name

| 3.7931 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$191.00** |

**3.7931** Nonpriority creditor's name and mailing address

**Song Wang**
**115 Prague St**
**San Mateo, CA 94401**

As of the petition filing date, the claim is: **$191.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.7932** Nonpriority creditor's name and mailing address

**Soon Sim Low**
**45 Mandalay Rd**
**#15-01 Mandale Heights**
**SINGAPORE**

As of the petition filing date, the claim is: **$15,990.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.7933** Nonpriority creditor's name and mailing address

**Sopheap Yin**
**5331 Donald Ridge Ct**
**Fairfield, CA 94534**

As of the petition filing date, the claim is: **$19,928.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.7934** Nonpriority creditor's name and mailing address

**Sophia Paliov**
**13701 Sunset Dr.**
**Whittier, CA 90602**

As of the petition filing date, the claim is: **$149.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor **Fox Ortega Enterprises, Inc.**                     Case number (if known) _____

Name

| 3.7935 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,769.00** |
|---|---|---|---|

**Sorin Eremia**
**1572 Jessamyn Ct**
**Riverside, CA 92506**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7936 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$6,219.00** |
|---|---|---|---|

**Sota Hayashi**
**'Chiyoda-ku, Soto-kanda 4-14-2-1706'**
**Tokyo, NU 00101-0021**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7937 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **Unknown** |
|---|---|---|---|

**Southwick Court Fine Wines**
**46 Vivian Ave**
**London, SW4 3XP 32-34**
**ENGLAND**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7938 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,713.00** |
|---|---|---|---|

**Sparks Landen**
**578 Washington Blvd**
**Marina Del Rey, CA 90292**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050     Doc# 16-1     Filed: 01/21/16     Entered: 01/21/16 15:42:32     Page 837 of 1144

Debtor **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____

_____
Name

| 3.7939 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$119.00** |

**Spencer Christian**
**2351 Powell St.**
**San Francisco, CA 94133**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7940 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$529.00** |

**Spencer Hamlin**
**1521 2nd Ave**
**Seattle, WA 98101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7941 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$100.00** |

**Spencer Kaitz**
**2811 Castro Valley Blvd**
**Castro Valley, CA 94546**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7942 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$209.00** |

**Spencer Rudin**
**8687 Melrose Avenue**
**Los Angeles, CA 90069**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

---

| 3.7943 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,504.00** |

**Spencer Thrall**
**185 Barndoor Hills Rd.**
**Granby, CT 06035**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7944 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,018.00** |

**Spiros Protopsaltis**
**1840 Winter Run Ct**
**Chesterfield, MO 63017**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7945 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,379.00** |

**St Louis Commanderie de Bordeaux**
**831 Fairfield Lake Dr.**
**Town and Country, MO 63107**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7946 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,479.00** |

**St. Helena Wine Center**
**1321 Main St.**
**Saint Helena, CA 94574**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 839 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

---

| 3.7947 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $63.00 |
|---|---|---|---|

**Stacie Johnstun**
**4094 Beus Dr.**
**Ogden, UT 84403**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7948 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,183.00 |
|---|---|---|---|

**Stacy Jacobs**
**9075 La Jolla Shores Lane**
**La Jolla, CA 92037**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7949 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,200.00 |
|---|---|---|---|

**Staffan Hansson**
**Apelvagen 18B**
**Stocksund, FL 18275**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7950 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $379.00 |
|---|---|---|---|

**Stafford Matthews**
**Morrison Foerster**
**San Francisco, CA 94105**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 840 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

| | | |
|---|---|---|
| 3.7951 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$359.00** |

**Stan Ferber**
**286 Birtchwood Dr.**
**Moraga, CA 94556**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7952 | **Nonpriority creditor's name and mailing address** | $8,649.00 |

**Stan Freeman**
**15276 Stratford Ct**
**Monte Sereno, CA 95030**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7953 | **Nonpriority creditor's name and mailing address** | $570.00 |

**Stan Frome**
**411 San Bernardino Ave.**
**Newport Beach, CA 92663**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.7954 | **Nonpriority creditor's name and mailing address** | $139.00 |

**Stan McGinnis**
**2320 Elm**
**Denver, CO 80207**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____

Name

| 3.7955 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,305.00** |

**Stan Perelman**
**40 Worth St**
**New York, NY 10013**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7956 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$700.00** |

**Stan Sesser**
**55-127 Liberty Park II**
**55 Sukhumvit soi 11, Bangkok**
**THAILAND**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7957 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,911.00** |

**Stan Sutton**
**3751 Deer Trail Drive**
**Danville, CA 94506**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7958 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,127.00** |

**Stan Takami**
**3514 North Reta**
**Chicago, IL 60657**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**                   Case number (if known)
_____
Name

| 3.7959 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$15,564.00** |

**Stanford Rubin**
**285 S. Beverly Glenn Blvd**
**Los Angeles, CA 90024**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7960 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$564.00** |

**Stanislav Rossovsky**
**1220 Mill Creek Blvd**
**Mill Creek, WA 98012**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7961 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$459.00** |

**Stanley Barchan**
**108 Via Florence**
**Newport Beach, CA 92663**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7962 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$62,923.00** |

**Stanley Boychuck**
**330 N Wabash**
**Chicago, IL 60611**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Case: 16-40050     Doc# 16-1     Filed: 01/21/16     Entered: 01/21/16 15:42:32     Page 843 of 1144

Debtor **Fox Ortega Enterprises, Inc.**     Case number (if known) _____

Name

| | |
|---|---|
| 3.7963 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:     **$5,144.00**

**Stanley Fong**
**380 Borica Dr.**
**Danville, CA 94526**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.7964 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:     **$599.00**

**Stanley Fry**
**69 Pine Street**
**Peterborough, NH 03458**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.7965 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:     **$1,836.00**

**Stanley Gibson Sr.**
**70 La Salle Ave.**
**Piedmont, CA 94611**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.7966 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:     **$3,391.00**

**Stanley Gray**
**10870 NW La Cassel Crest**
**Portland, OR 97229**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 844 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

---

| 3.7967 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$455.00** |

**Stanley Johnson**
**1437 Westmoreland Drive**
**Lancaster, SC 29720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7968 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$7,457.00** |

**Stanley Kim**
**5093 Seachase St**
**San Diego, CA 92130**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7969 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$157.00** |

**Stanley Klein**
**686 Catalina Way**
**Los Altos, CA 94022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7970 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$199.00** |

**Stanley Liao**
**51 Mount Sinai Drive 07-01**
**Singapore, 27**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 845 of 1144

Debtor  **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
Name

| 3.7971 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$19,173.00** |
|---|---|---|---|

**Stanley M. Gibson**
**1900 Avenue of the Stars**
**Los Angeles, CA 90067**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7972 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$59.00** |
|---|---|---|---|

**Stanley Music**
**9 Deaver Place**
**Wyncote, PA 19095**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7973 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$209.00** |
|---|---|---|---|

**Stanley Prussin**
**269 Lake Drive**
**Kensington, CA 94708**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7974 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$8,171.00** |
|---|---|---|---|

**Stanley Ryan**
**PO Box 5674**
**Minneapolis, MN 55440**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 846 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.7975 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | **$1,245.00** |
|---|---|---|---|---|

**Stanley Weinstein**
**1621 Blue Sage Dr.**
**Fort Collins, CO 80526**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7976 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$935.00** |
|---|---|---|---|

**Stanton Ezzell**
**3510 Windsor Dr.**
**New Bern, NC 28562**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7977 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$17,783.00** |
|---|---|---|---|

**Stanton Siu**
**125 Santa Catalina Ct.**
**Moraga, CA 94556**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7978 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,252.00** |
|---|---|---|---|

**Stanton Wong**
**PO Box 1219**
**Santa Monica, CA 90406**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

Debtor  **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

| | |
|---|---|
| 3.7979 | **Nonpriority creditor's name and mailing address** |

**Starling Lawrence**
**500 5th Ave**
**New York, NY 10110**

As of the petition filing date, the claim is:                          **$6,964.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| | |
|---|---|
| 3.7980 | **Nonpriority creditor's name and mailing address** |

**Starrett Dalton**
**1801 Tiburon Blvd  Ste 200**
**Tiburon, CA 94920**

As of the petition filing date, the claim is:                          **$342.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| | |
|---|---|
| 3.7981 | **Nonpriority creditor's name and mailing address** |

**Stefan Davis**
**260 West Hampton Dr.**
**Indianapolis, IN 46208**

As of the petition filing date, the claim is:                          **$529.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| | |
|---|---|
| 3.7982 | **Nonpriority creditor's name and mailing address** |

**Stefan Gradl**
**26 Lake Lane**
**Princeton, NJ 08540**

As of the petition filing date, the claim is:                          **$9,070.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 848
of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) |
|--------|-----------------------------------|------------------------|
| | Name | |

---

| 3.7983 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,228.00** |
|--------|----------------------------------------------------|-----------------------------------------------|----------------|

**Stefan Jora**
**3311 Mission St. #7**
**San Francisco, CA 94110**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7984 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,679.00** |
|--------|----------------------------------------------------|-----------------------------------------------|----------------|

**Stefan Unger**
**154 Hidden Ridge Drive**
**Syosset, NY 11791**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7985 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$179.00** |
|--------|----------------------------------------------------|-----------------------------------------------|----------------|

**STEFANIE YOW**
**265 Fell St**
**San Francisco, CA 94102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.7986 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,642.00** |
|--------|----------------------------------------------------|-----------------------------------------------|----------------|

**Stefen Soltysiak**
**8310 Trenton Road**
**Forestville, CA 95436**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 849 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

| | |
|---|---|
| 3.7987 | **Nonpriority creditor's name and mailing address** |

**Steffen Pelz**
**10608 Ames Lane**
**Austin, TX 78739**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$2,008.00**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

| | |
|---|---|
| 3.7988 | **Nonpriority creditor's name and mailing address** |

**Stephan Kessel**
**450 W 17th St**
**New York, NY 10011**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$275.00**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

| | |
|---|---|
| 3.7989 | **Nonpriority creditor's name and mailing address** |

**Stephan Lammel**
**168 Hidden Pond Circle**
**Aurora, IL 60504**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$239.00**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

| | |
|---|---|
| 3.7990 | **Nonpriority creditor's name and mailing address** |

**Stephan Lang**
**13218 Foothill Blvd.**
**Santa Ana, CA 92705**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$4,315.00**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**          Case number (if known) _____
_____
Name

| 3.7991 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$21,811.00** |

3.7991 | **Nonpriority creditor's name and mailing address**

**Stephan Nel**
**361 Uplands Drive**
**Kelowna, BC V1W4S6**
**CANADA**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$21,811.00

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No (filled)

Last 4 digits of account number _____

☐ Yes

---

3.7992 | **Nonpriority creditor's name and mailing address**

**Stephane Bardes**
**2164 San Michel Dr. E**
**Costa Mesa, CA 92627**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$1,825.00

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No (filled)

Last 4 digits of account number _____

☐ Yes

---

3.7993 | **Nonpriority creditor's name and mailing address**

**Stephane Park**
**844 Lorraine Blvd**
**Los Angeles, CA 90005**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$199.00

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No (filled)

Last 4 digits of account number _____

☐ Yes

---

3.7994 | **Nonpriority creditor's name and mailing address**

**Stephane Prunet-Sharma**
**5800 Harbord Dr.**
**Oakland, CA 94611**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$159.00

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No (filled)

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 851 of 1144

Debtor  **Fox Ortega Enterprises, Inc.**
_____   Case number (if known) _____
Name

| 3.7995 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$149.00** |

**stephani Martin**
**1021 Lincoln Way**
**San Francisco, CA 94122**

_____

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.7996 | **Nonpriority creditor's name and mailing address** | **$755.00** |

**Stephanie De Oliveira**
**8801 beverly blvd.**
**West Hollywood, CA 90048**

_____

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.7997 | **Nonpriority creditor's name and mailing address** | **$107.00** |

**Stephanie Krieger**
**93 Perry St.  Apt. 16**
**New York, NY 10014**

_____

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.7998 | **Nonpriority creditor's name and mailing address** | **$159.00** |

**Stephanie Torre**
**238 Old Short Hills Road**
**Short Hills, NJ 07078**

_____

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
■ No
☐ Yes

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.7999 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$9,461.00** |
|---|---|---|---|

**Stephen Ardizzone**
**7 Buttonwood Road**
**Staten Island, NY 10304**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8000 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$165.00** |
|---|---|---|---|

**Stephen Bay**
**3108 Pine Avenue**
**Manhattan Beach, CA 90266**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8001 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$635.00** |
|---|---|---|---|

**Stephen Belmont**
**10343 Springbrook Ave**
**Baton Rouge, LA 70810**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8002 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,679.00** |
|---|---|---|---|

**Stephen Blau**
**9 Centre Ave.**
**Larchmont, NY 10538**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 853 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known)

| 3.8003 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,107.00 |
|---|---|---|---|

**Stephen Brickley**
**1900 O'Farrell Street**
**San Mateo, CA 94403**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.8004 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $69.00 |
|---|---|---|---|

**Stephen Broeker**
**734 Bamboo Drive**
**Sunnyvale, CA 94086**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.8005 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $834.00 |
|---|---|---|---|

**Stephen Brown**
**3708 Miwok Pl**
**Davis, CA 95618**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.8006 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,381.00 |
|---|---|---|---|

**Stephen Bruno**
**4800 Lyons Tech Pky**
**Coconut Creek, FL 33073**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 854 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

| 3.8007 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: | **$1,129.00** |
|---|---|---|---|---|

**Stephen Bryan**
**580 Monterey**
**Pelham, NY 10803**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8008 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: | **$7,912.00** |
|---|---|---|---|---|

**Stephen Burns**
**200 Garrett Street**
**Charlottesville, VA 22902**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8009 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: | **$499.00** |
|---|---|---|---|---|

**Stephen Butz**
**1306 Alfred Circle**
**Indianapolis, IN 46239**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8010 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: | **$2,820.00** |
|---|---|---|---|---|

**Stephen Carlson**
**POB 106**
**Ketchum, ID 83340**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 855 of 1144

Debtor  **Fox Ortega Enterprises, Inc.**                         Case number (if known) _____
_____
Name

| 3.8011 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,649.00** |

**Stephen Carpenter**
**22500 Anasazi Way**
**Golden, CO 80401**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____     ☐ Yes

---

| 3.8012 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$649.00** |

**Stephen Carpenter**
**22500 Anasazi Wy**
**Golden, CO 80401**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____     ☐ Yes

---

| 3.8013 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$604.00** |

**Stephen Costigan**
**713 46th St**
**Los Alamos, NM 87544**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____     ☐ Yes

---

| 3.8014 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$9,658.00** |

**Stephen Curry**
**110 Montrose Ave.**
**Rosemont, PA 19010**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____     ☐ Yes

Case: 16-40050     Doc# 16-1     Filed: 01/21/16     Entered: 01/21/16 15:42:32     Page 856 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.8015 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,984.00** |
|---|---|---|---|

**Stephen Fardy**
**2721 North Lakewood Avenue**
**Chicago, IL 60614**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8016 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$691.00** |
|---|---|---|---|

**Stephen Faulkner**
**441 Cheyennes Trail**
**Gerrardstown, WV 25420**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8017 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,805.00** |
|---|---|---|---|

**Stephen Fisher**
**8608 Cunningham Dr.**
**College Park, MD 20740**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8018 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$159.00** |
|---|---|---|---|

**Stephen Fusco**
**7 Brook Road**
**Bronxville, NY 10708**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
         _____
         Name

| 3.8019 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,290.00** |

**Stephen Gerhardt**
**350 Whites Landing**
**Long Beach, CA 90803**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.8020 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$104.00** |

**Stephen Gerkin**
**2637 S Saint Louis**
**Tulsa, OK 74114**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.8021 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,456.00** |

**Stephen Greene**
**7803 Rosehall Cove**
**Lakewood Ranch, FL 34202**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.8022 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$8,375.00** |

**Stephen Gross**
**333 Adelaide St E #1202**
**Toronto, ON M5A4T4**
**CANADA**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 858 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.8023 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,512.00** |

**Stephen Guerette**
**22 Birch View Drive**
**Ellington, CT 06029**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.8024 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$557.00** |

**Stephen Hague**
**1828 Clemens Rd**
**Oakland, CA 94602**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.8025 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$191.00** |

**Stephen Haratunian**
**21 Middle Drive**
**Manhasset, NY 11030**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.8026 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$479.00** |

**Stephen Hayes**
**1150 82nd street**
**Brooklyn, NY 11228**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Debtor    **Fox Ortega Enterprises, Inc.**                                Case number (if known) _____
          Name

| 3.8027 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,639.00 |

**Stephen Hendricks**
**1425 SW 20th Ave**
**Portland, OR 97201**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.8028 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $169.00 |

**Stephen Hibbard**
**2659 Green Street**
**San Francisco, CA 95123**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.8029 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,139.00 |

**Stephen Hills**
**29 Quincy St.**
**Chevy Chase, MD 20815**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.8030 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $8,705.00 |

**Stephen Holmes**
**P.O. Box 251**
**Ross, CA 94957**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 860 of 1144

Debtor  **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.8031 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $11,027.00 |

**Stephen Irwin Wolff**
**11456 Olive**
**Saint Louis, MO 63141**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8032 | **Nonpriority creditor's name and mailing address** | $839.00 |

**Stephen Kaufman**
**277 Park Ave**
**New York, NY 10172**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8033 | **Nonpriority creditor's name and mailing address** | $3,603.00 |

**Stephen Landry**
**8730 Winningham Ln**
**Houston, TX 77055**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8034 | **Nonpriority creditor's name and mailing address** | $167.00 |

**Stephen Lepley**
**1467 Market Street**
**Chattanooga, TN 37402**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.8035 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,199.00 |

**Stephen Levin**
**3223 Fond Drive**
**Encino, CA 91436**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8036 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,679.00 |

**Stephen Lutz**
**3439 SW Dickinson St**
**Portland, OR 97219**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8037 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,239.00 |

**Stephen Maharam**
**109 West 26th Street**
**New York, NY 10001**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8038 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $125.00 |

**Stephen Majoros**
**725 Whitney Avenue, Apt. F-3**
**New Haven, CT 06511**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 862 of 1144

Debtor  **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.8039 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $259.00 |

**Stephen Manning**
**11607 Starwood Dr**
**Houston, TX 77024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8040 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $119.00 |

**Stephen Martin**
**1087 Sunny Slope Dr.**
**Mountainside, NJ 07092**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8041 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $924.00 |

**Stephen McCann**
**6337 Sugar Pine Drive**
**Wilmington, NC 28412**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8042 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $169.00 |

**Stephen McKeon**
**3965 Spring Blvd**
**Eugene, OR 97405**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 863 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known) _____

| | |
|---|---|
| 3.8043 | |

**Nonpriority creditor's name and mailing address**

**Stephen Miller**
**17 Hartshorne Ln.**
**Rumson, NJ 07760**

As of the petition filing date, the claim is: $6,914.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.8044 | |

**Nonpriority creditor's name and mailing address**

**Stephen Nelson**
**Flat 7B,**
**93 Repulse Bay Road**
**HONG KONG**

As of the petition filing date, the claim is: $58,184.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.8045 | |

**Nonpriority creditor's name and mailing address**

**Stephen Obana**
**148 Oakdale St.**
**Redwood City, CA 94062**

As of the petition filing date, the claim is: $1,565.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.8046 | |

**Nonpriority creditor's name and mailing address**

**STEPHEN OLSON**
**2407 SE 5th Terrace**
**Lees Summit, MO 64063**

As of the petition filing date, the claim is: $589.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor    **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____
_____
Name

| 3.8047 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,078.00** |

**Stephen Owens**
**2670 Hollyridge Drive**
**Los Angeles, CA 90068**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____   ☐ Yes

---

| 3.8048 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$6,843.00** |

**Stephen Ozcomert**
**'880 Springdale Road, N.E.'**
**Atlanta, GA 30306**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____   ☐ Yes

---

| 3.8049 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,176.00** |

**Stephen Pacheco**
**4033 Valley Ridge**
**Dallas, TX 75220**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____   ☐ Yes

---

| 3.8050 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,394.00** |

**Stephen Panaro**
**29 Adams Point Road**
**Barrington, RI 02806**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____   ☐ Yes

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 865
of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.8051 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$26.00** |

**Stephen Parlett**
**631 Murray**
**Lafayette, CA 94549**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8052 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$149.00** |

**Stephen Perhac**
**2836 78th Ave SE**
**Mercer Island, WA 98040**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8053 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$11,450.00** |

**Stephen Phillips**
**260 W Baltimore Ave**
**Larkspur, CA 94939**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8054 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$24.00** |

**Stephen Phinny**
**3800 West Moore Rd.**
**Tucson, AZ 85742**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050     Doc# 16-1     Filed: 01/21/16     Entered: 01/21/16 15:42:32     Page 866 of 1144

Debtor   **Fox Ortega Enterprises, Inc.**     Case number (if known) _____

Name

---

| 3.8055 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$149.00** |
|---|---|---|---|

**Stephen Pledger**
**611 Davinci Dr**
**Middletown, OH 45042**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8056 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,772.00** |
|---|---|---|---|

**Stephen Racioppi**
**6815 Granada Lane**
**Prairie Village, KS 66208**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8057 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$839.00** |
|---|---|---|---|

**Stephen Root**
**250 Brattle Street, #41**
**Cambridge, MA 02138**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8058 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,248.00** |
|---|---|---|---|

**Stephen Samp**
**3122 Argonne Dr. NW**
**Atlanta, GA 30305**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 867 of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.8059 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,962.00** |
|---|---|---|---|

**Stephen Saxon**
**10312 Powell Rd.**
**Gig Harbor, WA 98335**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8060 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$839.00** |
|---|---|---|---|

**Stephen Schaible**
**818 San Ysidro Ln**
**Santa Barbara, CA 93108**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8061 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,834.00** |
|---|---|---|---|

**Stephen Selbst**
**18 Meadow Place**
**Old Greenwich, CT 06870**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8062 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,943.00** |
|---|---|---|---|

**Stephen Shapiro**
**211 Kent Cornwall Rd.**
**Kent, CT 06757**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**　　　　　Case number (if known) _____

Name

| 3.8063 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$885.00** |

**Stephen Sickler**
**18 Van Gogh Way**
**San Juan Capistrano, CA 92679**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.8064 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$55.00** |

**Stephen Silva**
**1730 Poplar Drive**
**Walnut Creek, CA 94595**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.8065 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$28,201.00** |

**Stephen Slade**
**3900 Essex**
**Houston, TX 77027**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.8066 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,619.00** |

**Stephen Sorgen**
**6905 Laurel Valley Dr.**
**Fort Worth, TX 76132**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050　　Doc# 16-1　　Filed: 01/21/16　　Entered: 01/21/16 15:42:32　　Page 869 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.8067 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $249.00 |
|---|---|---|---|

**Stephen South**
**3 Macklin Court**
**Greensboro, NC 27410**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8068 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $509.00 |
|---|---|---|---|

**Stephen Stephenson**
**2483 N Bluff Road**
**Greenbank, WA 98253**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8069 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $305.00 |
|---|---|---|---|

**Stephen Storfer**
**42 Kings Hwy South**
**Westport, CT 06880**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8070 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $779.00 |
|---|---|---|---|

**Stephen Tong**
**947 Pepperwood Drive**
**Danville, CA 94506**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050     Doc# 16-1     Filed: 01/21/16     Entered: 01/21/16 15:42:32     Page 870 of 1144

Debtor **Fox Ortega Enterprises, Inc.**　　　　　　Case number (if known)

Name

| 3.8071 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $27,043.00 |
|---|---|---|---|

**Stephen Toplansky**
**306 Saddlebranch Ct.**
**Houston, TX 77024**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred　　　　**Is the claim subject to offset?**

■ No

Last 4 digits of account number　　　　☐ Yes

---

| 3.8072 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,416.00 |
|---|---|---|---|

**Stephen Vagg**
**3 Homer Place**
**Dolans Bay, NSW 2229**
**AUSTRALIA**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred　　　　**Is the claim subject to offset?**

■ No

Last 4 digits of account number　　　　☐ Yes

---

| 3.8073 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $329.00 |
|---|---|---|---|

**Stephen Walker**
**2007 Villa Heights Rd**
**Pasadena, CA 91107**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred　　　　**Is the claim subject to offset?**

■ No

Last 4 digits of account number　　　　☐ Yes

---

| 3.8074 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $119.00 |
|---|---|---|---|

**Stephen Ward**
**13 Burgundy Way**
**Napa, CA 94559**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred　　　　**Is the claim subject to offset?**

■ No

Last 4 digits of account number　　　　☐ Yes

---

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.8075 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$297.00** |

**Stephen Ward**
**5998 Silverado Trail**
**Napa, CA 94558**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.8076 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$254.00** |

**Stephen Warren**
**2062 Courtland Ave**
**San Marino, CA 91108**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.8077 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$18,589.00** |

