

**The following constitutes the order of the court.**
**Signed April 22, 2016**

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re

Fox Ortega Enterprises, Inc.,

             Debtor.

No. 16-40050

Chapter 7

**MEMORANDUM REGARDING ESTATE'S OBLIGATIONS**

In anticipation of the May 2, 2016 hearing on the Trustee's *Motion for Order Authorizing Sale of Wine Pursuant to Bankruptcy Code Section 363 and to Determine Title to Segregated Wine* (doc. 235) the Court hereby requests that the Trustee be prepared at the hearing on Monday, May 2, 2016, to advise the Court of the approximate break-down between estate obligations arising from the non-delivery of wine to customers, and the obligations not related to non-delivery.

**\*END OF MEMORANDUM\***

**COURT SERVICE LIST**