The following constitutes the order of the court.
Signed July 28, 2016

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re

Fox Ortega Enterprises, Inc.,

Debtor.

No. 16-40050

Chapter 7

**MEMORANDUM RESPONDING TO CORRESPONDENCE RECEIVED FROM FRANK L. D'ELIA**

On July 20, 2016, the Court received a letter from Frank L. D'Elia (Doc. 348). Mr. D'Elia indicated that he was a customer of Debtor and, as such, received documents relating to this chapter 7 case. Mr. D'Elia explained that he has answered correspondence that requested information from him, but was "unsure what [he] should do to recover [his] losses." Mr. D'Elia asked the court to instruct him on what he "must do to recover [his] loss."

The Court cannot provide Mr. D'Elia with legal advice regarding what actions he can or should take to protect his interests. The Court understands that Mr. D'Elia is concerned about the cost associated with engaging an attorney. Nonetheless, the Court would encourage Mr. D'Elia to engage legal counsel regarding his concerns.

Mr. D'Elia may contact Michael G. Kasolas, the Chapter 7 Trustee, or his counsel, Mark Bostick, Tracy Green, and Elizabeth Berke-Dreyfuss of Wendel, Rosen, Black and Dean, for further information regarding the case. Mr. D'Elia may also contact Merle Meyers of the Meyers Law Group, PC, or Mark A. Chavez of Chavez & Gertler LLP, counsel for a class consisting of certain persons who purchased wine from Debtor, regarding the case.

**\*END OF MEMORANDUM\***

**COURT SERVICE LIST**

Fank L. D'Elia
6 Spring Lane
Chadds Ford, PA 19317