**Benjamin Weinberg, JD, MBA, MCSE**
**benweinbergconsultants@msn.com** | | **303-522-6738**

August 18, 2016

U.S. Bankruptcy Court
1300 Clay Street, Suite 300
Oakland, CA 94612

FILED 3:15pm
AUG 26 2016 pw
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

**NOTICE OF CHANGE OF ADDRESS**

To Whom It May Concern:

I am a member of a class of plaintiffs in an action in your court and my address has changed.

OLD ADDRESS: 6660 East Bayaud Ave, Denver, CO 80224-3847

NEW ADDRESS: 200 Poplar Street Unit D, Denver, CO 80220

CASE #:16-40050-WJL

Thank you and I look forward to your reply.

Sincerely,

Benjamin Weinberg, JD, MBA, MCSE