

The following constitutes the order of the court.
Signed October 21, 2016

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re          |
               | No. 16-40050
Fox Ortega Enterprises, Inc., |
               | Chapter 7
         Debtor. |
_____|

**MEMORANDUM RE: MOTION TO ALLOW LATE FILED PROOF OF CLAIM**

On October 17, 2016, Creditor Michael Palmieri filed the *Motion to Allow Late Filed Proof of Claim Pursuant to Federal Rules of Bankruptcy Procedure 3004* (doc. 422) (the "Motion"). The Motion requests that this Court deem the proof of claim filed by Mr. Palmieri (POC # 2318) as a timely-filed unsecured claim.

Having reviewed the Motion, the Court cannot determine whether Mr. Palmieri gave notice to any parties in interest, including the Chapter 7 Trustee Michael Kasolas, in accordance with applicable bankruptcy rules. Therefore, the Court will not render a decision on the Motion. If Mr. Palmieri would like the Court to reconsider the Motion, the Court hereby requests that he properly notice and serve the Motion. Under the circumstances, the Court also suggests that Mr. Palmieri contact Mr. Kasolas for more information regarding the claims process.

**\*END OF MEMORANDUM\***

| | |
|---|---|
| 1 | |
| 2 | **COURT SERVICE LIST** |
| 3 | |
| 4 | Michael Palmieri<br>5123 Kingston Way |
| 5 | San Jose, CA 95130 |