**Entered on Docket
January 17, 2017
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**



**The following constitutes the order of the court.
Signed January 17, 2017**

_____
**William J. Lafferty, III
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re | No. 16-40050 |
| | Chapter 7 |
| Fox Ortega Enterprises, Inc., | |
| Debtor. | |

**MEMORANDUM RE: LETTER FROM CREDITOR AMJAD MUNIM**

On January 4, 2017, the Court received a letter from creditor Amjad Munim. Upon review, the Court does not believe that the letter constitutes an adequate motion for relief. Therefore, the Court declines to grant relief, and will not comment further on Mr. Munim's request. If Mr. Munim would like more information on this case, he can contact the Chapter 7 Trustee.

**\*END OF MEMORANDUM\***

**COURT SERVICE LIST**

Amjad Munim
4901 NE 18th Terrace
Fort Lauderdale, FL 33308

2

Case: 16-40050    Doc# 508    Filed: 01/17/17    Entered: 01/17/17 15:43:10    Page 2 of 2