Entered on Docket
October 02, 2017
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the court.
Signed October 1, 2017

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re

Fox Ortega Enterprises, Inc.,

          Debtor.

No. 16-40050

Chapter 7

**MEMORANDUM REGARDING EMPLOYMENT APPLICATION HEARING**

On September 29, 2017, the Court entered a *Notice of Hearing* (doc. 578) setting a hearing to discuss the Trustee's *Application to Employ Diamond McCarthy* ("the Application") (doc. 575). The following will be discussed at the hearing.

From Trustee's counsel, the Court would like to know the amount, if any, of fees already expended in the case analyzing the potential litigation that is the concern of the Application.

From proposed special counsel, the Court would like to know if the work already done by proposed special counsel evaluating potential claims will be billed separately or is included in the contingency fee structure.

1

Finally, the Court would like to know if an analysis has been done on the reasonably likely return on all potential "net winner" claims. If such an analysis has been done, the Court would like to review it with the provision that, if necessary, such analysis may be kept under seal.

**\*END OF MEMORANDUM\***

**COURT SERVICE LIST**