Michael G. Kasolas
Chapter 7 Trustee
PO Box 26650
San Francisco CA 94126-6650

Telephone: (415) 504-1926

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In re:<br><br>FOX ORTEGA ENTERPRISES, INC.,<br>dba PREMIER CRU,<br><br><br><br><br><br><br><br>Debtor | Case No. 16-40050-WJL<br><br>Chapter 7<br><br>**TRUSTEE'S STATEMENT OF RECEIPTS AND EXPENSES BY CATEGORY FOR ON–GOING ADMINISTRATIVE EXPENSES FOR THE PERIOD JULY 1, 2018 TO AUGUST 31, 2018** |

Michael G. Kasolas ("Trustee"), the duly appointed and acting Chapter 7 Trustee in the bankruptcy estate of Fox Ortega Enterprises, Inc., dba Premier Cru (the "Debtor"), hereby reports the Statement of Receipts and Expenses by category for on-going administrative expenses pursuant to Order Authorizing Payment of On-Going Administrative Expenses entered March 8, 2016, Doc. #184, for the period July 1, 2018 to August 31, 2018 as follows:

1

Case: 16-40050    Doc# 775    Filed: 09/20/18    Entered: 09/20/18 00:17:41    Page 1 of 3

| | | | |
|---|---|---:|---:|
| 1 | Receipts: | | |
| 2 | Proceeds from settlements: | $ | 137,357.97 |
| 3 | Proceeds from sale of assets: | | 94,817.43 |
| 4 | Total Receipts: | $ | 232,175.40 |
| 5 | Expenses by Category: | | |
| 6 | Category #1 - Utilities: gas, electric, water, garbage | | |
| 7 | (authorized monthly amount $4,500.00): | $ | 0.00 |
| 8 | Category #2 - Internet, web service, security, electronic storage, copying, | | |
| 9 | imaging, retrieving, insurance, purchasing external | | |
| 10 | hard drives, and maintenance of assets of the estate | | |
| 11 | (authorized monthly amount $8,000.00): | | 478.24 |
| 12 | Category #3 - Miscellaneous (monthly authorized amount $500.00): | | 630.00 |
| 13 | Category #4 - Postage and related copying charges | | |
| 14 | (authorized monthly amount $12,000.00): | | 0.00 |
| 15 | Category #5 - Shipping (authorized monthly amount $15,000.00): | | 0.00 |
| 16 | Total Expenses by Category: | $ | 1,108.24 |
| 17 | Cash Balance Acct. ending #1566, as of July 1, 2018: | | $ 3,861,570.38 |
| 18 | Add: Receipts for the period July 1, 2018 to August 31, 2018: | | 232,175.40 |
| 19 | Less: Disbursements: Total Expenses by Category: | ( | 1,108.24) |
| 20 | Less: Disbursements per Court Orders: | | |
| 21 | Wendel Rosen Black & Dean, LLP Fees & Exp.'s, Doc. #771: | ( | 529,567.30) |
| 22 | BMC Group, Inc., Fees & Exp.'s, Doc. #772: | ( | 19,734.55) |
| 23 | Diamond McCarthy, LLP, Fees & Exp.'s, Doc. #773: | ( | 378,211.58) |
| 24 | Michelson Law Group, Fees, Doc. #773 | ( | 2,050.00) |
| 25 | Less: Bank Service Fees: | ( | 6,041.09) |
| 26 | Cash Balance ending #1566, as of June 30, 2018: | | $ 3,157,033.02 |
| 27 | | | |
| 28 | | | |

2

TRUSTEE'S STATEMENT OF RECEIPTS AND EXPENSES
BY CATEGORY FOR ON–GOING ADMINISTRATIVE
EXPENSES, JULY 1, 2018 TO AUGUST 31, 2018

Case: 16-40050    Doc# 775    Filed: 09/20/18    Entered: 09/20/18 00:17:41    Page 2 of 3

1   Dated: September 20, 2018

2

3                  By:    */s/ Michael G. Kasolas*

4                            Michael G. Kasolas, Chapter 7 Trustee

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case: 16-40050    Doc# 775    Filed: 09/20/18    Entered: 09/20/18 00:17:41    Page 3 of 3