Kathy Bazoian Phelps (155564)
**DIAMOND MCCARTHY LLP**
1999 Avenue of the Stars, Suite 1100
Los Angeles, CA 90067
Phone: (310) 651-2997
Email: kphelps@diamondmccarthy.com

*Special Litigation Counsel for*
*Michael G. Kasolas, Chapter 7 Trustee*
*For Fox Ortega Enterprises, Inc.*
*Dba Premier Cru*

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>FOX ORTEGA ENTERPRISES, INC., dba PREMIER CRU<br><br>Debtor. | Case No. 16-40050-WJL<br><br>Chapter 7<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE** |
| MICHAEL G. KASOLAS, Chapter 7 Trustee for Fox Ortega Enterprises, Inc. dba Premier Cru,<br><br>Plaintiff,<br><br>vs.<br><br>MARCUS HILES,<br><br>Defendant. | Adversary No. 18-04014<br><br>Date: October 9, 2019<br>Time: 10:30 a.m.<br>Place: 1300 Clay Street<br>Courtroom 220<br>Oakland, CA 94612<br>Judge: Hon. William J. Lafferty, III |

IT IS HEREBY STIPULATED by and between counsel for Plaintiff, Michael G. Kasolas, Chapter 7 Trustee, and counsel for Defendant, Marcus Hiles ("Defendant"), as follows:

1. Plaintiff's counsel and Defendant's current attorney have met and conferred and the parties have exchanged settlement offers.

2. The parties continue to engage in settlement negotiations at this time. If no settlement is reached, the Trustee is prepared to file a motion for summary judgment or summary adjudication..

3. The parties believe that a further continuance of the status conference for approximately 60 days is appropriate to give them additional time to try to settle this matter or to have a summary judgment motion heard.

4. The Status Conference is presently scheduled for October 9, 2019 at 10:30 a.m.

5. The parties agree to a continued Status Conference date of December 11, 2019 at 10:30 a.m.

Dated: October 4, 2019      DIAMOND MCCARTHY LLP

By: */s/ Kathy Bazoian Phelps*
KATHY BAZOIAN PHELPS
*Attorneys for Michael Kasolas,
Chapter 7 Trustee for Fox Ortega
Enterprises, Inc. dba Premier Cru*

Dated: October 4, 2019      Wilson Elser Moskowitz Edelman
& Dicker LLP

By: */s/ Mark G. Ledwin*
VIOLAINE BRUNET
MARK G. LEDWIN
*Attorneys for Defendant Marcus Hiles*

2

STIPULATION TO CONTINUE STATUS CONFERENCE

Case: 16-40050    Doc# 844    Filed: 10/04/19    Entered: 10/04/19 16:55:02    Page 2 of 3

# CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

Executed October 4, 2019

DIAMOND MCCARTHY LLP

By: */s/ Erika Shannon*
Erika Shannon