

Andrew T. Drake
35308 SE Center Street
Snoqualmie, WA 98065
877-836-5728
877-209-8249
admin@dkllc.com

**The following constitutes the order of the Court.**
**Signed: May 21, 2024**

_William J. Lafferty, III_

**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re:

Fox Ortega Enterprises Inc

Debtor(s)

Bankruptcy Case No.: 16-40050

Chapter No.: 7

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

An application and supporting documentation was filed in the above-captioned case for Claimant(s) Dilks & Knopik, LLC as assignee to Kyle Samess, requesting payment of unclaimed funds deposited with the Court pursuant to 11 U.S.C. §347(a). The application and supporting documentation establish Claimant(s) entitlement to the unclaimed funds. Accordingly, pursuant to 28 U.S.C. §2042,

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $1,942.50 held in unclaimed funds to the order of Dilks and Knopik, LLC and mail such payment to the following address:

35308 SE Center Street, Snoqualmie, WA 98065.

The Clerk will disburse these funds not earlier than 14 days after entry of this *Order*.

**End of Order**
**No Service List Requested**