**United States Bankruptcy Court for the Northern District of California**

Debtor 1: Fox Ortega Enterprises, Inc.

Debtor 2 (Spouse, if filing): ____

Case number: 16-40050

**Form 1340 (12/19)** (Modified for use in the Northern District of California, US Bankruptcy Court)

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

Amount: $72,069.06

Claimant's Name: Michael Duke Thomson

Claimant's Current Mailing Address, Telephone Number, and Email Address:
35 Ave. Munoz Riviera #1204
San Juan, Puerto Rico, 00901
703.928.7800
mthomson@hudson-advisors.com

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

- [✓] Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.
- [ ] Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.
- [ ] Applicant is Claimant's representative (e.g., attorney or unclaimed funds locator).
- [ ] Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

- [✓] Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party presently entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee (originally owed the funds).

### 4. Notice to United States Attorney

 On the Applicant Declaration date stated below, Applicant sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

**Office of the United States Attorney**
**Northern District of California**
**450 Golden Gate Avenue**
**P.O. Box 36055**
**San Francisco, CA 94102**

### 5. Applicant Declaration

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: May 14, 2024

Signature of Applicant: *[signed]*

Printed Name of Applicant: Michael Duke Thomson

Address: 35 Ave. Munoz Riviera #1204, San Juan, Puerto Rico, 00901

Telephone: 703.928.7800

Email: mthomson@hudson-advisors.com

### 5. Co-Applicant Declaration (if applicable)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date:

Signature of Co-Applicant (if applicable):

Printed Name of Co-Applicant (if applicable):

Address:

Telephone:

Email:

### 6. Notarization

STATE OF Puerto Rico

COUNTY OF San Juan

This Application for Unclaimed Funds, dated May 14, 2024 was subscribed and sworn to before me this 14th day of May, 2024 by Michael Duke Thomson Affidavit # 2039 (Print Name of Applicant) who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)  Notary Public *[signed Yahira Caro]*

My commission expires: Permanent

### 6. Notarization

STATE OF

COUNTY OF

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ___ day of _____, 20__ by _____ (Print Name of Applicant) who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)  Notary Public _____

My commission expires: _____

*[Seal: Yahir Caro Dominguez, Abogada-Notaria]*
*[Recibo 4U23-00592798]*
*[Sello 9397 02/23/2024 $5.00]*
Sello de Asistencia Legal
80004-2024-0223-46471170