**UNITED STATES BANKRUPTCY COURT**
**California Northern Bankruptcy Court**

| | |
|---|---|
| In Re: Fox Ortega Enterprises, Inc. | Case No.: 16–40050 WJL 7 |
| dba Premier Cru Debtor(s) | Chapter: 7 |

**FINAL DECREE**

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

☑ Michael G. Kasolas is discharged as trustee of the estate of the above–named debtor and the bond is canceled.

☑ the chapter 7 case of the above–named debtor is closed;

and

☐ Other

Dated: <u>7/8/24</u>

By the Court:

William J. Lafferty
United States Bankruptcy Judge