**Stephen Warren**
**96 Buena Vista Avenue**
**Rumson, NJ 07760**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.8078 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,509.00** |

**Stephen Wenc**
**494 Cherokee Road**
**Lake Forest, IL 60045**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 872 of 1144

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____

_____
Name

| 3.8079 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,893.00** |

**Stephen White**
**590 Rodes**
**Charlottesville, VA 22903**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8080 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$449.00** |

**Stephen Whyte**
**2033 Sixth Ave**
**Seattle, WA 98121**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8081 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$241.00** |

**Stephen Yeatman**
**1116 Walnut St**
**Berkeley, CA 94707**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8082 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,291.00** |

**Stephen Young**
**300 East 77th Street**
**New York, NY 10075**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.8083 | **Nonpriority creditor's name and mailing address** |

**Stephen Zee**
**2724 Cherry Ave**
**San Jose, CA 95125**

As of the petition filing date, the claim is: **$674.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____   ☐ Yes

---

| | |
|---|---|
| 3.8084 | **Nonpriority creditor's name and mailing address** |

**Sterling Minor**
**808 Travis St**
**Houston, TX 77002**

As of the petition filing date, the claim is: **$1,129.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____   ☐ Yes

---

| | |
|---|---|
| 3.8085 | **Nonpriority creditor's name and mailing address** |

**Steve Adams**
**211 Rosemont Avenue**
**Webster Groves, MO 63119**

As of the petition filing date, the claim is: **$359.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____   ☐ Yes

---

| | |
|---|---|
| 3.8086 | **Nonpriority creditor's name and mailing address** |

**Steve Akos**
**7052 Maryland Ave**
**St Louis, MO 63130**

As of the petition filing date, the claim is: **$239.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____   ☐ Yes

---

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.8087 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $375.00 |

**Steve Alcorn**
**3300 S Hiawassee Rd**
**Orlando, FL 32835**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8088 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,699.00 |

**Steve Andrighetto**
**5 Woodview Lane**
**Woodside, CA 94062**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8089 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,302.00 |

**Steve Baus**
**19 La Cintialla**
**Orinda, CA 94563**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8090 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,319.00 |

**Steve Beitler**
**222 Maple Hill Rd**
**Glencoe, IL 60022**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor **Fox Ortega Enterprises, Inc.**                Case number *(if known)* _____
_____
Name

| 3.8091 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,384.00** |

**Steve Black**
**30 The Uplands**
**Berkeley, CA 94705**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____          **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____          ☐ Yes

---

| 3.8092 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,764.00** |

**Steve Boom**
**9833 NE 15th St**
**Bellevue, WA 98004**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____          **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____          ☐ Yes

---

| 3.8093 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,134.00** |

**Steve Carey**
**c/o PNM 17th floor**
**Los Angeles, CA 90067**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____          **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____          ☐ Yes

---

| 3.8094 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$247.00** |

**Steve Charno**
**P.O. Box 3070**
**Port Angeles, WA 98362**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____          **Is the claim subject to offset?**

■ No

Last 4 digits of account number _____          ☐ Yes

Case: 16-40050     Doc# 16-1     Filed: 01/21/16     Entered: 01/21/16 15:42:32     Page 876 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.8095 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$774.00** |
|---|---|---|---|

**Steve Comer**
**3015 S. Monte Cristo Way**
**Las Vegas, NV 89117**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8096 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$31,608.00** |
|---|---|---|---|

**Steve Coyle**
**97 Haights Cross Rd.**
**Chappaqua, NY 10514**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8097 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$299.00** |
|---|---|---|---|

**Steve Cripe**
**N7101 bender court**
**Sheboygan, WI 53083**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8098 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$110.00** |
|---|---|---|---|

**Steve Didion**

**Lafayette, CA 94549**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 877 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.8099 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,355.00** |

**Steve Elzer**
**26801 Fairlain Drive**
**Valencia, CA 91355**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.8100 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$599.00** |

**Steve Fishback**
**3720 Bellanca Way**
**Anchorage, AK 99502**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.8101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,234.00** |

**Steve Fisher**
**16161 Ridgecrest Ave.**
**Monte Sereno, CA 95030**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.8102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,901.00** |

**Steve Gaiser**
**737 Alta Vista Dr.**
**Sierra Madre, CA 91024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 878 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.8103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: |

**Steve Garrison**
**1239 Athens St**
**San Francisco, CA 94112**

As of the petition filing date, the claim is: **$6,549.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____

☐ Yes

---

| | |
|---|---|
| 3.8104 | **Nonpriority creditor's name and mailing address** |

**Steve Gerard**
**20275 Twisted Pine Dr.**
**Colorado Springs, CO 80908**

As of the petition filing date, the claim is: **$6,776.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____

☐ Yes

---

| | |
|---|---|
| 3.8105 | **Nonpriority creditor's name and mailing address** |

**Steve Glassman**
**1000 South Federal Highway**
**Boynton Beach, FL 33435**

As of the petition filing date, the claim is: **$159,119.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____

☐ Yes

---

| | |
|---|---|
| 3.8106 | **Nonpriority creditor's name and mailing address** |

**Steve Goldberg**
**4016 Gaines Ct.**
**Austin, TX 78735**

As of the petition filing date, the claim is: **$280.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____

☐ Yes

---

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | |
|---|---|
| 3.8107 | **Nonpriority creditor's name and mailing address** |

**Steve Hang**
**77 Lastunas Dr.**
**Arcadia, CA 91007**

**As of the petition filing date, the claim is:** **$869.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
Last 4 digits of account number _____
☐ Yes

---

| | |
|---|---|
| 3.8108 | **Nonpriority creditor's name and mailing address** |

**Steve Hans**
**3023 Broderick Street**
**San Francisco, CA 94123**

**As of the petition filing date, the claim is:** **$759.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
Last 4 digits of account number _____
☐ Yes

---

| | |
|---|---|
| 3.8109 | **Nonpriority creditor's name and mailing address** |

**Steve Hearn**
**800 N Vienna St**
**Ruston, LA 71270**

**As of the petition filing date, the claim is:** **$191.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
Last 4 digits of account number _____
☐ Yes

---

| | |
|---|---|
| 3.8110 | **Nonpriority creditor's name and mailing address** |

**Steve Henderson**
**1273 Veronica Ct.**
**Carlsbad, CA 92009**

**As of the petition filing date, the claim is:** **$944.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
Last 4 digits of account number _____
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.8111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$11,089.00** |
|---|---|---|---|

**Steve Hochberg**
**428 Columbus Ave.**
**New York, NY 10024**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$230.00** |
|---|---|---|---|

**Steve Holtze**
**818 17th Street**
**Denver, CO 80202**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$14,896.00** |
|---|---|---|---|

**Steve Hutto**
**2224 Pinehurst Street**
**Tyler, TX 75703**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,034.00** |
|---|---|---|---|

**Steve Johnson**
**3945 Fiebrantz Dr**
**Brookfield, WI 53005**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.8115 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$924.00** |

**Steve Kirchner**
**819 Atlantic Ave**
**Long Beach, CA 90813**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8116 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$511.00** |

**Steve Krasny**
**400 Chesterfield Center #320**
**Chesterfield, MO 63017**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8117 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$10,448.00** |

**Steve Landauer**
**1 Landauer Lane**
**Newton, NJ 07860**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8118 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,447.00** |

**Steve Lo**
**2 Woodside Glen Court**
**Oakland, CA 94602**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor  **Fox Ortega Enterprises, Inc.**                      Case number (if known) _____
           Name

| 3.8119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,460.00 |

**3.8119** **Nonpriority creditor's name and mailing address**

**Steve Lobel**
**5343 Hunt Club Way**
**Sarasota, FL 34238**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$3,460.00**

---

**3.8120** **Nonpriority creditor's name and mailing address**

**Steve Lohr**
**P. O. Box 17435**
**Stanford, CA 94309**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$67.00**

---

**3.8121** **Nonpriority creditor's name and mailing address**

**Steve Maier**
**1 Equestrian Court**
**Rockville, MD 20855**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$3,890.00**

---

**3.8122** **Nonpriority creditor's name and mailing address**

**Steve Maisel**
**TWS Inc**
**Washington, DC 20037**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$389.00**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.8123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$1,222.00** |

**Steve Markoulis**
**31 Fairview Ave**
**Atherton, CA 94027**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.8124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$1,214.00** |

**Steve Martin**
**320 Central Park West**
**New York, NY 10025**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.8125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$13,684.00** |

**Steve Mickle**
**5678 Kahiliholo Rd**
**Kilauea, HI 96754**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| 3.8126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$30,959.00** |

**Steve Morrison**
**180 Mahopac Ave.**
**Granite Springs, NY 10527**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:** _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
■ No
☐ Yes

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.8127** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$49.00**

**Steve Nieuwsma**
**4173 Brookside Dr**
**Marion, IA 52302**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.8128** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$255.00**

**Steve Patchel**
**111 Pecora Way**
**Portola Valley, CA 94028**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.8129** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$20,354.00**

**Steve Peters**
**PO Box 7095**
**Gulfport, MS 39506**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.8130** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,083.00**

**Steve Pinkham**
**43809 South Fork Dr.**
**Three Rivers, CA 93271**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

| 3.8131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.00 |

**Steve Plotnicki**
**1185 Park Ave.**
**New York, NY 10128**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.8132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,953.00 |

**Steve Pollock**
**6333 N. Scottsdale Rd.**
**Scottsdale, AZ 85250**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.8133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $279.00 |

**Steve Raffle**
**35 Wolfe Grade**
**Kentfield, CA 94904-1011**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.8134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $907.00 |

**Steve Randall**
**2204 Crescent Ave.**
**Charlotte, NC 28207**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| 3.8135 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,849.00** |

**Steve Reis**
**1940 Loma Linda Dr.**
**Irving, TX 75063**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8136 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$389.00** |

**Steve Roberts**
**2471 Whitehall Ct.**
**Aurora, IL 60504**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8137 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$889.00** |

**Steve Rothe**
**8723 Woolworth Ave**
**Omaha, NE 68124**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8138 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$149.00** |

**Steve Rutherford**
**4167 Loch Highland Parkway**
**Roswell, GA 30075**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.8139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,209.00** |
|---|---|---|---|

**Steve Saiget**
**1800 Jonathan Way**
**Reston, VA 20190**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$19,979.00** |
|---|---|---|---|

**Steve Sashihara**
**19 West PArry St**
**New Hope, PA 18938**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$539.00** |
|---|---|---|---|

**Steve Scari**
**Bear Stearns**
**Boston, MA 02110**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$959.00** |
|---|---|---|---|

**Steve Scott**
**1007 N 57th**
**Waco, TX 76710**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known)

Name

| 3.8143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$77.00** |

**Steve Sheffield**
**17836 Anna Marie Rd.**
**Yorba Linda, CA 92886**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.8144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$939.00** |

**Steve Storick**
**416 Cove View Point**
**Columbia, SC 29212**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.8145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$719.00** |

**Steve Strauss**
**5490 Rutgers Rd**
**La Jolla, CA 92037**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.8146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$294.00** |

**Steve Tocco**
**1867 Wilson Circle**
**Erie, CO 80516**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.8147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$36,001.00** |

**Steve Tsai**
**1160 Rosalind Road**
**San Marino, CA 91108**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8148 | **Nonpriority creditor's name and mailing address** | | **$551.00** |

**Steve Tseng**
**704 San Miguel Ln**
**San Mateo, CA 94404**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8149 | **Nonpriority creditor's name and mailing address** | | **$187.00** |

**Steve Tuttle**
**500 Hermosa Vista**
**Monterey Park, CA 91754**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8150 | **Nonpriority creditor's name and mailing address** | | **$47,425.00** |

**Steve Uchytil**
**20403 Chapel Glen Court**
**Katy, TX 77450**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____

Name

| 3.8151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,518.00 |

**Steve Walch**
**5614 Balboa Dr.**
**Oakland, CA 94611**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $389.00 |

**Steve Winkley**
**6220 LouKelton circle**
**San Diego, CA 92120**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $929.00 |

**Steve Yorde**
**9702 Hightide Dr.**
**Huntington Beach, CA 92646**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $215.00 |

**Steve Zang**
**934 Dogwood Creek Drive**
**Manchester, MO 63021**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.8155 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$31,477.00** |
|---|---|---|---|

**Steve Zimmerman**
**3100 Donald Douglas Loop North**
**Santa Monica, CA 90405**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8156 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$350.00** |
|---|---|---|---|

**Steven Adragna**
**8206 Greentree Manor Ln**
**Fairfax Station, VA 22039**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8157 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$137,932.00** |
|---|---|---|---|

**Steven Bachenheimer**
**3201 NE 183 Street**
**Aventura, FL 33160**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8158 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$143.00** |
|---|---|---|---|

**Steven Bauman**
**14 Cumberland Rd.**
**West Hartford, CT 06119**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 892 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.8159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $696.00 |
| --- | --- | --- | --- |

**Steven Benjamin**
**1723 Gosnell Rd**
**Vienna, VA 22182**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $656.00 |
| --- | --- | --- | --- |

**Steven Berry**
**49 Corinthian Walk**
**Long Beach, CA 90803**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,053.00 |
| --- | --- | --- | --- |

**Steven Brenneis**
**26821 Moore Oaks Road**
**Laguna Hills, CA 92653**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $551.00 |
| --- | --- | --- | --- |

**Steven Chen**
**1719 Acacia**
**Alhambra, CA 91801**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 893
of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.8163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,573.00** |

**Steven Chris Gill**
**17 5th Avenue**
**Westwood, NJ 07675**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.8164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,181.00** |

**Steven Cleere**
**Essex Marketing**
**Novato, CA 94945**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.8165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$8,868.00** |

**Steven Clifford**
**438 39th Avenue East**
**Seattle, WA 98112**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.8166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$389.00** |

**Steven Cohan**
**14822 Addison Street**
**Sherman Oaks, CA 91403**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 894 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.8167 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$203.00** |

**Steven Cohn**
**One Old Country Rd.**
**Carle Place, NY 11514**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8168 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$179.00** |

**Steven Davidoff**
**5304 Tennington Park**
**Dallas, TX 75287**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8169 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,299.00** |

**Steven Dilley**
**5907 Long Court**
**Austin, TX 78730**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8170 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$653.00** |

**Steven Ecker**
**Cowdery Ecker & Murphy**
**Hartford, CT 06103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 895 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.8171 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,799.00** |
|---|---|---|---|

**Steven Girgenti**
**3312 Judith Drive**
**Bellmore, NY 11710**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8172 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,619.00** |
|---|---|---|---|

**Steven Glaser**
**4 Stonehouse Road**
**Scarsdale, NY 10583**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8173 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$249.00** |
|---|---|---|---|

**Steven Glik**
**145 Tappan St**
**Brookline, MA 02445**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8174 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$350.00** |
|---|---|---|---|

**Steven Godwin**
**50 Kiva Loop**
**Sandia Park, NM 87047**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 896 of 1144

Debtor  **Fox Ortega Enterprises, Inc.**
_____

Case number (if known) _____

Name

| 3.8175 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$295.00** |

**Steven Gross**
**176 Broadway**
**New York, NY 10038**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8176 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$8,470.00** |

**Steven Ham**
**616 E. St NW**
**Washington, DC 20004**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8177 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$220.00** |

**Steven Hartford**
**1818 Verdugo Blvd**
**Glendale, CA 91208**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8178 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$968.00** |

**Steven Itelson**
**1309 Diamond St.**
**San Francisco, CA 94131**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.8179 | **Nonpriority creditor's name and mailing address** |

**Steven Johnson**
**1322 N. Astor St**
**Chicago, IL 60610**

As of the petition filing date, the claim is:                          **$321,646.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.8180 | **Nonpriority creditor's name and mailing address** |

**Steven Kersten**
**2430 N. Lakeview Avenue**
**Chicago, IL 60614**

As of the petition filing date, the claim is:                          **$10,403.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.8181 | **Nonpriority creditor's name and mailing address** |

**Steven Kregling**
**5657 W. Howard St.**
**Niles, IL 60714**

As of the petition filing date, the claim is:                          **$694.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.8182 | **Nonpriority creditor's name and mailing address** |

**Steven Lam**
**313 Main Street**
**Highland Falls, NY 10928**

As of the petition filing date, the claim is:                          **$371.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.8183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$19,538.00** |
|---|---|---|---|

**Steven Lawrence**
**17 Princeton Ave**
**Saint Louis, MO 63130**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.8184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,885.00** |
|---|---|---|---|

**Steven Lichtman**
**15 E Putnam Ave, #262**
**Greenwich, CT 06830**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.8185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$6,071.00** |
|---|---|---|---|

**Steven Lipman**
**8032 Royal Birkdale Circle**
**Lakewood Ranch, FL 34202**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.8186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,264.00** |
|---|---|---|---|

**Steven Mally**
**10515 32nd DR SE**
**Everett, WA 98208**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**                Case number (if known) _____

Name

| 3.8187 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$750.00** |
|---|---|---|---|---|

**Steven Marcet**
**465 Westbourne Dr**
**Tyrone, GA 30290**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8188 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$311.00** |
|---|---|---|---|---|

**Steven Mathiews**
**P.O. Box 155**
**Capitola, CA 95010**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8189 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$522.00** |
|---|---|---|---|---|

**Steven McDowall**
**1844 Eleanor Avenue**
**St. Paul, MN 55116**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8190 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$708.00** |
|---|---|---|---|---|

**Steven Miller**
**818 SW 3rd Ave**
**Portland, OR 97204**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 900 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.8191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $7,123.00 |

**Steven Mischel**
**2708 N. Racine**
**Chicago, IL 60614**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | | |
|---|---|---|
| 3.8192 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $3,549.00 |

**Steven Monk**
**1030 Glendale Hills Drive N.E.**
**Rochester, MN 55906**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | | |
|---|---|---|
| 3.8193 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $167.00 |

**Steven Nagelberg**
**1087 Vista Ridge Lane**
**Thousand Oaks, CA 91362**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | | |
|---|---|---|
| 3.8194 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $1,290.00 |

**Steven Nellessen**
**741 Jamestowne Court**
**Sleepy Hollow, IL 60118**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 901 of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number *(if known)* | |
| | Name | | |

---

| 3.8195 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$551.00** |

**Steven Nordhoff**
**2700 Newport Blvd**
**Newport Beach, CA 92663**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8196 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$89.00** |

**Steven Odonley**
**3512 christopher**
**Richardson, TX 75082**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8197 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,781.00** |

**Steven Orloff**
**260 King Hill Road**
**Minneapolis, MN 55416**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8198 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$319.00** |

**Steven Peck**
**550 W. Wellington Ave.**
**Chicago, IL 60657**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.8199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $159.00 |

Nonpriority creditor's name and mailing address
**Steven Pepe**
**655 elmwood rd**
**West Babylon, NY 11704**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,693.00 |

Nonpriority creditor's name and mailing address
**Steven Pollack**
**5455 Bromley Drive**
**Oak Park, CA 91377**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,499.00 |

Nonpriority creditor's name and mailing address
**Steven Pollard**
**18 Sunset Drive**
**Summit, NJ 07901**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $314.00 |

Nonpriority creditor's name and mailing address
**Steven Pressler**
**333 West 56th Street Apt 5a**
**New York, NY 10019**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.8203** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,314.00**
---

**Steven Pumilia**
**4423 Sparrow Road**
**Minnetonka, MN 55345**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.8204** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$12,134.00**

**Steven Qi**
**3119 Lafayette Street**
**Houston, TX 77056**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.8205** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$245.00**

**Steven Randle**
**PO Box 283**
**Yosemite Natl. Pk., CA 95389**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

**3.8206** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$99.00**

**Steven Reinstein**
**1722 19th St NW**
**Washington, DC 20009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 904 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number *(if known)*

| 3.8207 | Nonpriority creditor's name and mailing address | | $15,809.00 |

**Steven Rooke**
**18474 E Cactus Hill Rd**
**Vail, AZ 85641**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.8208 | Nonpriority creditor's name and mailing address | | $5,691.00 |

**Steven Roy**
**268 Grant Street**
**Denver, CO 80203**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.8209 | Nonpriority creditor's name and mailing address | | $7,901.00 |

**Steven Ruths**
**5299 Via Patricia**
**Thousand Oaks, CA 91320**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.8210 | Nonpriority creditor's name and mailing address | | $4,799.00 |

**Steven Schubiner**
**1223 Indian Mound Trail**
**Bloomfield Hills, MI 48301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 905 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number *(if known)*

| 3.8211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,975.00 |
|---|---|---|---|

**Steven Schwartz**
**191 N. Wacker Drive**
**Chicago, IL 60606**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $879.00 |
|---|---|---|---|

**Steven Sculler**
**115 Valesi Dr.**
**Morganville, NJ 07751**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $311.00 |
|---|---|---|---|

**Steven Shifman**
**7431 East Aracoma Dr.**
**Cincinnati, OH 45237**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,408.00 |
|---|---|---|---|

**Steven Shroyer**
**1907 N Beverly Drive**
**Beverly Hills, CA 90210**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 906 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.8215 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$12,328.00** |
|---|---|---|---|

**Steven Simmons**
**8 Dexter Rd**
**Westport, CT 06880**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8216 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,950.00** |
|---|---|---|---|

**Steven Simon**
**1209 E Tujunga Ave**
**Burbank, CA 91501**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8217 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$32,265.00** |
|---|---|---|---|

**Steven Smith**
**1059 Glen Court**
**Lafayette, CA 94549**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8218 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,279.00** |
|---|---|---|---|

**Steven Smith**
**10359 Mackenzie Way**
**Dublin, OH 43017**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.8219 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,973.00** |

**Steven Stanko**
**169 Forest Side Ave**
**San Francisco, CA 94127**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8220 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,230.00** |

**Steven Stuart**
**135 Central Park West**
**New York, NY 10023**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8221 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$919.00** |

**Steven Sullivan**
**2263 Triad Rd.**
**Saint Jacob, IL 62281**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8222 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$271.00** |

**Steven Templeton**
**9330 Meadowbriar Lane**
**Houston, TX 77063**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 908 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____   Case number (if known) _____
Name

| 3.8223 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,179.00** |

**Steven Tencati**
**10123 Lone Bluff Drive**
**San Diego, CA 92127**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____   ☐ Yes

---

| 3.8224 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,859.00** |

**Steven Thomas**
**818 N.W. 11th Street**
**Pendleton, OR 97801**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____   ☐ Yes

---

| 3.8225 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,999.00** |

**Steven Tipton**
**5411 Tortuga Trail**
**Austin, TX 78731**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____   ☐ Yes

---

| 3.8226 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,432.00** |

**Steven Tomsovic**
**1244 Idlers Rest Rd**
**Moscow, ID 83843**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____   ☐ Yes

---

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

---

| 3.8227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,925.00 |
|---|---|---|---|

**Steven Valentino**
**The Merion Building Suite 301**
**King of Prussia, PA 19406**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number

---

| 3.8228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,210.00 |
|---|---|---|---|

**Steven Wallace**
**152 Garfield**
**Monrovia, CA 91016**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number

---

| 3.8229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $59.00 |
|---|---|---|---|

**Steven Wallis**
**7081 SVL BOX**
**Victorville, CA 92395**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number

---

| 3.8230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $719.00 |
|---|---|---|---|

**Steven Weisler**
**2722 Monserat Ave.**
**Belmont, CA 94002**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Case: 16-40050  Doc# 16-1  Filed: 01/21/16  Entered: 01/21/16 15:42:32  Page 910 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.8231 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$299.00** |

**Nonpriority creditor's name and mailing address**
**Steven Wilde**
**3100 N. Kenmore Ave**
**Chicago, IL 60657**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

3.8232 **Nonpriority creditor's name and mailing address** **$3,584.00**
**Stewart Fuzzell**
**740 Museum Dr**
**Mobile, AL 36608**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

3.8233 **Nonpriority creditor's name and mailing address** **$339.00**
**Stewart Saliman**
**4901 Wornall Rd.**
**Kansas City, MO 64112**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

3.8234 **Nonpriority creditor's name and mailing address** **$3,007.00**
**Stewart Stecker**
**611 Lyndale Court**
**Paoli, PA 19301**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 911 of 1144

Debtor   **Fox Ortega Enterprises, Inc.**                              Case number (if known) _____

_____
Name

| 3.8235 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$449.00** |

**Stewart Todd**
**1711 Madrona Dr**
**Seattle, WA 98122**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8236 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$229.00** |

**Stewart Whitman**
**34 Copper Beech Rd.**
**Greenwich, CT 06830**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8237 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$143.00** |

**Stian Knutsen**
**Hans Egedesgate 10**
**Stavanger, 4019**
**NORWAY**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8238 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$133.00** |

**Stinson Humphrey**
**62-3590 Emoloa Way**
**Kamuela, HI 96743**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 912 of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
| | Name | | |

---

| 3.8239 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$28,319.00** |

**Stuart Aronson**
**37 Red Coat Rd.**
**Westport, CT 06880**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

| Date or dates debt was incurred | | **Is the claim subject to offset?** |

■ No

| Last 4 digits of account number | | ☐ Yes |

---

| 3.8240 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$599.00** |

**Stuart Bitterman**
**31 West 52nd Street**
**Kansas City, MO 64112**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

| Date or dates debt was incurred | | **Is the claim subject to offset?** |

■ No

| Last 4 digits of account number | | ☐ Yes |

---

| 3.8241 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$379.00** |

**Stuart Block**
**87 Huntleigh Road**
**Oakland, CA 94611**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

| Date or dates debt was incurred | | **Is the claim subject to offset?** |

■ No

| Last 4 digits of account number | | ☐ Yes |

---

| 3.8242 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$49.00** |

**Stuart Bowen**
**505 North Roosevelt**
**Falls Church, VA 22044**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

| Date or dates debt was incurred | | **Is the claim subject to offset?** |

■ No

| Last 4 digits of account number | | ☐ Yes |

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 913 of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.8243 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$113.00** |
|---|---|---|---|

**Stuart C. Pliner**
**3223 Paces Ferry Place**
**Atlanta, GA 30305**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8244 | **Nonpriority creditor's name and mailing address** | | **$4,259.00** |
|---|---|---|---|

**Stuart Eppsteiner**
**PO box 675124**
**Rancho Santa Fe, CA 92067**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8245 | **Nonpriority creditor's name and mailing address** | | **$5,075.00** |
|---|---|---|---|

**Stuart Gilson**
**189 Aspinwall Ave**
**Brookline, MA 02446**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8246 | **Nonpriority creditor's name and mailing address** | | **$104.00** |
|---|---|---|---|

**Stuart Gruendl**
**1300 Clay St.**
**Oakland, CA 94612**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 914 of 1144

Debtor **Fox Ortega Enterprises, Inc.**                Case number (if known) _____

Name

| 3.8247 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,020.00** |

**Stuart Leaf**
**360 Furman St.**
**Brooklyn, NY 11201**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8248 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,499.00** |

**Stuart Podolsky**
**2 Andrew Street**
**Port Jefferson Sta, NY 11776**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8249 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,319.00** |

**Stuart Rubin**
**715 North Alpine Dr.**
**Beverly Hills, CA 90210**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8250 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$10,132.00** |

**Stuart Sindell**
**300 Cascade Road**
**Stamford, CT 06903**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.8251 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$98,638.00** |

**Stuart Stedman**
**2727 Allen Parkway**
**Houston, TX 77019**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8252 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,169.00** |

**Sudarshan Sharma**
**836 Park Ave**
**Hinsdale, IL 60521**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8253 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,833.00** |

**Sudhir Nakhwa**
**154 Lombard Street**
**San Francisco, CA 94111**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8254 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$57.00** |

**Sue Dubach-Reinhold**
**1150 James Place**
**El Cerrito, CA 94530**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor  **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____
_____
Name

| 3.8255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $959.00 |

**Sue St. Sure**
**6943 Grasswood**
**Malibu, CA 90265**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $173.00 |

**Sujay Jhaveri**
**228 Cumberland Street**
**Brooklyn, NY 11205**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,199.00 |

**Sun Bin Kim**
**46 MARINE PARADE ROAD**
**#07-06 Silversea**
**SINGAPORE**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,591.00 |

**sun chong**
**1225 TASKER ST FL1**
**Philadelphia, PA 19148**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050     Doc# 16-1     Filed: 01/21/16     Entered: 01/21/16 15:42:32     Page 917
of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number *(if known)* | |
|--------|----------------------------------|--------------------------|--|
| | Name | | |

---

**3.8259** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$299.00**

**Sunder Subbaroyan**
**105 McClellan Boulevard**
**Davenport, IA 52803**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.8260** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,750.00**

**Sundip Shah**
**12268 Ventura Blvd.**
**Studio City, CA 91604**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.8261** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$989.00**

**Sung Kwai Chen**
**758 Turquoise Drive**
**Hercules, CA 94547**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.8262** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$8,159.00**

**Sung Yong Park**
**85 Dillingham Place**
**Englewood Cliffs, NJ 07632**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 918 of 1144

Debtor **Fox Ortega Enterprises, Inc.**        Case number (if known) _____

Name

---

| 3.8263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $42.00 |

**Sungbok Lee**
1535-3 Seocho-Dong
Seocho-Gu, Seoul
**SOUTH KOREA**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,379.00 |

**Sungheon Kang**
2066 Smokewood Ave
Fullerton, CA 92831

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $335.00 |

**Sungjin Youn**
507-314 Central Park Drive
Ottawa, ON K2C0R2
**CANADA**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,697.00 |

**Sunit Das**
3376 Vineyard Hill Dr
Rochester, MI 48306

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 919 of 1144

Debtor  **Fox Ortega Enterprises, Inc.**　　　Case number (if known)　_____
　　　　　Name

| 3.8267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $69.00 |
|---|---|---|---|

**Sunita Aggarwal**
**827 32nd Ave**
**San Francisco, CA 94121**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred　_____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number　_____

---

| 3.8268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

**Surachai Lattapanit**
**'222 Moo 14, Bangpleeyai'**
**Bangplee,Sa,40 668185321,,0,,N,0,0,0,128**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred　_____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number　_____

---

| 3.8269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $18,221.00 |
|---|---|---|---|

**Suresh Kumar**
**P.O. Box 396**
**New Vernon, NJ 07976**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred　_____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number　_____

---

| 3.8270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $74.00 |
|---|---|---|---|

**Suresh Ramanthan**
**4738 S Kenwood Ave.**
**Chicago, IL 60615**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred　_____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number　_____

---

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.8271 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$719.00** |
|---|---|---|---|

**Suril Shah**
**8929 Sand Ridge Drive**
**Dunnville, KY 42528**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8272 | **Nonpriority creditor's name and mailing address** | | **$438.00** |
|---|---|---|---|

**Surindha Talwatte**
**5615 Kales Avenue**
**Oakland, CA 94618**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8273 | **Nonpriority creditor's name and mailing address** | | **$2,759.00** |
|---|---|---|---|

**Susan Borgman**
**4146 Boulevard Place**
**Mercer Island, WA 98040**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8274 | **Nonpriority creditor's name and mailing address** | | **$199.00** |
|---|---|---|---|

**Susan Campbell**
**14284 Nolen Lane**
**Virginia Beach, VA 23462**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 921 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.8275 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$129.00** |
|---|---|---|---|

**Susan Cleveland-Knowles**
**590 Sausalito Blvd.**
**Sausalito, CA 94965**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8276 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$160,346.00** |
|---|---|---|---|

**Susan Cope**
**104 Grimsby Road**
**Louth, Lincolnshire LN11 DZ**
**ENGLAND**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8277 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$69.00** |
|---|---|---|---|

**Susan Fitzpatrick**
**2405 Loxford Lane**
**Alpharetta, GA 30009**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8278 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,669.00** |
|---|---|---|---|

**Susan Freydberg**
**7 Akbar Road**
**Stamford, CT 06902**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 922 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known)

Name

| 3.8279 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$47.00** |

**Susan Herrmann**
**140 Oak View Drive**
**San Rafael, CA 94903**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.8280 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$149.00** |

**Susan Hone**
**3 Tanglewood Rd**
**Berkeley, CA 94705**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.8281 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,215.00** |

**Susan Hubbard**
**20 Poppy Lane**
**Berkeley, CA 94708**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.8282 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,501.00** |

**Susan Jamison**
**131 Nova Drive**
**Piedmont, CA 94610**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| 3.8283 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$3,599.00** |

**3.8283** | **Nonpriority creditor's name and mailing address**

**Susan Josey**
**3617 Inverness**
**Houston, TX 77006**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No
☐ Yes

**$3,599.00**

---

**3.8284** | **Nonpriority creditor's name and mailing address**

**Susan Kennedy**
**3150 Robinson Dr.**
**Oakland, CA 94602**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No
☐ Yes

**$32.00**

---

**3.8285** | **Nonpriority creditor's name and mailing address**

**Susan Lahey**
**526 Winsor Street**
**Bound Brook, NJ 08805**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No
☐ Yes

**$239.00**

---

**3.8286** | **Nonpriority creditor's name and mailing address**

**Susan Lueker**
**16275 Healdsburg Ave**
**Healdsburg, CA 95448**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No
☐ Yes

**$758.00**

---

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 924 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.8287 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$529.00** |
|---|---|---|---|

**Susan Smith**
**6 New Street**
**Charleston, SC 29401**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8288 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$839.00** |
|---|---|---|---|

**Susan Stone**
**1 Throckmorton Lane**
**Mill Valley, CA 94941**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8289 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,852.00** |
|---|---|---|---|

**Susan Swift**
**3670 Sun View Way**
**Concord, CA 94520**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8290 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$149.00** |
|---|---|---|---|

**Susan Tha**
**4249 West 9th Ave**
**Vancouver, BC V6R2C6**
**CANADA**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.8291 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$7,485.00** |

**Susan Twellman**
**5405 Alton Parkway**
**Irvine, CA 92604**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8292 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$965.00** |

**Susan Ward**
**1715 Chicago Ave**
**Evanston, IL 60201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8293 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,447.00** |

**Suzanne Camhi**
**25 Joralemon Street**
**Brooklyn, NY 11201**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8294 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$200.00** |

**Suzanne Herbers**
**8428 Holly Leaf Drive**
**McLean, VA 22102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050 Doc# 16-1 Filed: 01/21/16 Entered: 01/21/16 15:42:32 Page 926 of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.8295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,117.00 |
|---|---|---|---|

**Suzanne Pak**
**12841 SW Morningstar Dr.**
**Tigard, OR 97223**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,347.00 |
|---|---|---|---|

**Suzanne Tiffany**
**P.O. Box 374**
**Dana Point, CA 92629**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,927.00 |
|---|---|---|---|

**Svitlana Karpenko**
**72  22nd Avenue**
**San Francisco, CA 94121**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $319.00 |
|---|---|---|---|

**Sylvester Karagis**
**37 Locust Avenue**
**Larchmont, NY 10538**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.8299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$90.00** |
|---|---|---|---|

**Sylvia Sequeira**
**207 Amazon Ave.**
**San Francisco, CA 94112**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$531,225.00** |
|---|---|---|---|

**Szen Low**
**Flat 35B, Block 1, Scenic Garden**
**9 Kotewall Road, Mid-levels**
**HONG KONG**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$196.00** |
|---|---|---|---|

**T. Hunter Dare**
**420 West 42nd St Apt. 35 F**
**New York, NY 10036**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$9,359.00** |
|---|---|---|---|

**T.K. Tio**
**1400 Via Davalos**
**Palos Verdes Estate, CA 90274**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**　　　　　　　　Case number (if known) _____

Name

| 3.8303 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$32,754.00** |

**Tad Wellisz**
**130 Delfren Drive**
**Los Angeles, CA 90077**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8304 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$6,090.00** |

**Tadahiko Ono**
**44-178 Nanamoana St.**
**Kaneohe, HI 96744**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8305 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$10,292.00** |

**Tadahiro Ohama**
**Floral Kosakura Room 300**
**Japan 4660012, Ja 00466-0012**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8306 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,279.00** |

**Tae Lee**
**9921 SW 30th Ave**
**Portland, OR 97219**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Debtor **Fox Ortega Enterprises, Inc.**                          Case number (if known) _____

Name

| 3.8307 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,553.00** |

**Taejoon Park**
**2000 Henderson Ave**
**Eugene, OR 97403**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____          ☐ Yes

---

| 3.8308 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$499.00** |

**Taek-jin Choi**
**#843-10, SangJi Ritzu Ville**
**6-cha 102-ho Bangbae-4-dong, Seoul**
**SOUTH KOREA**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____          ☐ Yes

---

| 3.8309 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$582.00** |

**Takao Shigeta**
**1-1-14 Higashigaoka**
**Tokyo, NU 00152-0021**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____          ☐ Yes

---

| 3.8310 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,868.00** |

**Takashi Osakaya**
**1-9-14 Koishikawa**
**Tokyo, NU 00112-0002**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____          ☐ Yes

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 930 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.8311 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$7,619.00** |

**Takeshi Kataoka**
**130 Ivanhoe St**
**Denver, CO 80220**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8312 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$549.00** |

**Takeshi Kitahara**
**2753 Glorietta Circle**
**Santa Clara, CA 95051**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8313 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$69,467.00** |

**Talmadge O'Neill**
**1585 East Altadena Drive**
**Altadena, CA 91001**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8314 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$100.00** |

**Tamar Brown**
**2536 Grrant Street**
**Berkeley, CA 94703**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor  **Fox Ortega Enterprises, Inc.**                      Case number (if known) _____
         Name

| 3.8315 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,759.00** |

**Tamara Diederichs**
**PO Box 415**
**Pilot Hill, CA 95664**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8316 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$176.00** |

**Tanu Sankalia**
**1628 Josephine St**
**Berkeley, CA 94703**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8317 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$8,762.00** |

**Taoning Anthony Ma**
**2080 Third Street**
**San Francisco, CA 94107**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8318 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$14,912.00** |

**Tatsuhiko Mukasa**
**3-7-14 Motohongo-chou**
**Tokyo, NU 00192-0051**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 932 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known) _____

| 3.8319 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$23,869.00** |

**Tatz Ishimaru**
**311 7th St**
**Davis, CA 95616**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8320 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,523.00** |

**Tavi Henry**
**8300 W 18th ave**
**Denver, CO 80214**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8321 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$7,327.00** |

**Tawan Jithavech**
**134 N. 4th St.**
**Alhambra, CA 91801**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8322 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$16,949.00** |

**Tawfiq Khoury**
**2505 Congress Street**
**San Diego, CA 92110**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050     Doc# 16-1     Filed: 01/21/16     Entered: 01/21/16 15:42:32     Page 933 of 1144

Debtor **Fox Ortega Enterprises, Inc.**      Case number (if known) _____

Name

| | |
|---|---|
| 3.8323 | **Nonpriority creditor's name and mailing address** |

**Tawnie Campbell**
**1307 Chickering Rd.**
**Nashville, TN 37215**

As of the petition filing date, the claim is:      **$909.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.8324 | **Nonpriority creditor's name and mailing address** |

**Taylor Broussard**
**3632 Etchings Way**
**Clovis, CA 93619**

As of the petition filing date, the claim is:      **$99.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.8325 | **Nonpriority creditor's name and mailing address** |

**Taylor Clay Bear**
**'1430 Woodland Dr, Apt. 1'**
**Saint Louis, MO 63117**

As of the petition filing date, the claim is:      **$679.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.8326 | **Nonpriority creditor's name and mailing address** |

**Taylor Davis**
**16 Pambrook Dr.**
**Fishersville, VA 22939**

As of the petition filing date, the claim is:      **$483.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 934 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.8327 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,709.00 |

**Taylor Kamp**
**14 Patriots Way**
**Mendham, NJ 07945**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

| 3.8328 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,257.00 |

**Taylor Reinhart**
**16 S Portland Ave**
**Brooklyn, NY 11217-1302**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

| 3.8329 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $244.00 |

**TC Collier**
**850 Beaver Brook Dr**
**Atlanta, GA 30318**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

| 3.8330 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $8,169.00 |

**Te Ming Chen**
**5890 Christie Avenue**
**Emeryville, CA 94608**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 935 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.8331 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$7,350.00** |
|---|---|---|---|

**Te-yu Lee**
**10F, 133, Sec.3 Jen Ai Road**
**Taipei, 106**
**TAIWAN**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8332 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$35,633.00** |
|---|---|---|---|

**Teck Wong**
**'246 W.17th St., #5-D'**
**New York, NY 10011**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8333 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$959.00** |
|---|---|---|---|

**Ted Brader**
**6471 Bedview Dr.**
**Saline, MI 48176**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8334 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$8,603.00** |
|---|---|---|---|

**Ted Demopoulos**
**10 Pine Street**
**Scarborough, ME 04070**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

---

| 3.8335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $177.00 |

**Ted Ebel**
**3928 Via Cangrejo**
**San Diego, CA 92130**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $579.00 |

**Ted Eliot**
**401 Golden Gate Ave.**
**Belvedere-Tiburon, CA 94920**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $209.00 |

**Ted Facciani**
**645 West 9th Street**
**Los Angeles, CA 90015**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $530.00 |

**Ted Gidlow**
**3848 SE Division Street**
**Portland, OR 97202**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 937 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.8339 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$10,224.00** |

**Ted Hittle**
**19546 Germain Street**
**Northridge, CA 91326**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8340 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$375.00** |

**Ted Kalota**
**2954 N Campbell Avenue**
**Tucson, AZ 85719**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8341 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,239.00** |

**Ted Kennedy**
**20 Banks Terrace**
**Swampscott, MA 01907**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8342 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,219.00** |

**Ted Kreuser**
**4018 N Kolmar Ave**
**Chicago, IL 60641**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 938 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

---

| 3.8343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,934.00 |
|---|---|---|---|

**Ted Latty**
**350 S. Grand Ave**
**Los Angeles, CA 90071**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.8344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $27,927.00 |
|---|---|---|---|

**Ted Lemon**
**780 Gold Ridge Road**
**Sebastopol, CA 95472**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.8345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $399.00 |
|---|---|---|---|

**Ted Nordstrom**
**1 Infinite Loop**
**Cupertino, CA 95014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.8346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $150.00 |
|---|---|---|---|

**Ted Pearce**
**440 S Church Street**
**Charlotte, NC 28202**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 939 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.8347 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: |

**Ted Pilot**
**1730 North Northlake Way**
**Seattle, WA 98103**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$1,024.00**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.8348 | **Nonpriority creditor's name and mailing address** |

**Ted Rothstein**
**28 Cove Road**
**Rhinebeck, NY 12572**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$2,637.00**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.8349 | **Nonpriority creditor's name and mailing address** |

**Ted Schroeder**
**22398 Eden Valley Ct**
**Saratoga, CA 95070**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$764.00**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.8350 | **Nonpriority creditor's name and mailing address** |

**Ted Stinson**
**821 Stanford**
**Menlo Park, CA 94025**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$2,270.00**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 940
of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.8351 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,827.00 |
|---|---|---|---|

**Ted Strawser**
**25 Bartlett St.**
**San Francisco, CA 94110**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8352 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $149.00 |
|---|---|---|---|

**Ted Tietge**
**2410 Montgomery Ave**
**Cardiff by the Sea, CA 92007**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8353 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,152.00 |
|---|---|---|---|

**Ted Tran**
**34959 Eastin Dr.**
**Union City, CA 94587**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8354 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $115,845.00 |
|---|---|---|---|

**Teh Ming Hu**
**3015 Kaiser Drive**
**Santa Clara, CA 95051**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.8355 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$874.00** |

**Terence AuYeung**
**762 31st Ave**
**Seattle, WA 98122**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8356 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$8,131.00** |

**Terence Carter**
**414 N Arden Blvd**
**Los Angeles, CA 90004**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8357 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$29,159.00** |

**Terence Chu**
**15 Arguello Blvd**
**San Francisco, CA 94118**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8358 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$227.00** |

**Terence Darby**
**559 Hearthstone Dr**
**Yardley, PA 19067**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 942 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.8359 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$1,589.00** |

3.8359 | **Nonpriority creditor's name and mailing address**

**Terence Fox**
**593 Smith Ridge Road**
**New Canaan, CT 06840**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$1,589.00

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

3.8360 | **Nonpriority creditor's name and mailing address**

**Terence Gilbert**
**391 State Street**
**Albany, NY 12210**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$2,090.00

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

3.8361 | **Nonpriority creditor's name and mailing address**

**Terence Lam**
**17 E 89th St**
**NY, NY 10128**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$135.00

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

3.8362 | **Nonpriority creditor's name and mailing address**

**Terence Sullivan**
**3157 Falmouth Road**
**Shaker Heights, OH 44122**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$4,217.00

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 943 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.8363 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,044.00 |

**Terence Tung**
**1700 Avenida Elisa**
**San Jose, CA 95131**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8364 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,039.00 |

**TERESA HUBER**
**5550 HUBER RD**
**HUBER HEIGHTS, OH 45424**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8365 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $693.00 |

**Terre Michaels**
**7602 N. Jupiter Rd.**
**Garland, TX 75044**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8366 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,043.00 |

**Terrence Brady**
**2892 Forest Down**
**Fitchburg, WI 53711**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 944 of 1144

Debtor **Fox Ortega Enterprises, Inc.**                          Case number (if known) _____
Name

| 3.8367 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,198.00** |

**Terrence Won**
**1360 S Beretania Street**
**Honolulu, HI 96814**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8368 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$32,114.00** |

**Terri Macellaro**
**124 Brooks Avenue**
**Venice, CA 90291**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8369 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,303.00** |

**Terry Ardale**
**6899 NE 3rd Avenue**
**Miami, FL 33138**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8370 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,377.00** |

**Terry Austen**
**626 Chapman St**
**San Jose, CA 95126**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 945 of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.8371 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$100.00** |

**Terry Brumfield**
**1840 N Cleveland Ave**
**Chicago, IL 60614**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8372 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$767.00** |

**Terry Chappell**
**22115 NW Imbrie Dr**
**Hillsboro, OR 97124**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8373 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$6,606.00** |

**Terry Harris**
**2618 Warren Avenue**
**Cheyenne, WY 82001**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8374 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,549.00** |

**Terry Kay**
**466 A Foothill Blvd**
**La Canada Flintridge, CA 91011**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____

Name

| 3.8375 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $7,250.00 |

**Terry Krembs**
**18321 Johnson Creek**
**Tenino, WA 98589**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8376 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $974.00 |

**Terry Kridler**
**8735 Marburg Manor Drive**
**Lutherville-Timonium, MD 21093**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8377 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $40,829.00 |

**Terry Lee**
**1330 Ala Moana Boulevard**
**Honolulu, HI 96814**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8378 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $254.00 |

**Terry Morris**
**1766 Vista Trace**
**Decatur, GA 30033**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 947 of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.8379 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$17,783.00** |
|---|---|---|---|

**Terry Rosche**
**4 David Drive**
**Royersford, PA 19468**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8380 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,639.00** |
|---|---|---|---|

**Terry Roth**
**13705 26th Ave No**
**Plymouth, MN 55441**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8381 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,326.00** |
|---|---|---|---|

**Terry Su**
**928 Candlewood Drive**
**Cupertino, CA 95014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8382 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$129.00** |
|---|---|---|---|

**Terry Taketa**
**673 4th Street**
**Hermosa Beach, CA 90254-4742**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050 Doc# 16-1 Filed: 01/21/16 Entered: 01/21/16 15:42:32 Page 948 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.8383 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: **$1,524.00**
Check all that apply.

**Terry Wong**
**95 San Andreas Way**
**San Francisco, CA 94127**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.8384 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: **$2,252.00**
Check all that apply.

**Terry Wu**
**727 E. Charleston Rd**
**Palo Alto, CA 94303**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.8385 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: **$339.00**
Check all that apply.

**Tetsunari Kimura**
**221 S Wilson Ave.**
**Pasadena, CA 91106**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.8386 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: **$101,900.00**
Check all that apply.

**Tetsuro Tsusaka**
**4-2-27 3F Shibuya**
**Shibu, Ja 00150-0002**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 949 of 1144

Debtor **Fox Ortega Enterprises, Inc.**     Case number (if known) _____

Name

---

| 3.8387 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,949.00** |

**Tetsuya Miyagawa**
**'2-25-11, Fujizuka'**
**Yokohama, NU 00222-0012**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8388 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$45.00** |

**Tetyana Gabrielyan**
**11 La Espiral**
**Orinda, CA 94563**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8389 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,069.00** |

**Thang Tran**
**2574 Glen Dundee Way**
**San Jose, CA 95148**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8390 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$339.00** |

**THANH NGUYEN**
**11902 83rd Ave So**
**Seattle, WA 98178**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 950 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.8391 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,999.00 |

**The Library**
**765 Baywood Drive #137**
**Petaluma, CA 94954**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8392 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **Unknown** |

**The Source**
**3035 E. Avenida de Los Arbores**
**Thousand Oaks, CA 91362**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8393 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $609.00 |

**Theodore Jonson**
**2416 Chelsea Road**
**Palos Verdes Peninsu, CA 90274**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8394 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,061.00 |

**Theodore Kirkpatrick**
**1367 Debordieu Blvd.**
**Georgetown, SC 29440**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 951 of 1144

Debtor **Fox Ortega Enterprises, Inc.**      Case number (if known) _____
_____
Name

| | |
|---|---|
| 3.8395 | |

**Nonpriority creditor's name and mailing address**
**Theodore LaRosa**
**3581 Frey lake Rd**
**Kennesaw, GA 30144**
_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:       **$389.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| | |
|---|---|
| 3.8396 | |

**Nonpriority creditor's name and mailing address**
**Theodore Miller**
**2336 Teviot**
**Los Angeles, CA 90039**
_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:       **$179.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| | |
|---|---|
| 3.8397 | |

**Nonpriority creditor's name and mailing address**
**Theresa Adams**
**P.O. Box4884**
**Berkeley, CA 94704**
_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:       **$25.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
■ No
☐ Yes

---

| | |
|---|---|
| 3.8398 | |

**Nonpriority creditor's name and mailing address**
**Theresa Garvis**
**6035 Curtier Drive**
**Alexandria, VA 22310**
_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:       **$270.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
■ No
☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 952 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.8399 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$130,671.00** |
|---|---|---|---|

**Theresa Lian**
**12 Rodeo Circle**
**Syosset, NY 11791**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____      ☐ Yes

| 3.8400 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,259.00** |
|---|---|---|---|

**Thian Kheoh**
**550 Front St**
**San Diego, CA 92101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____      ☐ Yes

| 3.8401 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,292.00** |
|---|---|---|---|

**Thierry Chassaing**
**30 Siena Ct**
**Redwood City, CA 94062**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____      ☐ Yes

| 3.8402 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,410.00** |
|---|---|---|---|

**Thomas Allen**
**PO Box 62634**
**Colorado Springs, CO 80962**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____      ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.8403 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$986.00** |

**Thomas Altmayer**
**600 Carroll Way**
**Pasadena, CA 91107**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

| 3.8404 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$23,829.00** |

**Thomas Amonett**
**22 Farnham Park Drive**
**Houston, TX 77024**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

| 3.8405 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$7,305.00** |

**Thomas Aoki**
**1021 El Sur Way**
**Sacramento, CA 95864**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

| 3.8406 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$883.00** |

**Thomas Armbruster**
**2269 Chestnut St.**
**San Francisco, CA 94123**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 954 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.8407 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $383.00 |

**Thomas B Akin**
**2400 Bridgeway**
**Sausalito, CA 94965**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No

Last 4 digits of account number _____
☐ Yes

---

| | | |
|---|---|---|
| 3.8408 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $387.00 |

**Thomas Bain**
**8 Pheasant Lane**
**Lexington, MA 02421**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No

Last 4 digits of account number _____
☐ Yes

---

| | | |
|---|---|---|
| 3.8409 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $404.00 |

**thomas bak**
**8616 Eagle glen terrace**
**Fairfax Station, VA 22039**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No

Last 4 digits of account number _____
☐ Yes

---

| | | |
|---|---|---|
| 3.8410 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $89.00 |

**Thomas Bakerink**
**PO box 151275**
**San Rafael, CA 94915**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No

Last 4 digits of account number _____
☐ Yes

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 955 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.8411 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,079.00** |
|---|---|---|---|

**Thomas Baranski**
**819 Craig Forest Ln**
**Kirkwood, MO 63122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8412 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,031.00** |
|---|---|---|---|

**Thomas Behrenbeck**
**713 - 8th Avenue SW**
**Rochester, MN 55902**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8413 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$679.00** |
|---|---|---|---|

**Thomas Black**
**5203 Cottonwood Drive**
**Lothian, MD 20711**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8414 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$239.00** |
|---|---|---|---|

**Thomas Bohr**
**425 Norwood St**
**Redlands, CA 92373**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number *(if known)*

Name

| 3.8415 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$160,843.00** |

**Thomas Boothe**
**7635 SW Westmoor Way**
**Portland, OR 97225**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.8416 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,524.00** |

**Thomas Bougetz**
**35 Laurel Lane**
**Napa, CA 94558**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.8417 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$402.00** |

**Thomas Bozzuto**
**3126 Cane Mill Dr.**
**Albany, GA 31721**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.8418 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,533.00** |

**Thomas Bridge**
**210 W Rittenhouse Sq.**
**Philadelphia, PA 19103**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 957 of 1144

Debtor    **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____

Name

| 3.8419 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$719.00** |
|---|---|---|---|

**Thomas Brock**
**1315 Westbrook Plaza Dr.**
**Winston-Salem, NC 27103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

■ No

Last 4 digits of account number    _____    ☐ Yes

---

| 3.8420 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,144.00** |
|---|---|---|---|

**Thomas Cahn**
**17 Lost Oak Road**
**West Boylston, MA 01583**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

■ No

Last 4 digits of account number    _____    ☐ Yes

---

| 3.8421 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$20,444.00** |
|---|---|---|---|

**Thomas Cameron**
**15 Panorama Crest**
**Las Vegas, NV 89135**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

■ No

Last 4 digits of account number    _____    ☐ Yes

---

| 3.8422 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$394.00** |
|---|---|---|---|

**Thomas Conover**
**11628 Bench Rd**
**Missoula, MT 59808**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred    _____    **Is the claim subject to offset?**

■ No

Last 4 digits of account number    _____    ☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 958 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | |
|---|---|
| 3.8423 | **Nonpriority creditor's name and mailing address** |

**Thomas Corcoran**
**PO box 4026**
**Concord, CA 94524**

As of the petition filing date, the claim is: **$419.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number _____

| | |
|---|---|
| 3.8424 | **Nonpriority creditor's name and mailing address** |

**Thomas Cormack**
**2720 rasmussen road**
**Park City, UT 84098**

As of the petition filing date, the claim is: **$959.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number _____

| | |
|---|---|
| 3.8425 | **Nonpriority creditor's name and mailing address** |

**Thomas Cosgriff**
**3001 Walden Place**
**Mandeville, LA 70448**

As of the petition filing date, the claim is: **$139.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number _____

| | |
|---|---|
| 3.8426 | **Nonpriority creditor's name and mailing address** |

**Thomas Cripps**
**38 Grand Corniche Drive**
**Henderson, NV 89011**

As of the petition filing date, the claim is: **$1,499.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 959 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known) _____

| 3.8427 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $207.00 |

**Thomas Cross**
**5566 Grand Haven Road**
**Muskegon, MI 49441**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8428 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,159.00 |

**Thomas Danaher**
**503 North Quaker Lane**
**Alexandria, VA 22304**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8429 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $479.00 |

**Thomas Dangelo**
**3619 18th St.**
**Metairie, LA 70002**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8430 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $179.00 |

**Thomas Devine**
**2601 Henry Hudson Parkway West**
**Bronx, NY 10463**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 960 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.8431 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $779.00 |

**Thomas Diefenbach**
**Knodestr. 18**
**Worms, 67549**
**GERMANY**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8432 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $599.00 |

**Thomas DiPersio**
**4420 Augusta Dr**
**Broomfield, CO 80023**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8433 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $1,147.00 |

**Thomas Doers**
**7250 Highland Ridge Drive**
**Mequon, WI 53092**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8434 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $270.00 |

**Thomas Dunn**
**1780 Spartan Drive**
**Canandaigua, NY 14425**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 961 of 1144

Debtor **Fox Ortega Enterprises, Inc.**                     Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.8435 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$449.00** |

**Thomas Eagan**
**8 Lantern Lane**
**Greenwich, CT 06831**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

| | | |
|---|---|---|
| 3.8436 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,042.00** |

**Thomas Elmer**
**1513 Palo Duro Rd.**
**Austin, TX 78757**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

| | | |
|---|---|---|
| 3.8437 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,899.00** |

**Thomas Eyler**
**6306 114th Avenue SE**
**Bellevue, WA 98006**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

| | | |
|---|---|---|
| 3.8438 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$529.00** |

**Thomas Fellner**
**623 Main St.**
**Gaithersburg, MD 20878**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 962
of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.8439 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$2,072.00** |

**Thomas Ferenchak**
**100 Piper Lane**
**Fairfax, CA 94930**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.8440 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$3,881.00** |

**Thomas Fickinger**
**139 Alvarado Rd**
**Berkeley, CA 94705**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.8441 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$4,307.00** |

**Thomas Fishler**
**7117 E Rancho Vista Dr.**
**Scottsdale, AZ 85251**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.8442 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$1,080.00** |

**Thomas Flint**
**431 State Street**
**New Orleans, LA 70118**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 963 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.8443 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $197.00 |

**Thomas Frenz**
**555 Claybourne Rd**
**Rochester, NY 14618**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8444 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,620.00 |

**Thomas Fucinaro**
**5505 South 91 Street**
**Omaha, NE 68127**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8445 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,105.00 |

**Thomas Glasheen Jr**
**971 Commons Drive**
**Sacramento, CA 95825**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8446 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $959.00 |

**Thomas Godlasky**
**1516 South 42nd St.**
**West Des Moines, IA 50265**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 964 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | |
|---|---|
| **3.8447** | **Nonpriority creditor's name and mailing address** |

**Thomas Granger**
**107 Mission Hills**
**Broussard, LA 70518**

As of the petition filing date, the claim is: **$1,718.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| **3.8448** | **Nonpriority creditor's name and mailing address** |

**Thomas Gursky**
**875 Windcrest Place**
**Winter Springs, FL 32708**

As of the petition filing date, the claim is: **$11,480.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| **3.8449** | **Nonpriority creditor's name and mailing address** |

**Thomas Halverson**
**212 Abalon Ct**
**New Orleans, LA 70114**

As of the petition filing date, the claim is: **$501.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| **3.8450** | **Nonpriority creditor's name and mailing address** |

**Thomas Harris**
**10 Woodhill Dr**
**Redwood City, CA 94061**

As of the petition filing date, the claim is: **$4,022.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.8451** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,352.00**

**Thomas Harvey**
**621 SE 33rd Ave.**
**Portland, OR 97214**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.8452** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,407.00**

**Thomas Hatch**
**200 Groveland Avenue**
**Minneapolis, MN 55403**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.8453** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$195.00**

**Thomas Holley**
**4701 Morris St NE**
**Albuquerque, NM 87111**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.8454** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$199.00**

**Thomas Horan**
**160 9th St**
**Hoboken, NJ 07030**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Case number (if known)

Name

| | | |
|---|---|---|
| 3.8455 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$515.00** |

**Thomas Hutson-Wiley**
**523 Hillside Ave**
**Mill Valley, CA 94941**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| | | |
|---|---|---|
| 3.8456 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$149.00** |

**Thomas Johnson**
**11302 Kensington**
**Los Alamitos, CA 90720**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| | | |
|---|---|---|
| 3.8457 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$9,394.00** |

**Thomas Johnson**
**17606 Emerald Garden Ln**
**Houston, TX 77084**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| | | |
|---|---|---|
| 3.8458 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$1,559.00** |

**Thomas Kanter**
**4 Valley Lane**
**New Canaan, CT 06840**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**Basis for the claim:**

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

---

| 3.8459 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $27,658.00 |

**Thomas Keegan**
**2644 Bronson Rd**
**Fairfield, CT 06824**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8460 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,099.00 |

**Thomas Kelly**
**5160 E El Roble St**
**Long Beach, CA 90815**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8461 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $34,376.00 |

**Thomas Kikis**
**1045 5th Avenue**
**New York, NY 10028**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8462 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $622.00 |

**Thomas Klassen**
**678 McClelland Drive**
**Windsor, CA 95492**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 968 of 1144

Debtor **Fox Ortega Enterprises, Inc.**                     Case number (if known)
_____
Name

| 3.8463 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$70,021.00** |
|---|---|---|---|

**Thomas Kobylarz**
**2 Patterson Ave, Apt 5A**
**Hoboken, NJ 07030**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8464 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$29,194.00** |
|---|---|---|---|

**Thomas Kramer**
**5425 Macarthur Blvd. NW**
**Washington, DC 20016**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8465 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$88,010.00** |
|---|---|---|---|

**Thomas L Roberts**
**391 Serpentine Drive**
**Spartanburg, SC 29303**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8466 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,809.00** |
|---|---|---|---|

**Thomas Landry**
**664 Corona St**
**Denver, CO 80218**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050     Doc# 16-1     Filed: 01/21/16     Entered: 01/21/16 15:42:32     Page 969
of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.8467** **Nonpriority creditor's name and mailing address**

**Thomas LaPlante**
**432 Back Creek rd**
**Gore, VA 22637**

As of the petition filing date, the claim is: **$199.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.8468** **Nonpriority creditor's name and mailing address**

**Thomas Lavin**
**117 Riverdale Dr**
**Covington, LA 70433**

As of the petition filing date, the claim is: **$170,733.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.8469** **Nonpriority creditor's name and mailing address**

**Thomas Lincoln**
**1010 Pine St. Apt. 3R**
**Philadelphia, PA 19107**

As of the petition filing date, the claim is: **$90.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.8470** **Nonpriority creditor's name and mailing address**

**Thomas Lloyd**
**901 Windy Way**
**Front Royal, VA 22630**

As of the petition filing date, the claim is: **$1,267.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

---

| 3.8471 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,322.00** |

**Thomas Lodes**
**480 Sand Hill Circle**
**Menlo Park, CA 94025**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.8472 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$107.00** |

**Thomas Lofaro**
**913 Euclid Street**
**Santa Monica, CA 90403**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.8473 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$6,995.00** |

**Thomas Maskell**
**14 Sparks Station Road**
**Sparks Glencoe, MD 21152**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.8474 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,269.00** |

**Thomas McDevitt**
**1403 Milvia St.**
**Berkeley, CA 94709**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.8475 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$299.00** |

**Thomas McGurk**
**1878 Tennille Ct.**
**Dunwoody, GA 30338**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8476 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,154.00** |

**Thomas Michelsen**
**1203 Campbell Circle**
**Jacksonville, FL 32207**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8477 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,379.00** |

**Thomas Miller**
**2058 North Mills Ave**
**Claremont, CA 91711**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8478 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$6,629.00** |

**Thomas Murphy**
**155 Food Center Dr.**
**Bronx, NY 10474**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 972 of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.8479 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$17,493.00** |

**Thomas O'Neill**
**1918-925 W. Georgia St.**
**Vancouver, BC V6C3L2**
**CANADA**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8480 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,679.00** |

**Thomas Peck**
**13001 Seal Beach Blvd.**
**Seal Beach, CA 90740**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8481 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,606.00** |

**Thomas Philbrick**
**470 Santa Monica Ave.**
**Menlo Park, CA 94025**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8482 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$599.00** |

**Thomas Podgurski**
**24 Plymouth Rd.**
**Port Washington, NY 11050**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 973 of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.8483** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$233.00**

**Thomas Prater**
**1257 S Post Oak**
**Springfield, MO 65809**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.8484** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$899.00**

**Thomas Rabolli**
**100 South Pointe Drive**
**Miami Beach, FL 33139**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.8485** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,100.00**

**Thomas Richason**
**2001 Alden St.**
**Belmont, CA 94002**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.8486** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$239.00**

**Thomas Ryan**
**1919 N Oakley**
**Chicago, IL 60647**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 974 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.8487 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$360.00** |

**Thomas Sapio**
**91 Stephen Mather Road**
**Darien, CT 06820**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8488 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$930.00** |

**Thomas Schellberg**
**1417 Bonnie Brae**
**Casper, WY 82601**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8489 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,309.00** |

**Thomas Staggs**
**500 S. Buena Vista St**
**Burbank, CA 91521**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8490 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,796.00** |

**Thomas Stephens**
**1450 Wynkoop**
**Denver, CO 80202**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 975 of 1144

Debtor __Fox Ortega Enterprises, Inc._____     Case number (if known) _____
_____
Name

| 3.8491 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$73.00** |
|---|---|---|---|

**Thomas Sweeney**
**1001 Madison St, Apt 304**
**Hoboken, NJ 07030**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8492 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,399.00** |
|---|---|---|---|

**Thomas Tomaselli**
**121 Norwood Ave**
**Northport, NY 11768**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8493 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$995.00** |
|---|---|---|---|

**Thomas Vaught**
**716 S 7th St**
**Springfield, IL 62703**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8494 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$149.00** |
|---|---|---|---|

**Thomas Vercillo**
**224 Pontius Ave N**
**Seattle, WA 98109**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy
Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 976 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

| 3.8495 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $239.00 |

**Thomas Vincere**
**1463 Frenchmans Bend Drive**
**Naperville, IL 60564**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

**$239.00**

---

| 3.8496 | Nonpriority creditor's name and mailing address |

**Thomas Warren**
**7260 Hillbrook Ln S**
**Novelty, OH 44072**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

**$3,177.00**

---

| 3.8497 | Nonpriority creditor's name and mailing address |

**Thomas Welsh**
**3105 Woodmont Dr**
**South Bend, IN 46614**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

**$479.00**

---

| 3.8498 | Nonpriority creditor's name and mailing address |

**Thomas Wheltle**
**16608 Music Grove Court**
**Rockville, MD 20853**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

**$13,961.00**

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 977 of 1144

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| 3.8499 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | **$1,924.00** |
|---|---|---|---|---|

**Thomas Widor**
**'5513 30th Street, NW'**
**Washington, DC 20015**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8500 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$18,935.00** |
|---|---|---|---|

**Thomas Wolfe**
**888 Blvd of the Arts**
**Sarasota, FL 34236**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8501 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$569.00** |
|---|---|---|---|

**Thomas Wyatt**
**2711 London Park Drive**
**Midlothian, VA 23113**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8502 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$179.00** |
|---|---|---|---|

**Thong Nguyen**
**1999 Beach Park Blvd.**
**Foster City, CA 94404**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case: 16-40050     Doc# 16-1     Filed: 01/21/16     Entered: 01/21/16 15:42:32     Page 978 of 1144

Debtor  **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.8503 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $16,878.00 |
|---|---|---|---|

**Thorleif Egeli**
**15010 Turkey Trail Ct**
**Houston, TX 77079**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8504 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $6,071.00 |
|---|---|---|---|

**Three Monkeys Wine**
**1300 Montgomery Rd.**
**Sebastopol, CA 95472**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8505 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $3,479.00 |
|---|---|---|---|

**Thruston Morton**
**700 Hempstead Pl**
**Charlotte, NC 28207**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8506 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $185.00 |
|---|---|---|---|

**Thuan Quach**
**1826 Ohlone St**
**Alameda, CA 94501**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050     Doc# 16-1     Filed: 01/21/16     Entered: 01/21/16 15:42:32     Page 979
of 1144

Debtor  **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.8507 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$400,000.00** |
|---|---|---|---|

**Thunevin**
**Lieu Dit Tranchard Sud**
**Saint-Magne De Castillon, 33350**
**FRANCE**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No
■ Yes

Last 4 digits of account number _____

---

| 3.8508 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$343.00** |
|---|---|---|---|

**Tiago Morelli**
**5750 Okeechobee Blvd.**
**West Palm Beach, FL 33417**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8509 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$535.00** |
|---|---|---|---|

**Tiffanie Sitze**
**20 Windermere Way**
**Warwick, RI 02886**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8510 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,754.00** |
|---|---|---|---|

**Tik Ki Lam**
**Flat G, 12/F, Foong Shan Mansion,**
**No. 33 Taikoo Shing Road**
**HONG KONG**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 980 of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.8511 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$509.00** |

**Tim Bernardez**
**Evergreen Pacific Partners**
**Seattle, WA 98101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8512 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,300.00** |

**Tim Bladen**
**805 SE 15th Ave.**
**Portland, OR 97214**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8513 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,084.00** |

**Tim Branton**
**8123 Hwy 69**
**Mactier, ON P0C1H0**
**CANADA**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8514 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$236.00** |

**Tim Brillon**
**9102 27th Ave. NW**
**Seattle, WA 98117**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 981 of 1144

Debtor    **Fox Ortega Enterprises, Inc.**    Case number (if known) _____
_____
Name

| 3.8515 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$23,088.00** |
|---|---|---|---|

**Tim Caudill**
**299 W. Tietan**
**Walla Walla, WA 99362**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number  _____

☐ Yes

---

| 3.8516 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$12,164.00** |
|---|---|---|---|

**Tim Cheung**
**309 Crabapple Rd**
**Manhasset, NY 11030**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number  _____

☐ Yes

---

| 3.8517 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,538.00** |
|---|---|---|---|

**Tim Cronan**
**2150 River Plaza Drive**
**Sacramento, CA 95833**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number  _____

☐ Yes

---

| 3.8518 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$20,764.00** |
|---|---|---|---|

**Tim Duncan**
**201 Old Vine Way**
**Napa, CA 94558**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number  _____

☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 982 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.8519 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $479.00 |
|---|---|---|---|

**Tim Emery**
**600 Stewart Street**
**Seattle, WA 98101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.8520 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $197.00 |
|---|---|---|---|

**Tim Fetter**
**17 Peters Lane**
**Franklin, MA 02038**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.8521 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $879.00 |
|---|---|---|---|

**Tim Fitzgerald**
**30 Terra Vista**
**Dana Point, CA 92629**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.8522 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $19,476.00 |
|---|---|---|---|

**Tim Goodwin**
**125 Myrtlewood Ln**
**Mobile, AL 36608**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**        Case number (if known) _____
_____
Name

| 3.8523 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$794.00** |

**Tim Gruner**
**15611 NE 157th St**
**Woodinville, WA 98072**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8524 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,350.00** |

**Tim Haley**
**475 Marlowe St**
**Palo Alto, CA 94301**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8525 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,036.00** |

**Tim Haley**
**3426 Amourdale Ave**
**Long Beach, CA 90808**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8526 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$289.00** |

**Tim Kirley**
**'59 Spring Dr, NW'**
**Shoreline, WA 98177**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 984 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Case number *(if known)*
Name

| 3.8527 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$135.00** |
|---|---|---|---|

**Tim Knerr**
**2001 W 178th St**
**Torrance, CA 90504**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8528 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,879.00** |
|---|---|---|---|

**Tim Milton**
**11 Palmer Dr.**
**Wayne, NJ 07470**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8529 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,502.00** |
|---|---|---|---|

**Tim Moormeier**
**10440 Redwing Circle**
**Olathe, KS 66061**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8530 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$143.00** |
|---|---|---|---|

**Tim Moratzka**
**P.O. Box 483**
**Hastings, MN 55033**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 985 of 1144

**Debtor** **Fox Ortega Enterprises, Inc.**      Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.8531 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $599.00 |

**3.8531** **Nonpriority creditor's name and mailing address**

**Tim O'Rourke**
**6575 Sentry Hill Trail**
**Atlanta, GA 30328**

**As of the petition filing date, the claim is:** **$599.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.8532** **Nonpriority creditor's name and mailing address**

**Tim Riddiough**
**4162 Veith Avenue**
**Madison, WI 53704**

**As of the petition filing date, the claim is:** **$31,113.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.8533** **Nonpriority creditor's name and mailing address**

**Tim Severin**
**4752 Elben Dr**
**La Palma, CA 90623**

**As of the petition filing date, the claim is:** **$515.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.8534** **Nonpriority creditor's name and mailing address**

**Tim Steffens**
**727 E. 8th St.**
**Moscow, ID 83843**

**As of the petition filing date, the claim is:** **$509.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 986 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | |
|---|---|
| **3.8535** | **Nonpriority creditor's name and mailing address** |

**Tim Stickney**
**16 Bluff Road**
**South Portland, ME 04106**

As of the petition filing date, the claim is:
$4,812.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| **3.8536** | **Nonpriority creditor's name and mailing address** |

**Tim Thigpen**
**P O Box 203**
**Reidville, SC 29375**

As of the petition filing date, the claim is:
$131.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| **3.8537** | **Nonpriority creditor's name and mailing address** |

**Tim Thomas**
**111 Monument Cir.**
**Indianapolis, IN 46204**

As of the petition filing date, the claim is:
$89.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| **3.8538** | **Nonpriority creditor's name and mailing address** |

**Tim Wahl**
**904 Zurich Circle**
**Newport Beach, CA 92663**

As of the petition filing date, the claim is:
$4,468.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known) _____

| 3.8539 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$524.00** |
|---|---|---|---|

**Tim Wassman**
**917 Maryknoll Circle**
**Glen Ellyn, IL 60137**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____          ☐ Yes

---

| 3.8540 | **Nonpriority creditor's name and mailing address** | **$5,015.00** |

**Tim Wentworth**
**309 Waterview Dr**
**Franklin Lakes, NJ 07417**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____          ☐ Yes

---

| 3.8541 | **Nonpriority creditor's name and mailing address** | **$237.00** |

**Timo Quickert**
**1406 Mockingbird Dr**
**Scottsbluff, NE 69361**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____          ☐ Yes

---

| 3.8542 | **Nonpriority creditor's name and mailing address** | **$8,942.00** |

**Timothy Buchholtz**
**2229 Deru Lane SW**
**Rochester, MN 55902**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____          ☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 988 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.8543 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,745.00 |

**Timothy Burns**
**140 Florence Ave**
**Oakland, CA 94618**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8544 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,169.00 |

**Timothy Caire**
**2410 Lakeview Dr.**
**Eugene, OR 97408**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8545 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,139.00 |

**Timothy Forbes**
**60 Fifth Ave**
**New York, NY 10011**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8546 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $570.00 |

**Timothy Gallagher**
**703 Ambriance Dr**
**Burr Ridge, IL 60527**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 989 of 1144

Debtor **Fox Ortega Enterprises, Inc.**        Case number (if known) _____

Name

---

| 3.8547 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$6,879.00** |

**Timothy Gibson**
**17742 Beach Blvd**
**Huntington Beach, CA 92647**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8548 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,059.00** |

**Timothy Harris**
**1387 Church Rd**
**Toms River, NJ 08755**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8549 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$471.00** |

**Timothy Harte**
**747 Ralph McGill Blvd**
**Atlanta, GA 30312**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8550 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$7,937.00** |

**Timothy Helfet**
**10580 Wilshire Blvd**
**Los Angeles, CA 90024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 990 of 1144

Debtor   **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| | |
|---|---|
| 3.8551 | **Nonpriority creditor's name and mailing address** |

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $1,275.00 |
| **Timothy Hoiles** | Check all that apply. |
| **1483 Woolsey Heights** | ☐ Contingent |
| **Colorado Springs, CO 80915** | ☐ Unliquidated |
| | ☐ Disputed |
| | **Basis for the claim:** |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

| | |
|---|---|
| 3.8552 | **Nonpriority creditor's name and mailing address** |

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $351.00 |
| **Timothy Hoogheem** | Check all that apply. |
| **1621 Baneberry Lane** | ☐ Contingent |
| **Golden, CO 80401** | ☐ Unliquidated |
| | ☐ Disputed |
| | **Basis for the claim:** |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

| | |
|---|---|
| 3.8553 | **Nonpriority creditor's name and mailing address** |

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $880.00 |
| **Timothy Kirksey** | Check all that apply. |
| **8432 San Fernando** | ☐ Contingent |
| **Dallas, TX 75218** | ☐ Unliquidated |
| | ☐ Disputed |
| | **Basis for the claim:** |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

| | |
|---|---|
| 3.8554 | **Nonpriority creditor's name and mailing address** |

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** $849.00 |
| **TIMOTHY KUCHARSKI** | Check all that apply. |
| **668 wyngate drive west** | ☐ Contingent |
| **Valley Stream, NY 11580** | ☐ Unliquidated |
| | ☐ Disputed |
| | **Basis for the claim:** |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** |
| | ■ No |
| Last 4 digits of account number _____ | ☐ Yes |

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 991
of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

---

| 3.8555 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$369.00** |

**Timothy Larsen**
**2830 Somerset Pl**
**San Marino, CA 91108**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8556 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$540.00** |

**Timothy Lovell**
**1616 SW Laurel Street**
**Portland, OR 97201**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8557 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,879.00** |

**Timothy McAdam**
**133 Stonegate Road**
**Portola Valley, CA 94028**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8558 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,863.00** |

**Timothy McCracken**
**246 E. 51st St.**
**New York, NY 10022**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.8559 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $803.00 |

**Timothy McIntosh**
**125 Rattlesnake Bluff**
**Boerne, TX 78006**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

$803.00

---

| 3.8560 | Nonpriority creditor's name and mailing address |

**Timothy Melton**
**1852 N. Mohawk**
**Chicago, IL 60614**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

$467.00

---

| 3.8561 | Nonpriority creditor's name and mailing address |

**Timothy Porter**
**23 Worcester Street, Unit 2**
**Boston, MA 02118**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

$1,727.00

---

| 3.8562 | Nonpriority creditor's name and mailing address |

**Timothy Rankin**
**563 Webbs Hill Rd**
**Stamford, CT 06903**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

$4,004.00

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.8563 | **Nonpriority creditor's name and mailing address** | **$2,639.00** |

**Timothy Reimer**
**500 S 33rd St.**
**West Des Moines, IA 50265**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.8564 | **Nonpriority creditor's name and mailing address** | **$884.00** |

**Timothy Sanchez**
**22302 Center St.**
**Castro Valley, CA 94546**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.8565 | **Nonpriority creditor's name and mailing address** | **$2,294.00** |

**Timothy Sexton**
**4606 Kinnakeet Way**
**Greensboro, NC 27455**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.8566 | **Nonpriority creditor's name and mailing address** | **$29.00** |

**Timothy T Hartford**
**559 West Surf**
**Chicago, IL 60657**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 994 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

| | | |
|---|---|---|
| 3.8567 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$84.00** |

**Timothy Teed**
**5306 Cosmic Way**
**Fairview, PA 16415**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.8568 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$3,775.00** |
|---|---|---|

**Timothy Thomas**
**5120 Virginia Way**
**Brentwood, TN 37027**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.8569 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$21,579.00** |
|---|---|---|

**Timothy Vanfleet**
**3800 Vanderbilt Circle**
**Springfield, IL 62711**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

---

| 3.8570 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$147.00** |
|---|---|---|

**Tina Hittenberger**
**469 Amber Way**
**Petaluma, CA 94952**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 995 of 1144

Debtor **Fox Ortega Enterprises, Inc.**                  Case number (if known) _____
_____
Name

| 3.8571 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,085.00** |
|---|---|---|---|

**Tirso Alvarez**
**8260 NW 14th St**
**Doral, FL 33126**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8572 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** |
|---|---|---|---|

**Titan Wine & Spirits**
**22837 Ventura Blvd Ste 300**
**Woodland Hills, CA 91365**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8573 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,695.00** |
|---|---|---|---|

**TJ Parsell**
**185 East Bay St.**
**Charleston, SC 29401**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8574 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$9,150.00** |
|---|---|---|---|

**Tobias Ragoczy**
**930 N 89TH ST**
**Seattle, WA 98103**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.8575 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,602.00 |

**Toby Knobel**
**130 Barrow St**
**New York, NY 10014**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8576 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,279.00 |

**Toby Paterson**
**718 Cole St**
**San Francisco, CA 94117**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8577 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $589.00 |

**Toby Slagle**
**PO Box 310**
**Woodland, WA 98674**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8578 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $794.00 |

**Toby Stern**
**240 W 102nd St.**
**New York, NY 10025**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No

Last 4 digits of account number _____

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case: 16-40050     Doc# 16-1     Filed: 01/21/16     Entered: 01/21/16 15:42:32     Page 997
of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.8579 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$195.00** |
|---|---|---|---|

**Todd Alexander**
**3401 Belvidere Ave SW**
**Seattle, WA 98126**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.8580 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$302.00** |
|---|---|---|---|

**Todd Bartholf**
**PO Box 2168**
**Sonoma, CA 95476**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.8581 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$25,167.00** |
|---|---|---|---|

**Todd Berardi**
**1862 Union St.**
**San Francisco, CA 94123**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.8582 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,951.00** |
|---|---|---|---|

**Todd Bernick**
**839 Greystone Place**
**San Luis Obispo, CA 93401**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Case number (if known) _____

Name

| 3.8583 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,314.00** |

**Todd Beutler**
**13712 SE 18th St.**
**Vancouver, WA 98683**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.8584 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$16,117.00** |

**Todd Bishop**
**130 Ulloa St.**
**San Francisco, CA 94127**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.8585 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,899.00** |

**Todd Bonder**
**672 Via Santa Ynez**
**Pacific Palisades, CA 90272**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.8586 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,059.00** |

**Todd Bostock**
**PO Box 871**
**Sonoita, AZ 85637**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.8587 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$79.00** |

**Todd Crawford**
**379 Dakota Dr**
**Ventura, CA 93001**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.8588 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$31.00** |

**Todd Davis**
**3108 N. Lamar**
**Austin, TX 78705**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.8589 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$331.00** |

**Todd Dorman**
**404 Le Jean Way**
**Walnut Creek, CA 94597**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.8590 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,758.00** |

**Todd Finegold**
**10 West 66th Street**
**New York, NY 10023**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 1000 of 1144

Debtor  **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.8591 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$199.00** |

**Todd French**
**8 Soto Grande Dr**
**Dana Point, CA 92629**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.8592 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$679.00** |

**Todd Hauptli**
**1178 Old Tolson Mill Road**
**McLean, VA 22102**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.8593 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$100.00** |

**Todd Herbers**
**8428 Holly Leaf Dr.**
**McLean, VA 22102**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.8594 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,813.00** |

**Todd Keathley**
**206 Inwood Avenue**
**Montclair, NJ 07043**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

---

| 3.8595 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$499.00** |

**Todd Kramer**
**380 West 12th #6C**
**New York, NY 10014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8596 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$61,411.00** |

**Todd McAllister**
**117 Depot Rd.**
**Harwich, MA 02645**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8597 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,651.00** |

**Todd Rustad**
**121 N. Al Fresco Place**
**Boise, ID 83712**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8598 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$833.00** |

**Todd Sankey**
**1123 Wilshire Drive**
**Roanoke, TX 76262**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1002 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.8599 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,747.00** |

**Todd Shepherd**
**11011 Hillcrest St**
**Livonia, MI 48150**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8600 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$31,496.00** |

**Todd Spooner**
**1366 Preserve Circle**
**Golden, CO 80401**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8601 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$8,999.00** |

**Todd Stamoulis**
**4 Juniper Hill Rd**
**Boylston, MA 01505**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8602 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$48,522.00** |

**Todd Steele**
**1203 Forest Ave**
**Evanston, IL 60202**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.8603 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$512.00** |

**Todd Steeves**
**5053 Paradise Drive**
**Belvedere-Tiburon, CA 94920**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8604 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,376.00** |

**Todd Tose**
**295 Alder St.**
**Arroyo Grande, CA 93420**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8605 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$26,708.00** |

**Todd Tucker**
**4950 N Fort Verde Trail**
**Tucson, AZ 85750**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8606 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$18,722.00** |

**Todd Waldmann**
**2317 W Dora Ln**
**Boise, ID 83702**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**     Case number *(if known)* _____

Name

---

| 3.8607 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,347.00** |
|---|---|---|---|

**Todd Walike**
**41 N Peregrine Circle**
**Oak Park, CA 91377**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8608 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$736.00** |
|---|---|---|---|

**Todd Welch**
**435 E Phelps St**
**Gilbert, AZ 85295**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8609 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$249.00** |
|---|---|---|---|

**Todd Wortman**
**15 Winterberry Lane**
**Briarcliff Manor, NY 10510**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8610 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$167.00** |
|---|---|---|---|

**Tokumbo Kayode**
**1720 7th Street**
**Berkeley, CA 94710**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1005 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.8611 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$999.00** |

**Tom Arnold**
**133 East De La Guerra**
**Santa Barbara, CA 93101**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8612 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$21,001.00** |

**Tom Barnds**
**290 Mountain Home Road**
**Woodside, CA 94062**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8613 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,128.00** |

**Tom Blackwood**
**2443 West Park Ave**
**Napa, CA 94558**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8614 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,635.00** |

**Tom Brown**
**P.O. Box 2563**
**San Anselmo, CA 09497-9256**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.8615 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,109.00 |
|---|---|---|---|

**Tom Brown**
**2240 Corte Ananas**
**Carlsbad, CA 92009**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8616 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $125.00 |
|---|---|---|---|

**Tom Brown**
**1418 Cedar Street**
**Calistoga, CA 94515**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8617 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,654.00 |
|---|---|---|---|

**Tom Bu**
**255 Kenrick Street**
**Newton, MA 02458**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8618 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $439.00 |
|---|---|---|---|

**Tom Cagley**
**17935 Five Oaks Dr.**
**Baton Rouge, LA 70810**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.8619 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,524.00** |

**Tom Captain**
**7200 West Ridge Rd.**
**Mercer Island, WA 98040**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8620 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$21,261.00** |

**Tom Carlson**
**6919 Jester Wild Dr**
**Austin, TX 78750**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8621 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,989.00** |

**Tom Chen**
**2 Tidal Surf**
**Newport Coast, CA 92657**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8622 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,649.00** |

**Tom Chiang**
**461 - 2nd Street**
**San Francisco, CA 94107**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.8623 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,761.00 |

**Tom Courtney**
**313 Goodhill Rd**
**Kentfield, CA 94904**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8624 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $359.00 |

**Tom Crane**
**538 Old Forge Road**
**Media, PA 19063**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8625 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $169.00 |

**Tom Danaher**
**503 North Quaker Lane**
**Alexandria, VA 22304**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8626 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $899.00 |

**Tom DuHamel**
**120 Fraser**
**Santa Monica, CA 90405**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1009 of 1144

Debtor **Fox Ortega Enterprises, Inc.**　　　　　　Case number (if known) _____

Name

| 3.8627 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$283.00** |
|---|---|---|---|

**Tom Echikson**
**10305 Garden Way**
**Potomac, MD 20854**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.8628 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$223.00** |
|---|---|---|---|

**Tom Etheridge**
**1112 NW Solar Pl.**
**Corvallis, OR 97330**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.8629 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,319.00** |
|---|---|---|---|

**Tom Feitel**
**58 Apple Hill Drive**
**Gillette, NJ 07933**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.8630 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,096.00** |
|---|---|---|---|

**Tom Garrett**
**1746 Vineyard Ave.**
**Saint Helena, CA 94574**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com　　　　　　Best Case Bankruptcy

Case: 16-40050　Doc# 16-1　Filed: 01/21/16　Entered: 01/21/16 15:42:32　Page 1010 of 1144

Debtor **Fox Ortega Enterprises, Inc.**                     Case number (if known) _____

Name

| 3.8631 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,169.00 |
|---|---|---|---|

**Tom Gillman**
**601 Richmond Rd**
**Williamsburg, VA 23185**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8632 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,989.00 |
|---|---|---|---|

**Tom Gutting**
**733 W. 20th St**
**Houston, TX 77008**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8633 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,329.00 |
|---|---|---|---|

**Tom Haddad**
**70 Beaumont Avenue**
**San Francisco, CA 94118**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8634 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $4,076.00 |
|---|---|---|---|

**Tom Halpin**
**PO Box 63632**
**Philadelphia, PA 19147**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1011 of 1144

Debtor  **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| 3.8635 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,915.00** |
|---|---|---|---|

**Tom Hull**
**10409 Waxhaw Manor Dr**
**Waxhaw, NC 28173**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8636 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,515.00** |
|---|---|---|---|

**Tom Hyzer**
**4125 Mandan Crescent**
**Madison, WI 53711**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8637 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$344.00** |
|---|---|---|---|

**Tom Linde**
**4525 SW Director St.**
**Seattle, WA 98136**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8638 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,086.00** |
|---|---|---|---|

**Tom Link**

**Cincinnati, OH 45206**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.8639 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$4,012.00** |

**Tom Lipscomb**
**4251 Sarita Court**
**Fort Worth, TX 76109**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | | |
|---|---|---|
| 3.8640 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$2,304.00** |

**Tom Liu**
**30 Littlewood**
**Piedmont, CA 94611**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | | |
|---|---|---|
| 3.8641 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$191.00** |

**Tom Lyons**
**679 Brandy Ct**
**Waxhaw, NC 28173**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | | |
|---|---|---|
| 3.8642 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$215.00** |

**Tom Mesher**
**2336 SW Osage**
**Portland, OR 97205**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| 3.8643 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $529.00 |
|---|---|---|---|

**Tom Miller**
**931 Flint Ave**
**Concord, CA 94518**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.8644 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $116.00 |
|---|---|---|---|

**Tom Nicholson**
**325 West 84th Street**
**New York, NY 10024**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.8645 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,069.00 |
|---|---|---|---|

**Tom Olson**
**275 Palomares**
**Ventura, CA 93003**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.8646 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $372.00 |
|---|---|---|---|

**Tom Paccioretti**
**1324 Pine Street**
**Santa Monica, CA 90405**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 1014 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

| 3.8647 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,452.00 |
|---|---|---|---|

**Tom Pirko**
**799 West Highway 246**
**Buellton, CA 93427**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

| 3.8648 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,227.00 |
|---|---|---|---|

**Tom Pohorsky**
**450 Amigo Road**
**Soquel, CA 95073**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

| 3.8649 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,459.00 |
|---|---|---|---|

**Tom Purcell**
**1415 S Voss**
**Houston, TX 77057**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

| 3.8650 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,455.00 |
|---|---|---|---|

**Tom Rastin**
**1240 Gambier Road**
**Mount Vernon, OH 43050**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 1015 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known) _____

| 3.8651 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,163.00 |
|---|---|---|---|

**Tom Redwitz**
**95 Enterprise**
**Newport Beach, CA 92658**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8652 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $419.00 |
|---|---|---|---|

**Tom Reilly**
**5 Tudor City Palce**
**New York, NY 10017**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8653 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $445.00 |
|---|---|---|---|

**Tom Rough**
**7000 E Mayo Blvd. Suite 1044**
**Cave Creek, AZ 85054**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8654 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $122.00 |
|---|---|---|---|

**Tom Rowland**
**PO Box 33157**
**Los Gatos, CA 95031**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 1016 of 1144

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
Name

| 3.8655 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$62.00** |

**Tom Stephenson**
**100 Jessica Lane**
**Southport, CT 06890**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8656 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$180.00** |

**Tom Steppe**
**1112 W Madison St**
**Ann Arbor, MI 48103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8657 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,048.00** |

**Tom Sullivan**
**3000 John Deere Rd**
**Toano, VA 23168**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8658 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$155.00** |

**Tom Taylor**
**153 Kent Dr**
**Manchester, CT 06042**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1017 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.8659 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $53,702.00 |
|---|---|---|---|

**Tom Tsao**
**918 Radicki Ct**
**City of Industy, CA 91748**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8660 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $47,622.00 |
|---|---|---|---|

**Tom Van Meter**
**334 South Patterson**
**Santa Barbara, CA 93111**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8661 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,675.00 |
|---|---|---|---|

**Tom Whiddon**
**227 E Shipwreck Road**
**Santa Rosa Beach, FL 32459**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8662 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,057.00 |
|---|---|---|---|

**Tom Wills**
**19536 North Muirfield Circle**
**Baton Rouge, LA 70810**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 1018 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.8663 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$1,839.00** |

**Tom Yantis**
**3611 Paesanos Pkwy**
**San Antonio, TX 78231**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.8664 | **Nonpriority creditor's name and mailing address** |

**Tom Yantis**
**1802 NW military Dr, Suite 100**
**San Antonio, TX 78213**

As of the petition filing date, the claim is: **$354.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.8665 | **Nonpriority creditor's name and mailing address** |

**Tom Zetlmeisl**
**908 Chelsea**
**Saint Louis, MO 63122**

As of the petition filing date, the claim is: **$536.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.8666 | **Nonpriority creditor's name and mailing address** |

**Tom Zhu**
**88 South Broadway**
**Millbrae, CA 94030**

As of the petition filing date, the claim is: **$825.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**      Case number *(if known)* _____

Name

---

| 3.8667 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,115.00** |

**Tom Zubal**
**2969 West 25th St.**
**Cleveland, OH 44113**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8668 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$299.00** |

**Tomas Marimon**
**6604 San Vicente Street**
**Coral Gables, FL 33146**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8669 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,169.00** |

**Tommy Stabile**
**179 Sandcastle Key**
**Secaucus, NJ 07094**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8670 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$7,677.00** |

**Tomotake Fukasawa**
**5-12-7 Akatsutsumi**
**Setagaya, Tokyo 1560044**
**JAPAN**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor  **Fox Ortega Enterprises, Inc.**                     Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.8671 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$4,761.00** |

| | |
|---|---|
| 3.8671 | **Nonpriority creditor's name and mailing address** |

**Tomoyuki Mizutani**
**6-404 gou, Kosugaya 1-5**
**Sakae ku, Yokohama 2470007**
**JAPAN**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**$4,761.00**

---

| 3.8672 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Tong-Sheng Sun**
**5 Terrace Circle**
**Armonk, NY 10504**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**$839.00**

---

| 3.8673 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Tony Alper**
**7975 Indian Hill Road**
**Cincinnati, OH 45243**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**$4,729.00**

---

| 3.8674 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Tony Azzi**
**12100 W Olympic Blvd**
**Los Angeles, CA 90064**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
☑ No
☐ Yes

**$3,299.00**

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1021
of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known)

---

| 3.8675 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $3,629.00 |
|---|---|---|---|

**Tony Basalari**
**968 El Campo Drive**
**Pasadena, CA 91107**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.8676 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $669.00 |
|---|---|---|---|

**Tony Biagi**
**1141 Mitzi**
**Calistoga, CA 94515**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.8677 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $5,161.00 |
|---|---|---|---|

**Tony Ehinger**
**5 Hartley Farms Rd**
**Morristown, NJ 07960**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.8678 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $32.00 |
|---|---|---|---|

**Tony Gray**
**721 Glenside Dr.**
**Lafayette, CA 94549**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.8679** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$26,393.00**

**Tony Ho**
**43 Melra Ct**
**San Francisco, CA 94134**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.8680** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,885.00**

**Tony Kooyumjian**
**PO Box 8**
**Augusta, MO 63332**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.8681** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,614.00**

**Tony Mazza**
**205 S. Mill St.**
**Aspen, CO 81611**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.8682** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,044.00**

**Tony Simonetta**
**840 Loch Island Dr**
**Chesapeake, VA 23320**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.8683 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$195.00** |
|---|---|---|---|

**Tony Simpson**
**625 Sky Hy Cir**
**Lafayette, CA 94549**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8684 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,171.00** |
|---|---|---|---|

**Tony Tadjalli**
**2749 Alta Vista Dr.**
**Newport Beach, CA 92660**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8685 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$779.00** |
|---|---|---|---|

**Tony Vallone**
**11 Greenway Plaza**
**Houston, TX 77046**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8686 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$14,388.00** |
|---|---|---|---|

**Tony Versaci**
**1 Howell Place**
**Eastchester, NY 10709**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1024 of 1144

Debtor **Fox Ortega Enterprises, Inc.**      Case number *(if known)* _____
_____
Name

| 3.8687 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$499.00** |
|---|---|---|---|

**Tony Wong**
**801 Franklin Street**
**Oakland, CA 94607**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

---

| 3.8688 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$26.00** |
|---|---|---|---|

**Tony Yung**
**P.O. Box 6572**
**Mesa, AZ 85216**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

---

| 3.8689 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$10,576.00** |
|---|---|---|---|

**Tony Zaloom**
**3320 Washington St.**
**San Francisco, CA 94118**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

---

| 3.8690 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,041.00** |
|---|---|---|---|

**Tor Kenward**
**1241 Adams St.**
**Saint Helena, CA 94574**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____ ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

---

| 3.8691 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$74.00** |

**TORU SUIZU**
**2655 Prosperity Ave**
**Fairfax, VA 22031**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8692 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$99.00** |

**Tosha Cumbee**
**5 Orchard Drive**
**Springboro, OH 45066**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8693 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$7,701.00** |

**Toshiro Nomura**
**38 Arboles**
**Irvine, CA 92612**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8694 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,805.00** |

**Toshiyuki Hara**
**470 John Alford Parkway**
**Hebron, OH 43025**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1026 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.8695 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $18,195.00 |
|---|---|---|---|

**Tracey Spivey**
**513 Waterview Drive**
**Coppell, TX 75019**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

| 3.8696 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $155.00 |
|---|---|---|---|

**Tracy Conrad**
**226 Cibola Dr**
**Santa Fe, NM 87501**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

| 3.8697 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,935.00 |
|---|---|---|---|

**Tracy Lemke**
**11708 1st Ave. NW**
**Seattle, WA 98177**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

| 3.8698 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $79.00 |
|---|---|---|---|

**Tracy Stake**
**7824 Braeloch Ct**
**Orland Park, IL 60462**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor  **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

---

| 3.8699 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$83.00** |

**Tran Huyen Nguyen**
**1638 Woolsey St, Apt D**
**Berkeley, CA 94703**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8700 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$256.00** |

**Travis Allen**
**3887 44th Ave NE**
**Seattle, WA 98105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8701 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,696.00** |

**Travis Dedek**
**3100 Post Oak Blvd.**
**Houston, TX 77056**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8702 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$77.00** |

**Travis Skinner**
**286 Pavonia Ave.**
**Jersey City, NJ 07302**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 1028 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.8703 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,669.00 |

**Travis Snyder**
**1209 Gilmer Drive**
**Salt Lake City, UT 84105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number _____

| 3.8704 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $179.00 |

**Travis Southerland**
**2020 8th St.**
**East Moline, IL 61244**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number _____

| 3.8705 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,267.00 |

**Trent Schaffler**
**4157 Toledo Ave S**
**Saint Louis Park, MN 55416**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number _____

| 3.8706 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,497.00 |

**Trevor Macy**
**301 Amalfi Drive**
**Santa Monica, CA 90402**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1029 of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.8707** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$384.00**

**Trevor Mundt**
**149 Old Kings Highway South**
**Darien, CT 06820**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.8708** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$119.00**

**Trevor Pickering**
**232 Calumet Dr**
**Madison, MS 39110**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.8709** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$159.00**

**Trey Studley**
**5 Buckingham Gardens Parkway**
**Maplewood, NJ 07040**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.8710** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$455.00**

**Tricia Knopf**
**191 Glen Summer Road**
**Pasadena, CA 91105**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 1030 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known)

Name

| | | |
|---|---|---|
| 3.8711 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$443.00** |

**Trina Chang**
**145 Pinckney Street**
**Boston, MA 02114**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| | | |
|---|---|---|
| 3.8712 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$31.00** |

**Tristin Gray**
**225 West 60th St.**
**New York, NY 10023**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| | | |
|---|---|---|
| 3.8713 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$199.00** |

**Troy Kemelgor**
**8930 Dunn Ct.**
**Dublin, OH 43017**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| | | |
|---|---|---|
| 3.8714 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$489.00** |

**Troy Lamar**
**56 Rancho Rd.**
**Sierra Madre, CA 91024**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | |
|---|---|
| 3.8715 | **Nonpriority creditor's name and mailing address** |

**Troy Watkinson**
**10701 Milkweed Drive**
**Great Falls, VA 22066**

As of the petition filing date, the claim is: **$12,548.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.8716 | **Nonpriority creditor's name and mailing address** |

**Trung Nguyen**
**10 Stanley Rd**
**Norton, MA 02766**

As of the petition filing date, the claim is: **$479.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.8717 | **Nonpriority creditor's name and mailing address** |

**Tsubasa Hata**
**Tokyo Midtown Residences 1704**
**Akasaka 9 Minato-ku Tokyo 1070052**
**JAPAN**

As of the petition filing date, the claim is: **$4,800.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.8718 | **Nonpriority creditor's name and mailing address** |

**Tsuyoshi Imai**
**1-19-18-2504 Shibuya**
**Shibuya-ku Tokyo 150002**
**JAPAN**

As of the petition filing date, the claim is: **$9,964.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 1032
of 1144

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| 3.8719 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $849.00 |

**Tucker Knight**
**9 Greenway Plaza**
**Houston, TX 77046**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8720 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $719.00 |

**Tung Truong**
**1058 Jackson Crossing**
**Jackson, MI 49202**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8721 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $608.00 |

**Tyler Binney**
**4040 Royal Pennon Court**
**Norcross, GA 30092**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8722 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,106.00 |

**Tyler Burge**
**3495 Mandeville Canyon Rd**
**Los Angeles, CA 90049**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name                                    Case number (if known) _____

| 3.8723 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,399.00** |
|---|---|---|---|

**Tyler Carner**
**25 Downing St**
**Denver, CO 80218**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.8724 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$45.00** |
|---|---|---|---|

**Tyler Chafey**
**600 Cedar St**
**Winnetka, IL 60093**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.8725 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,945.00** |
|---|---|---|---|

**Tyler Rico**
**1506 Norden Way**
**Woodland, CA 95695**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.8726 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$96.00** |
|---|---|---|---|

**Tyler Thomas**
**330 East First St**
**Hermann, MO 65041**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

---

| 3.8727 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$359.00** |

**Tyrone Smith**
**15 Murray Street, Apt. #1203**
**New York, NY 10007**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8728 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$6,000.00** |

**Ulrich Hermanto**
**1 Heritage Dr**
**Pleasantville, NY 10570**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8729 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$179.00** |

**Ursula Pieper**
**4443 Pleasent Valley Ct N**
**Piedmont, CA 94611**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8730 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$676.00** |

**Usama Amin**
**880 N. Pollard Street**
**Arlington, VA 22203**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1035 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known)

Name

| 3.8731 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $801.00 |
|---|---|---|---|

**Uwe Burkschat**
**1196 Donner Dr.**
**Florence, KY 41042**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number

| 3.8732 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $5,000.00 |
|---|---|---|---|

**V59 Wines**
**2800 Jenifer St NW**
**Washington, DC 20015**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number

| 3.8733 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,223.00 |
|---|---|---|---|

**Vadim Kondratief**
**PO Box 4955**
**Ketchum, ID 83340**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number

| 3.8734 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $36,606.00 |
|---|---|---|---|

**Vadiyala Reddy**
**1440 Buckingham Way**
**Hillborough, CA 94010**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1036 of 1144

Debtor  **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

---

| 3.8735 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$36,797.00** |

**Vahe Sarkissian**
**Po Box 1820**
**Zephyr Cove, NV 89448**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8736 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$71.00** |

**Valentin Beskin**
**24 Highland Place**
**Atlantic Highlands, NJ 07716**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8737 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,696.00** |

**Valerie Alter**
**2637 34th St**
**Santa Monica, CA 90405**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8738 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$310.00** |

**Valerie Coley**
**1814 Vista Creek Drive**
**Roseville, CA 95661**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 1037 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.8739 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $479.00 |

**Vali Nasr**
**27151 Green Hills Ln**
**Laguna Hills, CA 92653**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8740 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $239.00 |

**Van Geeker**
**5091 Centennial Oaks Circle**
**Tallahassee, FL 32308**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8741 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,023.00 |

**VAN TAYLOR**
**30602 KEENELAND DR**
**FAIR OAKS RANCH, TX 78015**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8742 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,141.00 |

**Van Wang**
**19790 La Mar Drive**
**Cupertino, CA 95014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1038 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.8743 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$372.00** |

**Vanessa Canac**
**3607 Greystone Dr.**
**Austin, TX 78731**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.8744 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$1,599.00** |

**Vanessa Kordja**
**375 Park Ave**
**New York, NY 10152**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.8745 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$1,964.00** |

**Vanuce Pedreiro**
**601 Lake Avenue**
**Greenwich, CT 06830**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.8746 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$699.00** |

**Vasilisa Riabova**
**88 Perry St**
**San Francisco, CA 94107**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.8747** | **Nonpriority creditor's name and mailing address**

**Vay Blazina**
**3918 Prospect Street**
**Kensington, MD 20895**

As of the petition filing date, the claim is:          **$1,121.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.8748** | **Nonpriority creditor's name and mailing address**

**Venkatesan Srinivasan**
**32 Eton Green Circle**
**San Antonio, TX 78257**

As of the petition filing date, the claim is:          **$2,565.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.8749** | **Nonpriority creditor's name and mailing address**

**Venu Neerudu**
**9827 Fieldthorn St**
**San Diego, CA 92110**

As of the petition filing date, the claim is:          **$5,881.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.8750** | **Nonpriority creditor's name and mailing address**

**Venu Vasudevan**
**4741 Fairfax Avenue**
**Palatine, IL 60067**

As of the petition filing date, the claim is:          **$341.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1040 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____    Case number (if known) _____
Name

| 3.8751 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $556.00 |

3.8751 | **Nonpriority creditor's name and mailing address**

**Vernon Jacobs**
**148 Stetson Ave.**
**Corte Madera, CA 94925**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

$556.00

---

3.8752 | **Nonpriority creditor's name and mailing address**

**Veronica Flanagan**
**194 23rd Ave**
**San Francisco, CA 94121**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

$584.00

---

3.8753 | **Nonpriority creditor's name and mailing address**

**Veronica Haddad**
**4465 Caminito Ocio**
**San Diego, CA 92108**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

$311.00

---

3.8754 | **Nonpriority creditor's name and mailing address**

**Vic Critchfield**
**1634 Corte Via**
**Los Altos, CA 94024**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____    ☐ Yes

$618.00

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1041 of 1144

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| 3.8755 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $339.00 |

**Vick Shaker**
**500 Stone Pine Rd. #3560**
**Half Moon Bay, CA 94019**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8756 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $779.00 |

**Vicky Marsing**
**15850 Euclid Ave.**
**Bainbridge Island, WA 98110**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8757 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,019.00 |

**Victor Castellani**
**1901 S High St**
**Denver, CO 80210**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8758 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $507.00 |

**Victor Chan**
**8550  53rd Ave NE**
**Seattle, WA 98115**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 1042
of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.8759 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$467.00** |

**Victor Felix**
**4136 Raya Way**
**San Diego, CA 92122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8760 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$649.00** |

**Victor Garber**
**42 Bouvant Drive**
**Princeton, NJ 08540**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8761 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,859.00** |

**Victor Hwang**
**1808 Lagoon View Drive**
**Belvedere-Tiburon, CA 94920**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8762 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,399.00** |

**Victor Juarez-Nuno**
**Colonias 411 / Col. Americana**
**Guadalajara, 44160**
**MEXICO**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1043 of 1144

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| 3.8763 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $33.00 |

**Victor Kane**
**1707 Post Oak Blvd.**
**Houston, TX 77056**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8764 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,228.00 |

**Victor Liang**
**Qua din E. Rd. no. 311, 15th Floor**
**Hsinchu, 300**
**TAIWAN**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8765 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,696.00 |

**Victor Linck**
**3418 Onion Creek Drive**
**Sugar Land, TX 77479**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8766 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,774.00 |

**Victor Ni**
**10675 Hickson St.**
**El Monte, CA 91731**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1044
of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.8767 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $859.00 |

**Victor Petroff**
**1000 SW Broadway**
**Portland, OR 97205**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8768 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,532.00 |

**Victor Pricolo**
**53 Adams Point Road**
**Barrington, RI 02806**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8769 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,550.00 |

**Victor Rauch**
**65 Timbers Club Court**
**Snowmass Village, CO 81615**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8770 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $839.00 |

**Victor Rauser**
**20190 Parkside Dr.**
**Rocky River, OH 44116**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1045
of 1144

Debtor  **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.8771 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $839.00 |
|---|---|---|---|

**Victor Vaccaro**
**136 Mangrove Estates Circle**
**New Smyrna Beach, FL 32168**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8772 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $35.00 |
|---|---|---|---|

**Victoria Dolier**
**1441 Creekside Drive**
**Walnut Creek, CA 94596**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8773 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,739.00 |
|---|---|---|---|

**Victoria Pachol**
**88 Salt River Ct**
**Naperville, IL 60565**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8774 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,000.00 |
|---|---|---|---|

**Vienna Wine Co.**
**5655 College Ave.**
**Oakland, CA 94618**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                             Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**　　　　　　　　　　　　Case number (if known) _____
　　　　　Name

| | | |
|---|---|---|
| 3.8775 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $1,864.00 |

**Vijay Kanal**
**448 Iowa Dr.**
**San Mateo, CA 94402**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.8776 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $563.00 |

**Vijay Vaidyanathan**
**11910 Rhus Ridge Road**
**Los Altos Hills, CA 94022**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.8777 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $176.00 |

**Vijayakumar Balachandar**
**266  Foxglove Ln**
**Shakopee, MN 55379**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.8778 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $599.00 |

**Vikas Oswal**
**11512 Seven Springs Lane**
**Cupertino, CA 95014**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known) _____

| 3.8779 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$259.00** |
|---|---|---|---|

**Vikram Brar**
**500 N. Brand Blvd**
**Glendale, CA 91203**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.8780 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$369.00** |
|---|---|---|---|

**Vince Cavallo**
**2895 Breakers Dr**
**Amelia Island, FL 32034**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.8781 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,579.00** |
|---|---|---|---|

**Vince Pozzuoli**
**33 Boulder View**
**Irvine, CA 92603**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.8782 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$8,595.00** |
|---|---|---|---|

**Vince Steele**
**5111 Port Chicago Hwy**
**Concord, CA 94520**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050     Doc# 16-1     Filed: 01/21/16     Entered: 01/21/16 15:42:32     Page 1048
of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

---

| 3.8783 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,234.00 |

**Vince Zuccaro**
**3326 Aspen Grove D.**
**Franklin, TN 37067**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8784 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,098.00 |

**Vincent Briganti**
**1035 Gambelli Drive**
**Yorktown Heights, NY 10598**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8785 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,366.00 |

**Vincent Delafosse**
**840 Coleman 8**
**Menlo Park, CA 94025**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8786 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $619.00 |

**Vincent F Doran**
**6838 Melrose Drive**
**McLean, VA 22101**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1049 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.8787 | **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: | **$484.00** |
|---|---|---|---|---|

**Vincent Freeman**
**407 N. Maple Ave**
**Oak Park, IL 60302**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8788 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,411.00** |
|---|---|---|---|

**Vincent Lee**
**Flat D, 5/F Block 2 Scenic View**
**63 FU**
**HONG KONG**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8789 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,339.00** |
|---|---|---|---|

**Vincent Li**
**12G Swiss Towers**
**113 Tai Hang Road 11111**
**HONG KONG**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8790 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$539.00** |
|---|---|---|---|

**Vincent Lim**
**949 Everett St**
**El Cerrito, CA 94530**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Debtor  **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.8791 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$875.00** |

3.8791 | **Nonpriority creditor's name and mailing address**

**Vincent Loduca**
**870 Joseph Gray**
**Truckee, CA 96161**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____

☐ Yes

**$875.00**

---

3.8792 | **Nonpriority creditor's name and mailing address**

**Vincent Luongo**
**373 Prospect St.**
**Nutley, NJ 07110**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____

☐ Yes

**$2,398.00**

---

3.8793 | **Nonpriority creditor's name and mailing address**

**Vincent Metzger**
**213 Chemin du trial**
**Saint Drezery 34160**
**FRANCE**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____

☐ Yes

**$6,780.00**

---

3.8794 | **Nonpriority creditor's name and mailing address**

**Vincent Parry**
**232 St. Johns Place**
**Brooklyn, NY 11217**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____

☐ Yes

**$2,959.00**

---

Case: 16-40050  Doc# 16-1  Filed: 01/21/16  Entered: 01/21/16 15:42:32  Page 1051 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | |
|---|---|
| 3.8795 | **Nonpriority creditor's name and mailing address** |

**Vincent Smarro**
**80 East Seventh Street**
**New York, NY 10003**

**As of the petition filing date, the claim is:**  **$49.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.8796 | **Nonpriority creditor's name and mailing address** |

**Vincent Steele**
**5111 Port Chicago Highway**
**Concord, CA 94520**

**As of the petition filing date, the claim is:**  **$4,336.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.8797 | **Nonpriority creditor's name and mailing address** |

**Vinod Balakrishnan**
**10447 N Blaney Ave**
**Cupertino, CA 95014**

**As of the petition filing date, the claim is:**  **$17,031.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.8798 | **Nonpriority creditor's name and mailing address** |

**Vinod Stalam**
**730 S Clark St**
**Chicago, IL 60605**

**As of the petition filing date, the claim is:**  **$1,479.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Debtor **Fox Ortega Enterprises, Inc.**　　　　　　Case number (if known) _____
_____
Name

| 3.8799 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,427.00** |

**Vipul Patel**
**3600 Jeremy Ranch Ct.**
**Naperville, IL 60564**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8800 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$149.00** |

**Viren Chandrasoma**
**88 Greenwich St. 1412**
**New York, NY 10006**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8801 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$69.00** |

**Virgil Cornelison**
**111 East Mcbee Ave #308**
**Greenville, SC 29601**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8802 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$455.00** |

**Virgil Heathcock**
**400 West 119th Street**
**New York, NY 10027**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050　　Doc# 16-1　　Filed: 01/21/16　　Entered: 01/21/16 15:42:32　　Page 1053 of 1144

Debtor **Fox Ortega Enterprises, Inc.**     Case number (if known) _____
_____
Name

| 3.8803 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$137.00** |

**Virgil McCaleb**
**1340 Autumn Oaks Circle**
**China Spring, TX 76633**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8804 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$165.00** |

**Virgil Sanchez**
**1200 Osceola Avenue**
**Winter Park, FL 32789**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8805 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$674.00** |

**Virgil Smaltz**
**24 Bay View Terrace**
**Geneva, NY 14456**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8806 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$37.00** |

**Virginia Cole**
**Gallo Winemaking**
**Modesto, CA 95354**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1054 of 1144

Debtor **Fox Ortega Enterprises, Inc.**　　　　　　　　　　　　　Case number (if known) _____
_____
Name

| 3.8807 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$499.00** |

**Virginia Hemphill**
**4856 Sawyer Avenue**
**Carpinteria, CA 93013**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____
☐ Yes

---

| 3.8808 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$958.00** |

**Virginia Morell**
**151 Coolidge St.**
**Ashland, OR 97520**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____
☐ Yes

---

| 3.8809 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$239.00** |

**Virginia Yee**
**2101 Beach St**
**San Francisco, CA 94123**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____
☐ Yes

---

| 3.8810 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,914.00** |

**Viswajit Ranganathan**
**48 Richmond Lane**
**West Hartford, CT 06117**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____
☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1055 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
               Name

Case number (if known) _____

---

| 3.8811 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$401.00** |

**Vito Menza**
**700 First Street**
**Hoboken, NJ 07030**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8812 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$825.00** |

**Vivian Chong**
**2215 Boylston Ave E**
**Seattle, WA 98102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8813 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$775.00** |

**Vivian Maese Bannon**
**62 Manor Drive**
**Basking Ridge, NJ 07920**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8814 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$749.00** |

**Vladimir Koshevatsky**
**750 Gonzales Dr**
**San Francisco, CA 94132**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1056 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.8815 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,753.00 |

**Vo Tran**
**35 Monterey Pine Dr**
**Newport Beach, CA 92657**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.8816 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $614.00 |

**W Peter Trower**
**1105 Highland Circle**
**Blacksburg, VA 24060**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.8817 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $5,954.00 |

**Wade Hansen**
**1070 Tarento Dr**
**San Diego, CA 92107**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.8818 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $981,642.00 |

**Wai Man Hui**
**3A Hoover Heights, Belair Gardens**
**52 Tai Chung Kiu Road, Shartin**
**HONG KONG**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1057 of 1144

| 3.8819 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$79.00** |
|---|---|---|---|

**Wai Wong**
**7091 Deepage Dr**
**Columbia, MD 21045**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

| 3.8820 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$983.00** |

**Waiman Tom**
**12 Evergreen Ct**
**Millbrae, CA 94030**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

| 3.8821 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$179.00** |

**Waitak Shiu**
**9141 Santorini Drive**
**Elk Grove, CA 95758**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

---

| 3.8822 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$659.00** |

**Waldemir Araujo**
**5202 Huntington Court**
**Colleyville, TX 76034**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number

Case: 16-40050 Doc# 16-1 Filed: 01/21/16 Entered: 01/21/16 15:42:32 Page 1058 of 1144

1/14/16 2:44PM

Debtor    **Fox Ortega Enterprises, Inc.**                                      Case number (if known) _____
          _____
          Name

| 3.8823 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$55.00** |
|---|---|---|---|

**Walden Ko**
**11990 Stoney Peak Dr**
**San Diego, CA 92128**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8824 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,093.00** |
|---|---|---|---|

**Wally Brown**
**615 Meadow Ln**
**Libertyville, IL 60048**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8825 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,007.00** |
|---|---|---|---|

**Walter Baumgartner**
**525 Middlefield Road**
**Menlo Park, CA 94025**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8826 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,034.00** |
|---|---|---|---|

**Walter Chung**
**491 Deidrick Rd.**
**Kent, OH 44240**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1059
of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.8827 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$15,889.00** |

**Walter Dallis**
**6627 Notting Hill Drive**
**Anchorage, AK 99504**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8828 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$579.00** |

**Walter Jean**
**1236 N. Danville Street**
**Arlington, VA 22201**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8829 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$125.00** |

**Walter Knox**
**7056 E. Main St.**
**Scottsdale, AZ 85251**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8830 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,277.00** |

**Walter Levy**
**5315 Rock Cliff Place**
**Dallas, TX 75209**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1060 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number _(if known)_ _____

| 3.8831 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$10,902.00** |
|---|---|---|---|

**Walter Lieber**
**3210 Treasure Trove Lane**
**Miami, FL 33133**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number _____

| 3.8832 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$17,873.00** |
|---|---|---|---|

**Walter McLallen**
**900 20th Ave S**
**Nashville, TN 10014**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number _____

| 3.8833 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$241.00** |
|---|---|---|---|

**Walter Merritt**
**8185 Hwy 789**
**Lander, WY 82520**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number _____

| 3.8834 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$719.00** |
|---|---|---|---|

**Walter Miller**
**1683 8th Avenue**
**San Francisco, CA 94122**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1061 of 1144

Debtor **Fox Ortega Enterprises, Inc.**                     Case number (if known) _____

Name

| 3.8835 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,499.00 |

**Walter Mirapaul**
**1706 Rialto Street**
**Pittsburgh, PA 15212**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8836 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $4,874.00 |

**Walter Morales**
**315 Third Street**
**Baton Rouge, LA 70801**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8837 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,763.00 |

**Walter Morrison**
**612 Crabapple Court**
**Bel Air, MD 21015**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8838 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $3,078.00 |

**Walter Nagy**
**150 Verdi Ave.**
**Cardiff by the Sea, CA 92007**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known)

| 3.8839 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $602.00 |

**Walter Nissen**
**5422 Wisteria Way**
**Livermore, CA 94551**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.8840 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $104.00 |

**Walter Ochinko**
**1320-13th St. NW**
**Washington, DC 20005**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.8841 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $359.00 |

**Walter Padow**
**630 Lake Dasha Circle**
**Plantation, FL 33324**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.8842 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,100.00 |

**Walter Page**
**27634 Warrior Dr**
**Rancho Palace Verde, CA 90275**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.8843 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,329.00** |
|---|---|---|---|

**Walter Price**
**124 San Carlos Ave.**
**El Cerrito, CA 94530**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.8844 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$6,297.00** |
|---|---|---|---|

**Walter Sedgwick**
**PO Box 620068**
**Woodside, CA 94062**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.8845 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$56,475.00** |
|---|---|---|---|

**Walter Skrod**
**9 Ackerman Drive**
**Mahwah, NJ 07430**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.8846 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$639.00** |
|---|---|---|---|

**Wan-ek Sintavanarong**
**9721 Brookshire Ave**
**Downey, CA 90240**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1064 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

---

| 3.8847 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$40,010.00** |

**Warren Ashenmil**
**144 West 18th Street**
**New York, NY 10011**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8848 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,258.00** |

**Warren Chang**
**870 Hilgard Ave**
**Los Angeles, CA 90024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8849 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$81.00** |

**Warren Chang**
**19782 MacArthur Blvd.**
**Irvine, CA 92612**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8850 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$175.00** |

**Warren Harris**
**711 Louisiana St.**
**Houston, TX 77002**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| 3.8851 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$877.00** |

**Warren Taranow**
**4505 Parkhurst Dr.**
**Bellingham, WA 98229**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8852 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,792.00** |

**Warren Thompson**
**9702 Thunderbluff Rd.**
**Oronoco, MN 55960**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8853 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$33,886.00** |

**Warren Trepp**
**PO Box 19688**
**Reno, NV 89511**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8854 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,679.00** |

**Warren Trepp**
**755 Trademark Dr.**
**Reno, NV 89521**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.8855 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $867.00 |

**Wayne Barone**
**34 Adair Court**
**Malverne, NY 11565**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8856 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $329.00 |

**Wayne Barsky**
**17781 Camino de Yatasto**
**Pacific Palisades, CA 90272**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8857 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $39,299.00 |

**Wayne Chan**
**Flat A, Floor 14, Block 4**
**Phoenix Court, 39 Kennedy Road**
**HONG KONG**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8858 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,032.00 |

**Wayne Chan**
**185 Santa Fe Ave.**
**Hamden, CT 06517**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1067 of 1144

Debtor  **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.8859 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$479.00** |
|---|---|---|---|

**Wayne Garland**
**908 Fleetwood Drive**
**Hot Springs Natl Pk, AR 71913**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

| 3.8860 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$14,894.00** |
|---|---|---|---|

**Wayne Hansen**
**PO Box 190**
**Avila Beach, CA 93424**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

| 3.8861 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,279.00** |
|---|---|---|---|

**Wayne Holman**
**113 Bank Street**
**New York, NY 10014**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

| 3.8862 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,389.00** |
|---|---|---|---|

**Wayne Hunter**
**5806 Three Chopt Rd**
**Richmond, VA 23226**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1068 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

| 3.8863 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,919.00 |
|---|---|---|---|

**Wayne Lumpkin**
**7060 W. Belmont Dr.**
**Littleton, CO 80123**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

| 3.8864 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $19,996.00 |
|---|---|---|---|

**Wayne Pitcher**
**319 Castilian Way**
**San Mateo, CA 94402**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

| 3.8865 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $239.00 |
|---|---|---|---|

**Wayne Saker**
**120 Seaver St**
**Brookline, MA 02445**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

| 3.8866 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $479.00 |
|---|---|---|---|

**Wayne Sharp**
**74 Eastfield Drive**
**Rolling Hills, CA 90274**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred

Is the claim subject to offset?

■ No

Last 4 digits of account number

☐ Yes

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1069
of 1144

Debtor  **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.8867 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,353.00** |

**Wayne Trzyna**
**2448 Stonecrest Dr**
**Fort Collins, CO 80521**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.8868 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$759.00** |

**Wayne Wolfrey**
**4068 Albert Circle**
**El Dorado Hills, CA 95762**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.8869 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$14.00** |

**Webb Ellinger**
**3 Tudor Lane**
**Sands Point, NY 11050**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.8870 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$24,772.00** |

**Wei Hopeman**
**714 Mercer's Mill Lane**
**West Chester, PA 19382**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

---

| 3.8871 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $155,999.00 |

**Wei Jun Wu**
**274 De Long St**
**San Francisco, CA 94112**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.8872 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,768.00 |

**Wei Lun Wang**
**526 Pacific Ave**
**Atlantic City, NJ 08401**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.8873 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,559.00 |

**Wei Min Toh**
**31 Lorong Chuan #10-05**
**Singapore, 55**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.8874 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $257,619.00 |

**Wei Wei**
**#69, 600 Yehui Road**
**Qingpu, Zhaoxiang, Shanghai**
**CHINA**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1071 of 1144

Debtor **Fox Ortega Enterprises, Inc.**                     Case number (if known) _____

Name

| 3.8875 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$149.00** |

**WeiChau Chang**
**1499 Cliff Dr**
**San Jose, CA 95132**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8876 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,222.00** |

**Weiqi Fu**
**7882 NW 63 Way**
**Pompano Beach, FL 33067**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8877 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,110.00** |

**Weitzer Wong**
**#31 7th Floor Zong San N. Rd. Sec.3**
**Bronx, NY 10461**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8878 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$101.00** |

**Weldon Schott**
**13527 Royal Glen Dr.**
**St. Louis, MO 63131**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1072 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number *(if known)* _____

Name

---

| 3.8879 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$270.00** |

**Welton Hong**
6421 San Anselmo Way
San Jose, CA 95119

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8880 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,298.00** |

**Wendell Van Auken**
30 Glen Alpine
Danville, CA 94526

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8881 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$13,173.00** |

**Wendy Agah**
336 Greens Farms Road
Westport, CT 06880

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8882 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$7,679.00** |

**Wendy Lundeen**
409 S 30th Street
Philomath, OR 97370

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 1073 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.8883 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$323.00** |

**Wendy Ogaard**
**2213 Everett Ave E**
**Seattle, WA 98102**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.8884 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$183.00** |

**Wendy Yeh**
**2439 Villa Nueva Way**
**Mountain View, CA 94040**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.8885 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$847.00** |

**Wendy Yeh Lin**
**1712 Martin Luther King Jr Way**
**Berkeley, CA 94709**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.8886 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,325.00** |

**Weng Cheong**
**1779 47th Ave.**
**San Francisco, CA 94122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1074 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.8887 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$15,507.00** |

**Wenyuan Huang**
**318 S Grant St**
**San Mateo, CA 94401**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8888 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$427.00** |
|---|---|---|

**Wephong Srithep**
**10 PHAHOLYOTHIN40 SENANIKOM**
**JATUJAK**
**Bangkok 10900**
**THAILAND**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8889 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$719.00** |
|---|---|---|

**Werner Wardin**
**740 Caitlin Ct**
**Grayslake, IL 60030**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8890 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$329.00** |
|---|---|---|

**Wes Cummings**
**53 Windward Dr**
**Corte Madera, CA 94925**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1075 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.8891 | **Nonpriority creditor's name and mailing address** |

**Wes Gano**
**115 S 2nd street**
**Selah, WA 98942**

As of the petition filing date, the claim is: **$549.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.8892 | **Nonpriority creditor's name and mailing address** |

**Wes Maughan**
**18383 Anduin Terrace**
**Lake Oswego, OR 97034**

As of the petition filing date, the claim is: **$2,873.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.8893 | **Nonpriority creditor's name and mailing address** |

**Wes Youngblood**
**2810 Scenic Drive**
**Austin, TX 78703**

As of the petition filing date, the claim is: **$7,320.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | |
|---|---|
| 3.8894 | **Nonpriority creditor's name and mailing address** |

**Wesley Ballance**
**101 Gibbs Rd.**
**New Bern, NC 28560**

As of the petition filing date, the claim is: **$250.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1076 of 1144

Debtor  **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____
_____
Name

| 3.8895 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$45.00** |

**Wesley Butler**
**7564 Bonniewood Ln**
**Dublin, CA 94568**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8896 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,065.00** |

**Wesley DeHaven**
**1142 Corrington Court**
**Chesterfield, MO 63017**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8897 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,652.00** |

**Wesley Gabbard**
**3501 Landmark Trail**
**Palm Harbor, FL 34684**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8898 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$409.00** |

**Wesley McBratney**
**1650 Sierra Avenue**
**Yuba City, CA 95993**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**
_____

Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.8899 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$13,239.00** |

**Wesley Sparks**
**16 West 16th Street**
**New York, NY 10011**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8900 | **Nonpriority creditor's name and mailing address** | | **$1,117.00** |
|---|---|---|---|

**Wesley Thompson**
**4050 El Molino Lane**
**Sebastopol, CA 95472**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8901 | **Nonpriority creditor's name and mailing address** | | **$319.00** |
|---|---|---|---|

**Wesley Wadsworth**
**1750 Forest Creek Drive**
**Blue Bell, PA 19422**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.8902 | **Nonpriority creditor's name and mailing address** | | **$736.00** |
|---|---|---|---|

**Weston Henderek**
**5792 Blazing Star Lane**
**San Diego, CA 92130**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1078 of 1144

Debtor **Fox Ortega Enterprises, Inc.**    Case number (if known) _____
_____
Name

| 3.8903 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $290.00 |
|---|---|---|---|

**Whitney and Scott Cathcart**
PO Box 484
Ross, CA 94957

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8904 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $652.00 |
|---|---|---|---|

**Whitney Jacobson**
13 City Limits Circle
Emeryville, CA 94608

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8905 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,129.00 |
|---|---|---|---|

**Wiley Johnson**
28722 Breckenridge
Laguna Niguel, CA 92677

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8906 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,673.00 |
|---|---|---|---|

**Wilf Jaeger**
3200 Alpine Rd
Portola Valley, CA 94028

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**                     Case number (if known) _____
_____
Name

| 3.8907 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,340.00** |

3.8907 | **Nonpriority creditor's name and mailing address**

**Wilfred Heilbut**
**59 E 54th St.**
**New York, NY 10022**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$2,340.00**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

3.8908 | **Nonpriority creditor's name and mailing address**

**Will Allured**
**1821 SE Stark St.**
**Portland, OR 97214**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$39.00**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

3.8909 | **Nonpriority creditor's name and mailing address**

**Will Chan**
**23100 Avenue San Luis**
**Woodland Hills, CA 91364**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$1,867.00**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

3.8910 | **Nonpriority creditor's name and mailing address**

**Will Harrill**
**256C 10th Ave NE**
**Hickory, NC 28601**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$815.00**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 1080
of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

---

| 3.8911 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $15,237.00 |
|---|---|---|---|

**Will Kaufman**
**1037 4th Ave**
**San Diego, CA 92101**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8912 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $274.00 |
|---|---|---|---|

**Will Simpson**
**260 Woodrill Way**
**Atlanta, GA 30350**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8913 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $494.00 |
|---|---|---|---|

**Will St. Clair**
**4627 Woodward Avenue**
**Downers Grove, IL 60515**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8914 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $299.00 |
|---|---|---|---|

**Willard Hession**
**213 Oyster Bay Ln**
**Wilmington, NC 28409**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 1081 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Case number (if known) _____
Name

| 3.8915 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $89.00 |

3.8915  **Nonpriority creditor's name and mailing address**
**William Alexander Steele**
**116 30th Ave S.**
**Nashville, TN 37212**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**$89.00**

---

3.8916  **Nonpriority creditor's name and mailing address**
**William Appleton**
**8102 Stinson Ave**
**Gig Harbor, WA 98332**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**$479.00**

---

3.8917  **Nonpriority creditor's name and mailing address**
**William B Cooper**
**733 Arguello Blvd**
**San Francisco, CA 94118**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**$599.00**

---

3.8918  **Nonpriority creditor's name and mailing address**
**William B Johnson**
**7906 South Niagara Ct**
**Englewood, CO 80112**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

**$109.00**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1082 of 1144

Debtor **Fox Ortega Enterprises, Inc.**　　Case number (if known) _____
　　　　Name

| 3.8919 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $165.00 |

**3.8919**　**Nonpriority creditor's name and mailing address**

**William Baker**
**2070 Melrose Ave**
**Iowa City, IA 52246**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$165.00**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.8920**　**Nonpriority creditor's name and mailing address**

**William Barclay**
**1412 McGee Ave**
**Berkeley, CA 94703**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$95.00**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.8921**　**Nonpriority creditor's name and mailing address**

**William Bartko**
**P.O. Box 2207**
**Corrales, NM 87048**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,284.00**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

**3.8922**　**Nonpriority creditor's name and mailing address**

**William Beiler**
**3716 Rock Bridge Dr. NE**
**Conover, NC 28613**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$36.00**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050　　Doc# 16-1　　Filed: 01/21/16　　Entered: 01/21/16 15:42:32　　Page 1083 of 1144

| 3.8923 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $797.00 |

**Nonpriority creditor's name and mailing address**
**William Berger**
**815 E. Rose Lane**
**Phoenix, AZ 85014**

_____

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
■ No
☐ Yes

**$797.00**

---

**3.8924**   **Nonpriority creditor's name and mailing address**
**William Berkman**
**660 Madison Avenue**
**New York, NY 10065**

_____

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
■ No
☐ Yes

**$2,579.00**

---

**3.8925**   **Nonpriority creditor's name and mailing address**
**William Birch**
**1251 Ave. of the Americas**
**New York, NY 10020**

_____

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
■ No
☐ Yes

**$3,373.00**

---

**3.8926**   **Nonpriority creditor's name and mailing address**
**William Borgers**
**798 Park Hill Lane**
**Santa Barbara, CA 93108**

_____

Date or dates debt was incurred  _____

Last 4 digits of account number  _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
■ No
☐ Yes

**$14,889.00**

Debtor  **Fox Ortega Enterprises, Inc.**                                   Case number (if known) _____
        _____
        Name

| 3.8927 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$66,132.00** |
|---|---|---|---|

**William Borner**
**334 West 86th Street**
**New York, NY 10024**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8928 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$9,459.00** |
|---|---|---|---|

**William Boyer**
**1890 whippoorwill lane**
**Chapel Hill, NC 27517**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8929 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$599.00** |
|---|---|---|---|

**William Bracken**
**812 Walden Ct**
**Allen, TX 75002**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8930 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,229.00** |
|---|---|---|---|

**William Bradley**
**13040 Cambridge Pl. NE**
**Albuquerque, NM 87112**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1085 of 1144

| 3.8931 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $524.00 |

**William Bucklew**
**1941 Highland Ave**
**Wilmette, IL 60091**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8932 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $93.00 |

**William Bunderson**
**1304 Ridgewood Ave**
**Omaha, NE 68124**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8933 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $389.00 |

**William Burke**
**1691 Hickory Loop**
**Las Cruces, NM 88005**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8934 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $604.00 |

**William Burks**
**2781 Doverton Square**
**Mountain View, CA 94040**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Debtor **Fox Ortega Enterprises, Inc.**

Case number *(if known)*

Name

| | |
|---|---|
| 3.8935 | **Nonpriority creditor's name and mailing address** |

**William Cammarano**
**413 North Stadium Way**
**Tacoma, WA 98403**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

**$797.00**

| | |
|---|---|
| 3.8936 | **Nonpriority creditor's name and mailing address** |

**William Camusi**
**55 Lazy S Lane**
**Chico, CA 95928**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

**$404.00**

| | |
|---|---|
| 3.8937 | **Nonpriority creditor's name and mailing address** |

**William Candee**
**492 Main St**
**New Canaan, CT 06840**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

**$1,499.00**

| | |
|---|---|
| 3.8938 | **Nonpriority creditor's name and mailing address** |

**William Cavala**
**1429 Perkins Way**
**Sacramento, CA 95818**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

**$187.00**

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1087
of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known) _____

| 3.8939 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,606.00 |
|---|---|---|---|

**William Chang**
**3254 Bolero Place**
**Atlanta, GA 30341**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.8940 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $259.00 |
|---|---|---|---|

**William Chittenden**
**299 Prospect**
**Elmhurst, IL 60126**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.8941 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $145.00 |
|---|---|---|---|

**William Chopp**
**150 Wells Fargo Center**
**Minneapolis, MN 55402**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

| 3.8942 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,499.00 |
|---|---|---|---|

**William Chua**
**125 Broad Street**
**New York, NY 10004**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.8943** | Nonpriority creditor's name and mailing address | | **$3,114.00**

**William Clark**
**2633 Richardson Drive**
**Charlotte, NC 28211**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.8944** | Nonpriority creditor's name and mailing address | | **$2,099.00**

**William Cohane**
**1846 Queens Road West**
**Charlotte, NC 28207**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.8945** | Nonpriority creditor's name and mailing address | | **$6,097.00**

**William Cole**
**1400 Woodloch Forest Dr.**
**The Woodlands, TX 77380**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

**3.8946** | Nonpriority creditor's name and mailing address | | **$194.00**

**William Costanzo**
**2 Tanglewood Dr**
**Titusville, NJ 08560**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 1089 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.8947 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,686.00 |

**William Crann**
**154 South Pinnebog Rd.**
**Bad Axe, MI 48413**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8948 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $190.00 |

**William Cunningham**
**2016 Kenwood Ave**
**Austin, TX 78704**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8949 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,469.00 |

**William Curran**
**830 De La Guerra Terrace**
**Santa Barbara, CA 93103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8950 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $226.00 |

**William Dauber**
**3 Connel Dr**
**West Orange, NJ 07052**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1090 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.8951 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: |

**William Dietz Jr**
**1564 Portia Road**
**Grayslake, IL 60030**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

$251.00

---

| | |
|---|---|
| 3.8952 | **Nonpriority creditor's name and mailing address** |

**William Ehrlich**
**308 Crimson Cloud Ln.**
**El Paso, TX 79912**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

$405.00

---

| | |
|---|---|
| 3.8953 | **Nonpriority creditor's name and mailing address** |

**William Ellison**
**1276 N Wayne Street  #311**
**Arlington, VA 22201**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

$39.00

---

| | |
|---|---|
| 3.8954 | **Nonpriority creditor's name and mailing address** |

**William Emer**
**5712 Spring Oak Dr**
**Los Angeles, CA 90068**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

$1,998.00

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1091 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
        Name

Case number (if known) _____

---

| 3.8955 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,513.00** |

**William Evans**
**275 Santa Marguerita Ave**
**Menlo Park, CA 94025**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8956 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$239.00** |

**William Faustman**
**3458 Greer Road**
**Palo Alto, CA 94303**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8957 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$924.00** |

**William Fixler**
**1048 Dunnavant Place**
**Birmingham, AL 35242**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8958 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$629.00** |

**William Franzen**
**18025 Bonhomme Bend Ct**
**Chesterfield, MO 63005**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 1092 of 1144

Debtor **Fox Ortega Enterprises, Inc.**                                  Case number (if known) _____

Name

| 3.8959 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,524.00 |
|---|---|---|---|

**William Gaede**
**3660 21st St.**
**San Francisco, CA 94114**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8960 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $99.00 |
|---|---|---|---|

**William Geiger**
**810 N. Wolcott Ave.**
**Chicago, IL 60622**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8961 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,000.00 |
|---|---|---|---|

**William Getty**
**1 Embarcadero Center**
**San Francisco, CA 94111**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8962 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $959.00 |
|---|---|---|---|

**William Goldberg**
**1100 Dexter Ave N**
**Seattle, WA 98109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1093 of 1144

Debtor **Fox Ortega Enterprises, Inc.**                Case number *(if known)* _____

Name

| 3.8963 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,619.00** |

**William Grieve**
**690 Fair Oaks**
**Eugene, OR 97401**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8964 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$39,852.00** |

**William Grippo**
**825 N.E. Multnomah St**
**Portland, OR 97232**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8965 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$532.00** |

**William Guenther**
**1791 E. Paloma Court**
**Appleton, WI 54913**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8966 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,899.00** |

**William Guerra**
**345 Country Club Dr.**
**Incline Village, NV 89451**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1094
of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____  Case number (if known) _____
Name

| 3.8967 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$479.00** |

**William Gurkin**
**1805 Lakehurst Road**
**Spicewood, TX 78669**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8968 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,256.00** |

**William Guttman**
**1035 Devon Rd.**
**Pittsburgh, PA 15213**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8969 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$99.00** |

**William Haegele**
**6138 Ledgewood Terrace**
**Dublin, CA 94568**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8970 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,475.00** |

**William Hait**
**19 Morningside Dr.**
**Livingston, NJ 07039**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1095 of 1144

1/14/16 2:44PM

Debtor    **Fox Ortega Enterprises, Inc.**
          _____
          Name                                              Case number (if known) _____

| 3.8971 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,030.00** |
|---|---|---|---|

**William Hale**
**8901 Hildreth Lane**
**Stockton, CA 95212**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8972 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$6,451.00** |
|---|---|---|---|

**William Haraf**
**106 Great Circle Dr.**
**Mill Valley, CA 94941**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8973 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$750.00** |
|---|---|---|---|

**William Harrington**
**1160 Westridge Dr**
**Portola Valley, CA 94028**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8974 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,207.00** |
|---|---|---|---|

**William Hay**
**49-455 Cochella Drive**
**La Quinta, CA 92253**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1096 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
                                                    Case number (if known)
_____
Name

| 3.8975 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$119.00** |

**William Helvestine**
**357 Riviera Circle**
**Larkspur, CA 94939**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8976 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,459.00** |

**William Hong**
**No.331-1F (L1), Sec. 2**
**Gong-Dao 5th Road, Hsin-Chiu City**
**TAIWAN**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8977 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,019.00** |

**William Humphrey**
**8803 Lakeside Court**
**Boulder, CO 80301**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8978 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,520.00** |

**William Hunter**
**P.O. Box 561**
**Sebastopol, CA 95473**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1097 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.8979 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $656.00 |

**William Inazu**
**3062 Treeline View**
**Colorado Springs, CO 80904**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.8980 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $124.00 |

**William Jacobs**
**5839 Valley Circle Blvd**
**Woodland Hills, CA 91367**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.8981 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $159.00 |

**William Jesunas**
**152 Coopers Kill Road**
**Delran, NJ 08075**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.8982 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $14,740.00 |

**William John**
**1601-1277 Melville St**
**Vancouver, BC V6E0A4**
**CANADA**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050　Doc# 16-1　Filed: 01/21/16　Entered: 01/21/16 15:42:32　Page 1098 of 1144

Debtor   **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
         _____
         Name

| 3.8983 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$17,434.00** |
|---|---|---|---|

**William Johnson**
**1306 Deacon Dr**
**College Station, TX 77845**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8984 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,478.00** |
|---|---|---|---|

**William Johnston**
**46 Valley Ridge Drive**
**Higganum, CT 06441**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8985 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,328.00** |
|---|---|---|---|

**William Jones**
**9904 Doubletree Ct**
**Potomac, MD 20854**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8986 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$224.00** |
|---|---|---|---|

**William Karbon**
**911 Country Valley Road**
**Thousand Oaks, CA 91362**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

Date or dates debt was incurred _____

Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 1099 of 1144

Debtor   **Fox Ortega Enterprises, Inc.** _____   Case number (if known) _____
                                            Name

| 3.8987 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$839.00** |

**Nonpriority creditor's name and mailing address**
**William Kearney**
**5346 Prytania St**
**New Orleans, LA 70115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**Nonpriority creditor's name and mailing address**
3.8988
**William Keller**
**18 Rural Drive**
**Scarsdale, NY 10583**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$5,359.00**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**Nonpriority creditor's name and mailing address**
3.8989
**William Kirk**
**1026 Steves Ave**
**San Antonio, TX 78210**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$155.00**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**Nonpriority creditor's name and mailing address**
3.8990
**William Kish**
**17017 Bohlman Road**
**Saratoga, CA 95070**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$7,409.00**

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number *(if known)* _____

Name

| | |
|---|---|
| 3.8991 | |

**Nonpriority creditor's name and mailing address**
**William Klapp, Jr.**
**6584 Ambrosia Cv**
**Fort Wayne, IN 46804**

As of the petition filing date, the claim is:          **$3,298.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.8992 | |

**Nonpriority creditor's name and mailing address**
**William Ko**
**8451 E. Sweetwater Ave**
**Scottsdale, AZ 85260**

As of the petition filing date, the claim is:          **$17,410.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.8993 | |

**Nonpriority creditor's name and mailing address**
**William Koch**
**3306 S. Pacific Hwy.**
**Medford, OR 97501**

As of the petition filing date, the claim is:          **$71.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| | |
|---|---|
| 3.8994 | |

**Nonpriority creditor's name and mailing address**
**William Kong**
**5857 73rd ST N**
**Saint Petersburg, FL 33709**

As of the petition filing date, the claim is:          **$189.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1101 of 1144

| 3.8995 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,419.00 |
|---|---|---|---|

**William Kortepeter**
**8100 Morningside Dr**
**Indianapolis, IN 46240**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8996 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,299.00 |
|---|---|---|---|

**William Kuzmin**
**33 Avenue D**
**Atlantic Highlands, NJ 07716**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8997 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,399.00 |
|---|---|---|---|

**William Lam Yiu Kwok**
**Flat F Blk3 30/F Bellagio**
**Sham Tseng**
**HONG KONG**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.8998 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,214.00 |
|---|---|---|---|

**William Lau**
**709 Somerset Lane**
**Foster City, CA 94404**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1102
of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.8999** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,919.00**

**William Lawrence**
**745 Fifth Ave, 10th floor**
**New York, NY 10151**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

**3.9000** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,006.00**

**William Lazar**
**715 S.W. Morrison St., #901**
**Portland, OR 97205**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

**3.9001** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$43,694.00**

**William Leipold**
**545 S. Brandon Ct.**
**Superior, CO 80027**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

**3.9002** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$63.00**

**William Lenkeit**
**4121 Perry Creek Court**
**Antelope, CA 95843**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.9003 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$479.00** |
|---|---|---|---|

**William Lewis**
**2560 E Desert Willow Dr.**
**Phoenix, AZ 85048**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.9004 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$777.00** |
|---|---|---|---|

**William Lunger**
**6 Crimson Dr**
**Hockessin, DE 19707**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.9005 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$7,930.00** |
|---|---|---|---|

**William Macatee**
**23901 Calabasas Road, #2062**
**Calabasas, CA 91302**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.9006 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$15,337.00** |
|---|---|---|---|

**William Manuel**
**193 Johnson Ave 4B**
**Brooklyn, NY 11206**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
          _____
          Name

| 3.9007 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $179.00 |
|---|---|---|---|

**William Matarese**
**19 Bells of Ireland Ct**
**Homosassa, FL 34446**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.9008 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,954.00 |
|---|---|---|---|

**William Matuozzi**
**14 Cedar Creek Drive**
**Basking Ridge, NJ 07920**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.9009 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $8,768.00 |
|---|---|---|---|

**William McCallum**
**PO Box 65565**
**Tucson, AZ 85728**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.9010 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,664.00 |
|---|---|---|---|

**William McDavid**
**33 Norman Drive**
**Rye, NY 10580**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.9011 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$1,289.00** |

**William McGowan**
**411 Thornbrook Ave.**
**Rosemount, PA 19010**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.9012 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$99.00** |
|---|---|---|

**William McKee**
**8500 Freyman Drive**
**Chevy Chase, MD 20815**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.9013 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$889.00** |
|---|---|---|

**William Meeker**
**1167 Brace Ave**
**San Jose, CA 95125**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.9014 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$2,699.00** |
|---|---|---|

**William Miller Jr**
**P.O. Box 31**
**Navasota, TX 77868**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 1106 of 1144

Debtor **Fox Ortega Enterprises, Inc.**        Case number (if known) _____

Name

| 3.9015 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$339.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**William Moore**
**2410 Inwood Drive**
**Houston, TX 77019**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.9016**   **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is:     **$16,786.00**

**William Moriconi**
**800 Cella Rd.**
**Saint Louis, MO 63124**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.9017**   **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is:     **$519.00**

**William Morris**
**12814 Kingsbridge Ln**
**Houston, TX 77077**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.9018**   **Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is:     **$389.00**

**William Morrison**
**3334 E. Coast Highway**
**Corona Del Mar, CA 92625**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1107 of 1144

Debtor   **Fox Ortega Enterprises, Inc.**                              Case number (if known) _____

_____
Name

| 3.9019 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$37.00** |

**William Niejadlik**
**928 Terrace Drive**
**Los Altos, CA 94024**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.9020 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$249.00** |

**William Otto**
**401 W Maple St**
**Hinsdale, IL 60521**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.9021 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,093.00** |

**William Owens**
**2221 Olympic Blvd**
**Walnut Creek, CA 94595**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.9022 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,926.00** |

**William Phillips**
**5575 W. Las Positas Blvd., #330**
**Pleasanton, CA 94588**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 1108 of 1144

Debtor   **Fox Ortega Enterprises, Inc.**                          Case number (if known) _____
_____
Name

| 3.9023 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,619.00** |
|---|---|---|---|

**William Phillips**
**1146 Bath Lane**
**Ventura, CA 93001**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.9024 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,339.00** |
|---|---|---|---|

**William Pierson**
**950 Freshwater Road**
**Eureka, CA 95503**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.9025 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$839.00** |
|---|---|---|---|

**William Pratt**
**805 Woodside Parkway**
**Silver Spring, MD 20910**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.9026 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$359.00** |
|---|---|---|---|

**William Quan**
**400 E. 85th st**
**New York, NY 10028**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 1109 of 1144

1/14/16 2:44PM

| 3.9027 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,489.00** |
|---|---|---|---|

**William Robblee**
**115 Silverwood Crest**
**Moncton, New Brunswick E1A6M4**
**CANADA**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.9028 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$191.00** |
|---|---|---|---|

**William Rosenthal**
**1101 Wellington St**
**Oakland, CA 09460-2134**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.9029 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$779.00** |
|---|---|---|---|

**William Roth**
**140 Hartshorn Drive**
**Short Hills, NJ 07078**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.9030 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,739.00** |
|---|---|---|---|

**William Sakaguchi**
**901 Bush Street**
**San Francisco, CA 94109**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1110 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.9031 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$839.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**William Salomon**
**2 Inwood Knoll**
**San Antonio, TX 78248**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.9032 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$31.00** |

**Nonpriority creditor's name and mailing address**
**William Saroka**
**4 Tor Road**
**Wappingers Falls, NY 01259**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.9033 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,529.00** |

**Nonpriority creditor's name and mailing address**
**William Saubert**
**5 Dayflower Dr**
**Santa Fe, NM 87506**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.9034 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,692.00** |

**Nonpriority creditor's name and mailing address**
**William Savitt**
**685 West End Avenue**
**New York, NY 10025**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1111 of 1144

| 3.9035 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $982.00 |
|---|---|---|---|

**William Schimmel**
**2612 1st Place S**
**Arlington, VA 22204**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.9036 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $299.00 |
|---|---|---|---|

**William Schlather**
**43510 Kipton Nickle-Plate Road**
**Oberlin, OH 44074**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.9037 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $803.00 |
|---|---|---|---|

**William Schmitt**
**2016 Carey Place**
**Oklahoma City, OK 73106**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.9038 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,391.00 |
|---|---|---|---|

**William Scoortis**
**13345 Winstanley Way**
**San Diego, CA 92130**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050 Doc# 16-1 Filed: 01/21/16 Entered: 01/21/16 15:42:32 Page 1112 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Case number (if known) _____
_____
Name

| 3.9039 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,610.00** |

**3.9039** | **Nonpriority creditor's name and mailing address**

**William Scott**
**42500 Road 409**
**Mendocino, CA 95460**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$1,610.00**

---

**3.9040** | **Nonpriority creditor's name and mailing address**

**William Seaman**
**46 Southridge Road W.**
**Belvedere-Tiburon, CA 94920**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$4,024.00**

---

**3.9041** | **Nonpriority creditor's name and mailing address**

**William Seefeldt**
**1233 Weymoth Dr.**
**Cupertino, CA 95014**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$579.00**

---

**3.9042** | **Nonpriority creditor's name and mailing address**

**William Seybold**
**175 S. Union Blvd**
**Colorado Springs, CO 80910**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

**$165.00**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case: 16-40050     Doc# 16-1     Filed: 01/21/16     Entered: 01/21/16 15:42:32     Page 1113
of 1144

Debtor **Fox Ortega Enterprises, Inc.**                Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.9043 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,079.00** |

**3.9043** **Nonpriority creditor's name and mailing address**

**William Sharpe**
**4067 E. Cherokee**
**Springfield, MO 65809**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$1,079.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

**3.9044** **Nonpriority creditor's name and mailing address**

**William Sinclair**
**615 Lake Avenue**
**Greenwich, CT 06830**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$99.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

**3.9045** **Nonpriority creditor's name and mailing address**

**William Sipper**
**3 Goose Cove Lane**
**Ramsey, NJ 07446**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$59.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No
☐ Yes

---

**3.9046** **Nonpriority creditor's name and mailing address**

**William Smith**
**15 Harbor Island**
**Newport Beach, CA 92660**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**$563.00**

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**

■ No
☐ Yes

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1114
of 1144

Debtor  **Fox Ortega Enterprises, Inc.**                                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.9047 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$859.00** |

**Nonpriority creditor's name and mailing address**

| | |
|---|---|
| 3.9047 | **Nonpriority creditor's name and mailing address** |

---

| 3.9047 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$859.00** |
|---|---|---|---|
| | **William Smith**<br>**1220 Playmoor Drive**<br>**Palm Harbor, FL 34683** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | | ■ No | |
| | Last 4 digits of account number _____ | ☐ Yes | |

| 3.9048 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$990.00** |
|---|---|---|---|
| | **William Spear**<br>**24876 Hamlet Way**<br>**Laguna Beach, CA 92677** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | | ■ No | |
| | Last 4 digits of account number _____ | ☐ Yes | |

| 3.9049 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$59.00** |
|---|---|---|---|
| | **William Staffen**<br>**848 Spear St**<br>**California, PA 15419** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | | ■ No | |
| | Last 4 digits of account number _____ | ☐ Yes | |

| 3.9050 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$16,242.00** |
|---|---|---|---|
| | **William Stensrud**<br>**130 Keaton Ct**<br>**Reno, NV 89511** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** | |
| | Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| | | ■ No | |
| | Last 4 digits of account number _____ | ☐ Yes | |

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1115 of 1144

Debtor   **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.9051 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$489.00** |

**William Teefy**
**18914 Walnut**
**Castro Valley, CA 94546**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.9052 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$441.00** |

**William Thomas**
**3304 N. E. 17th Ave.**
**Portland, OR 97212**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.9053 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$5,676.00** |

**William Torres**
**18 Leonard St.**
**New York, NY 10013**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

---

| 3.9054 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,154.00** |

**William Tuttle**
**22 Marshall Rd**
**Troy, VA 22974**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1116 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| 3.9055 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,204.00 |

**William Updyke**
**154 Kensington Way**
**Los Gatos, CA 95032**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____

☐ Yes

| 3.9056 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,819.00 |

**William Vogt Jr**
**800 N. Shoreline Blvd.**
**Corpus Christi, TX 78401**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____

☐ Yes

| 3.9057 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $119.00 |

**William Weber**
**1167 Shotwell St**
**San Francisco, CA 94110**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____

☐ Yes

| 3.9058 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $999.00 |

**William Wenzlau**
**745 Canterbury Road**
**San Marino, CA 91108**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1117 of 1144

Debtor **Fox Ortega Enterprises, Inc.** Case number *(if known)* _____
Name

| 3.9059 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$79.00** |
|---|---|---|---|

**William Wetmore**
**1400 20th St., NW**
**Washington, DC 20036**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.9060 | **Nonpriority creditor's name and mailing address** | | **$1,330.00** |
|---|---|---|---|

**William Wick**
**511 Boulevard Way**
**Piedmont, CA 94610**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.9061 | **Nonpriority creditor's name and mailing address** | | **$11,227.00** |
|---|---|---|---|

**William Wilcox**
**365 Houston Hill Rd**
**Eads, TN 38028**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.9062 | **Nonpriority creditor's name and mailing address** | | **$410.00** |
|---|---|---|---|

**William Wisniewski**
**2211 Whitecliff Way**
**San Bruno, CA 94066**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1118 of 1144

Debtor  **Fox Ortega Enterprises, Inc.**
_____  Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.9063 | **Nonpriority creditor's name and mailing address** | |

**Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:**     **$90,000.00**

3.9063 | **Nonpriority creditor's name and mailing address**

**William Witte**
**1270 Pacific Ave.**
**Laguna Beach, CA 92651**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____

☐ Yes

---

3.9064 | **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**     **$1,199.00**

**William Wolf**
**21257 Foxcroft Road**
**Washington, DC 20017**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____

☐ Yes

---

3.9065 | **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**     **$535.00**

**William Wortman**
**1245 Parkview Ave**
**Pasadena, CA 91103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____

☐ Yes

---

3.9066 | **Nonpriority creditor's name and mailing address**      **As of the petition filing date, the claim is:**     **$2,002.00**

**William Wortmann**
**611 Hightree Rd.**
**Santa Monica, CA 90402**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred  _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number  _____

☐ Yes

---

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 1119 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.9067 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$50.00** |

**William Wright**
**4334 Cliff Rd.**
**Birmingham, AL 35222**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | | |
|---|---|---|
| 3.9068 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$199.00** |

**William Wu**
**308 Erie Circle**
**Bloomingdale, IL 60108**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | | |
|---|---|---|
| 3.9069 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$769.00** |

**William York**
**2041 Nugget Way, #102**
**Bullhead City, AZ 86442**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| | | |
|---|---|---|
| 3.9070 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$449.00** |

**William Young**
**538 Michigan Blvd**
**Pasadena, CA 91107**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

---

| 3.9071 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $435.00 |

**William Yundt**
**1010 Meridian Ranch Drive**
**Reno, NV 89523**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.9072 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $452.00 |

**William Zwicker**
**1574 Regent Street**
**Niskayuna, NY 12309**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.9073 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,079.00 |

**Willis Wagner**
**8631 W 3rd St**
**Los Angeles, CA 90048**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.9074 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,211.00 |

**Willy Yu**
**1010 Ramona Avenue**
**Albany, CA 94706**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1121 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

---

| 3.9075 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,133.00** |

**Wilson Flohr**
**213 Brooks Chase Lane**
**Richmond, VA 23229**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.9076 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$11,244.00** |

**Wilson Yu**
**841 San Marco Avenue**
**Fremont, CA 94539**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.9077 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$174.00** |

**Wine and Food Society San Francisco**
**1150 Lombard St**
**San Francisco, CA 94109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

| 3.9078 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$166,274.00** |

**Wine Factor**
**5466 Complex St., #204**
**San Diego, CA 92123**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No

Last 4 digits of account number

☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.9079 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$13,000.00** |
|---|---|---|---|

**Wine Warehouse**
**PO Box 45616**
**San Francisco, CA 94145**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.9080 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$539.00** |
|---|---|---|---|

**Winfred Cox**
**125 Songbird Circle**
**Tuskegee, AL 36083**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.9081 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$9,262.00** |
|---|---|---|---|

**Wing Wong**
**Flat 7C Block 8**
**Villa Concerto**
**HONG KONG**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.9082 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$819.00** |
|---|---|---|---|

**Winston Chang**
**300 Winston Drive, Apt. 1817**
**Cliffside Park, NJ 07010**

Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1123 of 1144

Debtor **Fox Ortega Enterprises, Inc.**      Case number (if known) _____
_____
Name

| 3.9083 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $2,309.00 |
|---|---|---|---|

**Winston Walker**
**1605 Kings Court**
**Southlake, TX 76092**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.9084 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $978.00 |
|---|---|---|---|

**Winston Weiser**
**12311 Stalwart Ct**
**Herndon, VA 20170**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.9085 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $159.00 |
|---|---|---|---|

**Wlliam Wagner**
**247 E Prairie St.**
**Cottonwood, MN 56229**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.9086 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,767.00 |
|---|---|---|---|

**Woodrow Dixon**
**3332 Singletree Trail**
**Plano, TX 75023**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1124 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Name

Case number (if known) _____

| 3.9087 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,299.00** |

**Woodson Duncan**
**121 Middlebrook Farm Road**
**Wilton, CT 06897**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.9088 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,609.00** |

**Worth Caldwell**
**24705 SW 65th Avenue**
**Tualatin, OR 97062**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.9089 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$671.00** |

**Wyatt Arthurs**
**605 Lafayette Ave**
**Buffalo, NY 14222**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.9090 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,500.00** |

**Xavier Laurens**
**709 W. Willow St.**
**Chicago, IL 60614**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1125 of 1144

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| 3.9091 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $179.00 |
|---|---|---|---|

3.9091 | **Nonpriority creditor's name and mailing address**

**Xavier Lavoipierre**
**P.O. Box 256**
**Sonoma, CA 95476**

As of the petition filing date, the claim is: **$179.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

3.9092 | **Nonpriority creditor's name and mailing address**

**Xavier Passy**
**19696 Stanford Hall Place**
**Ashburn, VA 20147**

As of the petition filing date, the claim is: **$2,578.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

3.9093 | **Nonpriority creditor's name and mailing address**

**Xavier Teixido**
**2020 Naamans Rd**
**Wilmington, DE 19810**

As of the petition filing date, the claim is: **$9,777.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

3.9094 | **Nonpriority creditor's name and mailing address**

**Xavier Von Bertrab**
**1760 Avenida del Mundo**
**Coronado, CA 92118**

As of the petition filing date, the claim is: **$19,000.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1126 of 1144

| Debtor | **Fox Ortega Enterprises, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.9095** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$195,345.00**

**Xiang Li**
**79 Oak St**
**Los Altos, CA 94022**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.9096** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$8,945.00**

**Xiangke Liu**
**1235 Montcourse Ln**
**San Jose, CA 95131**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.9097** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$409.00**

**Xuecheng Jin**
**4154 Crosby Court**
**Palo Alto, CA 94306**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

**3.9098** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$209.00**

**Yaching Chin**
**11 Kupchunos Drive**
**South Windsor, CT 06074**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

---

| 3.9099 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$157.00** |

**Yale Fillingham**
**3220 N. Halsted St, #1F**
**Chicago, IL 60657**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.9100 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$155.00** |

**Yannick Crespo**
**1330 Hull Drive**
**San Carlos, CA 94070**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.9101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,069.00** |

**Yannick Doyon**
**7134 Blake**
**El Cerrito, CA 94530**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

| 3.9102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,081.00** |

**Yaoshen Cai**
**150-40 Melbourne Ave, #B**
**Flushing, NY 11367**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

---

Case: 16-40050     Doc# 16-1     Filed: 01/21/16     Entered: 01/21/16 15:42:32     Page 1128
of 1144

Debtor  **Fox Ortega Enterprises, Inc.**                     Case number (if known) _____
         _____
         Name

| 3.9103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$79.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Yared Woudneh**
**2107 Bush Street**
**San Francisco, CA 94115**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.9104 | **Nonpriority creditor's name and mailing address** | | **$199.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Yasuko Wada**
**616 Arbolada Dr.**
**Arcadia, CA 91006**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.9105 | **Nonpriority creditor's name and mailing address** | | **$129.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Yasushi Sato**
**126 Sunnybrea Ct.**
**Martinez, CA 94553**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.9106 | **Nonpriority creditor's name and mailing address** | | **$2,799.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Yatish Goyal**
**2834 Blakeslee Blvd**
**Medina, OH 44256**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 1129
of 1144

Debtor **Fox Ortega Enterprises, Inc.**               Case number (if known) _____
_____
Name

| 3.9107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$18,462.00** |

**Yehua Li**
**429 W. Ohio St.**
**Chicago, IL 60654**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.9108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$239.00** |

**Yelena Shafeyeva**
**50 Cross Highway**
**Redding, CT 06896**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.9109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,299.00** |

**Yen Lau**
**33 Ulster Place**
**Alameda, CA 94502**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.9110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$750.00** |

**Yen-Hsiung Kao**
**20675 Gardenside Circle**
**Cupertino, CA 95014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1130 of 1144

Debtor  **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.9111 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,788.00** |
|---|---|---|---|

**Yeon Tae Kim**
**7236 SW Durham RD. Suite 500.**
**Portland, OR 97224**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.9112 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,809.00** |
|---|---|---|---|

**Yeoun Jun Park**
**2611 Monterey Place**
**Fullerton, CA 92833**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.9113 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,321.00** |
|---|---|---|---|

**Yeshe Wingerd**
**603A 7th St.**
**Petaluma, CA 94952**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| 3.9114 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,059.00** |
|---|---|---|---|

**Yi Chen**
**7117 W.Ellsworth Rd**
**Ann Arbor, MI 48103**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.9115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$279.00** |

**Yi Feng Kao**
**2F-1, #69, Sec 1, Hanghjou S Rd**
**Jhong Heng District, Taipei City 11**
**TAIWAN**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.9116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$7,725.00** |

**Yi-pen Chi**
**16481 SW Goldview Way**
**Beaverton, OR 97007**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.9117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$16,799.00** |

**Yifan Wang**
**250 H St., #806**
**Blaine, WA 98230**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.9118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$89.00** |

**Yik Wong**
**4030 Kirkham St.**
**San Francisco, CA 94122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 1132 of 1144

Debtor **Fox Ortega Enterprises, Inc.**       Case number (if known) _____

Name

---

| 3.9119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$16,484.00** |
|---|---|---|---|

**Yim Ting Wu**
**332 Whiteman St**
**Fort Lee, NJ 07024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.9120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$16,109.00** |
|---|---|---|---|

**Yoav Shoham**
**171 Main Street, #267**
**Los Altos, CA 94022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.9121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$299.00** |
|---|---|---|---|

**Yolanda Inacay**
**20 Concord Dr**
**Williamstown, NJ 08094**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.9122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$499.00** |
|---|---|---|---|

**Yong Hui Kim**
**63 Virginia Ave**
**Fort Lee, NJ 07024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1133 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.9123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$379.00** |

**Yong Koon Kim**
**699 14th St., #354**
**San Diego, CA 92101**

_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

■ No
☐ Yes

---

| | | |
|---|---|---|
| 3.9124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$7,241.00** |

**Yoram Arbel**
**807 Trenton Drive**
**Sunnyvale, CA 94087**

_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

■ No
☐ Yes

---

| | | |
|---|---|---|
| 3.9125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$419.00** |

**Yosef Mirza**
**15 Sunrise Lane**
**Larkspur, CA 94939**

_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

■ No
☐ Yes

---

| | | |
|---|---|---|
| 3.9126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$347.00** |

**Yoshiko Sugano**
**26-2 Horinoue-Cho Kamigyouku**
**Kyoto, 6020057**
**JAPAN**

_____

Date or dates debt was incurred _____

Last 4 digits of account number _____

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**

■ No
☐ Yes

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1134 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | |
|---|---|
| 3.9127 | **Nonpriority creditor's name and mailing address** |

**Yoshio Hall**
**1845 Eighth Ave Apt 6**
**San Francisco, CA 94112**

As of the petition filing date, the claim is: **$12.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| | |
|---|---|
| 3.9128 | **Nonpriority creditor's name and mailing address** |

**Youn Kim**
**20776 Hanford Dr.**
**Cupertino, CA 95014**

As of the petition filing date, the claim is: **$157.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| | |
|---|---|
| 3.9129 | **Nonpriority creditor's name and mailing address** |

**Youndy Hung**
**9463 Grackle Ave**
**Fountain Valley, CA 92708**

As of the petition filing date, the claim is: **$575.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

| | |
|---|---|
| 3.9130 | **Nonpriority creditor's name and mailing address** |

**Young Kim**
**356 Thompson Creek Mall**
**Stevensville, MD 21666**

As of the petition filing date, the claim is: **$3,162.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No

Last 4 digits of account number _____

☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com · Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known)

| 3.9131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,708.00** |
|---|---|---|---|

**Young Lib Kim**
**13600 Marina Pointe Dr.**
**Marina Del Rey, CA 90292**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.9132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$84.00** |
|---|---|---|---|

**Young-wook Jun**
**2085 Bush St, #508**
**San Francisco, CA 94115**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.9133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$4,679.00** |
|---|---|---|---|

**Yousif Hamati**
**19044 Rosemary Road**
**Spring Lake, MI 49456**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

| 3.9134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$924.00** |
|---|---|---|---|

**Yubo Lu**
**4-74 48th Ave Apt 36G**
**Long Island City, NY 11109**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number

---

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1136 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
_____
Name

Case number (if known) _____

| 3.9135 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,129.00** |

**Yuen Hing Lo**
**130 Farmstead Lane, Apt 201**
**State College, PA 16803**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.9136 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,729.00** |

**Yuki Abe**
**26 Naganuma Edano**
**Kakuda City, 9811504**
**JAPAN**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.9137 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$139.00** |

**Yukie Kuwano**
**90 San Marino Drive**
**San Rafael, CA 94901**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.9138 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,636.00** |

**YukLoong Kwan**
**403 Columbia St**
**San Francisco, CA 94107**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050   Doc# 16-1   Filed: 01/21/16   Entered: 01/21/16 15:42:32   Page 1137 of 1144

Debtor **Fox Ortega Enterprises, Inc.**
          Name

Case number (if known) _____

---

| 3.9139 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$21,806.00** |
|---|---|---|---|

**Yuko Imai**
**1-7-13-1104 Shirakawa**
**Koto, Tokyo, 1350021**
**JAPAN**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.9140 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$299.00** |
|---|---|---|---|

**Yuko Suzuki**
**171 11th Ave. #1**
**San Francisco, CA 94118**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.9141 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$239.00** |
|---|---|---|---|

**Yung Kao**
**437 Kingsford St**
**Monterey Park, CA 91754**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.9142 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,917.00** |
|---|---|---|---|

**Yung-Shin Kung**
**70 East 10th Street**
**New York, NY 10003**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____

Name

| 3.9143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$7,015.00** |
|---|---|---|---|

**Yura Lee**
**156 Green Street, Unit 204**
**Jamaica Plain, MA 02130**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.9144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$959.00** |
|---|---|---|---|

**Yuri Waldo**
**2700 Albany St., Apt 2D**
**Houston, TX 77006**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.9145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$2,966.00** |
|---|---|---|---|

**Yuri Yoshizawa**
**37 Mystic Drive**
**Ossining, NY 10562**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.9146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$1,391.00** |
|---|---|---|---|

**Yury Fridman**
**76 Bay Vista Dr.**
**Mill Valley, CA 94941**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| 3.9147 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,199.00** |

**Yuti Chang**
**124 W 60th Street, Apt 36g**
**New York, NY 10023**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.9148 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$4,137.00** |

**Yuting Lin**
**200 E. 65th Street**
**New York, NY 10065**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.9149 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$3,191.00** |

**Yuval Atsmon**
**80 North End Road**
**London  NW11 7SY**
**ENGLAND**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

| 3.9150 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,894.00** |

**Yves Moquin**
**6017 Old Ocean Blvd**
**Boynton Beach, FL 33435**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**      Case number *(if known)* _____

Name

| | | |
|---|---|---|
| 3.9151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: $922.00 |

3.9151 **Nonpriority creditor's name and mailing address**

**Zac Nadamoto**
**4349 Papu Cr**
**Honolulu, HI 96816**

As of the petition filing date, the claim is:     **$922.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

3.9152 **Nonpriority creditor's name and mailing address**

**Zach Archer**
**3239 N Seminary Ave, Unit 3**
**Chicago, IL 60657**

As of the petition filing date, the claim is:     **$647.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

3.9153 **Nonpriority creditor's name and mailing address**

**Zach Holden**
**13200 Windsor**
**Leawood, KS 66209**

As of the petition filing date, the claim is:     **$299.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

---

3.9154 **Nonpriority creditor's name and mailing address**

**Zach Patton**
**2595 Washington Street, #9**
**San Francisco, CA 94115**

As of the petition filing date, the claim is:     **$661.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Fox Ortega Enterprises, Inc.**
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.9155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$426.00** |

**Zachariah Fitting**
**4622 Hamilton Street #4**
**San Diego, CA 92116**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.9156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$159.00** |

**Zachary Harrison**
**3240 Sacramento Street, Apt D**
**San Francisco, CA 94115**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.9157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$61,309.00** |

**Zachary Nelson**
**850 Hayne Road**
**Hillborough, CA 94010**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number _____

---

| | | |
|---|---|---|
| 3.9158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: **$348.00** |

**Zachary Scheiner**
**903 Providence Pl. Apt. 445**
**Providence, RI 02903**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

Last 4 digits of account number _____

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1142 of 1144

Debtor **Fox Ortega Enterprises, Inc.**

Case number (if known) _____

Name

| 3.9159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1,573.00 |
|---|---|---|---|

**Zachary Villanueva**
**Anderson, Mcpharlin, &Connors**
**Los Angeles, CA 90017**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.9160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $293.00 |
|---|---|---|---|

**Zaheer Ali**
**3564 Citrus Ave**
**Walnut Creek, CA 94598**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.9161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $3,160.00 |
|---|---|---|---|

**Zeev Milin**
**2636 Gough St, Apt 203**
**San Francisco, CA 94123**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

| 3.9162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $899.00 |
|---|---|---|---|

**Zehao Chang**
**24560 Malibu Road**
**Malibu, CA 90265**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case: 16-40050    Doc# 16-1    Filed: 01/21/16    Entered: 01/21/16 15:42:32    Page 1143
of 1144

Debtor **Fox Ortega Enterprises, Inc.**                    Case number (if known) _____
_____
Name

| 3.9163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$436.00** |

**Zelik Gurevich**
**435 Melba St.**
**Staten Island, NY 10314**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.9164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$8,395.00** |

**Zeljko Runje**
**1230 Marconi Street**
**Houston, TX 77019**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.9165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$3,698.00** |

**Zev Rogoff**
**349 Warren Street, #1**
**Brooklyn, NY 11201**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

---

| 3.9166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | **$699.00** |

**Zhangying Wang**
**8775 Costa Verde Blvd, Apt 806**
**San Diego, CA 92122**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy